CAZ HASHEMI, State Bar No. 210239
STEPHEN B. STRAIN, State Bar No. 291572
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:   (650) 565-5100
Email:       chashemi@wsgr.com
             sstrain@wsgr.com

*Attorneys for Defendants*
*Seagate Technology Holdings plc,*
*William D. Mosley, and Gianluca Romano*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UA LOCAL 38 DEFINED CONTRIBUTION PENSION PLAN, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SEAGATE TECHNOLOGY HOLDINGS PLC, WILLIAM D. MOSLEY, and GIANLUCA ROMANO,<br><br>Defendants. | Case No.  3:23-cv-03431-SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND TO VACATE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Hon. Susan Illston |

STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME

CASE NO. 3:23-CV-03431-SI

WHEREAS, on July 10, 2023, Plaintiff UA Local 38 Defined Contribution Pension Plan ("Plaintiff"), filed a putative class action complaint ("*UA Local 38* Complaint") against Defendants Seagate Technology Holdings plc ("Seagate"), William D. Mosley, and Gianluca Romano (collectively, "Defendants") (together with Plaintiff, the "Parties") alleging violations of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 10b-5 promulgated thereunder, and violations of Section 20(a) of the Exchange Act;

WHEREAS, on July 11, 2023, the Court entered an Order setting an initial case management conference ("CMC") for October 13, 2023, and setting related Rule 26(a), Rule 26(f), CMC, and ADR deadlines on September 22, 2023 and October 6, 2023 (the "July 11 Order") (ECF No. 8);

WHEREAS, Seagate's response to the *UA Local 38* Complaint is currently due August 2, 2023, and Messrs. Mosley and Romano's responses to the *UA Local 38* Complaint are due September 18, 2023;

WHEREAS, this action is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3), which provides that, following notice to the proposed class, the Court must appoint a lead plaintiff for prosecution of the action;

WHEREAS, motions for lead plaintiff are due September 8, 2023;

WHEREAS, pursuant to the PSLRA (15 U.S.C. § 78u-4(b)(3)), "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary";

WHEREAS, the Parties have conferred and agree that, in the interest of judicial efficiency and for the economy of the Parties' resources, it would be beneficial to take any obligation for Defendants to respond to the existing *UA Local 38* Complaint off calendar pending the appointment of a lead plaintiff, lead counsel, and the filing of an amended and/or consolidated complaint;

WHEREAS, the Parties further agree that, in light of the PSLRA's discovery stay and Defendants' anticipated motion to dismiss any operative complaint filed or designated after the

STIPULATION AND [PROPOSED] ORDER FOR          - 1 -          CASE NO. 3:23-CV-03431-SI
EXTENSION OF TIME

appointment of lead plaintiff, no Rule 26(a) disclosures or Rule 26(f) report should be required at this time;

WHEREAS, the Parties further agree that it would be most efficient to conduct the CMC and other ADR proceedings after appointment of lead plaintiff and lead counsel;

WHEREAS, there have been no previous time modifications in this case.

NOW, THEREFORE, the Parties, by and through their respective attorneys of record, hereby stipulate as follows pursuant to Civil Local Rules 6-2 and 7-12, and respectfully jointly ask the Court for an order approving the same:

1.    Defendants are not required to respond to the complaint in this action until after the Court appoints a lead plaintiff pursuant to the PSLRA.

2.    Within fourteen (14) days after the Court appoints a lead plaintiff pursuant to the PSLRA, Defendants and the lead plaintiff shall confer and jointly submit to the Court: (i) a proposed date by which the lead plaintiff will file an amended or consolidated complaint or designate a complaint as the operative complaint; and (ii) a proposed briefing schedule on Defendants' anticipated motion(s) to dismiss.

3.    Pursuant to Civil Local Rule 6-2, the CMC and the deadlines in the July 11 Order for the filing of a joint case management statement, a Rule 26(f) report, Rule 26(a) disclosures, and ADR selection procedures should be vacated pending the appointment of a lead plaintiff and the filing or designation of an amended or consolidated complaint in this matter.

**IT IS SO STIPULATED.**

Dated:  July 28, 2023                              WILSON SONSINI GOODRICH & ROSATI
                                                   Professional Corporation


                                                   By: *s/ Caz Hashemi*
                                                        Caz Hashemi

STIPULATION AND [PROPOSED] ORDER FOR        - 2 -        CASE NO. 3:23-CV-03431-SI
EXTENSION OF TIME

*Attorneys for Defendants Seagate Technology Holdings plc, William D. Mosley, and Gianluca Romano*

Dated:  July 28, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP


By: *s/ Shawn A. Williams*
                Shawn A. Williams

SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone:  415/288-4545
Fax:  415/288-4534
shawn@rgrdlaw.com

SPENCER A. BURKHOLZ (147029)
DANIELLE S. MYERS (259916)
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone:  619/231-1058
Fax:  619/231-7423
spenceb@rgrdlaw.com
danim@rgrdlaw.com

*Attorneys for Plaintiff UA Local 38 Defined Contribution Pension Plan*

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)**

I, Caz Hashemi, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND TO VACATE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that Shawn A. Williams has concurred in this filing.

Dated:  July 28, 2023                          *s/ Caz Hashemi*
                                                              Caz Hashemi

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   July 31, 2023

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

CAZ HASHEMI, State Bar No. 210239
STEPHEN B. STRAIN, State Bar No. 291572
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:   (650) 565-5100
Email:       chashemi@wsgr.com
             sstrain@wsgr.com

*Attorneys for Defendants*
*Seagate Technology Holdings plc,*
*William D. Mosley, and Gianluca Romano*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UA LOCAL 38 DEFINED CONTRIBUTION PENSION PLAN, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SEAGATE TECHNOLOGY HOLDINGS PLC, WILLIAM D. MOSLEY, and GIANLUCA ROMANO, <br><br> Defendants. | Case No.  3:23-cv-03431-SI <br><br> **DECLARATION OF STEPHEN B. STRAIN IN SUPPORT OF STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND TO VACATE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** <br><br> Hon. Susan Illston |

DECLARATION OF STEPHEN STRAIN ISO
STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME

CASE NO. 3:23-CV-03431-SI

I, Stephen B. Strain, declare:

1.     I am a partner at the law firm of Wilson Sonsini Goodrich & Rosati P.C., counsel for Defendants Seagate Technology Holdings plc ("Seagate"), William D. Mosley, and Gianluca Romano (collectively, "Defendants").  I am licensed to practice law in the State of California and admitted to practice before this Court.  I have personal knowledge of the facts set forth herein and, if called as a witness, could testify thereto.

2.     On July 10, 2023, Plaintiff UA Local 38 Defined Contribution Pension Plan ("Plaintiff") filed a putative class action complaint ("*UA Local 38* Complaint") against Defendants Seagate Technology Holdings plc ("Seagate"), William D. Mosley, and Gianluca Romano (collectively, "Defendants") (together with Plaintiff, the "Parties") alleging violations of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 10b-5 promulgated thereunder, and violations of Section 20(a) of the Exchange Act.

3.     On July 11, 2023, the Court entered an Order setting an initial case management conference ("CMC") for October 13, 2023, as well as related deadlines under Fed. R. Civ. P. 26 and ADR L.R. 3-5 (ECF No. 8) (the "July 11 Order").  The July 11 Order would require the parties to make initial disclosures pursuant to Fed. R. Civ. P. 26(a) and to file an associated Rule 26(f) report.

4.     Seagate's response to the *UA Local 38* Complaint is currently due August 2, 2023, and Messrs. Mosley and Romano's responses to the *UA Local 38* Complaint are due September 18, 2023.

5.     The Parties have conferred and agree that, in the interest of judicial efficiency and for the economy of the Parties' resources, it would be beneficial to take any obligation for Defendants to respond to the existing *UA Local 38* Complaint off calendar pending the appointment of a lead plaintiff, lead counsel, and the filing of an amended and/or consolidated complaint.

6.     The Parties further agree that, in light of the PSLRA's discovery stay and Defendants' anticipated motion to dismiss any operative complaint filed or designated after the appointment of lead plaintiff, no Rule 26(a) disclosures or Rule 26(f) Report should be required

DECLARATION OF STEPHEN STRAIN ISO            - 1 -            CASE NO. 3:23-CV-03431-SI
STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME

at this time.  The Parties further agree that holding a CMC or other ADR proceedings prior to the anticipated filing of a consolidated complaint and any response thereto could result in duplicative effort and waste of judicial resources.

7.    The relief requested in the Stipulation and [Proposed] Order for Extension of Time for Defendants to Respond to Complaint and to Vacate Case Management Conference and Related Deadlines filed concurrently with this declaration would have the effect of relieving Defendants of their obligation to respond to the *UA Local 83* Complaint and adjourning the CMC currently set for October 13, 2023 and the related deadlines set forth in Paragraph 3 above and the July 11 Order, including the obligation to complete initial disclosures pursuant to Fed. R. Civ. P. 26(a), file a Fed. R. Civ. P. 26(f) report, and engage in ADR processes.

8.    There have been no previous time modifications in this case.

9.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of July, 2023, in Palo Alto, California.

*/s/ Stephen B. Strain*
Stephen B. Strain

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)**

I, Caz Hashemi, am the ECF user whose ID and password are being used to file this DECLARATION OF STEPHEN B. STRAIN IN SUPPORT OF STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND TO VACATE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that Stephen B. Strain has concurred in this filing.

Dated:  July 28, 2023                      /s/ *Caz Hashemi*
                                                           Caz Hashemi

DECLARATION OF STEPHEN STRAIN ISO          - 3 -          CASE NO. 3:23-CV-03431-SI
STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME