CAZ HASHEMI, State Bar No. 210239
STEPHEN B. STRAIN, State Bar No. 291572
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:   (650) 565-5100
Email:        chashemi@wsgr.com
              sstrain@wsgr.com

*Attorneys for Defendants*
*Seagate Technology Holdings plc,*
*William D. Mosley, and Gianluca Romano*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UA LOCAL 38 DEFINED CONTRIBUTION PENSION PLAN, on Behalf of Itself and All Others Similarly Situated, | Case No. 3:23-cv-03431-VC |
| Plaintiff, | **DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11** |
| vs. | |
| SEAGATE TECHNOLOGY HOLDINGS PLC, WILLIAM D. MOSLEY, and GIANLUCA ROMANO, | Hon. Vince Chhabria |
| Defendants. | |

DEFS.' ADMIN. MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
CASE NO. 3:23-CV-03431-VC

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Civil Local Rules 3-12 and 7-11, Defendants Seagate Technology Holdings plc ("Seagate"), William D. Mosley, and Gianluca Romano (collectively, "Defendants") respectfully move the Court to consider whether the putative securities class action listed below (the "*Mississippi* Action") should be deemed related to the above-captioned putative securities class action, *UA Local 38 Defined Contribution Pension Plan v. Seagate Technology Holdings plc, et al.*, No. 3:23-cv-03431-VC (N.D. Cal.) (the "*UA Local 38* Action"):

- *Public Employees' Retirement System of Mississippi v. Seagate Technology Holdings plc, et al.*, No. 5:23-cv-3711-EJD (N.D. Cal.).

The *UA Local 38* Action was filed on July 10, 2023. The *Mississippi* Action, which is currently pending before the Honorable Edward J. Davila, was filed on July 26, 2023.

## MEMORANDUM OF POINTS AND AUTHORITIES

Civil Local Rule 3-12(a) provides that "[a]n action is related to another when: (1) [t]he actions concern substantially the same parties, property, transaction, or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." The standard under Civil Rule 3-12(a) is satisfied here.

First, counsel for all parties in the *UA Local 38* Action and the *Mississippi* Action agree that the actions should be related pursuant to Local Rule 3-12. *See* Stipulation Regarding Defendants' Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rules 3-12 and 7-11. Moreover, both actions allege violations of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act"), Rule 10b-5 promulgated thereunder, and Section 20(a) of the Exchange Act, assert the same putative class period (September 15, 2020 to October 25, 2022), and name Seagate, Dr. Mosley, and Mr. Romano as defendants. Finally, both actions are in the initial procedural stage. The *UA Local 38* Action was filed on July 10, 2023 and the *Mississippi* Action was filed on July 26, 2023, and motions for lead plaintiff (pursuant to the Private Securities Litigation Reform Act of 1995) are not due until September 8, 2023.

Defendants respectfully request that the Court relate the *UA Local 38* Action and the *Mississippi* Action and reassign the *Mississippi* Action to the Honorable Vince Chhabria.  Filed concurrently herewith is a Stipulation executed by the parties to the actions.

DATED:  August 7, 2023

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: *s/ Caz Hashemi*
       Caz Hashemi

*Attorneys for Defendants Seagate Technology Holdings plc, William D. Mosley, and Gianluca Romano*

DEFS.' ADMIN. MOTION TO CONSIDER     - 2 -
WHETHER CASES SHOULD BE RELATED
CASE NO. 3:23-CV-03431-VC