CAZ HASHEMI, State Bar No. 210239
STEPHEN B. STRAIN, State Bar No. 291572
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email:        chashemi@wsgr.com
                   sstrain@wsgr.com

*Attorneys for Defendants*
*Seagate Technology Holdings plc,*
*William D. Mosley, and Gianluca Romano*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UA LOCAL 38 DEFINED CONTRIBUTION PENSION PLAN, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SEAGATE TECHNOLOGY HOLDINGS PLC, WILLIAM D. MOSLEY, and GIANLUCA ROMANO, <br><br> Defendants. | Case No. 3:23-cv-03431-VC <br><br> **STIPULATION REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11** <br><br> Hon. Vince Chhabria |

STIPULATION REGARDING DEFS.'                          CASE NO. 3:23-CV-03431-VC
ADMIN. MOTION TO CONSIDER WHETHER
CASES SHOULD BE RELATED

WHEREAS, on July 10, 2023, Plaintiff UA Local 38 Defined Contribution Pension Plan ("UA Local 38") filed a putative class action complaint ("*UA Local 38* Action") in the U.S. District Court for the Northern District of California against Defendants Seagate Technology Holdings plc, William D. Mosley, and Gianluca Romano (collectively, "Defendants") alleging violations of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 10b-5 promulgated thereunder, and violations of Section 20(a) of the Exchange Act;

WHEREAS, on July 26, 2023, Plaintiff Public Employees' Retirement System of Mississippi filed a putative class action complaint, *Public Employees' Retirement System of Mississippi v. Seagate Technology Holdings plc, et al.*, No. 5:23-cv-3711-EJD (N.D. Cal.) (the "*Mississippi* Action") in the U.S. District Court for the Northern District of California against the same Defendants alleging the same causes of action as in the *UA Local 38* Action;

WHEREAS, Defendants have filed an administrative motion to consider whether the *UA Local 38* Action is related to the *Mississippi* Action in accordance with Civil Local Rules 3-12 and 7-11;

WHEREAS, pursuant to Civil Local Rule 3-12(a), the Parties believe that both Actions arise from substantially similar underlying transactions and events, and that given the circumstances present here, the litigation of these Actions before different courts may result in an unduly burdensome duplication of labor and expense for all Parties and the Court;

NOW, THEREFORE, the Parties, by and through their respective attorneys of record, hereby agree and stipulate as follows:

*UA Local 38 Defined Contribution Pension Plan v. Seagate Technology Holdings plc, et al.*, No. 3:23-cv-03431-VC (N.D. Cal.) is related to *Public Employees' Retirement System of Mississippi v. Seagate Technology Holdings plc, et al.*, No. 5:23-cv-3711-EJD (N.D. Cal.); and

///

///

///

STIPULATION REGARDING DEFS.'                     - 1 -                  CASE NO. 3:23-CV-03431-VC
ADMIN. MOTION TO CONSIDER WHETHER
CASES SHOULD BE RELATED

*Public Employees' Retirement System of Mississippi v. Seagate Technology Holdings plc, et al.*, No. 5:23-cv-3711-EJD (N.D. Cal.) should be related and reassigned to the Honorable Vince Chhabria.

**IT IS SO STIPULATED.**

Dated:  August 7, 2023

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: *s/ Caz Hashemi*
        Caz Hashemi

*Attorneys for Defendants Seagate Technology Holdings plc, William D. Mosley, and Gianluca Romano*

Dated:  August 7, 2023

ROBBINS GELLER RUDMAN
     & DOWD LLP

By: *s/ Shawn A. Williams*
        Shawn A. Williams

SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone:  415/288-4545
Fax:  415/288-4534
shawn@rgrdlaw.com

SPENCER A. BURKHOLZ (147029)
DANIELLE S. MYERS (259916)
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone:  619/231-1058
Fax:  619/231-7423
spenceb@rgrdlaw.com
danim@rgrdlaw.com

*Attorneys for Plaintiff UA Local 38 Defined Contribution Pension Plan*

STIPULATION REGARDING DEFS.'
ADMIN. MOTION TO CONSIDER WHETHER
CASES SHOULD BE RELATED

- 2 -

CASE NO. 3:23-CV-03431-VC

Dated:  August 7, 2023

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

By: *s/ Jonathan D. Uslaner*
        Jonathan D. Uslaner

JONATHAN D. USLANER (256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone:  (310) 819-3470
jonathanu@blbglaw.com

-and-

HANNAH ROSS
AVI JOSEFSON
SCOTT R. FOGLIETTA
1251 Avenue of Americas
New York, NY 10020
San Diego, CA 92101-8498
Telephone:  (212) 554-1400
Fax: (212) 554-1444
hannah@blbglaw.com
avi@blbglaw.com
scott.foglietta@blbglaw.com

*Attorneys for Plaintiff Public Employees'
Retirement System of Mississippi*

### CIVIL L.R. 5-1(h)(3) ATTESTATION

I, Caz Hashemi, am the ECF user whose ID and password are being used to file this STIPULATION REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that Shawn A. Williams and Jonathan D. Uslaner have concurred in this filing.

Dated:  August 7, 2023

        *s/ Caz Hashemi*
               Caz Hashemi

STIPULATION REGARDING DEFS.'          - 3 -          CASE NO. 3:23-CV-03431-VC
ADMIN. MOTION TO CONSIDER WHETHER
CASES SHOULD BE RELATED