UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UA LOCAL 38 DEFINED CONTRIBUTION PENSION PLAN, on Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SEAGATE TECHNOLOGY HOLDINGS PLC, WILLIAM D. MOSLEY, and GIANLUCA ROMANO,<br><br>　　　　　Defendants. | Case No. 3:23-cv-03431-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11**<br><br>Hon. Vince Chhabria |

[PROPOSED] ORDER GRANTING DEFS.'
ADMIN. MOTION
CASE NO. 3:23-CV-03431-VC

The Court having considered Defendants Seagate Technology Holdings plc, William D. Mosley, and Gianluca Romano's Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil L.R. 3-12 and 7-11, hereby orders as follows:

1.    The putative class action captioned *Public Employees' Retirement System of Mississippi v. Seagate Technology Holdings plc, et al.*, No. 5:23-cv-3711-EJD (N.D. Cal.) (the "*Mississippi* Action") is deemed related to *UA Local 38 Defined Contribution Pension Plan v. Seagate Technology Holdings plc, et al.*, No. 3:23-cv-03431-VC (N.D. Cal.).

2.    The *Mississippi* Action is hereby reassigned to Judge Vince Chhabria.

**IT IS SO ORDERED.**

Dated:  _____

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING DEFS.'          - 1 -
ADMIN. MOTION
CASE NO. 3:23-CV-03431-VC