# Exhibit A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Tricia L. Beale, on behalf of the Court-appointed Lead Plaintiff Public Employees' Retirement System of Mississippi ("MissPERS"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am a Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi. I am fully authorized to enter into and execute this Certification on behalf of MissPERS. I have reviewed the Consolidated Class Action Complaint and authorize its filing.

2. MissPERS did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. MissPERS is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. MissPERS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. MissPERS's transactions in the Seagate Technology Holdings plc securities that are the subject of this action are set forth in the chart attached hereto.

5. MissPERS has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *Habelt v. iRhythm Technologies, Inc.*, No. 21-cv-776 (N.D. Cal.)
   *Sun v. TAL Education Group*, No. 22-cv-1015 (S.D.N.Y.)
   *City of Miami Fire Fighters' and Police Officers' Retirement Trust v. Cerence Inc.*, No. 22-cv-10321 (D. Mass.)
   *City of Warwick Retirement System v. Catalent, Inc.*, No. 23-cv-1108 (D.N.J.)
   *In re Seagate Technology Holdings plc Securities Litigation*, No. 23-cv-3431 (N.D. Cal.)

6. MissPERS has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

   *In re New Oriental Education & Technology Group Inc. Securities Litigation*, No. 22-cv-1014 (S.D.N.Y.)
   *Cupat v. Palantir Technologies Inc.*, No. 22-cv-2384 (D. Colo.)

*Collinsville Police Pension Board on Behalf of the Collinsville Police Pension
Fund v. Discovery, Inc.*, No. 22-cv-8171 (S.D.N.Y.)
*Schaeffer v. Signature Bank*, No. 23-cv-1921 (E.D.N.Y.)
*Kempen International Funds (Kempen International Funds - MercLin Global
Equity) v. Syneos Health, Inc.*, No. 23-cv-8848 (S.D.N.Y.)

7. MissPERS will not accept any payment for serving as a representative party on behalf of the Class beyond MissPERS's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of October, 2023.

Tricia L. Beale
*Special Assistant Attorney General in the
Office of the Attorney General of the State of
Mississippi on behalf of the Public
Employees' Retirement System of
Mississippi*

**Public Employees' Retirement System of Mississippi**
**Transactions in Seagate Technology Holdings plc**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 2/1/2021 | 2,456 | 66.7400 |
| Purchase | 2/26/2021 | 107 | 73.2269 |
| Purchase | 9/17/2021 | 1,531 | 83.7362 |
| Purchase | 1/7/2022 | 28,448 | 111.1542 |
| Purchase | 2/28/2022 | 41,155 | 103.0871 |
| Purchase | 3/28/2022 | 7,379 | 91.8808 |
| Purchase | 8/9/2022 | 28,846 | 77.3400 |
| Sale | 9/18/2020 | (405) | 48.8245 |
| Sale | 12/18/2020 | (481) | 64.7230 |
| Sale | 3/19/2021 | (3,595) | 74.6334 |
| Sale | 5/14/2021 | (789) | 97.9700 |
| Sale | 6/18/2021 | (143) | 85.3017 |
| Sale | 8/27/2021 | (576) | 86.3100 |
| Sale | 9/15/2021 | (523) | 84.3500 |
| Sale | 10/8/2021 | (1,934) | 79.9300 |
| Sale | 11/30/2021 | (309) | 102.6726 |
| Sale | 12/17/2021 | (500) | 104.5100 |
| Sale | 4/27/2022 | (38,400) | 82.1735 |
| Sale | 6/17/2022 | (665) | 72.6922 |
| Sale | 6/28/2022 | (38,582) | 73.2616 |
| Sale | 12/16/2022 | (365) | 52.1322 |