# Exhibit B

**CERTIFICATION PURSUANT TO
THE FEDERAL SECURITIES LAWS**

I, Laura Gilson, on behalf of the Court-appointed Lead Plaintiff Arkansas Public Employees' Retirement System ("APERS"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.  I am the Chief Legal Counsel of APERS.  I am fully authorized to enter into and execute this Certification on behalf of APERS.  I have reviewed the Consolidated Class Action Complaint and authorize its filing.

2.  APERS did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.  APERS is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. APERS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4.  APERS's transactions in the Seagate Technology Holdings plc securities that are the subject of this action are set forth in the chart attached hereto.

5.  APERS has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

*In re Seagate Technology Holdings plc Securities Litigation*,
No. 23-cv-3431 (N.D. Cal.)

6.  APERS will not accept any payment for serving as a representative party on behalf of the Class beyond APERS's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18th day of October, 2023.

_____
Laura Gilson
Chief Legal Counsel
Arkansas Public Employees' Retirement System

**Arkansas Public Employees' Retirement System
Transactions in Seagate Technology Holdings plc**

| Transaction | Trade Date | Shares | Price |
|---|---|---|---|
| Purchase | 3/22/2022 | 5,472 | 93.6439 |
| Purchase | 3/30/2022 | 32,925 | 91.1771 |
| Sale | 12/7/2020 | (6,373) | 63.4139 |
| Sale | 12/18/2020 | (33,469) | 64.9776 |
| Sale | 12/16/2022 | (38,397) | 52.0608 |