ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
SPENCER A. BURKHOLZ (147029)
DANIELLE S. MYERS (259916)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
dmyers@rgrdlaw.com

Attorneys for Plaintiff UA Local 38 Defined Contribution Pension Plan


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re SEAGATE TECHNOLOGY HOLDINGS PLC SECURITIES LITIGATION | Case No. 3:23-cv-03431-VC |
|---|---|
| This Document Relates To: | CLASS ACTION |
| *UA Local 38 Defined Contribution Pension Plan v. Seagate Technology Holdings Plc.*, No. 3:23-cv-03431-VC | NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff UA Local 38 Defined Contribution Pension Plan hereby voluntarily dismisses its claims without prejudice to its ability to participate in this consolidated action as an absent class member.  The class's interests will continue to be represented by Court-appointed Lead Counsel.

DATED:  October 20, 2023

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS

s/ Shawn A. Williams
SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

Attorneys for Plaintiff UA Local 38 Defined
Contribution Pension Plan

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on October 20, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Shawn A Williams
SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
Email:  swilliams@rgrdlaw.com

4876-4375-1561.v1  NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) - 3:23-cv-03431-VC

## Mailing Information for a Case 3:23-cv-03431-VC In re Seagate Technology Holdings plc Securities Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Abe Alexander**
  abe.alexander@blbglaw.com,managingclerk@blbglaw.com

- **Andrew P Arnold**
  aarnold@motleyrice.com

- **Caitlin Bozman**
  caitlin.bozman@blbglaw.com

- **Spencer A. Burkholz**
  SpenceB@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Scott R. Foglietta**
  scott.foglietta@blbglaw.com

- **Aasiya F.M. Glover**
  aasiya.glover@blbglaw.com

- **Salvatore J Graziano**
  Salvatore@blbglaw.com,ManagingClerk@blbglaw.com

- **Caz Hashemi**
  chashemi@wsgr.com,tbell@wsgr.com

- **Avi Josefson**
  Avi@blbglaw.com

- **Gregg S. Levin**
  glevin@motleyrice.com,sturman@sturman.ch,lmclaughlin@motleyrice.com,erichards@motleyrice.com,kweil@motleyrice.com

- **Joshua C Littlejohn**
  jlittlejohn@motleyrice.com,bnorton@motleyrice.com,lmclaughlin@motleyrice.com,vdavis@motleyrice.com,mkimpson@motleyrice.com,kweil@motleyrice.com

- **Christopher Francis Moriarty**
  cmoriarty@motleyrice.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **William S. Norton**
  bnorton@motleyrice.com,mhickey@motleyrice.com

- **Lance V. Oliver**
  loliver@motleyrice.com

- **Hannah G Ross**
  Hannah@blbglaw.com,matthew.mahady@blbglaw.com,khristine.deleon@blbglaw.com

- **Stephen Bruce Strain**
  sstrain@wsgr.com,pmarquez@wsgr.com

- **Jonathan D. Uslaner**
  jonathanu@blbglaw.com,Khristine.DeLeon@blbglaw.com,Andrea.Dorado@blbglaw.com,Scott.Foglietta@blbglaw.com,AdamW@blbglaw.com,Matthew.Mahady@bl

- **Lesley Elizabeth Weaver**
  lweaver@bfalaw.com,emily-aldridge-5965@ecf.pacerpro.com,lesley-weaver-4669@ecf.pacerpro.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)