Gregg S. Levin (admitted *pro hac vice*)
Lance V. Oliver (admitted *pro hac vice*)
William S. Norton (admitted *pro hac vice*)
Joshua C. Littlejohn (admitted *pro hac vice*)
Christopher F. Moriarty (admitted *pro hac vice*)
Andrew P. Arnold (admitted *pro hac vice*)
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
glevin@motleyrice.com
loliver@motleyrice.com
bnorton@motleyrice.com
jlittlejohn@motleyrice.com
cmoriarty@motleyrice.com
aarnold@motleyrice.com

Salvatore J. Graziano (admitted *pro hac vice*)
Hannah Ross (admitted *pro hac vice*)
Abe Alexander (admitted *pro hac vice*)
Aasiya Farah Mirza Glover (admitted *pro hac vice*)
Sarah Schmidt (admitted *pro hac vice*)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com
hannah@blbglaw.com
abe.alexander@blbglaw.com
aasiya.glover@blbglaw.com
sarah.schmidt@blbglaw.com

*Co-Lead Counsel for Co-Lead Plaintiffs Universal-Investment-Gesellschaft mbH, Universal-Investment-Luxembourg S.A., and UI BVK Kapitalverwaltungsgesellschaft mbH, and the Class*

*Co-Lead Counsel for Co-Lead Plaintiffs Public Employees' Retirement System of Mississippi and Arkansas Public Employees' Retirement System, and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Seagate Technology Holdings plc Securities Litigation* | Case No. 3:23-cv-03431-RFL <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF CHRISTOPHER F. MORIARTY IN SUPPORT OF LEAD PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** <br><br> Hearing Date: TBA <br> Time: TBA <br> Courtroom: 15 (18th Floor) <br> Judge: Hon. Rita F. Lin |

I, Christopher F. Moriarty, hereby declare as follows:

I am a member of the law firm Motley Rice LLC, Court-appointed Co-Lead Counsel for Co-Lead Plaintiffs and the Class.  I am admitted to practice *pro hac vice* in this Action.  I submit this Declaration in support of Lead Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss.  If called upon, I could and would testify competently to the following:

1.    Attached hereto as **Exhibit A** is a true and correct copy of an October 26, 2022 analyst report by BofA Securities.

2.    Attached hereto as **Exhibit B** is a true and correct copy of an October 27, 2022 analyst report by Argus Research Company.

3.    Attached hereto as **Exhibit C** is a true and correct copy of an April 12, 2023 analyst report by Deutsche Bank Securities Inc.

4.    Attached hereto as **Exhibit D** is a true and correct copy of an April 13, 2023 analyst report by Morgan Stanley & Co. LLC.

Executed this 4th day of December, 2023, in Mount Pleasant, South Carolina.

*/s/ Christopher F. Moriarty*
Christopher F. Moriarty

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on December 4, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel or parties of record.

Dated:  December 4, 2023                              **MOTLEY RICE LLC**

*/s/ Christopher F. Moriarty*
Christopher F. Moriarty