# EXHIBIT B



# SEAGATE TECHNOLOGY HOLDINGS PLC

NASDAQ: STX

Report created Oct 27, 2022  **Page 1 OF 6**

Seagate Technology Holdings provides hard disk drives (HDDs) for the personal computer, enterprise server, storage, retail, and consumer device markets. In December 2011, Seagate completed the acquisition of Samsung's HDD business for $1.4 billion in cash and stock. In calendar 2014, Seagate acquired Xyratex and LSI's SSD assets. In 2018, Seagate invested $1 billion in the Bain consortium to assure adequate NVM supply. The successor company to Toshiba Memory has since bought out that investment, while retaining NVM supply agreements with Seagate.

## Analyst's Notes

*Analysis by Jim Kelleher, CFA, October 26, 2022*

**ARGUS RATING: BUY**

- Challenging environment worsening, restructuring ahead
- Seagate Technology missed its revised midpoint sales guidance for fiscal 1Q23, and both sales and profits declined sharply from the prior year.
- The company's fiscal 2Q23 guidance assumes at least a 40% annual revenue decline and 90% drop in non-GAAP EPS.
- COVID lockdowns and related economic slowing in China, broad-based customer inventory adjustments, and weakening in global consumer spending are impacting demand.
- These trends are also impacting mass capacity HDD markets. The company is engaged in restructuring actions, including cutting its global workforce by 8%.

**INVESTMENT THESIS**

BUY-rated Seagate Technology Holdings plc (NGS: STX) fell by 5% in a mixed market on 10/26/22 after the company posted revenue of $2.04 billion for fiscal 1Q23, missing its revised midpoint sales guidance of $2.1 billion; original guidance had been $2.5 billion. On the lower sales base, non-GAAP EPS fell 80% year-over-year and was well below the revised consensus forecast.

At the time of the company's 1Q23 guidance revision late in August, demand declines in consumer end market showed signs of spreading to cloud and enterprise customers. Since then, macroeconomic caution has increased, and both cloud and enterprise end-markets weakened in fiscal 1Q23. Seagate is also facing U.S. U.S. government charges that it sold to Chinese companies on the Entities List.

Current demand weakness reflects three key factors, the company believes. Demand is being negatively impacted by COVID lockdowns and related economic slowing in China; broad-based customer inventory adjustments; and weakening in global consumer spending. Seagate reacted quickly to slow its own production, triggering factory under-utilization costs that deeply cut into gross margins.

### Market Data
Pricing reflects previous trading week's closing price.



| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EPS ($)** | | | | | | | | | | | | | | | | |
| Quarterly | 0.93 | 1.29 | 1.48 | 2.00 | 2.36 | 2.41 | 1.81 | 1.59 | 0.48 | 0.39 | 0.93 | 1.01 | 1.02 | 1.02 | 1.05 | 1.09 |
| Annual | | 5.70 | | | | 8.16 | | | | 2.81 (Estimate) | | | | 4.18 (Estimate) | | |
| **Revenue ($ in Bil.)** | | | | | | | | | | | | | | | | |
| Quarterly | 2.3 | 2.6 | 2.7 | 3.0 | 3.1 | 3.1 | 2.8 | 2.6 | 2.0 | 1.9 | 2.0 | 2.1 | 2.2 | 2.2 | 2.2 | 2.3 |
| Annual | | 10.7 | | | | 11.7 | | | | 8.1 (Estimate) | | | | 8.8 (Estimate) | | |
| FY ends Jun 30 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| | | **2021** | | | | **2022** | | | | **2023** | | | | **2024** | | |

Please see important information about this report on page 6

©2022 Argus Research Company

## Argus Recommendations

| | | | |
|---|---|---|---|
| **Twelve Month Rating** | SELL | HOLD | **BUY** |
| **Five Year Rating** | SELL | HOLD | **BUY** |
| **Sector Rating** | Under Weight | **Market Weight** | Over Weight |

Argus assigns a 12-month BUY, HOLD, or SELL rating to each stock under coverage.

- BUY-rated stocks are expected to outperform the market (the benchmark S&P 500 Index) on a risk-adjusted basis over the next year.
- HOLD-rated stocks are expected to perform in line with the market.
- SELL-rated stocks are expected to underperform the market on a risk-adjusted basis.

**The distribution of ratings across Argus' entire company universe is: 71% Buy, 29% Hold.**

## Key Statistics

Key Statistics pricing data reflects previous trading day's closing price. Other applicable data are trailing 12-months unless otherwise specified

**Market Overview**

| | |
|---|---|
| Price | $53.39 |
| Target Price | $80.00 |
| 52 Week Price Range | $49.62 to $117.67 |
| Shares Outstanding | 227.60 Million |
| Dividend | $2.80 |

**Sector Overview**

| | |
|---|---|
| Sector | Technology |
| Sector Rating | MARKET WEIGHT |
| Total % of S&P 500 Market Cap. | 27.00% |

**Financial Strength**

| | |
|---|---|
| Financial Strength Rating | MEDIUM |
| Debt/Capital Ratio | 98.1% |
| Return on Equity | -- |
| Net Margin | 10.9% |
| Payout Ratio | 1.00 |
| Current Ratio | 1.13 |
| Revenue | $10.58 Billion |
| After-Tax Income | $1.15 Billion |

**Valuation**

| | |
|---|---|
| Current FY P/E | 19.00 |
| Prior FY P/E | 6.54 |
| Price/Sales | 1.15 |
| Price/Book | -31.41 |
| Book Value/Share | -$1.70 |
| Market Capitalization | $12.15 Billion |

**Forecasted Growth**

1 Year EPS Growth Forecast
**-65.56%**

5 Year EPS Growth Forecast
**10.00%**

1 Year Dividend Growth Forecast
**1.08%**

**Risk**

| | |
|---|---|
| Beta | 1.17 |
| Institutional Ownership | 84.40% |

## Analyst's Notes...Continued

At the macro level, Seagate is being impacted by inflation, rising interest rates, and geopolitical factors. While those factors are beyond its control, the company is able to moderate its own output. Seagate is taking steps to align its output to match near-term demand. The company announced a restructuring program designed to cut annualized costs by $110 million. That program entails a $60-$70 million charge in the current fiscal 2Q23 (calendar 4Q22) and will result in a reduction of up to 8% (about 3,000 people) of the global workforce.

Seagate is dedicated to maintaining its dividend in the current tough environment, but will pause its share-buyback program. The company believes long-term demand drivers in the mass capacity storage market are intact, and that its cost-saving actions will drive leverage to earnings as demand recovers.

Seagate is aligning production to end-market realities and managing costs to protect profitability. The company has deep experience in managing through turbulent times and markets, and we believe that it will come out of this period with a richer mix and even less reliance on legacy markets. Given the company's shift toward growing, high-value-added markets, STX shares appear undervalued at current levels on a longer-term basis. We are reiterating our BUY rating to a 12-month target price of $80, reduced from $110.

### RECENT DEVELOPMENTS

STX is down 52% year-to-date in 2022, while peers are down 29%. STX rose 82% in 2021, while the peer group of information processing, data center, and storage companies was up 35%. STX rose 5% in 2020, versus a 9% gain for peers. STX rose 54% in 2019, ahead of the 39% gain for peers. STX declined 7% in 2018; the peer group declined 14%. STX shares advanced 10% in 2017, compared to an 18% gain for the peer group.

For fiscal 1Q23 (calendar 3Q22), Seagate reported revenue of $2.04 billion, which was down 35% compared with year-earlier sales of $3.12 billion and down 23% sequentially from fiscal 4Q22 (calendar 2Q22). Revenue came in below the $2.1 billion midpoint of management's revised guidance of $2.00-$2.20 billion; the original guidance midpoint had been $2.5 billion. Fiscal 1Q23 revenue also missed the revised consensus call of $2.1 billion. Non-GAAP earnings for fiscal 1Q23 totaled $0.48 per diluted share, down 80% year-over-year. Management withdrew EPS guidance in August. Non-GAAP EPS missed the revised Street forecast of $0.76.

Seagate operates in the memory and data storage end-market, which is the most volatile end-market in the technology sector. Customers will rapidly modify storage product demand to meet changing market conditions. Customers can also flex the amount of storage in a data center implementation.

For these reasons, memory and data storage also experience high levels of product price volatility. In the current worsening macro-environment, both demand and particularly pricing have come down sharply for Seagate's products and solutions. Given

## Growth & Valuation Analysis

### GROWTH ANALYSIS

| ($ in Millions, except per share data) | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| Revenue | 11,184 | 10,390 | 10,509 | 10,681 | 11,661 |
| COGS | 7,820 | 7,458 | 7,667 | 7,764 | 8,192 |
| Gross Profit | 3,364 | 2,932 | 2,842 | 2,917 | 3,469 |
| SG&A | 562 | 453 | 473 | 502 | 559 |
| R&D | 1,026 | 991 | 973 | 903 | 941 |
| Operating Income | 1,723 | 1,465 | 1,382 | 1,500 | 1,958 |
| Interest Expense | 198 | 140 | 181 | 218 | 247 |
| Pretax Income | 1,418 | 1,372 | 1,032 | 1,348 | 1,679 |
| Income Taxes | 236 | -640 | 28 | 34 | 30 |
| Tax Rate (%) | 17 | — | 3 | 3 | 2 |
| Net Income | 1,182 | 2,012 | 1,004 | 1,314 | 1,649 |
| Diluted Shares Outstanding | 292 | 285 | 265 | 245 | 224 |
| EPS | 4.05 | 7.06 | 3.79 | 5.36 | 7.36 |
| Dividend | 2.52 | 2.52 | 2.58 | 2.66 | 2.77 |
| **GROWTH RATES (%)** | | | | | |
| Revenue | 3.8 | -7.1 | 1.1 | 1.6 | 9.2 |
| Operating Income | 39.9 | -15.0 | -5.7 | 8.5 | 30.5 |
| Net Income | 53.1 | 70.2 | -50.1 | 30.9 | 25.5 |
| EPS | 57.0 | 74.3 | -46.3 | 41.4 | 37.3 |
| Dividend | | | 2.4 | 3.1 | 4.1 |
| Sustainable Growth Rate | 46.3 | 58.2 | 19.2 | 80.8 | 277.9 |
| **VALUATION ANALYSIS** | | | | | |
| Price: High | $62.70 | $60.83 | $66.69 | $116.93 | — |
| Price: Low | $35.38 | $36.47 | $39.02 | $58.04 | — |
| Price/Sales: High-Low | 1.6 - 0.9 | 1.7 - 1.0 | 1.7 - 1.0 | 2.7 - 1.3 | — - — |
| P/E: High-Low | 15.5 - 8.7 | 8.6 - 5.2 | 17.6 - 10.3 | 21.8 - 10.8 | — - — |
| Price/Cash Flow: High-Low | 7.4 - 4.2 | 10.4 - 6.3 | 11.2 - 6.6 | 15.2 - 7.6 | — - — |

## Financial & Risk Analysis

| FINANCIAL STRENGTH | 2020 | 2021 | 2022 |
|---|---|---|---|
| Cash ($ in Millions) | 1,722 | 1,209 | 615 |
| Working Capital ($ in Millions) | 1,392 | 858 | 478 |
| Current Ratio | 1.51 | 1.29 | 1.13 |
| LT Debt/Equity Ratio (%) | 235.3 | 781.8 | 4,677.1 |
| Total Debt/Equity Ratio (%) | 237.2 | 823.0 | 5,225.7 |
| **RATIOS (%)** | | | |
| Gross Profit Margin | 27.0 | 27.3 | 29.7 |
| Operating Margin | 13.2 | 14.0 | 16.8 |
| Net Margin | 9.6 | 12.3 | 14.1 |
| Return On Assets | 11.3 | 14.9 | 18.7 |
| Return On Equity | 50.8 | 108.7 | 445.7 |
| **RISK ANALYSIS** | | | |
| Cash Cycle (days) | 10.0 | 10.9 | 19.5 |
| Cash Flow/Cap Ex | 2.9 | 3.3 | 4.3 |
| Oper. Income/Int. Exp. (ratio) | 6.1 | 7.1 | 7.7 |
| Payout Ratio | 40.3 | 66.5 | 39.5 |

The data contained on this page of this report has been provided by Morningstar, Inc. (© 2022 Morningstar, Inc. All Rights Reserved). This data (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete or timely.  Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information.  Past performance is no guarantee of future results. This data is set forth herein for historical reference only and is not necessarily used in Argus' analysis of the stock set forth on this page of this report or any other stock or other security. All earnings figures are in GAAP.

Please see important information about this report on page 6

## Analyst's Notes ...Continued

Seagate's role as a prime manufacturer, its operating leverage is high, and gross margins are deeply impacted when the company cuts production in response to slackening demand.

CEO Dave Mosley acknowledged the intensely challenging macro environment during the post-release conference call and detailed the company's planned actions in this tough period. Seagate believes that underlying data demand drivers remains strong for mass capacity storage solutions, and the company will continue to invest in increasingly dense and higher-capacity drives for data center applications; meanwhile it continues to wind down its legacy business.

While sales of $2.04 billion were within the company's revised guidance range, non-GAAP EPS of $0.48 was 'much below our expectations,' the CEO noted. As the quarter progressed, gross margins headwinds intensified. Demand in the period was negatively impacted by COVID lockdowns and related economic slowing in China; broad-based customer inventory adjustments; and weakening in global consumer spending. Seagate cut scheduled production at least twice in fiscal 1Q23, resulting in factory under-utilization costs.

Since the close of fiscal 1Q23, caution among Seagate customers has increased. Although headline COVID lockdowns in China have decreased, mainstream mass capacity demand has not yet recovered. Within mass capacity, 20 Tb-plus platforms relatively outperformed, with both demand and pricing holding firm. During 1Q23, 20 Tb products surpassed 18 Tb in terms of revenue,

exabytes and units shipped, in line with company planning.

Demand remains soft for VIA (video and image applications) products formerly in high demand in China and other markets. Inventories built up in this market at the customer and distribution level, and will now need to work down. Seagate now anticipates that the company's VIA market will not experience its usual seasonal bump in calendar 4Q22 (fiscal 2Q23).

In near-line, Seagate experienced double-digit sequential declines at cloud and enterprise customers. Seagate no longer thinks near-line softness will conclude in the December quarter and expects it to trail into calendar 2023. Seagate expects this market to return to 20%-plus growth once the economy stabilizes and inventories normalize.

At the macro level, Seagate is being impacted by inflation, rising interest rates, and geopolitical factors. While those factors are beyond its control, the company is able to moderate its own output. Seagate is taking steps to align its output to match near-term demand. The company announced a restructuring program designed to cut annualized costs by $110 million. That program entails a $60-$70 million charge in the current fiscal 2Q23 (calendar 4Q22) and will result in a reduction of up to 8% (about 3,000 people) of the global workforce.

In October 2022, the U.S. Commerce Department alleged that Seagate had violated export controls by providing HDDs to Huawei, currently on the U.S. government's Entities List. Seagate is cooperating with the U.S. government and has argued that its sales

## Peer & Industry Analysis

The graphics in this section are designed to allow investors to compare STX versus its industry peers, the broader sector, and the market as a whole, as defined by the Argus Universe of Coverage.

- The scatterplot shows how STX stacks up versus its peers on two key characteristics: long-term growth and value. In general, companies in the lower left-hand corner are more value-oriented, while those in the upper right-hand corner are more growth-oriented.
- The table builds on the scatterplot by displaying more financial information.
- The bar charts on the right take the analysis two steps further, by broadening the comparison groups into the sector level and the market as a whole. This tool is designed to help investors understand how STX might fit into or modify a diversified portfolio.





| Ticker | Company | Market Cap ($ in Millions) | 5-yr Growth Rate (%) | Current FY P/E | Net Margin (%) | 1-yr EPS Growth (%) | Argus Rating |
|---|---|---|---|---|---|---|---|
| MU | Micron Technology Inc. | 62,423 | 10.0 | 21.5 | 28.2 | 108.1 | BUY |
| NTAP | NetApp Inc | 15,112 | 9.0 | 12.5 | 14.7 | 9.4 | HOLD |
| STX | Seagate Tech Hldgs Pl | 12,152 | 10.0 | 19.0 | 10.9 | 48.8 | BUY |
| WDC | Western Digital Corp. | 10,812 | 10.0 | 9.5 | 8.0 | 63.1 | BUY |
| **Peer Average** | | **25,125** | **9.8** | **15.6** | **15.5** | **57.4** | |

Please see important information about this report on page 6

©2022 Argus Research Company

**Argus** Analyst Report

## Analyst's Notes ...Continued

practices did not violate any laws or regulations. Seagate halted shipments to Huawei one year ago, according to an unnamed Seagate official.

Besides 20 Tb, a bright spot for Seagate in 1Q23 was its enterprise systems business, which grew in double digits annually and sequentially. Seagate's low-complexity systems and its small number of system SKUs are resonating as the macro-economy weakens. In 1Q23, Systems revenue (13% of 1Q23 total) rose 5% annually and 21% sequentially.

For fiscal 1Q23 in the HDD space, total HDD capacity shipments of 118.3 exabytes declined 26% annually and 23% sequentially; the all-time peak of 163.2 exabytes was set in fiscal 2Q22. Seagate shipped 104.0 exabytes of mass capacity storage, which was down 12% annually and 25% on a sequential basis; the sequential decline was against 4Q22, when Seagate had its highest-ever mass capacity shipments measured in exabytes. Mass capacity represented 88% of exabytes shipped, vs, 83% a year earlier.

Within mass capacity, near-line (72% of total exabytes shipped) decreased 20% annually and 28% sequentially. Mission Critical has long underperformed near-line but appeared to relatively outperform in 1Q23. Reflecting pricing pressures, mass capacity revenue of $1.4 billion (78% of HDD total) fell 34% annually and 27% sequentially; the all-time high in mass capacity revenue was $2.21 billion in 2Q22.

Legacy category shipments of 14.3 exabytes declined 47% year-over-year and 11% sequentially. Legacy revenue (22% of HDD total) declined 48% annually. Legacy had been supported from mid-2020 through early-2022 by strong demand for PCs in the evolving hybrid environment. PC demand moved sharply lower in the June quarter and fell harder in the September quarter as inflation slammed consumer technology spending.

Reflecting the shift to mass capacity from legacy drives, capacity per drive of 7.5 Tb increased 32% annually; capacity per drive moderated sequentially from 7.8 Tb in 4Q23. Capacity per drive for mass-capacity drives rose 23% annually to 11.8 Tb, a new all-time record. Capacity per legacy drive was up 11% annually.

In terms of the HDD customer mix, revenue from OEMs (76% of total HDD revenue) was down 36% annually in 1Q23. Revenue from retail (9% of HDD total) was down 44%, and revenue from distribution (15% of total) was down 42%. Distributors tend to react dramatically to demand-trend shifts, and the rapid inventory reduction at distribution is likely to continue for one or possibly two quarters. Over-time, replenishing of distributor inventories should help overall end-demand improve more rapidly than it would otherwise.

Having launched 20 terabyte devices using HAMR technology in 2020, Seagate expects to produce 50 terabyte devices by 2026 and has a roadmap for 100 TB devices by 2030. Magnetic recording technologies such as PMR and SMR (perpendicular and shingled magnetic recording, respectively), the backbone of the industry, will continue to 2030 and beyond, the company believes.

For larger and more data-dense devices, Seagate is transitioning to HAMR (heat-assisted magnetic recording). The CEO noted that in past periods of slack demand, Seagate has been able to devote more resources and factory floor time to development, resulting in accelerated new

### EARNINGS & GROWTH ANALYSIS

For fiscal 1Q23 (calendar 3Q22), Seagate reported revenue of

$2.04 billion, which was down 35% compared with year-earlier sales of $3.12 billion and down 23% sequentially from fiscal 4Q22 (calendar 2Q22). Revenue came in below the $2.1 billion midpoint of management's revised guidance of $2.00-$2.20 billion; the original guidance midpoint had been $2.5 billion. Fiscal 1Q23 revenue also missed the revised consensus call of $2.1 billion.

The non-GAAP gross margin was 24.5% in 1Q23, down from 29.3% in 4Q22 and 31.0% a year earlier. The non-GAAP operating margin tightened to 9.0% in 1Q23 from 16.1% in 4Q22 and from 20.1% a year earlier.

Non-GAAP earnings for fiscal 1Q23 totaled $0.48 per diluted share, down 80% year-over-year. Management withdrew EPS guidance in August. Non-GAAP EPS missed the revised Street forecast of $0.76.

For all of FY22, revenue of $11.66 billion was up 9% from $10.68 billion in FY21. Non-GAAP earnings totaled $8.16 per diluted share, up 43% from $5.70 per share in FY21.

For fiscal 2Q23, Seagate guided for revenue of $1.70-$2.00 billion. On the lower sales base, non-GAAP EPS is forecast to range from a loss of $0.05 to a profit of $0.35 per diluted share. At respective midpoints of $1.85 billion in sales and $0.15 in adjusted EPS, revenue would be down 41% annually, while non-GAAP EPS would be down 94% from $2.41 a year earlier.

Given worsening industry challenges, we are further reducing our fiscal 2023 non-GAAP EPS projection to $2.81 per diluted share from $7.43. We are also lowering our fiscal 2024 non-GAAP EPS projection to $4.18 per diluted share from a preliminary $9.11. Our forecasts are fluid and subject to revision. Our long-term EPS growth rate forecast is 10%.

### FINANCIAL STRENGTH & DIVIDEND

Our financial strength rating on Seagate is Medium. In FY18, Seagate invested $1.3 billion in the Bain consortium that purchased TSM in order to assure access to NVM memory. In 4Q19, Seagate received a $1.35 billion payment representing the redemption of its ownership in the asset; Seagate retains access to NVM memory.

Debt was $6.23 billion at the end of fiscal 1Q23. Debt was $5.65 billion at the end of fiscal 2022, $5.14 billion at the end of fiscal 2021, $4.16 billion at the end of fiscal 2020, and $4.25 billion at the end of fiscal 2019.

Cash was $761 million at the end of fiscal 1Q23. Cash was $615 million at the end of fiscal 2022, $1.24 billion at the end of fiscal 2021, $1.72 billion at the end of fiscal 2020, and $2.20 billion at the end of fiscal 2019.

Cash flow from operations was $1.66 billion in FY22. Cash flow from operations was $1.63 billion in FY21, $1.71 billion in FY20, $1.76 billion in FY19, and $2.11 billion in FY18.

Seagate has been an aggressive repurchaser of its stock; in light of current macro-economic challenges, Seagate paused its share buyback program in October 2022. Seagate spent $29 billion to buy stock between FY16 and FY19 alone. Seagate returned $2.7 billion to shareholders in FY21 and $2.4 billion in fiscal 2022 through dividends and share repurchases.

In October 2021, Seagate announced a 4.5% increase in its quarterly dividend, to $0.70 per share. Prior hikes include 3% in October 2020, to $0.67 per share; and 3% in September 2019, to $0.65 per share. That followed a multiyear hiatus. Previously, Seagate announced quarterly dividend hikes to $0.54 in October 2014, to $0.43 in October 2013, and to $0.38 in November 2012. Seagate, which suspended its dividend in fiscal 2009, initiated a

---

Please see important information about this report on page 6

©2022 Argus Research Company



## Analyst's Notes ...Continued

quarterly dividend of $0.18 per share in April 2011.

The company is committed to maintaining the dividend, but we no longer anticipate any dividend growth in the intermediate term. Our dividend estimates are $2.80 for FY23 (reduced from $2.89) and $2.80 for FY24 (reduced from $2.92).

### MANAGEMENT & RISKS

Dave Mosley has been the company's CEO since October 2017 after previously serving as president and COO. Gianluca Romano is CFO. Seagate's EVP of Operations & Technology Development is Jeffrey Nygaard. The CIO and EVP of Storage Services is Ravi Naik.

In October 2022, the U.S. Commerce Department alleged that Seagate had violated export controls by providing HDDs to Huawei, currently on the U.S. government's Entities List. Seagate is cooperating with the U.S. government and has argued that its sales practices did not violate any laws or regulations.

In 2018, Seagate invested $1 billion in the Bain consortium to assure adequate NVM supply. Toshiba Memory has since bought out that investment, while retaining its supply agreements with Seagate.

We are concerned that Seagate faces structural challenges in addition to the cyclical pressures impacting markets such as China. Seagate intends to 'prioritize strategic positioning,' which may entail an adjustment period as it reassesses its end markets.

The traditional HDD business has decreased its exposure to the PC industry, but still has some client sensitivity. HDDs are facing pressure from substitution (tablets and smartphones), technology (SSDs replacing HDDs in PCs), and economic factors. The newest risk is that industry margins are deflating faster than anticipated. We note that Seagate's strong enterprise presence is a positive for margins.

### COMPANY DESCRIPTION

Seagate Technology Holdings provides hard disk drives (HDDs) for the personal computer, enterprise server, storage, retail, and consumer device markets. In December 2011, Seagate completed the acquisition of Samsung's HDD business for $1.4 billion in cash and stock. In calendar 2014, Seagate acquired Xyratex and LSI's SSD assets. In 2018, Seagate invested $1 billion in the Bain consortium to assure adequate NVM supply. The successor company to Toshiba Memory has since bought out that investment, while retaining NVM supply agreements with Seagate.

### VALUATION

STX trades at 19.2-times our FY23 EPS estimate and at 12.9-times our FY24 projection; the two-year forward average P/E of 16.1 is now above the average P/E of 10.7 for FY18-FY22. The two-year forward relative P/E of 1.01 is now above the five-year average of 0.61 and slightly above the market P/E. Historical comparable valuation signals value in the low $60s, in a declining trend and now above current prices.

With industry rivals having corrected in the tech selloff to start 2022, peer indicated value is stable in the $70s, and is now above current prices. Discounted free cash flow valuation points to a terminal value above $140, in a declining trend. Our calculated fair value of $100 per share is in a declining trend, given the peer group decline, though above current prices.

For the longer term, we believe that Seagate is positioned to benefit from rising demand in mass capacity data storage. Seagate is now almost fully leveraged to mass-capacity sales into cloud, data center and enterprise, and minimally sensitive to the PC cycle. The cloud and AI-driven mass capacity storage markets represent a meaningful and profitable long-term opportunity. We are reiterating our BUY rating to a 12-month target price of $80, reduced from $110.

On October 26, BUY-rated STX closed at $53.39, down $4.61.

---

**Please see important information about this report on page 6**

©2022 Argus Research Company

**Argus** Analyst Report



## About Argus

Argus Research, founded by Economist Harold Dorsey in 1934, has built a top-down, fundamental system that is used by Argus analysts. This six-point system includes Industry Analysis, Growth Analysis, Financial Strength Analysis, Management Assessment, Risk Analysis and Valuation Analysis.

Utilizing forecasts from Argus' Economist, the Industry Analysis identifies industries expected to perform well over the next one-to-two years.

The Growth Analysis generates proprietary estimates for companies under coverage.

In the Financial Strength Analysis, analysts study ratios to understand profitability, liquidity and capital structure.

During the Management Assessment, analysts meet with and familiarize themselves with the processes of corporate management teams.

Quantitative trends and qualitative threats are assessed under the Risk Analysis.

And finally, Argus' Valuation Analysis model integrates a historical ratio matrix, discounted cash flow modeling, and peer comparison.

### THE ARGUS RESEARCH RATING SYSTEM

Argus uses three ratings for stocks: BUY, HOLD, and SELL. Stocks are rated relative to a benchmark, the S&P 500.

- A BUY-rated stock is expected to outperform the S&P 500 on a risk-adjusted basis over a 12-month period. To make this determination, Argus Analysts set target prices, use beta as the measure of risk, and compare expected risk-adjusted stock returns to the S&P 500 forecasts set by the Argus Market Strategist.
- A HOLD-rated stock is expected to perform in line with the S&P 500.
- A SELL-rated stock is expected to underperform the S&P 500.

## Argus Research Disclaimer

Argus Research Co. (ARC) is an independent investment research provider whose parent company, Argus Investors' Counsel, Inc. (AIC), is registered with the U.S. Securities and Exchange Commission. Argus Investors' Counsel is a subsidiary of The Argus Research Group, Inc. Neither The Argus Research Group nor any affiliate is a member of the FINRA or the SIPC. Argus Research is not a registered broker dealer and does not have investment banking operations. The Argus trademark, service mark and logo are the intellectual property of The Argus Research Group, Inc. The information contained in this research report is produced and copyrighted by Argus Research Co., and any unauthorized use, duplication, redistribution or disclosure is prohibited by law and can result in prosecution. The content of this report may be derived from Argus research reports, notes, or analyses. The opinions and information contained herein have been obtained or derived from sources believed to be reliable, but Argus makes no representation as to their timeliness, accuracy or completeness or for their fitness for any particular purpose. In addition, this content is not prepared subject to Canadian disclosure requirements. This report is not an offer to sell or a solicitation of an offer to buy any security. The information and material presented in this report are for general information only and do not specifically address individual investment objectives, financial situations or the particular needs of any specific person who may receive this report. Investing in any security or investment strategies discussed may not be suitable for you and it is recommended that you consult an independent investment advisor. Nothing in this report constitutes individual investment, legal or tax advice. Argus may issue or may have issued other reports that are inconsistent with or may reach different conclusions than those represented in this report, and all opinions are reflective of judgments made on the original date of publication. Argus is under no obligation to ensure that other reports are brought to the attention of any recipient of this report. Argus shall accept no liability for any loss arising from the use of this report, nor shall Argus treat all recipients of this report as customers simply by virtue of their receipt of this material. Investments involve risk and an investor may incur either profits or losses. Past performance should not be taken as an indication or guarantee of future performance. Argus has provided independent research since 1934. Argus officers, employees, agents and/or affiliates may have positions in stocks discussed in this report. No Argus officers, employees, agents and/or affiliates may serve as officers or directors of covered companies, or may own more than one percent of a covered company's stock. Argus Investors' Counsel (AIC), a portfolio management business based in Stamford, Connecticut, is a customer of Argus Research Co. (ARC), based in New York. Argus Investors' Counsel pays Argus Research Co. for research used in the management of the AIC core equity strategy and model portfolio and UIT products, and has the same access to Argus Research Co. reports as other customers. However, clients and prospective clients should note that Argus Investors' Counsel and Argus Research Co., as units of The Argus Research Group, have certain employees in common, including those with both research and portfolio management responsibilities, and that Argus Research Co. employees participate in the management and marketing of the AIC core equity strategy and UIT and model portfolio products.

## Morningstar Disclaimer

© 2022 Morningstar, Inc.  All Rights Reserved.  Certain financial information included in this report: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete or timely.  Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information.  Past performance is no guarantee of future results.