# EXHIBIT D

**Morgan Stanley** | RESEARCH

**UPDATE**

*April 13, 2023 11:05 PM GMT*

## Tech Hardware Pulse  |  North America

# What Investors Are Asking: Expectations into STX Earnings

We expect STX's March Q results to come in below the guidance midpoint and acknowledge more cautious June Q trends. However, we still expect the June Q to improve Q/Q, and believe bulls will buy any potential stock weakness post-earnings on an unchanged CY24 outlook. Reiterate OW.

**STX F3Q23 Earnings Preview (Exhibit 1): Expect March Q revs/EPS at the low end of mgmt's guide, but slower HDD ramp introduces downside risk to June Q.** While we remain bullish on Seagate's cyclical recovery off the December '22 trough — with our OW rating and $72 price target unchanged — we are tactically more guarded into F3Q earnings, as we believe June quarter revenue guidance could disappoint vs. MSe/Consensus expectations. However, revenue and EPS is likely to still grow sequentially into the June quarter (greater confidence in EPS vs. revenue), supporting our view that STX remains on the path towards our $6.50 of CY24/through-cycle earnings power, and we would therefore be buyers of any post-earnings weakness.

Last week, we reduced our STX March and June Q revenue estimates by 5% on the back of data points indicating STX's March Q HDD production ramp is shallower than we previously expected, driven by a slower workdown of excess inventory at customers, primarily CSPs. As a result, we expect March quarter revenue of $1.92B — 3% below the Street — and EPS of $0.16 (5c below Consensus), at the lower end of STX's guidance ranges of $1.85-2.15B in revenue and $0.05-0.45 of EPS. Despite the slower ramp, we still forecast sequential revenue growth in the March quarter (+2% Q/Q), driven entirely by nearline HDDs. Our confidence in the sequential growth of nearline capacity shipped in the March quarter is supported by the latest TSR production data, which we use as an input for our STX nearline EB shipment tracker, and which drives our March quarter forecast for nearline capacity shipped of 90.5 EB, 14% Q/Q (Exhibit 2). Outside of nearline, we model Mass Capacity ex-Nearline (primarily VIA) capacity down 14% Q/Q in March due to a slower China re-opening, and Legacy EB shipped down 15% Q/Q, in-line with T3Y seasonality. This leads to March quarter Mass Capacity revenue of $1.3B (-30% Y/Y, +8% Q/Q) and Legacy revenue of $351M (-45% Y/Y, -16% Q/Q), with non-HDD revenue of $231M up 3% Q/Q. We also forecast a 21.6% gross margin in March — up 20 bps Q/Q — which takes into account a higher production base and greater nearline mix Q/Q, but also $80M of underutilization charges (flat with the Dec Q). We also forecast $298M of opex, roughly flat Q/Q, leading to a 6.1% operating margin, at the low-end of guidance for mid-to-high single digits. We would note that STX will incur a $55-65M PTI charge in the March quarter from their recently expanded restructuring plan, which will be backed out of non-GAAP results, with the $30-

MORGAN STANLEY & CO. LLC

**Erik W Woodring**
EQUITY ANALYST
Erik.Woodring@morganstanley.com     +1 212 296-8083

**Sabrina E Hao**
RESEARCH ASSOCIATE
Sabrina.Hao@morganstanley.com     +1 212 761-3793

**Maya C Neuman**
RESEARCH ASSOCIATE
Maya.Neuman@morganstanley.com     +1 212 761-1946

**IT Hardware**

North America
**IndustryView**     In-Line

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.

**Morgan Stanley** | RESEARCH

UPDATE

4OM of cash charges impacting FCF in the June quarter. Combined, these factors drive our March quarter EPS of $0.16, below the Street at $0.21.

**Following recent checks and industry conversions, we see potential downside to June quarter estimates, but believe EPS will grow strongly Q/Q.** Recent checks indicate 1) HDD distribution channel and CSP customer inventory remains elevated, 2) cloud demand has moderated slightly due to weaker revenue trends and tighter budgets, and 3) the China reopening is progressing slowly (although we are seeing some Enterprise RFP activity, with colleagues noting a "mild pickup for Chinese cloud demand"). As a result, we are anecdotally hearing about potentially weaker than previously expected June quarter HDD orders. To be clear, we still forecast that June quarter revenue, margins, and EPS will grow sequentially from the March quarter, with our nearline EB tracker pointing to a continued Q/Q improvement in the June quarter (100 EB shipped, up 11% Q/Q; Exhibit 2) that supports our $2.07B revenue forecast (in-line with Consensus). However, we do acknowledge potential downside risk to our June quarter revenue if our recent checks portend further order weakness into the June quarter. That said, we believe we're also taking a more conservative view on profitability vs. Consensus in the June quarter, forecasting a 23.4% GM (below Street at 24.1%), 9.1% OPM (vs. Street at 9.7%), and EPS of $0.49 (below Street at $0.53). While we see potential downside to June quarter revenue, margin upside could help better protect EPS downside. For example, taking the December quarter gross margin and assuming STX still faces $40M of underutilization charges in the June quarter (per mgmt commentary at our TMT Conference) implies a 24.0% June quarter gross margin vs. our 23.4% forecast. If we conservatively assume June quarter revenue is flat Q/Q (at $1.9B) on this higher gross margins leads to EPS of ~$0.36, 10c lower than our current forecast but still up strongly Q/Q, importantly showing a continued recovery off the December quarter trough.

**Heading into the print, we will be most focused on** June quarter guidance and the specific drivers of the quarter, commentary around end-market demand and customer inventory levels, the status of China's reopening and timing of a potential recovery, and an update on the June quarter HAMR commercialization. *STX is scheduled to report earnings after market close on Thursday, April 20th.*

**Morgan Stanley** | RESEARCH



# Exhibits

**Exhibit 1:** STX F3Q23 Earnings Variance

**S E A G A T E**

**Quarterly Variance and Performance Analysis**
Ticker: **STX**
Industry View: **In-Line**
Rating: **Overweight**

Erik Woodring
212-296-8083
erik.woodring@morganstanley.com

**F4Q23 and FY23 Expectations**

Consensus (pre-call): F4Q23 revenue of $2.06B and non-GAAP EPS of $0.53, and FY23 revenue of $8.0B and non-GAAP EPS of $1.42

MS Estimate (pre-call): F4Q23 revenue of $2.07B and non-GAAP EPS of $0.49, and FY23 revenue of $7.9B and non-GAAP EPS of $1.29

| ($ Millions) | F4Q21A | F1Q22A | F2Q22A | F3Q22A | F4Q22A | F1Q23A | F2Q23A | F3Q23E | Q/Q Growth | Y/Y Growth | Consensus |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenues (non-GAAP)** | $3,013 | $3,115 | $3,116 | $2,802 | $2,628 | $2,035 | $1,887 | $1,923 | 1.9% | -31.4% | $1,981 |
| **Cost of Revenue** | $2,121 | $2,149 | $2,158 | $1,985 | $1,857 | $1,537 | $1,484 | $1,508 | 1.7% | -24.0% | |
| **Gross Profit** | $892 | $966 | $958 | $817 | $771 | $498 | $403 | $415 | 2.8% | -49.3% | $428 |
| *Gross profit margin* | *29.6%* | *31.0%* | *30.7%* | *29.2%* | *29.3%* | *24.5%* | *21.4%* | *21.6%* | | | *21.6%* |
| SG&A | $114 | $106 | $109 | $112 | $102 | $80 | $94 | $77 | -18.2% | -31.3% | |
| *SG&A as % of Sales* | *3.8%* | *3.4%* | *3.5%* | *4.0%* | *3.9%* | *3.9%* | *5.0%* | *4.0%* | | | |
| R&D | $232 | $233 | $228 | $233 | $247 | $234 | $200 | $221 | 10.6% | -5.1% | |
| *R&D as % of Sales* | *7.7%* | *7.5%* | *7.3%* | *8.3%* | *9.4%* | *11.5%* | *10.6%* | *11.5%* | | | |
| **Total OpEx** | $346 | $339 | $337 | $345 | $349 | $314 | $294 | $298 | 1.4% | -13.6% | |
| Operating Income | $546 | $627 | $621 | $472 | $422 | $184 | $109 | $117 | 6.5% | -75.3% | |
| *Operating margin* | *18.1%* | *20.1%* | *19.9%* | *16.9%* | *16.1%* | *9.1%* | *5.8%* | *6.1%* | | | |
| Net Interest & Other Net | ($60) | ($62) | ($63) | ($65) | ($73) | ($80) | ($83) | ($83) | -0.1% | 27.2% | |
| Pre-tax Income | 486 | 566 | 558 | 407 | 349 | 104 | 27 | 34 | 26.7% | -91.7% | |
| *Effective Tax rate* | *4.1%* | *3.9%* | *2.7%* | *1.5%* | *1.1%* | *2.9%* | *-26.2%* | *4.0%* | | | |
| **Net Income** | $466 | $544 | $543 | $401 | $345 | $101 | $34 | $32 | -3.6% | -91.9% | |
| **Operating EPS** | $2.00 | $2.35 | $2.41 | $1.81 | $1.59 | $0.48 | $0.16 | $0.16 | -4.6% | -91.4% | $0.21 |
| Diluted Share Count | 233 | 231 | 225 | 222 | 217 | 210 | 207 | 209 | 1.0% | -5.8% | |

| Segment Data | F4Q21A | F1Q22A | F2Q22A | F3Q22A | F4Q22A | F1Q23A | F2Q23A | F3Q23E | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Mass Capacity Revenue** | 1,889 | 2,033 | 2,060 | 1,924 | 1,928 | 1,382 | 1,247 | 1,342 | 8% | -30% | |
| *Y/Y* | *29%* | *52%* | *35%* | *19%* | *2%* | *-32%* | *-39%* | *-30%* | | | |
| *Q/Q* | *17%* | *8%* | *1%* | *-7%* | *0%* | *-28%* | *-10%* | *8%* | | | |
| **Legacy Revenue** | 848 | 831 | 762 | 641 | 482 | 390 | 416 | 351 | -16% | -45% | |
| *Y/Y* | *-1%* | *6%* | *-17%* | *-27%* | *-43%* | *-53%* | *-45%* | *-45%* | | | |
| *Q/Q* | *-3%* | *-2%* | *-8%* | *-16%* | *-25%* | *-19%* | *7%* | *-16%* | | | |
| **Mass Capacity Exabytes** | 123.3 | 132.3 | 137.1 | 132.7 | 138.5 | 104 | 96.7 | 105.1 | 9% | -21% | |
| *Y/Y* | *36%* | *53%* | *41%* | *20%* | *12%* | *-21%* | *-29%* | *-21%* | | | |
| *Q/Q* | *11%* | *7%* | *4%* | *-3%* | *4%* | *-25%* | *-7%* | *9%* | | | |
| **Legacy Exabytes** | 29.1 | 26.8 | 26.1 | 21.5 | 16.1 | 14.3 | 15.8 | 13.4 | -15% | -38% | |
| *Y/Y* | *10%* | *-4%* | *-18%* | *-26%* | *-45%* | *-47%* | *-39%* | *-38%* | | | |
| *Q/Q* | *0%* | *-8%* | *-3%* | *-18%* | *-25%* | *-11%* | *10%* | *-15%* | | | |

| Balance Sheet/Return Metrics | F4Q21A | F1Q22A | F2Q22A | F3Q22A | F4Q22A | F1Q23A | F2Q23A | F3Q23E | Q/Q | Y/Y | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Inventory Turns** | 7.0 | 7.2 | 6.7 | 5.4 | 4.7 | 3.8 | 5.0 | 5.4 | = | - | |
| **Days Sales** | 35.4 | 37.6 | 40.9 | 44.1 | 53.6 | 48.6 | 40.5 | 39.0 | = | - | |
| **Days Payable** | 74.8 | 74.0 | 76.4 | 90.3 | 102.0 | 100.3 | 66.6 | 70.0 | = | - | |
| **Days Inventory** | 52.2 | 49.8 | 54.3 | 68.6 | 77.5 | 94.1 | 73.2 | 68.6 | = | = | |
| **Cash Conversion** | 12.8 | 13.4 | 18.7 | 22.4 | 29.2 | 42.4 | 47.2 | 37.6 | = | + | |
| **ROE** | 96.2% | 86.2% | 90.4% | 76.3% | 82.0% | 93.1% | -9.6% | -6.9% | = | - | |
| **ROA** | 3.9% | 4.7% | 5.3% | 5.7% | 5.3% | 4.0% | 2.4% | 1.4% | = | - | |
| **CFO** | 478 | 496 | 521 | 460 | 180 | 245 | 251 | 219 | = | - | |
| **Capex** | (124) | (117) | (95) | (97) | (72) | (133) | (79) | (50) | = | + | |
| **FCF** | 354 | 379 | 426 | 363 | 108 | 112 | 172 | 169 | = | - | |
| **Cash and cash equivalents** | 1,209 | 991 | 1,535 | 1,138 | 615 | 761 | 770 | 803 | = | - | |
| **D&A** | 103 | 104 | 108 | 112 | 127 | 135 | 148 | 109 | | | |

| | F4Q21A | F1Q22A | F2Q22A | F3Q22A | F4Q22A | F1Q23A | F2Q23A | F3Q23E | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price Per Exabyte** | 18.0 | 18.0 | 17.3 | 16.6 | 15.6 | 15.0 | 14.8 | 14.3 | | | |
| % Change Q/Q | 0.6% | 0.2% | -3.9% | -3.8% | -6.3% | -3.9% | -1.3% | -3.4% | | | |
| **STX EB shipped** | 152.4 | 159.1 | 163.2 | 154.2 | 154.6 | 118.3 | 112.5 | 118.5 | | | |
| *Y/Y Growth* | *30.4%* | *39.1%* | *26.3%* | *10.5%* | *1.4%* | *-25.6%* | *-31.1%* | | | | |
| Avg capacity (GB) / HDD | 5,400 | 5,700 | 6,100 | 6,700 | 7,800 | 7,500 | 7,300 | | | | |
| *Y/Y Growth* | *20.0%* | *29.5%* | *41.9%* | *31.4%* | *44.4%* | *31.6%* | *19.7%* | | | | |
| **Revenue Breakdown** | | | | | | | | | | | |
| OEM | 70% | 74% | 70% | 77% | 81% | 76% | 72% | | | | |
| Distribution | 18% | 16% | 18% | 12% | 10% | 15% | 16% | | | | |
| Retail | 12% | 10% | 12% | 11% | 9% | 9% | 12% | | | | |
| **World Wide Employees** | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 39,000 | 36,000 | | | | |

*Source: Company data, Refinitiv, Morgan Stanley Research*

Source: Company Data, Eikon, Morgan Stanley Research

Morgan Stanley | RESEARCH



**Exhibit 2:** Our STX nearline EB tracker is pointing to ~90 EB shipped in the March Q and ~100 EB shipped in the June Q.

STX Nearline Builds vs. Shipments (EB)



Source: TSR, Morgan Stanley Research

4



# IT Hardware Sector Stock Performance

**Exhibit 3:** Systems & PC Hardware: Weekly Stock Performance



Source: Refinitiv, Morgan Stanley Research

# Morgan Stanley | RESEARCH

**UPDATE**

**Exhibit 4:** Systems & PC Hardware: 52-Week Stock Performance



Source: Refinitiv, Morgan Stanley Research

6

**Morgan Stanley** | RESEARCH

# Morgan Stanley PC and Tablets Models

**Exhibit 5:** Morgan Stanley PC and Tablet Models









Source: IDC, Company Data, Morgan Stanley Research



# Morgan Stanley PCs Channel Inventory Tracker

**Exhibit 6:** Weekly PCs Channel Inventory Trends (Units)



Source: Morgan Stanley Research

8

Morgan Stanley | RESEARCH



# Morgan Stanley PC Component Cost Tracker

**Exhibit 7:** PC Component Cost Tracker

## DRAM Cost Tracker

Source: DRAM Exchange, Display Search, Morgan Stanley Research

Morgan Stanley | RESEARCH



# Morgan Stanley Hard Disk Drive Channel Inventory Tracker

**Exhibit 8:** Weekly Hard Disk Drive Distributor Inventory Trends (Units)



Source: Morgan Stanley Research

**Exhibit 9:** Weekly Hard Disk Drive Distributor Inventory ASPs (W/W Change)



Source: Morgan Stanley Research

Morgan Stanley | RESEARCH

# Morgan Stanley Smartphone Model

**Exhibit 10:** Morgan Stanley Smartphone Model



Source: Company Data, Morgan Stanley Research



# Morgan Stanley | RESEARCH

# Morgan Stanley Printer Channel Inventory Tracker

**Exhibit 11:** Weekly Printer Distributor Inventory Trends (Value)



Source: Morgan Stanley Research

Morgan Stanley | RESEARCH



# Morgan Stanley Printer Supplies Channel Inventory Tracker

**Exhibit 12:** Weekly Printer Supplies Distributor Inventory Trends (Value)



Source: Morgan Stanley Research



# IT Hardware Sector Revenue and EPS Growth

**Exhibit 13:** Systems & PC Hardware: Revenue and Earnings Growth









Source: Company Data, Morgan Stanley Research

14



# IT Hardware Sector Gross and EBIT Margins

**Exhibit 14:** Systems & PC Hardware: Gross and EBIT Margins





Source: Company Data, Morgan Stanley Research

15



# IT Hardware Sector Valuation

**Exhibit 15:** Systems & PC Hardware: Valuation Metrics 2022



Source: Refinitiv, Morgan Stanley Research

# Morgan Stanley | RESEARCH

**Exhibit 16:** Systems & PC Hardware: Valuation Metrics 2023



Source: Refinitiv, Morgan Stanley Research

Morgan Stanley | RESEARCH



# IT Hardware Sector Short Interest

**Exhibit 17:** Systems & PC Hardware: Short Interest

| | Short Interest | | | | | | | 1-Month Change | Days to Cover | Shares Outstanding | 90-Day Avg Vol |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4/13/2022 | 11/11/2022 | 12/12/2022 | 1/11/2023 | 2/11/2023 | 3/13/2023 | 4/13/2023 | | | | |
| **Large Cap** | | | | | | | | | | | |
| **AAPL.O** | 0.6% | 0.7% | 0.8% | 0.8% | 0.7% | 0.7% | 0.7% | 0.0% | 1.6 | 15,822 | 70 |
| **HPQ.N** | 6.7% | 3.2% | 3.6% | 3.1% | 3.0% | 2.8% | 2.9% | 0.1% | 12.8 | 985 | 2 |
| **IBM.N** | 2.4% | 3.2% | 3.3% | 3.3% | 3.2% | 2.9% | 2.8% | 0.0% | 16.5 | 907 | 2 |
| **STX.O** | 2.7% | 5.4% | 4.6% | 4.9% | 4.5% | 4.5% | 5.7% | 1.2% | 4.7 | 206 | 2 |
| **DELL.N** | 1.0% | 1.0% | 1.4% | 1.5% | 1.3% | 1.0% | 1.0% | 0.1% | 7.1 | 731 | 1 |
| **CDW.O** | 0.9% | 1.2% | 1.2% | 0.8% | 1.2% | 1.3% | 1.2% | -0.1% | 2.2 | 135 | 1 |
| **GRMN.N** | 1.4% | 1.3% | 0.9% | 1.0% | 1.5% | 1.8% | 1.9% | 0.0% | 9.4 | 173 | 0 |
| **LOGI.O** | 6.6% | 4.1% | 4.0% | 3.7% | 2.5% | 2.5% | 2.1% | -0.5% | 5.6 | 173 | 1 |
| **Average** | **2.2%** | **2.3%** | **2.3%** | **2.2%** | **2.2%** | **2.1%** | **2.3%** | **0.2%** | **7.8** | | |
| **Median** | **1.4%** | **1.3%** | **1.4%** | **1.5%** | **1.5%** | **1.8%** | **1.9%** | **0.0%** | **7.1** | | |
| | | | | | | | | | | | |
| **Small/Mid Cap** | | | | | | | | | | | |
| **KRNT.O** | 4.4% | 3.3% | 2.7% | 3.0% | 1.1% | 1.1% | 1.1% | 0.0% | 1.6 | 50 | 0 |
| **NCR.N** | 6.7% | 6.3% | 5.6% | 5.8% | 5.8% | 5.3% | 5.0% | -0.3% | 24.0 | 140 | 0 |
| **SONO.O** | 13.5% | 7.6% | 6.6% | 5.6% | 4.4% | 9.4% | 10.0% | 0.6% | 7.3 | 127 | 2 |
| **TDC.N** | 9.3% | 5.6% | 4.3% | 3.9% | 4.1% | 4.0% | 4.0% | 0.0% | 14.4 | 102 | 0 |
| **GPRO.O** | 8.4% | 6.0% | 5.0% | 4.7% | 4.6% | 4.9% | 3.9% | -1.0% | 4.2 | 155 | 1 |
| **XRX.O** | 5.2% | 5.8% | 4.2% | 4.3% | 5.1% | 3.7% | 3.9% | 0.2% | 4.4 | 157 | 1 |
| **REZI.N** | 2.4% | 1.9% | 1.4% | 1.1% | 0.9% | 1.5% | 1.9% | 0.5% | 9.7 | 147 | 0 |
| **CRCT.O** | 2.1% | 2.4% | 2.5% | 2.5% | 2.7% | 2.5% | 2.5% | 0.0% | 56.5 | 219 | 0 |
| **SMRT.N** | 3.3% | 5.4% | 4.3% | 4.4% | 4.4% | 4.3% | 4.5% | 0.3% | 30.4 | 199 | 0 |
| **SNPO.O** | 2.1% | 1.8% | 2.0% | 1.8% | 1.5% | 1.3% | 1.3% | -0.1% | 20.3 | 76 | 0 |
| **Average** | **5.7%** | **4.6%** | **3.9%** | **3.7%** | **3.5%** | **3.8%** | **3.8%** | **0.0%** | **17.3** | | |
| **Median** | **4.8%** | **5.5%** | **4.3%** | **4.1%** | **4.3%** | **3.9%** | **3.9%** | **0.0%** | **12.0** | | |

Source: Company data, Morgan Stanley Research

18

Morgan Stanley | RESEARCH



*Morgan Stanley is acting as financial advisor to Activision Blizzard Inc. ("Activision") in relation to its agreement to be acquired by Microsoft Corp., as announced on January 18, 2022. The proposed acquisition is subject to customary closing conditions and completion of regulatory review. Activision has agreed to pay fees to Morgan Stanley for its services. Please refer to the notes at the end of this report.*

*Morgan Stanley is acting as financial advisor to 1Life Healthcare, Inc. ("One Medical") in connection with its definitive merger agreement to be acquired by Amazon.com, Inc., as announced on July 21, 2022. The proposed transaction is subject to satisfying customary closing conditions, including approval by One Medical's shareholders and regulatory approval. This report and the information provided herein is not intended to (i) provide voting advice, (ii) serve as an endorsement of the proposed transaction, or (iii) result in the procurement, withholding or revocation of a proxy or any other action by a security holder. One Medical has agreed to pay fees to Morgan Stanley for its financial services, including transaction fees that are contingent upon the consummation of the transaction. Please refer to the notes at the end of the report.*

Morgan Stanley | RESEARCH



# Valuation Methodology and Risks

**Seagate Technology (STX.O)**

Our PT assumes 11.0x CY24 EPS of $6.50, which reflects a slight premium to STX's FY17-21 average due to higher mix of secular growth areas, like Cloud and VIA. This methodology assumes investors look through CY23 to more normalized earnings in CY24.

**Risks to Upside**

- Inventory correction resolves & demand recovers more quickly
- GM expand to top of the 30-33% target
- Smoother cloud cycles drive multiple expansion
- Tight industry supply-demand leads to firm pricing

**Risks to Downside**

- Inventory correction takes longer to work through
- Steeper declines from cyclical markets
- Gross margins fall below 30%
- Pricing normalizes more than expected
- Geopolitical tensions & competitive pressures

Morgan Stanley | RESEARCH



# Disclosure Section

The information and opinions in Morgan Stanley Research were prepared by Morgan Stanley & Co. LLC, and/or Morgan Stanley C.T.V.M. S.A., and/or Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., and/or Morgan Stanley Canada Limited. As used in this disclosure section, "Morgan Stanley" includes Morgan Stanley & Co. LLC, Morgan Stanley C.T.V.M. S.A., Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., Morgan Stanley Canada Limited and their affiliates as necessary.

For important disclosures, stock price charts and equity rating histories regarding companies that are the subject of this report, please see the Morgan Stanley Research Disclosure Website at www.morganstanley.com/researchdisclosures, or contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY, 10036 USA.

For valuation methodology and risks associated with any recommendation, rating or price target referenced in this research report, please contact the Client Support Team as follows: US/Canada +1 800 303-2495; Hong Kong +852 2848-5999; Latin America +1 718 754-5444 (U.S.); London +44 (0)20-7425-8169; Singapore +65 6834-6860; Sydney +61 (0)2-9770-1505; Tokyo +81 (0)3-6836-9000. Alternatively you may contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY 10036 USA.

## Analyst Certification

The following analysts hereby certify that their views about the companies and their securities discussed in this report are accurately expressed and that they have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report: Erik W Woodring.
.

## Global Research Conflict Management Policy

Morgan Stanley Research has been published in accordance with our conflict management policy, which is available at www.morganstanley.com/institutional/research/conflictpolicies. A Portuguese version of the policy can be found at www.morganstanley.com.br

## Important Regulatory Disclosures on Subject Companies

The analyst or strategist (or a household member) identified below owns the following securities (or related derivatives): Maya C Neuman - Apple, Inc.(common or preferred stock).

As of March 31, 2023, Morgan Stanley beneficially owned 1% or more of a class of common equity securities of the following companies covered in Morgan Stanley Research: Apple, Inc., CDW Corporation, Cricut Inc, HP Inc., IBM, Kornit Digital Ltd., Logitech International SA, NCR Corp., NetApp Inc, Pure Storage Inc, Seagate Technology, Sonos Inc., Teradata.

Within the last 12 months, Morgan Stanley managed or co-managed a public offering (or 144A offering) of securities of Apple, Inc., Dell Technologies Inc..

Within the last 12 months, Morgan Stanley has received compensation for investment banking services from Apple, Inc., Dell Technologies Inc., IBM, Seagate Technology, Snap One Holdings Corp..

In the next 3 months, Morgan Stanley expects to receive or intends to seek compensation for investment banking services from Apple, Inc., CDW Corporation, Cricut Inc, Dell Technologies Inc., GoPro Inc, Hewlett Packard Enterprise, HP Inc., IBM, Kornit Digital Ltd., Logitech International SA, NCR Corp., NetApp Inc, Nutanix Inc, Pure Storage Inc, Resideo Technologies Inc, Seagate Technology, SmartRent, Inc., Snap One Holdings Corp., Sonos Inc., Teradata.

Within the last 12 months, Morgan Stanley has received compensation for products and services other than investment banking services from Apple, Inc., CDW Corporation, Dell Technologies Inc., Hewlett Packard Enterprise, HP Inc., IBM, NCR Corp., NetApp Inc, Seagate Technology, Snap One Holdings Corp., Sonos Inc., Xerox Corp.

Within the last 12 months, Morgan Stanley has provided or is providing investment banking services to, or has an investment banking client relationship with, the following company: Apple, Inc., CDW Corporation, Cricut Inc, Dell Technologies Inc., GoPro Inc, Hewlett Packard Enterprise, HP Inc., IBM, Kornit Digital Ltd., Logitech International SA, NCR Corp., NetApp Inc, Nutanix Inc, Pure Storage Inc, Resideo Technologies Inc, Seagate Technology, SmartRent, Inc., Snap One Holdings Corp., Sonos Inc., Teradata.

Within the last 12 months, Morgan Stanley has either provided or is providing non-investment banking, securities-related services to and/or in the past has entered into an agreement to provide services or has a client relationship with the following company: Apple, Inc., CDW Corporation, Dell Technologies Inc., Garmin Ltd, GoPro Inc, Hewlett Packard Enterprise, HP Inc., IBM, NCR Corp., NetApp Inc, Nutanix Inc, Pure Storage Inc, Resideo Technologies Inc, Seagate Technology, Snap One Holdings Corp., Sonos Inc., Xerox Corp.

An employee, director or consultant of Morgan Stanley is a director of HP Inc.. This person is not a research analyst or a member of a research analyst's household.

Morgan Stanley & Co. LLC makes a market in the securities of Apple, Inc., CDW Corporation, Dell Technologies Inc., Garmin Ltd, GoPro Inc, Hewlett Packard Enterprise, HP Inc., IBM, Kornit Digital Ltd., Logitech International SA, NCR Corp., NetApp Inc, Nutanix Inc, Pure Storage Inc, Resideo Technologies Inc, Seagate Technology, Snap One Holdings Corp., Sonos Inc., Teradata, Xerox Corp.

The equity research analysts or strategists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and overall investment banking revenues. Equity Research analysts' or strategists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

Morgan Stanley and its affiliates do business that relates to companies/instruments covered in Morgan Stanley Research, including market making, providing liquidity, fund management, commercial banking, extension of credit, investment services and investment banking. Morgan Stanley sells to and buys from customers the securities/instruments of companies covered in Morgan Stanley Research on a principal basis. Morgan Stanley may have a position in the debt of the Company or instruments discussed in this report. Morgan Stanley trades or may trade as principal in the debt securities (or in related derivatives) that are the subject of the debt research report.

Certain disclosures listed above are also for compliance with applicable regulations in non-US jurisdictions.

## STOCK RATINGS

Morgan Stanley uses a relative rating system using terms such as Overweight, Equal-weight, Not-Rated or Underweight (see definitions below). Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold and sell. Investors should carefully read the definitions of all ratings used in Morgan Stanley Research. In addition, since Morgan Stanley Research contains more complete information concerning the analyst's views, investors should carefully read Morgan Stanley Research, in its entirety, and not infer the contents from the rating alone. In any case, ratings (or research) should not be used or relied upon as investment advice. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations.

## Global Stock Ratings Distribution

(as of March 31, 2023)

The Stock Ratings described below apply to Morgan Stanley's Fundamental Equity Research and do not apply to Debt Research produced by the Firm. For disclosure purposes only (in accordance with FINRA requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Overweight, Equal-weight, Not-Rated and Underweight. Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight,

**Morgan Stanley** | RESEARCH



Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold, and sell but represent recommended relative weightings (see definitions below). To satisfy regulatory requirements, we correspond Overweight, our most positive stock rating, with a buy recommendation; we correspond Equal-weight and Not-Rated to hold and Underweight to sell recommendations, respectively.

| STOCK RATING CATEGORY | COVERAGE UNIVERSE | | INVESTMENT BANKING CLIENTS (IBC) | | | OTHER MATERIAL INVESTMENT SERVICES CLIENTS (MISC) | |
|---|---|---|---|---|---|---|---|
| | COUNT | % OF TOTAL | COUNT | % OF TOTAL IBC | % OF RATING CATEGORY | COUNT | % OF TOTAL OTHER MISC |
| Overweight/Buy | 1354 | 37% | 279 | 42% | 21% | 591 | 38% |
| Equal-weight/Hold | 1651 | 45% | 302 | 46% | 18% | 722 | 47% |
| Not-Rated/Hold | 5 | 0% | 1 | 0% | 20% | 1 | 0% |
| Underweight/Sell | 646 | 18% | 79 | 12% | 12% | 229 | 15% |
| TOTAL | 3,656 | | 661 | | | 1543 | |

Data include common stock and ADRs currently assigned ratings. Investment Banking Clients are companies from whom Morgan Stanley received investment banking compensation in the last 12 months. Due to rounding off of decimals, the percentages provided in the "% of total" column may not add up to exactly 100 percent.

## Analyst Stock Ratings

Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Equal-weight (E). The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Not-Rated (NR). Currently the analyst does not have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Unless otherwise specified, the time frame for price targets included in Morgan Stanley Research is 12 to 18 months.

## Analyst Industry Views

Attractive (A): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be attractive vs. the relevant broad market benchmark, as indicated below.

In-Line (I): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be in line with the relevant broad market benchmark, as indicated below.

Cautious (C): The analyst views the performance of his or her industry coverage universe over the next 12-18 months with caution vs. the relevant broad market benchmark, as indicated below.

Benchmarks for each region are as follows: North America - S&P 500; Latin America - relevant MSCI country index or MSCI Latin America Index; Europe - MSCI Europe; Japan - TOPIX; Asia - relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Stock Price, Price Target and Rating History (See Rating Definitions)



# Morgan Stanley | RESEARCH



Seagate Technology (STX.O) – As of 4/12/23 in USD
Industry : IT Hardware

Stock Rating History: 4/1/18 : E/A; 4/9/18 : O/A; 1/15/19 : O/I; 10/12/20 : O/A; 6/10/21 : O/I; 10/5/21 : E/C; 1/18/23 : O/I

Price Target History: 1/29/18 : 51; 4/9/18 : 72; 5/1/18 : 73; 7/30/18 : 78; 9/25/18 : 73; 11/2/18 : 60; 2/4/19 : 48; 3/25/19 : 56; 4/30/19 : 60; 8/4/19 : 51; 9/19/19 : 56; 11/1/19 : 61; 11/19/19 : 66; 3/11/20 : 60; 3/24/20 : 56; 7/28/20 : 55; 10/12/20 : 61; 12/15/20 : 79; 2/25/21 : 86; 4/7/21 : 90; 4/22/21 : 98; 6/8/21 : 114; 7/21/21 : 118; 10/5/21 : 88; 10/22/21 : 94; 1/26/22 : 101; 3/30/22 : 99; 4/27/22 : 95; 7/14/22 : 89; 7/21/22 : 84; 8/31/22 : 70; 10/17/22 : 57; 10/26/22 : 54; 1/18/23 : 69; 1/26/23 : 72

Source: Morgan Stanley Research    Date Format : MM/DD/YY    Price Target ▄▄    No Price Target Assigned (NA)
Stock Price (Not Covered by Current Analyst) ▬▬    Stock Price (Covered by Current Analyst) ▬▬
Stock and Industry Ratings (abbreviations below) appear as ◆ Stock Rating/Industry View
Stock Ratings: Overweight (O) Equal-weight (E) Underweight (U) Not-Rated (NR) No Rating Available (NA)
Industry View: Attractive (A)    In-line (I)    Cautious (C)    No Rating (NR)
Effective January 13, 2014, the stocks covered by Morgan Stanley Asia Pacific will be rated relative to the analyst's industry (or industry team's) coverage.
Effective January 13, 2014, the industry view benchmarks for Morgan Stanley Asia Pacific are as follows: relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Important Disclosures for Morgan Stanley Smith Barney LLC & E*TRADE Securities LLC Customers

Important disclosures regarding the relationship between the companies that are the subject of Morgan Stanley Research and Morgan Stanley Smith Barney LLC or Morgan Stanley or any of their affiliates, are available on the Morgan Stanley Wealth Management disclosure website at www.morganstanley.com/online/researchdisclosures. For Morgan Stanley specific disclosures, you may refer to www.morganstanley.com/researchdisclosures.

Each Morgan Stanley research report is reviewed and approved on behalf of Morgan Stanley Smith Barney LLC and E*TRADE Securities LLC. This review and approval is conducted by the same person who reviews the research report on behalf of Morgan Stanley. This could create a conflict of interest.

## Other Important Disclosures

Morgan Stanley & Co. International PLC and its affiliates have a significant financial interest in the debt securities of Apple, Inc., HP Inc., IBM, NetApp Inc, Snap One Holdings Corp., Sonos Inc., Xerox Corp.

Morgan Stanley Research policy is to update research reports as and when the Research Analyst and Research Management deem appropriate, based on developments with the issuer, the sector, or the market that may have a material impact on the research views or opinions stated therein. In addition, certain Research publications are intended to be updated on a regular periodic basis (weekly/monthly/quarterly/annual) and will ordinarily be updated with that frequency, unless the Research Analyst and Research Management determine that a different publication schedule is appropriate based on current conditions. Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act.

Morgan Stanley produces an equity research product called a "Tactical Idea." Views contained in a "Tactical Idea" on a particular stock may be contrary to the recommendations or views expressed in research on the same stock. This may be the result of differing time horizons, methodologies, market events, or other factors. For all research available on a particular stock, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Morgan Stanley Research is provided to our clients through our proprietary research portal on Matrix and also distributed electronically by Morgan Stanley to clients. Certain, but not all, Morgan Stanley Research products are also made available to clients through third-party vendors or redistributed to clients through alternate electronic means as a convenience. For access to all available Morgan Stanley Research, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Any access and/or use of Morgan Stanley Research is subject to Morgan Stanley's Terms of Use (http://www.morganstanley.com/terms.html). By accessing and/or using Morgan Stanley Research, you are indicating that you have read and agree to be bound by our Terms of Use (http://www.morganstanley.com/terms.html). In addition you consent to Morgan Stanley processing your personal data and using cookies in accordance with our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html), including for the purposes of setting your preferences and to collect readership data so that we can deliver better and more personalized service and products to you. To find out more information about how Morgan Stanley processes personal data, how we use cookies and how to reject cookies see our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html).

If you do not agree to our Terms of Use and/or if you do not wish to provide your consent to Morgan Stanley processing your personal data or using cookies please do not access our research.

Morgan Stanley Research does not provide individually tailored investment advice. Morgan Stanley Research has been prepared without regard to the circumstances and objectives of those who receive it. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of an investment or strategy will depend on an investor's circumstances and objectives. The securities, instruments, or strategies discussed in Morgan Stanley Research may not be suitable for all investors, and certain investors may not be eligible to purchase or participate in some or all of them. Morgan Stanley Research is not an offer to buy or sell or the solicitation of an offer to buy or sell any security/instrument or to participate in any particular trading strategy. The value of and income from your investments may vary

23

Morgan Stanley | RESEARCH



because of changes in interest rates, foreign exchange rates, default rates, prepayment rates, securities/instruments prices, market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in securities/instruments transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized. If provided, and unless otherwise stated, the closing price on the cover page is that of the primary exchange for the subject company's securities/instruments.

The fixed income research analysts, strategists or economists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality, accuracy and value of research, firm profitability or revenues (which include fixed income trading and capital markets profitability or revenues), client feedback and competitive factors. Fixed Income Research analysts', strategists' or economists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

The "Important Regulatory Disclosures on Subject Companies" section in Morgan Stanley Research lists all companies mentioned where Morgan Stanley owns 1% or more of a class of common equity securities of the companies. For all other companies mentioned in Morgan Stanley Research, Morgan Stanley may have an investment of less than 1% in securities/instruments or derivatives of securities/instruments of companies and may trade them in ways different from those discussed in Morgan Stanley Research. Employees of Morgan Stanley not involved in the preparation of Morgan Stanley Research may have investments in securities/instruments or derivatives of securities/instruments of companies mentioned and may trade them in ways different from those discussed in Morgan Stanley Research. Derivatives may be issued by Morgan Stanley or associated persons.

With the exception of information regarding Morgan Stanley, Morgan Stanley Research is based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to tell you when opinions or information in Morgan Stanley Research change apart from when we intend to discontinue equity research coverage of a subject company. Facts and views presented in Morgan Stanley Research have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business areas, including investment banking personnel.

Morgan Stanley Research personnel may participate in company events such as site visits and are generally prohibited from accepting payment by the company of associated expenses unless pre-approved by authorized members of Research management.

Morgan Stanley may make investment decisions that are inconsistent with the recommendations or views in this report.

To our readers based in Taiwan or trading in Taiwan securities/instruments: Information on securities/instruments that trade in Taiwan is distributed by Morgan Stanley Taiwan Limited ("MSTL"). Such information is for your reference only. The reader should independently evaluate the investment risks and is solely responsible for their investment decisions. Morgan Stanley Research may not be distributed to the public media or quoted or used by the public media without the express written consent of Morgan Stanley. Any non-customer reader within the scope of Article 7-1 of the Taiwan Stock Exchange Recommendation Regulations accessing and/or receiving Morgan Stanley Research is not permitted to provide Morgan Stanley Research to any third party (including but not limited to related parties, affiliated companies and any other third parties) or engage in any activities regarding Morgan Stanley Research which may create or give the appearance of creating a conflict of interest. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation or a solicitation to trade in such securities/instruments. MSTL may not execute transactions for clients in these securities/instruments.

Morgan Stanley is not incorporated under PRC law and the research in relation to this report is conducted outside the PRC. Morgan Stanley Research does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. Neither this report nor any part of it is intended as, or shall constitute, provision of any consultancy or advisory service of securities investment as defined under PRC law. Such information is provided for your reference only.

Morgan Stanley Research is disseminated in Brazil by Morgan Stanley C.T.V.M. S.A. located at Av. Brigadeiro Faria Lima, 3600, 6th floor, São Paulo - SP, Brazil; and is regulated by the Comissão de Valores Mobiliários; in Mexico by Morgan Stanley México, Casa de Bolsa, S.A. de C.V which is regulated by Comision Nacional Bancaria y de Valores. Paseo de los Tamarindos 90, Torre 1, Col. Bosques de las Lomas Floor 29, 05120 Mexico City; in Japan by Morgan Stanley MUFG Securities Co., Ltd. and, for Commodities related research reports only, Morgan Stanley Capital Group Japan Co., Ltd; in Hong Kong by Morgan Stanley Asia Limited (which accepts responsibility for its contents) and by Morgan Stanley Bank Asia Limited; in Singapore by Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore (which accepts legal responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research) and by Morgan Stanley Bank Asia Limited, Singapore Branch (Registration number T14FC0118J); in Australia to "wholesale clients" within the meaning of the Australian Corporations Act by Morgan Stanley Australia Limited A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents; in Australia to "wholesale clients" and "retail clients" within the meaning of the Australian Corporations Act by Morgan Stanley Wealth Management Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813, which accepts responsibility for its contents; in Korea by Morgan Stanley & Co International plc, Seoul Branch; in India by Morgan Stanley India Company Private Limited; in Canada by Morgan Stanley Canada Limited; in Germany and the European Economic Area where required by Morgan Stanley Europe S.E., authorised and regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin) under the reference number 149169; in the US by Morgan Stanley & Co. LLC, which accepts responsibility for its contents. Morgan Stanley & Co. International plc, authorized by the Prudential Regulatory Authority and regulated by the Financial Conduct Authority and the Prudential Regulatory Authority, disseminates in the UK research that it has prepared, and approves solely for the purposes of section 21 of the Financial Services and Markets Act 2000, research which has been prepared by any of its affiliates. RMB Morgan Stanley Proprietary Limited is a member of the JSE Limited and A2X (Pty) Ltd. RMB Morgan Stanley Proprietary Limited is a joint venture owned equally by Morgan Stanley International Holdings Inc. and RMB Investment Advisory (Proprietary) Limited, which is wholly owned by FirstRand Limited. The information in Morgan Stanley Research is being disseminated by Morgan Stanley Saudi Arabia, regulated by the Capital Market Authority in the Kingdom of Saudi Arabia , and is directed at Sophisticated investors only.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (DIFC Branch), regulated by the Dubai Financial Services Authority (the DFSA), and is directed at Professional Clients only, as defined by the DFSA. The financial products or financial services to which this research relates will only be made available to a customer who we are satisfied meets the regulatory criteria to be a Professional Client. A distribution of the different MS Research ratings or recommendations, in percentage terms for Investments in each sector covered, is available upon request from your sales representative.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (QFC Branch), regulated by the Qatar Financial Centre Regulatory Authority (the QFCRA), and is directed at business customers and market counterparties only and is not intended for Retail Customers as defined by the QFCRA.

As required by the Capital Markets Board of Turkey, investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided exclusively to persons based on their risk and income preferences by the authorized firms. Comments and recommendations stated here are general in nature. These opinions may not fit to your financial status, risk and return preferences. For this reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations.

The trademarks and service marks contained in Morgan Stanley Research are the property of their respective owners. Third-party data providers make no warranties or representations relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages relating to such data. The Global Industry Classification Standard (GICS) was developed by and is the exclusive property of MSCI and S&P.

Morgan Stanley Research, or any portion thereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.

**Morgan Stanley** | RESEARCH



Indicators and trackers referenced in Morgan Stanley Research may not be used as, or treated as, a benchmark under Regulation EU 2016/1011, or any other similar framework.
The issuers and/or fixed income products recommended or discussed in certain fixed income research reports may not be continuously followed. Accordingly, investors should regard those fixed income research reports as providing stand-alone analysis and should not expect continuing analysis or additional reports relating to such issuers and/or individual fixed income products.
Morgan Stanley may hold, from time to time, material financial and commercial interests regarding the company subject to the Research report.

**INDUSTRY COVERAGE: IT Hardware**

| COMPANY (TICKER) | RATING (AS OF) | PRICE* (04/13/2023) |
|---|---|---|
| **Erik W Woodring** | | |
| Apple, Inc. (AAPL.O) | O (05/26/2009) | $165.56 |
| CDW Corporation (CDW.O) | O (03/30/2022) | $189.21 |
| Cricut Inc (CRCT.O) | U (08/12/2021) | $9.92 |
| Dell Technologies Inc. (DELL.N) | E (03/30/2022) | $42.65 |
| Garmin Ltd (GRMN.N) | E (01/07/2015) | $99.45 |
| GoPro Inc (GPRO.O) | E (11/11/2021) | $4.77 |
| HP Inc. (HPQ.N) | U (03/30/2022) | $29.90 |
| IBM (IBM.N) | E (01/18/2023) | $127.90 |
| Kornit Digital Ltd. (KRNT.O) | E (01/18/2023) | $18.67 |
| Logitech International SA (LOGI.O) | U (09/27/2021) | $58.08 |
| NCR Corp. (NCR.N) | E (09/19/2022) | $23.03 |
| Resideo Technologies Inc (REZI.N) | E (03/16/2021) | $18.23 |
| Seagate Technology (STX.O) | O (01/18/2023) | $65.35 |
| SmartRent, Inc. (SMRT.N) | E (02/14/2022) | $2.48 |
| Snap One Holdings Corp. (SNPO.O) | E (12/08/2021) | $9.46 |
| Sonos Inc. (SONO.O) | E (06/14/2022) | $20.62 |
| Teradata (TDC.N) | O (09/19/2021) | $40.73 |
| Xerox Corp (XRX.O) | U (02/03/2021) | $14.65 |
| | | |
| **Meta A Marshall** | | |
| Hewlett Packard Enterprise (HPE.N) | U (04/12/2022) | $16.03 |
| NetApp Inc (NTAP.O) | U (12/13/2022) | $66.81 |
| Nutanix Inc (NTNX.O) | E (05/28/2019) | $25.58 |
| Pure Storage Inc (PSTG.N) | O (10/31/2022) | $26.13 |

Stock Ratings are subject to change. Please see latest research for each company.
* Historical prices are not split adjusted.

© 2023 Morgan Stanley