CAZ HASHEMI, State Bar No. 210239
STEPHEN B. STRAIN, State Bar No. 291572
BETTY CHANG ROWE, State Bar No. 214068
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email: chashemi@wsgr.com
        sstrain@wsgr.com
        browe@wsgr.com

Attorneys for Defendants
Seagate Technology Holdings plc,
William D. Mosley, and Gianluca Romano

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Seagate Technology Holdings plc, Securities Litigation* | CASE NO.:  3:23-cv-03431-RFL<br><br>**SUPPLEMENTAL DECLARATION OF BETTY C. ROWE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS**<br><br>Hearing Date:  February 27, 2024<br>Time:          10:00 am<br>Courtroom:    15 – 18th Floor<br>Honorable Rita F. Lin |

I, Betty Chang Rowe, hereby declare:

I am an attorney duly licensed to practice law in the State of California and before this Court. I am an attorney at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendants Seagate Technology Holdings plc ("Seagate"), William D. Mosley, and Gianluca Romano ("Defendants") in this action. I submit this Supplemental Declaration in support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint. If called upon, I could and would testify competently to the following:

1. Attached hereto as Exhibit 21 is a true and correct copy of excerpts from the FactSet CallStreet's Transcript of Seagate's Q4 2022 Earnings Conference Call dated July 21, 2022.

Executed this 18th day of December, 2023, in Palo Alto, California.

_/s/ Betty Chang Rowe_
Betty Chang Rowe


**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Caz Hashemi, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: December 18, 2023                     _/s/ Caz Hashemi_
                                             Caz Hashemi

# EXHIBIT 21

21-Jul-2022

# Seagate Technology Holdings Plc (STX)

**Q4 2022 Earnings Call**



Total Pages: 23

Copyright © 2001-2022 FactSet CallStreet, LLC

**Seagate Technology Holdings Plc** *(STX)*
Q4 2022 Earnings Call

# CORPORATE PARTICIPANTS

**Shanye Hudson**
*Senior Vice President-Investor Relations and Treasury, Seagate Technology Holdings Plc*

**Gianluca Romano**
*Chief Financial Officer & Executive Vice President, Seagate Technology Holdings Plc*

**William David Mosley**
*Chief Executive Officer & Director, Seagate Technology Holdings Plc*

......................................................................................................................................................................................................................................

# OTHER PARTICIPANTS

**Aaron Rakers**
*Analyst, Wells Fargo Securities LLC*

**Wamsi Mohan**
*Analyst, BofA Securities, Inc.*

**Krish Sankar**
*Analyst, Cowen & Co. LLC*

**Jason Park**
*Analyst, UBS Securities LLC*

**Patrick J Ho**
*Analyst, Stifel, Nicolaus & Co., Inc.*

**Toshiya Hari**
*Analyst, Goldman Sachs & Co. LLC*

**Steven B. Fox**
*Analyst, Fox Advisors LLC*

**Erik W. Woodring**
*Analyst, Morgan Stanley & Co. LLC*

**Sidney Ho**
*Analyst, Deutsche Bank Securities, Inc.*

**C.J. Muse**
*Analyst, Evercore ISI*

**Thomas O'Malley**
*Analyst, Barclays Capital, Inc.*

**Kevin Cassidy**
*Analyst, Rosenblatt Securities, Inc.*

**Vijay Raghavan Rakesh**
*Analyst, Mizuho Securities USA LLC*

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good afternoon, everyone, and welcome to the Seagate Technology Fourth Quarter and Fiscal Year 2022 Conference Call. All participants will be in a listen-only mode [Operator Instructions] After today's presentation, there will be an opportunity to ask questions [Operator Instructions] And also note today's event is being recorded.

And at this time I'd like to turn the conference call over to Shanye Hudson, Senior Vice President, Investor Relations and Treasury. Ma'am, please go ahead.

### Shanye Hudson
*Senior Vice President-Investor Relations and Treasury, Seagate Technology Holdings Plc*

Thank you. Good afternoon, everyone, and welcome to today's call. Joining me are Dave Mosley, Seagate's Chief Executive Officer; and Gianluca Romano, our Chief Financial Officer. We've posted our earnings press release and detailed supplemental information for our June quarter and fiscal year 2022 results on the Investors section of our website.

During today's call, we'll refer to GAAP and non-GAAP financial measures. Non-GAAP figures are reconciled to GAAP figures in the earnings press release posted on our website and included on our Form 8-K that was filed with the SEC. We've not reconciled certain non-GAAP outlook measures because the material items that may impact these measures are out of our control and/or cannot be reasonably predicted. Therefore, reconciliation to the corresponding GAAP measures is not available without unreasonable effort.

Before we begin, I'd like to remind you that today's call contains forward-looking statements that reflect management's current views and assumptions based on information available to us as of today and should not be relied upon as of any subsequent date. Actual results may differ materially from those contained in or implied by these forward-looking statements as they are subject to risks and uncertainties associated with our business.

To learn more about the risks, uncertainties, and other factors that may affect our future business results, please refer to the press release issued today and our SEC filings, including our most recent Annual Report on Form 10-K and Quarterly Report on Form 10-Q as well as the supplemental information, all of which may be found on the Investors section of our website. As always, following our prepared remarks, we'll open the call for questions.

Now I'll hand the call over to Dave for opening remarks.

### William David Mosley
*Chief Executive Officer & Director, Seagate Technology Holdings Plc*

Thank you, Shanye, and welcome to those of you joining us on today's call. Our June quarter financial results reflected near-record data center demand, contrasted with impacts from a confluence of macro headwinds in other end markets, particularly in the consumer-facing legacy markets. We believe the secular data trends driving long-term demand growth for mass capacity storage and infrastructure remain intact, as I will discuss a bit later. However, the impacts from COVID lockdowns in Asia, non-HDD component shortages, and global inflationary pressures intensified late in the quarter.



Copyright © 2001-2022 FactSet CallStreet, LLC

# Seagate Technology Holdings Plc *(STX)*
Q4 2022 Earnings Call

Our resulting June quarter revenue and non-GAAP EPS declined quarter-on-quarter to $2.63 billion, and $1.59, respectively. While macro events are weighing on our near-term performance, Seagate's financial achievements for fiscal 2022 were noteworthy.

We grew revenue by 9% year-over-year fueled by 24% growth in our mass capacity products. We expanded profitability even faster than revenue leading to fiscal year non-GAAP gross margin above 30% and non-GAAP operating margin above 18%. And we achieved record non-GAAP EPS of $8.18.

In fiscal 2022, we generated $1.3 billion in free cash flow, our highest level in four years. And maintained our commitment to returning cash to our shareholders funding $610 million in dividends and repurchasing 9% of our shares outstanding.

We are also demonstrating technology leadership and executing our product roadmap to support the growing demand for data. We attained our fastest ever ramp with the 20-plus terabyte nearline platform handily beating the projections that we made at the start of the quarter. We are on track to achieve volume and revenue crossover with the 18-terabyte drives in the current quarter.

The 20-plus terabyte product family is based on our highly successful common platform design which has enabled us to scale and ramp to yield quickly as evidenced by the results I just shared.

We have the flexibility to extend into the mid to upper 20-terabyte capacity points with minimal changes to our design which allows us to meet customer's timing, readiness, and offers an attractive cost profile for both customers and for Seagate.

We have worked tirelessly over the last three to four years improving the resilience of our supply chain, aligning our mass capacity product portfolio to our customers' needs and strengthening our financial foundation.

Our operational execution combined with structural changes that have taken place in the industry, namely the transition of mass capacity products and increased supply discipline, support our view that the company is fundamentally stronger today and better positioned for the future.

Let us now turn to the current market environment. Despite the ongoing impacts of COVID lockdowns and supply challenges, mass capacity revenue was flat quarter-over-quarter due in part to the strong cloud customer adoption of our 20-plus terabyte nearline drives.

US cloud data center demand remained strong. However persistent non-HDD component shortages have led to inventory imbalances precluding new data center build-outs from being completed. These, along with other supply disruptions, have led to a built-up in inventory levels across a broad spectrum of customers, a trend that continued through the end of the quarter.

As macro uncertainties and inflationary pressures intensify, we expect customers will increasingly focus on reducing their inventory levels while maintaining the ability to address end market demand.

At the same time, our Asia-based cloud customers are dealing with the impacts of COVID restrictive measures which have had far-reaching effects across all of the end markets that we serve in the region.

In the VIA markets, recall that many of the major projects driving demand are in the Asia region, particularly in China, where lockdowns are impacting our near-term revenue.



# Seagate Technology Holdings Plc *(STX)*

Q4 2022 Earnings Call

While the situation remains fluid, we are confident that mass capacity demand growth will resume once lockdowns ease and inventory levels normalize.

Within the legacy markets, demand rapidly deteriorated at the end of the quarter as lockdowns and surging inflation severely impacted consumer spending for PCs and external drives. Exiting the June quarter, the legacy business represented only 20% of our HDD revenue which is a historic low.

In response to the current business conditions Seagate is taking actions to maintain strong supply discipline and a favorable pricing environment. We are reducing our manufacturing production plans while continuing to focus on driving efficiencies in the factory and across supply chains. We are maintaining prudent cost controls across the business and executing our product roadmap, which also helps to support our customer's TCO objectives.

While the current environment is challenging, the multiple secular drivers fueling long-term demand for mass capacity storage have not changed and, in fact, continue to expand.

Digital transformation is still in the early innings according to leading cloud service providers who have estimated that only 10% of corporate IT has moved to the Cloud.

New AI applications continue to emerge with AI engines requiring a massive amount of new data for training, data that must be captured, analyzed, stored, and moved across the more distributed multi-cloud network.

And as the digital and physical worlds begin to converge, enterprises are employing data intensive digital twins to enhance decision-making and overall business efficiencies.

These trends dovetailed into a view that businesses will need technology investment strategies to remain competitive in a data-driven world, which includes the need for mass capacity storage and infrastructure.

Seagate is poised to benefit with a broad product portfolio of cloud and edge infrastructure solutions for mass capacity HDDs to enterprise systems to our Lyve Cloud and mobile service offerings.

We are executing our development plans for the 30-terabyte-plus product family based on our innovative HAMR technology, which enables capacity points of 30, 40, 50 terabytes and beyond to support future data demand growth.

Seagate's innovation extends beyond our HDD technology leadership. We're garnering recognition for our systems portfolio, capturing the coveted Product of the Year Award for Hardware Infrastructure at this year's NAB show for our CORVAULT storage system.

CORVAULT has also gained customer attention with its unique autonomous drive regeneration technology, which combines our device and systems expertise to enable self-healing capabilities. These systems provide enterprise CIOs with peace of mind that their data will be protected while offering a strong TCO value proposition.

Additionally, technologies such as self-healing, distributed data protection and secure arrays play a critical role in reducing the environmental impact of our products.

Drives with these technologies can be repaired, reused, or recycled rather than just discarded, thus helping to preserve the earth's precious resources. These efforts are critically important to Seagate and a key pillar of our



# Seagate Technology Holdings Plc *(STX)*

Q4 2022 Earnings Call

**C** Corrected Transcript
21-Jul-2022

product circularity strategy. We are also receiving very positive feedback from customers on a global basis for our work in this area.

In closing, Seagate has broad exposure to the strong secular tailwinds driving demand for mass capacity storage. These trends remain intact which lends confidence that growth will resume as supply constraints and COVID lockdown impacts ease.

Seagate is fundamentally a stronger company today and is exceptionally well-positioned to endure the current market environment. We have the right product portfolio, deep customer relationships, and operational agility to optimize profits and fuel growth.

I'll now hand the call over to Gianluca to discuss the financial results.

## Gianluca Romano

*Chief Financial Officer & Executive Vice President, Seagate Technology Holdings Plc*

Thank you, Dave. While demand for our mass capacity products remain very healthy in the June quarter, the intensifying economic pressure, buildup of inventory at our customers, and COVID-restrictive measures that Dave discussed earlier had a more significant impact on our result than we were anticipating, particularly in the legacy business.

Despite lower than anticipated revenue levels and extraordinary cost pressures, our non-GAAP gross margin expanded slightly to 29.3% in the June quarter, with HDD gross margin remaining comfortably inside our target range of 30% to 33%. Our results are due in part to steady demand for our mass capacity product and a mix shift toward higher capacity drives.

In the June quarter, total hard disk drive capacity shipments increased slightly to 155 exabyte, of which the mass capacity market made up 90% of the total, with shipments of 139 exabytes, up 4% sequentially and 12% year-over-year. Our nearline product contributed 119 exabyte, up 1% sequentially and 17% year-on-year, bolstered by strong US cloud customer demand for our 20-plus terabyte product family. With richer mix of high-capacity nearline drives supported record total HDD capacity per drive of 7.8 terabyte compared with 5.4 terabyte just one year ago.

On a revenue basis, mass capacity represented 80% of total HDD revenue at $1.9 billion in the June quarter, flat compared to the prior quarter and slightly higher than the prior year period. Strong US cloud demand combined with the sequential improvement in the VIA market albeit off very weak March levels offset lower than expected sales into the Asia cloud market which have also been affected by COVID lockdowns. While we believe the end market demand disruptions are temporary, we are mindful of prevailing macro uncertainties which influence how quickly the VIA and other mass capacity markets will return to strong annual growth.

Within the legacy market, revenue was $489 million, down 24% sequentially and 43% year-over-year.

The decline was most pronounced in the client PC end markets, which now represent a mid-single-digit percentage of our overall revenue. Consumer demand also deteriorated more than anticipated, reflecting the sharp rise in inflation, impacting consumer discretionary spending.

Finally, revenue for our non-HDD business was $218 million, down about 8% sequentially and 21% year-over-year. We saw a sharp uptick in our system business as we were able to mitigate some of the component shortages we have been experiencing which enable us to begin shipping some of the record order backlog.