**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| *In re Seagate Technology Holdings plc Securities Litigation* | Case No. 3:23-cv-03431-RFL<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS** |

Having considered the Parties' Stipulation to Continue the Hearing on Defendants' Motion to Dismiss, and finding good cause, the Court hereby orders as follows:

1.    The hearing on Defendants' Motion to Dismiss scheduled for March 19, 2024, at 10:00 a.m. shall be continued, along with any associated deadlines under the Federal Rules of Civil Procedure, Local Rules, or the Court's Standing Order for Civil Cases; and

2.    The hearing on Defendants' Motion to Dismiss shall be set for March 26, 2024, at 10:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 27, 2024    _____

RITA F. LIN
United States District Judge