# Exhibit A

Event Type: Deutsche Bank Technology Conference

Date: 2020-09-14

Company: **Seagate Technology Plc**

Ticker: STX

COMPANY PARTICIPANTS
    Gianluca Romano
OTHER PARTICIPANTS
    Sidney Ho **-** Analyst

## MANAGEMENT DISCUSSION SECTION

**Sidney Ho**

Hey. Good afternoon, everyone. My name is Sidney Ho, I cover semiconductors and semi-cap equipment here at Deutsche Bank. The next company, virtual fireside chat we have, Seagate.

Seagate supplies hard disk drives for both the enterprise and the consumer market and is currently the market leader in the fast-growing nearline hard drive market that serves the cloud service providers. Todays, we are very pleased to have Seagate's CFO, Gianluca Romano with us. Welcome, Gianluca.

**Gianluca Romano**

Hi Sidney, thanks.

**Sidney Ho**

So, before we start – sure. Before we start, for those investors who are listening to the webcast through our portal, if you want to ask a question, there is a box on the left-hand side of the screen. I think it's the bottom of- bottom to your left-hand side where you can type in your questions. I will ask the question as we go through our discussion. So, okay. Before we go into Q&A, I think Gianluca wants to make a few comments. Please go ahead, Gianluca.

**Gianluca Romano**

Thank you, Sidney. Thank you, everyone for joining us today. Before starting, a quick reminder that I will be making forward-looking statements today. You can learn more about the risk factor associated with these statements in our SEC filings which are posted on our website.

So, let me start with a couple of quick comments before we go into the Q&A section. As we have recently shared, the September quarter has continued to align well with our expectations, that we discussed at our earning release in early August. In particular, the cloud data center demand inside our nearline segment is still demonstrating a very healthy level of demand. And also in the video and image application, the surveillance segment is improving, and is sequentially getting stronger as the quarter progress. At the same time, as we discussed during our earning release, the part that's a little bit a weak is in the enterprise OEM, and that has remained soft through the quarter even if we are looking some sign of improvement.

And we expect that improvement to become even stronger in the near future. We see some indication for on-prem enterprise investment to improve as we progress through the year, primarily for large businesses, a little bit less strong in the small and medium enterprises. So, net-net, the September quarter is tracking well with our expectation and very important for us, the demand trends are improving in a couple of key end market. We support our outlook for flattish fiscal year 2021 revenue compared to fiscal year 2020.

I would say probably I will end up talking about the mass capacity EB volume. As you know, our model is for a CAGR of 35% to 40%. We have achieved a much better result during fiscal year 2020, and we previously disclosed and we want to confirm that also for calendar year 2020, we will have a higher volume increase than that 35% to 40% that we discussed in different occasions.

Okay. With that, I think we can move to Q&A.

## QUESTION AND ANSWER SECTION

---

©2022, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**Analyst:** Sidney Ho

**Question – Sidney Ho:** Okay. Great. Thanks for that. I'll probably come back for a few questions on your remarks. But first of all, I want to start off with a few near-term questions that we ask every company at the conference. Starting off with Huawei, clearly, getting a lot of headlines lately especially given the new restrictions that were announced last month. First of all, can you remind us what the revenue contribution of Huawei to Seagate is today?

Second, can you give us an update of how you think those restrictions will impact Seagate in the short term; when I think short term, it's like calendar Q3, Q4? And maybe in the longer term, how does that work out? And if you want to continue to sell to Huawei, would you be required to get a license approved by the Department of Commerce? Sorry, a few questions here.

**Answer – Gianluca Romano:** Yeah. So, of course, we are still going through the final assessment, but from what I have seen until now, I don't see any particular restriction for us in term of being able to continue to ship to Huawei or any other customers in China. So, we don't think we need to have a specific license and no, we don't disclose the level of revenue of specific customers. But as you know, we should report if the customer is above 10%. So, you can assume that is not a bad level.

**Question – Sidney Ho:** Got it. Got it. With regards to the US-China trade, is there a way to think about how much inventory has been built up in the supply chain? And where do you think the biggest risk of inventory build is?

**Answer – Gianluca Romano:** Well, maybe there was some inventory increase at the beginning of the calendar year, but no, at this point, we don't see any sign of inventory buildup, so we think we are in a fairly normal situation in term of inventory and shipments.

**Question – Sidney Ho:** Okay. The next question I have, again for everybody here, is if I think about the COVID impact on supply chain, can you give us an update on your manufacturing network? Is it mostly back to normal levels now, both within your facilities and the supply chain or are there still bottlenecks that still need to be addressed?

**Answer – Gianluca Romano:** All our facilities are fully operational. And, no, of course, we operate aligned with local guidelines and regulations. I would say we are not at full capacity everywhere because we cannot have in some location all the head count that we would need to run at full capacity. But in term of factories operation, we are active everywhere. The underutilization cost will decrease sequentially, already starting this quarter, so we are improving, but we are still not at 100%.

**Question – Sidney Ho:** Okay. Staying with COVID, you talked about both revenue and operating costs being impacted by COVID in the calendar second quarter. Can you talk about how some of these headwinds have trended in the current quarter? When do you see some of these costs going to come down and if you are having any success passing along any of these higher costs to your customers?

**Answer – Gianluca Romano:** Yeah. I would say the costs start to decline. So the cost impact is mainly on freight charges, labor costs to support our people in different location and to comply with all the safety regulations and the underutilization charges. I would say right now we can have more people at the factory. So the underutilization charges, in particular, are starting to decline. And hopefully in the next few quarter, you will also see a lower cost on the labor side. And probably, finally, in a few more quarters, you will also see the freight charge decline. So I would say it will be a slow decline, but for sure will improve already starting this quarter.

In term of revenue, it's difficult to say. The enterprise OEM segment is for sure impacted. I would say the enterprise in general, so even mission critical is impacted by COVID. In general, the legacy part is suffering because of COVID. Maybe with the exception of consumer that we see improving. And in the mass capacity segment, for sure, surveillance is coming back strongly and cloud is still very healthy. Now, we did two quarters, two record quarters. The March quarter, the June quarter they were a record quarter so it's difficult to continue to have a record quarter. But we said that that part of the business we see is still very healthy.

**Question – Sidney Ho:** Which is a good segue into some of the near term business environment maybe starting with the nearline side. In your last earnings call, you talked about nearline markets going through some demand softness. You also seem to be pointing to weakness mainly coming from the enterprise and the OEM market rather than the cloud data centers. I think your competitor seems to be including both sides are weak. And today you also – early, you also talk about cloud continue to be pretty strong. I'm curious why – is there a way that you can help us understand why you guys may be seeing different kind of trends within the cloud side of things?

**Answer – Gianluca Romano:** Well, I don't have visibility or know our competitors' demand. Maybe it's related to products. As you know our 16 terabyte is really, really strong and in particular for the cloud is where we sell the majority of the volume. So, from our point of view, the cloud is still very healthy. The decline in revenue that we guided sequentially from the June quarter to the September quarter was mainly related to the enterprise OEM part. Not too much on cloud and then we – I just discussed about the legacy part of the business. But again, we don't see it for the current quarter and we don't expect cloud demand to deteriorate in the next few quarters.

©2022, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**Question – Sidney Ho:** Okay. That's good to know. Maybe on the enterprise and the OEM side of things, you just talked about things have kind of stabilized. I think that's in line with some of the companies that talk – some of the OEMs that talk about that last week as well. So just remind us how much visibility do you have – normally have for the enterprise market? Maybe while you to talk about that you may as well talk about the cloud customers. How far out can you see the demand profile looks like?

**Answer – Gianluca Romano:** Well, the cycle time to produce an hard disk is about six months; in some cases, even longer. So that is the visibility that we need to have if a customer wants to have enough supply at a certain point of time. So I will say we have – we start with very long-term forecast that are more trend than forecast. And then now, you go with two quarters' forecast that is much more detailed. And then you have the now one quarter purchase order. So it's a bit different depending from the time but we have, I'll say, at least a couple of quarters where we can rely on a fairly good visibility.

**Question – Sidney Ho:** Got it. I just got a question coming in. It's a little bit in the more near term so maybe you can help us out there. Is the calendar third quarter, the current quarter more back-end loaded just because of all the dynamics you talked about and the price of OEMs stabilizing and nearline continues to – clouds are continuing to be strong or less back-end loaded than normal, I should say?

**Answer – Gianluca Romano:** You should define what normal is because it sounds like there is no normal anymore. But I'll say if I compare to the last two quarters, I would say it's less backend-loaded. The month of August was actually fairly strong, for sure better than what we had in February or May. No, I would not say this is a normal trend. We are still not at the linearity that we had before COVID probably. But at least, we are going in the right direction and obviously, it's also giving us confidence in interest out of the quarter but no, we think it's still aligned to what we guided. And also in the near-term future and the long-term for the rest of the fiscal year.

**Question – Sidney Ho:** Okay. Staying with nearline, so we've seen cycles in nearline in the market before. I think a couple of years ago, we have a couple weak quarters, and it's a big cycle, up and down. How would you compare the current cycle with those past cycles, and what evidence would you point to, to support that assessments?

**Answer – Gianluca Romano:** Well, I would say, the cloud is becoming a bigger part of the nearline segment. For sure, if you compare a couple of quarters before COVID, between cloud and enterprise, it was about 50/50 in term of volume. Right now, cloud is for sure a bigger part. And, no, we don't know what will be in the future, but as I said before, cloud is strong, is healthy. We don't believe there is any kind of seasonality in the nearline business.

The cycle is more the cycle in the individual customers and how aligned are those customers. If you have several customers that have the same cycle, so they go to the data center creation and then they need to install all the hard disk and then so for a period of time, they can have kind of a digestion period. But right now, there are not two or three customer, there are seven, eight customers and will become more in the future.

So I think in the future, you will have less of a cycle, you will have maybe a customer increase in demand and other customer that is in the digestion phase. But it's not a segment cycle; it's more a customer cycle and hopefully they will not align too well, so that we don't go through peaks that are very difficult to manage, both in the upside and in the downside.

**Question – Sidney Ho:** Great. So maybe longer term, if we start thinking about longer term, obviously, there is some digestion going on right now and you kind of talk about nearline market as a segment that is growing 35% in terms of exabyte, that's kind of your target. Have these expectations changed at all over the last few months given what we've seen? Would be great if you can talk kind of separately about hyperscale guys as well as the enterprise guys. And is it one that more like 50%, the other one more like 25% or is there a way to think about the relative growth rate going forward?

**Answer – Gianluca Romano:** In general, we said a good way to model it for the long term is about 35% to 40% CAGR for the mass capacity part of the business. If you look at our result in fiscal year 2020, we achieved a much higher growth. I think it was almost 80%. We also said that for the calendar year 2020, we expect the volume to increase more than the 35% to 40%. So, in the short term, as I was saying before, we still see a very healthy business. In the longer term, it's always difficult to know, of course. I believe that 35% to 40% CAGR is a good CAGR to model in the long term.

**Question – Sidney Ho:** Okay. Maybe switching over to the legacy storage, I think you made some comments on the legacy market in the near term. I might have missed this. But can you kind of talk about what the trends you're seeing as retail stores are reopening in the current quarter and how do you think about this business, whether it's revenue terms, whether it's exabyte terms over the longer term?

**Answer – Gianluca Romano:** In general, we expect legacy to continue to decline and to be replaced by SSD technology. If you look at the last four or five years, the volume as a percentage of the total volume that we shared moved from 80% to less than 30% in the last fiscal year. So there is for sure a decline in the legacy. There are a

©2022, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

couple of segments that are performing fairly well. As I said before, consumer is recovering from probably calendar Q1 lower quarter, and it improved in calendar Q2 and it's improving again in this quarter.

In general, before COVID, mission critical was also doing very well. I think in the December quarter, we had a volume that was the highest volume in the last couple of years. Unfortunately, this is a segment that has been impacted by COVID so we need to probably wait for a few more quarters before being that level of volume again.

And then when you look at the laptop and notebook and gaming DDR, those are the segments that we expect a sequential decline. A declining legacy for us means we can move the production capacity to the other segment, so to the mass capacity to nearline and surveillance. So, in a certain way is good. We don't need to spend too much CapEx to cover the demand for the mass capacity storage of the business. And the volume that we can move in legacy is, in general, a good contributor to our free cash flow. We don't spend CapEx for legacy. We have a very little OpEx. So, even if the gross margin is lower than on the mass capacity storage is still a good contribution for our free cash flow.

**Question – Sidney Ho:** Okay. Just to follow up on the comment on mission critical clearly was record and it's been impacted. When you talk about enterprise and OEM on the nearline side of things are getting better, does that benefit the mission critical as well or is it kind of two separate dynamic there?

**Answer – Gianluca Romano:** Should be similar. So, we need to wait and see what happened on export, but on the following quarter, but it should be...

**Question – Sidney Ho:** Yes.

**Answer – Gianluca Romano:** ...should be similar.

**Question – Sidney Ho:** Got it. Got it. Another area that you just talked about again today, a cycle of growth area in surveillance. I think earlier you mentioned that it is coming back pretty strongly. What kind of dynamics are you seeing there? Is it pretty broad-based? Are they still being impacted by several Chinese companies being put on the Entity List? Just trying to understand the long-term opportunity in that market; seems like we're hitting inflection point right now.

**Answer – Gianluca Romano:** I would say the majority of our customers are in China. We have a very high market share in China in general, so with an image application customers also. We don't have any limitation right now in term of what we can ship to those customers. And it looks like they are recovering from COVID, a little bit earlier than other parts of the world. And this is why we are seeing demand to start to increase again and start to go back to the prior level.

And surveillance is also one of those segments that are a little bit seasonal. So, in general, you see calendar Q3 and calendar Q4 to be stronger than calendar Q1 and calendar Q2. So, if you look at the first two quarter of this calendar year and you add seasonality to the COVID impact, the total impact was huge. So, we see that demand coming back and is an important part for us is important business with a good margin.

**Question – Sidney Ho:** Okay. That's great. Maybe switching gears over to the technology part of the questions. You have a very successful ramp of 16 terabytes, and you're just starting to ramp up your 18-terabyte (24:07) drive, how do you see this transition when compared to previous capacity transition, and how should we think about how long it takes for 18-terabyte volume to cross over 16-terabyte?

**Answer – Gianluca Romano:** Probably the transition to 18 terabyte for Seagate will be easier than what happened in the past because we will be using that same platform. In the past, every time we were moving to a higher capacity, we were generating a new platform and producing a new platform and not qualifying a new platform. This time, we use our 16 terabyte for different capacity level, not only for the 18 terabyte, but we are also using for 14 terabyte. And we can also go lower in capacity.

It's a very good platform. It is good for us to use a single platform in our manufacturing environment. So, we expect the transition to 18 terabyte to be fairly easy. Of course, you always need to go through qual – customer qualification, but that should be probably a little bit faster than what we did in the past.

In term of volumes, we already sold some of our 18 terabyte in the last quarter. We will sell a few more in this quarter. So, we have start to ramp up. But I would say for the industry, in general, we don't expect 18 terabyte to be high volume in the current quarter for sure, not even in the next quarter. We think the entire calendar year 2020 will be a 16-terabyte leading story. But next calendar year 2021, that probably will be an 18-terabyte.

**Question – Sidney Ho:** Makes sense. Now, you lead track your competition with the 16-terabyte drives and with the very solid share gain. But the timing of your 18-terabyte drive seems – for both companies seem to be quite similar. I know it's not this year, it's mostly all next year. How do you see the competitive dynamics between you and your competitor going forward?

©2022, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**Answer – Gianluca Romano:** I don't know if it will change. And what I mean is before the 16-terabyte, we lost some market share. So, with the 16-terabyte success, we basically went back to the prior market share, maybe a couple of points higher. But especially, if you look at the nearline space, the two companies are fairly well-aligned in term of market share. Now, in a couple of quarters, we will have high volume of the same product. So, I suppose that market share will stay fairly similar.

**Question – Sidney Ho:** Got it. Now, if you take another step forward past the 18-terabyte drive, you've talked about shipping your first HAMR drive by the end of this calendar year. How quickly do you think your customers will switch over to HAMR drives? And how does that shift to HAMR change the margin profile of the business?

**Answer – Gianluca Romano:** HAMR is a technology milestone. And the first generation of HAMR, 20 terabyte is a very small capacity for this technology. So what we want to do with the first generation is to get qualification from our customers, all the big customers, so that we can access those customer very quickly with our second generation that will be at least 24 terabyte. At that point of capacity, we have a good decline in cost per terabyte. And, of course, we will want to give a good TCO to our customers, but it's also an opportunity for us to keep some of that cost saving on our side and start to improve our gross margin.

So, this will happen with the second generation HAMR, so not with the 20 terabyte. That is too small capacity, still not cost optimized, but is extremely important from a technology point of view. So we want to have this drive available. We will have it in the next few months. And then as soon as we have that out, we will focus on the second generation, and we will ramp up in volume for the second generation.

**Question – Sidney Ho:** Okay. For the remaining few minutes, I'd like to ask a few questions on the financials. On your earnings call, you talked about your expectations that revenue in fiscal 2021 will be fairly flat versus fiscal 2020. I think earlier, in your prepared remarks, you also talked about that that will be the case. I was hoping you can elaborate what you're assuming to make that projection. It sounds like the enterprise turning around is one of the factors. It sounds like surveillance coming back, it is. But just trying to understand what other assumptions that you're making to get you to at least flat for fiscal 2021.

**Answer – Gianluca Romano:** Yeah. You mention the right point, I would add the COVID impact. We said at the time of the earning release, our revenue assumption for the fiscal year is assuming a COVID impact for the current quarter, for the next quarter, and then we assume a fairly low impact from COVID. So, if this is what is going to happen, we are confident with the revenue to be fairly flat with the prior year.

If COVID impact will become even bigger or will last for much longer, we will review that estimate. But with that assumption that we think is very reasonable with the stronger cloud and nearline, in general, so with enterprise, OEM coming back, and with legacy recovering from this COVID impact, we think is for sure possible that we close the fiscal year at a very similar revenue than the prior year.

**Question – Sidney Ho:** Got it. On the gross margin side, I think last earnings call you talked about long-term – or normalized range of 29% to 33%. Just curious, what are the main puts and takes to move your gross margin towards the low end of the range versus high end of the range? And frankly, longer term, why can't gross margin be higher if there are only two or three suppliers in this market?

**Answer – Gianluca Romano:** Yeah. Actually, we don't really have a range for gross margin. We have a range for operating margin. As you probably remember, our range is 13% to 16%. We were already at 16% in the December quarter, for example, before COVID. We had another fairly good quarter in calendar Q1 2020. And then we had more impact from COVID in the last quarter and, of course, in the current quarter.

But it is important for you to understand that we were already at the top of our range in term of operating margin. And absent COVID, we were already discussing a better range was still appropriate for us, so it could be (32:29) little bit too low. And then COVID arrived. And so, this discussion for sure is not so important right now. But I expect after COVID, I expect to review that range and possibly to go a little bit higher.

**Question – Sidney Ho:** Got it. Last question is from inbound question. On the free cash flow margin, you guys have been around 12% for the past four years. Are you expecting working capital to be kind of neutral in calendar 2020? And is 12% free cash flow margin still the right level to think about fiscal 2021 or is there room to increase that margin?

**Answer – Gianluca Romano:** In general, no. We are very good in generating free cash flow, as you said. I don't think we ever commented on a specific part of the free cash flow, but I think if you look the long-term of the working capital, it can be positive one quarter and negative the latter quarter. But in general, when you look at the long-term, it's fairly neutral.

So, we have generated almost $1.2 billion of free cash flow in the last few quarters. It's very important for us to generate free cash flow because we are very focused on shareholder return. And then free cash flow is important for our dividend and for our share buyback program. Of course, we always focus first on business support. So, CapEx is

©2022, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

important to support our business and OpEx is important to support our business. You need to find the right level based on the capacity that you have already installed and the demand that you are expecting. But free cash flow and profitability are the focus for the management team. And as I said, the free cash flow is usually utilized for shareholder return.

Okay. Well, I think we're out of time. Thank you very much for the time, Gianluca, and enjoy the rest of the day.

Thank you very much.

Thank you.

©2022, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.