Gregg S. Levin (admitted *pro hac vice*)
Lance V. Oliver (admitted *pro hac vice*)
William S. Norton (admitted *pro hac vice*)
Joshua C. Littlejohn (admitted *pro hac vice*)
Christopher F. Moriarty (admitted *pro hac vice*)
Andrew P. Arnold (admitted *pro hac vice*)
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
glevin@motleyrice.com
loliver@motleyrice.com
bnorton@motleyrice.com
jlittlejohn@motleyrice.com
cmoriarty@motleyrice.com
aarnold@motleyrice.com

*Co-Lead Counsel for Co-Lead Plaintiffs*
*Universal-Investment-Gesellschaft mbH,*
*Universal-Investment-Luxembourg S.A., and*
*UI BVK Kapitalverwaltungsgesellschaft mbH,*
*and the Class*

[additional counsel appear on signature page]

Salvatore Graziano (admitted *pro hac vice*)
Hannah Ross (admitted *pro hac vice*)
Abe Alexander (admitted *pro hac vice*)
Aasiya Farah Mirza Glover (admitted *pro hac vice*)
Sarah Schmidt (admitted *pro hac vice*)
**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
salvatore@blbglaw.com
hannah@blbglaw.com
abe.alexander@blbglaw.com
aasiya.glover@blbglaw.com
sarah.schmidt@blbglaw.com

*Co-Lead Counsel for Co-Lead Plaintiffs*
*Public Employees' Retirement System of*
*Mississippi and Arkansas Public*
*Employees' Retirement System, and the*
*Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Seagate Technology Holdings plc Securities Litigation* | Case No. 3:23-cv-03431-RFL <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER** |

Pursuant to Local Rules 6-2 and page 1 of the Court's Standing Order for Civil Cases Before Judge Rita F. Lin, Lead Plaintiffs Public Employees' Retirement System of Mississippi, Arkansas Public Employees Retirement System, Universal-Investment-Gesellschaft mbH, Universal-Investment-Luxembourg S.A., and UI BVK Kapitalverwaltungsgesellschaft mbH ("Lead Plaintiffs"), and Defendants Seagate Technology Holdings plc, William D. Mosley, and Gianluca Romano ("Defendants" and, with Lead Plaintiffs, the "Parties") hereby agree and stipulate that good cause exists to request an order from the Court extending the time for Lead Plaintiffs to amend the Consolidated Class Action Complaint (the "Complaint").

WHEREAS, on August 8, 2024, the Court issued an Order granting Defendants' motion to dismiss the Complaint and granting leave for Lead Plaintiffs to amend the Complaint within twenty-one days of the Order or August 29, 2024. (ECF No. 96);

WHEREAS, Lead Plaintiffs request, and Defendants do not oppose, an extension to file their Second Amended Complaint to accommodate competing litigation schedules and other pre-existing commitments of counsel for Lead Plaintiffs;

WHEREAS, on August 9 and August 12, 2024, the Parties met and conferred, and agreed on a schedule for filing an amended complaint and related briefing schedule;

WHEREAS, there have been three prior requests for an extension of time in this case, which the Court granted: (i) On July 31, 2023, Judge Illston vacated (a) the deadline for Defendants to respond to the initial complaint filed in this action and (b) the initial case management conference and related deadlines pending the appointment of a lead plaintiff and the filing or designation of an amended or consolidated complaint (ECF No. 17); (ii) on October 10, 2023, Judge Chhabria entered an order continuing the initial case management conference along with any associated deadlines under the Federal Rules of Civil Procedure, Northern District of California Civil Local Rules, and the Court's Standing Order for Civil Cases (ECF No. 64); and (iii) on February 27, 2024, the Court entered an order continuing the hearing on Defendants' motion to dismiss and continuing all associated deadlines (ECF No. 88);

NOW, THEREFORE, the Parties, by and through their respective attorneys of record and subject to approval of the Court, hereby agree and stipulate as follows:

STIPULATION AND [~~PROPOSED~~] ORDER   - 1 -   Case No. 3:23-cv-03431-RFL

1. Lead Plaintiffs' deadline to amend the complaint shall be extended until September 12, 2024;

2. Defendants shall move to dismiss the amended complaint on or before October 28, 2024;

3. Lead Plaintiffs shall file any opposition to any such motion(s) on or before December 12, 2024;

4. Defendants shall file their reply or replies in support of any such motion(s) on or before January 16, 2025.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:     August 14, 2024

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By:  */s/  Abe Alexander*                              .
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, California 90067
Tel: (310) 819-3470

*-and-*

Salvatore Graziano (admitted *pro hac vice*)
(salvatore@blbglaw.com)
Hannah Ross (admitted *pro hac vice*)
(hannah@blbglaw.com)
Abe Alexander (admitted *pro hac vice*)
(abe.alexander@blbglaw.com)
Aasiya Farah Mirza Glover (admitted *pro hac vice*)
(aasiya.glover@blbglaw.com)
Sarah Schmidt (admitted *pro hac vice*)
(sarah.schmidt@blbglaw.com)
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Co-Lead Counsel for Co-Lead Plaintiffs Public Employees' Retirement System of Mississippi and Arkansas Public Employees' Retirement System, and the Class*

**MOTLEY RICE LLC**

By:  */s/  Christopher F. Moriarty*                     .
Gregg S. Levin (admitted *pro hac vice*)
Lance V. Oliver (admitted *pro hac vice*)
William S. Norton (admitted *pro hac vice*)
Joshua C. Littlejohn (admitted *pro hac vice*)
Christopher F. Moriarty (admitted *pro hac vice*)
Andrew P. Arnold (admitted *pro hac vice*)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
glevin@motleyrice.com
loliver@motleyrice.com
bnorton@motleyrice.com
jlittlejohn@motleyrice.com
cmoriarty@motleyrice.com
aarnold@motleyrice.com

*Co-Lead Counsel for Co-Lead Plaintiffs Universal-Investment-Gesellschaft mbH, Universal-Investment-Luxembourg S.A., and UI BVK Kapitalverwaltungsgesellschaft mbH, and the Class*

**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (SBN 191305)
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020
lweaver@bfalaw.com

*Local Counsel for Co-Lead Plaintiff Universal-Investment-Gesellschaft mbH, Universal-Investment-Luxembourg S.A., and UI BVK Kapitalverwaltungsgesellschaft mbH*

**DAVIDSON BOWIE, PLLC**
John L. Davidson (*pro hac vice*)
1062 Highland Colony Parkway 200 Concourse
Suite 275
Ridgeland, MS 39157
Telephone: (601) 932-0028
jdavidson@dbslawfirm.net

STIPULATION AND [~~PROPOSED~~] ORDER          - 3 -                    Case No. 3:23-cv-03421-RFL

*Additional Counsel for Co-Lead Plaintiffs Public Employees' Retirement System of Mississippi*

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

By: */s/ Caz Hashemi*

Caz Hashemi (Bar No. 210239)
Stephen B. Strain (Bar No. 291572)
Betty Chang Rowe (Bar No. 214068)
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
chashemi@wsgr.com
sstrain@wsgr.com
browe@wsgr.com

*Attorneys for Defendants Seagate Technology Holdings plc, William D. Mosley, and Gianluca Romano*

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

I, Abe Alexander, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED ORDER]. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that Christopher F. Moriarty and Caz Hashemi have concurred in this filing.

Dated: August 14, 2024                    *s/ Abe Alexander*
                                          Abe Alexander

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

*In re Seagate Technology Holdings plc Securities Litigation*

Case No. 3:23-cv-03431-VC

<u>CLASS ACTION</u>

[~~PROPOSED~~] **ORDER GRANTING STIPULATION**

Having considered the Parties' Stipulation, and finding good cause, the Court hereby orders as follows:

1. Lead Plaintiffs shall have until September 12, 2024 to amend the Complaint;

2. Defendants shall move against, answer, or otherwise respond to the Complaint on or before October 28, 2024;

3. Lead Plaintiffs shall file and serve any opposition to any such motion on or before December 12, 2024;

4. Defendants shall file and serve their reply to any such opposition on or before January 16, 2025.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 15, 2024    _____

RITA F. LIN
United States District Judge