CAZ HASHEMI, State Bar No. 210239
STEPHEN B. STRAIN, State Bar No. 291572
BETTY CHANG ROWE, State Bar No. 214068
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email:  chashemi@wsgr.com
           sstrain@wsgr.com
           browe@wsgr.com

Attorneys for Defendants
Seagate Technology Holdings plc,
William D. Mosley, and Gianluca Romano

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Seagate Technology Holdings plc, Securities Litigation* | CASE NO.:  3:23-cv-03431-RFL |
| | **DECLARATION OF BETTY C. ROWE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS** |
| | Hearing Date:  March 4, 2025 |
| | Time:              10:00 a.m. |
| | Courtroom:      15 – 18th Floor |
| | Honorable Rita F. Lin |

ROWE DECL. ISO DEFS.' MOT. TO DISMISS
AMENDED COMPLAINT
CASE NO. 3:23-CV-03431-RFL

I, Betty Chang Rowe, hereby declare:

I am an attorney duly licensed to practice law in the State of California and before this Court. I am an attorney at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendants Seagate Technology Holdings plc ("Seagate"), William D. Mosley, and Gianluca Romano ("Defendants") in this action. I submit this Declaration in support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint. If called upon, I could and would testify competently to the following:

1.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts of Seagate's Form 10-K for the fiscal year ended July 2, 2021, filed with the United States Securities and Exchange Commission ("SEC") on August 6, 2021.

2.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts of Seagate's Form 10-K for the fiscal year ended July 1, 2022, filed with the SEC on August 5, 2022.

3.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts of Seagate's Form 10-K for the fiscal year ended June 30, 2023, filed with the SEC on August 4, 2023.

4.      Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the FactSet CallStreet's Transcript of Seagate's Q2 2021 Earnings Conference Call dated January 21, 2021.

5.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the FactSet CallStreet's Transcript of Seagate's Q1 2021 Earnings Conference Call dated October 22, 2020.

6.      Attached hereto as Exhibit 6 is a true and correct copy of the Foreign Direct Product Rule, 85 Fed. Reg. 51596 (August 2020).

7.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts of Seagate's Form 10-K for the fiscal year ended July 3, 2020, filed with the SEC on August 10, 2020.

8.      Attached hereto as Exhibit 8 is a true and correct copy of the U.S. Senate Committee On Commerce, Science & Transportation, Committee Investigation Report by Commerce Committee Minority Staff, *Huawei's Access to Hard Disk Drives in America: An Investigation into Seagate Technology* (October 2021).

ROWE DECL. ISO DEFS.' MOT. TO DISMISS
AMENDED COMPLAINT
CASE NO. 3:23-CV-03431-RFL
                                        -1-

9.     Attached hereto as Exhibit 9 is a true and correct copy of excerpts of Seagate's Form 10-Q for the quarter ended December 31, 2021 (Q2 2022), filed with the SEC on January 27, 2022.

10.     Attached hereto as Exhibit 10 is a true and correct copy of Seagate's press release dated October 22, 2021, filed with the SEC as Exhibit 99.1 to SEC Form 8-K on October 22, 2021.

11.     Attached hereto as Exhibit 11 is a true and correct copy of excerpts of Seagate's Form 10-Q for the quarter ended April 1, 2022 (Q3 2022), filed with the SEC on April 28, 2022.

12.     Attached hereto as Exhibit 12 is a true and correct copy of Seagate's press release dated January 26, 2022, filed with the SEC as Exhibit 99.1 to SEC Form 8-K on January 26, 2022.

13.     Attached hereto as Exhibit 13 is a true and correct copy of Seagate's Form 8-K on October 26, 2022.

14.     Attached hereto as Exhibit 14 is a true and correct copy of excerpts of Seagate's Form 10-Q for the quarter ended September 30, 2022 (Q1 2022), filed with the SEC on October 27, 2022.

15.     Attached hereto as Exhibit 15 is a true and correct copy of excerpts of Seagate's Form 10-Q for the quarter ended December 30, 2022 (Q2 2023), filed with the SEC on January 25, 2023.

16.     Attached hereto as Exhibit 16 is a true and correct copy of the Bureau of Industry and Security Order and Settlement, dated April 2023.

17.     Attached hereto as Exhibit 17 is a true and correct copy of the Bureau of Industry and Security website, Foreign-Produced Direct Product (RDP) Rule as it Relates to the Entity List (December 2020), available at, https://web.archive.org/web/20201221144255/https://www.bis.doc.gov/index.php /documents/about-bis/2681-2020-fpdp2-faq-120820-ea/file.

18.     Attached hereto as Exhibit 18 is a true and correct copy of Financial Accounting Standards Board, Accounting Standards Codification, ASC 280-10-50-39 and ASC 280-10-50-42.

19.    Attached hereto as Exhibit 19 is a true and correct copy of an article by William Ciconte, *et al.*, "*Does the midpoint of range earnings forecasts represent managers' expectations?*" (Feb. 2013).

20.    Attached hereto as Exhibit 20 is a true and correct copy of an article by Laura Waxmann, "*Seagate Technology offers up Fremont R&D campus for sale in leaseback deal*," San Francisco Business Times (Nov. 9, 2022).

21.    Attached hereto as Exhibit 21 is a true and correct copy of excerpts of Item 101 of Regulation S-K.

22.    Attached hereto as Exhibit 22 is a true and correct copy of an article by King and Wu, "*Huawei Building Secret Chip Plants in China to Bypass US Sanctions, Group Warns*," Bloomberg Law (Aug. 23, 2023).

23.    Attached hereto as Exhibit 23 is a true and correct copy of excerpts from the transcript of the Morgan Stanley Technology, Media and Telecom Conference on March 8, 2022.

Executed this 28th day of October, 2024, in Palo Alto, California.

*/s/ Betty Chang Rowe*
Betty Chang Rowe

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Caz Hashemi, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated:    October 28, 2024                    */s/ Caz Hashemi*
Caz Hashemi

ROWE DECL. ISO DEFS.' MOT. TO DISMISS
AMENDED COMPLAINT
CASE NO. 3:23-CV-03431-RFL

-3-