# EXHIBIT 4

21-Jan-2021

# Seagate Technology Plc (STX)

**Q2 2021 Earnings Call**



**Seagate Technology Plc** *(STX)*
Q2 2021 Earnings Call

C Corrected Transcript
21-Jan-2021

# CORPORATE PARTICIPANTS

**Shanye Hudson**
*Senior Vice President-Investor Relations & Treasury, Seagate Technology Plc*

**William David Mosley**
*Chief Executive Officer & Director, Seagate Technology Plc*

**Gianluca Romano**
*Chief Financial Officer & Executive Vice President, Seagate Technology Plc*

# OTHER PARTICIPANTS

**Karl Ackerman**
*Analyst, Cowen & Co. LLC*

**Katy L. Huberty**
*Analyst, Morgan Stanley*

**Sidney Ho**
*Analyst, Deutsche Bank Securities, Inc.*

**Thomas O'Malley**
*Analyst, Barclays Capital, Inc.*

**Steven Fox**
*Analyst, Fox Advisors LLC*

**Aaron Rakers**
*Analyst, Wells Fargo Securities LLC*

**Kevin Cassidy**
*Analyst, Rosenblatt Securities*

**Patrick J. Ho**
*Analyst, Stifel Financial Corp.*

**Ananda Baruah**
*Analyst, Loop Capital Markets LLC*

**Mehdi Hosseini**
*Analyst, Susquehanna International Group*

**Jim Suva**
*Analyst, Citigroup Global Markets, Inc.*

**Nikolay Todorov**
*Analyst, Longbow Research LLC*

Copyright © 2001-2021 FactSet CallStreet, LLC

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good afternoon, and welcome to the Seagate Technology Fiscal Second Quarter 2021 Financial Results Conference Call. My name is David, and I will be your coordinator for today. At this time, all participants are in a listen-only mode. Following the prepared remarks, there will be a question-and-answer session. As a reminder, this conference is being recorded for replay purposes.

At this time, I would like to turn the call over to Shanye Hudson, Senior Vice President, Investor Relations and Treasury. Please proceed, Shanye.

## Shanye Hudson
*Senior Vice President-Investor Relations & Treasury, Seagate Technology Plc*

Thank you. Good afternoon, everyone, and welcome to today's call. Joining me are Dave Mosley, Seagate's Chief Executive Officer; and Gianluca Romano, our Chief Financial Officer. We've posted our earnings press release and detailed supplemental information for our December quarter on the Investors section of our website.

During today's call, we'll refer to GAAP and non-GAAP measures. Non-GAAP figures are reconciled to GAAP figures in the earnings press release posted on our website and Form 8-K that was filed with the SEC. We've not reconciled certain non-GAAP outlook measures because material items that may impact these measures are out of our control or cannot be reasonably predicted. Therefore, a reconciliation to the corresponding GAAP measures is not available without unreasonable effort.

As a reminder, this call contains forward-looking statements, including our March quarter financial outlook and expectations about our financial performance, market demand, industry growth trends, planned product introductions, ability to ramp production, future growth opportunities, possible effects of the economic conditions worldwide resulting from the COVID-19 pandemic and general market conditions. These statements are based on management's current views and assumptions and information available to us as of today, should not be relied upon as of any subsequent date. Actual results may vary materially from today's statements.

Information concerning our risks, uncertainties and other factors that could cause results to differ from these forward-looking statements are contained in our most recent Form 10-K and 10-Q filed with the SEC, our Form 8-K filed with the SEC today, and the supplemental information posted on the Investors section of our website. As always, following our prepared remarks, we'll open the call for questions.

With that, I'll turn it over to you, Dave.service

## William David Mosley
*Chief Executive Officer & Director, Seagate Technology Plc*

Thank you, Shanye. Welcome, everyone, and thanks for joining us today. Seagate exited calendar year 2020 on a very strong note, delivering December quarter performance that exceeded our objectives. Compared to the prior quarter, we grew revenue 13%, expanded non-GAAP operating profits 31%, and significantly increased free cash flow to $314 million.



Copyright © 2001-2021 FactSet CallStreet, LLC

# Seagate Technology Plc (STX)

Q2 2021 Earnings Call

**C** Corrected Transcript

21-Jan-2021

But on the cloud side, have you seen any kind of delays or pull forward in capacity transitions in some of your large cloud data center customers compared to what you think a few months ago?

### William David Mosley
*Chief Executive Officer & Director, Seagate Technology Plc*

**A**

Yeah. Okay. Sidney, I'll take – kind of two parts. So first, just the enterprise, if you will, the on-prem that we said during the early days of the pandemic was probably the most impacted. That is recovering somewhat. I think it's recovering slowly because some of the on-prem dynamics have not fully resolved themselves and probably still won't. But it is recovering slowly and it's more predictable now so that's why we feel like we understand the market. This is kind of in line with the IDC numbers we quoted in the prepared remarks as well. The traditional IT is going to be up 3% and I think that goes exactly to that point.

On the bigger cloud service providers around the world, there's a lot of dynamics going on because there's no one-size-fits-all cloud obviously. But I would say in general, a lot of applications pushed into the cloud and people had to react there with the budgets that they had, with the technology they had, with the platforms that they had and so on. And in some cases, they prioritized away from whatever storage infrastructure they were building on. In other cases, they prioritize to it so it's fairly complicated right now.

My opinion is that because of the dynamics we've just seen, the cloud's going to grow even bigger than what we'd forecast and so over the long-term, we're projecting mass capacity will be $24 billion market in 2025. So we think there's strong secular growth coming in the cloud, but it is still choppy based on some of the dynamics that we just talked about.

### Sidney Ho
*Analyst, Deutsche Bank Securities, Inc.*

**Q**

Okay. Maybe a quick follow-up, I know I asked this question last quarter on Huawei, but given the current restrictions on the shipment to Huawei, does that change the way you think about the total addressable market for this calendar year for nearline drives?

### William David Mosley
*Chief Executive Officer & Director, Seagate Technology Plc*

**A**

Yes. So like I said last time, we don't comment on any specific customers. I think that the market demand globally will not change on how it's ultimately serviced, so if that answers your question. So, the net demand for data storage products is out there and it'll get serviced by one customer or another, by one supply chain or another, and these are very, very complex supply chains.

### Sidney Ho
*Analyst, Deutsche Bank Securities, Inc.*

**Q**

Okay. Thank you.

**Operator:** Your next question comes from the line of Thomas O'Malley with Barclays. Your line is open.

### Thomas O'Malley
*Analyst, Barclays Capital, Inc.*

**Q**

Copyright © 2001-2021 FactSet CallStreet, LLC