# EXHIBIT 5

C Corrected Transcript

22-Oct-2020

# Seagate Technology Plc (STX)

**Q1 2021 Earnings Call**



1-877-FACTSET   www.callstreet.com

Total Pages: 22

Copyright © 2001-2020 FactSet CallStreet, LLC

# CORPORATE PARTICIPANTS

**Shanye Hudson**
*Senior Vice President-Investor Relations & Treasury, Seagate Technology Plc*

**Gianluca Romano**
*Chief Financial Officer & Executive Vice President, Seagate Technology Plc*

**William David Mosley**
*Chief Executive Officer & Director, Seagate Technology Plc*

# OTHER PARTICIPANTS

**Karl Ackerman**
*Analyst, Cowen and Company*

**Kathryn Lynn Huberty**
*Analyst, Morgan Stanley & Co. LLC*

**Aaron Rakers**
*Analyst, Wells Fargo Securities LLC*

**Ananda Baruah**
*Analyst, Loop Capital Markets LLC*

**Steven Fox**
*Analyst, Fox Advisors*

**Patrick J. Ho**
*Analyst, Stifel Financial Corp.*

**Kevin Edward Cassidy**
*Analyst, Rosenblatt Securities*

**Sidney Ho**
*Analyst, Deutsche Bank Securities, Inc.*

**Mark Miller**
*Analyst, The Benchmark Co. LLC*

**Jim Suva**
*Analyst, Citigroup Investment Research*

**Mitch Steves**
*Analyst, RBC Capital Markets LLC*

**Mehdi Hosseini**
*Analyst, Susquehanna International Group*

**Nikolay Todorov**
*Analyst, Longbow Research LLC*

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good afternoon, and welcome to the Seagate Technology Fiscal First Quarter 2021 Results Conference Call. My name is Jason, and I will be your coordinator for today. At this time, all participants are in a listen-only mode. Following the prepared remarks, there will be a question-and-answer session. As a reminder, this conference is being recorded for replay purposes.

At this time, I would like to turn the call over to Shanye Hudson, Senior Vice President, Investor Relations and Treasury. Please proceed, Shanye.

## Shanye Hudson
*Senior Vice President-Investor Relations & Treasury, Seagate Technology Plc*

Thank you. Good afternoon, everyone, and welcome to today's call. Joining me are Dave Mosley, Seagate's Chief Executive Officer; and Gianluca Romano, our Chief Financial Officer. We've posted our earnings press release and detailed supplemental information for our September quarter on the Investors section of our website.

During today's call, we'll refer to GAAP and non-GAAP measures. Non-GAAP figures are reconciled to GAAP figures in the earnings press release posted on our website and Form 8-K that was filed with the SEC. We've not reconciled certain non-GAAP outlook measures because material items that may impact these measures are out of our control and/or cannot be reasonably predicted. Therefore, a reconciliation to the corresponding GAAP measures is not available without unreasonable effort.

As a reminder, this call contains forward-looking statements, including our December quarter financial outlook and expectations about our financial performance, market demand, industry growth trends, planned product introductions, ability to ramp production, future growth opportunities, possible effects of the economic conditions worldwide resulting from the COVID-19 pandemic and general market conditions. These statements are based on management's current views and assumptions and information available to us as of today and should not be relied upon as of any subsequent date. Actual results may vary materially from today's statements.

Information concerning our risks, uncertainties and other factors that could cause results to differ from these forward-looking statements are contained in our most recent Form 10-K and 10-Q filed with the SEC, our Form 8-K filed with the SEC today, and the supplemental information posted on the Investors section of our website. As always, following our prepared remarks, we'll open the call for questions.

With that, I'll turn it over to you, Dave.

## William David Mosley
*Chief Executive Officer & Director, Seagate Technology Plc*

Thanks, Shanye. Welcome everyone, and thanks for joining us today. We began fiscal year 2021 executing well across several key objectives, keeping us on pace for our full-year revenue outlook. First, we delivered on our financial commitments, navigating challenging market conditions to achieve September quarter revenue of $2.31 billion and non-GAAP EPS of $0.93, both exceeding the midpoint of our guidance range.

Second, we advanced our innovative product and technology roadmaps, which position the company for future data growth opportunities, including the introduction of CORTX, an open-source, object-storage software; and



# Seagate Technology Plc *(STX)*
Q1 2021 Earnings Call

**Corrected Transcript**
22-Oct-2020

### Gianluca Romano
*Chief Financial Officer & Executive Vice President, Seagate Technology Plc*

A

Well, we talked about the mass capacity volume and we also informed the state about the nearline. I would say the difference between the two is mainly video and image application.

### William David Mosley
*Chief Executive Officer & Director, Seagate Technology Plc*

A

Yeah. There's a little bit of mass in the non-nearline, if you will, but we said – so I think 70% is nearline on the call. So you think about that as a 30 percentage – it's the bulk of that 30%, although NAS is a nice contributor as well and growing in exabytes.

### Kevin Edward Cassidy
*Analyst, Rosenblatt Securities*

Q

Okay, great. Thank you.

**Operator**: Your next question comes from the line of Sidney Ho from Deutsche Bank. Your line is open.

### Sidney Ho
*Analyst, Deutsche Bank Securities, Inc.*

Q

Great. Thanks for taking my question. Maybe two questions. First question is related to Huawei. Just want to confirm that can you talk about whether you are continuing to ship to Huawei and what is included in your December quarter guidance. It looks like your competitor may have stopped shipping maybe back in the middle of September. And do you think you're seeing some benefits of that in your December quarter?

### William David Mosley
*Chief Executive Officer & Director, Seagate Technology Plc*

A

Well, I would say, Sidney, we don't talk about individual customers. I think if I go back 5 or 6 quarters now, we've been talking about how demand has been fairly disrupted, in particular, in China. And there's a lot of reasons for pulling in or pushing out demand, different projects that people are doing, financial planning they might be doing. We really focus on the end market demand. And that's how we construct our guide. I do think that relative to some of the products that we're talking about, there's fairly healthy demand – healthy supply inventory in the chain, if you will, and that gets to the mission critical question and whatnot.

We're a global tech company. We have a broad network of suppliers and customers. We continually monitor and remain in compliance with all the rules and regulations around. I think relative to some of the legacy markets, I think we're just watching too much inventory out there. So I don't think it's material, but it's all factored into our guide about what's going on in the end markets.

And then, our long-term view is that mass capacity storage will find multiple routes to market and that's what's growing and that's the way we're positioning ourselves.

### Sidney Ho
*Analyst, Deutsche Bank Securities, Inc.*

Q

Okay. And maybe switching gears to talk about the nearline side. Dave, you talked about the timing of 18-terabyte drives. It will really depend on the customers' ramp. Do you have any insight as to when you will see maybe a unit crossover with 16 terabytes? And maybe, going forward, when I start thinking about beyond 18 terabytes, do you