# EXHIBIT 9

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, DC 20549**

_____

# FORM 10-Q

_____

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended December 31, 2021**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from: to**

**Commission File Number 001-31560**

_____

# SEAGATE TECHNOLOGY HOLDINGS PUBLIC LIMITED COMPANY

(Exact name of registrant as specified in its charter)

_____

| **Ireland** | | **98-1597419** |
|---|---|---|
| (State or other jurisdiction of | | (I.R.S. Employer |
| incorporation or organization) | | Identification Number) |

**38/39 Fitzwilliam Square**
**Dublin 2, Ireland**
(Address of principal executive offices)
**D02 NX53**
(Zip Code)
**Telephone: (353) (1) 234-3136**
(Registrant's telephone number, including area code)

_____

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Ordinary Shares, par value $0.00001 per share** | **STX** | **The NASDAQ Global Select Market** |

_____

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☒ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any ☐ new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of January 24, 2022, 218,898,339 of the registrant's ordinary shares, par value $0.00001 per share, were issued and outstanding.

**INDEX**
**SEAGATE TECHNOLOGY HOLDINGS PLC**

|  |  | PAGE NO. |
|---|---|---|
| **PART I** | **FINANCIAL INFORMATION** | |
| Item 1. | Financial Statements | 3 |
| | Condensed Consolidated Balance Sheets - December 31, 2021 (Unaudited) and July 2, 2021 | 4 |
| | Condensed Consolidated Statements of Operations - Three and Six Months Ended December 31, 2021 and January 1, 2021 (Unaudited) | 5 |
| | Condensed Consolidated Statements of Comprehensive Income - Three and Six Months Ended December 31, 2021 and January 1, 2021 (Unaudited) | 6 |
| | Condensed Consolidated Statements of Cash Flows - Six Months Ended December 31, 2021 and January 1, 2021 (Unaudited) | 7 |
| | Condensed Consolidated Statements of Shareholders' Equity - Three and Six Months Ended December 31, 2021 and January 1, 2021 (Unaudited) | 8 |
| | Notes to Condensed Consolidated Financial Statements (Unaudited) | 10 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 27 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 36 |
| Item 4. | Controls and Procedures | 37 |
| **PART II** | **OTHER INFORMATION** | |
| Item 1. | Legal Proceedings | 37 |
| Item 1A. | Risk Factors | 38 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 38 |
| Item 3. | Defaults Upon Senior Securities | 38 |
| Item 4. | Mine Safety Disclosures | 38 |
| Item 5. | Other Information | 38 |
| Item 6. | Exhibits | 39 |
| | SIGNATURES | 40 |

Table of Contents

**PART I**
**FINANCIAL INFORMATION**

**ITEM 1. FINANCIAL STATEMENTS**

Table of Contents

| | Page |
|---|---|
| Condensed Consolidated Balance Sheets | 4 |
| Condensed Consolidated Statements of Operations | 5 |
| Condensed Consolidated Statements of Comprehensive Income | 6 |
| Condensed Consolidated Statements of Cash Flows | 7 |
| Condensed Consolidated Statements of Shareholders' Equity | 8 |
| Notes to Condensed Consolidated Financial Statements | 10 |
| Note 1. Basis of Presentation and Summary of Significant Accounting Policies | 10 |
| Note 2. Balance Sheet Information | 11 |
| Note 3. Debt | 14 |
| Note 4. Income Taxes | 16 |
| Note 5. Restructuring and Exit Costs | 16 |
| Note 6. Derivative Financial Instruments | 16 |
| Note 7. Fair Value | 19 |
| Note 8. Equity | 22 |
| Note 9. Revenue | 23 |
| Note 10. Guarantees | 23 |
| Note 11. Earnings Per Share | 24 |
| Note 12. Legal, Environmental and Other Contingencies | 25 |
| Note 13. Commitments | 26 |
| Note 14. Subsequent Events | 26 |

*See Notes to Condensed Consolidated Financial Statements.*

3

Table of Contents

**SEAGATE TECHNOLOGY HOLDINGS PLC**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
(In millions)

| | December 31, 2021 | July 2, 2021 |
|---|---|---|
| | (unaudited) | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 1,535 | $ 1,209 |
| Accounts receivable, net | 1,399 | 1,158 |
| Inventories | 1,287 | 1,204 |
| Other current assets | 229 | 208 |
| Total current assets | 4,450 | 3,779 |
| Property, equipment and leasehold improvements, net | 2,216 | 2,181 |
| Goodwill | 1,237 | 1,237 |
| Other intangible assets, net | 19 | 29 |
| Deferred income taxes | 1,126 | 1,117 |
| Other assets, net | 327 | 332 |
| Total Assets | $ 9,375 | $ 8,675 |
| **LIABILITIES AND EQUITY** | | |
| Current liabilities: | | |
| Accounts payable | $ 1,812 | $ 1,725 |
| Accrued employee compensation | 228 | 282 |
| Accrued warranty | 62 | 61 |
| Current portion of long-term debt | 235 | 245 |
| Accrued expenses | 655 | 608 |
| Total current liabilities | 2,992 | 2,921 |
| Long-term accrued warranty | 82 | 75 |
| Other non-current liabilities | 149 | 154 |
| Long-term debt, less current portion | 5,626 | 4,894 |
| Total Liabilities | 8,849 | 8,044 |
| Commitments and contingencies (See Notes 10, 12 and 13) | | |
| Shareholders' Equity: | | |
| Ordinary shares and additional paid-in capital | 7,084 | 6,977 |
| Accumulated other comprehensive loss | (25) | (41) |
| Accumulated deficit | (6,533) | (6,305) |
| Total Equity | 526 | 631 |
| Total Liabilities and Equity | $ 9,375 | $ 8,675 |

*See Notes to Condensed Consolidated Financial Statements.*

4

Table of Contents

**SEAGATE TECHNOLOGY HOLDINGS PLC**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
(In millions, except per share data)
(Unaudited)

| | For the Three Months Ended | | For the Six Months Ended | |
|---|---|---|---|---|
| | December 31, 2021 | January 1, 2021 | December 31, 2021 | January 1, 2021 |
| Revenue | $ 3,116 | $ 2,623 | $ 6,231 | $ 4,937 |
| Cost of revenue | 2,168 | 1,927 | 4,327 | 3,645 |
| Product development | 228 | 221 | 461 | 444 |
| Marketing and administrative | 136 | 122 | 269 | 240 |
| Amortization of intangibles | 3 | 3 | 6 | 6 |
| Restructuring and other, net | 1 | 2 | 2 | 3 |
| Total operating expenses | 2,536 | 2,275 | 5,065 | 4,338 |
| Income from operations | 580 | 348 | 1,166 | 599 |
| Interest income | 1 | - | 1 | 1 |
| Interest expense | (62) | (52) | (121) | (102) |
| Other, net | (5) | (5) | 1 | 14 |
| Other expense, net | (66) | (57) | (119) | (87) |
| Income before income taxes | 514 | 291 | 1,047 | 512 |
| Provision for income taxes | 13 | 11 | 20 | 9 |
| Net income | $ 501 | $ 280 | $ 1,027 | $ 503 |
| Net income per share: | | | | |
| Basic | $ 2.27 | $ 1.12 | $ 4.58 | $ 1.99 |
| Diluted | 2.23 | 1.12 | 4.50 | 1.97 |
| Number of shares used in per share calculations: | | | | |
| Basic | 221 | 249 | 224 | 253 |
| Diluted | 225 | 251 | 228 | 255 |

*See Notes to Condensed Consolidated Financial Statements.*

5

Table of Contents

*Repurchases of Equity Securities*

All repurchases are effected as redemptions in accordance with the Company's Constitution.

On May 14, 2021, STX's Board of Directors resolved to adopt and continue the STUC Share Repurchase Program as its own and that the STX Board of Directors be authorized to effect the repurchase of STX ordinary shares in an amount equal to the remaining STUC Share Repurchase Program amount as of the effective time of the scheme of arrangement. As of December 31, 2021, $3.3 billion remained available for repurchase under the existing repurchase authorization limit.

The following table sets forth information with respect to repurchases of ordinary shares during the six months ended December 31, 2021:

| (In millions) | Number of Shares Repurchased | Dollar Value of Shares Repurchased |
|---|---|---|
| Repurchases of ordinary shares [1] | 10 | $ 905 |
| Tax withholding related to vesting of equity awards | 1 | 45 |
| Total | 11 | $ 950 |

_____
[1] These amounts differ from the repurchases of ordinary shares amounts in the condensed consolidated statements of cash flows due to timing differences between repurchases and cash settlement thereof.

**9.**

**Revenue**

The following table provides information about disaggregated revenue by sales channel and geographical region for the Company's single reportable segment:

| (Dollars in millions) | For the Three Months Ended | | For the Six Months Ended | |
|---|---|---|---|---|
| | December 31, 2021 | January 1, 2021 | December 31, 2021 | January 1, 2021 |
| Revenues by Channel | | | | |
| OEMs | $ 2,178 | $ 1,741 | $ 4,465 | $ 3,349 |
| Distributors | 562 | 475 | 1,069 | 842 |
| Retailers | 376 | 407 | 697 | 746 |
| Total | $ 3,116 | $ 2,623 | $ 6,231 | $ 4,937 |
| Revenues by Geography [1] | | | | |
| Asia Pacific | $ 1,433 | $ 1,306 | $ 3,016 | $ 2,412 |
| Americas | 1,186 | 838 | 2,265 | 1,643 |
| EMEA | 497 | 479 | 950 | 882 |
| Total | $ 3,116 | $ 2,623 | $ 6,231 | $ 4,937 |

_____
[1] Revenue is attributed to geography based on bill from locations.

**10. Guarantees**

*Indemnification Obligations*

The Company from time to time enters into agreements with customers, suppliers, partners and others in the ordinary course of business that provide indemnification for certain matters including, but not limited to, intellectual property infringement claims, environmental claims and breach of agreement claims. The nature of the Company's indemnification obligations prevents the Company from making a reasonable estimate of the maximum potential amount it could be required to pay. Historically, the Company has not made any significant indemnification payments under such agreements and no amount has been accrued in the Company's condensed consolidated financial statements with respect to these indemnification obligations.

Table of Contents

*Revenue*

The following table summarizes information regarding consolidated revenues by channel, geography and market and HDD exabytes shipped by market and price per terabyte:

| | For the Three Months Ended | | | For the Six Months Ended | |
|---|---|---|---|---|---|
| | December 31, 2021 | October 1, 2021 | January 1, 2021 | December 31, 2021 | January 1, 2021 |
| Revenues by Channel (%) | | | | | |
| OEMs | 70% | 74% | 66% | 72% | 68% |
| Distributors | 18% | 16% | 18% | 17% | 17% |
| Retailers | 12% | 10% | 16% | 11% | 15% |
| Revenues by Geography (%) [1] | | | | | |
| Asia Pacific | 46% | 51% | 50% | 48% | 49% |
| Americas | 38% | 35% | 32% | 36% | 33% |
| EMEA | 16% | 14% | 18% | 16% | 18% |
| Revenues by Market (%) | | | | | |
| Mass capacity | 66% | 65% | 58% | 65% | 58% |
| Legacy | 25% | 27% | 35% | 26% | 34% |
| Other | 9% | 8% | 7% | 9% | 8% |
| | | | | | |
| HDD Exabytes Shipped by Market | | | | | |
| Mass capacity | 137 | 132 | 97 | 269 | 183 |
| Legacy | 26 | 27 | 32 | 53 | 60 |
| Total | 163 | 159 | 129 | 322 | 243 |
| | | | | | |
| HDD Price per Terabyte | $ 17 | $ 18 | $ 19 | $ 18 | $ 19 |

_____

[1] Revenue is attributed to geography based on bill from locations.

Revenue in the December 2021 quarter remained relatively flat from the September 2021 quarter primarily due to a higher demand for our non-HDD products and an increase in mass capacity storage exabytes shipped, offset by a decrease in legacy market exabytes shipped and a decrease in price per terabyte.

Revenue in the December 2021 quarter increased by $493 million from the December 2020 quarter primarily due to an increase in mass capacity storage exabytes shipped, partially offset by a decrease in legacy market exabytes shipped.

Revenue for the six months ended December 31, 2021 increased by $1,294 million from the six months ended January 1, 2021 primarily due to an increase in mass capacity storage exabytes shipped, partially offset by a decrease in legacy market exabytes shipped.

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

|  |  |  |
|---|---|---|
|  |  | **SEAGATE TECHNOLOGY HOLDINGS PUBLIC LIMITED COMPANY** |
| DATE: | January 27, 2022 | BY:    /s/ Gianluca Romano |
|  |  | Gianluca Romano |
|  |  | Executive Vice President and Chief Financial Officer (Principal Financial and Accounting Officer) |

40