# EXHIBIT 15

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, DC 20549**

_____

# FORM 10-Q

_____

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended December 30, 2022**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from:_ to _**

**Commission File Number 001-31560**

_____

# SEAGATE TECHNOLOGY HOLDINGS PUBLIC LIMITED COMPANY
(Exact name of registrant as specified in its charter)

_____

| **Ireland** | | **98-1597419** |
|---|---|---|
| (State or other jurisdiction of | | (I.R.S. Employer |
| incorporation or organization) | | Identification Number) |

**38/39 Fitzwilliam Square**
**Dublin 2, Ireland**
(Address of principal executive offices)
**D02 NX53**
(Zip Code)

**Telephone: (353) (1) 234-3136**
(Registrant's telephone number, including area code)

_____

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Ordinary Shares, par value $0.00001 per share** | **STX** | **The NASDAQ Global Select Market** |

_____

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☒ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐  No ☒

As of January 23, 2023, 206,483,864 of the registrant's ordinary shares, par value $0.00001 per share, were issued and outstanding.

**INDEX**
**SEAGATE TECHNOLOGY HOLDINGS PLC**

|  |  | PAGE NO. |
|---|---|---|
| **PART I** | **FINANCIAL INFORMATION** | |
| Item 1. | Financial Statements | 3 |
| | Condensed Consolidated Balance Sheets - December 30, 2022 (Unaudited) and July 1, 2022 | 4 |
| | Condensed Consolidated Statements of Operations - Three and Six Months Ended December 30, 2022 and December 31, 2021 (Unaudited) | 5 |
| | Condensed Consolidated Statements of Comprehensive (Loss) Income - Three and Six Months Ended December 30, 2022 and December 31, 2021 (Unaudited) | 6 |
| | Condensed Consolidated Statements of Cash Flows - Six Months Ended December 30, 2022 and December 31, 2021 (Unaudited) | 7 |
| | Condensed Consolidated Statements of Shareholders' (Deficit) Equity - Three and Six Months Ended December 30, 2022 and December 31, 2021 (Unaudited) | 8 |
| | Notes to Condensed Consolidated Financial Statements (Unaudited) | 10 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 29 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 38 |
| Item 4. | Controls and Procedures | 39 |
| **PART II** | **OTHER INFORMATION** | |
| Item 1. | Legal Proceedings | 40 |
| Item 1A. | Risk Factors | 40 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 58 |
| Item 3. | Defaults Upon Senior Securities | 58 |
| Item 4. | Mine Safety Disclosures | 59 |
| Item 5. | Other Information | 59 |
| Item 6. | Exhibits | 60 |
| | SIGNATURES | 62 |

Table of Contents

**PART I**
**FINANCIAL INFORMATION**

**ITEM 1. FINANCIAL STATEMENTS**

| Table of Contents | Page |
|---|---|
| Condensed Consolidated Balance Sheets | 4 |
| Condensed Consolidated Statements of Operations | 5 |
| Condensed Consolidated Statements of Comprehensive (Loss) Income | 6 |
| Condensed Consolidated Statements of Cash Flows | 7 |
| Condensed Consolidated Statements of Shareholders' (Deficit) Equity | 8 |
| Notes to Condensed Consolidated Financial Statements | 10 |
|     Note 1. Basis of Presentation and Summary of Significant Accounting Policies | 10 |
|     Note 2. Balance Sheet Information | 11 |
|     Note 3. Debt | 14 |
|     Note 4. Income Taxes | 16 |
|     Note 5. Restructuring and Exit Costs | 16 |
|     Note 6. Derivative Financial Instruments | 17 |
|     Note 7. Fair Value | 20 |
|     Note 8. Shareholders' Deficit | 23 |
|     Note 9. Revenue | 24 |
|     Note 10. Guarantees | 24 |
|     Note 11. (Loss) Earnings Per Share | 25 |
|     Note 12. Legal, Environmental and Other Contingencies | 26 |
|     Note 13. Commitments | 27 |
|     Note 14. Subsequent Events | 28 |

*See Notes to Condensed Consolidated Financial Statements.*

3

Table of Contents

Some environmental laws, such as the Comprehensive Environmental Response Compensation and Liability Act of 1980 (as amended, the "Superfund" law) and its state equivalents, can impose liability for the cost of cleanup of contaminated sites upon any of the current or former site owners or operators or upon parties who sent waste to these sites, regardless of whether the owner or operator owned the site at the time of the release of hazardous substances or the lawfulness of the original disposal activity. The Company has been identified as a responsible or potentially responsible party at several sites. At each of these sites, the Company has an assigned portion of the financial liability based on the type and amount of hazardous substances disposed of by each party at the site and the number of financially viable parties. The Company has fulfilled its responsibilities at some of these sites and remains involved in only a few at this time.

While the Company's ultimate costs in connection with these sites is difficult to predict with complete accuracy, based on its current estimates of cleanup costs and its expected allocation of these costs, the Company does not expect costs in connection with these sites to be material.

The Company may be subject to various state, federal and international laws and regulations governing the environment, including those restricting the presence of certain substances in electronic products. For example, the European Union ("EU") enacted the Restriction of the Use of Certain Hazardous Substances in Electrical and Electronic Equipment (2011/65/EU), which prohibits the use of certain substances, including lead, in certain products, including disk drives and server storage products, put on the market after July 1, 2006. Similar legislation has been or may be enacted in other jurisdictions, including in the U.S., Canada, Mexico, Taiwan, China, Japan and others. The EU REACH Directive (Registration, Evaluation, Authorization and Restriction of Chemicals, EC 1907/2006) also restricts substances of very high concern in products. If the Company or its suppliers fails to comply with the substance restrictions, recycle requirements or other environmental requirements as they are enacted worldwide, it could have a materially adverse effect on the Company's business.

***Other Matters***

On August 29, 2022, the Company received a proposed charging letter ("PCL") from the U.S. Commerce Department's Bureau of Industry and Security ("BIS"), alleging violations of the U.S. Export Administration Regulations ("EAR"). The PCL alleges the Company acted in violation of the EAR by providing its HDDs to a customer and its affiliates listed on the BIS Entity List between August 2020 and September 2021. The Company believes these allegations are without merit. The Company has responded to the PCL, setting forth its position that it did not engage in prohibited conduct as alleged by BIS, because, among other reasons, Seagate's HDDs are not subject to the EAR.

The matters raised by the PCL remain unresolved at this time, and there can be no assurance as to the timing or terms of any final outcome. The Company is unable at this time to estimate the range of loss and/or penalty, if any, although it is possible that the outcome could have a material impact on its business, results of operations, financial condition, and cash flows. The Company has committed to compliance through its global team of international trade compliance and legal professionals and by maintaining robust trade controls, compliance policies and procedures. The Company has been cooperating with BIS and engaging in discussions with BIS to seek a resolution of this matter. If the Company is not able to reach a resolution, the Company believes that this matter will result in litigation between the Company and BIS. The Company believes that it has complied with all relevant export control laws and regulations and will defend itself vigorously.

The Company is involved in a number of other judicial, regulatory or administrative proceedings and investigations incidental to its business, and the Company may be involved in such proceedings and investigations arising in the normal course of its business in the future. Although occasional adverse decisions or settlements may occur, the Company believes that the final disposition of such matters will not have a material adverse effect on its financial position or results of operations.

## 13. Commitments

*Unconditional Long-Term Purchase Obligations.* As of December 30, 2022, the Company had unconditional long-term purchase obligations of approximately $
3.1 billion, primarily related to purchases of inventory components. The Company expects the commitment to total $677 million, $595 million, $666 million, $745 million and $393 million for fiscal years 2024, 2025, 2026, 2027 and thereafter, respectively.

During the three months ended December 30, 2022, the Company recorded order cancellation fees of $108 million to terminate certain purchase commitments related to purchase of inventory components and equipment. The Company expects these amounts to be paid within one year.

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**SEAGATE TECHNOLOGY HOLDINGS PUBLIC LIMITED COMPANY**

DATE:      January 25, 2023                  BY:    /s/ Gianluca Romano

                                                  Gianluca Romano

                                                  Executive Vice President and Chief Financial Officer
(Principal Financial and Accounting Officer)