# EXHIBIT 20

**FOR THE EXCLUSIVE USE OF**

From the San Francisco Business Times:
https://www.bizjournals.com/sanfrancisco/news/2022/11/09/seagate-
technology-lists-fremont-campus.html

SUBSCRIBER CONTENT:

**Commercial Real Estate**

# Seagate Technology offers up Fremont R&D campus for sale in leaseback deal



Seagate's headquarters in Fremont. (Used under Creative Commons Attribution-ShareAlike 4.0 International license.)
COOLCAESAR



By Laura Waxmann – Staff Reporter, San Francisco Business Times
Nov 9, 2022

 Listen to this article   3 min

==On the heels of news last month that Seagate Technology Holdings plans to cut its global employee headcount by nearly 8%, the company has listed its Silicon Valley headquarters for sale.==

Ireland-based Seagate, one of the world's largest and oldest hard drive makers, wants to sell and lease back the 574,775-square-foot campus at 47488 Kato Road in Fremont for seven years, according to a marketing brochure. Real estate services firm Cushman & Wakefield is representing Seagate (NASDAQ: STX).

"Seagate is highly committed to our employees, suppliers, and customers in the Bay Area and across our global footprint," a spokesperson said in an email. "As part of our ongoing efforts to optimize our capital assets and opportunities for reinvestment, Seagate is exploring selling the Fremont site with a long-term lease back; the site will continue to be a center of excellence for R&D, innovation, and multiple business functions."

Seagate is seeking $300 million for the two-story campus — which sits on 31 acres, including 11 yet to be developed — according to sources familiar with the listing. Seagate is also said to be looking to sell a more than 400,000-square-foot facility in Longmont, Colorado.

The Fremont campus, just off Interstate 880, was built in 2010 for about $300 million and once served as the Solyndra solar-array factory. Seagate paid $90.3 million for it in 2013 following Solyndra's 2011 bankruptcy filing.

As we reported in 2014, the campus became a visual symbol of the debate over President Barack Obama's energy policies and spending priorities after Republican presidential candidate Mitt Romney held a roadside news conference during the 2012 campaign with the plant in the background.

According to the marketing brochure, Seagate "transformed" the Fremont campus with a $200 million capital investment, which was completed in 2016. The property achieved LEED Gold status and features a "combination of high-quality clean rooms, laboratories, first-class office space, heavy power, and robust MEP infrastructure."

Even before the pandemic, Seagate was actively consolidating its Bay Area locations. In 2017, the company ended its decades-long presence in Scotts Valley, and in 2019 it sold a 140,000-square-foot office building it owned in Cupertino.

In an October filing with the U.S. Securities and Exchange Commission, Seagate said it will complete its planned layoffs, driven by slowing demand for hard drives, by the second quarter and that "management will continue to evaluate our global footprint and cost structure, and additional restructuring plans are expected to be formalized."