# EXHIBIT 23

**S&P Global**
Market Intelligence

# Seagate Technology Holdings plc
# NasdaqGS:STX
# Company Conference Presentation

**Tuesday, March 08, 2022 5:45 PM GMT**

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ................................................................. | 3 |
| Presentation | ................................................................. | 4 |
| Question and Answer | ................................................................. | 5 |

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**William David Mosley**
*CEO & Director*

**ANALYSTS**

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Good morning, everyone. I'm Katy Huberty, IT hardware analyst and Director of North America Research at Morgan Stanley. And it's my absolute pleasure to welcome Dave Mosley, CEO of Seagate. Dave has been instrumental in leading the investment in growth markets like cloud and edge. And that has driven both secular growth and improving profitability at Seagate. So very much look forward to the discussion. Just before we begin, please see Morgan Stanley research disclosure website at www.morganstanley.com/researchdisclosures. If you have any questions, please reach out to Morgan Stanley sales reps. So Dave, thank you so much for joining us.

**William David Mosley**
*CEO & Director*
Thanks for having me.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

So just to start the discussion, and I referenced this in the intro, I think one of the most underappreciated elements of the Seagate business is that it is becoming less cyclical because you've invested in growth markets like cloud. Just talk about where does the mix of the business stand today? And what does that translate to in terms of sustainable long-term growth?

**William David Mosley**
*CEO & Director*

Yes. cyclicality is a good way to think about it. Before I even start, I'll be making forward-looking statements, and all the risk factors are in our SEC filings on our website. So just keep that in mind. Was 2 years ago at this conference when COVID started, and everybody was wondering what was going to happen. And we were just chatting about that backstage. At the time, we saw kind of a classic response. We saw demand pull in, and then the reality of the demand situation for our customers came through. And so calendar year '20 was dramatically impacted by demand downswing.

And then calendar year '21 for us was great. And the reason was because we saw massive adoption of mass capacity data solutions. So it's just a big swing. So I don't know that cyclicality really even applied during COVID because the locality of the data was changing and so on. We had 18% revenue growth, '21 over '20. Our free cash flow was up 40%. So just like a lot of other hardware-intensive businesses, we were managing for free cash flow at the time of the pandemic, and we did pretty well on that front.

As we entered 2022, we talked 6 months ago about how this quarter would be a little bit slow, but the cloud just keeps coming. Mass capacity solutions just keep coming. We still really see that there's some tactical issues that we're going through this quarter. So I don't know that it's cyclicality in the mass capacity markets but VIA in particular, is pretty disruptive. And some of that was -- it's always kind of opaque, seen through certain parts of the Chinese New Year and what those investments are. So we, in our guidance ranges, we're still good for the ranges, but we do think we're going to be at the lower end of the ranges, just to be completely transparent.

The market is turning back on, though, in China, and that's good. There are some other things going on in the world, which I'm sure you'll ask about. But I don't think that -- I think the linearity's poor this quarter like it usually is in a Q3 for us. But I don't think it's the same kind of cyclicality or seasonality, if you will, that we saw back in the PC days because it's not really coupled to PC. We do think that things are coming back. So whatever we're going through right now is very transitory. And we'll get back on the mass capacity horse here pretty soon. So all the guidance that we gave for fiscal year revenue growth and calendar year revenue growth still holds.

Like I said, there's things going on in the world that we're watching very carefully right now and trying to react to it. The typical cyclicality that we had seen 2 or 3 years ago, driven by some of the legacy markets has gone. The mass capacity markets are much, much stronger because of how everything's happened. And so that's the way I'd answer it. Right now, we see pretty substantial exabyte growth for the next few calendar years, at least.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

And just a follow-up on the quarter tracking to the low end of the ranges, it sounds like that's driven by VIA largely and disruption in...

**William David Mosley**
*CEO & Director*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.