Gregg S. Levin (admitted *pro hac vice*)
Lance V. Oliver (admitted *pro hac vice*)
William S. Norton (admitted *pro hac vice*)
Joshua C. Littlejohn (admitted *pro hac vice*)
Christopher F. Moriarty (admitted *pro hac vice*)
Andrew P. Arnold (admitted *pro hac vice*)
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
glevin@motleyrice.com
loliver@motleyrice.com
bnorton@motleyrice.com
jlittlejohn@motleyrice.com
cmoriarty@motleyrice.com
aarnold@motleyrice.com

Salvatore J. Graziano (admitted *pro hac vice*)
Hannah Ross (admitted *pro hac vice*)
Abe Alexander (admitted *pro hac vice*)
Aasiya Farah Mirza Glover (admitted *pro hac vice*)
Sarah Schmidt (admitted *pro hac vice*)
**BERNSTEIN LITOWITZ BERGER**
 **& GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com
hannah@blbglaw.com
abe.alexander@blbglaw.com
aasiya.glover@blbglaw.com
sarah.schmidt@blbglaw.com

*Co-Lead Counsel for Co-Lead Plaintiffs
Universal-Investment-Gesellschaft mbH,
Universal-Investment-Luxembourg S.A., and
UI BVK Kapitalverwaltungsgesellschaft mbH,
and the Class*

*Co-Lead Counsel for Co-Lead Plaintiffs
Public Employees' Retirement System of
Mississippi and Arkansas Public Employees'
Retirement System, and the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Seagate Technology Holdings plc Securities Litigation* | Case No. 3:23-cv-03431-RFL <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF WILLIAM S. NORTON IN SUPPORT OF LEAD PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** <br><br> Hearing Date: March 4, 2025 <br> Time: 10:00 a.m. <br> Courtroom: 15 (18th Floor) <br> Judge: Hon. Rita F. Lin |

I, William S. Norton, hereby declare as follows:

I am a member of the law firm of Motley Rice LLC, Court-appointed Co-Lead Counsel for Co-Lead Plaintiffs and the Class. I am admitted to practice *pro hac vice* in this Action. I submit this Declaration in support of Lead Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss. If called upon, I could and would testify competently to the following:

1. Attached hereto as **Exhibit A** is a true and correct copy of the Interim Final Rule issued on May 19, 2020, by the United States Bureau of Industry and Security ("BIS"), titled "Export Administration Regulations: Amendments to General Prohibition Three (Foreign-Produced Direct Product Rule) and the Entity List," 85 Fed. Reg. 29849, 2020 WL 2525703.

2. Attached hereto as **Exhibit B** is a true and correct copy of the Final Rule issued on August 20, 2020, by the BIS, titled "Addition of Huawei Non-U.S. Affiliates to the Entity List, the Removal of Temporary General License, and Amendments to General Prohibition Three (Foreign-Produced Direct Product Rule)," 85 Fed. Reg. 51596, 2020 WL 4819685.

3. Attached hereto as **Exhibit C** is a true and correct copy of the April 19, 2023 Order Relating to Seagate Technology LLC and Seagate Singapore International Headquarters Pte. Ltd, issued by the BIS.

4. Attached hereto as **Exhibit D** is a true and correct copy of the October 2021 Committee Investigation Report by the United States Senate Committee on Commerce, Science and Transportation, titled "Huawei's Access to Hard Disk Drives in America: An Investigation into Seagate Technology."

5. Attached hereto as **Exhibit E** is a true and correct copy of the May 10, 2021 letter from Senator Roger F. Wicker, Ranking Member of the United States Senate Committee on Commerce, Science and Transportation, to Messrs. David Goeckeler, Hitoshi Otsuka, and Dave Mosley.

6. Attached hereto as **Exhibit F** is a true and correct copy of the August 2022 Proposed Charging Letter from John Sonderman, Director, Office of Export Enforcement, BIS, United States Department of Commerce, to Seagate Technology, *Attention:* Dr. Dave Mosley, Chief Executive Officer.

NORTON DECL.
CASE NO. 3:23-cv-03431-RFL

Executed this 12th day of December, 2024, in Mount Pleasant, South Carolina.

*/s/ William S. Norton*
William S. Norton

NORTON DECL.
CASE NO. 3:23-cv-03431-RFL

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on December 12, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel or parties of record.

Dated:  December 12, 2024          **MOTLEY RICE LLC**

*/s/ William S. Norton*
William S. Norton