CAZ HASHEMI, State Bar No. 210239
STEPHEN B. STRAIN, State Bar No. 291572
BETTY CHANG ROWE, State Bar No. 214068
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: chashemi@wsgr.com
         sstrain@wsgr.com
         browe@wsgr.com

Attorneys for Defendants
Seagate Technology Holdings plc,
William D. Mosley, and Gianluca Romano

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Seagate Technology Holdings plc, Securities Litigation* | CASE NO.: 3:23-cv-03431-RFL |
| | **SUPPLEMENTAL DECLARATION OF BETTY C. ROWE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS** |
| | Hearing Date: March 4, 2025 |
| | Time:            10:00 a.m. |
| | Courtroom:    15 – 18th Floor |
| | Honorable Rita F. Lin |

SUPP. ROWE DECL. ISO DEFS.' MOT. TO DISMISS
AMENDED COMPLAINT
CASE NO. 3:23-CV-03431-RFL

I, Betty Chang Rowe, hereby declare:

I am an attorney duly licensed to practice law in the State of California and before this Court. I am an attorney at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendants Seagate Technology Holdings plc ("Seagate"), William D. Mosley, and Gianluca Romano ("Defendants") in this action. I submit this Supplemental Declaration in support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint. If called upon, I could and would testify competently to the following:

1.     Attached hereto as Exhibit 24 is a true and correct copy of excerpts from the FactSet CallStreet's Transcript of Seagate's Q4 2022 Earnings Conference Call, dated July 21, 2022.

Executed this 16th day of January, 2025, in Palo Alto, California.

*/s/ Betty Chang Rowe*
Betty Chang Rowe

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Caz Hashemi, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated:   January 16, 2025                  */s/ Caz Hashemi*
Caz Hashemi

Supp. Rowe Decl. ISO Defs.' mot. to Dismiss
Amended Complaint
Case No. 3:23-cv-03431-RFL                     -1-