CAZ HASHEMI, State Bar No. 210239
STEPHEN B. STRAIN, State Bar No. 291572
BETTY CHANG ROWE, State Bar No. 214068
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email:        chashemi@wsgr.com
               sstrain@wsgr.com
               browe@wsgr.com

MARK R. YOHALEM, State Bar No. 243596
JULIA HU, State Bar No. 338226
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: mark.yohalem@wsgr.com
        julia.hu@wsgr.com

*Attorneys for Defendants*
*Seagate Technology Holdings plc,*
*William David Mosley, and Gianluca Romano*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Seagate Technology Holdings plc Securities Litigation* | Case No.  3:23-cv-03431-RFL |
| | **DECLARATION OF STEPHEN B. STRAIN IN SUPPORT OF DEFENDANTS' MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL AND TO STAY PROCEEDINGS** |
| | Date:   August 12, 2025 |
| | Time:  10:00 a.m. |
| | Judge: Honorable Rita F. Lin |
| | Courtroom: 15 – 18th Floor |

STRAIN DECL. ISO DEFS.' MTN. TO CERTIFY ORDER
FOR INTERLOCUTORY APPEAL AND TO STAY
PROCEEDINGS; CASE NO. 3:23-CV-03431-RFL

I, Stephen B. Strain, declare:

1.      I am a partner at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendants Seagate Technology Holdings plc, William D. Mosley, and Gianluca Romano (collectively, "Defendants").  I am licensed to practice law in the State of California and admitted to practice before this Court.  I have personal knowledge of the facts set forth herein and, if called as a witness, could testify thereto.  This declaration is submitted in support of Defendants' Motion to Certify Order for Interlocutory Appeal and to Stay Proceedings.

2.      Attached as Exhibit 1 is a true and correct copy of the version of the Bureau of Industry and Security's "Know Your Customer" Guidance and Red Flags, 15 C.F.R. Pt. 732, Supplement No. 3, in effect from June 27, 2014, to November 16, 2023 (encompassing the Class Period in this case), which was downloaded from Westlaw.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Palo Alto, California on this 9th day of June, 2025.


By:     /s/ Stephen B. Strain
                Stephen B. Strain

STRAIN DECL. ISO  DEFS.' MTN. TO CERTIFY ORDER          - 1 -
FOR INTERLOCUTORY APPEAL AND TO STAY
PROCEEDINGS; CASE NO, 3:23-CV-03431-RFL

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Caz Hashemi, am the ECF user whose ID and password are being used to file this DECLARATION OF STEPHEN B. STRAIN IN SUPPORT OF DEFENDANTS' MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL AND TO STAY PROCEEDINGS.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Stephen B. Strain has concurred in this filing.

Dated:  June 9, 2025

/s/  Caz Hashemi
Caz Hashemi

- 2 -

STRAIN DECL. ISO DEFS.' MTN. TO CERTIFY
ORDER FOR INTERLOCUTORY APPEAL AND TO STAY
PROCEEDINGS; CASE NO. 3:23-CV-03431-RFL