CAZ HASHEMI, State Bar No. 210239
STEPHEN B. STRAIN, State Bar No. 291572
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (866) 974-7329
Email: chashemi@wsgr.com
         sstrain@wsgr.com

JOHN I. KARIN (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone:  (212) 999-5800
Facsimile:  (866) 974-7329
Email: jkarin@wsgr.com

*Attorneys for Defendants
Seagate Technology Holdings plc,
William D. Mosley, and Gianluca Romano*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Seagate Technology Holdings plc Securities Litigation* | )<br>) Case No. 3:23-cv-03431-RFL<br>)<br>) **STIPULATION AND [PROPOSED]**<br>) **ORDER REGARDING AFFIRMATIVE**<br>) **DEFENSES**<br>)<br>)<br>)<br>)<br>)<br>) |

Stipulation and [Proposed] Order
Case No. 3:23-cv-03431-RFL

Pursuant to Local Rule 7-12, Lead Plaintiffs Public Employees' Retirement System of Mississippi, Arkansas Public Employees Retirement System, Universal-Investment-Gesellschaft mbH, Universal-Investment-Luxembourg S.A., and UI BVK Kapitalverwaltungsgesellschaft mbH ("Plaintiffs"), and Defendants Seagate Technology Holdings plc, William D. Mosley, and Gianluca Romano ("Defendants" and, with Plaintiffs, the "Parties") hereby agree and stipulate as follows, subject to the Court's approval:

WHEREAS, on June 23, 2025, Defendants filed their Answer (ECF No. 128, later amended at ECF No. 140, the "Answer") to the Consolidated Amended Class Action Complaint for Violation of Federal Securities Laws that contains certain Affirmative Defenses;

WHEREAS, the Parties dispute whether the First Affirmative Defense (Inactionable Opinion and Puffery), the Fifth Affirmative Defense (Class Action Requirements Not Satisfied), the Eleventh Affirmative Defense (Speculative Damages), and the Nineteenth Affirmative Defense (Undiscovered Defenses) (collectively, the "Disputed Affirmative Defenses") are appropriately labeled as "affirmative" defenses; and

WHEREAS, in the interest of compromise and avoiding unnecessary motion practice, the Parties agree to reserve their rights with respect to the Disputed Affirmative Defenses and stipulate to the following provisions, subject to Court approval:

1. The Disputed Affirmative Defenses are withdrawn from Defendants' Answer. Plaintiffs will not move to strike the Disputed Affirmative Defenses.

2. Nothing in this stipulation shall prejudice Defendants' rights to assert the same arguments in the Disputed Affirmative Defenses in forms other than as affirmative defenses. Without limiting the foregoing and for the avoidance of doubt, Defendants may (a) argue that the alleged misstatements are inactionable as puffery and/or opinions; (b) argue that the requirements for maintaining a class action are not satisfied; (c) argue that Plaintiffs' alleged damages are speculative, unascertainable, and/or unallocatable; and (d) amend their Answer consistent with the requirements of Federal Rule of Civil Procedure 15 and the Court's scheduling order (ECF No. 132).

Stipulation and [Proposed] Order          -1-
Case No. 3:23-cv-03431-RFL

**IT IS SO STIPULATED**

Respectfully submitted,

Dated:    July 16, 2025

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

By:    */s/  Caz Hashemi*
Caz Hashemi, State Bar No. 210239
Stephen B. Strain, State Bar No. 210239
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
Email: chashemi@wsgr.com
        sstrain@wsgr.com

John I. Karin (*pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: jkarin@wsgr.com

*Attorneys for Defendants*
*Seagate Technology Holdings plc,*
*William D. Mosley, and Gianluca Romano*

Stipulation and [Proposed] Order            -2-
Case No. 3:23-cv-03431-RFL

Dated:    July 16, 2025

**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**

By:    */s/  Salvatore Graziano*
Salvatore Graziano (*pro hac vice*)
(salvatore@blbglaw.com)
Hannah Ross (*pro hac vice*)
(hannah@blbglaw.com)
James A. Harrod (*pro hac vice*)
(jim.harrod@blbglaw.com)
Jorge Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
Aasiya Farah Mirza Glover (*pro hac vice*)
(aasiya.glover@blbglaw.com)
Sarah Schmidt (*pro hac vice*)
(sarah.schmidt@blbglaw.com)
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

-and-

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, California 90067
Tel: (310) 819-3470

*Co-Lead Counsel for Co-Lead Plaintiffs Public Employees' Retirement System of Mississippi and Arkansas Public Employees' Retirement System, and the Class*

Stipulation and [Proposed] Order            -3-
Case No. 3:23-cv-03431-RFL

Dated:    July 16, 2025

**MOTLEY RICE LLC**

By:    */s/ Christopher F. Moriarty*
Gregg S. Levin (*pro hac vice*)
Lance V. Oliver (*pro hac vice*)
William S. Norton (*pro hac vice*)
Joshua C. Littlejohn (*pro hac vice*)
Christopher F. Moriarty (*pro hac vice*)
Andrew P. Arnold (*pro hac vice*)
Cameran M. Gilliam (*pro hac vice*)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
glevin@motleyrice.com
loliver@motleyrice.com
bnorton@motleyrice.com
jlittlejohn@motleyrice.com
cmoriarty@motleyrice.com
aarnold@motleyrice.com
cgilliam@motleyrice.com

*Co-Lead Counsel for Co-Lead Plaintiffs Universal-Investment-Gesellschaft mbH, Universal-Investment-Luxembourg S.A., and UI BVK Kapitalverwaltungsgesellschaft mbH, and the Class*

**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (SBN 191305)
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020
lweaver@bfalaw.com

*Local Counsel for Co-Lead Plaintiff Universal-Investment-Gesellschaft mbH, Universal-Investment-Luxembourg S.A., and UI BVK Kapitalverwaltungsgesellschaft mbH*

**DAVIDSON BOWIE, PLLC**
John L. Davidson (*pro hac vice*)
1062 Highland Colony Parkway 200 Concourse Suite 275
Ridgeland, MS 39157
Telephone: (601) 932-0028
jdavidson@dbslawfirm.net

*Additional Counsel for Co-Lead Plaintiffs Public Employees' Retirement System of Mississippi*

Stipulation and ~~[Proposed]~~ Order                    -4-
Case No. 3:23-cv-03431-RFL

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Caz Hashemi, am the ECF user whose ID and password are being used to file this Stipulation and Proposed Order Regarding Affirmative Defenses.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the other signatories above have concurred in this filing.

Dated:  July 16, 2025                              /s/  Caz Hashemi
                                                                    Caz Hashemi


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 21, 2025                    _____
                                                            RITA F. LIN
                                                             United States District Judge

Stipulation and [Proposed] Order                    -5-
Case No. 3:23-cv-03431-RFL