Gregg S. Levin (admitted *pro hac vice*)
Lance V. Oliver (admitted *pro hac vice*)
William S. Norton (admitted *pro hac vice*)
Joshua C. Littlejohn (admitted *pro hac vice*)
Christopher F. Moriarty (admitted *pro hac vice*)
Andrew P. Arnold (admitted *pro hac vice*)
Cameran M. Gilliam (admitted *pro hac vice*)
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
glevin@motleyrice.com
loliver@motleyrice.com
bnorton@motleyrice.com
jlittlejohn@motleyrice.com
cmoriarty@motleyrice.com
aarnold@motleyrice.com
cgilliam@motleyrice.com

Salvatore J. Graziano (admitted *pro hac vice*)
Hannah Ross (admitted *pro hac vice*)
James A. Harrod (admitted *pro hac vice*)
Jorge Tenreiro (admitted *pro hac vice*)
Aasiya Farah Mirza Glover (admitted *pro hac vice*)
Sarah Schmidt (admitted *pro hac vice*)
**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com
hannah@blbglaw.com
jim.harrod@blbglaw.com
jorge.tenreiro@blbglaw.com
aasiya.glover@blbglaw.com
sarah.schmidt@blbglaw.com

*Co-Lead Counsel for Co-Lead Plaintiffs
Universal-Investment-Gesellschaft mbH,
Universal-Investment-Luxembourg S.A., and
UI BVK Kapitalverwaltungsgesellschaft mbH,
and the Class*

*Co-Lead Counsel for Co-Lead Plaintiffs
Public Employees' Retirement System of
Mississippi and Arkansas Public Employees'
Retirement System, and the Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Seagate Technology Holdings plc Securities Litigation* | Case No. 3:23-cv-03431-RFL<br><br>CLASS ACTION<br><br>**DECLARATION OF CHRISTOPHER F. MORIARTY IN SUPPORT OF LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPROVAL OF CLASS COUNSEL**<br><br>**JUDGE:** Rita F. Lin<br>**DATE:** April 14, 2025<br>**TIME:** 10:00 am<br>**DEPT.:** Courtroom 15 - 18th Floor |

I, Christopher F. Moriarty, declare as follows:

1. I am a member of the law firm Motley Rice LLC, and I am admitted to practice *pro hac vice* in this Action. I submit this Declaration in support of Lead Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Approval of Class Counsel.

2. **Exhibit A** to this Declaration is a true and correct copy of the Expert Report of Matthew D. Cain, Ph.D.

3. **Exhibit B** to this Declaration is a true and correct copy of the Declaration of Laken Ryals on Behalf of Lead Plaintiff Public Employees' Retirement System of Mississippi in Support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representative and Class Counsel.

4. **Exhibit C** to this Declaration is a true and correct copy of the Declaration of Laura Gilson on Behalf of Co-Lead Plaintiff Arkansas Public Employees' Retirement System in Support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representative and Class Counsel.

5. **Exhibit D** to this Declaration is a true and correct copy of the Declaration of Andreas Holzapfel on Behalf of Universal-Investment-Gesellschaft mbH, Universal-Investment-Luxembourg S.A., and UI BVK Kapitalverwaltungsgesellcschft mbH in Support of Lead Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Approval of Class Counsel.

6. **Exhibit E** to this Declaration is a true and correct copy of the Shareholder and Securities Fraud Resume of Motley Rice LLC.

7. **Exhibit F** to this Declaration is a true and correct copy of the Firm Resume of Bernstein Litowitz Berger & Grossmann LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Columbia, South Carolina this 16th day of December, 2025.

*/s/ Christopher F. Moriarty*
Christopher F. Moriarty