# EXHIBIT B

**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

-and-

SALVATORE J. GRAZIANO (admitted *pro hac vice*)
(salvatore@blbglaw.com)
HANNAH ROSS (admitted *pro hac vice*)
(hannah@blbglaw.com)
JAMES A. HARROD (admitted *pro hac vice*)
(james.harrod@blbglaw.com)
JORGE G. TENREIRO (admitted *pro hac vice*)
(jorge.tenreiro@blbglaw.com)
AASIYA F. M. GLOVER (admitted *pro hac vice*)
(aasiya.glover@blbglaw.com)
SARAH SCHMIDT (admitted *pro hac vice*)
(sarah.schmidt@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400

*Counsel for Co-Lead Plaintiffs Public Employees' Retirement System of*
*Mississippi and Arkansas Public Employees' Retirement System and*
*Co-Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Seagate Technology Holdings plc Securities Litigation* | Case No. 3:23-cv-03431-RFL <br><br> CLASS ACTION <br><br> **DECLARATION OF LAKEN RYALS ON BEHALF OF LEAD PLAINTIFF PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL** <br><br> Judge: Hon. Rita F. Lin |

DECLARATION IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
CASE NO. 3:23-cv-03431-RFL

I, Laken Ryals, hereby declare as follows:

1. I, Laken Ryals, respectfully submit this declaration in support of Co-Lead Plaintiff Public Employees' Retirement System of Mississippi ("MissPERS") Motion for Class Certification and Appointment of Class Representative and Class Counsel. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2. I am a Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi and am fully authorized to make this declaration on behalf of MissPERS. MissPERS is responsible for, among other things, paying retirement benefits to employees of the State of Mississippi, including current and retired employees of the state's public school districts, municipalities, counties, community colleges, state universities, libraries, and water districts. MissPERS provides benefits to over 120,000 retirees, manages over $33 billion in assets for its beneficiaries, including more than 250,000 current public employees. As reflected in its certification and chart of transactions and losses filed with the Court (ECF No. 68-1), MissPERS purchased shares of Seagate Technology Holdings plc ("Seagate") common stock during the Class Period and suffered damages as a result of the violations of the federal securities laws alleged in this Complaint.

3. MissPERS understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors and others with meaningful losses to direct securities class actions. As Co-Lead Plaintiff and proposed Class Representative, MissPERS, a sophisticated institutional investor, has been and will continue to be committed to vigorously prosecuting this litigation. MissPERS intends to obtain the largest recovery for the proposed Class consistent with good faith and sound judgment.

4. MissPERS has diligently pursued the effective prosecution of this Action and has actively monitored its progress. Among other things, it authorized the filing of the motion seeking to be appointed Co-Lead Plaintiff; reviewed two complaints and various other pleadings filed in this action, including the successful opposition to Defendants' motion to dismiss; propounded document discovery and interrogatories; and communicated with counsel regarding

the case, including litigation strategy and significant developments in the litigation. As Class representative, MissPERS would continue to diligently pursue the effective prosecution of the Action.

5.    MissPERS understands that it owes a fiduciary duty to all members of the proposed Class it represents to provide fair and adequate representation and would continue to work actively to prosecute this Action in the interests of the Class members it represents and to try to obtain the best outcome for them, consistent with good faith and meritorious advocacy.

6.    MissPERS seeks appointment of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") and Motley Rice LLC ("Motley Rice") as Class Counsel for the proposed Class based on their substantial experience and expertise in prosecuting securities class actions. MissPERS believes that Bernstein Litowitz and Motley Rice possess the necessary experience and financial and human resources to prosecute this case vigorously and effectively on behalf of the proposed Class.

7.    MissPERS understands that its service as Class Representative does not entitle it to any benefits not enjoyed by the rest of the Class beyond that which is provided by the PSLRA. If there is a recovery in this case, MissPERS does not expect to receive any more than its pro-rata shares of the amount recovered.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 9, 2025
              New York, New York

_____
Laken Ryals

DECLARATION IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
CASE NO. 3:23-cv-03431-RFL