# EXHIBIT C

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

-and-

SALVATORE J. GRAZIANO (admitted *pro hac vice*)
(salvatore@blbglaw.com)
HANNAH ROSS (admitted *pro hac vice*)
(hannah@blbglaw.com)
JAMES A. HARROD (admitted *pro hac vice*)
(james.harrod@blbglaw.com)
JORGE G. TENREIRO (admitted *pro hac vice*)
(jorge.tenreiro@blbglaw.com)
AASIYA F. M. GLOVER (admitted *pro hac vice*)
(aasiya.glover@blbglaw.com)
SARAH SCHMIDT (admitted *pro hac vice*)
(sarah.schmidt@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400

*Counsel for Co-Lead Plaintiffs Public Employees' Retirement System of Mississippi and Arkansas Public Employees' Retirement System and Co-Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Seagate Technology Holdings plc Securities Litigation* | Case No. 3:23-cv-03431-RFL |
| | <u>CLASS ACTION</u> |
| | **DECLARATION OF LAURA GILSON ON BEHALF OF CO-LEAD PLAINTIFF ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL** |
| | Judge: Hon. Rita F. Lin |

DECLARATION IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
CASE NO. 3:23-cv-03431-RFL

I, Laura Gilson, hereby declare as follows:

1. I, Laura Gilson, respectfully submit this declaration in support of Co-Lead Plaintiff Arkansas Public Employees' Retirement System ("APERS") Motion for Class Certification and Appointment of Class Representative and Class Counsel. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2. I am the Chief Legal Counsel of APERS and am authorized to make this declaration on behalf of APERS. APERS was established in 1957 for the purpose of providing retirement benefits for qualified employees of the State of Arkansas, and subsequently also for the employees of counties, municipalities, and other political subdivisions. APERS manages over $10 billion in assets for the benefit of its approximately 84,000 active and retired members. As reflected in its certification and chart of transactions and losses filed with the Court (ECF No. 68-2), APERS purchased shares of Seagate Technology Holdings plc ("Seagate") common stock during the Class Period and suffered damages as a result of the violations of the federal securities laws alleged in this case.

3. APERS understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors and others with meaningful losses to direct securities class actions. As Co-Lead Plaintiff and as a proposed Class Representative, APERS, a sophisticated institutional investor, has been and will continue to be committed to vigorously prosecuting this litigation. APERS intends to obtain the largest recovery for the proposed Class consistent with good faith and sound judgment.

4. APERS has diligently pursued the effective prosecution of this Action and has actively monitored its progress. Among other things, it authorized the filing of the motion seeking to be appointed Co-Lead Plaintiff; reviewed the complaint and various other pleadings filed in this action, including the successful opposition to Defendants' motion to dismiss; propounded document discovery, requests for admission, and interrogatories; and communicated with counsel regarding the case, including with respect to litigation strategy and significant developments in the litigation. As a Class Representative, APERS would continue to diligently

pursue the effective prosecution of the Action.

5.      APERS understands that it owes a fiduciary duty to all members of the proposed Class it represents to provide fair and adequate representation, and would continue to work actively to prosecute this Action in the interests of the Class members it represents and to try to obtain the best outcome for them, consistent with good faith and meritorious advocacy.

6.      APERS seeks appointment of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") and Motley Rice LLC ("Motley Rice") as Class Counsel for the proposed Class based on their substantial experience and expertise in prosecuting securities class actions. APERS believes that Bernstein Litowitz and Motley Rice possess the necessary experience and financial and human resources to prosecute this case vigorously and effectively on behalf of the proposed Class.

7.      APERS understands that its service as a Class Representative does not entitle it to any benefits not enjoyed by the rest of the Class beyond that which is provided by the PSLRA. If there is a recovery in this case, APERS does not expect to receive any more than its pro-rata shares of the amount recovered.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/15, 2025
New York, New York

Laura Gilson

2

DECLARATION IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
CASE NO. 3:23-cv-03431-RFL