# EXHIBIT D

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

*In re Seagate Technology Holdings plc Securities Litigation*

Case No. 3:23-cv-03431-RFL

<u>CLASS ACTION</u>

**DECLARATION OF ANDREAS HOLZAPFEL ON BEHALF OF UNIVERSAL-INVESTMENT-GESELLSCHAFT MBH, UNIVERSAL-INVESTMENT-LUXEMBOURG S.A., AND UI BVK KAPITALVERWALTUNGSGESELLSCHAFT MBH IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, <u>AND APPROVAL OF CLASS COUNSEL</u>**

The undersigned, Andreas Holzapfel, declares as follows:

1.     I respectfully submit this declaration on behalf of Universal-Investment-Gesellschaft mbH, Universal-Investment-Luxembourg S.A., and UI BVK Kapitalverwaltungsgesellschaft mbH (collectively, "Universal"), Co-Lead Plaintiffs in this action, in support of Lead Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Approval of Class Counsel. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.     I am Director Legal Fund Governance of Universal-Investment-Gesellschaft mbH. In this role, I participate in and oversee decisions regarding Universal's participation in securities litigation, including this Action.    Universal has resolved to seek appointment as a class representative in this Action and I am duly authorized, on behalf of Universal, to take all necessary steps to seek this appointment.

3.     The three Universal entities are asset management companies based in Frankfurt am Main, Germany and Grevenmacher, Luxembourg, which administer hundreds of billions of Euros in fund assets.

4.     Universal's funds purchased Seagate Technology Holdings plc common stock during the Class Period, on a U.S. exchange, and suffered substantial losses as a result of the violations of

CASE NO. 3:23-CV-03431-RFL
HOLZAPFEL DECLARATION

Docusign Envelope ID: 644B0255-9FEE-48F5-9321-E3A19D4A60B6

the federal securities laws as alleged in the Consolidated Amended Class Action Complaint for Violations of Federal Securities Laws (ECF No. 100).

5.   On behalf of Universal, my colleagues and I actively review and monitor the progress and prosecution of this litigation by the Court-appointed Co-Lead Counsel, Motley Rice LLC ("Motley Rice").  For example, we receive and review court filings, mediation statements, periodic updates, and other correspondence from Motley Rice regarding this case, including the progress of discovery and the filing of significant pleadings and Court orders.  Universal is currently actively participating in discovery and has searched for and produced more than 20,000 pages of documents responsive to Defendants' discovery requests.

6.   Universal understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors and others with meaningful losses to direct securities class actions.  Universal has been committed to prosecuting this litigation vigorously and intends to continue to do so throughout the litigation.  Universal intends to obtain the largest possible recovery for the proposed class consistent with good faith and sound judgment.

7.   Universal understands that, in the event it is appointed as a class representative, it owes a fiduciary duty to all members of the proposed class to provide fair and adequate representation.

8.   Universal supports the selection of Motley Rice and Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") as co-class counsel based on their substantial experience and expertise in prosecuting securities class actions.  Universal believes that Motley Rice and BLB&G possess the necessary skills and ability to prosecute this case vigorously and effectively on behalf of the proposed class.

9.   Universal will not accept any payment for serving as a class representative beyond its funds' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages, if any) directly related to the representation of the class as ordered or approved by the Court consistent with the terms of the PSLRA.

Docusign Envelope ID: 644B0255-9FEE-48F5-9321-E3A19D4A60B6

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of December, 2025, at Frankfurt am Main, Germany.

DocuSigned by:

*Andreas Holzapfel*

A22208628EDB4AC...

ANDREAS HOLZAPFEL

CASE NO. 3:23-CV-03431-RFL
HOLZAPFEL DECLARATION                    3