CAZ HASHEMI, State Bar No. 210239
STEPHEN B. STRAIN, State Bar No. 291572
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email: chashemi@wsgr.com
         sstrain@wsgr.com

JOHN I. KARIN (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
31 West 52nd Street
Fifth Floor
New York, NY 10019
Telephone:  (212) 999-5800
Facsimile:  (866) 974-7329
Email: jkarin@wsgr.com

*Attorneys for Defendants*
*Seagate Technology Holdings plc,*
*William D. Mosley, and Gianluca Romano*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Seagate Technology Holdings plc, Securities Litigation* | CASE NO.:  3:23-cv-03431-RFL |
| | **DECLARATION OF JOHN I. KARIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPPOINTMENT OF CLASS REPRESENTATIVES, AND APPROVAL OF CLASS COUNSEL** |
| | Hearing Date:  April 14, 2026 |
| | Time:         10:00 a.m. |
| | Courtroom:    15 – 18th Floor |
| | Honorable Rita F. Lin |

KARIN DECL. ISO DEFS' OPP. TO CLASS CERTIFICATION
CASE NO. 3:23-CV-03431-RFL

I, John I. Karin, declare:

1.    I am a partner at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendants Seagate Technology Holdings plc ("Seagate"), William D. Mosley, and Gianluca Romano (collectively, "Defendants"). I am admitted *pro hac vice* to practice before this Court. I submit this Declaration in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Approval of Class Counsel. If called upon, I could and would testify competently to the following:

2.    Attached hereto as Exhibit 1 is a true and correct copy of the S&P Global Market Intelligence transcript of Seagate's Company Conference Presentation at the Deutsche Bank Technology Conference, dated September 14, 2020.[1]

3.    Attached hereto as Exhibit 2 is a true and correct copy of an article by Anton Shilov, "*Western Digital, Seagate Differ on Selling Hard Drives to Huawei*," Tom's Hardware (Sept. 23, 2020).

4.    Attached hereto as Exhibit 3 is a true and correct copy of an analyst report, "*F1Q21 Preview; Moving Ahead With Large Capacity HDD*," Cross Research (Oct. 21, 2020), produced in this action by Seagate as Seagate_000047390 - Seagate_000047395.

5.    Attached hereto as Exhibit 4 is a true and correct copy of an analyst report, "*STX/WDC: HDD TAM Tracking Better Across Most End Markets ex-Nearline/Cloud Which is More In-Line; Pickup in Cloud Expected by C2Q21*," Edgewater Research (Nov. 30, 2020), produced in this action by Seagate as Seagate_000047483 - Seagate_000047489.

6.    Attached hereto as Exhibit 5 is a true and correct copy of an analyst report, "*STX/WDC: HDD TAM Finished at High-End of Raised Tgts, Nearline Better for C4Q/C1Q, With STX Primary Beneficiary*," Edgewater Research (Jan. 20, 2021), produced in this action by Seagate as Seagate_000068052 - Seagate_000068058.

---

[1] Defendants have added highlighting in yellow to certain portions of the Exhibits for the Court's convenience.

7.      Attached hereto as Exhibit 6 is a true and correct copy of an analyst report, "*Takeaways from industry HDD data*," Deutsche Bank Research (Feb. 9, 2021).

8.      Attached hereto as Exhibit 7 is a true and correct copy of an analyst report, "*WDC: Mtgs w/CFO - Improving Flash Pricing, eSSD & 18TB HDD Ramp Ahead, & Normalizing GM% (30%+ HDDs & Mid-30%+ Flash)*," Wells Fargo (Mar. 11, 2021), produced in this action by Seagate as Seagate_000043363 - Seagate_000043371.

9.      Attached hereto as Exhibit 8 is a true and correct copy of an article by Bill Gertz, "*Seagate chip sales to China's Huawei investigated*," *The Washington Times* (Mar. 17, 2021).

10.     Attached hereto as Exhibit 9 is a true and correct copy of an analyst report, "*STX: US Commerce Department Bureau of Industry & Security (BIS) Looking into Seagate's Sales to Huawei?*," Wells Fargo (Mar. 18, 2021), produced in this action by Seagate as Seagate_000043701 - Seagate_000043705.

11.     Attached hereto as Exhibit 10 is a true and correct copy of an analyst report, "*Last Week in Hardware - What Will Intel Do?*," Wedbush (Mar. 20, 2021).

12.     Attached hereto as Exhibit 11 is a true and correct copy of an analyst report, "*Lifting Our Forecasts, but Struggling with Relative Valuation*," Wedbush (Mar. 22, 2021) produced in this action by Seagate as Seagate_000044064 - Seagate_000044073.

13.     Attached hereto as Exhibit 13 is a true and correct copy of a press release by the U.S. Senate Committee on Commerce, Science & Transportation, "*Wicker Requests Information Regarding New Rule Restricting Huawei and Affiliates from U.S. Technology*," (May 11, 2021).

14.     Attached hereto as Exhibit 14 is a true and correct copy of a document produced in this action by Seagate as Seagate_000094774, dated October 6, 2021.

15.     Attached hereto as Exhibit 15 is a true and correct copy of a document produced in this action by Seagate as Seagate_000014456, dated October 6, 2021.

16.     Attached hereto as Exhibit 16 are excerpts of a true and correct copy of a document produced in this action by Seagate as Seagate_000061900, dated October 2021.

17.     Attached hereto as Exhibit 17 is a true and correct copy of an article by Dan Strumpf, "*Seagate's Huawei Sales Broke Curbs, Senate Republicans Say*," *The Wall Street Journal* (Oct. 27, 2021).

18.     Attached hereto as Exhibit 18 is a true and correct copy of excerpts from an analyst report, "*Weekly Muse-ings: A Look at Second Week of Earnings (TXN, INTC, LRCX, STX, TER, MTSI, WDC, and KLAC)*," Evercore ISI (Jan. 22, 2022).

19.     Attached hereto as Exhibit 19 is a true and correct copy of the FactSet CallStreet transcript of Seagate Technology Holding plc's presentation at the Morgan Stanley Technology, Media and Telecom Conference, dated March 8, 2022.

20.     Attached hereto as Exhibit 20 is a true and correct copy of an analyst report, "*Fireside Chat Highlights Near-Term Pressures*," Morgan Stanley Research (Mar. 8, 2022).

21.     Attached hereto as Exhibit 21 is a true and correct copy of an analyst report, "*Adjust Model Post Updated Guidance*," UBS Global Research (Mar. 8, 2022), produced in this action by Seagate as Seagate_000057834 - Seagate_000057849.

22.     Attached hereto as Exhibit 22 is a true and correct copy of an analyst report, "*Seagate Now Expects F3Q22 to be at the Low End of Guidance, Adjusting Forecast*," Benchmark (Mar. 9, 2022), produced in this action by Seagate as Seagate_000057800 - Seagate_000057803.

23.     Attached hereto as Exhibit 23 is a true and correct copy of an analyst report, "*Some incremental FQ3E (Mar) Headwinds*," Fox Advisors (Mar. 9, 2022), produced in this action by Seagate as Seagate_000057804 - Seagate_000057818.

24.     Attached hereto as Exhibit 24 are excerpts of a true and correct copy of a document produced in this action by Seagate as Seagate_000111558 - Seagate_000111592, dated April 2022.

25.     Attached hereto as Exhibit 25 is a true and correct copy of excerpts from an analyst report, "*Weekly Muse-ings: A Busy Second Week of Earnings (TXN, TER, STX, QCOM, MTSI, WDC, INTC, KLAC)*," Evercore ISI (Apr. 23, 2022).

26.    Attached hereto as Exhibit 26 is a true and correct copy of Seagate's press release dated April 27, 2022, filed with the Securities and Exchange Commission ("SEC") as Exhibit 99.1 to SEC Form 8-K on April 27, 2022.[2]

27.    Attached hereto as Exhibit 27 are excerpts of a true and correct copy of a document produced in this action by Seagate as Seagate_000066799, dated July 2022.

28.    Attached hereto as Exhibit 28 is a true and correct copy of a Seagate press release dated July 21, 2022, filed with the SEC as Exhibit 99.1 to SEC Form 8-K on July 21, 2022.

29.    Attached hereto as Exhibit 29 is a true and correct copy of the FactSet CallStreet transcript of Seagate's Q4 2022 Earnings Conference Call, dated July 21, 2022.

30.    Attached hereto as Exhibit 30 is a true and correct copy of an analyst report, "*A miss-and-miss, but will inventory adjustments be done in one quarter?*," Deutsche Bank Research (July 21, 2022).

31.    Attached hereto as Exhibit 31 is a true and correct copy of an analyst report, "*Nearline Inventory Digestion Begins in HDDs*," Cowen Equity Research (July 21, 2022), produced in this action by Seagate as Seagate_000091534 - Seagate_000091544.

32.    Attached hereto as Exhibit 32 is a true and correct copy of an analyst report, "*Near-Term Reset Deeper Than Expected, But Growth & Margin Expansion Thesis Remains Intact*," Evercore ISI (July 21, 2022).

33.    Attached hereto as Exhibit 33 is a true and correct copy of an analyst report, "*HAMR Progress a Silver Lining in a Disappointing Report*," Wedbush (July 22, 2022), produced in this action by Seagate as Seagate_000091744 - Seagate_000091753.

34.    Attached hereto as Exhibit 34 is a true and correct copy of an analyst report, "*Will Demand Rebound in F2H23 After Near-Term Inventory Correction?*," Morgan Stanley (July 22, 2022).

[2] For the Court's convenience, Defendants have added pagination to the press releases attached to Exhibits 26, 37, 52 and 72.

35.    Attached hereto as Exhibit 35 is a true and correct copy of a document produced in this action by Seagate as Seagate_000161703, dated July 24, 2022.

36.    Attached hereto as Exhibit 36 are excerpts of a true and correct copy of a document produced in this action by Seagate as Seagate_000062400.

37.    Attached hereto as Exhibit 37 is a true and correct copy of a Seagate press release dated October 26, 2022, filed with the SEC as Exhibit 99.1 to SEC Form 8-K on October 26, 2022.

38.    Attached hereto as Exhibit 38 is a true and correct copy of the FactSet CallStreet transcript of Seagate's Q1 2023 Earnings Conference Call, dated October 26, 2022.

39.    Attached hereto as Exhibit 39 is a true and correct copy of an analyst report, "*Dec Should Be The Trough, But Risk Factors Are Elevated*," Morgan Stanley (Oct. 26, 2022).

40.    Attached hereto as Exhibit 40 is a true and correct copy of an analyst report, "*STX — Results & Guide Miss; Further Cutting Utilization & Capex, Focus is on Cash Flow & Forced Inventory Rebalance*," Edgewater Research (Oct. 26, 2022), produced in this action by Seagate as Seagate_000107736 - Seagate_000107738.

41.    Attached hereto as Exhibit 41 is a true and correct copy of an analyst report "*A Perfect Storm*," Evercore ISI (Oct. 26, 2022), produced in this action by Seagate as Seagate_000119061 - Seagate_000119073.

42.    Attached hereto as Exhibit 43 is a true and correct copy of an analyst report, "*The Correction in the Mirror May Be Larger Than It Appears*," Wedbush (Oct. 26, 2022), produced in this action by Seagate as Seagate_000089129 - Seagate_000089140.

43.    Attached hereto as Exhibit 44 is a true and correct copy of an analyst report, "*Another Cut Exposes More Questions than Answers*," Barclays Equity Research (Oct. 26, 2022).

44.    Attached hereto as Exhibit 45 is a true and correct copy of an analyst report, "*GM Bottoming; Rev Likely Near a Bottom*," Baird Equity Research (Oct. 26, 2022), produced in this action by Seagate as Seagate_000119157 - Seagate_000119168.

45. Attached hereto as Exhibit 46 is a true and correct copy of an analyst report, "*F1Q23 Review; Inventory Correction Underway, Question On Duration With HAMR On The Horizon*," Credit Suisse Equity Research (Oct. 26, 2022).

46. Attached hereto as Exhibit 47 is a true and correct copy of an analyst report, "*Downgrade To Neutral: New Risks Offset An Otherwise Solid Recovery Story*," UBS (Oct. 27, 2022), produced in this action by Seagate as Seagate_000069121 - Seagate_000069144.

47. Attached hereto as Exhibit 49 is a true and correct copy of an analyst report, "*F3Q23 Quick Take, Inventory Correction Continues, Requiring Incremental Restructuring*," Credit Suisse Equity Research (Apr. 19, 2023), produced in this action by Seagate as Seagate_000069430 - Seagate_000069435.

48. Attached hereto as Exhibit 50 is a true and correct copy of an analyst report, "*BIS Settlement May Help To Clear The Decks*," UBS (Apr. 19, 2023), produced in this action by Seagate as Seagate_000120814 - Seagate_000120825.

49. Attached hereto as Exhibit 51 is a true and correct copy of an analyst report, "*STX: $300M Settlement with Department of Commerce (Re: Huawei) Positive; F3Q23 Earnings Call Pre-Market Tomorrow*," Wells Fargo (Apr. 19, 2023), produced in this action by Seagate as Seagate_000069420 - Seagate_000069424.

50. Attached hereto as Exhibit 52 is a true and correct copy of a Seagate press release dated April 20, 2023, filed with the SEC as Exhibit 99.1 to SEC Form 8-K on April 20, 2023.

51. Attached hereto as Exhibit 53 is a true and correct copy of the Seeking Alpha transcript of Seagate's Q3 2023 Earnings Conference Call, dated April 20, 2023.

52. Attached hereto as Exhibit 54 is a true and correct copy of an analyst report, "*Focusing on What Can Be Controlled*," TD Cowen (Apr. 20, 2023).

53. Attached hereto as Exhibit 55 is a true and correct copy of an analyst report, "*Seagate: Thesis Playing Out; Recovery Timeline Extended/Breaching Debt Covenants*," Susquehanna Financial Group (Apr. 20, 2023), produced in this action by Seagate as Seagate_000120595 - Seagate_000120603.

54.    Attached hereto as Exhibit 56 is a true and correct copy of an analyst report, "*Seagate Earnings: Poor Profits, Layoffs, and a Legal Settlement Combine for a Disappointing Quarter*," Morningstar (Apr. 20, 2023).

55.    Attached hereto as Exhibit 57 is a true and correct copy of an analyst report, "*Still Searching for a Bottom as Nearline Inventory Correction Continue*s," Evercore ISI (Apr. 20, 2023).

56.    Attached hereto as Exhibit 58 is a true and correct copy of an analyst report, "*Sidestepping Larger Concerns Despite Macro Challenges*" Wedbush (April 20, 2023), produced in this action by Seagate as Seagate_000120287 - Seagate_000120297.

57.    Attached hereto as Exhibit 59 is a true and correct copy of an analyst report "*Daily Views on Tech Headlines*," Wedbush (Apr. 20, 2023), produced in this action by Seagate as Seagate_000069425 - Seagate_000069429.

58.    Attached hereto as Exhibit 60 is a true and correct copy of an analyst report, "*Painful Setback*," Barclays Equity Research (Apr. 20, 2023).

59.    Attached hereto as Exhibit 61 is a true and correct copy of an analyst report, "*F3Q Results: Recovery pushed as macro concerns weigh on demand*," Deutsche Bank Research (Apr. 20, 2023).

60.    Attached hereto as Exhibit 62 is a true and correct copy of an analyst report, "*F3Q23 Review; Further Reducing Production, Recovery Pushed Out, Dividend A Concern*," Credit Suisse Equity Research (Apr. 20, 2023).

61.    Attached hereto as Exhibit 63 is a true and correct copy of an analyst report, "*End markets remain weak; timing of recovery delayed*," Bank of America Global Research (Apr. 21, 2023), produced in this action by Seagate as Seagate_000120562 - Seagate_000120571.

62.    Attached hereto as Exhibit 64 are excerpts from a true and correct copy of the deposition transcript of Public Employees' Retirement System of Mississippi's Rule 30(b)(6) designee Charles R. Nielsen, III, taken on January 23, 2026.

63.     Attached hereto as Exhibit 65 are excerpts from a true and correct copy of the deposition transcript of Arkansas Public Employees' Retirement System's Rule 30(b)(6) designee Laura Gilson, taken on January 29, 2026.

64.     Attached hereto as Exhibit 66 are excerpts from a true and correct copy of the deposition transcript of Plaintiffs' expert Matthew D. Cain, Ph.D., taken on January 30, 2026.

65.     Attached hereto as Exhibit 67 are excerpts from a true and correct copy of the deposition transcript of Public Employees' Retirement System of Mississippi's Rule 30(b)(6) designee Laken Ryals, taken on February 2, 2026.

66.     Attached hereto as Exhibit 68 are excerpts from a true and correct copy of the deposition transcript of Universal- Investment-Gesellschaft mbH, Universal-Investment-Luxembourg S.A., and UI BVK Kapitalverwaltungsgesellschaft mbH's Rule 30(b)(6) designee Andreas Holzapfel, taken on February 3, 2026.

67.     Attached hereto as Exhibit 69 is a true and correct copy of the Expert Report of Paul Zurek, Ph.D., dated February 10, 2026.

68.     Attached hereto as Exhibit 70 are excerpts from a true and correct copy of Seagate's Form 10-K for the fiscal year ended July 2, 2021, filed with the SEC on August 6, 2021.

69.     Attached hereto as Exhibit 71 is a true and correct copy of the U.S. Senate Committee on Commerce, Science & Transportation, Committee Investigation Report by Commerce Committee Minority Staff, *Huawei's Access to Hard Disk Drives in America:  An Investigation into Seagate Technology* (October 2021).

70.     Attached hereto as Exhibit 72 is a true and correct copy of a Seagate press release dated January 26, 2022, filed with the SEC as Exhibit 99.1 to SEC Form 8-K on January 26, 2022.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 10th day of February, 2026, in New York, New York.

By:    */s/ John I. Karin*
John I. Karin

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Caz Hashemi, am the ECF User whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the above signatory has concurred in this filing.


Dated:  February 10, 2026                    By:     */s/ Caz Hashemi*
                                                          Caz Hashemi