# EXHIBIT 1

**S&P Global**
Market Intelligence

# Seagate Technology plc NasdaqGS:STX

# Company Conference Presentation

## Monday, September 14, 2020 10:20 PM GMT

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**1**

# Table of Contents

Call Participants .................................................................................... 3

Presentation ........................................................................................ 4

Question and Answer ............................................................................. 5

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Gianluca Romano**
*Executive VP of Finance & CFO*

## ANALYSTS

**Shek Ming Ho**
*Deutsche Bank AG, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Shek Ming Ho**
*Deutsche Bank AG, Research Division*

Good afternoon, everyone. My name is Sidney Ho. I cover semiconductors and semi-cap equipment here at Deutsche Bank. The next company, virtual fireside chat we have Seagate. Seagate supplies hard disk drive for both the enterprise and the consumer markets and is currently the market leader in the fast-growing nearline hard drive market that serves the cloud service providers. Today, we are very pleased to have Seagate's CFO, Gianluca Romano with us. Welcome, Gianluca.

**Gianluca Romano**
*Executive VP of Finance & CFO*

Hi, Sidney.

**Shek Ming Ho**
*Deutsche Bank AG, Research Division*

So before we start -- sure. Before we start, for those investors who are listening to the webcast through our portal, if you want to ask a question, there is a box on the left-hand side of your screen, I think it's the bottom of the left-hand side, where you can type in your questions. I will ask the question as we go through our discussion.

So okay. Before we go into Q&A, I think Gianluca wants to make a few comments. Please go ahead, Gianluca.

**Gianluca Romano**
*Executive VP of Finance & CFO*

Thank you, Sidney. Thank you, everyone, for joining us today. Before starting, a quick reminder that I will be making forward-looking statements today. You can learn more about the risk factors associated with these statements in our SEC filings, which are posted on our website.

So let me start with a couple of quick comments before we go into the Q&A section. As we have recently shared, the September quarter has continued to align well with our expectation that we discussed at our earnings release in early August. In particular, the cloud data center demand inside our nearline segment is still demonstrating a very healthy level of demand. And also in the video and image application, the surveillance segment is improving, and now is sequentially getting stronger as the quarter progressed.

At the same time, as we discussed during our earnings release, the part of that is a little bit weak is in the enterprise OEM and that has remained soft through the quarter, even if we start looking some sign of movement. And we expect that improvement to become even stronger in the near future.

We see some indication for our on-prem enterprise investment to improve as we progress through the year, primarily for large businesses, a little bit less strong in the small and medium enterprises. So net-net, the September quarter is tracking well with our expectation. And very important for us, the demand trends are improving in a couple of key end markets. We support our outlook for a flattish fiscal year '20 revenue compared to -- fiscal year '21 revenue compared to FY '20.

I would say, probably I will end up talking about the mass capacity EB volume. As you know, our model is for a CAGR of 35% to 40%. We have achieved a much better result during FY '20, and we previously disclosed and we want to confirm that also for calendar year '20, we will have an higher volume increase than the 35% to 40% that we discussed in different occasions.
Okay. With that, I think we can move to Q&A.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Shek Ming Ho**
*Deutsche Bank AG, Research Division*

Okay. Great. I'll probably come back for a few questions on your remarks. But first of all, I want to start off with a few near-term questions that we ask every company at the conference. Starting off with Huawei. Clearly, getting a lot of headlines lately, especially given new restrictions that were announced last month. First of all, can you remind us what the revenue contribution of Huawei to Seagate is today? Second, can you give us an update how you think those restrictions will impact Seagate in the short term, when I think short term is like calendar Q3, Q4? And I maybe in the longer term, how does that work out? And if you want to continue to sell to Huawei, would you be required to get a license approved by the Department of Commerce? Sorry, a few questions here.

**Gianluca Romano**
*Executive VP of Finance & CFO*

Yes. So of course, we are still going through the final assessment. But from what I have seen until now, I don't see any particular restriction for us in terms of being able to continue to ship to Huawei or any other customers in China. So we don't think we need to have a specific license. And no, we don't disclose the level of revenue of specific customers. But as you know, we should report if the customer is above 10%. So you can assume that it's not at that level.

**Shek Ming Ho**
*Deutsche Bank AG, Research Division*

Got it. Got it. With regards to the U.S.-China trade, is there a way to think about how much inventory has been built up in the supply chain? And where do you think the biggest risk of inventory build is?

**Gianluca Romano**
*Executive VP of Finance & CFO*

Well, maybe there was some inventory increase at the beginning of the calendar year. But, at this point, we don't see any sign of inventory buildup. So we think we are in a fairly normal situation in term of inventory and shipments.

**Shek Ming Ho**
*Deutsche Bank AG, Research Division*

Okay. The next question I have, again, for everyone here is. If I think about the COVID impact on supply chain, can you give us an update on your manufacturing network? Is it mostly at normal levels now, both within your facilities and the supply chain? Or are there still bottlenecks that could be -- that still need to be addressed?

**Gianluca Romano**
*Executive VP of Finance & CFO*

All our facilities are fully operational. And of course, we operate aligned with local guidelines and regulations. I would say, we are not at full capacity everywhere because we cannot have, in some location, all the head count that you would need to run at full capacity. But in term of factories operation, we are active everywhere. The underutilization cost will decrease sequentially already starting this quarter. So we are improving, but we are still not at 100%.

**Shek Ming Ho**
*Deutsche Bank AG, Research Division*

Okay. Staying with COVID, you talked about both revenue and operating costs being impacted by COVID in the calendar second quarter. Can you talk about how some of these headwinds have trended in the

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

current quarter? When do you see some of these costs going to come down? And if you are having any success passing along any of these higher costs to your customers?

**Gianluca Romano**
*Executive VP of Finance & CFO*

Yes. I would say the cost is -- start to decline. So the cost impact is mainly on freight charges, labor cost to support our people in different locations and to comply with all the safety regulations, and underutilization charges. I would say, right now, we can have more people at a factory, so the underutilization charges, in particular, are starting to decline. And hopefully, in the next few quarters, you will also see a lower cost on the labor side. And probably, finally, in a few more quarters, you would also say the freight charge decline. So I would say will be a slow decline, but for sure, will improve already starting this quarter.

In term of revenue, it's difficult to say. The enterprise OEM segment is, for sure, impacted. I would say the enterprise in general, so even mission-critical is impacted by COVID. In general, the legacy part is suffering because of COVID, maybe with the exception of consumer that we see improving. And in the mass capacity segment, for sure, surveillance is coming back strongly, and cloud is still very healthy. Now we did 2 quarters, 2 record quarters. The March quarter, the June quarter, they were a record quarter. So it's difficult to continue to have a record quarter. But we said that, that part of the business, we see still very healthy.

**Shek Ming Ho**
*Deutsche Bank AG, Research Division*

Great. Which is a good segue into some of the near-term business environment. Maybe starting with the nearline side, in your last earnings call, you talked about nearline's going through some demand softness. You also seem to be pointing to weakness, mainly coming from the enterprise and the OEM market rather than the cloud data centers. I think your competitor seems to be including both sides weak. And today, you also -- earlier, you also talked about cloud continue to be pretty strong. I'm curious why -- is there a way that you can help us understand why you guys may be seeing different kind of trends within the cloud side of things?

**Gianluca Romano**
*Executive VP of Finance & CFO*

Well, I don't have visibility on how our competitors demand maybe is related to products. As you know, our 16-terabyte is really, really strong. And in particular for the cloud is where we sell the majority of the volume. So from our point of view, the cloud is still very healthy. The decline in revenue that we guided sequentially from the June quarter to the September quarter was mainly related to the enterprise OEM part, not too much on cloud. And then we -- I just discussed about the legacy part of the business. But again, we don't see for the current quarter, and we don't expect cloud demand to deteriorate in the next few quarters.

**Shek Ming Ho**
*Deutsche Bank AG, Research Division*

Okay. That's good to know. Maybe on the enterprise and the OEM side of things, you just talk about things have kind of stabilized. I think that's in line with companies that talked -- some of the OEMs have talked about that last week as well. So just remind us, how much visibility do you have -- normally have for the enterprise market? Maybe while you're talking about that may as well, talk about the cloud customers. How far out can you see the demand profile looks like?

**Gianluca Romano**
*Executive VP of Finance & CFO*

Well, the cycle time to produce an hard disk is about 6 months, in some cases, even longer. So that is a visibility that we need to have. If a customer wants to have enough supply at a certain point of time. So I would say we have -- we start with very long-term forecasts that are more [ trained ] than forecast. And

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**SEAGATE TECHNOLOGY PLC COMPANY CONFERENCE PRESENTATION | SEP 14, 2020**

then now you go with a 2 quarters forecast, that is much more detailed and then you have the 1 quarter purchase order. So it's a bit different depending from the time, but we have, I would say, at least a couple of quarters where we can rely on a fairly good visibility.

**Shek Ming Ho**
*Deutsche Bank AG, Research Division*

Got it. I guess just got a question coming in. It's a little bit more near term, so maybe you can help us out there. Is the calendar third quarter, the current quarter, more back-end loaded just because of all the dynamics you talked about enterprise and OEM stabilizing and nearline continues to be -- the cloud side continues to be strong or less back-end loaded than normal, I should say?

**Gianluca Romano**
*Executive VP of Finance & CFO*

Yes. You should define what normal is because it sounds like there is no normal anymore. But I would say, if I compare to the last 2 quarters, I would say is less back-end loaded. The month of August was actually fairly strong, for sure, better than what we had in February or May. No, I would not say this is a normal trend. We are still not at the linearity that we had before COVID, probably. But at least, we are going in the right direction. And then obviously, it's also giving us confidence in the result of the quarter, but we think is still aligned to what we guided. And also in the near-term future and the long term for the rest of the fiscal year.

**Shek Ming Ho**
*Deutsche Bank AG, Research Division*

Okay. Staying with nearline, we've seen cycles in nearline on the market before. I think a couple of years ago, we have a couple of weak quarters. It's a big cycle up and down. How would you compare the current cycle with those past cycles? And what evidence would you point to support that assessment?

**Gianluca Romano**
*Executive VP of Finance & CFO*

Well, I would say, the cloud is becoming a bigger part of the nearline segment. For sure, if you compare a couple of quarters before COVID, between cloud and enterprise, it was about 50-50 in terms of volume. Right now, cloud is, for sure, a bigger part. And we don't know what will be in the future. But as I said before, cloud is strong, it's healthy. We don't believe there is any kind of seasonality in the nearline business. The cycle is more the cycle in the individual customers and how aligned are those customers. If you have several customers that have the same cycle, so they go through the to the data center creation and then they need to install all the hard disk.

And then so for a period of time, they can have kind of a digestion period. But right now, there are not 2 or 3 customers. There are 7, 8 customers and will become more in the future. So I think in the future, you will have less of a cycle, you will have maybe a customer increase in demand and another customer that is in a digestion phase, but it's not a segment cycle, it's more a customer cycle. And hopefully, they will not align to it, so that we don't go through peaks that are very difficult to manage, both in the upside and in the downside.

**Shek Ming Ho**
*Deutsche Bank AG, Research Division*

Great. So maybe longer term, if we start thinking about longer term, obviously, there's some digestion going on right now. And you kind of talk about nearline market as a segment is growing 35% in terms of exabyte, that's kind of your target. Have these expectations changed at all over the last few months, given what we've seen. Would be great if you can talk kind of separately about hyperscale guys as well as the enterprise guys? And is it one that more like 50%, the other one more like 25%? Or is there a way to think about the relative growth rate going forward?

**Gianluca Romano**
*Executive VP of Finance & CFO*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

In general, we said a good way to model it for the long term is about 35% to 40% CAGR for the mass capacity part of the business. If you look at our results in fiscal year '20, we achieved a much higher growth. I think was almost 80%. We also said that for the calendar year '20, we expect the volume to increase more than the 35% to 40%. So in the short term, as I was saying before, we still see a very healthy business. In the longer term, it's always difficult to know, of course, I believe that 35% to 40% CAGR is a good CAGR to model in the long term.

**Shek Ming Ho**
*Deutsche Bank AG, Research Division*

Okay. Maybe switching over to the legacy storage. I think you made some comments on the legacy market in the near term. I might have missed this, but can you kind of talk about what the trends you're seeing as retail stores are reopening in the current quarter? And how do you think about the business -- this business, whether it's revenue terms, whether it's exabyte terms over the longer term?

**Gianluca Romano**
*Executive VP of Finance & CFO*

The legacy in general, we expect legacy to continue to decline and to be replaced by SSD technology. If you look at the last 4 or 5 years, the volume as a percentage of the total volume that we sell moved from 80% to less than 30% in the last fiscal year. So there is, for sure, a decline in the legacy. There are a couple of segments that are performing fairly well. As I said before, consumer is recovering from probably calendar Q1 lower quarter and improved in calendar Q2 and is improving again in this quarter.

In general, before COVID, mission-critical was also doing very well. I think in the December quarter, we had the volume that was the highest volume in the last couple of years. Unfortunately, this is a segment that has been impacted by COVID. So we need to probably wait for a few more quarters before seeing better level of volume again.

And then when you look at maybe desktop and notebook and gaming, DVR, those are the segments where we expect a sequential decline. A decline in legacy for us means we can move the capacity, the production capacity to the other segment, so to the mass capacity to nearline and surveillance. So in a certain way, it's good. We don't need to spend too much CapEx to cover the demand for the mass capacity storage of the business. And the volume that we can move in legacy is, in general, a good contributor to our free cash flow. We don't spend CapEx for legacy. We have a very little OpEx. So even if the gross margin is lower than on the mass capacity storage is still a good contribution for our free cash flow.

**Shek Ming Ho**
*Deutsche Bank AG, Research Division*

Okay. Just to follow-up on the comment on mission critical, clearly, it was record and it's been impacted. When you talk about enterprise and OEM on the nearline side of things getting better, does that benefit the mission-critical as well? Or is it kind of 2 separate dynamics there?

**Gianluca Romano**
*Executive VP of Finance & CFO*

It should be similar. So we need to wait and see what happen on next quarter and the following quarter. But it should be similar.

**Shek Ming Ho**
*Deutsche Bank AG, Research Division*

Got it. Got it. Another area that you just talked about, again, the secular growth area surveillance. And I think earlier, you mentioned that it is coming back pretty strong. What kind of dynamics are you seeing there? Is it pretty broad based? Or are they still being impacted by several Chinese companies being put on the entity list. Just trying to understand the long-term opportunity in that market? It seems like we're hitting an inflection point right now?

**Gianluca Romano**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Executive VP of Finance & CFO*

I would say the majority of our customers are in China. We have a very high market share in China in general, so with video and image application customers also. We don't have any limitation right now in term of what we can ship to those customers. And it looks like they are recovering from COVID a little bit earlier than other parts of the world. And this is why we are seeing demand to start to increase again and start to go back to the prior level. Surveillance is also 1 of those segments that are a little bit seasonal.

So in general, you see calendar Q3 and calendar Q4 to be stronger than calendar Q1 and calendar Q2. So if you look at the first 2 quarters of this calendar year, and you had seasonality to the COVID impact or the total impact was huge, so we see that the demand coming back, and it's an important part for us is an important business with a good margin.

**Shek Ming Ho**
*Deutsche Bank AG, Research Division*

Okay. That's great. Maybe switching gears over to the technology part of the questions. You have a very successful ramp of 16 terabytes. And you're just starting to ramp up your 18-terabyte drives. How do you see this transition when compared to previous capacity additions? And how should we think about how long it takes for a 18 terabyte volume to cross over 16 terabytes?

**Gianluca Romano**
*Executive VP of Finance & CFO*

Probably the transition to 18-terabyte for Seagate will be easier than what happened in the past because we will be using the same platform. In the past, every time we were moving to an higher capacity, we were generating a new platform and producing a new platform and qualifying a new platform. This time, we use our 16-terabyte for different capacity level, not only for the 18-terabyte, but we are also using for 14 terabyte. And we can also go lower in capacity. It is a very good platform. It is good for us to use a single platform in our manufacturing environment.

So we expect the transition to 18 to be fairly easy. Of course, you always need to go through full customer qualification. But that should be probably a little bit faster than what we did in the past.

And in terms of volumes, we already sold some of our 18-terabyte in the last quarter. We will sell a few more in this quarter. So we are start to ramp up. But I would say for the industry in general, we don't expect 18-terabyte to be high-volume in the current quarter, for sure, not even in the next quarter. We think now the entire calendar year '20 will be a 16-terabyte leading story. But next calendar year, '21, that probably will be an 18-terabyte.

**Shek Ming Ho**
*Deutsche Bank AG, Research Division*

Makes sense. Now you leapfrog your competition with the 16-terabyte drives and with a share gain. But the timing of your 18-terabyte drive seems -- for both companies, seem to be quite similar. I know it's not this year, it's mostly all next year. How do you see the competitive dynamics between you and your competitor going forward?

**Gianluca Romano**
*Executive VP of Finance & CFO*

I don't know if it will change. And what I mean is before the 16-terabyte, we lost some market share. So with the 16-terabyte success, we basically went back to the prior market share, maybe a couple of points higher. But especially if you look at the nearline space, the 2 companies are fairly well aligned in terms of market share. Now in a couple of quarters, we will have high-volume of the same product. So I suppose that market share will stay fairly similar.

**Shek Ming Ho**
*Deutsche Bank AG, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Got it. Now if you take another step forward past the 18-terabyte drives, you've talked about shipping your first HAMR drive by the end of this calendar year. How quickly do you think your customers will switch over to HAMR drive and how does that shift to HAMR change the margin profile of the business?

**Gianluca Romano**
*Executive VP of Finance & CFO*

HAMR is a technology milestone. And the first generation of HAMR, 20-terabyte, is a very small capacity for this technology. So what we want to do with the first generation is to get qualification from our customers, all the big customers, so that we can access those customer very quickly, with our second-generation that will be a listed 24-terabyte.

At that point of capacity, we have a good decline in cost per terabyte. And of course, we will want to give a good TCO to our customers. But no, it's also an opportunity for us to keep some of that cost saving on our side and start to improve our gross margin.

So this will end with the second-generation HAMR, so not with the 20-terabyte that is too small capacity, still not cost optimized. But is extremely important, extremely important from a technology point of view. So we want to have this drive available. We will have it in the next few months. And then now as soon as we have that out, we will focus on the second generation, and we will ramp-up in volume for the second generation.

**Shek Ming Ho**
*Deutsche Bank AG, Research Division*

Okay. For the remaining few minutes, I'd like to ask a few questions on the financials. On the earnings call, you talked about your expectations that revenue in fiscal '21 will be fairly flat with fiscal '20. I think earlier in your prepared remarks, you also talked about that, that will be the case. I was hoping you can elaborate what you're assuming to make that projection. It sounds like the enterprise turning around is one of the factors. It sounds like surveillance coming back, it is. But just trying to understand what other assumptions that you're making to get you to the flat -- at least flat for fiscal '21?

**Gianluca Romano**
*Executive VP of Finance & CFO*

Yes. You mentioned the right point. I would add the COVID impact. We said at the time of the earnings release, our revenue assumption for the fiscal year is assuming a core impact for the current quarter, for the next quarter. And then we assume a fairly low impact from COVID. So if this is what is going to happen, we are confident with the revenue to be fairly flat with the prior year.

If COVID impact will become even bigger or will last for much longer, we will review that estimate. But with that assumption that we think is very reasonable with a strong cloud and nearline in general. So with enterprise OEM coming back and with legacy recovering from this COVID impact, we think it's, for sure, possible that we close the fiscal year at a very similar revenue than the prior year.

**Shek Ming Ho**
*Deutsche Bank AG, Research Division*

Got it. On the gross margin side, I think last earnings call, you talked about long term or normalized range of 29% to 33%. Just curious, what are the main puts and takes to move your gross margin towards the low end of the range versus the high end of the range. And frankly, longer term, why can't gross margin be higher if there are only 2 or 3 suppliers in this market?

**Gianluca Romano**
*Executive VP of Finance & CFO*

Yes. Actually, we don't really have a range for gross margin. We have a range for operating margin. As you probably remember, our range is 13% to 16%. We were already at 16% in the December quarter, for example, before COVID. We had another fairly good quarter in calendar Q1 '20. And then we had more impact from COVID in the last quarter and of course, in the current quarter.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

But it's important for you to understand that we were already at the top of the range of our range in term of operating margin. And absent COVID, we were already discussing if that range was still appropriate for us or was it a little bit too low, and then COVID arrived. And so this discussion, for sure, is not so important right now, but I expect -- after COVID, I expect to review that range and possibly to go a little bit higher.

**Shek Ming Ho**
*Deutsche Bank AG, Research Division*

Got it. Last question is from an inbound question. On the free cash flow margin, you guys have been around 12% for the past 4 years. Are you expecting working capital to be kind of neutral in calendar 2020? And is 12% free cash flow margin, still at the right level to think about fiscal '21? Or is there room to increase that margin?

**Gianluca Romano**
*Executive VP of Finance & CFO*

In general, we are very good in generating free cash flow, as you said. I don't think we ever commented on specific part of the free cash flow. But I think if you look at the long term, the working capital can be positive one quarter and negative in the other quarter. But in general, when you look at the long term, it's fairly neutral. So we are -- we have generated almost $1.2 billion of free cash flow in the last few quarters. It's very important for us to generate free cash flow because we are very focused on shareholder return. And free cash flow is important for our dividend and for our share buyback program.

Of course, we always focus first on business support. So CapEx is important to support our business. And OpEx is important to support our business. You need to find the right level based on the capacity that you have already installed and the demand that you're expecting. But free cash flow and profitability are the focus for the management team. And as I said, the free cash flow is usually utilized for shareholder return.

**Shek Ming Ho**
*Deutsche Bank AG, Research Division*

Okay. Well, I think we're out of time. Thank you very much for the time, Gianluca, and enjoy the rest of the day.

**Gianluca Romano**
*Executive VP of Finance & CFO*

Thank you very much.

**Shek Ming Ho**
*Deutsche Bank AG, Research Division*
Thank you.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.