# EXHIBIT 3

# CROSS RESEARCH

*Earnings Preview*

| Estimates | | Fiscal Year Jun | | | Yr. Ago Q | Current Q | Next Q |
|---|---|---|---|---|---|---|---|
| | | F20A | F21E | F22E | 1Q20A | 1Q21E | 2Q21E |
| Revenue($ M) | Current | 10,508 | 10,359 | 10,573 | 2,578 | 2,383 | 2,515 |
| | Prior | 10,508 | 10,444 | 10,573 | 2,578 | 2,383 | 2,682 |
| EPS($) | Current | 4.95 | 4.71 | 5.37 | 1.03 | 0.85 | 1.14 |
| | Prior | 4.95 | 5.03 | 5.37 | 1.03 | 0.83 | 1.28 |
| P/E | | 10.4x | 11.0x | 9.6x | NM | NM | NM |

**IT Hardware**
**Imaging Technology**
**Enterprise Software**
**IT Services**

**Shannon Cross**
shannon@crossresearch.com
973-376-8600

**Robert Cross**
rob@crossresearch.com
973-376-8600

**Ashley Ellis**
ashley@crossresearch.com

## Summary

Seagate (STX, Hold) is scheduled to report F1Q21 results after market on 10/22. We maintain our F1Q21 revenue estimate of $2.38 billion (down 8% y/y), following CEO Dave Mosely's comments at an investor conference on 9/8 suggesting the quarter was tracking in line with the company's expectations (guided revenue between $2.1 billion and $2.5 billion) and we raise our F1Q21 non-GAAP EPS estimate by $0.02 to $0.85. Our F1Q21 revenue and non-GAAP EPS estimates compare to consensus of $2.34 billion and $0.88, respectively. We believe the quarter was primarily impacted by weaker demand from enterprise OEM customers as well as softness in most legacy markets (especially mission critical), albeit partially offset by strong demand from cloud/hyperscale customers and surveillance products. We note Seagate believes cloud demand remains healthy, which differs from Western Digital's (WDC, Hold) view that the cloud providers are going through a digestion period, following heavy investment over the past few quarters due positive pandemic-related trends. We estimate gross margin fell 169 bps y/y to 25.0% and operating margin decreased 106 bps y/y to 11.7%, reflecting ongoing COVID-19 costs (e.g., under-utilization charges, higher freight costs). Since all Seagate facilities are fully operational, under-utilization costs are expected to decrease sequentially from F4Q20 (although not all are running at 100% capacity). Importantly, as of 9/14, Seagate has been shipping to Huawei (less than 10% of sales) and does not intend on applying for any specific licenses, which we think could provide support to the company's flattish revenue guide for F2021. Reiterate Hold.

| Ticker / Market | STX / NASDAQ |
|---|---|
| Rating | Hold |
| Price Target | NA |
| Price | $51.71 |
| 52 Week Range | $64.17 - $39.02 |
| Shares Out (MM) | 260 |
| Market Cap (MM) | $13,266 |
| Avg Daily Volume | 3,117,715 |
| Dividend / Yield | $2.60 / 5.03% |

### Thoughts on HDD Capacity Ramp

We think cloud and hyperscale demand remained strong for Seagate throughout F1Q21 driven by work/learn from home deployments, which is driving demand for its 16TB drives. At the same time, the company is ramping its 18TB drive for mass adoption in C2021, where we expect a seamless transition as the higher capacity drives (18TB and 20TB) are built on the same technology as 16TB drives, creating product synergies and a faster customer qualification process than prior transitions. Although Seagate already sold some 18TB drives in F4Q20 and F1Q21, the company does not expect material revenue contribution until C2021. We note Western Digital is in the process of ramping its 16TB and 18TB drives and is currently in qualification with some large customers. Seagate believes the two companies hold similar market share for nearline drives, and we do not expect material changes for the foreseeable future. Importantly, Seagate is in the process of qualifying customers for its 20TB HAMR drive, which it expects to be available in the next few months. The company will then leverage its success to focus on ramping volume for its second-generation 24TB HAMR drive, which we think will provide cost saving opportunities, leading to higher gross margin and opportunity to establish a significant competitive advantage.

**Disclosures and analyst certifications are located on pages 5 - 6 of this report.**

Seagate_000047390

# CROSS RESEARCH

**Revenue Puts & Takes**

We model Mass Capacity revenue up 8% y/y (decelerating significantly from up 35% last quarter), which includes a 7% y/y increase in units shipped reflecting continued strength in cloud nearline drives and a recovery in surveillance products, albeit partially offset by a decline in on-prem nearline drives (~50% of total nearline exabytes). The company targets 35% to 40% CAGR in exabyte volume growth for Mass Capacity drives (versus 80% in F2020), which we think is achievable given increased adoption of surveillance drives for smart city, factory and hospital applications. We model sales from legacy markets (e.g., mission critical, desktop, notebook) down 25% y/y reflecting Seagate's move to decrease investments, resulting in further unit shipment declines (we estimate down 30% y/y), albeit on a 7% y/y increase in ASPs. We expect Seagate to manage the legacy portfolio for continued solid free cash flow generation and expect mission critical markets to take a couple of quarters to return to healthier levels. At the same time, we believe SMB revenue will be impacted near term, as companies reprioritize IT budgets. We model non-HDD sales up 2% y/y driven by resilient demand for enterprise-class SSDs, supported by results from Micron (MU, Buy), which reported two consecutive quarters of record enterprise SSD sales, though not significant to Seagate's overall revenue mix.

**Estimates**

We estimate F1Q21 revenue of $2.38 billion (down 8% y/y), versus consensus of $2.34 billion, with HDD revenue down 8% y/y and non-HDD revenue up 2% y/y. Within HDD, we estimate Mass Capacity revenue of $1.31 billion (up 8% y/y and 55% of total) and Legacy revenue of $885 million (down 25% y/y and 37% of total). We estimate F1Q21 non-GAAP EPS of $0.85 (versus consensus of $0.88) with gross margin of 25.0% (down 169 bps y/y and down 225 bps q/q) and operating margin of 11.7% (down 106 bps y/y and down 312 bps q/q). For F2021, we lower our revenue estimate by 1% to $10.36 billion (versus consensus of $10.11 billion) and lower our non-GAAP EPS to $4.71 from $5.03 (versus consensus of $4.64) given a more conservative view on gross margin (ongoing pandemic pressures). We are also rolling forward our model to F2022 with expectations for revenue to grow 2% y/y to $10.57 billion and non-GAAP EPS of $5.37, which compares to consensus of $10.37 billion and $5.29, respectively.

2

Seagate_000047391



# CROSS RESEARCH

## CROSS RESEARCH

### Seagate Technology Earnings Estimates

**F1Q21E**

| | Current | Prior | Consensus | vs. Year Ago | vs. Prior | vs. Consensus |
|---|---|---|---|---|---|---|
| Revenue | $2,383 | $2,383 | $2,337 | -7.6% | 0.0% | 1.9% |
| EPS | $0.85 | $0.83 | $0.88 | -17.3% | 2.6% | -3.1% |

**F2021E**

| | Current | Prior | Consensus | vs. Year Ago | vs. Prior | vs. Consensus |
|---|---|---|---|---|---|---|
| Revenue | $10,359 | $10,444 | $10,112 | -1.4% | -0.8% | 2.4% |
| EPS | $4.71 | $5.03 | $4.64 | -5.0% | -6.4% | 1.5% |

**F2022E**

| | Current | Prior | Consensus | vs. Year Ago | vs. Prior | vs. Consensus |
|---|---|---|---|---|---|---|
| Revenue | $10,573 | NA | $10,371 | 2.1% | NA | 2.0% |
| EPS | $5.37 | NA | $5.29 | 14.1% | NA | 1.5% |

Source: Cross Research Estimates and Company Reports

Copyright Cross Research LLC 2020

3

CONFIDENTIAL

Seagate_000047392

# CROSS RESEARCH

# CROSS RESEARCH

## Seagate Technology
### Earnings Forecast
*($ in millions except E.P.S.)*

| | Sep-19A F1Q20A | Dec-19A F2Q20A | Mar-20A F3Q20A | Jun-20A F4Q20A | Sep-20E F1Q21E | Dec-20E F2Q21E | Mar-21E F3Q21E | Jun-21E F4Q21E | Jun-19 F2019A | Jun-20 F2020A | Jun-21 F2021E | Jun-22 F2022E | F19-F22 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Quarterly Earnings** | | | | | | | | | **Annual Earnings** | | | | |
| Total HDD | $2,390 | $2,481 | $2,526 | $2,321 | $2,191 | $2,283 | $2,442 | $2,619 | $9,619 | $9,718 | $9,535 | $9,666 | |
| Non-HDD | 188 | 215 | 192 | 195 | 192 | 232 | 192 | 209 | 771 | 790 | 825 | 907 | |
| **Total Net Revenue** | **2,578** | **2,696** | **2,718** | **2,517** | **2,383** | **2,515** | **2,634** | **2,827** | **10,391** | **10,508** | **10,359** | **10,573** | **1%** |
| Cost of Goods Sold | 1,890 | 1,922 | 1,956 | 1,831 | 1,787 | 1,836 | 1,897 | 2,027 | 7,384 | 7,599 | 7,547 | 7,557 | |
| **Gross Profit** | **688** | **774** | **762** | **686** | **596** | **679** | **738** | **800** | **3,007** | **2,909** | **2,812** | **3,017** | **0%** |
| Product Development Expense | 256 | 251 | 241 | 223 | 226 | 234 | 242 | 263 | 993 | 971 | 966 | 986 | |
| Marketing & Admin Expense | 103 | 99 | 99 | 90 | 91 | 93 | 97 | 113 | 377 | 391 | 394 | 402 | |
| Total Operating Expense | 359 | 350 | 340 | 313 | 317 | 327 | 340 | 376 | 1,370 | 1,362 | 1,360 | 1,387 | |
| **Operating Income** | **329** | **424** | **422** | **373** | **279** | **352** | **398** | **424** | **1,637** | **1,547** | **1,453** | **1,629** | **0%** |
| Interest Income | 11 | 4 | 4 | 1 | 4 | 4 | 4 | 4 | 84 | 20 | 16 | 16 | |
| Interest Expense | 55 | 48 | 49 | 49 | 49 | 49 | 49 | 49 | 224 | 201 | 196 | 196 | |
| Other Income (Expense) | -1 | -3 | 7 | -7 | 1 | 1 | 2 | 1 | 31 | -4 | 5 | 4 | |
| Total Other Income (Exp) | -45 | -47 | -38 | -55 | -44 | -44 | -43 | -44 | -109 | -185 | -175 | -176 | |
| Pretax Income | 284 | 377 | 384 | 318 | 235 | 308 | 355 | 380 | 1,528 | 1,362 | 1,278 | 1,453 | |
| Taxes | 6 | 18 | 21 | 7 | 12 | 12 | 14 | 20 | 54 | 52 | 59 | 78 | |
| Tax Rate | 2% | 5% | 5% | 2% | 5% | 4% | 4% | 5% | 4% | 4% | 5% | 5% | |
| **Adjusted Non-GAAP Net Income** | **278** | **359** | **363** | **311** | **223** | **296** | **341** | **360** | **1,474** | **1,310** | **1,219** | **1,375** | **-2%** |
| **Diluted Non-GAAP EPS** | **$1.03** | **$1.35** | **$1.38** | **$1.20** | **$0.85** | **$1.14** | **$1.32** | **$1.41** | **$5.17** | **$4.95** | **$4.71** | **$5.37** | **1%** |
| FD Shares Outstanding | 270 | 265 | 263 | 260 | 262 | 260 | 258 | 256 | 285 | 265 | 259 | 256 | |
| **Adjusted EBITDA** | **371** | **482** | **486** | **447** | **357** | **430** | **475** | **494** | **2,132** | **1,785** | **1,755** | **1,811** | **-5%** |
| **Margin Analysis** | | | | | | | | | | | | | |
| Gross Margin | 26.7% | 28.7% | 28.0% | 27.3% | 25.0% | 27.0% | 28.0% | 28.3% | 28.9% | 27.7% | 27.1% | 28.5% | |
| Operating Margin | 12.8% | 15.7% | 15.5% | 14.8% | 11.7% | 14.0% | 15.1% | 15.0% | 15.8% | 14.7% | 14.0% | 15.4% | |
| Pretax Margin | 11.0% | 14.0% | 14.1% | 12.6% | 9.9% | 12.3% | 13.5% | 13.4% | 14.7% | 13.0% | 12.3% | 13.7% | |
| Net Margin | 10.8% | 13.3% | 13.4% | 12.4% | 9.4% | 11.8% | 12.9% | 12.7% | 14.2% | 12.5% | 11.8% | 13.0% | |
| **As a % of Revenue** | | | | | | | | | | | | | |
| Cost of Goods Sold | 73.3% | 71.3% | 72.0% | 72.7% | 75.0% | 73.0% | 72.0% | 71.7% | 71.1% | 72.3% | 72.9% | 71.5% | |
| Product Development Expense | 9.9% | 9.3% | 8.9% | 8.9% | 9.5% | 9.3% | 9.2% | 9.3% | 9.6% | 9.2% | 9.3% | 9.3% | |
| Marketing & Admin Expense | 4.0% | 3.7% | 3.6% | 3.6% | 3.8% | 3.7% | 3.7% | 4.0% | 3.6% | 3.7% | 3.8% | 3.8% | |
| Total Operating Expense | 13.9% | 13.0% | 12.5% | 12.4% | 13.3% | 13.0% | 12.9% | 13.3% | 13.2% | 13.0% | 13.1% | 13.1% | |
| **Year-Over-Year Growth** | | | | | | | | | | | | | |
| Total HDD Revenue | -15% | 0% | 19% | 5% | -8% | -8% | -3% | 13% | NM | 1% | -2% | 1% | |
| Non-HDD Revenue | -1% | -4% | 2% | 17% | 2% | 8% | 0% | 7% | NM | 2% | 4% | 10% | |
| **Total Net Revenue** | **-14%** | **-1%** | **18%** | **6%** | **-8%** | **-7%** | **-3%** | **12%** | **-7%** | **1%** | **-1%** | **2%** | |
| Product Development Expense | -4% | 2% | 1% | -8% | -12% | -7% | 1% | 18% | -3% | -2% | -1% | 2% | |
| Marketing & Admin Expense | 1% | 0% | 13% | 2% | -12% | -6% | -2% | 26% | -33% | 4% | 1% | 2% | |
| Total Operating Expense | -3% | 2% | 4% | -5% | -12% | -7% | 0% | 20% | -13% | -1% | 0% | 2% | |
| Total Operating Income | -42% | -9% | 44% | 20% | -15% | -17% | -6% | 14% | -11% | -5% | -6% | 12% | |
| Pretax Income | -47% | -16% | 41% | 16% | -17% | -18% | -8% | 20% | -7% | -11% | -6% | 14% | |
| Net Income | -46% | -17% | 38% | 17% | -20% | -18% | -6% | 16% | -8% | -11% | -7% | 13% | |
| EPS | -42% | -10% | 49% | 25% | -17% | -16% | -4% | 17% | -6% | -4% | -5% | 14% | |

Source: Cross Research Estimates and Company Reports                                        10/21/2020 10:36
Copyright Cross Research LLC 2020

4

# CROSS RESEARCH

**Seagate Technology**
**STX: $51.71          F1Q21 Preview: Moving Ahead With Large Capacity HDD          October 21, 2020**
**Hold**

## Regulatory Required Disclosures

### Analyst Certification

We Shannon Cross, Robert Cross and Ashley Ellis hereby certify that the views expressed in the foregoing research report accurately reflect our personal views about the subject securities as of the date of this report. The Analyst(s) responsible for covering the securities mentioned in this report does not receive direct or indirect compensation for the specific recommendation(s) in this research report.





| Distribution of Ratings by Coverage Universe | | |
|---|---|---|
| Rating | Count | Percent |
| BUY | 11 | 47.83 |
| HOLD | 12 | 52.17 |
| SELL | 0 | 0.00 |

**Cross Research Rating Key:**
**Buy:** In the analyst's opinion, the stock will outperform the general market over the next 12 months.
**Hold:** In the analyst's opinion, the stock will perform inline with the general market over the next 12 months.
**Sell:** In the analyst's opinion, the stock will underperform the general market over the next 12 months.
**Cross Research Disclosure Information; Additional Information Available Upon Request**

5

CONFIDENTIAL                                                                                              Seagate_000047394



# CROSS RESEARCH

**Seagate Technology**
**STX: $51.71          F1Q21 Preview: Moving Ahead With Large Capacity HDD          October 21, 2020**
**Hold**

Cross Research LLC ("CR") is an state registered Investment Advisor. CR has not, and does not intend, to engage in investment banking services. CR neither owns corporate securities nor acts as a market maker in any security. CR prohibits all employees from trading securities within its coverage universe. This report is intended solely for informational purposes, and should not be construed as an offer or solicitation to buy or sell any security. This report is provided solely for institutional / professional investors who are expected to make their own investment decisions without undue reliance on this report. CR accepts no liability for any direct or consequential loss arising from any use of this document or its contents. This report may contain forward-looking statements. Past performance is not indicative of future results. The information and opinions contained in this document are based on public sources believed to be reliable, but no representation or warranty, expressed or implied is made as to its accuracy, completeness or correctness. No part of this material may be copied, photocopied or duplicated in any form by any means or redistributed without the prior written consent of CR. Copyright 2020 Cross Research LLC.

CONFIDENTIAL

Seagate_000047395