# EXHIBIT 4

**EDGEWATER** RESEARCH

November 30, 2020

# SEAGATE (STX: $58.48 – NEUTRAL)
# WESTERN DIGITAL (WDC: $45.85 – NEUTRAL)

*Important disclosures can be found in the appendix.*

## STX/WDC: HDD TAM Tracking Better Across Most End Markets ex-Nearline/Cloud Which is More In-Line; Pickup in Cloud Expected by C2Q21

*\* Other companies mentioned: AMD, DELL, HPQ, INTC, MSFT, Acer, Huawei, Lenovo, Minebea, Nidec, Toshiba*

### Key Themes From our Research:
1. Nearline appears trending up slightly Q/Q on some enterprise air-based growth; Cloud pickup still targeted C1H21.
2. C4Q20 TAM tracking to ~65-68M units, up from prior 63-65M forecast on upside in PC, consumer, gaming, branded, surveillance; C1Q21 TAM estimates also increased by 2-4M to 62-64M on continued strong 2.5" & 3.5" demand.
3. *STX conclusion – Near-term positive, still appears to be benefiting more than peers in upside in surveillance, client, mission critical; remain Neutral looking for clarity on component supply/pricing, and competition and timing of Cloud pickup.*
4. *WDC conclusion – Neutral, 16/18TB progress still appears to be lagging and NAND likely still challenged into early 2021.*

### Other Key & New HDD/Storage Points:
5. Nearline build est. – **16/18/20TB** C4Q20-C2Q21: STX 4.2M, 5M, 6M; WDC 2.7M, 4M, 5M; Tosh 700k, 1.1M, n/a.
6. Nearline build est. – **12/14TB** C4Q20-C2Q21: STX 600k, 50k, 0k; WDC 4M, 3.2M, 1.5M; Tosh 500k, 550k, n/a.
7. STX is noted as more optimistic on timing of US Cloud pickup in targeting C1Q21, WDC noted as expecting C2Q21 pickup.
8. STX still noted as only vendor shipping to Huawei; Toshiba & WDC believed to have applied for licenses and targeting C1Q21.
9. China enterprise demand appears better for air-based nearline drives; China cloud still soft.
10. WDC 16/18TB build forecasts appear to have been reduced for C4Q, softer yields at 18TB & higher prices viewed as delaying quals.
11. WDC 16/18TB quals to date appear primarily focused on 16TB; STX 18TB feedback constructive targeting 1M+ builds in C2Q21.
12. STX noted as pushing their 9-disk 16TB platform for quals from 10TB-18TB.
13. Toshiba noted as targeting growing nearline builds from ~2-2.5M in C1Q21 to 3.5-4M in C4Q21.
14. Toshiba est. qualified/ramping with 16TB in at least limited volumes with all US hyperscale in C1Q21.
15. Surveillance market feedback points to continued upside to demand, contributing to tighter STX/WDC 3.5" supply.
16. Sony PS4 orders/demand noted as trending better than expected, further tightening Toshiba 2.5" supply.
17. STX viewed as pressing alternative motor supplier to ramp capacity by early 2021 as they move away from Nidec.
18. MSFT is expected to further change their O/S royalty program in C1Q21 to discourage higher capacity on-board storage in PCs.

### Conclusions  - *See models, estimates & full conclusions on pg. 2 & 3*
**STX** – <u>ST Positive</u>, Still benefiting more than peers in surveillance/other; <u>LT Neutral</u> expecting more competitive WDC/Tosh in CY21.
**WDC** – <u>ST Neutral</u>, Looking for stronger signs of 16/18TB progress; <u>LT Neutral</u> NAND could remain challenged into mid-2021.

**Kevin Rottinghaus**
Kevin@EdgewaterRC.com
(216) 426-6272

**Sean Muir**
Sean@EdgewaterRC.com
(216) 426-6277

**Dennis Reed**
Dennis@EdgewaterRC.com
(216) 426-6279

Seagate_000047483

**EDGEWATER** RESEARCH

# SEAGATE (STX: $58.48 – NEUTRAL)

**Seagate - Edgewater Estimates vs. Guidance & Consensus**

| | FY19 | FY20 | F1Q Sep. | F2QE Dec. | F3QE Mar. | F4QE Jun | FY21E | F1QE Sep. | F2QE Dec. | F3QE Mar. | F4QE Jun | FY22E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **FY21E** | | | | | **FY22E** | | |
| Edgewater Revs ($M) | $10,390 | $10,510 | $2,314 | $2,618 | $2,616 | $2,613 | $10,161 | $2,631 | $2,661 | $2,572 | $2,531 | $10,394 |
| Gross Margin | 29% | 28% | 27% | 27% | 27% | 28% | 27% | 29% | 29% | 29% | 29% | 29% |
| Edgewater EPS | $4.77 | $4.96 | $0.93 | $1.19 | $1.25 | $1.27 | $4.64 | $1.42 | $1.42 | $1.33 | $1.29 | $5.45 |
| *Guided Revs ($M)* | | | | *$2,550* | | | | | | | | |
| *Guide EPS* | | | | *$1.10* | | | | | | | | |
| *Cons. Revs ($M)* | | | | *$2,554* | *$2,614* | *$2,710* | *$10,218* | *$2,617* | *$2,686* | *$2,633* | *$2,644* | *$10,527* |
| *Cons. EPS* | | | | *$1.12* | *$1.26* | *$1.41* | *$4.73* | *$1.31* | *$1.41* | *$1.34* | *$1.35* | *$5.34* |
| **Key Model Assumptions** | | | | | | | | | | | | |
| HDD Units (M) | 139 | 122 | 26 | 28 | 27 | 25 | 105 | 23 | 23 | 22 | 22 | 89 |
| HDD ASPs | $69 | $80 | $82 | $87 | $92 | $99 | $90 | $106 | $109 | $109 | $109 | $108 |

*Source: Edgewater Research estimates, FactSet, Seagate*

## Key STX Themes:
1. Surveillance demand forecasts appear raised again in C4Q, and STX appears to be outperforming the market.
2. STX appears to be only vendor still shipping to Huawei, see some gains in nearline and mission critical in C4Q; Toshiba now expecting to obtain license to ship to Huawei starting in C1Q21 vs. prior late C4Q20 tgt.
3. STX 18TB feedback remains favorable, sampling now and expected to ramp to 1M+/q in C1H21.
4. STX 16TB forecasts robust and supply noted as relatively tighter than other products. We continue to believe some 16TB builds are likely targeted for 12-14TB which could limit margin appreciation.
5. Channel feedback remains cautious around STX potential transition to new vendors in CY21 in some components, including motors.

## Company Guidance Highlights *(issued 10/22/20)*
1. F2Q21 revs $2.55B mid-pt. (+/- $200M); EPS mid-pt. $1.10 (+/- $0.15).
2. F1Q21 gross margins were hit ~110bps by COVID costs (~130bps in F4Q20), costs expected to wane in F2H21.

## Key Model Assumptions
1. Raising our F2Q21/Dec. revenue and EPS to upper-half of guide on stronger PC, branded, surveillance demand.
2. Modeling FY21 revs -3% Y/Y vs. STX flat guide; looking for greater conviction in nearline recovery and industry ASP discipline.
3. Modeling steady gross margin recovery through FY22, returning to 29% on mix. We see some margin risk from higher component costs and from STX shipping higher BOM cost 16TB platform into 10-14TB opportunities.
4. Modeling FY21 opex +3% Y/Y, we see some risk from post-COVID costs returning in merit, variable comp, travel, office.

## Conclusion – ST Positive, LT Neutral
Near-term STX appears to be continuing to outperform in an HDD market that is trending better than original forecasts. Feedback suggests STX is likely outperforming in surveillance as they continue to ramp a new platform, and in nearline and mission critical as they lead with 16TB and remain the only vendor shipping into Huawei. We are modeling F2Q/C4Q to the upper-half of STX guide and see further potential for upside should Oct./Nov. trends carry through Dec.

Medium/long-term we remain Neutral on STX. We see upside opportunities including (1) continued challenges for competitors at 16/18TB versus continued favorable STX feedback, and (2) potential for stronger and/or early nearline recovery considering the lack of visibility and continued strong cloud end demand trends; we see offsetting risks from (1) greater 16/18TB competition in 2021 (limited/none in 2020) and (2) some uncertainty around STX component pricing and supply. We remain Neutral looking for greater conviction in a stronger nearline recovery paired with greater industry ASP/margin discipline.

**Kevin Rottinghaus**
Kevin@EdgewaterRC.com
(216) 426-6272

**Sean Muir**
Sean@EdgewaterRC.com
(216) 426-6277

**Dennis Reed**
Dennis@EdgewaterRC.com
(216) 426-6279

Seagate_000047484

EDGEWATER RESEARCH

# WESTERN DIGITAL (WDC: $45.85 – NEUTRAL)

**Western Digital - Edgewater Estimates vs. Guidance & Consensus**

| | FY19 | FY20 | FY21E F1Q Sep. | F2QE Dec. | F3QE Mar. | F4QE Jun | FY21E | FY22E F1QE Sep. | F2QE Dec. | F3QE Mar. | F4QE Jun | FY22E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Edgewater Revs ($M) | $16,526 | $16,736 | 3,922 | 3,888 | 3,785 | 4,129 | 15,724 | 4,470 | 4,655 | 4,222 | 4,374 | 17,720 |
| Gross Margin | 31% | 27% | 26% | 25% | 26% | 28% | 26% | 29% | 29% | 31% | 31% | 30% |
| Edgewater EPS | $4.84 | $3.04 | $0.65 | $0.54 | $0.53 | $0.94 | $2.65 | $1.27 | $1.46 | $1.24 | $1.34 | $5.30 |
| *Guided Revs ($B)* | | | | *$3.75-3.95* | | | | | | | | |
| *Guide EPS* | | | | *$0.40-0.60* | | | | | | | | |
| *Cons. Revs ($M)* | | | | *$3,864* | *$3,838* | *$4,113* | *$15,753* | *$4,404* | *$4,663* | *$4,296* | *$4,440* | *$18,016* |
| *Cons. EPS* | | | | *$0.51* | *$0.62* | *$0.96* | *$2.75* | *$1.31* | *$1.70* | *$1.47* | *$1.60* | *$5.92* |
| **Key Model Assumptions** | | | | | | | | | | | | |
| HDD Units (M) | 120 | 106 | 23 | 24 | 22 | 21 | 90 | 21 | 20 | 19 | 19 | 80 |
| HDD ASPs | $72 | $84 | $80 | $79 | $86 | $92 | $84 | $96 | $100 | $102 | $100 | $100 |
| HDD Gross Margins | | 30% | 26% | 27% | 28% | 29% | 27% | 30% | 30% | 31% | 31% | 30% |
| Flash Revs ($M) | $7,823 | $7,769 | $2,078 | $1,974 | $1,895 | $2,179 | $8,127 | $2,463 | $2,635 | $2,240 | $2,464 | $9,802 |
| Flash Gross Margins | | 23% | 26% | 24% | 24% | 27% | 25% | 28% | 29% | 30% | 31% | 29% |
| *NAND Bits Q/Q* | *33%* | *33%* | *1%* | *5%* | *-5%* | *10%* | *20%* | *18%* | *15%* | *-15%* | *12%* | *32%* |
| *NAND ASPs Q/Q* | *-41%* | *-25%* | *-9%* | *-8%* | *-4%* | *2%* | *-15%* | *-2%* | *-2%* | *-2%* | *-2%* | *-7%* |

*Source: Edgewater Research estimates, FactSet, Western Digital*

**Key WDC Themes:**
1. WDC nearline build forecasts appear to have been trimmed for C4Q-C2Q21 with the largest changes to 16/18TB forecasts.
2. WDC 16/18TB appears seeing slow progress in yields and qualifications with challenges common in new platforms/technologies; builds still forecast to increase materially over next 2-3 quarters.
3. NAND pricing expected to remain challenged through C1Q21+ with client/enterprise SSDs forecast down ~10%+ Q/Q in C3Q/C4Q.

**Company Guidance/Long Term Model Highlights** *(issued 10/28/20)*
1. F2Q21 – Revs $3.75-3.95B, gross margin 24-26%, opex $680-700M, EPS $0.40-0.60.
2. F2Q21 – Zero sales to Huawei, had been mid/high single-digit percentage of sales.
3. Long-term target gross margin range 35-40%; op margins 20-25%.
4. F2Q21 COVID-19 costs guided to $30M, flat with $28M in F1Q21, down from peak $96M in F4Q20.
5. F2Q21 K1 Fab costs at $30M, down from $66M, and immaterial in F2H21.

**Key Model Assumptions**
1. Modeling ~700k 16/18TB shipments in F1Q (Sep'20), ~1.2M in F2Q, 2-3M in F3Q and 4M+ for F4Q21+.
2. Modeling HDD gross margins to see gradual, steady recovery to 30% by F4Q21 on 18TB yields, COVID cost roll-off.
3. Modeling NAND costs declining ~15% in FY21/FY22 plus tailwinds from K1 cost roll-offs, driving margins to 30%+ in mid-FY21.
4. FY21 non-GAAP opex down ~10% Y/Y, tax rate 24% for FY21.

**Conclusion – ST Neutral, LT Neutral**
Near-term we remain Neutral on WDC as feedback remains challenged on the NAND industry and WDC 16/18TB production.

We are Neutral on WDC medium/long-term. The transition to 16/18TB could provide a potential catalyst should the industry break the trend of price aggression at new high capacity transitions, and NAND is currently projected to recover in mid-CY21 assuming continued strong mobile demand. We had seen the roll-off of K1 and COVID costs as a potential CY21 catalyst; however, much of the expected tailwinds are guided to be realized in F2Q21, and we see some risk of costs turning again into a headwind as office/travel/merit expenses roll back into the model. We look for signs of an inflection in either NAND or 16/18TB nearline demand for turning more optimistic.

Kevin Rottinghaus
Kevin@EdgewaterRC.com
(216) 426-6272

Sean Muir
Sean@EdgewaterRC.com
(216) 426-6277

Dennis Reed
Dennis@EdgewaterRC.com
(216) 426-6279

CONFIDENTIAL

Seagate_000047485



## Enterprise & Surveillance – Nearline demand expected to pick up in C1H21

- Feedback projects a minor improvement in nearline demand in C4Q with demand improving primarily in lower/mid-capacity nearline drives. Cloud demand is notoriously unpredictable, but current forecasts project a steady rise in nearline demand back to ~17M by C4Q21 from our estimate of ~12.6M in C3Q20.
- Cloud nearline demand is viewed as remaining muted with a focus remaining on consumption. Enterprise demand has shown improvement in some pockets, particularly in China where some year-end spend is viewed as helping 4-10TB demand.
- STX appears more optimistic than WDC on the timing of a market rebound in projecting C1Q21 versus WDC appearing in the supply chain to be projecting an upturn starting in C2Q21. STX has also told customers their 16TB supply has tightened in C4Q and that they expect further tightening in early CY21. Feedback thus far has not pointed to any real shortages or supply issues for STX at 16TB or any other nearline capacities or vendors.
- China hyperscale demand is noted as muted following some pull-ins of demand from earlier in CY20. China nearline is projected to pick up likely sometime after Chinese New Year, likely in C2Q21.
- STX builds have remained robust for their 16TB platform, and feedback continues to note a willingness by STX to waterfall their 16TB platform down to 12TB and 14TB capacities as STX moves those platforms to EOL.
- WDC is noted as seeing continued difficulties in ramping their 16/18TB platform with component yields noted as remaining challenged. Feedback suggests builds were trimmed in C3Q, and have been trimmed again for C4Q20-C1H21 on slower industry demand and a more measured pace of expected qualifications and volumes into cloud/hyperscale.
- STX is viewed as shipping 18TB for sampling currently and we are projecting a ramp to >1M units likely by mid-CY21. Feedback is relatively more constructive on STX success in ramping 18TB than peers currently.
- STX still appears to be the lone vendor shipping to Huawei. Feedback suggests WDC and Toshiba have applied for licenses to ship to Huawei, but they have not yet been granted.
- Feedback suggests Toshiba may have qualified their 16TB and is shipping minimal volumes into multiple US hyperscale customers starting in C4Q. Toshiba is expected to be shipping at least minor amounts of volumes into all US cloud/hyperscale customers by early 2021. Production/yields for Toshiba at 16TB are viewed as tracking in-line with expectations.
- Despite these quals, Toshiba enterprise build forecasts are noted as having come under pressure throughout C4Q due to the inability to ship to Huawei. Toshiba nearline and mission critical build forecasts are stronger for C1Q21 on the assumption of approval.
- Surveillance was noted as showing upside in C3Q, and industry forecasts are increasing further for C4Q20 as well. STX appears to be benefitting the relative most due to gains with their new SMR-based platform, and STX surveillance build forecasts also appear to be moving higher near-term.

### Enterprise Hard Drive Shipment Estimates - NearLine/Business Critical (millions)

|  | CY17 | CY18 | CY19 | 1Q20 | 2Q20 | 3Q20 | 4Q20e | CY20e | 1Q21e | 2Q21e | 3Q21e | 4Q21e | CY21e | CY22e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WDC | 18.8 | 22.4 | 25.9 | 7.3 | 6.8 | 5.5 | 5.6 | 25.2 | 5.9 | 6.5 | 7.4 | 7.6 | 27.4 | 28.2 |
| % Share | 43.7% | 43.4% | 50.1% | 43.1% | 44.9% | 43.5% | 43.1% | 43.6% | 42.2% | 42.8% | 44.9% | 44.8% | 43.8% | 43.3% |
| STX | 19.5 | 24.0 | 19.6 | 7.8 | 7.4 | 5.5 | 5.7 | 26.4 | 6.0 | 6.5 | 6.8 | 7.0 | 26.2 | 27.8 |
| % Share | 45.3% | 46.6% | 37.9% | 45.7% | 48.9% | 43.8% | 43.9% | 45.7% | 42.8% | 42.7% | 41.2% | 41.1% | 41.9% | 42.7% |
| Toshiba | 4.7 | 5.2 | 6.2 | 1.9 | 0.9 | 1.6 | 1.7 | 6.1 | 2.1 | 2.2 | 2.3 | 2.4 | 9.0 | 9.1 |
| % Share | 10.9% | 10.1% | 12.1% | 11.2% | 6.2% | 12.7% | 13.1% | 10.6% | 15.0% | 14.5% | 14.0% | 14.1% | 14.4% | 14.0% |
| Total | 43.0 | 51.6 | 51.7 | 17.0 | 15.1 | 12.6 | 13.0 | 57.7 | 14.0 | 15.2 | 16.5 | 17.0 | 62.6 | 65.1 |

Source: Company Reports, Edgewater Research Estimates

### Enterprise Hard Drive Shipment Estimates - Mission Critical/Performance (millions)

|  | CY17 | CY18 | CY19 | 1Q20 | 2Q20 | 3Q20 | 4Q20e | CY20e | 1Q21e | 2Q21e | 3Q21e | 4Q21e | CY21e | CY22e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WDC | 6.1 | 4.4 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| % Share | 27.5% | 20.4% | 2.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| STX | 10.7 | 10.9 | 10.6 | 2.9 | 2.3 | 1.6 | 1.8 | 8.6 | 2.1 | 2.0 | 1.8 | 1.8 | 7.7 | 5.3 |
| % Share | 48.2% | 50.6% | 61.5% | 65.5% | 76.7% | 59.3% | 66.7% | 67.0% | 61.8% | 62.5% | 64.3% | 64.3% | 63.1% | 62.4% |
| Toshiba | 5.4 | 6.2 | 6.1 | 1.5 | 0.7 | 1.1 | 0.9 | 4.2 | 1.3 | 1.2 | 1.0 | 1.0 | 4.5 | 3.2 |
| % Share | 24.3% | 28.9% | 35.6% | 34.5% | 23.3% | 40.7% | 33.3% | 33.0% | 38.2% | 37.5% | 35.7% | 35.7% | 36.9% | 37.6% |
| Total | 22.2 | 21.5 | 17.2 | 4.4 | 3.0 | 2.7 | 2.7 | 12.8 | 3.4 | 3.2 | 2.8 | 2.8 | 12.2 | 8.5 |

Source: Company Reports, Edgewater Research Estimates

**Kevin Rottinghaus**
Kevin@EdgewaterRC.com
(216) 426-6272

**Sean Muir**
Sean@EdgewaterRC.com
(216) 426-6277

**Dennis Reed**
Dennis@EdgewaterRC.com
(216) 426-6279

CONFIDENTIAL

Seagate_000047486



## Client/Gaming/Other – Raising our TAM forecast on better client, surveillance, gaming, branded

- HDD shipments appeared be trending better than originally expected for C4Q. We are raising our shipment TAM forecast to 65-68M with some forecasts as strong as 70M units.
- Our C1Q21/F3Q21 shipment TAM estimate is similarly increased by 2-4M to ~63M. The bias to estimates still appears higher near-term with some client backlog expected to spill over into early 2021 as component constraints limit builds.
- Supply in 2.5" and 3.5" HDDs is noted as remaining tight in Nov. with upside to emerging market PC demand noted as the primary driver. Toshiba is noted as also noted seeing additional upside to PS4 orders, further constraining their 2.5" supply.
- MSFT O/S royalty programs are viewed as likely to change in early 2021 to further discourage high capacity on-board PC storage. Feedback suggests the O/S royalty averages ~$70, but may increase by 10-15% for 1TB and see a further increase at 2TB.

### HDD Shipments by Vendor (in millions)

|  | CY17 | CY18 | CY19 | 1Q20 | 2Q20 | 3Q20 | 4Q20e | CY20e | 1Q21e | 2Q21e | 3Q21e | 4Q21e | CY21e | 1Q22e | 2Q22e | 3Q22e | 4Q22e | CY22e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WDC | 163 | 140 | 114 | 24 | 23 | 23 | 24 | 95 | 22 | 21 | 21 | 20 | 83 | 19 | 19 | 19 | 19 | 76 |
| STX | 148 | 151 | 129 | 29 | 26 | 26 | 28 | 109 | 27 | 25 | 23 | 23 | 97 | 22 | 22 | 23 | 23 | 89 |
| Toshiba | 93 | 86 | 74 | 14 | 10 | 14 | 14 | 52 | 15 | 14 | 13 | 13 | 53 | 11 | 11 | 12 | 12 | 45 |
| **Total** | **404** | **376** | **318** | **68** | **59** | **63** | **67** | **256** | **63** | **59** | **56** | **55** | **233** | **52** | **52** | **53** | **53** | **210** |
| Y/Y | -5% | -7% | -15% | -13% | -25% | -24% | -15% | -19% | -7% | 1% | -12% | -17% | -9% | -17% | -12% | -5% | -4% | -10% |

Source: Company Reports, Edgewater Research Estimates

## Costs & Pricing – HDD pricing limited change, we see component/input costs as potential 2021 headwind

- HDD pricing is viewed as seeing limited change with vendors noting better overall demand and limited/no elasticity in other segments.
- High capacity pricing is expected to see only mild declines until 18TB begins to ramp in greater volumes. Thus far WDC is noted as maintaining a significant premium (as much as 10-15%) on their 16TB, and the premium is noted as discouraging some qualifications.
- WDC has alluded that HDD companies are underearning on nearline drives in prior quarters and more recently. We would find it very encouraging if WDC maintained their price premium requests at 18TB even as they and competitors bring volumes to market.
- Similar to our last several updates, feedback continues to point to motors as the largest battleground in component pricing. Feedback suggests STX ceased ordering from Nidec in C3Q, and hasn't ordered in C4Q either. STX appears to be planning to shift orders entirely to a secondary motor supplier for CY21 due to price increases Nidec enacted earlier in CY20. We have not seen similar moves from Toshiba or WDC thus far, they instead appear to have worked out acceptable levels of price increases on motors.
- The supply chain remains mixed on how successful STX will be in moving away from Nidec. There remain multiple questions on whether another motor supplier will have the IP/technology, capacity, and desire to ramp HDD motors at the volumes and pricing STX is requesting.
- We believe STX is likely working through some component and finished goods inventory built up earlier in CY20 and expect they will likely look to transition to a new motor supplier in early CY21. Assuming the transition is successful, there may be some opportunity for STX to see some mild margin tailwinds potentially from lower prices on what we believe is generally the most expensive externally sourced part of the HDD BOM.
- Feedback suggests Nidec has already taken action to right size their HDD motor business under the assumption they won't be working with STX in the future. We see as making it increasingly unlikely the STX/Nidec relationship could be repaired near-term.
- Beyond increased motor costs, feedback suggests glass substrate pricing was also increased on client (2.5") drives earlier in CY20. Feedback also suggests some component suppliers who had shifted to ocean-based shipping may be forced to move to airfreight due to HDD demand outstripping available supply. We believe this could represent a mild incremental cost/margin pressure to STX/WDC.

Kevin Rottinghaus
Kevin@EdgewaterRC.com
(216) 426-6272

Sean Muir
Sean@EdgewaterRC.com
(216) 426-6277

Dennis Reed
Dennis@EdgewaterRC.com
(216) 426-6279

CONFIDENTIAL

 **EDGEWATER** RESEARCH

**Hard Disk Drive (HDD) - Client 2.5" & 3.5" HDD Pricing Forecasts**

| 2.5" Client HDDs | 1Q20 | Q/Q | 2Q20 | Q/Q | 3Q20 | Q/Q | 4Q20 | Q/Q | 1Q21e | Q/Q | 2Q21e | Q/Q | 3Q21e | Q/Q | 4Q21e | Q/Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 500GB CMR (1disk) | $ 33.2 | 0.0% | $ 35.0 | 5.3% | $ 33.2 | -5.2% | $ 33.1 | -0.2% | $ 33.1 | 0.0% | $ 33.2 | 0.2% | $ 33.3 | 0.3% | $ 33.4 | 0.5% |
| 1TB SMR (1disk) | $ 33.7 | -0.7% | $ 35.5 | 5.2% | $ 33.7 | -5.1% | $ 33.3 | -1.0% | $ 33.1 | -0.6% | $ 33.0 | -0.3% | $ 33.0 | -0.2% | $ 33.0 | 0.0% |
| 2TB SMR (2disk) | $ 50.5 | -2.4% | $ 52.8 | 4.5% | $ 50.5 | -4.3% | $ 50.0 | -1.0% | $ 49.6 | -0.8% | $ 49.3 | -0.7% | $ 49.0 | -0.5% | $ 48.8 | -0.5% |

| 3.5" Client HDDs | 1Q20 | Q/Q | 2Q20 | Q/Q | 3Q20 | Q/Q | 4Q20 | Q/Q | 1Q21e | Q/Q | 2Q21e | Q/Q | 3Q21e | Q/Q | 4Q21e | Q/Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 500GB CMR (1disk) | $ 34.0 | 0.4% | $ 35.8 | 5.1% | $ 34.0 | -5.0% | $ 34.0 | 0.0% | $ 34.0 | 0.0% | $ 34.2 | 0.6% | $ 34.4 | 0.6% | $ 34.6 | 0.6% |
| 1TB CMR (1disk) | $ 33.7 | -0.3% | $ 35.4 | 5.2% | $ 33.6 | -5.1% | $ 33.3 | -1.0% | $ 33.1 | -0.6% | $ 33.0 | -0.3% | $ 32.9 | -0.2% | $ 32.9 | 0.0% |
| 2TB SMR (1disk) | $ 44.0 | -2.2% | $ 46.3 | 5.1% | $ 44.0 | -4.9% | $ 43.5 | -1.1% | $ 43.1 | -0.9% | $ 42.9 | -0.6% | $ 42.7 | -0.5% | $ 42.5 | -0.4% |

*Source: Edgewater Research Estimates*

**Client Solid State Drive (SSD) Average Price Forecasts**

| Client SSDs | 1Q20 | Q/Q | 2Q20 | Q/Q | 3Q20 | Q/Q | 4Q20 | Q/Q | 1Q21e | Q/Q | 2Q21e | Q/Q | 3Q21e | Q/Q | 4Q21e | Q/Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 128GB SATA | $27.0 | 13.7% | $29.0 | 7.4% | $27.5 | -5.2% | $24.8 | -10.0% | $23.8 | -4.0% | $23.8 | 0.0% | $25.5 | 7.4% | $27.0 | 5.9% |
| 256GB SATA | $35.0 | 12.9% | $37.3 | 6.4% | $35.3 | -5.4% | $31.5 | -10.6% | $30.0 | -4.8% | $29.8 | -0.8% | $31.8 | 6.7% | $33.5 | 5.5% |
| 512GB SATA | $60.5 | 11.0% | $64.0 | 5.8% | $59.5 | -7.0% | $53.0 | -10.9% | $50.0 | -5.7% | $49.5 | -1.0% | $52.5 | 6.1% | $55.3 | 5.2% |
| 128GB vPCIe (TLC) | $27.0 | 12.5% | $29.0 | 7.4% | $27.5 | -5.2% | $24.8 | -10.0% | $23.8 | -4.0% | $23.8 | 0.0% | $25.5 | 7.4% | $27.0 | 5.9% |
| 256GB vPCIe (TLC) | $35.0 | 11.1% | $37.3 | 6.4% | $35.3 | -5.4% | $31.5 | -10.6% | $30.0 | -4.8% | $29.8 | -0.8% | $31.8 | 6.7% | $33.5 | 5.5% |
| 512GB vPCIe (TLC) | $60.5 | 10.0% | $64.0 | 5.8% | $59.5 | -7.0% | $53.0 | -10.9% | $50.0 | -5.7% | $49.5 | -1.0% | $52.5 | 6.1% | $55.3 | 5.2% |
| 1TB vPCIe (TLC) | $109.0 | 9.0% | $115.0 | 5.5% | $107.5 | -6.5% | $95.0 | -11.6% | $89.0 | -6.3% | $88.0 | -1.1% | $93.0 | 5.7% | $97.5 | 4.8% |
| 512GB vPCIe (QLC) | $57.0 | 15.2% | $63.0 | 10.5% | $59.0 | -6.3% | $50.0 | -15.3% | $48.0 | -4.0% | $47.0 | -2.1% | $49.0 | 4.3% | $51.0 | 4.1% |
| 1TB vPCIe (QLC) | $106.0 | 14.0% | $115.0 | 8.5% | $106.0 | -7.8% | $90.0 | -15.1% | $85.0 | -5.6% | $83.0 | -2.4% | $87.0 | 4.8% | $91.0 | 4.6% |
| 256GB pPCIe (TLC) | $37.0 | 12.1% | $40.0 | 8.1% | $37.0 | -7.5% | $34.0 | -8.1% | $32.5 | -4.4% | $32.3 | -0.8% | $34.5 | 7.0% | $36.3 | 5.1% |
| 512GB pPCIe (TLC) | $64.5 | 11.2% | $69.5 | 7.8% | $63.5 | -8.6% | $57.5 | -9.4% | $54.5 | -5.2% | $54.3 | -0.5% | $57.5 | 6.0% | $60.3 | 4.8% |
| 1TB pPCIe (TLC) | $117.0 | 10.4% | $125.0 | 6.8% | $114.0 | -8.8% | $102.0 | -10.5% | $96.0 | -5.9% | $97.0 | 1.0% | $102.0 | 5.2% | $106.5 | 4.4% |

*Source: Edgewater Research Estimates*

**Hard Disk Drive (HDD) - Enterprise SATA NearLine Price Forecasts\***

| Nearline HDDs | 3Q20 | 4Q20 | 1Q21e | Q/Q | ASP/GB | 2Q21e | Q/Q | ASP/GB | 3Q21e | Q/Q | ASP/GB | 4Q21e | Q/Q | ASP/GB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4TB Air (higher volumes) | $ 93 | $ 93 | $ 92 | -0.3% | $0.023 | $ 92 | -0.3% | $0.023 | $ 92 | 0.0% | $0.023 | $ 92 | 0.0% | $0.023 |
| 4TB Air (lower volumes) | $ 117 | $ 116 | $ 114 | -1.3% | $0.029 | $ 113 | -0.9% | $0.028 | $ 113 | -0.4% | $0.028 | $ 112 | -0.4% | $0.028 |
| 6TB Air (higher volumes) | $ 123 | $ 122 | $ 122 | -0.4% | $0.020 | $ 121 | -0.4% | $0.020 | $ 121 | -0.2% | $0.020 | $ 121 | -0.2% | $0.020 |
| 6TB Air (lower volumes) | $ 141 | $ 139 | $ 137 | -1.4% | $0.023 | $ 136 | -1.1% | $0.023 | $ 135 | -0.7% | $0.022 | $ 134 | -0.7% | $0.022 |
| 8TB Air (higher volumes) | $ 141 | $ 139 | $ 138 | -0.7% | $0.017 | $ 137 | -0.7% | $0.017 | $ 136 | -0.5% | $0.017 | $ 136 | -0.6% | $0.017 |
| 8TB Air (lower volumes) | $ 158 | $ 155 | $ 152 | -1.9% | $0.019 | $ 150 | -1.3% | $0.019 | $ 148 | -1.3% | $0.019 | $ 147 | -0.7% | $0.018 |
| 10TB He (CSP volumes) | $ 166 | $ 166 | $ 166 | 0.0% | $0.017 | $ 166 | 0.0% | $0.017 | $ 166 | 0.0% | $0.017 | $ 166 | 0.0% | $0.017 |
| 10TB He (average volumes) | $ 186 | $ 185 | $ 184 | -0.5% | $0.018 | $ 183 | -0.5% | $0.018 | $ 183 | -0.3% | $0.018 | $ 183 | 0.0% | $0.018 |
| 10TB He (lower volumes) | $ 202 | $ 200 | $ 198 | -1.0% | $0.020 | $ 197 | -0.8% | $0.020 | $ 196 | -0.5% | $0.020 | $ 195 | -0.3% | $0.020 |
| 12TB He (CSP volumes) | $ 185 | $ 184 | $ 184 | 0.0% | $0.015 | $ 184 | 0.0% | $0.015 | $ 184 | 0.0% | $0.015 | $ 184 | 0.0% | $0.015 |
| 12TB He (average volumes) | $ 203 | $ 200 | $ 198 | -1.0% | $0.017 | $ 197 | -0.5% | $0.016 | $ 196 | -0.5% | $0.016 | $ 196 | 0.0% | $0.016 |
| 12TB Helium (lower volumes) | $ 235 | $ 232 | $ 229 | -1.3% | $0.019 | $ 226 | -1.3% | $0.019 | $ 224 | -0.9% | $0.019 | $ 223 | -0.4% | $0.019 |
| 14TB He (CSP volumes) | $ 185 | $ 183 | $ 182 | -0.5% | $0.013 | $ 182 | -0.3% | $0.013 | $ 182 | 0.0% | $0.013 | $ 182 | 0.0% | $0.013 |
| 14TB He (average volumes) | $ 215 | $ 210 | $ 207 | -1.4% | $0.015 | $ 205 | -1.0% | $0.015 | $ 203 | -1.0% | $0.015 | $ 202 | -0.7% | $0.014 |
| 14TB He (lower volumes) | $ 245 | $ 235 | $ 228 | -3.0% | $0.016 | $ 223 | -2.2% | $0.016 | $ 219 | -1.8% | $0.016 | $ 216 | -1.4% | $0.015 |
| 16TB He (CSP volumes) | $ 204 | $ 199 | $ 195 | -2.0% | $0.012 | $ 192 | -1.5% | $0.012 | $ 189 | -1.6% | $0.012 | $ 187 | -1.1% | $0.012 |
| 16TB He (average volumes) | $ 238 | $ 230 | $ 223 | -3.0% | $0.014 | $ 218 | -2.2% | $0.014 | $ 215 | -1.4% | $0.013 | $ 212 | -1.4% | $0.013 |
| 16TB He (lower volumes) | $ 275 | $ 262 | $ 253 | -3.4% | $0.016 | $ 244 | -3.6% | $0.015 | $ 237 | -2.9% | $0.015 | $ 231 | -2.5% | $0.014 |
| 18TB He (CSP volumes) | $ 270 | $ 245 | $ 230 | -6.1% | $0.013 | $ 220 | -4.3% | $0.012 | $ 210 | -4.5% | $0.012 | $ 205 | -2.4% | $0.011 |
| 18TB He (average volumes) | - | $ 285 | $ 270 | -5.3% | $0.015 | $ 255 | -5.6% | $0.014 | $ 240 | -5.9% | $0.013 | $ 230 | -4.2% | $0.013 |
| 18TB He (lower volumes) | - | - | - | - | - | $ 290 | - | $0.016 | $ 265 | -8.6% | $0.015 | $ 250 | -5.7% | $0.014 |

*Source: Edgewater Research Estimates; reflecting our blended avg. low/high pricng across OEMs, hyperscale, & channel pricing. \* CSP volume reflect largest volume orders*

Kevin Rottinghaus
Kevin@EdgewaterRC.com
(216) 426-6272

Sean Muir
Sean@EdgewaterRC.com
(216) 426-6277

Dennis Reed
Dennis@EdgewaterRC.com
(216) 426-6279

Seagate_000047488



# APPENDIX

## Companies Mentioned

SEAGATE (STX: $58.48 – NEUTRAL)
WESTERN DIGITAL (WDC: $45.85 – NEUTRAL)
ADVANCED MICRO DEVICES (AMD: $87.19 – NEUTRAL)
INTEL (INTC: $47.45 – NEUTRAL)
AMAZON (AMZN: $3,195.34 – OUTPERFORM)
FACEBOOK (FB: $277.81 – NEUTRAL)
ALPHABET (GOOGL: $1,787.02 – NOT RATED)
MICROSOFT (MSFT: $215.23 – NOT RATED)
HEWLETT-PACKARD, INC. (HPQ: $22.27 - NOT RATED)
DELL TECHNOLOGIES (DELL: $69.82 - NOT RATED)
SONY CORPORATION (SNE:  $94.07 – NOT RATED)

*Important Disclosures*
*Outperform: The stock's return is expected to exceed the market due to superior fundamentals and positive catalysts.*
*Neutral:  The stock is expected to be in line with the market due to full valuation and/or lack of catalysts.*
*Underperform: The stock's total return is expected to underperform the market due to weak fundamentals and a lack of catalysts.*
*Valuation & Risk: Price targets are established by various valuation methods.  Price targets are not established for every stock.  The effectiveness of the price target may be affected by various outside factors.*
*I, Kevin Rottinghaus, Sean Muir, and Dennis Reed, hereby certify that the views expressed in this research report accurately reflect my personal views about any or all of the subject securities referred to in this research report.  I certify that no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this research report.  The analyst(s) responsible for the preparation of this report have no ownership stake in this company. Edgewater Research Company provides no investment banking services on this or any company.*
*Proprietary research and information contained within which forms the basis for findings or opinions expressed by Edgewater Research Company may be used by Edgewater Research Company for other purposes in the course of compensated consulting and other services rendered to third parties.*
*The information transmitted by this email is intended solely for the person or entity to which it is addressed. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and remove the material from all computers.*

**Kevin Rottinghaus**
Kevin@EdgewaterRC.com
(216) 426-6272

**Sean Muir**
Sean@EdgewaterRC.com
(216) 426-6277

**Dennis Reed**
Dennis@EdgewaterRC.com
(216) 426-6279