# EXHIBIT 5

**EDGEWATER** RESEARCH

January 20, 2021

# SEAGATE (STX: $61.22 – NEUTRAL)
# WESTERN DIGITAL (WDC: $51.99 – NEUTRAL)

*Important disclosures can be found in the appendix.*

## STX/WDC: HDD TAM Finished at High-End of Raised Tgts, Nearline Better for C4Q/C1Q With STX Primary Beneficiary

*\* Other companies mentioned: AMD, DELL, HPQ, INTC, MSFT, Acer, Huawei, Lenovo, Minebea, Nidec, Toshiba*

### Key Themes From our Research:
1. Nearline TAM appeared to finish better for C4Q & raised for C1Q on AMZN/GOOGL & enterprise upside; STX appeared primary beneficiary with WDC further trimming builds, esp. at 16/18TB.
2. STX 18TB feedback remains more constructive than WDC; we see STX likely maintaining leadership at 18TB through 2021.
3. Toshiba viewed as likely more competitive in C1H21 with 16TB quals in US CSPs & in surveillance with key China OEMs.
4. C4Q20 TAM appeared to finish at high-end of our raised est. at ~68M vs. orig. ~63-65M.  C1Q21 TAM raised by 2-3M to 65-66M.

### Other Key HDD/Storage Points:
5. Nearline build est. – **16/18/20TB** C4Q20-C2Q21: STX 4.2M, 5M, 6M; WDC 1.8M, 2.4M, 5M; Tosh 600k, 800k, 1.1M.
6. Nearline build est. – **12/14TB** C4Q20-C2Q21: STX 600k, 50k, 0k; WDC 2.8M, 2.8M, 1M; Tosh 400k, 600k, 300k.
7. China enterprise demand finished better in C4Q on budget flush & targets raised for C1Q21 server/datacenter shipments.
8. WDC 16/18TB build forecasts appeared reduced again for C4Q following trimming in C3Q; builds reduced through C1Q21.
9. WDC 16/18TB quals to date appear primarily focused on 16TB; STX 18TB feedback constructive targeting 1M+ builds in C2Q21.
10. WDC appears more focused on air-based nearline drives & raising 14TB builds for C1Q21 as they work through 16/18TB quals.
11. STX noted as pushing their 9-disk 16TB platform for quals from 10TB-18TB.
12. Toshiba noted as targeting growing nearline builds from ~2-2.5M in C1Q21 to 3.5-4M in C4Q21.
13. GOOGL still viewed as likely 1st major cust. to qual WDC 18TB, but pushed out until at least late C1Q/early C2Q from early C4Q20.
14. STX viewed as likely already qual at least one US cloud customer at 18TB with broader 18TB ramp starting C2Q21.
15. Toshiba est. ramping with 16TB to 200k+ each with two major US Cloud customers in C1Q21 & qualified with multiple others.
16. Client 2.5" & 3.5" build forecasts and overall HDD TAM forecast to sub-seasonal unit decline in C2Q21 off stronger C3Q20-C1Q21.
17. Surveillance HDD market appeared continue to trend better in C4Q with STX primary beneficiary; Toshiba expected to be more competitive in C1H21 after qualifying new solution late in 2020.
18. WDC noted as making significant cancellations to eMMC orders due to controller shortages; WDC controllers noted as 5-6 month lead times out from ~3; Hynix also noted as cutting orders on controller shortages
19. PC builds still constrained by panel & analog shortages; OEMs appear to be increasing HDD/SSD/other orders to build inventory.

### Conclusions  - *See models, estimates & full conclusions on pg. 2 & 3*
**STX** – ST Positive, Increasingly likely to lead in high cap thru C1H21+; LT Neutral as peers eventually more competitive in high cap.
**WDC** – ST Neutral, Better industry offsets soft execution; LT Neutral looking for improvement in WDC high-cap HDDs and flash.

**Kevin Rottinghaus**
Kevin@EdgewaterRC.com
(216) 426-6272

**Sean Muir**
Sean@EdgewaterRC.com
(216) 426-6277

**Dennis Reed**
Dennis@EdgewaterRC.com
(216) 426-6279

CONFIDENTIAL

**E**DGEWATER RESEARCH

# SEAGATE (STX: $61.22 – NEUTRAL)

**Seagate - Edgewater Estimates vs. Guidance & Consensus**

| | FY19 | FY20 | F1Q Sep. | F2QE Dec. | F3QE Mar. | F4QE Jun | FY21E | F1QE Sep. | F2QE Dec. | F3QE Mar. | F4QE Jun | FY22E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **FY21E** | | | | | **FY22E** | | |
| Edgewater Revs ($M) | $10,390 | $10,510 | $2,314 | $2,651 | $2,662 | $2,652 | $10,279 | $2,623 | $2,680 | $2,620 | $2,579 | $10,501 |
| Gross Margin | 29% | 28% | 27% | 27% | 28% | 29% | 28% | 29% | 29% | 29% | 29% | 29% |
| Edgewater EPS | $4.77 | $4.96 | $0.93 | $1.25 | $1.35 | $1.37 | $4.91 | $1.35 | $1.45 | $1.35 | $1.31 | $5.45 |
| *Guided Revs ($M)* | | | | *$2,550* | | | | | | | | |
| *Guide EPS* | | | | *$1.10* | | | | | | | | |
| *Cons. Revs ($M)* | | | | *$2,561* | *$2,636* | *$2,744* | *$10,284* | *$2,636* | *$2,678* | *$2,639* | *$2,669* | *$10,653* |
| *Cons. EPS* | | | | *$1.13* | *$1.29* | *$1.45* | *$4.84* | *$1.36* | *$1.40* | *$1.34* | *$1.38* | *$5.50* |
| **Key Model Assumptions** | | | | | | | | | | | | |
| HDD Units (M) | 139 | 122 | 26 | 29 | 27 | 25 | 107 | 24 | 24 | 23 | 23 | 94 |
| HDD ASPs | $69 | $80 | $82 | $86 | $92 | $97 | $89 | $101 | $105 | $106 | $105 | $104 |

*Source: Edgewater Research estimates, FactSet, Seagate*

**Key STX Themes:**
1. Raising our STX revenue, EPS and nearline and total HDD shipments for C4Q20 & C1Q21.
2. STX 16TB build forecasts remain robust & STX appears poised to potentially lead in 18TB transition with 1M+/q starting C2Q21.
3. We continue to believe some 16TB builds (est. 4M/q) are likely waterfalled to 12-14TB which could limit margin appreciation.
4. Toshiba may add incremental competitive pressure as they qualify with Cloud at 16TB and in surveillance with SMR solutions.
5. <mark>STX noted as only vendor shipping to Huawei in C2H20;</mark> potential headwinds from stopping shipments or Toshiba & WDC starting.

**Company Guidance Highlights** *(issued 10/22/20)*
1. F2Q21 revs $2.55B mid-pt. (+/- $200M); EPS mid-pt. $1.10 (+/- $0.15); FY21 revenues flattish Y/Y.
2. F1Q21 gross margins were hit ~110bps by COVID costs (~130bps in F4Q20), costs expected to wane in F2H21.
3. Expect Cloud demand to improve Q/Q in Dec'20/F2Q21 and Q/Q throughout FY21.

**Key Model Assumptions**
1. Raising our F2Q21/Dec. revenue to the upper half and EPS to the high-end of guide on nearline, surveillance, overall TAM strength.
2. Assuming STX maintains leadership in 16/18TB, nearline near 60% of total revs by F4Q21 & >60% for FY22.
3. Modeling FY21 revs -2% Y/Y vs. STX flat guide assuming nearline & mission critical units up Q/Q through F4Q21, offset by sharp decline in PC, branded/channel.
4. Modeling gross margin back to 29% in FY22 on nearline mix. We see some risk from STX waterfalling 16TB & component costs.
5. Modeling FY21 opex +3-4% Y/Y, we see some risk from post-COVID costs returning in merit, variable comp, travel, office.

**Conclusion – ST Positive, LT Neutral**
Near-term STX appears to be continuing to outperform in an HDD market that is trending better than original forecasts. Feedback suggests STX is likely outperformed in C4Q in surveillance as they continue to ramp a new platform, and in nearline and mission critical as they lead with 16TB and remain the only vendor shipping into Huawei. We are modeling result to the high-end of guidance and expect a positive call/guide including a reiteration of flattish revenues for FY21 and Q/Q nearline/cloud growth throughout FY21.

Medium/long-term we remain Neutral on STX. Tailwinds for C1H21 in our research we see from continued WDC execution challenges, a pickup in on-prem enterprise and cloud spend, and STX potentially leading at 18TB. Headwinds we see primarily from Toshiba competition, potentially WDC competition increasing by C2Q21, and an expected decline in the HDD TAM. STX has already set expectations high for flattish revenues, and we remain concerned on margins/mix over the medium/long-term as competitors eventually ramp into 16/18TB and as STX navigates changing component landscape. We remain Neutral looking for greater conviction in a stronger nearline recovery paired with greater industry ASP/margin discipline.

**Kevin Rottinghaus**
Kevin@EdgewaterRC.com
(216) 426-6272

**Sean Muir**
Sean@EdgewaterRC.com
(216) 426-6277

**Dennis Reed**
Dennis@EdgewaterRC.com
(216) 426-6279

CONFIDENTIAL

# EDGEWATER RESEARCH

## WESTERN DIGITAL (WDC: $51.99 – NEUTRAL)

**Western Digital - Edgewater Estimates vs. Guidance & Consensus**

| | FY19 | FY20 | F1Q Sep. | F2QE Dec. | F3QE Mar. | F4QE Jun | FY21E | F1QE Sep. | F2QE Dec. | F3QE Mar. | F4QE Jun | FY22E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | FY21E | | | | | FY22E | | |
| Edgewater Revs ($M) | $16,526 | $16,736 | 3,922 | 3,926 | 3,858 | 4,095 | 15,802 | 4,405 | 4,762 | 4,225 | 4,348 | 17,741 |
| Gross Margin | 31% | 27% | 26% | 26% | 26% | 27% | 26% | 29% | 31% | 32% | 33% | 31% |
| Edgewater EPS | $4.84 | $3.04 | $0.65 | $0.61 | $0.60 | $0.80 | $2.66 | $1.25 | $1.66 | $1.34 | $1.49 | $5.74 |
| *Guided Revs ($B)* | | | | $3.75-3.95 | | | | | | | | |
| *Guide EPS* | | | | $0.40-0.60 | | | | | | | | |
| *Cons. Revs ($M)* | | | | $3,873 | $3,855 | $4,138 | $15,801 | $4,416 | $4,642 | $4,326 | $4,477 | $18,069 |
| *Cons. EPS* | | | | $0.52 | $0.63 | $0.97 | $2.76 | $1.34 | $1.71 | $1.49 | $1.63 | $6.03 |
| **Key Model Assumptions** | | | | | | | | | | | | |
| HDD Units (M) | 120 | 106 | 23 | 24 | 24 | 22 | 93 | 20 | 20 | 19 | 19 | 78 |
| HDD ASPs | $72 | $84 | $80 | $79 | $81 | $86 | $81 | $92 | $95 | $95 | $92 | $94 |
| HDD Gross Margins | | 30% | 26% | 27% | 27% | 28% | 27% | 28% | 29% | 29% | 29% | 29% |
| Flash Revs ($M) | $7,823 | $7,769 | $2,078 | $1,995 | $1,955 | $2,190 | $8,217 | $2,518 | $2,845 | $2,419 | $2,612 | $10,394 |
| Flash Gross Margins | | 23% | 26% | 24% | 26% | 27% | 26% | 31% | 32% | 35% | 36% | 33% |
| *NAND Bits Q/Q* | *33%* | *33%* | *1%* | *4%* | *0%* | *10%* | *22%* | *13%* | *15%* | *-15%* | *10%* | *29%* |
| *NAND ASPs Q/Q* | *-41%* | *-25%* | *-9%* | *-7%* | *0%* | *2%* | *-12%* | *2%* | *-2%* | *0%* | *-2%* | *0%* |

*Source: Edgewater Research estimates, FactSet, Western Digital*

**Key WDC Themes:**
1. We expect continued pressure on WDC HDD gross margins on soft mix, 16/18TB challenges; better NAND pricing/bits as offset.
2. WDC nearline builds appeared to be trimmed again late in C4Q for C4Q20-C2Q21 with sharp revisions to 16/18TB forecasts.
3. WDC 18TB quals with US CSPs appear pushed out to late C1Q or early C2Q21 or beyond, yield/head issues continue to be blamed.
4. Expecting strong NAND bit shipments & likely better pricing on retail upside, NAND industry pricing reads improving.
5. WDC controllers appear in shortage with some customers noting WDC decommitting on eMMC and SSDs for C1Q21, could be revenue headwind carrying into C2Q21.

**Company Guidance/Long Term Model Highlights** *(issued 10/28/20)*
1. F2Q21 – Revs $3.75-3.95B, gross margin 24-26%, opex $680-700M, EPS $0.40-0.60; Huawei to zero from mid/high-single digit.
2. F2Q21 COVID-19 costs guided to $30M, flat with $28M in F1Q21, down from peak $96M in F4Q20.
3. F2Q21 K1 Fab costs at $30M, down from $66M, and immaterial in F2H21.

**Key Model Assumptions**
1. NAND costs flattish/down slightly in F3Q/F4Q on rising controller/foundry costs offset by K1 cost roll-off & BiCS5 transition.
2. Modeling ~1M 16/18TB shipments in F2Q, ~1.5M in F3Q and ~4M for F4Q21+; we believe WDC is lagging this pace currently.
3. HDD gross margins to see mild improvement to 27.5% in F4Q21 on COVID cost roll-off.
4. FY21 non-GAAP opex down ~9% Y/Y, tax rate 23-24% for FY21.

**Conclusion – ST Neutral, LT Neutral**
Near-term we remain Neutral on WDC as industry upside to HDD units and flash bits/pricing offsets continued cautious channel feedback on WDC 16/18TB and flash execution.

We are Neutral on WDC medium/long-term. Feedback on WDC relative performance in HDDs and NAND leaves us cautious; however, NAND fundamentals appear unlikely to get much worse (although the pace of the improvement may prove slower than our model), and cloud spend does appear poised to improve near/medium-term which should provide some ASP/mix opportunity. We look for improving signs of WDC execution to pair with potential improved industry fundamentals to turn more medium-term optimistic.

**Kevin Rottinghaus**
Kevin@EdgewaterRC.com
(216) 426-6272

**Sean Muir**
Sean@EdgewaterRC.com
(216) 426-6277

**Dennis Reed**
Dennis@EdgewaterRC.com
(216) 426-6279

CONFIDENTIAL

Seagate_000068054

 EDGEWATER RESEARCH

## Enterprise & Surveillance – Nearline demand finished better in C4Q, forecasts raised for C1Q

- Feedback suggests nearline demand continued to improve in Dec., leaving C4Q shipments ahead of original expectations. Our nearline shipment estimate for C4Q increased to ~14M from our original forecast of ~13M at the start of C4Q.
- Demand was noted as better from some US CSPs as well as improved in the US and China enterprise market.
- Forecasts project a continued pickup in demand, particularly from cloud, driving nearline units to 15M in C1Q21 and ~16M in C2Q21.
- China hyperscale demand is noted as muted in C4Q and into early 2021 following some demand pull-in to C3Q from later in 2020. China nearline is projected to pick up likely sometime after Chinese New Year, likely in C2Q21.
- STX appears to be seeing more of the upside to nearline demand than WDC or Toshiba. Feedback suggest STX has maintained a strong leadership position in the highest capacity nearline drives with their 16TB remaining the dominant high-capacity drive. WDC appears to be continuing to face challenges with 16/18TB ramp, and Toshiba is supply/capacity limited as they begin to ramp quals of their 14/16TB.
- STX (and WDC to a lesser degree) appear to be continuing to build ahead of demand in anticipation of a further pickup in high-capacity demand and concerns over back-end testing capacity, particularly for helium drives. Feedback thus far has not pointed to any real shortages or supply issues for STX or WDC.
- STX builds have remained robust for their 16TB platform, and feedback continues to note a willingness by STX to waterfall their 16TB platform down to 12TB and 14TB capacities as STX moves those platforms to EOL.
- WDC is noted as again cutting their builds of their 16/18TB platform with component yields noted as remaining challenged and qualifications delayed. Feedback suggested WDC trimmed 16/18TB builds in C3Q and did again at least once in C4Q for both C4Q and into C1H21.
- Feedback remains more constructive on STX 18TB from a yields and performance standpoint. STX is viewed as shipping 18TB for sampling currently and we are projecting a ramp to >1M/q in C2Q21/F4Q21. HDD performance thus far has been noted as better for STX at 18TB, and feedback suggests at least one major hyperscale customer may have qualified STX 18TB even before WDC's.
- Feedback suggests STX is still targeting sampling a 20TB air-based drive in 2021 and a 22TB in 2022 with both at 10 disk. STX HAMR is still expected to ramp in 2023 and become their primary high-capacity volume technology in 2024+.
- Feedback suggests Toshiba qualified their 16TB into multiple US hyperscale customers in C4Q and will ramp into more material volumes (500k+) in total across these vendors in C1Q21. We see the Toshiba ramp as a headwind for STX, offset the slower ramp from WDC.
- Surveillance was noted as showing upside from C3Q, carrying over into C4Q as well. STX appeared to benefit the relative most in C2H20 due to gains with their new SMR-based platform; Toshiba appears to have recently qualified their high-capacity drives in surveillance which could add some pressure to STX in C1H21.

**Enterprise Hard Drive Shipment Estimates - NearLine/Business Critical (millions)**

|  | CY17 | CY18 | CY19 | 1Q20 | 2Q20 | 3Q20 | 4Q20e | CY20e | 1Q21e | 2Q21e | 3Q21e | 4Q21e | CY21e | CY22e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WDC | 18.8 | 22.4 | 25.9 | 7.3 | 6.8 | 5.5 | 6.0 | 25.6 | 6.2 | 6.5 | 7.4 | 7.6 | 27.7 | 27.6 |
| % Share | 43.7% | 43.4% | 50.1% | 43.1% | 44.9% | 43.5% | 42.8% | 43.6% | 41.4% | 40.7% | 42.8% | 42.7% | 42.0% | 43.0% |
| STX | 19.5 | 24.0 | 19.6 | 7.8 | 7.4 | 5.5 | 6.3 | 27.0 | 6.7 | 7.3 | 7.6 | 7.8 | 29.3 | 27.5 |
| % Share | 45.3% | 46.6% | 37.9% | 45.7% | 48.9% | 43.8% | 45.1% | 46.0% | 44.6% | 45.5% | 43.9% | 43.8% | 44.4% | 42.8% |
| Toshiba | 4.7 | 5.2 | 6.2 | 1.9 | 0.9 | 1.6 | 1.7 | 6.1 | 2.1 | 2.2 | 2.3 | 2.4 | 9.0 | 9.1 |
| % Share | 10.9% | 10.1% | 12.1% | 11.2% | 6.2% | 12.7% | 12.1% | 10.5% | 14.0% | 13.8% | 13.3% | 13.5% | 13.6% | 14.2% |
| **Total** | 43.0 | 51.6 | 51.7 | 17.0 | 15.1 | 12.6 | 14.0 | 58.8 | 15.0 | 16.0 | 17.3 | 17.8 | 66.0 | 64.2 |

Source: Company Reports, Edgewater Research Estimates

**Enterprise Hard Drive Shipment Estimates - Mission Critical/Performance** *(millions)*

|  | CY17 | CY18 | CY19 | 1Q20 | 2Q20 | 3Q20 | 4Q20e | CY20e | 1Q21e | 2Q21e | 3Q21e | 4Q21e | CY21e | CY22e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WDC | 6.1 | 4.4 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| % Share | 27.5% | 20.4% | 2.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| STX | 10.7 | 10.9 | 10.6 | 2.9 | 2.3 | 1.6 | 1.8 | 8.6 | 2.2 | 2.2 | 1.9 | 1.9 | 8.2 | 5.3 |
| % Share | 48.2% | 50.6% | 61.5% | 65.5% | 76.7% | 59.3% | 66.7% | 67.0% | 64.7% | 66.7% | 65.5% | 65.5% | 65.6% | 62.4% |
| Toshiba | 5.4 | 6.2 | 6.1 | 1.5 | 0.7 | 1.1 | 0.9 | 4.2 | 1.2 | 1.1 | 1.0 | 1.0 | 4.3 | 3.2 |
| % Share | 24.3% | 28.9% | 35.6% | 34.5% | 23.3% | 40.7% | 33.3% | 33.0% | 35.3% | 33.3% | 34.5% | 34.5% | 34.4% | 37.6% |
| **Total** | 22.2 | 21.5 | 17.2 | 4.4 | 3.0 | 2.7 | 2.7 | 12.8 | 3.4 | 3.3 | 2.9 | 2.9 | 12.5 | 8.5 |

Source: Company Reports, Edgewater Research Estimates

**Kevin Rottinghaus**
Kevin@EdgewaterRC.com
(216) 426-6272

**Sean Muir**
Sean@EdgewaterRC.com
(216) 426-6277

**Dennis Reed**
Dennis@EdgewaterRC.com
(216) 426-6279

CONFIDENTIAL

 RESEARCH

## Client/Gaming/Other – C4Q TAM finished at high-end of raised targets, C1Q TAM better across end mkts

- We had raised our C4Q shipment TAM in our early Dec. update, and shipments appeared to continue to improve through quarter-end. We estimate shipments finished at ~68M, up from our original 63-65M estimate and at the high-end of our raised 65-68M.
- Our C1Q21/F3Q21 shipment TAM estimate is increased again by another ~2-3M to 65-66M, up from Sep/Oct.'20 forecasts of closer to 60-62M.
- Demand appears broadly better with notebook, surveillance, gaming, and channel noted as better in C4Q/C1Q21, in addition to the strength noted above in the nearline market.
- Forecasts continue to project a slowdown to legacy HDD demand in F4Q/C2Q21 including declines expected in PC, gaming, and likely in channel as well. Feedback suggests PC HDD orders may be benefitting near-term from OEMs over ordering components across the PC BOM to ensure supply amidst strong demand and component shortages. HDDs are viewed as available on normal lead times with limited exceptions, and a correction to PC (and channel) HDDs is viewed as likely in mid-CY21.

### HDD Shipments by Vendor (in millions)

| | CY17 | CY18 | CY19 | 1Q20 | 2Q20 | 3Q20 | 4Q20e | CY20e | 1Q21e | 2Q21e | 3Q21e | 4Q21e | CY21e | 1Q22e | 2Q22e | 3Q22e | 4Q22e | CY22e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WDC | 163 | 140 | 114 | 24 | 23 | 23 | 25 | 95 | 24 | 22 | 21 | 20 | 86 | 19 | 19 | 19 | 19 | 76 |
| STX | 148 | 151 | 129 | 29 | 26 | 26 | 29 | 110 | 27 | 26 | 24 | 24 | 100 | 23 | 23 | 23 | 23 | 91 |
| Toshiba | 93 | 86 | 74 | 14 | 10 | 14 | 15 | 52 | 15 | 14 | 13 | 13 | 53 | 12 | 11 | 12 | 12 | 46 |
| Total | 404 | 376 | 318 | 68 | 59 | 63 | 68 | 258 | 65 | 61 | 57 | 56 | 239 | 54 | 53 | 53 | 53 | 213 |
| Y/Y | -5% | -7% | -15% | -13% | -25% | -24% | -13% | -19% | -4% | 4% | -10% | -18% | -7% | -18% | -13% | -7% | -5% | -11% |

Source: Company Reports, Edgewater Research Estimates

## Costs & Pricing – STX didn't appear to follow through with price increases, transition from components on-going

- Feedback suggests STX had been positioning to raise HDD prices in nearline and client for shipments into the US and EU starting Jan 1; however, thus far we do not believe STX followed through with the increases. The planned increase was being tied to logistics/freight costs with pricing on Asia shipments expected to be unchanged.
- Toshiba and WDC were not viewed as positioning for price increases in C1Q21.
- In aggregate we estimate nearline and client pricing saw mild price declines of less than 1% on average. Pricing is expected to remain benign through at least C1H21 as the HDD vendors continue to struggle with elevated logistics and production costs, as end demand has remained strong, and as 16TB remains the highest volume nearline capacity.
- Feedback suggests Minebea is ramping manufacturing capacity and headcount to support STX transitioning the bulk or all their HDD motor (and other component) volumes away from Nidec. There has been speculation in the supply chain that STX may be at least partially funding the expansion at Minebea; we would note STX completed a $1B debt offering in early Dec. with capex and business investments noted as potential uses in addition to stock buy-back and debt retirement.
- The supply chain remains mixed on how successful STX will be in moving away from Nidec. There remain questions on IP/technology, how concerned customers may/may not be with STX's reliance on a sole source for a key component, and how quickly Minebea can ramp supply. These questions are expected to come to a head by mid-C1Q21 as STX is viewed as likely to work through their on-hand motor inventory before the end of the March quarter.
- Other cost increases including logistics/freight, direct COVID related (underutilized staffing, cleaning, workforce transportation, etc.), and increased component costs on glass and motors we believe are largely already reflected in STX/WDC/Toshiba results. The additional cost risks for the HDD suppliers we see as likely from reopening offices (T&E, general office) and expect they would be at least partially offset by lower logistics costs.

**Kevin Rottinghaus**
Kevin@EdgewaterRC.com
(216) 426-6272

**Sean Muir**
Sean@EdgewaterRC.com
(216) 426-6277

**Dennis Reed**
Dennis@EdgewaterRC.com
(216) 426-6279

CONFIDENTIAL



## Hard Disk Drive (HDD) - Client 2.5" & 3.5" HDD Pricing Forecasts

| 2.5" Client HDDs | 3Q20 | 4Q20 | 1Q21e | Q/Q | ASP/GB | 2Q21e | Q/Q | ASP/GB | 3Q21e | Q/Q | ASP/GB | 4Q21e | Q/Q | ASP/GB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 500GB CMR (1disk) | $33.15 | $33.10 | $33.10 | 0.0% | $ 0.07 | $33.15 | 0.2% | $ 0.07 | $33.25 | 0.3% | $ 0.07 | $33.40 | 0.5% | $ 0.07 |
| 1TB SMR (1disk) | $33.65 | $33.30 | $33.15 | -0.5% | $ 0.03 | $33.10 | -0.2% | $ 0.03 | $33.10 | 0.0% | $ 0.03 | $33.10 | 0.0% | $ 0.03 |
| 2TB SMR (2disk) | $50.50 | $50.00 | $49.70 | -0.6% | $ 0.02 | $49.50 | -0.4% | $ 0.02 | $49.35 | -0.3% | $ 0.02 | $49.25 | -0.2% | $ 0.02 |

| 3.5" Client HDDs | 3Q20 | 4Q20 | 1Q21e | Q/Q | ASP/GB | 2Q21e | Q/Q | ASP/GB | 3Q21e | Q/Q | ASP/GB | 4Q21e | Q/Q | ASP/GB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 500GB CMR (1disk) | $33.95 | $33.95 | $33.95 | 0.0% | $ 0.07 | $34.15 | 0.6% | $ 0.07 | $34.35 | 0.6% | $ 0.07 | $34.55 | 0.6% | $ 0.07 |
| 1TB CMR (1disk) | $33.60 | $33.25 | $33.15 | -0.3% | $ 0.03 | $33.10 | -0.2% | $ 0.03 | $33.10 | 0.0% | $ 0.03 | $33.10 | 0.0% | $ 0.03 |
| 2TB SMR (1disk) | $44.00 | $43.50 | $43.20 | -0.7% | $ 0.02 | $43.00 | -0.5% | $ 0.02 | $42.85 | -0.3% | $ 0.02 | $42.75 | -0.2% | $ 0.02 |

*Source: Edgewater Research Estimates*

## Client Solid State Drive (SSD) Average Price Forecasts

| Client SSDs | 3Q20 | 4Q20 | 1Q21e | Q/Q | ASP/GB | 2Q21e | Q/Q | ASP/GB | 3Q21e | Q/Q | ASP/GB | 4Q21e | Q/Q | ASP/GB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 128GB SATA | $27.5 | $24.8 | $24.5 | -1.0% | $0.19 | $24.8 | 1.0% | $0.19 | $26.0 | 5.1% | $0.20 | $27.3 | 4.8% | $0.21 |
| 256GB SATA | $35.3 | $31.5 | $30.8 | -2.4% | $0.12 | $30.8 | 0.0% | $0.12 | $32.3 | 4.9% | $0.13 | $33.5 | 3.9% | $0.13 |
| 512GB SATA | $59.5 | $53.0 | $51.0 | -3.8% | $0.10 | $51.0 | 0.0% | $0.10 | $53.5 | 4.9% | $0.10 | $55.5 | 3.7% | $0.11 |
| 128GB vPCIe (TLC) | $27.5 | $24.8 | $24.5 | -1.0% | $0.19 | $24.8 | 1.0% | $0.19 | $26.0 | 5.1% | $0.20 | $27.3 | 4.8% | $0.21 |
| 256GB vPCIe (TLC) | $35.3 | $31.5 | $30.8 | -2.4% | $0.12 | $30.8 | 0.0% | $0.12 | $32.3 | 4.9% | $0.13 | $33.5 | 3.9% | $0.13 |
| 512GB vPCIe (TLC) | $59.5 | $53.0 | $51.0 | -3.8% | $0.10 | $51.0 | 0.0% | $0.10 | $53.5 | 4.9% | $0.10 | $55.5 | 3.7% | $0.11 |
| 1TB vPCIe (TLC) | $107.5 | $94.0 | $89.5 | -4.8% | $0.09 | $89.0 | -0.6% | $0.09 | $93.0 | 4.5% | $0.09 | $96.0 | 3.2% | $0.09 |
| 512GB vPCIe (QLC) | $59.0 | $50.0 | $48.0 | -4.0% | $0.09 | $47.0 | -2.1% | $0.09 | $48.5 | 3.2% | $0.09 | $50.0 | 3.1% | $0.10 |
| 1TB vPCIe (QLC) | $106.0 | $90.0 | $85.5 | -5.0% | $0.08 | $83.0 | -2.9% | $0.08 | $85.0 | 2.4% | $0.08 | $87.0 | 2.4% | $0.08 |
| 256GB pPCIe (TLC) | $37.5 | $33.5 | $33.5 | 0.0% | $0.13 | $33.5 | 0.0% | $0.13 | $35.0 | 4.5% | $0.14 | $36.3 | 3.6% | $0.14 |
| 512GB pPCIe (TLC) | $63.5 | $56.0 | $55.5 | -0.9% | $0.11 | $55.5 | 0.0% | $0.11 | $58.0 | 4.5% | $0.11 | $59.8 | 3.0% | $0.12 |
| 1TB pPCIe (TLC) | $114.0 | $99.0 | $97.0 | -2.0% | $0.09 | $97.0 | 0.0% | $0.09 | $101.0 | 4.1% | $0.10 | $103.5 | 2.5% | $0.10 |

*Source: Edgewater Research Estimates*

## Hard Disk Drive (HDD) - Enterprise SATA NearLine Price Forecasts*

| Nearline HDDs | 3Q20 | 4Q20 | 1Q21e | Q/Q | ASP/GB | 2Q21e | Q/Q | ASP/GB | 3Q21e | Q/Q | ASP/GB | 4Q21e | Q/Q | ASP/GB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4TB Air (higher volumes) | $ 93 | $ 93 | $ 92 | -0.3% | $0.023 | $ 92 | -0.3% | $0.023 | $ 92 | 0.0% | $0.023 | $ 92 | 0.0% | $0.023 |
| 4TB Air (lower volumes) | $ 117 | $ 116 | $ 114 | -1.3% | $0.029 | $ 113 | -0.9% | $0.028 | $ 113 | -0.4% | $0.028 | $ 112 | -0.4% | $0.028 |
| 6TB Air (higher volumes) | $ 123 | $ 122 | $ 122 | -0.4% | $0.020 | $ 121 | -0.4% | $0.020 | $ 121 | -0.2% | $0.020 | $ 121 | -0.2% | $0.020 |
| 6TB Air (lower volumes) | $ 141 | $ 139 | $ 137 | -1.4% | $0.023 | $ 136 | -1.1% | $0.023 | $ 135 | -0.7% | $0.022 | $ 134 | -0.7% | $0.022 |
| 8TB Air (higher volumes) | $ 141 | $ 139 | $ 138 | -0.7% | $0.017 | $ 137 | -0.7% | $0.017 | $ 136 | -0.5% | $0.017 | $ 136 | -0.6% | $0.017 |
| 8TB Air (lower volumes) | $ 158 | $ 155 | $ 152 | -1.9% | $0.019 | $ 150 | -1.3% | $0.019 | $ 148 | -1.3% | $0.019 | $ 147 | -0.7% | $0.018 |
| 10TB He (CSP volumes) | $ 166 | $ 166 | $ 166 | 0.0% | $0.017 | $ 166 | 0.0% | $0.017 | $ 166 | 0.0% | $0.017 | $ 166 | 0.0% | $0.017 |
| 10TB He (average volumes) | $ 186 | $ 185 | $ 184 | -0.5% | $0.018 | $ 183 | -0.5% | $0.018 | $ 183 | -0.3% | $0.018 | $ 183 | 0.0% | $0.018 |
| 10TB He (lower volumes) | $ 202 | $ 200 | $ 198 | -1.0% | $0.020 | $ 197 | -0.8% | $0.020 | $ 196 | -0.5% | $0.020 | $ 195 | -0.3% | $0.020 |
| 12TB He (CSP volumes) | $ 185 | $ 184 | $ 184 | 0.0% | $0.015 | $ 184 | 0.0% | $0.015 | $ 184 | 0.0% | $0.015 | $ 184 | 0.0% | $0.015 |
| 12TB He (average volumes) | $ 203 | $ 200 | $ 198 | -1.0% | $0.017 | $ 197 | -0.5% | $0.016 | $ 196 | -0.5% | $0.016 | $ 196 | 0.0% | $0.016 |
| 12TB Helium (lower volumes) | $ 235 | $ 232 | $ 229 | -1.3% | $0.019 | $ 226 | -1.3% | $0.019 | $ 224 | -0.9% | $0.019 | $ 223 | -0.4% | $0.019 |
| 14TB He (CSP volumes) | $ 185 | $ 183 | $ 182 | -0.5% | $0.013 | $ 182 | -0.3% | $0.013 | $ 182 | 0.0% | $0.013 | $ 182 | 0.0% | $0.013 |
| 14TB He (average volumes) | $ 215 | $ 210 | $ 207 | -1.4% | $0.015 | $ 205 | -1.0% | $0.015 | $ 203 | -1.0% | $0.015 | $ 202 | -0.7% | $0.014 |
| 14TB He (lower volumes) | $ 245 | $ 235 | $ 228 | -3.0% | $0.016 | $ 223 | -2.2% | $0.016 | $ 219 | -1.8% | $0.016 | $ 216 | -1.4% | $0.015 |
| 16TB He (CSP volumes) | $ 204 | $ 199 | $ 195 | -2.0% | $0.012 | $ 192 | -1.5% | $0.012 | $ 189 | -1.6% | $0.012 | $ 187 | -1.1% | $0.012 |
| 16TB He (average volumes) | $ 238 | $ 230 | $ 223 | -3.0% | $0.014 | $ 218 | -2.2% | $0.014 | $ 215 | -1.4% | $0.013 | $ 212 | -1.4% | $0.013 |
| 16TB He (lower volumes) | $ 275 | $ 262 | $ 253 | -3.4% | $0.016 | $ 244 | -3.6% | $0.015 | $ 237 | -2.9% | $0.015 | $ 231 | -2.5% | $0.014 |
| 18TB He (CSP volumes) | $ 270 | $ 245 | $ 230 | -6.1% | $0.013 | $ 220 | -4.3% | $0.012 | $ 210 | -4.5% | $0.012 | $ 205 | -2.4% | $0.011 |
| 18TB He (average volumes) | - | $ 285 | $ 270 | -5.3% | $0.015 | $ 255 | -5.6% | $0.014 | $ 240 | -5.9% | $0.013 | $ 230 | -4.2% | $0.013 |
| 18TB He (lower volumes) | - | - | - | - | - | $ 290 | - | $0.016 | $ 265 | -8.6% | $0.015 | $ 250 | -5.7% | $0.014 |

*Source: Edgewater Research Estimates; reflecting our blended avg. low/high pricng across OEMs, hyperscale, & channel pricing. * CSP volume reflect largest volume orders*

**Kevin Rottinghaus**
Kevin@EdgewaterRC.com
(216) 426-6272

**Sean Muir**
Sean@EdgewaterRC.com
(216) 426-6277

**Dennis Reed**
Dennis@EdgewaterRC.com
(216) 426-6279

 **EDGEWATER** RESEARCH

# APPENDIX

**Companies Mentioned**
SEAGATE (STX: $61.22 – NEUTRAL)
WESTERN DIGITAL (WDC: $51.99 – NEUTRAL)
ADVANCED MICRO DEVICES (AMD: $89.45 – NEUTRAL)
INTEL (INTC: $57.99 – NEUTRAL)
AMAZON (AMZN: $3,120.76 – OUTPERFORM)
ALIBABA GROUP HOLDING LTD. (BABA: $251.65 – NOT RATED)
ALPHABET (GOOGL: $1,784.47 – NOT RATED)
MICROSOFT (MSFT: $216.44 – NOT RATED)
HEWLETT-PACKARD, INC. (HPQ: $25.14 - NOT RATED)
DELL TECHNOLOGIES (DELL: $74.86 - NOT RATED)

*Important Disclosures*
***Outperform****: The stock's return is expected to exceed the market due to superior fundamentals and positive catalysts.*
***Neutral****: The stock is expected to be in line with the market due to full valuation and/or lack of catalysts.*
***Underperform****: The stock's total return is expected to underperform the market due to weak fundamentals and a lack of catalysts.*
***Valuation & Risk****: Price targets are established by various valuation methods.  Price targets are not established for every stock.  The effectiveness of the price target may be affected by various outside factors.*
*I, Kevin Rottinghaus, Sean Muir, and Dennis Reed, hereby certify that the views expressed in this research report accurately reflect my personal views about any or all of the subject securities referred to in this research report.  I certify that no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this research report.  The analyst(s) responsible for the preparation of this report have no ownership stake in this company. Edgewater Research Company provides no investment banking services on this or any company.*
*Proprietary research and information contained within which forms the basis for findings or opinions expressed by Edgewater Research Company may be used by Edgewater Research Company for other purposes in the course of compensated consulting and other services rendered to third parties.*
*The information transmitted by this email is intended solely for the person or entity to which it is addressed. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and remove the material from all computers.*

**Kevin Rottinghaus**
Kevin@EdgewaterRC.com
(216) 426-6272

**Sean Muir**
Sean@EdgewaterRC.com
(216) 426-6277

**Dennis Reed**
Dennis@EdgewaterRC.com
(216) 426-6279