# EXHIBIT 6

Provided for the exclusive use of ianalyst123-city-0000@resale.com on 2021-02-09T21:25:11+00:00. DO NOT REDISTRIBUTE.

**Deutsche Bank**
Research

Distributed on: 09/02/2021 19:25:11 GMT

| | | |
|---|---|---|
| North America<br>United States | **Industry**<br># HDD Industry | Date<br>9 February 2021 |
| TMT<br>Semiconductors | | **Industry Update** |

# Takeaways from industry HDD data

TrendFocus published its quarterly update and long-term forecast on the HDD market last week. 4Q results showed a nearline market that had stabilized but was still facing subdued demand from its largest customers. Consumer and computing markets, however, remained strong led by a rebound in retail demand and a further acceleration in surveillance demand. While nearline demand should get better in 1Q as some of the large U.S. CSPs start to undergo their next technology transitions, TrendFocus is expecting a more acute acceleration in 2Q as more transitions occur. In this note, we focus our analysis on the dynamics of the nearline market. Later in the note, we touch on key findings in other parts of the HDD market.

Sidney Ho
Research Analyst
+1-415-262-2061

Jeffrey Rand, CFA
Research Analyst
+1-212-250-0639

### Key trends in nearline HDD

In the quarter, nearline demand stabilized but the market appears to be improving in 1H CY21 as inventory has been worked down and technology transitions at large CSPs should occur. The nearline market saw exabytes flat q/q at 149EB, units increase +1% q/q to 13.39m units and revenue decline -2% q/q to $2.68b. Unlike previous quarters, low to mid-tier capacity ranges (typically bought by enterprises) improved as enterprise spending started to recover, while the highest capacities remain more subdued as large CSPs worked down inventory and get ready for technology transitions to the 16 and 18TB drives. Our biggest takeaway from the quarter is that we could start to see some very strong nearline numbers starting in 2Q and through the rest of CY21 as all the largest U.S. CSPs should go through a technology transition and enterprise spending should continue to strengthen.

- **STX takes more market share as its lead in 16TB pays off again:** On an exabyte basis STX held 51% market share in the quarter (51% unit share), up 5ppts q/q as STX continues to benefit from its market leadership in 16TB, which is likely the most popular nearline capacity in the market for 4Q. WDC held 38% market share based on exabytes. Toshiba held 12% market share. *DB Take: It is not surprising that STX took market share in the quarter as it continues to hold a strong leadership position in the most popular capacity drives and it has not stopped shipping to Huawei, unlike WDC. We expect WDC to regain some market share in CY21 as 18TB ramps up, but market share shifts in 1Q could depend on how quickly 18TB ramps at a few large CSPs.*

- **Sharp uptick expected in 2Q:** After seeing exabytes roughly flat in

Deutsche Bank Securities Inc.

Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. DISCLOSURES AND ANALYST CERTIFICATIONS ARE LOCATED IN APPENDIX 1. MCI (P) 064/04/2020. DURING THE PERIOD DECEMBER 2018 to MARCH 2020 DISCLOSURES MAY HAVE DISPLAYED INCOMPLETE INFORMATION, PLEASE SEE APPENDIX 1 FOR FURTHER DETAILS.

Provided for the exclusive use of jmitchell@rcflate.com on 2021-02-09T12:56:07+00:70. DO NOT REDISTRIBUTE

9 February 2021
Semiconductors
HDD Industry



4Q, TrendFocus expects exabytes to grow 7% sequentially in 1Q before accelerating to 17% in 2Q. *DB Take: While this sharp uptick appears to be moved out slightly, with previous forecast expecting this jump to be more balanced between 1Q and 2Q, it appears that the market is close to a positive catalyst as multiple large U.S. CSPs are getting ready to transition to higher capacity drives. These technology transitions should support a much larger ramp of 18TB drives, which should be beneficial for WDC.*

- **Mid-range and entry level units grow strongly as enterprise demand returns:** Mid-range and entry-level units returned to sequential growth as enterprise demand is starting to recover. Nearline units 8TB and below grew ~13% q/q after declining at a double-digit rate the last two quarters. *DB Take: It is encouraging to see enterprise demand come back stronger than expected in 4Q. We would expect enterprise demand, seasonally adjusted, to get better throughout 2021, which should lead to healthy levels of growth in lower capacity nearline drives for the industry this year.*

- **Long-term forecast still supports a 30%+ exabyte CAGR:** Trendfocus published its semiannual long-term forecast and is expecting the market to grow at a 31% exabyte CAGR over the next 5 years. Nearline units are expected to grow at a 9% CAGR and revenue is expected to grow at a 17% CAGR. *DB Take: The long-term outlook for the nearline market remains healthy and while this forecast is modestly down from the previous forecast of a 33% CAGR, we do not view this change as a fundamental shift in the long-term market outlook but just a more conservative approach.*

### 4Q20 market summary
Overall HDD units increased +11% q/q, exabyte shipments increased +7% q/q and revenue increased +8% q/q. Units came in better than expected driven by Computing HDDs and particularly stronger demand for desktop HDDs. Nearline demand remained under pressure in the quarter as CSPs continue to digest inventory, but enterprise demand in both nearline and mission-critical started to see a pick-up in the quarter.

- **Nearline HDD (19% of units and 56% of exabytes):** Units increased +1% q/q, exabytes were flat q/q to 149EB, and revenue declined -2% q/q. Enterprise demand improved in the quarter helping offset continued inventory digestion at CSPs. STX held 51% exabyte share, WDC held 38% share and Toshiba held 12% share, with STX taking ~5ppts of market share from WDC in the quarter.

- **Mission-critical HDD (4% of units and 1% of exabytes):** Units increased by +13% q/q, exabytes increased by +12% and revenue increased by +7% q/q. The sequential growth was driven by stabilizing OEM demand and a return to more normalized inventory levels for some customers. Based on units, STX held 63% market share, up 11ppts q/q, with Toshiba holding the rest. The share shift in the quarter was driven by a realignment back to more normalized share levels after Toshiba took share in 3Q.

- **Desktop/mobile HDD (57% of units and 28% of exabytes)**: Units increased +16%, exabytes increased +20% q/q and revenue increased +24% q/q. Mobile shipments increased +9% q/q and desktop shipments increased +29% q/q. Strength in the quarter was driven by strong demand for desktop PCs and retail sales of mobile HDDs. On a unit basis for desktop/mobile market share

Provided for the exclusive use of jesse.carlson@rfglte.com on 2021-02-09T22:15:50-07:00. DO NOT REDISTRIBUTE

9 February 2021
Semiconductors
HDD Industry



stayed consistent from 3Q with STX holding 37% market share, WDC 41% market share and Toshiba 22% share.

- **Consumer electronics HDD (20% of units and 15% of exabytes):** Units increased +6% q/q, exabytes increased +19% q/q and revenue increased +22% q/q. Sequential demand was again driven by the surveillance market, with demand for surveillance HDDs accelerating sequentially even after a strong rebound in 3Q. On a unit basis, STX held 46% market share (up +2ppts q/q), WDC held 32% share (up +6ppts q/q) and Toshiba held 22% share, with STX and WDC taking market share from Toshiba in the quarter. The market share shift away from Toshiba was driven by Toshiba's previous higher share in gaming and its underperformance in the surveillance market.

Provided for the exclusive use of ... at Rofate.com on 2021-02-09 12:56:070. DO NOT REDISTRIBUTE

9 February 2021
Semiconductors
HDD Industry



# Appendix 1

## Important Disclosures

### *Other information available upon request

During the period November 2018 to March 2020 Deutsche Bank may have shown incomplete information regarding Disclosure 1 in some parts of the equity research and debt research coverage. If you require any further information please contact DVS.Support@db.com.

| Disclosure checklist | | | |
| --- | --- | --- | --- |
| Company | Ticker | Recent price* | Disclosure |
| Seagate Technology | STX.OQ | 71.41 (USD) 08 Feb 2021 | NA |
| Western Digital | WDC.OQ | 62.12 (USD) 08 Feb 2021 | 14 |

*Prices are current as of the end of the previous trading session unless otherwise indicated and are sourced from local exchanges via Reuters, Bloomberg and other vendors . Other information is sourced from Deutsche Bank, subject companies, and other sources. For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at https://research.db.com/Research/Disclosures/CompanySearch. Aside from within this report, important risk and conflict disclosures can also be found at https://research.db.com/Research/Topics/Equities?topicId=RB0002. Investors are strongly encouraged to review this information before investing.

## Important Disclosures Required by U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States.See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

14.    Deutsche Bank and/or its affiliate(s) has received non-investment banking related compensation from this company within the past year.

## Important Disclosures Required by Non-U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States.See Important Disclosures Required by Non-US Regulators and Explanatory Notes.


For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at https://research.db.com/Research/Disclosures/CompanySearch

## Analyst Certification

The views expressed in this report accurately reflect the personal views of the undersigned lead analyst about the subject issuers and the securities of those issuers. In addition, the undersigned lead analyst has not and will not receive any compensation for providing a specific recommendation or view in this report. Sidney Ho.

Provided for the exclusive use of josh.cole@refrate.com on 2021-02-09T21:56:07+00:00. DO NOT REDISTRIBUTE

9 February 2021
Semiconductors
HDD Industry



## Historical recommendations and target price: Seagate Technology (STX.OQ)
*(as of 02/08/2021)*



| | | | | | |
|---|---|---|---|---|---|
| 1. | 07/30/2018 | Hold, Target Price Change USD 56.00 Sherri Scribner** | 7. | 03/27/2020 | Hold, Target Price Change USD 50.00 Sidney Ho |
| 2. | 12/13/2018 | Hold, Target Price Change USD 42.00 Sidney Ho | 8. | 04/23/2020 | Hold, Target Price Change USD 52.00 Sidney Ho |
| 3. | 04/30/2019 | Hold, Target Price Change USD 48.00 Sidney Ho | 9. | 07/29/2020 | Hold, Target Price Change USD 50.00 Sidney Ho |
| 4. | 09/20/2019 | Hold, Target Price Change USD 50.00 Sidney Ho | 10. | 01/18/2021 | Hold, Target Price Change USD 55.00 Sidney Ho |
| 5. | 11/01/2019 | Hold, Target Price Change USD 52.00 Sidney Ho | 11. | 01/22/2021 | Hold, Target Price Change USD 58.00 Sidney Ho |
| 6. | 01/27/2020 | Hold, Target Price Change USD 58.00 Sidney Ho | | | |

## Historical recommendations and target price: Western Digital (WDC.OQ)
*(as of 02/08/2021)*



| | | | | | |
|---|---|---|---|---|---|
| 1. | 07/27/2018 | Hold, Target Price Change USD 75.00 Sherri Scribner** | 7. | 01/31/2020 | Buy, Target Price Change USD 85.00 Sidney Ho |
| 2. | 12/13/2018 | Hold, Target Price Change USD 45.00 Sidney Ho | 8. | 03/27/2020 | Buy, Target Price Change USD 60.00 Sidney Ho |
| 3. | 04/15/2019 | Upgraded to Buy, Target Price Change USD 60.00 Sidney Ho | 9. | 05/01/2020 | Buy, Target Price Change USD 55.00 Sidney Ho |
| 4. | 06/03/2019 | Buy, Target Price Change USD 55.00 Sidney Ho | 10. | 08/06/2020 | Buy, Target Price Change USD 48.00 Sidney Ho |
| 5. | 07/24/2019 | Buy, Target Price Change USD 65.00 Sidney Ho | 11. | 12/13/2020 | Buy, Target Price Change USD 60.00 Sidney Ho |
| 6. | 01/15/2020 | Buy, Target Price Change USD 80.00 Sidney Ho | 12. | 01/29/2021 | Buy, Target Price Change USD 65.00 Sidney Ho |

Provided for the use of ... @refate.com on 2021-02-09T21:15:00-70. DO NOT REDISTRIBUTE

9 February 2021
Semiconductors
HDD Industry



## Equity Rating Key

Buy: Based on a current 12- month view of total share-holder return (TSR = percentage change in share price from current price to projected target price plus pro-jected dividend yield ) , we recommend that investors buy the stock.

Sell: Based on a current 12-month view of total share-holder return, we recommend that investors sell the stock.

Hold: We take a neutral view on the stock 12-months out and, based on this time horizon, do not recommend either a Buy or Sell.

Newly issued research recommendations and target prices supersede previously published research.

## Equity rating dispersion and banking relationships



Provided for the exclusive use of mbossie@realte.com on 2021-02-09T21:15:00-07:00. DO NOT REDISTRIBUTE

9 February 2021
Semiconductors
HDD Industry



## Additional Information

The information and opinions in this report were prepared by Deutsche Bank AG or one of its affiliates (collectively 'Deutsche Bank'). Though the information herein is believed to be reliable and has been obtained from public sources believed to be reliable, Deutsche Bank makes no representation as to its accuracy or completeness. Hyperlinks to third-party websites in this report are provided for reader convenience only. Deutsche Bank neither endorses the content nor is responsible for the accuracy or security controls of those websites.

If you use the services of Deutsche Bank in connection with a purchase or sale of a security that is discussed in this report, or is included or discussed in another communication (oral or written) from a Deutsche Bank analyst, Deutsche Bank may act as principal for its own account or as agent for another person.

Deutsche Bank may consider this report in deciding to trade as principal. It may also engage in transactions, for its own account or with customers, in a manner inconsistent with the views taken in this research report. Others within Deutsche Bank, including strategists, sales staff and other analysts, may take views that are inconsistent with those taken in this research report. Deutsche Bank issues a variety of research products, including fundamental analysis, equity-linked analysis, quantitative analysis and trade ideas. Recommendations contained in one type of communication may differ from recommendations contained in others, whether as a result of differing time horizons, methodologies, perspectives or otherwise. Deutsche Bank and/or its affiliates may also be holding debt or equity securities of the issuers it writes on. Analysts are paid in part based on the profitability of Deutsche Bank AG and its affiliates, which includes investment banking, trading and principal trading revenues.

Opinions, estimates and projections constitute the current judgment of the author as of the date of this report. They do not necessarily reflect the opinions of Deutsche Bank and are subject to change without notice. Deutsche Bank provides liquidity for buyers and sellers of securities issued by the companies it covers. Deutsche Bank research analysts sometimes have shorter-term trade ideas that may be inconsistent with Deutsche Bank's existing longer-term ratings. Some trade ideas for equities are listed as Catalyst Calls on the Research Website (https://research.db.com/Research/) , and can be found on the general coverage list and also on the covered company's page. A Catalyst Call represents a high-conviction belief by an analyst that a stock will outperform or underperform the market and/or a specified sector over a time frame of no less than two weeks and no more than three months. In addition to Catalyst Calls, analysts may occasionally discuss with our clients, and with Deutsche Bank salespersons and traders, trading strategies or ideas that reference catalysts or events that may have a near-term or medium-term impact on the market price of the securities discussed in this report, which impact may be directionally counter to the analysts' current 12-month view of total return or investment return as described herein. Deutsche Bank has no obligation to update, modify or amend this report or to otherwise notify a recipient thereof if an opinion, forecast or estimate changes or becomes inaccurate. Coverage and the frequency of changes in market conditions and in both general and company-specific economic prospects make it difficult to update research at defined intervals. Updates are at the sole discretion of the coverage analyst or of the Research Department Management, and the majority of reports are published at irregular intervals. This report is provided for informational purposes only and does not take into account the particular investment objectives, financial situations, or needs of individual clients. It is not an offer or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy. Target prices are inherently imprecise and a product of the analyst's judgment. The financial instruments discussed in this report may not be suitable for all investors, and investors must make their own informed investment decisions. Prices and availability of financial instruments are subject to change without notice, and investment transactions can lead to losses as a result of price fluctuations and other factors. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the investment. Past performance is not necessarily indicative of future results. Performance calculations exclude transaction costs, unless otherwise indicated. Unless otherwise indicated, prices are current as of the end of the previous trading session and are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is also sourced from Deutsche Bank, subject companies, and other parties.

The Deutsche Bank Research Department is independent of other business divisions of the Bank. Details regarding our organizational arrangements and information barriers we have to prevent and avoid conflicts of interest with respect to our research are available on our website (https://research.db.com/Research/) under Disclaimer.

Macroeconomic fluctuations often account for most of the risks associated with exposures to instruments that promise to pay fixed or variable interest rates. For an investor who is long fixed-rate instruments (thus receiving these cash flows), increases in interest rates naturally lift the discount factors applied to the expected cash flows and thus cause a loss. The longer the maturity of a certain cash flow and the higher the move in the discount factor, the higher will be the loss. Upside surprises in inflation, fiscal funding needs, and FX depreciation rates are among the most common adverse macroeconomic shocks to receivers. But counterparty exposure, issuer creditworthiness, client segmentation, regulation (including changes in assets holding limits for different types of investors), changes in tax policies, currency convertibility (which may constrain currency conversion, repatriation of profits and/or liquidation of positions), and settlement issues related to local clearing houses are also important risk factors. The sensitivity of fixed-income instruments to macroeconomic shocks may be mitigated by indexing the contracted cash flows to inflation, to FX depreciation, or to specified interest rates – these are common in emerging markets. The index fixings may – by construction – lag or mis-measure the actual move in the underlying variables they are intended to track. The choice of the proper fixing (or metric) is particularly important in swaps markets, where floating coupon rates (i.e., coupons indexed to a typically short-dated interest rate reference index) are exchanged for fixed coupons. Funding in a currency that differs from the currency in which coupons are denominated carries FX risk. Options on swaps (swaptions) the risks typical to options in addition to the risks related to rates movements.

Derivative transactions involve numerous risks including market, counterparty default and illiquidity risk. The appropriateness

Provided for the exclusive use of mats.lies@realdte.com on 2021.03.05T12:15:07+00. DO NOT REDISTRIBUTE

9 February 2021

Semiconductors

HDD Industry



of these products for use by investors depends on the investors' own circumstances, including their tax position, their regulatory environment and the nature of their other assets and liabilities; as such, investors should take expert legal and financial advice before entering into any transaction similar to or inspired by the contents of this publication. The risk of loss in futures trading and options, foreign or domestic, can be substantial. As a result of the high degree of leverage obtainable in futures and options trading, losses may be incurred that are greater than the amount of funds initially deposited – up to theoretically unlimited losses. Trading in options involves risk and is not suitable for all investors. Prior to buying or selling an option, investors must review the 'Characteristics and Risks of Standardized Options", at http://www.optionsclearing.com/about/publications/character-risks.jsp. If you are unable to access the website, please contact your Deutsche Bank representative for a copy of this important document.

Participants in foreign exchange transactions may incur risks arising from several factors, including the following: (i) exchange rates can be volatile and are subject to large fluctuations; (ii) the value of currencies may be affected by numerous market factors, including world and national economic, political and regulatory events, events in equity and debt markets and changes in interest rates; and (iii) currencies may be subject to devaluation or government-imposed exchange controls, which could affect the value of the currency. Investors in securities such as ADRs, whose values are affected by the currency of an underlying security, effectively assume currency risk.

Unless governing law provides otherwise, all transactions should be executed through the Deutsche Bank entity in the investor's home jurisdiction. Aside from within this report, important conflict disclosures can also be found at https://research.db.com/Research/ on each company's research page. Investors are strongly encouraged to review this information before investing.

Deutsche Bank (which includes Deutsche Bank AG, its branches and affiliated companies) is not acting as a financial adviser, consultant or fiduciary to you or any of your agents (collectively, "You" or "Your") with respect to any information provided in this report. Deutsche Bank does not provide investment, legal, tax or accounting advice, Deutsche Bank is not acting as your impartial adviser, and does not express any opinion or recommendation whatsoever as to any strategies, products or any other information presented in the materials. Information contained herein is being provided solely on the basis that the recipient will make an independent assessment of the merits of any investment decision, and it does not constitute a recommendation of, or express an opinion on, any product or service or any trading strategy.

The information presented is general in nature and is not directed to retirement accounts or any specific person or account type, and is therefore provided to You on the express basis that it is not advice, and You may not rely upon it in making Your decision. The information we provide is being directed only to persons we believe to be financially sophisticated, who are capable of evaluating investment risks independently, both in general and with regard to particular transactions and investment strategies, and who understand that Deutsche Bank has financial interests in the offering of its products and services. If this is not the case, or if You are an IRA or other retail investor receiving this directly from us, we ask that you inform us immediately.

In July 2018, Deutsche Bank revised its rating system for short term ideas whereby the branding has been changed to Catalyst Calls ("CC") from SOLAR ideas; the rating categories for Catalyst Calls originated in the Americas region have been made consistent with the categories used by Analysts globally; and the effective time period for CCs has been reduced from a maximum of 180 days to 90 days.

During the period December 2018 to March 2020 Deutsche Bank may have shown incomplete information regarding Disclosure 1 in some parts of the equity research and debt research coverage. If you require any further information please contact DVS.Support@db.com.

**United States**: Approved and/or distributed by Deutsche Bank Securities Incorporated, a member of FINRA, NFA and SIPC. Analysts located outside of the United States are employed by non-US affiliates that are not subject to FINRA regulations.

**European Economic Area (exc. United Kingdom)**: Approved and/or distributed by Deutsche Bank AG, a joint stock corporation with limited liability incorporated in the Federal Republic of Germany with its principal office in Frankfurt am Main. Deutsche Bank AG is authorized under German Banking Law and is subject to supervision by the European Central Bank and by BaFin, Germany's Federal Financial Supervisory Authority.

**United Kingdom**: Approved and/or distributed by Deutsche Bank AG acting through its London Branch at Winchester House, 1 Great Winchester Street, London EC2N 2DB. Deutsche Bank AG in the United Kingdom is authorised by the Prudential Regulation Authority and is subject to limited regulation by the Prudential Regulation Authority and Financial Conduct Authority. Details about the extent of our authorisation and regulation are available on request.

**Hong Kong SAR**: Distributed by Deutsche Bank AG, Hong Kong Branch except for any research content relating to futures contracts within the meaning of the Hong Kong Securities and Futures Ordinance Cap. 571. Research reports on such futures contracts are not intended for access by persons who are located, incorporated, constituted or resident in Hong Kong. The author(s) of a research report may not be licensed to carry on regulated activities in Hong Kong and, if not licensed, do not hold themselves out as being able to do so. The provisions set out above in the 'Additional Information' section shall apply to the fullest extent permissible by local laws and regulations, including without limitation the Code of Conduct for Persons Licensed or Registered with the Securities and Futures Commission. This report is intended for distribution only to 'professional investors' as defined in Part 1 of Schedule of the SFO. This document must not be acted or relied on by persons who are not professional investors. Any investment or investment activity to which this document relates is only available to professional investors and will be engaged only with professional investors.

Provided for the exclusive use of david.wong@slate.com on 2021-02-09T21:56:00+00:00. DO NOT REDISTRIBUTE

9 February 2021
Semiconductors
HDD Industry



**India**: Prepared by Deutsche Equities India Private Limited (DEIPL) having CIN: U65990MH2002PTC137431 and registered office at 14th Floor, The Capital, C-70, G Block, Bandra Kurla Complex Mumbai (India) 400051. Tel: + 91 22 7180 4444. It is registered by the Securities and Exchange Board of India (SEBI) as a Stock broker bearing registration no.: INZ000252437; Merchant Banker bearing SEBI Registration no.: INM000010833 and Research Analyst bearing SEBI Registration no.: INH000001741. DEIPL may have received administrative warnings from the SEBI for breaches of Indian regulations. Deutsche Bank and/or its affiliate(s) may have debt holdings or positions in the subject company. With regard to information on associates, please refer to the "Shareholdings" section in the Annual Report at: https://www.db.com/ir/en/annual-reports.htm.

**Japan**: Approved and/or distributed by Deutsche Securities Inc.(DSI). Registration number - Registered as a financial instruments dealer by the Head of the Kanto Local Finance Bureau (Kinsho) No. 117. Member of associations: JSDA, Type II Financial Instruments Firms Association and The Financial Futures Association of Japan. Commissions and risks involved in stock transactions - for stock transactions, we charge stock commissions and consumption tax by multiplying the transaction amount by the commission rate agreed with each customer. Stock transactions can lead to losses as a result of share price fluctuations and other factors. Transactions in foreign stocks can lead to additional losses stemming from foreign exchange fluctuations. We may also charge commissions and fees for certain categories of investment advice, products and services. Recommended investment strategies, products and services carry the risk of losses to principal and other losses as a result of changes in market and/or economic trends, and/or fluctuations in market value. Before deciding on the purchase of financial products and/or services, customers should carefully read the relevant disclosures, prospectuses and other documentation. 'Moody's', 'Standard Poor's', and 'Fitch' mentioned in this report are not registered credit rating agencies in Japan unless Japan or 'Nippon' is specifically designated in the name of the entity. Reports on Japanese listed companies not written by analysts of DSI are written by Deutsche Bank Group's analysts with the coverage companies specified by DSI. Some of the foreign securities stated on this report are not disclosed according to the Financial Instruments and Exchange Law of Japan. Target prices set by Deutsche Bank's equity analysts are based on a 12-month forecast period.

**Korea**: Distributed by Deutsche Securities Korea Co.

**South Africa:** Deutsche Bank AG Johannesburg is incorporated in the Federal Republic of Germany (Branch Register Number in South Africa: 1998/003298/10).

**Singapore:** This report is issued by Deutsche Bank AG, Singapore Branch (One Raffles Quay #18-00 South Tower Singapore 048583, 65 6423 8001), which may be contacted in respect of any matters arising from, or in connection with, this report. Where this report is issued or promulgated by Deutsche Bank in Singapore to a person who is not an accredited investor, expert investor or institutional investor (as defined in the applicable Singapore laws and regulations), they accept legal responsibility to such person for its contents.

**Taiwan**: Information on securities/investments that trade in Taiwan is for your reference only. Readers should independently evaluate investment risks and are solely responsible for their investment decisions. Deutsche Bank research may not be distributed to the Taiwan public media or quoted or used by the Taiwan public media without written consent. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation to trade in such securities/instruments. Deutsche Securities Asia Limited, Taipei Branch may not execute transactions for clients in these securities/instruments.

**Qatar**: Deutsche Bank AG in the Qatar Financial Centre (registered no. 00032) is regulated by the Qatar Financial Centre Regulatory Authority. Deutsche Bank AG - QFC Branch may undertake only the financial services activities that fall within the scope of its existing QFCRA license. Its principal place of business in the QFC: Qatar Financial Centre, Tower, West Bay, Level 5, PO Box 14928, Doha, Qatar. This information has been distributed by Deutsche Bank AG. Related financial products or services are only available only to Business Customers, as defined by the Qatar Financial Centre Regulatory Authority.

**Russia**: The information, interpretation and opinions submitted herein are not in the context of, and do not constitute, any appraisal or evaluation activity requiring a license in the Russian Federation.

**Kingdom of Saudi Arabia**: Deutsche Securities Saudi Arabia LLC Company (registered no. 07073-37) is regulated by the Capital Market Authority. Deutsche Securities Saudi Arabia may undertake only the financial services activities that fall within the scope of its existing CMA license. Its principal place of business in Saudi Arabia: King Fahad Road, Al Olaya District, P.O. Box 301809, Faisaliah Tower - 17th Floor, 11372 Riyadh, Saudi Arabia.

**United Arab Emirates**: Deutsche Bank AG in the Dubai International Financial Centre (registered no. 00045) is regulated by the Dubai Financial Services Authority. Deutsche Bank AG - DIFC Branch may only undertake the financial services activities that fall within the scope of its existing DFSA license. Principal place of business in the DIFC: Dubai International Financial Centre, The Gate Village, Building 5, PO Box 504902, Dubai, U.A.E. This information has been distributed by Deutsche Bank AG. Related financial products or services are available only to Professional Clients, as defined by the Dubai Financial Services Authority.

**Australia and New Zealand**: This research is intended only for 'wholesale clients' within the meaning of the Australian Corporations Act and New Zealand Financial Advisors Act, respectively. Please refer to Australia-specific research disclosures and related information at https://australia.db.com/australia/content/research-information.html Where research refers to any particular financial product recipients of the research should consider any product disclosure statement, prospectus or other applicable disclosure document before making any decision about whether to acquire the product. In preparing this report,

Provided for the exclusive use of irfan.andrian@allianzgi-ate.com on 2021-02-09T21:56:00700. DO NOT REDISTRIBUTE

9 February 2021
Semiconductors
HDD Industry



the primary analyst or an individual who assisted in the preparation of this report has likely been in contact with the company that is the subject of this research for confirmation/clarification of data, facts, statements, permission to use company-sourced material in the report, and/or site-visit attendance. Without prior approval from Research Management, analysts may not accept from current or potential Banking clients the costs of travel, accommodations, or other expenses incurred by analysts attending site visits, conferences, social events, and the like. Similarly, without prior approval from Research Management and Anti-Bribery and Corruption ("ABC") team, analysts may not accept perks or other items of value for their personal use from issuers they cover.

Additional information relative to securities, other financial products or issuers discussed in this report is available upon request. This report may not be reproduced, distributed or published without Deutsche Bank's prior written consent.

Backtested, hypothetical or simulated performance results have inherent limitations. Unlike an actual performance record based on trading actual client portfolios, simulated results are achieved by means of the retroactive application of a backtested model itself designed with the benefit of hindsight. Taking into account historical events the backtesting of performance also differs from actual account performance because an actual investment strategy may be adjusted any time, for any reason, including a response to material, economic or market factors. The backtested performance includes hypothetical results that do not reflect the reinvestment of dividends and other earnings or the deduction of advisory fees, brokerage or other commissions, and any other expenses that a client would have paid or actually paid. No representation is made that any trading strategy or account will or is likely to achieve profits or losses similar to those shown. Alternative modeling techniques or assumptions might produce significantly different results and prove to be more appropriate. Past hypothetical backtest results are neither an indicator nor guarantee of future returns. Actual results will vary, perhaps materially, from the analysis.

The method for computing individual E,S,G and composite ESG scores set forth herein is a novel method developed by the Research department within Deutsche Bank AG, computed using a systematic approach without human intervention. Different data providers, market sectors and geographies approach ESG analysis and incorporate the findings in a variety of ways. As such, the ESG scores referred to herein may differ from equivalent ratings developed and implemented by other ESG data providers in the market and may also differ from equivalent ratings developed and implemented by other divisions within the Deutsche Bank Group. Such ESG scores also differ from other ratings and rankings that have historically been applied in research reports published by Deutsche Bank AG. Further, such ESG scores do not represent a formal or official view of Deutsche Bank AG. It should be noted that the decision to incorporate ESG factors into any investment strategy may inhibit the ability to participate in certain investment opportunities that otherwise would be consistent with your investment objective and other principal investment strategies. The returns on a portfolio consisting primarily of sustainable investments may be lower or higher than portfolios where ESG factors, exclusions, or other sustainability issues are not considered, and the investment opportunities available to such portfolios may differ. Companies may not necessarily meet high performance standards on all aspects of ESG or sustainable investing issues; there is also no guarantee that any company will meet expectations in connection with corporate responsibility, sustainability, and/or impact performance.

Copyright © 2021 Deutsche Bank AG

Provided for the exclusive use of ... at FactSet Research Systems, Inc. 2021-03-02T21:56:00-00:00. DO NOT REDISTRIBUTE



### David Folkerts-Landau
Group Chief Economist and Global Head of Research

| | | | |
|---|---|---|---|
| Pam Finelli<br>Global Chief Operating Officer<br>Research | Anthony Klarman<br>Global Head of<br>Debt Research | Michael Spencer<br>Head of APAC Research | Steve Pollard<br>Head of Americas Research<br>Global Head of Company<br>Research |
| Gerry Gallagher<br>Head of European<br>Company Research | | Andreas Neubauer<br>Head of Germany Research | Peter Milliken<br>Head of APAC<br>Company Research |
| Jim Reid<br>Global Head of<br>Thematic Research | Francis Yared<br>Global Head of Rates Research | George Saravelos<br>Global Head of FX Research | Peter Hooper<br>Global Head of<br>Economic Research |

## International Production Locations

**Deutsche Bank AG**
Deutsche Bank Place
Level 16
Corner of Hunter & Phillip Streets
Sydney, NSW 2000
Australia
Tel: (61) 2 8258 1234

**Deutsche Bank AG**
Equity Research
Mainzer Landstrasse 11-17
60329 Frankfurt am Main
Germany
Tel: (49) 69 910 00

**Deutsche Bank AG**
Filiale Hongkong
International Commerce Centre,
1 Austin Road West,Kowloon,
Hong Kong
Tel: (852) 2203 8888

**Deutsche Securities Inc.**
2-11-1 Nagatacho
Sanno Park Tower
Chiyoda-ku, Tokyo 100-6171
Japan
Tel: (81) 3 5156 6000

**Deutsche Bank AG**
1 Great Winchester Street
London EC2N 2EQ
United Kingdom
Tel: (44) 20 7545 8000

**Deutsche Bank Securities Inc.**
60 Wall Street
New York, NY 10005
United States of America
Tel: (1) 212 250 2500