# EXHIBIT 7

# Equity Research



Company Update — March 11, 2021

**IT Hardware & Communications Networking**

# Western Digital Corp. (WDC)

## WDC: Mtgs w/CFO - Improving Flash Pricing, eSSD & 18TB HDD Ramp Ahead, & Normalizing GM% (30%+ HDDs & Mid-30%+ Flash)

## Our Call

**What's New.** This week we had the opportunity to host investor meetings with W. Digital's CFO, Bob Eulau and VP of IR, Peter Andrew. While our meetings reaffirm our belief that WD remains a *prove-it execution story* (most notably in Enterprise SSDs and the nearline HDD share recapture and HDD GM% improvement w/ 18TBM ramp), we would consider our discussions as providing <u>net-positive comments</u> on the current NAND Flash pricing dynamics and confidence in an improving competitive position through 2021. We reiterate our OW rating and $85/sh. PT. We continue to view WD as a mid/2H2021 fundamental upside story.

**What We Think Matters.** Notable takeaways / thoughts from our meetings include: **1) NAND Flash Pricing Bottom; Awaiting Signs of Upturn.** While 2Q21 contract price negotiations are currently taking shape, our discussions did highlight the belief that NAND pricing should improve through 2021. Today, *TrendForce* published an updated outlook on NAND pricing trends with total blended prices expected to be -5%-10% q/q in 1Q21, but +3%-8% q/q into 2Q21 (cSSD and eSSD pricing at +3%-8% and +0%-5% q/q in 2Q21, respectively). We maintain a -4% and -2% blended $/GB est. in our WD estimates for F3Q21 and F4Q21, respectively. **2) NVMe eSSD Traction Ahead?** With a *cloud titan* qual. on WD's NVMe eSSDs now shipping in volume, we continue to believe WD's ability to improve its positioning in eSSDs remains a key focus (note: est. only ~$80M in rev. and ~2% eSSD capacity ship share in 2H2020 – see chart below). **3) 16/18TB Nearline HDD Ramp; Capacity Ship Share Recapture.** 16/18TB HDDs now shipping on quals. from three of four *cloud titans* (two 18TB / one 16TB qual.). As a reminder, WD exited 2020 with a ~37% capacity ship share in nearline HDDs with capacity ship in 2020 at -5% y/y vs. Seagate at +85% y/y. <u>WD noted that they believe there will be a more disciplined pricing environment at 18TB, which is still very early (est. only ~250k 18TB HDDs shipped in 4Q20; ~3% of total nearline HDD capacity ship vs. 16TB at ~40%).</u> **4) GM%: 30%+ HDDs (Mid-30% LT); Mid/High-30% Thru Cycle Flash.** WD reiterated expectation of driving HDD GM% back to 30%+ (mid-30% long-term), which would be driven by the 18TB ramp and eventual diminishing COVID costs (~170bps impact in F2Q21). We continue to think investors should consider a normalizing Flash GM% into the mid/high-30% range. Flash industry pricing dynamics are a key driver, along with WD's ability to place bits into eSSDs and execution on 112L *BiCS5* ramp through 2021 will be company-specific drivers.

**Other Tidbits: 1) Capex:** WD reiterated their F2021 capex guidance of cash capex at $1.3B and gross capex of $3.1B (inclusive of JV leasing and operating funding). While F2022 capex plans are not finalized, we expect WD expects cash capex to be similar to F2021 (possibly slightly down). **2) De-Leveraging & Capital Return:** WD continues to target gross debt of $6B; net debt at $3B, which would reflect 1.0x-3.5x debt/EBITDA based on historical cycles. **3) Inventory:** The company noted that NAND flash inventory (WD, customers, and channel) is at a *normal* levels, but WD's HDD inventory is elevated due to the 16TB/18TB qual. cycles. WD is currently working down HDD inventory and expects to make progress by the June quarter (F4Q21). **4) Huawei (reminder):** <mark>While WD has applied for a license to ship to Huawei (both NAND and HDDs), it has not yet been granted a license. We would note that Seagate has been shipping to Huawei.</mark> We have estimated that Huawei had accounted for as much as 5%+ of WD's rev.

Equity Analyst(s)

**Aaron Rakers, CFA**
Senior Equity Analyst | Wells Fargo Securities, LLC
aaron.rakers@wellsfargo.com | 314-875-2508

**Joe Quatrochi, CFA**
Senior Equity Analyst | Wells Fargo Securities, LLC
joe.quatrochi@wellsfargo.com | 314-875-2055

**Jake Wilhelm, CFA, CPA**
Associate Equity Analyst | Wells Fargo Securities, LLC
jake.wilhelm@wellsfargo.com | 314-875-2502

**Michael Tsvetanov**
Associate Equity Analyst | Wells Fargo Securities, LLC
michael.tsvetanov@wellsfargo.com | 314-875-2558

| Rating | Overweight |
| --- | --- |
| Ticker | WDC |
| Price Target/Prior: | $85.00/NC |
| Upside/(Downside) to Target | 27.7% |
| Price (03/10/2021) | $66.58 |
| 52 Week Range | $27.40 - 72.98 |
| Shares Outstanding | 306,097,179 |
| Market Cap (MM) | $20,380 |
| Enterprise Value (MM) | $26,557 |
| Average Daily Volume | 6,260,745 |
| Average Daily Value (MM) | $417 |
| Dividend (NTM) | $0.00 |
| Dividend Yield | 0.0% |
| Net Debt (MM) - last reported | $6,177 |
| ROIC - Current year est. | (0)% |
| 3 Yr EPS CAGR from current year (unless otherwise noted) | 5% |

| $ EPS | 2020A | 2021E Curr. | 2021E Prior | 2022E Curr. | 2022E Prior |
| --- | --- | --- | --- | --- | --- |
| Q1 (Sep) | 0.34 A | 0.65 A | NC | 1.15 E | NC |
| Q2 (Dec) | 0.62 A | 0.69 A | NC | 1.59 E | NC |
| Q3 (Mar) | 0.85 A | 0.66 E | NC | 1.42 E | NC |
| Q4 (Jun) | 1.23 A | 0.95 E | NC | 1.57 E | NC |
| FY | 3.03 A | 2.94 E | NC | 5.74 E | NC |
| P/E | 21.9x | 22.6x | | 11.6x | |

*Source: Company Data, Wells Fargo Securities estimates, and Refinitiv.*
*NA = Not Available, Volatility = Historical trading volatility*

All estimates/forecasts are as of 3/11/2021 unless otherwise stated. 3/11/2021 5:00:11 EST. Please see page 7 for rating definitions, important disclosures and required analyst certifications. Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

This document is for josephine.lau@seagate.com and should not be distributed further.

**NAND Flash Pricing; Supply/Demand Outlook & Roadmap Progression:** Our discussions highlighted a belief that we have likely bottomed out and NAND pricing trends should improve through 2021. WD noted that it has seen Flash pricing trends in the transaction markets (e.g., retail and SSDs into channel) increase since the December quarter. The company has highlighted this as a leading indicator of overall NAND pricing, noting that 2Q21 contract price negotiations are likely currently taking shape. Today (3/10) *TrendForce* published an updated outlook on memory pricing dynamics with overall NAND Flash pricing estimated to decline by 5%-10% q/q in 1Q21, but then increase by +3%-8% q/q in 2Q21 with client and enterprise SSD pricing estimated to increase +3%-8% and +0%-5% q/q, respectively. We think some investors will question whether foundry tightness / constraints on SSD controllers could be in part driving SSD price increases (note: Samsung's Austin, TX based Line S2 Fab does produce Flash / SSD controllers; we believe TSMC is the primary manufacturing partner for WD's internally developed Flash controllers).

As a reminder, WD guided Flash margins to improve q/q in F3Q21 (overall GM% guide at 25.5%-27.5%), and our meetings suggest that current trends indicate a potential improvement throughout the rest of the year. We continue to believe a through cycle Flash GM% in the 35%-40% as a long-term desirable level in order of driving a *reasonable* ROIC. The company believes 2021 will be a very good demand year for NAND flash, and that industry participants remain rational from a supply perspective. From technology roadmap/competitive perspective, WD reiterated their ~15% y/y long-run average cost-decline expectations, and highlighted their scale/cost advantage that stems from the JV with Kioxia (re: both capex & R&D). The company expects to exit the year with *BiCS5* (112L, cost optimized node) representing greater than 50% of total bits. While we are still early in the BiCS5 ramp, we would remind investors that WD recently (2/19) announced the development *BiCS6* 162L 3D NAND, which incorporates a CMOS under Array (CuA) architecture and is expected to increase manufactured bits per wafer by 70% vs. BiCS5 (compares to +40% increase for BiCS5).

## NAND Flash Pricing Forecast - *TrendForce / DRAMeXchange*

|  | 1Q21E | 2Q21F | 3Q21F | 4Q21F |
|---|---|---|---|---|
| Client SSDs | Down 5%-10% | Up 3%-8% | Up 5%-10% | Flat |
| Enterprise SSDs | Down 10%-15% | Up 0%-5% | Up 5%-10% | Up 0%-5% |
| eMMC / UFS - Consumer | Up 0%-3% | Up 3%-8% | Up 0%-5% | Flat |
| eMMC / UFS - Mobile | Down ~5% | Up 0%-5% | Up 0%-5% | Flat |
| 3D NAND Wafers (TLC & QLC) | Up 0%-3% | Up 5%-10% | Up 0%-5% | Down 0%-5% |
| 2D NAND Package (MLC) | Flat | Up 5%-10% | Up 3%-8% | Down 0%-5% |
| **Total NAND Flash** | **Down 5%-10%** | **Up 3%-8%** | **Up 0%-5%** | **Mostly Flat** |

*Source: TrendForce; Wells Fargo Securities, LLC*

**Enterprise SSD Share Gains in Focus:** Although WD's execution in the eSSD market has been disappointing over the past couple of quarters, we think one conclusion / thought could be that it couldn't get much worse. We think improved execution in enterprise SSDs represents a large opportunity for W. Digital over the coming quarters as the company realizes volume shipments from broadening customer qualifications – e.g., qualified with one cloud titan in January, shipments have commenced; focus on additional qualifications over coming quarters. As expected, the placement of NAND Flash bits into the eSSD market is a priority for the company (high-value bits); focus on synergistically leveraging go-to-market with the HDD business.

Western Digital's total enterprise SSD capacity share stood at just 2.0% in 4Q20, down from 2.2% in 3Q20 and 7.2% in the year ago quarter, according to *TrendFocus*. Samsung's leading capacity share position stood at 41.5% in 4Q20, and is followed by Intel, SK Hynix, Kioxia (Toshiba), and Micron at 26.2%, 13.2%, 7.3%, and 5.7% share, respectively. In the important PCIe/NVMe enterprise SSD market (70% of total eSSD capacity shipped in 4Q20), Western Digital's capacity ship share fell drastically over the past two quarters and stood at 1.5% in 4Q20. This is down from 9.0% in 4Q19, and compares to Samsung, Intel, SK Hynix, and Micron at 40.7%, 30.6%, 17.7%, and 3.3% share, respectively in 4Q20. We would note that total enterprise SSD capacity growth reached 73% y/y in 2020, up from 26% y/y in 2019 (note: 3Q20 and 4Q20 capacity growth at +65% and +21%, respectively). This also compares to total SSD capacity shipped growing at ~50% in both 2019 and 2020.

This document is for josephine.lau@seagate.com and should not be distributed further.

CONFIDENTIAL Seagate_000043364

Western Digital Corp.                                                                          Equity Research



Source: Wells Fargo Securties, LLC Estimates



Source: Wells Fargo Securties, LLC Estimates

Equity Research | 3

This document is for josephine.lau@seagate.com and should not be distributed further.

**18TB+ HDD Technology Roadmap Bifurcation & Competitive Positioning.** One of the takeaways from our meetings with W. Digital was that there was <u>not</u> much focus on the differing technologies being used by W. Digital and Seagate at the 18TB+ capacity points – i.e., W. Digital (and Toshiba) using Energy / Microwave-Assisted Magnetic Recording (EAMR / MAMR) versus Seagate's use of Heat-Assisted Magnetic Recording (HAMR). As we highlighted in our note published 2/16 (*HDDs: The Tech (Areal Density) Path at 20TB+ Will Be Interesting - Understanding HAMR & EAMR / MAMR; Actuator Transitions*), we think it will become increasingly important for investors to consider (or question) the differences in the technology paths between Seagate and W. Digital given:

1. In our 20+ years of covering the HDD industry we don't recall a period of time when we have seen the two leading HDD competitors with differing recording technology roadmaps. The most recent example of differing technologies was when WD led the industry in incorporating helium in their 6TB nearline HDDs in late-2013. Seagate followed with helium at the 10TB capacity point in 2016.
2. As we have seen in the past few years, capacity-point leadership in the nearline HDD segment (now 55%+ of total HDD rev.) can result in outsized share gains - e.g., WD's advantage at 14TB in 2019 (~57% peak nearline capacity ship share), while giving way to Seagate's clear advantage with 16TB in 2020 (~51% capacity ship share exiting 2020).
3. HAMR is considered the longer-term (5+ year) required technology in terms of driving HDD areal density expansion; however, WD's (and Toshiba's) success in leveraging EAMR / MAMR-based high-cap drives could create an interesting competitive (cost effective) landscape for the 20-30TB capacity points. <u>We think Seagate's comments that using HAMR could result in a high-capacity HDD roadmap where it increases capacity points by 4TB+ capacity points going forward (vs. today's cadence at 2TB+ increments)</u>. At their recent Investor Day (2/24), Seagate reiterated its target of having a 50TB nearline HDD by 2026.
4. HAMR leverages laser light emitted from a diode (see illustrations below) on the read/write head to introduce significant heat (up to 450°c) to shrink the magnetic bit before storing on <u>glass</u> finished media, while W. Digital's EAMR / ePMR involves the introduction of a bias current on the main pole of the read/write head (no heat) to improve writeability / areal density using cheaper <u>aluminum</u> finished media.
5. The HDD industry's ability to successfully drive continued / consistent areal density ($Tb/in^2$) expansion, and thus continued declines in $/GB, is a long-term competitive imperative as we / investors question the propensity for expanding Flash encroachment, most notably in enterprise (e.g., QLC / PLC positioning for *warm / cold* storage). Note that enterprise SSDs still account for only 12% of total enterprise storage capacity shipped.

WD appears to be focused on incremental improvements using energy-assist (EAMR/ePMR) before moving to a full microwave-assist magnetic recording (MAMR; full spin-torque) technology - we believe at the mid-20TB capacity point. WD agrees that they will have to eventually move to HAMR-based recording technology. We think it is also important to consider that WD has been investing in HAMR - we estimate +$500M in R&D spend and +400 HAMR-related patents. On the other hand, Seagate has emphasized its focus on using HAMR with its 20TB HDDs (initial ship in 4Q20; not likely to be in high volume as this will mostly represent a learning transition). At their Inventor Day on 2/24, Seagate announced that they have achieved product development at $2.6Tb/in^2$ areal density, or support for 40TB HDDs leveraging HAMR technology; resulting in confidence in path to 50TB nearline HDDs by 2026 and 100TB HDDs by 2030 w/ future leverage of fully patterned media (support for >$8Tb/in^2$ AD or 10TB/platter capacity). Seagate believes HAMR will enable accelerated per drive capacity expansion - 4TB, 6TB, or even 10TB jumps vs. traditional 2TB (note: we consider this a very notable comment as we gauge HAMR vs. WD and Toshiba's use of EAMR / MAMR).

With the aforementioned in mind, we would again highlight the **below charts** illustrating the market share trends in nearline HDDs – 56%+ of total HDD industry revenue in 2020. As shown below, W. Digital's nearline HDD capacity ship share stood at its lowest level exiting 2020 (~38%), while Seagate's ship share had expanded to an all-time high (51%+).

This document is for josephine.lau@seagate.com and should not be distributed further.

CONFIDENTIAL                                                                          Seagate_000043366

Western Digital Corp.

Equity Research

### High-Cap Nearline Enterprise Revenue; % of Total HDD Revenue($MM)



Source: TrendFocus; Company Data; Wells Fargo Securities, LLC

### High-Cap Nearline Enterprise Capacity Shipped (Exabytes; Left); % of Total HDD Capacity (Right)



Source: TrendFocus; Company Data; Wells Fargo Securities, LLC  Estimates

### High-Cap (Nearline) Ent. Exabytes Shipped by Vendor



Source: TrendFocus; Company Data; Wells Fargo Securities, LLC

### High-Cap Enterprise HDD Capacity Shipped by TB / Drive (Exabytes); Avg. TB / drive (Right Axis)



Source: TrendFocus; Wells Fargo Securities, LLC Estimates

Equity Research | 5

This document is for josephine.lau@seagate.com and should not be distributed further.

CONFIDENTIAL

Seagate_000043367

## Price Target Basis and Risk

### Price Target for WDC: $85.00 from NC

Our $85 price target reflects a 19x P/E multiple on our calendar 2022 EPS estimate; ~12x EV/EBIT multiple (excluding incremental balance sheet deleveraging). Our $85 price target also reflects a sub-10x P/E multiple on our expectation that WD can return to an $8/sh.+ mid-cycle EPS.

### Risk for WDC

Risks to our price target include: (1) NAND Flash and HDD cyclicality; customer concentration. (2) Increased competition in high-capacity nearline HDDs. (3) Gross margin volatility and Kioxia joint venture disruption. (4) Capital intensive Flash business model. (5) Long-term technology disruption risks.

## Investment Thesis

### WDC

Our Overweight thesis on Western Digital reflects: 1) Western Digital's broad-based product portfolio (Flash and HDDs) to address the positive growth in digital content; 2) Our expectation of continued strong growth and margin trends in WD's high-cap / nearline enterprise HDDs; 3) Western Digital de-leverage and belief that the company's Flash business is highly undervalued relative to replacement costs; 4) Western Digital's technology positioning – 3D NAND Flash portfolio, as well as high-cap / nearline enterprise HDDs; and 5) An expectation that WD can improve their execution in enterprise SSDs (albeit this remains a prove-it story).

This document is for josephine.lau@seagate.com and should not be distributed further.

CONFIDENTIAL  Seagate_000043368

Western Digital Corp.                                                                                      Equity Research

## Required Disclosures

I, Aaron Rakers, certify that:
1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and
2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

## Additional Information Available Upon Request



Western Digital Corp. Rating History as of 03-09-2021

powered by: BlueMatrix

Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)

Wells Fargo Securities, LLC and/or its affiliates, have beneficial ownership of 0.5% or more of any class of the common stock of Western Digital Corp..
Wells Fargo Securities, LLC or its affiliates intends to seek or expects to receive compensation for investment banking services in the next three months from an affiliate of Western Digital Corp.
Wells Fargo Securities, LLC maintains a market in the common stock of Western Digital Corp..
Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking services from Western Digital Corp. in the next three months.
Wells Fargo Securities, LLC or its affiliates has a significant financial interest in Western Digital Corp..
**WDC:**
Risks to our price target include: (1) NAND Flash and HDD cyclicality; customer concentration. (2) Increased competition in high-capacity nearline HDDs. (3) Gross margin volatility and Kioxia joint venture disruption. (4) Capital intensive Flash business model. (5) Long-term technology disruption risks.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

**STOCK RATING**

**1=Overweight**: Total return on stock expected to be 10%+ over the next 12 months. BUY

**2=Equal Weight**: Total return on stock expected to be 0-10% over the next 12 months. HOLD

**3=Underweight**: Total return on stock expected to lag the Overweight- and Equal Weight-rated stocks within the analyst's coverage universe over the next 12 months. SELL

**As of March 10, 2021**
55.1% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Overweight.
33.4% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Equal Weight.
11.4% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underweight.
Wells Fargo Securities, LLC has provided investment banking services for 59.0% of its Equity Research Overweight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 45.4% of its Equity Research Equal Weight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 40.2% of its Equity Research Underweight-rated companies.

This document is for josephine.lau@seagate.com and should not be distributed further.

CONFIDENTIAL                                                                                          Seagate_000043369

**Important Disclosure for U.S. Clients**This report was prepared by Wells Fargo Securities Global Research Department ("WFS Research") personnel associated with Wells Fargo Securities and Structured Asset Investors, LLC ("SAI"), an investment adviser subsidiary of Wells Fargo & Co. If you are paying directly for this research, it is being provided by SAI. For all other recipients in the U.S. this report is being provided by Wells Fargo Securities.

**Important Disclosure for International Clients**

**United Kingdom** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the United Kingdom, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a UK incorporated investment firm authorised and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 (the "Act"), the content of this report has been approved by WFSIL, an authorised person under the Act. WFSIL does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients.

**EEA** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by WFSIL or Wells Fargo Securities Europe S.A. ("WFSE"). WFSE is a French incorporated investment firm authorized and regulated by the Autorité de contrôle prudentiel et de résolution and the Autorité des marchés financiers. WFSE does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). This report is not intended for, and should not be relied upon by, retail clients.

**Australia** – Wells Fargo Securities, LLC, Wells Fargo Securities International Limited and Wells Fargo Securities Asia Limited are exempt from the requirements to hold an Australian financial services license in respect of the financial services they provide to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under the laws of the United States, Wells Fargo Securities International Limited is regulated under laws of the United Kingdom, and Wells Fargo Securities Asia Limited is regulated under the laws of Hong Kong. All such laws differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC, Wells Fargo Securities International Limited or Wells Fargo Securities Asia Limited in the course of providing the financial services will be prepared in accordance with the laws of the United States, United Kingdom or Hong Kong and not Australian laws.

**Canada** – This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Investment Industry Regulatory Organization of Canada (IIROC) and Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**Hong Kong** – This report is issued and distributed in Hong Kong by Wells Fargo Securities Asia Limited ("WFSAL"), a Hong Kong incorporated investment firm licensed and regulated by the Securities and Futures Commission to carry on types 1, 4, 6 and 9 regulated activities (as defined in the Securities and Futures Ordinance (Cap. 571 The Laws of Hong Kong), "the SFO"). This report is not intended for, and should not be relied on by, any person other than professional investors (as defined in the SFO). Any securities and related financial instruments described herein are not intended for sale, nor will be sold, to any person other than professional investors (as defined in the SFO). The author or authors of this report is or are not licensed by the Securities and Futures Commission. Professional investors who receive this report should direct any queries regarding its contents to Kelly Chiang and Mandy Wan at WFSAL (email: wfsalresearch@wellsfargo.com).

**Japan** – This report is distributed in Japan by Wells Fargo Securities (Japan) Co., Ltd, registered with the Kanto Local Finance Bureau to conduct broking and dealing of type 1 and type 2 financial instruments and agency or intermediary service for entry into investment advisory or discretionary investment contracts. This report is intended for distribution only to professional investors (Tokutei Toushika) and is not intended for, and should not be relied upon by, ordinary customers (Ippan Toushika).

The ratings stated on the document are not provided by rating agencies registered with the Financial Services Agency of Japan (JFSA) but by group companies of JFSA-registered rating agencies. These group companies may include Moody's Investors Services Inc., Standard & Poor's Rating Services and/or Fitch Ratings. Any decisions to invest in securities or transactions should be made after reviewing policies and methodologies used for assigning credit ratings and assumptions, significance and limitations of the credit ratings stated on the respective rating agencies' websites.

**About Wells Fargo Securities**

Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in the report. This report, including any ratings it contains, should not be considered a recommendation tailored to a particular investor with respect to (i) the security or securities or (ii) any investment strategy or strategies discussed in the report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information or they wish to effect transactions in the securities discussed in this report. The information in this report has been obtained or derived from sources believed by Wells Fargo Securities Global Research Department ("WFS Research"), to be reliable, but WFS Research does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of WFS Research, at this time, and are subject to change without notice. Certain text, images, graphics, screenshots and audio or video clips included in this report are protected by copyright law and owned by third parties (collectively, "Third Party Content"). Third Party Content is made available to clients by Wells Fargo under license or otherwise in accordance with applicable law. Any use or publication of Third Party Content included in this report for purposes other than fair use requires permission from the copyright owner. Any external website links included in this publication are not maintained, controlled or operated by Wells Fargo Securities. Wells Fargo Securities does not provide the products and services on these websites and the views expressed on these websites do not necessarily represent those of Wells Fargo Securities. Please review the applicable privacy and security policies and terms and conditions for the website you are visiting. All Wells Fargo Securities and SAI research reports published by WFS Research are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Additional distribution may be effected via email, fax or regular mail. Clients may also receive our research via third party vendors. Not all

This document is for josephine.lau@seagate.com and should not be distributed further.

CONFIDENTIAL

Seagate_000043370

Western Digital Corp.

Equity Research

research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third party aggregators. Equity Strategists focus on investment themes across the equity markets and sectors. Any discussion within an Equity Strategy report of specific securities is not intended to provide a fundamental analysis of any individual company described therein. The information provided in Equity Strategy reports is subject to change without notice, and investors should not expect continuing information or additional reports relating to any security described therein. For research or other data available on a particular security, please contact your sales representative or go to http://www.wellsfargoresearch.com. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research. Each of Wells Fargo Securities, LLC, Wells Fargo Securities International Limited and Wells Fargo Securities Europe S.A. is a separate legal entity and distinct from affiliated banks. Copyright © 2021 Wells Fargo Securities, LLC

SECURITIES: NOT FDIC-INSURED - MAY LOSE VALUE - NO BANK GUARANTEE

This document is for josephine.lau@seagate.com and should not be distributed further.

CONFIDENTIAL

Seagate_000043371