# EXHIBIT 9

Equity Research



Event Update — March 18, 2021

**IT Hardware & Communications Networking**

# Seagate Technology plc (STX)

## STX: US Commerce Department Bureau of Industry & Security (BIS) Looking into Seagate's Sales to Huawei?

## Initial Thoughts

Late Wednesday (3/17) *The Washington Times* published an article (link) reporting that The Commerce Department's Bureau of Industry and Security (agency tasked with monitoring compliance with export controls) is probing Seagate over a *"possible breach"* of US sanctions imposed on China. The article, noting that it has spoken to two people familiar with the probe, states that Seagate is suspected of improperly selling HDDs to Huawei Technologies that contain chips subject to export controls after the ban was increased in August 2020.

Seagate has previously noted, when asked about sanctions, has stated that it did *"not see any particular restriction for us [Seagate] in terms of being able to continue to keep the Huawei or any other customers in China…So, we do not think we need to have a specific license."* During the company's F2Q21 (Dec '20) earnings call in late-January, in response to a question on sales to Huawei, Seagate's CEO noted that *"…we don't comment on any specific customers. I think that the market demand globally will not change on how its ultimately serviced."*

## Our Call

We have **not** spoken to Seagate on this news, and thus we are not in a position to assess any fundamental impact (if any) at this time. However, we thought we would highlight this news as it could result in investor questions. We would note that Huawei has **not** been reported as a 10%+ customer for Seagate. Seagate's competitor, Western Digital has highlighted over the past several quarters that discontinued sales to Huawei have been a headwind – we estimate Huawei had accounted for 5%-7% of W. Digital's total revenue prior to restrictions (albeit more weighted to SSDs / Flash vs. HDDs).

**Seagate Technology plc (STX)/Equal Weight**
**Price as of 03/17/2021: $77.98**
FY 2021 EPS: $5.05
FY 2022 EPS: $6.31
Shares Out.: 230,881,648
Market Cap: $18,004 MM

Equity Analyst(s)

**Aaron Rakers, CFA**
Senior Equity Analyst | Wells Fargo Securities, LLC
aaron.rakers@wellsfargo.com | 314-875-2508

**Joe Quatrochi, CFA**
Senior Equity Analyst | Wells Fargo Securities, LLC
joe.quatrochi@wellsfargo.com | 314-875-2055

**Jake Wilhelm, CFA, CPA**
Associate Equity Analyst | Wells Fargo Securities, LLC
jake.wilhelm@wellsfargo.com | 314-875-2502

**Michael Tsvetanov**
Associate Equity Analyst | Wells Fargo Securities, LLC
michael.tsvetanov@wellsfargo.com | 314-875-2558

All estimates/forecasts are as of 3/18/2021 unless otherwise stated. 3/18/2021 5:04:42 EDT. Please see page 3 for rating definitions, important disclosures and required analyst certifications.
Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

This document is for josephine.lau@seagate.com and should not be distributed further.

## Investment Thesis

STX

Although industry mix to nearline and share gains at 16TB have been a positive, we remain cautious on Seagate's competitive positioning at 18TB+ vs. W. Digital (HAMR execution remains a key focus; competitive positioning vs. WD's leveraging of energy-assisted magnetic recording platform at 18TB to high-20TB/drive capacity ranges). We are also cautious on Seagate's exposure to SSD / Flash cannibalization outside of nearline HDDs, as well as the company's progression toward a sustainable 30%+ gross margin.

This document is for josephine.lau@seagate.com and should not be distributed further.

CONFIDENTIAL

Seagate_000043702

Seagate Technology plc

Equity Research

## Required Disclosures

I, Aaron Rakers, certify that:

1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and

2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

## Additional Information Available Upon Request



Seagate Technology plc Rating History as of 03-17-2021

powered by: BlueMatrix

Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)

Wells Fargo Securities, LLC or its affiliates received compensation for investment banking services from Seagate Technology plc in the past 12 months.

Wells Fargo Securities, LLC or its affiliates intends to seek or expects to receive compensation for investment banking services in the next three months from an affiliate of Seagate Technology plc

Wells Fargo Securities, LLC or its affiliates managed or co managed a public offering of securities for an affiliate of Seagate Technology plc within the past 12 months

Wells Fargo Securities, LLC maintains a market in the common stock of Seagate Technology plc.

Seagate Technology plc currently is, or during the 12-month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC provided non-investment banking securities-related services to Seagate Technology plc.

Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking services from Seagate Technology plc in the next three months.

Wells Fargo Securities, LLC received compensation for products or services other than investment banking services from Seagate Technology plc in the past 12 months.

Seagate Technology plc currently is, or during the 12 month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC provided investment banking services to Seagate Technology plc.

Wells Fargo Securities, LLC or its affiliates received compensation for investment banking services from an affiliate of Seagate Technology plc in the past 12 months.

**STX:**

Risks to our price target include: 1.) Exposure to markets with declining demand (PCs and Mission Critical) and cannibalization from NAND Flash / SSDs; 2.) lumpiness of cloud / hyper-scale data center demand; 3.) lack of vertically integrated NAND flash to compete in the SSD market; 4.) Increased competition and pricing pressures; 5.) Execution risk and balance sheet / leverage risk. Risks to the upside include continued nearline HDD share gains and positive HAMR/ technology execution vs. the competition.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

**STOCK RATING**

**1=Overweight**: Total return on stock expected to be 10%+ over the next 12 months. BUY

**2=Equal Weight**: Total return on stock expected to be 0-10% over the next 12 months. HOLD

This document is for josephine.lau@seagate.com and should not be distributed further.

CONFIDENTIAL

Seagate_000043703

**3=Underweight**: Total return on stock expected to lag the Overweight- and Equal Weight-rated stocks within the analyst's coverage universe over the next 12 months. SELL

**As of March 17, 2021**
55.0% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Overweight.
33.4% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Equal Weight.
11.6% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underweight.
Wells Fargo Securities, LLC has provided investment banking services for 58.9% of its Equity Research Overweight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 47.5% of its Equity Research Equal Weight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 40.6% of its Equity Research Underweight-rated companies.

**Important Disclosure for U.S. Clients** This report was prepared by Wells Fargo Securities Global Research Department ("WFS Research") personnel associated with Wells Fargo Securities and Structured Asset Investors, LLC ("SAI"), an investment adviser subsidiary of Wells Fargo & Co. If you are paying directly for this research, it is being provided by SAI. For all other recipients in the U.S. this report is being provided by Wells Fargo Securities.

**Important Disclosure for International Clients**

**United Kingdom** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the United Kingdom, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a UK incorporated investment firm authorised and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 (the "Act"), the content of this report has been approved by WFSIL, an authorised person under the Act. WFSIL does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients.

**EEA** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by WFSIL or Wells Fargo Securities Europe S.A. ("WFSE"). WFSE is a French incorporated investment firm authorized and regulated by the Autorité de contrôle prudentiel et de résolution and the Autorité des marchés financiers. WFSE does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). This report is not intended for, and should not be relied upon by, retail clients.

**Australia** – Wells Fargo Securities, LLC, Wells Fargo Securities International Limited and Wells Fargo Securities Asia Limited are exempt from the requirements to hold an Australian financial services license in respect of the financial services they provide to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under the laws of the United States, Wells Fargo Securities International Limited is regulated under laws of the United Kingdom, and Wells Fargo Securities Asia Limited is regulated under the laws of Hong Kong. All such laws differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC, Wells Fargo Securities International Limited or Wells Fargo Securities Asia Limited in the course of providing the financial services will be prepared in accordance with the laws of the United States, United Kingdom or Hong Kong and not Australian laws.

**Canada** – This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Investment Industry Regulatory Organization of Canada (IIROC) and Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**Hong Kong** – This report is issued and distributed in Hong Kong by Wells Fargo Securities Asia Limited ("WFSAL"), a Hong Kong incorporated investment firm licensed and regulated by the Securities and Futures Commission to carry on types 1, 4, 6 and 9 regulated activities (as defined in the Securities and Futures Ordinance (Cap. 571 The Laws of Hong Kong), "the SFO"). This report is not intended for, and should not be relied on by, any person other than professional investors (as defined in the SFO). Any securities and related financial instruments described herein are not intended for sale, nor will be sold, to any person other than professional investors (as defined in the SFO). The author or authors of this report is or are not licensed by the Securities and Futures Commission. Professional investors who receive this report should direct any queries regarding its contents to Kelly Chiang and Mandy Wan at WFSAL (email: wfsalresearch@wellsfargo.com).

**Japan** – This report is distributed in Japan by Wells Fargo Securities (Japan) Co., Ltd, registered with the Kanto Local Finance Bureau to conduct broking and dealing of type 1 and type 2 financial instruments and agency or intermediary service for entry into investment advisory or discretionary investment contracts. This report is intended for distribution only to professional investors (Tokutei Toushika) and is not intended for, and should not be relied upon by, ordinary customers (Ippan Toushika).

The ratings stated on the document are not provided by rating agencies registered with the Financial Services Agency of Japan (JFSA) but by group companies of JFSA-registered rating agencies. These group companies may include Moody's Investors Services Inc., Standard & Poor's Rating Services and/or Fitch Ratings. Any decisions to invest in securities or transactions should be made after reviewing policies and methodologies used for assigning credit ratings and assumptions, significance and limitations of the credit ratings stated on the respective rating agencies' websites.

**About Wells Fargo Securities**

Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in the report. This report, including any ratings it contains, should not be considered a recommendation tailored to a particular investor with respect to (i) the security or

This document is for josephine.lau@seagate.com and should not be distributed further.

CONFIDENTIAL

Seagate_000043704

Seagate Technology plc

Equity Research

securities or (ii) any investment strategy or strategies discussed in the report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information or they wish to effect transactions in the securities discussed in this report. The information in this report has been obtained or derived from sources believed by Wells Fargo Securities Global Research Department ("WFS Research"), to be reliable, but WFS Research does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of WFS Research, at this time, and are subject to change without notice. Certain text, images, graphics, screenshots and audio or video clips included in this report are protected by copyright law and owned by third parties (collectively, "Third Party Content"). Third Party Content is made available to clients by Wells Fargo under license or otherwise in accordance with applicable law. Any use or publication of Third Party Content included in this report for purposes other than fair use requires permission from the copyright owner. Any external website links included in this publication are not maintained, controlled or operated by Wells Fargo Securities. Wells Fargo Securities does not provide the products and services on these websites and the views expressed on these websites do not necessarily represent those of Wells Fargo Securities. Please review the applicable privacy and security policies and terms and conditions for the website you are visiting. All Wells Fargo Securities and SAI research reports published by WFS Research are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Additional distribution may be effected via email, fax or regular mail. Clients may also receive our research via third party vendors. Not all research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third party aggregators. Equity Strategists focus on investment themes across the equity markets and sectors. Any discussion within an Equity Strategy report of specific securities is not intended to provide a fundamental analysis of any individual company described therein. The information provided in Equity Strategy reports is subject to change without notice, and investors should not expect continuing information or additional reports relating to any security described therein. For research or other data available on a particular security, please contact your sales representative or go to http://www.wellsfargoresearch.com. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research. Each of Wells Fargo Securities, LLC, Wells Fargo Securities International Limited and Wells Fargo Securities Europe S.A. is a separate legal entity and distinct from affiliated banks. Copyright © 2021 Wells Fargo Securities, LLC

SECURITIES: NOT FDIC-INSURED - MAY LOSE VALUE - NO BANK GUARANTEE

This document is for josephine.lau@seagate.com and should not be distributed further.

CONFIDENTIAL

Seagate_000043705