# EXHIBIT 10



**March 20, 2021**

Analysts

**Matt Bryson**
(617) 695-6302
matthew.bryson@wedbush.com

# Hardware

### *Last Week in Hardware - What Will Intel Do?*

**Intel - Looking Ahead to a Not So "Typical Tuesday"**

- Intel's event Tuesday should finally provide some clarity around INTC's future manufacturing strategy.
- We are still unsure what direction the company moves in, though news this week highlights the challenges Pat Gelsinger needs to address (though the return of another former INTC executive in Sanjay Natarajan should help INTC execute on the strategy it embraces).
- AMD's launch of its new Milan offering highlights the magnitude of the gap AMD has opened over Xeon, a result we believe will yield AMD share gains at least through the next few years.
- Rocket Lake exemplifies the gap Intel's struggles have created.
- MU's abandonment of 3D XPoint (a choice we see as a clear positive for MU's financials) raises questions around INTC's future direction with this technology (while we don't see INTC abandoning its NVM architecture immediately, we believe there is a non zero chance they announce such a decision Tuesday).

**New Storage Offerings Showcased as STX Shipments Reportedly Run Afoul of Commerce**

- WDC's technology event Thursday directly addressed concerns the company has fallen behind its peers due to reduced investment.
- Toshiba's FC-MAMR presentation (also Thursday) described the physics of its technology, but left us wanting more regarding the details (timing and capacities) for the company's near-line roadmap.
- Commerce's purported investigation of STX shipments to Huawei (per the Washington Times) will test what we believe was a different interpretation of regulations prohibiting supply of certain semiconductor products to the Chinese OEM.

**It's Just Fish for Dinner, Because There are No Chips**

- While we believe it is well understood that foundry supply is short, we are less clear the investment community understands that conditions are actively getting worse with constraints now impacting additional products including HDDs, network switches, and semiconductor capital equipment.
- And memory is clearly seeing similarly tightening conditions with TrendForce's reports this week detailing the positive expected implications for memory pricing in CQ2 (DRAM up 13% -18% and NAND up 3% - 8%).

**Upcoming Wedbush Events**

- Join Brad Gastwirth, Dan Ives and myself this Monday at 10:30 ET as we discuss current trends in the hardware supply chain including many of the topics discussed in this weekend note.
- Also Brad and I are hosting Tech talks featuring experts on Micro LEDs (Tuesday at noon ET) and Silicon Photonics (April 5th at noon ET).
- Please contact your sales representative or myself to join any of these events.

*Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 6–11 of this report for analyst certification and important disclosure information.*



## News

---

### Intel – Looking ahead to a Not So "Typical Tuesday"

- [Intel Unleashed event announced.](#)
- [Micron drops 3D XPoint, talks up CXL.](#)
- [AMD highlights Milan's superiority.](#)
- [New memory optimized Graviton2 instance from AWS.](#)
- [Rocket Lake launch.](#)
- [Intel brings back Sanjay Natarajan.](#)
- [Server growth expected in CQ2.](#)

**Wedbush View**:

- Pat Gelsinger promised to provide an update around INTC's manufacturing strategy this quarter. With Intel finally having announced the timing of this session, the remaining question is: what will we hear Tuesday.

- We had encountered prior indications that INTC would look to outsource additional manufacturing (including mainstream processors) in late 2020/early 2021, but since the announcement of Intel's CEO transition, we have received minimal feedback on this front.

- Rather, this week's news highlights many of the shortcomings that require INTC to make the correct decision and then execute on its plan:

  - **AMD Milan** – Whether one focusses on AMD's executing on a 3rd straight product set (making it easy for OEMs to choose AMD) or reported performance metrics suggesting the newest EPYC parts offer 2X the performance of INTC's Xeon portfolio, it's easy to see why AMD will continue to take share in servers through 2021 into 2022.

  - **AWS memory optimized Graviton instances** – Again, AWS's work with Graviton raises the prospect that ARM could become a more formidable competitor moving forward (particularly if INTC continues to struggle) only further pressuring INTC's growth.

  - **Rocket Lake** – INTC's newest enthusiast processor may, or may not, retake the lead in performance for gaming, but with the new offering suffering on a number of other fronts such as power consumption, the need to backport the design to 14nm manufacturing illustrates INTC's recent manufacturing challenges.

  - **MU's abandoning of 3D XPoint** – MU's decision clearly benefits its financials over the intermediate term as costs associated with the NVM technology (particularly as underutilization charges disappear). What is less clear is where this choice leaves INTC given: 1) the loss of its manufacturing partner, and 2) MU's assertion in abandoning the technology that mainstream adoption is uncertain and in the distant future. While MU's decision puts INTC in a difficult position regarding manufacturing, we don't expect Intel will abandon Optane on Wednesday given the difficult position it would immediately create for a number of INTC's storage partners who have integrated an Optane cache. However, we also believe there is a greater than zero probability Micron's choice presages a similar announcement from INTC.

**WEDBUSH**

- o **Sanjay Natarajan rejoins INTC –** Perhaps the addition of the AMAT exec and INTC's former head of technology manufacturing is the best indicator Intel will double down on its IDM strategy (vs. outsourcing). Regardless, the addition of another former exec is another promising sign for INTC's longer-term ability to execute.
- **Net –** We don't know what we get from INTC on Wednesday. However, we believe regardless of INTC's current strategy and eventual execution that it will continue to give up share until it reestablishes parity with AMD (2022 at the earliest in our view).

## New Storage Offerings Showcased as Shipments Reportedly Run Afoul of Commerce

- WDC explains its BICs strategy.
- Toshiba shows off FC-MAMR.
- Seagate being investigated by Commerce?

**Wedbush View**:

- With their technology presentation Thursday, WDC addressed the bear case suggesting their current technology roadmap is trailing their peers due to decreased investment by both contextualizing the scope of the Kioxia/WD investment in technology and explaining why layer count is not the primary determinant of NAND cost/quality/performance.
- We believe the truth is somewhere in the middle as we are not convinced that Kioxia and WD didn't lose a competitive step over the last few years (vs. their superior positioning with 64 layer TLC), but it is also our view that market dynamics trump relative positioning in the intermediate term and that relative product merit has been very fluid over the course of various generations of NAND.
- Toshiba's presentation on the other hand was instructive in explaining the physics of FC-MAMR, but offered little around how far (Flux Control) FC-MAMR would take Toshiba, at what areal density point FC-MAMR would yield to (Microwave Assisted Switching) MAS-MAMR, or the timeframe around how the roadmap might evolve moving forward.
- Net, we see Toshiba's 18 TB drive as the closest Toshiba has come to achieving parity with WDC and STX. With Toshiba's new nearline product introduction, however, their presentation offered little insight into their ability to maintain this position in light of the lack of details.
- Finally, the Washington Times reported that Commerce is investigating STX's continued shipments of HDDs to Huawei.
- We believe it has been common knowledge within the storage industry that STX continued shipping parts to Huawei post the US restrictions implemented in August. In contrast to WDC and Toshiba, both of which stopped supplying the Chinese OEM. Our uninformed thought process had been that STX's legal team likely interpreted US restrictions differently than its peers.
- While we do not know how this situation might play out if the Washington Times report is accurate, we would guess the most likely implications would be: 1) STX ceasing shipments to Huawei, and 2) some monetary penalty related to STX's actions. Regardless we would expect implications to future revenues are likely to be modest given Huawei's relatively smaller presence in the enterprise space.

**WEDBUSH**

### It's Just Fish for Dinner, Because There are No Chips

- Kulicke and Soffa leadtimes increasing.
- Renesas fire impacts Naka facility.
- Infineon Austin to reach normal production levels in June.
- DRAM pricing to lift double digits in the June quarter.
- NAND pricing to lift 3-8% in Q2.

**Wedbush View**:

- At this point, it should be fully understood that chips (ICs and memory) are tight.
- What we think is less well recognized is that conditions are continuing to deteriorate. Whether it's Kulicke and Soffa warning its lead times on equipment deliveries are elongating, controllers beginning to bottleneck HDD shipments, or Cisco alerting customer of elongated lead times, more and more industries are starting to realize the impact of the lack of foundry capacity.
- A fire affecting Renesas's Naka facility represents just another potential bottleneck while Infineon's indication it will take over two months to resume normal production in Austin is another concerning datapoint, particularly if it offers any insight into what Samsung's recovery might look like.
- Finally, we'd point out that it isn't just ICs, but also memory availability that is tightening with DRAMeXchange forecasting 13% - 18% increases in contract pricing in the June quarter with NAND pricing expected to lift 3% - 8%.  We broadly agree with this outlook though would note our models are slightly more conservative with assumptions closer to the lower end of this range.




*Source: ChinaFlashMarket, Inspectrum, and Wedbush Securities, Inc.*

**WEDBUSH**

## Hardware Comp Table

### HARDWARE

| TICKER | COMPANY NAME | WEDB RATING | PRICE$ | WEDB TP$ | UP/DNSIDE % | MKT CAP$B | EV$B | WEDB EPS EST 2020A | 2021E | 2022E | 2023E | WEDB REV EST $M 2020A | 2021E | 2022E | 2023E | WEDB P/E 2020A | 2021E | 2022E | 2023E | WEDB EV/SALES 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2330 | Taiwan Semiconductor Manufacturing Co Ltd | O | $591.00 | $640.00 | 8% | 15,324.9 | 14895.5 | $19.98 | $21.77 | $25.56 | - | $1,339,300 | $1,545,900 | $1,818,500 | - | 29.6x | 27.1x | 23.1x | - | 11.4x | 9.9x | 8.4x | - |
| AMD | Advanced Micro Devices Inc | O | $78.24 | $110.00 | 41% | 94.7 | 92.7 | $1.28 | $1.94 | $2.89 | - | $9,763 | $13,542 | $16,418 | - | 61.1x | 40.3x | 27.1x | - | 9.5x | 6.8x | 5.6x | - |
| INTC | Intel Corp | U | $64.18 | $53.00 | -17% | 258.9 | 271.4 | $5.30 | $5.06 | $5.30 | - | $77,867 | $73,211 | $72,260 | - | 12.1x | 12.7x | 12.1x | - | 3.5x | 3.7x | 3.7x | - |
| MU | Micron Technology Inc | N | $91.02 | $100.00 | 10% | 100.5 | 100.1 | $2.83 | $5.23 | $11.91 | - | $21,435 | $26,883 | $38,027 | - | 32.2x | 17.4x | 7.6x | - | 4.7x | 3.8x | 2.7x | - |
| NTAP | NetApp Inc | N | $70.13 | $70.00 | 0% | 15.7 | 14.4 | $4.09 | $3.99 | $4.72 | $5.34 | $5,412 | $5,682 | $6,069 | $6,509 | 17.1x | 17.6x | 14.9x | 13.1x | 2.9x | 2.7x | 2.6x | 2.4x |
| NVDA | NVIDIA Corp | O | $510.19 | $640.00 | 25% | 315.5 | 310.9 | $5.79 | $10.00 | $13.42 | $15.77 | $10,918 | $16,675 | $22,294 | $26,606 | 88.1x | 51.0x | 38.0x | 32.4x | 29.0x | 19.0x | 14.2x | 11.9x |
| PSTG | Pure Storage Inc | N | $22.36 | $25.00 | 12% | 6.1 | 5.6 | $0.25 | $0.18 | $0.18 | $0.56 | $1,643 | $1,684 | $1,929 | $2,533 | 89.4x | 124.2x | 124.2x | 39.9x | 3.7x | 3.6x | 3.2x | 2.4x |
| SIMO | Silicon Motion Technology Corp | O | $63.68 | $75.00 | 18% | 2.3 | 1.9 | $3.24 | $4.15 | $5.18 | - | $540 | $682 | $792 | - | 19.7x | 15.3x | 12.3x | - | 4.1x | 3.3x | 2.8x | - |
| STX | Seagate Technology PLC | N | $74.92 | $62.00 | -17% | 17.1 | 20.4 | $4.96 | $4.80 | $5.79 | - | $10,509 | $10,214 | $10,704 | - | 15.1x | 15.6x | 12.9x | - | 1.8x | 1.9x | 1.8x | - |
| WDC | Western Digital Corp | O | $71.09 | $85.00 | 20% | 21.2 | 27.3 | $3.03 | $3.46 | $9.65 | $10.62 | $16,737 | $16,250 | $20,048 | $21,202 | 23.5x | 20.5x | 7.4x | 6.7x | 1.3x | 1.3x | 1.1x | 1.0x |

| TICKER | COMPANY NAME | MEAN REC | PRICE$ | MEAN TP$ | UP/DNSIDE % | MKT CAP$B | EV$B | MEAN EPS EST 2020A | 2021E | 2022E | 2023E | MEAN REV EST $M 2020A | 2021E | 2022E | 2023E | MEAN P/E 2020A | 2021E | 2022E | 2023E | MEAN EV/SALES 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2330 | Taiwan Semiconductor Manufacturing Co Ltd | O | $591.00 | $703.19 | 19% | 15,324.9 | 14895.5 | $19.81 | $22.37 | $25.98 | $30.92 | $1,340,952 | $1,533,492 | $1,765,010 | $2,073,376 | 29.8x | 26.4x | 22.8x | 19.1x | 11.9x | 10.3x | 8.7x | 7.4x |
| AMD | Advanced Micro Devices Inc | N | $78.24 | $102.86 | 31% | 94.7 | 92.7 | $1.24 | $1.97 | $2.53 | $3.24 | $9,554 | $13,511 | $15,641 | $18,203 | 63.2x | 39.7x | 31.0x | 24.1x | 10.0x | 7.1x | 6.2x | 5.4x |
| INTC | Intel Corp | N | $64.18 | $62.93 | -2% | 258.9 | 271.4 | $4.90 | $4.75 | $4.86 | $5.21 | $75,399 | $72,737 | $72,617 | $75,053 | 13.1x | 13.5x | 13.2x | 12.3x | 3.6x | 3.6x | 3.5x | 3.2x |
| MU | Micron Technology Inc | O | $91.02 | $108.90 | 20% | 100.5 | 100.1 | $2.75 | $4.71 | $8.87 | $9.54 | $21,283 | $26,333 | $33,304 | $35,938 | 33.1x | 19.3x | 10.3x | 9.5x | 4.9x | 4.0x | 3.1x | 2.9x |
| NTAP | NetApp Inc | N | $70.13 | $75.24 | 7% | 15.7 | 14.4 | $3.92 | $4.01 | $4.51 | $4.95 | $5,379 | $5,686 | $5,947 | $6,214 | 17.9x | 17.5x | 15.6x | 14.2x | 3.0x | 2.8x | 3.1x | 2.5x |
| NVDA | NVIDIA Corp | N | $510.19 | $638.17 | 25% | 315.5 | 310.9 | $5.58 | $9.73 | $13.36 | $14.89 | $10,778 | $16,495 | $22,101 | $24,548 | 91.5x | 52.5x | 38.2x | 34.3x | 29.2x | 19.4x | 14.6x | 13.2x |
| PSTG | Pure Storage Inc | N | $22.36 | $29.42 | 32% | 6.1 | 5.6 | $0.25 | $0.14 | $0.29 | $0.50 | $1,640 | $1,662 | $1,936 | $2,235 | 89.6x | 154.3x | 75.9x | 45.0x | 3.7x | 3.7x | 3.5x | 3.1x |
| SIMO | Silicon Motion Technology Corp | N | $63.68 | $70.60 | 11% | 2.3 | 1.9 | $3.05 | $4.05 | $4.80 | $6.09 | $534 | $681 | $768 | $892 | 20.9x | 15.7x | 13.3x | 10.5x | 4.2x | 3.3x | 2.9x | 2.6x |
| STX | Seagate Technology PLC | N | $74.92 | $77.27 | 3% | 17.1 | 20.4 | $5.06 | $5.06 | $6.02 | $6.99 | $10,607 | $10,422 | $10,960 | $11,165 | 14.8x | 14.8x | 12.5x | 10.7x | 1.9x | 1.9x | 1.6x | 1.6x |
| WDC | Western Digital Corp | N | $71.09 | $75.15 | 6% | 21.2 | 27.3 | $3.03 | $2.99 | $6.64 | $8.36 | $16,788 | $16,079 | $18,732 | $20,560 | 23.5x | 23.8x | 10.7x | 8.5x | 1.3x | 1.4x | 1.2x | 1.1x |

*Priced: 03/19/2021*
*\* All numbers for 2330.TW in NT$*
*Source: Thomson Reuters & Wedbush Securities, Inc. estimates*

**VALUATION**

| | |
|---|---|
| 2330 | We arrive at our target price based on a multiple of ~24X PE (net cash) using our FY2022 EPS estimate. |
| AMD | We arrive at our target price by applying a multiple of ~37x our 2022 EPS estimate. This multiple is in-line with AMD's historical FY2 multiple and our revenue growth assumptions through 2022. |
| INTC | We are basing our target price on a blended multiple (net debt) of: ~10X FY22 earnings and ~3-4x EV/S, or where the stock has traded over the last 2 years. |
| MU | We arrive at our target price by applying Micron's historical ~8X EPS multiple (plus cash) to our 2022 outlook. |
| NTAP | We arrive at our target price by applying a PE multiple of ~12X to our FY'23 estimates and adding net cash, consistent with its historical valuation. |
| NVDA | We arrived at our price target by applying a PE (plus cash) multiple of ~40X to our FY2023 EPS estimate. |
| PSTG | We arrive at our target price by applying a PE multiple of ~42X (plus net cash) to our FY'23 estimates, consistent with PSTG's historical valuation. |
| SIMO | Our price target is based on a target multiple of ~13X (net cash) SIMO's FY2022 EPS. |
| STX | We arrive at our target price by applying a forward earnings multiple of ~13x (net debt) to our FY'22 EPS that we base on: 1)recent multiple expansion throughout our coverage universe, and 2) our expectation of better forward near-line demand, which is not yet baked into our model. |
| WDC | We arrive at our target price by applying a PE multiple of ~10X (netting out debt) to our FY2023 estimate and in-line with WDC's valuation over the past two to five years. |

**RISKS**

| | |
|---|---|
| 2330 | Economic deterioration and demand destruction from the current pandemic, changes to US Policy, sovereignty risk to Taiwan, risk to the supply chain, and technology risk. |
| AMD | AMD fails to close on annc'd XLNX acquisition, misexecutes, customers choose other vendors, competition increases (e.g., pricing, design), TSMC is constrained (production), the economy deteriorates. |
| INTC | INTC executes on stated initiatives, competition misexecutes, INTC divests underperforming businesses, tailwinds continue to boost revenues and GM. |
| MU | MU misexecutes, future acquisitions dilute value, Chinese vendors successfully enter NAND or DRAM markets; MSD declines could be overly pessimistic, pricing pickup could occur ahead of expectations. |
| NTAP | Upside risks: Normalized enterprise spending environment, successful product innovation, competitor missteps and accelerated TAM growth; downside risks: Cloud cannibalization, greater than expected impact from Covid-19, increasing competition and misexecution. |
| NVDA | NVDA fails to acquire ARM, missteps in its MLNX acquisition, misexecution, customers reduce spending, competition gains share. |
| PSTG | Upside risks: Normalized enterprise spending environment, successful product innovation, competitor missteps and accelerated TAM growth; downside risks: Cloud cannibalization, greater than expected impact from Covid-19, increasing competition and misexecution. |
| SIMO | SIMO Downside: misexecutes, loses customers, customers shift to vertical integration. |
| STX | STX Downside: misexecutes, pricing declines, demand decreases; Upside: STX executes on stated initiatives, pricing increases, demand increases. |
| WDC | WDC misexecutes, customers choose other vendors, competition increases (e.g., pricing, design), the economy deteriorates. |

*Source: Thomson Reuters, and Wedbush Securities Inc., estimates*



**Risks to the Attainment of Our Price Targets and Ratings: Hardware**

Shifts in competition, pricing, technology, and macroeconomic conditions.

Changes in hyperscale spending tied to shifts in growth or increased optimization.

Unforeseen events affecting production capacity (power outages, fires, storms, etc.)

Shifts in worldwide trade conditions that lead to macro instability and or close certain markets.

Increased competition from China based manufacturers entering new markets.

## WEDBUSH DATA ANALYTICS DISCLOSURES

Wedbush Data Analytics product and services are proprietary and confidential and are for information purposes only. All such materials and disclosure of contents within may not be shared for any reason, without prior express written consent from Wedbush Securities. Unauthorized use is strictly prohibited. Data is a single point in an investment decision, and the information may not contain all material information related to an investment thesis. Opinions may prove inaccurate, and are subject to significant risks and uncertainties and should be considered "as is" without representations or warranties of any kind whatsoever express or implied. Analyses, research, data and metrics express our opinions, and subject to change at any time. Wedbush Data Analytics has no authority in any way to give information or make representation or warranty on behalf of the applicable company or companies in connection therewith. The Wedbush Data Analytics platform does not collect data from password-protected and/or private sources. We operate in good faith and make every effort to comply with terms of use on the web so as not to violate terms of use on a given domain. Additional information is available upon request.

## DATA SIGNAL RATING SYSTEM

**Positive ( + )**: Proprietary data set with correlation to a given historical company-reported metric indicates that the respective current/ mid-quarter company-reported metric trends are better than consensus and/or better than management guidance.

**Negative ( - )**: Proprietary data set with correlation to a given historical company-reported metric indicates that the respective current/ mid-quarter company-reported metric trends are below consensus and/or lower than management guidance.

**Non-Conclusive/No Call (NC)**: Proprietary data set does not have a strong enough correlation to be **Positive** or **Negative**.

### Analyst Certification

I, Matt Bryson, certifies that the views expressed in this report accurately reflect my personal opinion and that I have not and will not, directly or indirectly, receive compensation or other payments in connection with my specific recommendations or views contained in this report.

### Mentioned Companies

| Company | Rating | Price | Target |
| --- | --- | --- | --- |
| Advanced Micro Devices Inc | OUTPERFORM | $79.06 | $110.00 |
| International Business Machines | NEUTRAL | $128.90 | $140.00 |
| Intel Corp | UNDERPERFORM | $63.76 | $53.00 |
| Seagate Technology PLC | NEUTRAL | $74.63 | $62.00 |
| Western Digital | OUTPERFORM | $70.58 | $85.00 |

### Investment Rating System:

OUTPERFORM: Expect the total return of the stock to outperform relative to the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

NEUTRAL: Expect the total return of the stock to perform in-line with the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

UNDERPERFORM: Expect the total return of the stock to underperform relative to the median total return of the analyst's (or the analyst's team) coverage universe of the next 6-12 months.

The Investment Ratings are based on the expected performance of a stock (based on anticipated total return to price target) relative to the other stocks in the analyst's coverage universe (or the analyst's team coverage).*

| Rating distribution | Investment Banking Relationships |
| --- | --- |

**WEDBUSH**

| (as of March 20, 2021) | (as of March 20, 2021) |
|---|---|
| OUTPERFORM: 61.66% | OUTPERFORM: 13.45% |
| NEUTRAL: 36.53% | NEUTRAL: 4.96% |
| UNDERPERFORM: 1.81% | UNDERPERFORM: 0.00% |

The Distribution of Ratings is required by FINRA rules; however, WS' stock ratings of Outperform, Neutral, and Underperform most closely conform to Buy, Hold, and Sell, respectively. Please note, however, the definitions are not the same as WS' stock ratings are on a relative basis.

The analysts responsible for preparing research reports do not receive compensation based on specific investment banking activity. The analysts receive compensation that is based upon various factors including WS' total revenues, a portion of which are generated by WS' investment banking activities.

**Company Specific Disclosures**

1. WS makes a market in the securities of Advanced Micro Devices Inc, International Business Machines, Intel Corp, Seagate Technology PLC and Western Digital.

**Price Charts**



Advanced Micro Devices Inc Rating History as of 03-18-2021

Outperform (OP); Neutral (N); Underperform (UP); Not Rated (NR)

**WEDBUSH**





![WEDBUSH]



**Seagate Technology PLC Rating History as of 03-18-2021**

Outperform (OP); Neutral (N); Underperform (UP); Not Rated (NR)



**Western Digital Rating History as of 03-18-2021**

Outperform (OP); Neutral (N); Underperform (UP); Not Rated (NR)

Wedbush disclosure price charts are updated within the first fifteen days of each new calendar quarter per FINRA regulations. Price charts for companies initiated upon in the current quarter, and rating and target price changes occurring in the current quarter, will not be displayed until the following quarter. Additional information on recommended securities is available on request.

Disclosure information regarding historical ratings and price targets is available: Research Disclosures

*WS changed its rating system from (Strong Buy/ Buy/ Hold/ Sell) to (Outperform/ Neutral/ Underperform) on July 14, 2009.

Applicable disclosure information is also available upon request by contacting the Research Department at (212) 833-1375, by email to leslie.lippai@wedbush.com. You may also submit a written request to the following: Wedbush Securities, Attn: Research Department, 142 W 57th Street, New York, NY 10019.

**WEDBUSH**

## OTHER DISCLOSURES

The information herein is based on sources that we consider reliable, but its accuracy is not guaranteed. The information contained herein is not a representation by this corporation, nor is any recommendation made herein based on any privileged information. This information is not intended to be nor should it be relied upon as a complete record or analysis: neither is it an offer nor a solicitation of an offer to sell or buy any security mentioned herein. This firm, Wedbush Securities, its officers, employees, and members of their families, or any one or more of them, and its discretionary and advisory accounts, may have a position in any security discussed herein or in related securities and may make, from time to time, purchases or sales thereof in the open market or otherwise. The information and expressions of opinion contained herein are subject to change without further notice. The herein mentioned securities may be sold to or bought from customers on a principal basis by this firm. Additional information with respect to the information contained herein may be obtained upon request.

Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 3–7 of this report for analyst certification and important disclosure information.



## Equity Research

| CONSUMER AND RETAIL | | |
| --- | --- | --- |
| **Consumer Data Analytics** | | |
| Jen Redding | (212) 344-2386 | jen.redding@wedbush.com |
| **Hardlines Retail** | | |
| Seth Basham | (212) 938-9954 | seth.basham@wedbush.com |
| **Homebuilders/Building Products** | | |
| Jay McCanless | (212) 833-1381 | jay.mccanless@wedbush.com |
| **Leisure** | | |
| James Hardiman | (212) 833-1362 | james.hardiman@wedbush.com |
| **Restaurants** | | |
| Nick Setyan | (213) 688-4519 | nick.setyan@wedbush.com |

| TMT | | |
| --- | --- | --- |
| **Digital Media** | | |
| Michael Pachter | (213) 688-4474 | michael.pachter@wedbush.com |
| **Digital Media** | | |
| Nick McKay | (213) 688-4343 | nick.mckay@wedbush.com |
| **Enterprise Software** | | |
| Dan Ives | (212) 344-2073 | dan.ives@wedbush.com |
| **Hardware** | | |
| Matt Bryson | (617) 695-6302 | matthew.bryson@wedbush.com |
| **Payments/IT Services** | | |
| Moshe Katri | (212) 938-9947 | moshe.katri@wedbush.com |
| **SMID Internet** | | |
| Ygal Arounian | (212) 938-9929 | ygal.arounian@wedbush.com |

| HEALTHCARE | | |
| --- | --- | --- |
| **Biotechnology** | | |
| David Nierengarten, Ph.D. | (415) 274-6862 | david.nierengarten@wedbush.com |
| **Biotechnology** | | |
| Robert Driscoll, Ph.D. | (415) 274-6863 | robert.driscoll@wedbush.com |
| **Emerging Pharmaceuticals** | | |
| Liana Moussatos, Ph.D. | (415) 263-6626 | liana.moussatos@wedbush.com |
| **Biotechnology** | | |
| Laura Chico, Ph.D. | (212) 668-9868 | laura.chico@wedbush.com |

| FINANCIAL INSTITUTIONS GROUP | | |
| --- | --- | --- |
| **Mid-Cap Banks** | | |
| David Chiaverini | (212) 938-9934 | david.chiaverini@wedbush.com |
| **Regional Banks** | | |
| Peter Winter | (212) 938-9941 | peter.winter@wedbush.com |
| **Specialty Finance** | | |
| Henry Coffey | (212) 833-1382 | henry.coffey@wedbush.com |

### RESEARCH MANAGEMENT

**Kevin Merritt, CFA**
Director of Research
kevin.merritt@wedbush.com
(212) 938-9949

**Kirsten Fraunces**
EVP, Head of Capital Markets
kirsten.fraunces@wedbush.com
(213) 688-4404

### COMMODITY AGRICULTURE RESEARCH

**Al Kluis**
Kluis Commodity Advisors
info@kluiscommodityadvisors.com
(888) 345-2855

### FIXED INCOME FUTURE & RATES RESEARCH

**Arthur Bass**
Managing Director
Arthur.Bass@Wedbush.com
(212) 259-6582

### CORPORATE ACCESS

**Equity Corporate Access**
equitycorporateaccess@wedbush.com

**Sophia Dao**
Associate, Corporate Access
Sophia.Dao@wedbush.com
(213) 688-4380

| TRADING | | |
| --- | --- | --- |
| **Consumer/Financials** | | |
| Bryan Lonsinger | (212) 938-9925 | bryan.lonsinger@wedbush.com |
| **Healthcare** | | |
| Sahak Manualian | (213) 688-4533 | sahak.manuelian@wedbush.com |
| **TMT** | | |
| Joel Kulina | (212) 938-2056 | joel.kulina@wedbush.com |

### WEDBUSH OFFICES

**LOS ANGELES**
1000 Wilshire Boulevard
Los Angeles, CA 90017
(213) 688-8000

**NEW YORK**
142 W 57th Street
New York, NY 10019
(212) 938-9920

**SAN FRANCISCO**
2 Embarcadero Center, Suite 600
San Francisco, CA 94111
(415) 273-7300

**BOSTON**
265 Franklin Street
Boston, MA 02110
(617) 832-3700

**CHICAGO**
141 W. Jackson Boulevard, Suite 1710A
Chicago, IL 60604
(312) 786-1930

**www.wedbush.com**