# EXHIBIT 11

 **WEDBUSH**

**March 22, 2021**

Rating:
**NEUTRAL**
Price:
**$74.63**
12-Month Price Target:
**$62.00**

Analysts
**Matt Bryson**
(617) 695-6302
matthew.bryson@wedbush.com

**Company Information - Hardware**

| | |
|---|---|
| Market Cap (M) | $17,231 |
| Enterprise Value (M) | $20,577 |
| Shares Outst (M) | 257.0 |
| 52-Week Range | $39.02 - $78.04 |
| Cash/sh | $7.00 |
| Tangible Book Value/sh | $(1.15) |
| Yield | 3.59% |

**REV (M)** — in $

| FYE Jun | 2021E | 2022E | 2023E |
|---|---|---|---|
| Q1 Sep | 2,313.9A | 2,692.4E | 2,676.7E |
| Previous | | 2,592.3E | |
| Q2 Dec | 2,623.0A | 2,913.2E | 2,882.0E |
| Previous | | 2,842.7E | |
| Q3 Mar | 2,662.8E | 2,707.9E | 2,693.7E |
| Previous | | 2,659.4E | |
| Q4 Jun | 2,758.1E | 2,619.9E | 2,622.9E |
| Previous | 2,514.2E | 2,611.1E | |
| **Year*** | **10,357.7E** | **10,933.3E** | **10,875.3E** |
| Previous | 10,213.9E | 10,704.4E | |

**Gross Margin** — in $

| FYE Jun | 2021E | 2022E | 2023E |
|---|---|---|---|
| Q1 Sep | 26.5%A | 29.9%E | 29.8%E |
| Previous | | 27.9%E | |
| Q2 Dec | 26.8%A | 30.2%E | 29.9%E |
| Previous | | 28.7%E | |
| Q3 Mar | 27.2%E | 30.2%E | 29.6%E |
| Previous | | 29.9%E | |
| Q4 Jun | 28.1%E | 29.7%E | 29.7%E |
| Previous | 27.5%E | 29.0%E | |
| **Year*** | **27.2%E** | **30.0%E** | **29.8%E** |
| Previous | 27.0%E | 28.8%E | |

**EPS** — in $

| FYE Jun | 2021E | 2022E | 2023E |
|---|---|---|---|
| Q1 Sep | 0.93A | 1.59E | 1.57E |
| Previous | | 1.29E | |
| Q2 Dec | 1.29A | 1.87E | 1.80E |
| Previous | | 1.63E | |
| Q3 Mar | 1.30E | 1.64E | 1.57E |
| Previous | | 1.43E | |
| Q4 Jun | 1.49E | 1.50E | 1.50E |
| Previous | 1.23E | 1.42E | |
| **Year*** | **5.01E** | **6.59E** | **6.44E** |
| Previous | 4.89E | 5.79E | |
| P/E | 14.9x | 11.3x | 11.6x |

*Pricing data provided by Thomson Reuters.*
*Numbers may not add up due to rounding*

# Seagate Technology PLC  (STX)

## *Lifting Our Forecasts, but Struggling with Relative Valuation*

**We are lifting our outlook for the June quarter and fiscal 2022 given:**

- Our positive outlook for hyperscale spend.
- Our belief that IC shortages are beginning to weigh on HDD output, a result we see as likely to benefit forward pricing dynamics.

**However, we are leaving our target price unchanged as:**

- Our multiple is already ahead of peak cycle multiples we are applying to other component suppliers including MU and STX peer WDC.
- In our view, a sustainable (vs. cyclical) benefit substantiating a higher multiple requires STX hold a material competitive advantage vs. its peers. In our view, such an outcome will require STX to make its HAMR technology mainstream. However, we continue to struggle to find data points indicative of clear progress on this front.
- While arguably Lyve could yield higher margins and added growth, the history of HDD vendors moving downstream does not bode well for STX's efforts to build its own enterprise/cloud offering.
- Commerce's reported investigation of STX HDD sales to Huawei adds another potential point of risk, though we tend to believe the most likely outcome is additional legal fees and a potential fine.
- Finally we continue to have a difficult time defining the risk related to STX's transition away from Nidec.

**We are instituting FY 2023 numbers**

- Our 2023 earnings outlook is relatively stable with our 2022 forecast.
- This in-line setup fits with our view that there isn't yet a mechanism to drive substantial revenue or margin growth over the next 12-24 months.

**Outlook & Valuation**

We are reiterating our NEUTRAL rating and target price of $62. While we are lowering our multiple to ~12X our FY'22 estimates and adding net debt (vs. previously we had been modeling 13X), this setup still values STX at a premium to the multiples we use for other component suppliers including WDC and MU).

*Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 7-10 of this report for analyst certification and important disclosure information.*

CONFIDENTIAL

Seagate_000044064



## Why June (and FY'21) Should Be Better

**Hyperscale spend is set to lift:**
- Our conversations around current industry near-line builds remain extremely positive with Seagate (and its peers) in our view building parts ahead of an expected uptick in hyperscale storage demand.
- Such a result fits with feedback we have received from other portions of the supply chain suggesting hyperscale server builds will lift in conjunction with new CPU offerings including expectations from memory suppliers (enterprise DIMM and SSD vendors).
- While we see WDC as likely to regain share with its 18 TB offering (vs. 16 TB where STX had the market to itself), the larger TAM should still create an opportunity for STX to grow shipments through the course of this year.

**IC shortages could benefit forward pricing:**
- HDDs did not appear to see any impact from IC shortages initially, other than indirectly, as ODM/OEM customers were forced to unexpectedly shift their SKU mix due to issues with standard components (audio, display, and power ICs).
- However, over the last month, we believe this situation has changed such that ICs are now in short supply leading in certain cases to elongated lead times.
- Historically, supply shortages have allowed HDD vendors to lift pricing, a result that could/should finally provide a vehicle to increase margins from current regressed levels.

**Impact on our model:**
- We had taken a more conservative approach towards STX's outlook in contrast with the sharp implied increase in June quarter results the company would need to realize stable FY'21 revenues (as per management's prior guidance).
- Our revisions bring us more in-line with a flattish sales result for this fiscal year as well as consensus estimates.

## Why We Aren't More Constructive on the Stock

**STX lacks key production differentiation to define a better long term growth/margin path**
- Success with HAMR would certainly provide a differentiated product set for STX characterized by uniquely higher areal densities that could yield improved revenue growth rates and margin appreciation.
- While we believe that STX will likely ship 20 TB HAMR drives to key customers this year, we also believe that productization of mass production HAMR HDDs is not expected until late 2023/2024 with 30 TB drives.
- This timing gap is too large, in our view, to support definitive expectations around HAMR succeeding and driving margin and growth differentiation for STX, particularly given the risk that EAMR/MAMR technologies provide interim areal density advantages to STX's competitors.
- Finally, Lyve, while a focus of STX's Analyst Day, does not have the growth potential (STX forecast non-HDD sales as adding only an incremental $800M in annual sales over 5 years) to justify a differentiated margin, or growth profile for STX, in our view. And, we are doubtful of the likelihood of success of this platform given the lack of historical success drive vendors have had trying to push into enterprise storage (where they

CONFIDENTIAL

Seagate_000044065

**WEDBUSH**

necessarily compete with their customers) through either organic growth or acquisitions.

**We are already valuing STX at a premium to its peers**

- Even having lifted the earnings estimates we are using to value STX, our target price of $62 still requires a 12X multiple (net cash).
- In comparison, we are valuing WDC at 10X and MU at 8X forward estimates (net cash), respectively.
- And while we would acknowledge there is potential earnings upside for STX assuming a stronger than anticipated cyclical uptick in hyperscale purchases and/or a rebound in enterprise demand, we see much greater margin and revenue upside for WDC and STX should current positive trends in memory lead to peak conditions similar to what we've seen in past cycles.
- Net, while we could certainly see cyclicals perform favorably relative to growth in an inflationary environment (with multiples for cyclical stocks at levels far more similar to historic levels than some growth names we cover), we see other names within this category having far more favorable valuation levels.

**Potential "black swan" events**

- While we believe STX has executed well with its transition to 18 TB drives (with missed product cycles typically the most significant company specific risk for HDD vendors) we see certain STX specific risks that are difficult to quantify.
- Nidec transition
  - We believe STX dissolved its relationship with Nidec in the late summer/early fall time-frame.
  - We also believe that STX was actively working with Minebea prior to this event and gave itself significant additional leeway through a last time purchase.
  - However, Minebea had been providing fewer than 20% of motors prior to mid-2020, the recent history of HDD vendors attempting to transition away from Nidec motors is not promising as is STX's attempt to source baseplates away from Nidec for He drives.
  - Net, while STX could very well execute a seamless transition away from Nidec, we see a non-zero risk that production/qualification is impacted with any such impact having anywhere from a modest to an extremely significant impact on STX's near-line drive business.
  - Similarly, there is a non-zero (but again difficult to quantify) risk that Nidec's patent litigation will impact STX's forward business.
- Commerce Department investigation of shipments to Huawei
  - Per the Washington Times, Commerce is investigating STX's continued shipments of HDDs to Huawei as having circumvented US export restrictions.
  - We certainly believe that STX indeed was shipping drives to Huawei, whereas its competitors stopped shipments in August. Our belief is STX likely interpreted restrictions differently than its peers.
  - We see limited financial ramifications should STX need to end shipments to the Chinese OEM.

CONFIDENTIAL

Seagate_000044066

**WEDBUSH**

- o   If Commerce pursues legal action against STX, we are uncertain as to the merits of either argument, ==our best guess regarding negative consequences would be a fine somehow congruent with amount of product STX shipped.==
- o   However, again, there is some probability that the outcome that an investigation by Commerce leads to a less favorable outcome for STX.

## Price Target

- •   We arrive at our target price of $62 by applying a forward earnings multiple of ~12x (after netting out $13.23/share in net debt) to our FY'22 EPS. While this multiple is roughly in-line with STX's historic range, we would note that it values STX at a premium to multiples we use to value peers with exposure to similarly cyclical industries including WDC and MU.

**Figure 1: STX: Historical Multiples**

 

CONFIDENTIAL

Seagate_000044067

**WEDBUSH**

## Income Statement and Other Selected Financials

| | 2020 FYA | Sep-20 1QA | Dec-20 2QA | Mar-21 3QE | Jun-21 4QE | 2021 FYE | Sep-21 1QE | Dec-21 2QE | Mar-22 3QE | Jun-22 4QE | 2022 FYE | Sep-22 1QE | Dec-22 2QE | Mar-23 3QE | Jun-23 4QE | 2023 FYE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 10,509 | 2,314 | 2,623 | 2,663 | 2,758 | 10,358 | 2,692 | 2,913 | 2,708 | 2,620 | 10,933 | 2,677 | 2,882 | 2,694 | 2,623 | 10,875 |
| Cost of Goods Sold | 7,667 | 1,718 | 1,927 | 1,952 | 1,998 | 7,595 | 1,904 | 2,049 | 1,906 | 1,856 | 7,715 | 1,894 | 2,036 | 1,910 | 1,858 | 7,699 |
| Gross Profit | 2,842 | 596 | 696 | 710 | 760 | 2,763 | 789 | 864 | 802 | 764 | 3,218 | 782 | 846 | 783 | 765 | 3,177 |
| Operating Expenses | | | | | | | | | | | | | | | | |
| Selling, General, and Administrative | 473 | 118 | 122 | 120 | 122 | 482 | 122 | 122 | 122 | 122 | 488 | 122 | 122 | 122 | 122 | 488 |
| Research and Development | 973 | 223 | 221 | 225 | 230 | 899 | 230 | 230 | 230 | 230 | 920 | 230 | 230 | 230 | 230 | 920 |
| Other | 96 | 4 | 5 | - | - | 9 | - | - | - | - | - | - | - | - | - | - |
| Total Operating Expense | 1,542 | 345 | 348 | 345 | 352 | 1,390 | 352 | 352 | 352 | 352 | 1,408 | 352 | 352 | 352 | 352 | 1,408 |
| Operating Income | 1,300 | 251 | 348 | 365 | 408 | 1,373 | 437 | 512 | 450 | 412 | 1,810 | 430 | 494 | 431 | 413 | 1,769 |
| Interest and Other Income | 1,300 | 251 | 348 | 365 | 408 | 1,373 | 437 | 512 | 450 | 412 | 1,810 | 430 | 494 | 431 | 413 | 1,769 |
| Income before Taxes | 1,032 | 221 | 291 | 306 | 349 | 1,168 | 377 | 452 | 390 | 352 | 1,570 | 370 | 434 | 371 | 353 | 1,529 |
| Income Tax Expense | 28 | (2) | 11 | 31 | 35 | 75 | 38 | 45 | 39 | 35 | 157 | 37 | 43 | 37 | 35 | 153 |
| Net Income | 1,004 | 223 | 280 | 276 | 314 | 1,093 | 339 | 407 | 351 | 316 | 1,413 | 333 | 390 | 334 | 318 | 1,376 |
| **ProForma Results** | | | | | | | | | | | | | | | | |
| Revenue | 10,509 | 2,314 | 2,623 | 2,663 | 2,758 | 10,358 | 2,692 | 2,913 | 2,708 | 2,620 | 10,933 | 2,677 | 2,882 | 2,694 | 2,623 | 10,875 |
| Cost of Goods Sold | 7,598 | 1,700 | 1,919 | 1,937 | 1,983 | 7,539 | 1,889 | 2,034 | 1,891 | 1,841 | 7,655 | 1,879 | 2,021 | 1,895 | 1,843 | 7,639 |
| Gross Profit | 2,911 | 614 | 704 | 725 | 775 | 2,819 | 804 | 879 | 817 | 779 | 3,278 | 797 | 861 | 798 | 780 | 3,237 |
| Operating Expenses | 1,365 | 320 | 319 | 319 | 320 | 1,278 | 320 | 320 | 320 | 320 | 1,280 | 320 | 320 | 320 | 320 | 1,280 |
| Operating Income | 1,546 | 294 | 385 | 406 | 455 | 1,541 | 484 | 559 | 497 | 459 | 1,998 | 477 | 541 | 478 | 460 | 1,957 |
| Net Income | 1,311 | 242 | 323 | 317 | 361 | 1,243 | 386 | 454 | 398 | 363 | 1,601 | 380 | 437 | 381 | 365 | 1,564 |
| EPS | 4.96 | 0.93 | 1.29 | 1.30 | 1.49 | 5.01 | 1.59 | 1.87 | 1.64 | 1.50 | 6.59 | 1.57 | 1.80 | 1.57 | 1.50 | 6.44 |
| **ProForma Margins** | | | | | | | | | | | | | | | | |
| Gross Margin | 27.7% | 26.5% | 26.8% | 27.2% | 28.1% | 27.2% | 29.9% | 30.2% | 30.2% | 29.7% | 30.0% | 29.8% | 29.9% | 29.6% | 29.7% | 29.8% |
| Operating Margin | 14.7% | 12.7% | 14.7% | 15.3% | 16.5% | 14.9% | 18.0% | 19.2% | 18.3% | 17.5% | 18.3% | 17.8% | 18.8% | 17.8% | 17.5% | 18.0% |
| Net Margin | 12.5% | 10.5% | 12.3% | 11.9% | 13.1% | 12.0% | 14.3% | 15.6% | 14.7% | 13.9% | 14.6% | 14.2% | 15.2% | 14.2% | 13.9% | 14.4% |
| **Year on Year Growth** | | | | | | | | | | | | | | | | |
| Revenue | 1% | -10% | -3% | -2% | 10% | -1% | 16% | 11% | 2% | -5% | 6% | -1% | -1% | -1% | 0% | -1% |
| Gross Profit | -2% | -11% | -9% | -5% | 13% | -3% | 31% | 25% | 13% | 0% | 16% | -1% | -2% | -2% | 0% | -1% |
| Opex | -6% | -11% | -9% | -6% | 2% | -6% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Operating Income | 1% | -11% | -9% | -4% | 22% | 0% | 65% | 45% | 22% | 1% | 30% | -1% | -3% | -4% | 0% | -2% |
| Net Income | -5% | -13% | -10% | -13% | 16% | -5% | 60% | 40% | 26% | 1% | 29% | -1% | -4% | -4% | 0% | -2% |
| **Sequential Growth** | | | | | | | | | | | | | | | | |
| Revenue | | -8% | 13% | 2% | 4% | | -2% | 8% | -7% | -3% | | 2% | 8% | -7% | -3% | |
| Gross Profit | | -11% | 15% | 3% | 7% | | 4% | 9% | -7% | -5% | | 2% | 8% | -7% | -2% | |
| Operating Expenses | | 2% | 0% | 0% | 0% | | 0% | 0% | 0% | 0% | | 0% | 0% | 0% | 0% | |
| Operating Income | | -21% | 31% | 6% | 12% | | 6% | 16% | -11% | -8% | | 4% | 13% | -12% | -4% | |
| Net Income | | -22% | 33% | -2% | 14% | | 7% | 17% | -12% | -9% | | 5% | 15% | -13% | -4% | |
| **Other** | | | | | | | | | | | | | | | | |
| Dividend | (673) | (167) | (167) | (167) | (167) | (668) | (167) | (167) | (167) | (167) | (668) | (167) | (167) | (167) | (167) | (668) |
| Capex - Depreciation | (206) | (12) | (63) | (24) | (24) | (123) | (29) | (29) | (29) | (29) | (116) | (34) | (34) | (34) | (34) | (136) |
| Change in net cash | (527) | (58) | 135 | 170 | 123 | 370 | (24) | 44 | (12) | (47) | (39) | (35) | 22 | (34) | (50) | (96) |
| Net Cash | 1,722 | 1,664 | 1,799 | 1,969 | 2,092 | 2,092 | 2,068 | 2,112 | 2,100 | 2,053 | 2,053 | 2,019 | 2,041 | 2,007 | 1,957 | 1,957 |

*Source: Thomson Reuters, company reports and Wedbush Securities Inc., Inc. estimates*

CONFIDENTIAL

Seagate_000044068

# ⫽⫽ WEDBUSH

## Hardware Universe Table

**HARDWARE**

| TICKER | COMPANY NAME | WEDB RATING | PRICE$ | WEDB TP$ | UP/DNSIDE % | MKT CAP$B | EV$B | WEDB EPS EST 2020A | 2021E | 2022E | 2023E | WEDB REV EST $M 2020A | 2021E | 2022E | 2023E | WEDB P/E 2020A | 2021E | 2022E | 2023E | WEDB EV/SALES 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2330 | Taiwan Semiconductor Manufacturing Co Ltd | O | $591.00 | $640.00 | 8% | 15,304.4 | 14895.5 | $19.98 | $21.77 | $25.56 | - | $1,339,300 | $1,545,900 | $1,818,500 | - | 29.6x | 27.1x | 23.1x | - | 11.4x | 9.9x | 8.4x | - |
| AMD | Advanced Micro Devices Inc | O | $79.06 | $110.00 | 39% | 95.8 | 93.8 | $1.28 | $1.94 | $2.89 | - | $9,763 | $13,542 | $16,418 | - | 61.8x | 40.8x | 27.4x | - | 9.6x | 6.9x | 5.7x | - |
| INTC | Intel Corp | U | $63.76 | $53.00 | -17% | 259.1 | 271.6 | $5.30 | $5.06 | $5.30 | - | $77,867 | $73,211 | $72,260 | - | 12.0x | 12.6x | 12.0x | - | 3.4x | 3.7x | 3.7x | - |
| MU | Micron Technology Inc | N | $90.51 | $100.00 | 10% | 101.3 | 100.8 | $2.83 | $5.23 | $11.91 | - | $21,435 | $26,883 | $38,027 | - | 32.0x | 17.3x | 7.6x | - | 4.7x | 3.7x | 2.6x | - |
| NTAP | NetApp Inc | N | $70.16 | $70.00 | 0% | 15.6 | 14.4 | $4.09 | $3.99 | $4.72 | $5.34 | $5,412 | $5,682 | $6,069 | $6,509 | 17.2x | 17.6x | 14.9x | 13.1x | 2.9x | 2.7x | 2.6x | 2.4x |
| NVDA | NVIDIA Corp | O | $513.83 | $640.00 | 25% | 318.6 | 314.0 | $5.79 | $10.00 | $13.42 | $15.77 | $10,918 | $16,675 | $22,294 | $26,606 | 88.7x | 51.4x | 38.3x | 32.6x | 29.2x | 19.1x | 14.3x | 12.0x |
| PSTG | Pure Storage Inc | N | $22.30 | $25.00 | 12% | 6.1 | 5.6 | $0.25 | $0.18 | $0.18 | $0.56 | $1,643 | $1,684 | $1,929 | $2,533 | 89.2x | 123.9x | 123.9x | 39.8x | 3.7x | 3.6x | 3.2x | 2.4x |
| SIMO | Silicon Motion Technology Corp | O | $63.29 | $75.00 | 19% | 2.2 | 1.9 | $3.24 | $4.15 | $5.18 | - | $540 | $682 | $792 | - | 19.5x | 15.3x | 12.2x | - | 4.1x | 3.3x | 2.8x | - |
| STX | Seagate Technology PLC | N | $74.63 | $62.00 | -17% | 17.2 | 20.6 | $4.96 | $5.01 | $6.59 | $6.44 | $10,509 | $10,358 | $10,933 | $10,875 | 15.0x | 14.9x | 11.3x | 11.6x | 1.8x | 1.9x | 1.8x | 1.8x |
| WDC | Western Digital Corp | O | $70.58 | $85.00 | 20% | 21.6 | 27.8 | $3.03 | $3.46 | $9.65 | $10.62 | $16,737 | $16,250 | $20,048 | $21,202 | 23.3x | 20.4x | 7.3x | 6.6x | 1.3x | 1.3x | 1.1x | 1.0x |

| TICKER | COMPANY NAME | MEAN REC | PRICE$ | MEAN TP$ | UP/DNSIDE % | MKT CAP$B | EV$B | MEAN EPS EST 2020A | 2021E | 2022E | 2023E | MEAN REV EST $M 2020A | 2021E | 2022E | 2023E | MEAN P/E 2020A | 2021E | 2022E | 2023E | MEAN EV/SALES 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2330 | Taiwan Semiconductor Manufacturing Co Ltd | O | $591.00 | $703.19 | 19% | 15,304.4 | 14895.5 | $19.81 | $22.37 | $25.98 | $30.92 | $1,340,952 | $1,533,492 | $1,765,010 | $2,073,376 | 29.8x | 26.4x | 22.8x | 19.1x | 11.9x | 10.3x | 8.7x | 7.4x |
| AMD | Advanced Micro Devices Inc | N | $79.06 | $102.86 | 30% | 95.8 | 93.8 | $1.24 | $1.97 | $2.53 | $3.24 | $9,554 | $13,511 | $15,641 | $18,203 | 63.9x | 40.1x | 31.3x | 24.4x | 10.2x | 7.2x | 6.3x | 5.5x |
| INTC | Intel Corp | N | $63.76 | $62.93 | -1% | 259.1 | 271.6 | $4.90 | $4.75 | $4.86 | $5.21 | $75,399 | $72,737 | $72,617 | $75,053 | 13.0x | 13.4x | 13.1x | 12.2x | 3.6x | 3.6x | 3.5x | 3.2x |
| MU | Micron Technology Inc | O | $90.51 | $108.90 | 20% | 101.3 | 100.8 | $2.75 | $4.71 | $8.87 | $9.54 | $21,283 | $26,333 | $33,304 | $35,938 | 32.9x | 19.2x | 10.2x | 9.5x | 4.8x | 3.9x | 3.1x | 2.9x |
| NTAP | NetApp Inc | N | $70.16 | $75.24 | 7% | 15.6 | 14.4 | $3.92 | $4.01 | $4.51 | $4.95 | $5,379 | $5,686 | $5,947 | $6,214 | 17.9x | 17.5x | 15.6x | 14.2x | 3.0x | 2.8x | 3.1x | 2.5x |
| NVDA | NVIDIA Corp | N | $513.83 | $638.17 | 24% | 318.6 | 314.0 | $5.58 | $9.73 | $13.36 | $14.89 | $10,778 | $16,495 | $22,101 | $24,548 | 92.1x | 52.8x | 38.5x | 34.5x | 29.4x | 19.5x | 14.7x | 13.3x |
| PSTG | Pure Storage Inc | N | $22.30 | $29.42 | 32% | 6.1 | 5.6 | $0.25 | $0.14 | $0.29 | $0.50 | $1,640 | $1,662 | $1,936 | $2,235 | 89.4x | 153.9x | 75.7x | 44.9x | 3.6x | 3.7x | 3.5x | 3.1x |
| SIMO | Silicon Motion Technology Corp | N | $63.29 | $70.60 | 12% | 2.2 | 1.9 | $3.05 | $4.05 | $4.80 | $6.09 | $534 | $681 | $768 | $892 | 20.7x | 15.6x | 13.2x | 10.4x | 4.2x | 3.3x | 2.9x | 2.5x |
| STX | Seagate Technology PLC | N | $74.63 | $77.27 | 4% | 17.2 | 20.6 | $5.06 | $5.06 | $6.02 | $6.99 | $10,607 | $10,422 | $10,960 | $11,165 | 14.8x | 14.8x | 12.4x | 10.7x | 1.9x | 1.8x | 1.6x | 1.6x |
| WDC | Western Digital Corp | N | $70.58 | $75.98 | 8% | 21.6 | 27.8 | $3.03 | $2.99 | $6.64 | $8.36 | $16,788 | $16,079 | $18,732 | $20,560 | 23.3x | 23.6x | 10.6x | 8.4x | 1.3x | 1.3x | 1.2x | 1.1x |

Priced: 03/21/2021
* All numbers for 2330.TW in NT$
Source: Thomson Reuters & Wedbush Securities, Inc. estimates

**VALUATION**

2330    We arrive at our target price based on a multiple of ~24X PE (net cash) using our FY2022 EPS estimate.

AMD    We arrive at our target price by applying a multiple of ~37x our 2022 EPS estimate. This multiple is in-line with AMD's historical FY2 multiple and our revenue growth assumptions through 2022.

INTC    We are basing our target price on a blended multiple (net debt) of: ~10X FY22 earnings and ~3-4x EV/S, or where the stock has traded over the last 2 years.

MU    We arrive at our target price by applying Micron's historical ~8X EPS multiple (plus cash) to our 2022 outlook.

NTAP    We arrive at our target price by applying a PE multiple of ~12X to our FY'23 estimates and adding net cash, consistent with its historical valuation.

NVDA    We arrived at our price target by applying a PE (plus cash) multiple of ~40X to our FY2023 EPS estimate.

PSTG    We arrive at our target price by applying a PE multiple of ~42X (plus net cash) to our FY'23 estimates, consistent with PSTG's historical valuation.

SIMO    Our price target is based on a target multiple of ~13X (net cash) SIMO's FY2022 EPS.

STX    We arrive at our target price by applying a forward earnings multiple of ~13x (net debt) to our FY'22 EPS that we base on: 1)recent multiple expansion throughout our coverage universe, and 2) our expectation of better forward near-line demand, which is not yet baked into our model.

WDC    We arrive at our target price by applying a PE multiple of ~10X (netting out debt) to our FY2023 estimate and in-line with WDC's valuation over the past two to five years.

**RISKS**

2330    Economic deterioration and demand destruction from the current pandemic, changes to US Policy, sovereignty risk to Taiwan, risk to the supply chain, and technology risk.

AMD    AMD fails to close on annc'd XLNX acquisition, misexecutes, customers choose other vendors, competition increases (e.g., pricing, design), TSMC is constrained (production), the economy deteriorates.

INTC    INTC executes on stated initiatives, competition misexecutes, INTC divests underperforming businesses, tailwinds continue to boost revenues and GM.

MU    MU misexecutes, future acquisitions dilute value, Chinese vendors successfully enter NAND or DRAM markets; MSD declines could be overly pessimistic, pricing pickup could occur ahead of expectations.

NTAP    Upside risks: Normalized enterprise spending environment, successful product innovation, competitor missteps and accelerated TAM growth; downside risks: Cloud cannibalization, greater than expected impact from Covid-19, increasing competition and misexecution.

NVDA    NVDA fails to acquire ARM, missteps in its MLNX acquisition, misexecution, customers reduce spending, competition gains share.

PSTG    Upside risks: Normalized enterprise spending environment, successful product innovation, competitor missteps and accelerated TAM growth; downside risks: Cloud cannibalization, greater than expected impact from Covid-19, increasing competition and misexecution.

SIMO    SIMO Downside: misexecutes, loses customers, customers shift to vertical integration.

STX    STX Downside: misexecutes, pricing declines, demand decreases; Upside: STX executes on stated initiatives, pricing increases, demand increases.

WDC    WDC misexecutes, customers choose other vendors, competition increases (e.g., pricing, design), the economy deteriorates.

*Source: Thomson Reuters, Company reports & Wedbush Securities, Inc. estimates*

CONFIDENTIAL

Seagate_000044069

**WEDBUSH**

## Valuation

We arrive at our price target price by applying a target multiple of ~12x (net debt) to our FY'22 EPS.

## Risks to the Attainment of Our Price Target and Rating:

- A shift in competitive dynamics tied to new technology roll-outs (HAMR by STX or MAMR by WDC/Toshiba).
- Failure to execute on the next generation of near-line drives.
- Declines in NAND pricing and greater than expected cannibalization rates of HDDs by SSDs.
- Optimization of data storage by hyperscale customers leading to lower than anticipated requirements for additional data storage.
- An unexpected increase in industry price competition (following numerous years of benign trends).
- Impairment of production assets tied to unanticipated events (e.g., the Thai Floods of 2011) leading to a shortfall in industry capacity.

## Analyst Certification

I, Matt Bryson, certifies that the views expressed in this report accurately reflect my personal opinion and that I have not and will not, directly or indirectly, receive compensation or other payments in connection with my specific recommendations or views contained in this report.

## Mentioned Companies

| Company | Rating | Price | Target |
|---|---|---|---|
| Micron Technology Inc | NEUTRAL | $90.51 | $100.00 |
| Seagate Technology PLC | NEUTRAL | $74.63 | $62.00 |
| Western Digital | OUTPERFORM | $70.58 | $85.00 |

## Investment Rating System:

OUTPERFORM: Expect the total return of the stock to outperform relative to the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

NEUTRAL: Expect the total return of the stock to perform in-line with the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

UNDERPERFORM: Expect the total return of the stock to underperform relative to the median total return of the analyst's (or the analyst's team) coverage universe of the next 6-12 months.

The Investment Ratings are based on the expected performance of a stock (based on anticipated total return to price target) relative to the other stocks in the analyst's coverage universe (or the analyst's team coverage).*

| Rating distribution (as of March 22, 2021) | Investment Banking Relationships (as of March 22, 2021) |
|---|---|
| OUTPERFORM: 61.66% | OUTPERFORM: 13.45% |
| NEUTRAL: 36.53% | NEUTRAL: 4.96% |
| UNDERPERFORM: 1.81% | UNDERPERFORM: 0.00% |

The Distribution of Ratings is required by FINRA rules; however, WS' stock ratings of Outperform, Neutral, and Underperform most closely conform to Buy, Hold, and Sell, respectively. Please note, however, the definitions are not the same as WS' stock ratings are on a relative basis.

The analysts responsible for preparing research reports do not receive compensation based on specific investment banking activity. The analysts receive compensation that is based upon various factors including WS' total revenues, a portion of which are generated by WS' investment banking activities.

## Company Specific Disclosures

1. WS makes a market in the securities of Seagate Technology PLC, Micron Technology Inc and Western Digital.

## Price Charts

CONFIDENTIAL

Seagate_000044070

**WEDBUSH**

### Seagate Technology PLC Rating History as of 03-19-2021
powered by: BlueMatrix



Closing Price    Price Target

Outperform (OP); Neutral (N); Underperform (UP); Not Rated (NR)

### Micron Technology Inc Rating History as of 03-19-2021
powered by: BlueMatrix



Closing Price    Price Target

Outperform (OP); Neutral (N); Underperform (UP); Not Rated (NR)

CONFIDENTIAL

Seagate_000044071

**WEDBUSH**



**Western Digital Rating History as of 03-19-2021**

powered by: BlueMatrix

| I:UP:$32.50 06/26/2019 | N:$54.50 08/01/2019 | N:$55.00 10/31/2019 | OP:$83.00 01/17/2020 | OP:$86.00 01/31/2020 | OP:$49.00 05/01/2020 | OP:$52.00 07/22/2020 | OP:$60.00 01/26/2021 | OP:$68.00 01/29/2021 | OP:$85.00 03/12/2021 |

Closing Price ——— Price Target

Outperform (OP); Neutral (N); Underperform (UP); Not Rated (NR)

Wedbush disclosure price charts are updated within the first fifteen days of each new calendar quarter per FINRA regulations. Price charts for companies initiated upon in the current quarter, and rating and target price changes occurring in the current quarter, will not be displayed until the following quarter. Additional information on recommended securities is available on request.

Disclosure information regarding historical ratings and price targets is available: Research Disclosures

*WS changed its rating system from (Strong Buy/ Buy/ Hold/ Sell) to (Outperform/ Neutral/ Underperform) on July 14, 2009.

Applicable disclosure information is also available upon request by contacting the Research Department at (212) 833-1375, by email to leslie.lippai@wedbush.com. You may also submit a written request to the following: Wedbush Securities, Attn: Research Department, 142 W 57th Street, New York, NY 10019.

## OTHER DISCLOSURES

The information herein is based on sources that we consider reliable, but its accuracy is not guaranteed. The information contained herein is not a representation by this corporation, nor is any recommendation made herein based on any privileged information. This information is not intended to be nor should it be relied upon as a complete record or analysis: neither is it an offer nor a solicitation of an offer to sell or buy any security mentioned herein. This firm, Wedbush Securities, its officers, employees, and members of their families, or any one or more of them, and its discretionary and advisory accounts, may have a position in any security discussed herein or in related securities and may make, from time to time, purchases or sales thereof in the open market or otherwise. The information and expressions of opinion contained herein are subject to change without further notice. The herein mentioned securities may be sold to or bought from customers on a principal basis by this firm. Additional information with respect to the information contained herein may be obtained upon request.

Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 3–7 of this report for analyst certification and important disclosure information.

CONFIDENTIAL

Seagate_000044072

# WEDBUSH

## Equity Research

### CONSUMER AND RETAIL

**Consumer Data Analytics**
Jen Redding | (212) 344-2386 | jen.redding@wedbush.com

**Hardlines Retail**
Seth Basham | (212) 938-9954 | seth.basham@wedbush.com

**Homebuilders/Building Products**
Jay McCanless | (212) 833-1381 | jay.mccanless@wedbush.com

**Leisure**
James Hardiman | (212) 833-1362 | james.hardiman@wedbush.com

**Restaurants**
Nick Setyan | (213) 688-4519 | nick.setyan@wedbush.com

### TMT

**Digital Media**
Michael Pachter | (213) 688-4474 | michael.pachter@wedbush.com

**Digital Media**
Nick McKay | (213) 688-4343 | nick.mckay@wedbush.com

**Enterprise Software**
Dan Ives | (212) 344-2073 | dan.ives@wedbush.com

**Hardware**
Matt Bryson | (617) 695-6302 | matthew.bryson@wedbush.com

**Payments/IT Services**
Moshe Katri | (212) 938-9947 | moshe.katri@wedbush.com

**SMID Internet**
Ygal Arounian | (212) 938-9929 | ygal.arounian@wedbush.com

### HEALTHCARE

**Biotechnology**
David Nierengarten, Ph.D. | (415) 274-6862 | david.nierengarten@wedbush.com

**Biotechnology**
Robert Driscoll, Ph.D. | (415) 274-6863 | robert.driscoll@wedbush.com

**Emerging Pharmaceuticals**
Liana Moussatos, Ph.D. | (415) 263-6626 | liana.moussatos@wedbush.com

**Biotechnology**
Laura Chico, Ph.D. | (212) 668-9868 | laura.chico@wedbush.com

### FINANCIAL INSTITUTIONS GROUP

**Mid-Cap Banks**
David Chiaverini | (212) 938-9934 | david.chiaverini@wedbush.com

**Regional Banks**
Peter Winter | (212) 938-9941 | peter.winter@wedbush.com

**Specialty Finance**
Henry Coffey | (212) 833-1382 | henry.coffey@wedbush.com

### RESEARCH MANAGEMENT

Kevin Merritt, CFA
Director of Research
kevin.merritt@wedbush.com
(212) 938-9949

Kirsten Fraunces
EVP, Head of Capital Markets
kirsten.fraunces@wedbush.com
(213) 688-4404

### COMMODITY AGRICULTURE RESEARCH

Al Kluis
Kluis Commodity Advisors
info@kluiscommodityadvisors.com
(888) 345-2855

### FIXED INCOME FUTURE & RATES RESEARCH

Arthur Bass
Managing Director
Arthur.Bass@Wedbush.com
(212) 259-6582

### CORPORATE ACCESS

Equity Corporate Access
equitycorporateaccess@wedbush.com

Sophia Dao
Associate, Corporate Access
Sophia.Dao@wedbush.com
(213) 688-4380

### TRADING

**Consumer/Financials**
Bryan Lonsinger | (212) 938-9925 | bryan.lonsinger@wedbush.com

**Healthcare**
Sahak Manualian | (213) 688-4533 | sahak.manualian@wedbush.com

**TMT**
Joel Kulina | (212) 938-2056 | joel.kulina@wedbush.com

### WEDBUSH OFFICES

**LOS ANGELES**
1000 Wilshire Boulevard
Los Angeles, CA 90017
(213) 688-8000

**NEW YORK**
142 W 57th Street
New York, NY 10019
(212) 938-9920

**SAN FRANCISCO**
2 Embarcadero Center, Suite 600
San Francisco, CA 94111
(415) 273-7300

**BOSTON**
265 Franklin Street
Boston, MA 02110
(617) 832-3700

**CHICAGO**
141 W. Jackson Boulevard, Suite 1710A
Chicago, IL 60604
(312) 786-1930

www.wedbush.com

CONFIDENTIAL

Seagate_000044073