# EXHIBIT 14

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **Chat: Jason McGinley, BS Teh**

BT   **BS Teh <bs.teh@seagate.com>**                                                    10/6/2021, 3:15 PM
Hey Jason - I wanted to confirm that we will zero out all Daisy numbers in the Sep EBO and create a China Biz Ops number instead?

BT   **BS Teh <bs.teh@seagate.com>**                                                    10/6/2021, 3:16 PM
Is that done for R5 already?

JM   **Jason McGinley <jason.mcginley@seagate.com>**                          10/6/2021, 3:17 PM
Hi BS - R5 does not have that change in it - we can produce an R6 with that change if that is what you want to have pushed through the systems

BT   **BS Teh <bs.teh@seagate.com>**                                                    10/6/2021, 3:17 PM
Yes, I spoke with GR - we should not have a plan that has Daisy in it...

JM   **Jason McGinley <jason.mcginley@seagate.com>**                          10/6/2021, 3:18 PM
that is fine. Rod was checking with you to make sure that is what you want signaled as this will flow through our systems

BT   **BS Teh <bs.teh@seagate.com>**                                                    10/6/2021, 3:18 PM
Easiest would be to move the Daisy numbers whole sale into a China Biz Ops 'account'

JM   **Jason McGinley <jason.mcginley@seagate.com>**                          10/6/2021, 3:18 PM
what periods in the plan, all periods or just Q2?

BT   **BS Teh <bs.teh@seagate.com>**                                                    10/6/2021, 3:19 PM
All periods -  essentially Daisy should not exist in our plans

JM   **Jason McGinley <jason.mcginley@seagate.com>**                          10/6/2021, 3:19 PM
ok.

BT   **BS Teh <bs.teh@seagate.com>**                                                    10/6/2021, 3:19 PM
Thanks !

JM   **Jason McGinley <jason.mcginley@seagate.com>**                          10/6/2021, 3:19 PM
I will have the guys workup an R6

BT   **BS Teh <bs.teh@seagate.com>**                                                    10/6/2021, 3:20 PM
Let's create a China Biz Ops category

BT   **BS Teh <bs.teh@seagate.com>**                                                    10/6/2021, 3:20 PM
or customer group ratrher

BT   **BS Teh <bs.teh@seagate.com>**                                                    10/6/2021, 3:20 PM
that way we can track and then we work the details for Dec EBO

JM   **Jason McGinley <jason.mcginley@seagate.com>**                          10/6/2021, 3:21 PM
yes, that was the plan that LP was suggesting

CONFIDENTIAL                                                                     Seagate_000094774