# EXHIBIT 15

# Document Produced as PDF
**STX007103311**

CONFIDENTIAL

Seagate_000014456

**From:** "BS Teh" <bs.teh@seagate.com>
**To:** "Morgan Hodges" <morgan.m.hodges@seagate.com>, "Jason McGinley" <jason.mcginley@seagate.com>, "Rod Cooper" <rod.j.cooper@seagate.com>, "Lay Peng Ong" <laypeng.ong@seagate.com>
**Cc:** "Brad Herbstreit" <brad.w.herbstreit@seagate.com>, "Rosalind Leong" <rosalind.p.leong@seagate.com>, "Teresa Ng" <teresa.mh.ng@seagate.com>, "Nigel Demkiw" <nigel.demkiw@seagate.com>, "Chris Perryman" <chris.perryman@seagate.com>, "Phillip Lay" <phillip.lay@seagate.com>, "Alejandra Quiroz Juarez" <alejandra.quiroz@seagate.com>
**Subject:** Re: (Plan) Change to SepEBO
**Date:** 2021-10-06 15:02:27 -0700
**Importance:** Normal
**Inline-Images:** image001.jpg

---

That's excellent - thanks ! Let's have this done for R6!

Regards
BS..


**BS Teh**
*Executive Vice President*
*Global Sales & Sales Operations*
*Seagate Technology*
*Office : +1(510) 661-1671 (FRC) +(65) 6807-7188 (SSDC)*
*Mobile : +(65) 96346663 ; +1(408) 6431812*
*Email: bs.teh@seagate.com*

---

**From:** Morgan Hodges <morgan.m.hodges@seagate.com>
**Sent:** Thursday, October 7, 2021 12:19:44 AM
**To:** BS Teh <bs.teh@seagate.com>; Jason McGinley <jason.mcginley@seagate.com>; Rod Cooper <rod.j.cooper@seagate.com>; Lay Peng Ong <laypeng.ong@seagate.com>
**Cc:** Brad Herbstreit <brad.w.herbstreit@seagate.com>; Rosalind Leong <rosalind.p.leong@seagate.com>; Teresa Ng <teresa.mh.ng@seagate.com>; Nigel Demkiw <nigel.demkiw@seagate.com>; Chris Perryman <chris.perryman@seagate.com>; Phillip Lay <phillip.lay@seagate.com>; Alejandra Quiroz Juarez <alejandra.quiroz@seagate.com>
**Subject:** Re: (Plan) Change to SepEBO

Hi BS,

This will all be moved under China BD OEM, which doesn't currently have any EBO associated with it so will be a clean view of the Daisy volumes/revenue moved.  Sandy will be able to reallocate to other customers from this bucket.

Thanks,

Morgan

Confidential and Exempt from Public
Disclosure under Export Control Reform Act
[50 U.S.C. 4820(h)], Freedom of Information
Act [5 U.S.C. 552(b)(4)], and Trade Secrets
Act [18 U.S.C. 1905]

STX007103311



**Morgan Hodges**
Senior Manager
Global Sales Operations

**Seagate Technology**
Office: (510) 624-3679 | Mobile: (831) 334-6117
Fremont, CA, USA

---

**From:** BS Teh <bs.teh@seagate.com>
**Sent:** Wednesday, October 6, 2021 8:29 AM
**To:** Jason McGinley <jason.mcginley@seagate.com>; Rod Cooper <rod.j.cooper@seagate.com>; Lay Peng Ong <laypeng.ong@seagate.com>; Morgan Hodges <morgan.m.hodges@seagate.com>
**Cc:** Brad Herbstreit <brad.w.herbstreit@seagate.com>; Rosalind Leong <rosalind.p.leong@seagate.com>; Teresa Ng <teresa.mh.ng@seagate.com>; Nigel Demkiw <nigel.demkiw@seagate.com>; Chris Perryman <chris.perryman@seagate.com>; Phillip Lay <phillip.lay@seagate.com>; Alejandra Quiroz Juarez <alejandra.quiroz@seagate.com>
**Subject:** RE: (Plan) Change to SepEBO

Thanks Jason.

Morgan - are you able to create a new customer code for this? This should continue to be flagged under China region.

Rod - we should move this wholesale – config, price, etc - keep it as simple as possible. We'll work the details progressively over the next couple of weeks/months and will true up in Dec EBO.

Regards
BS..



**BS Teh**
Executive Vice President
Global Sales & Sales Operations
Seagate Technology
Mobile : +(65) 96346663 ;  +1(408) 6431812
Email: bs.teh@seagate.com

---

Seagate Internal

**From:** Jason McGinley <jason.mcginley@seagate.com>
**Sent:** Wednesday, October 6, 2021 11:24 PM
**To:** Rod Cooper <rod.j.cooper@seagate.com>; Lay Peng Ong <laypeng.ong@seagate.com>; Morgan Hodges <morgan.m.hodges@seagate.com>
**Cc:** Brad Herbstreit <brad.w.herbstreit@seagate.com>; Rosalind Leong <rosalind.p.leong@seagate.com>; Teresa Ng <teresa.mh.ng@seagate.com>; Nigel Demkiw <nigel.demkiw@seagate.com>; BS Teh <bs.teh@seagate.com>; Chris Perryman <chris.perryman@seagate.com>; Phillip Lay <phillip.lay@seagate.com>; Alejandra Quiroz Juarez <alejandra.quiroz@seagate.com>
**Subject:** Re: (Plan) Change to SepEBO

I was just IM'ing with BS - it is confirmed, he does want to proceed with a revised plan that moves the Daisy plan in all periods to a bus dev China bucket.

To that end, LP/Morgan, please confirm exactly what customer code you want us to move the Daisy plan to.

Confidential and Exempt from Public Disclosure under Export Control Reform Act [50 U.S.C. 4820(h)], Freedom of Information Act [5 U.S.C. 552(b)(4)], and Trade Secrets Act [18 U.S.C. 1905]

STX007103312

Phillip, this will be an R6-POR2

---

**From:** Rod Cooper <rod.j.cooper@seagate.com>
**Sent:** Monday, October 4, 2021 10:58 AM
**To:** Lay Peng Ong <laypeng.ong@seagate.com>; Jason McGinley <jason.mcginley@seagate.com>
**Cc:** Brad Herbstreit <brad.w.herbstreit@seagate.com>; Morgan Hodges <morgan.m.hodges@seagate.com>; Rosalind Leong <rosalind.p.leong@seagate.com>; Teresa Ng <teresa.mh.ng@seagate.com>; Nigel Demkiw <nigel.demkiw@seagate.com>
**Subject:** Re: (Plan) Change to SepEBO

Hi LayPeng. What considerations have been given to the downstream impacts such as what config does the factory build/plan for? Also, this will be visible by many folks across various functions who have access to the POR details, especially once it gets pushed into EDW. Have all the internal and external communications been completed?



**Rod Cooper**
VP Finance, Business Support

**Seagate Technology**
+1 408 391 5035 (cell)
+1 510 661 1713 (work)
Fremont CA, USA

---

**From:** Lay Peng Ong <laypeng.ong@seagate.com>
**Sent:** Sunday, October 3, 2021 10:39 PM
**To:** Rod Cooper <rod.j.cooper@seagate.com>; Jason McGinley <jason.mcginley@seagate.com>
**Cc:** Brad Herbstreit <brad.w.herbstreit@seagate.com>; Morgan Hodges <morgan.m.hodges@seagate.com>; Rosalind Leong <rosalind.p.leong@seagate.com>; Teresa Ng <teresa.mh.ng@seagate.com>
**Subject:** (Plan) Change to SepEBO

Hi Rod/Jason,

would like to move all of Daisy plan to Business Development China for Q2 and beyond for SepEBO.

Let me know if you have any questions.

Rgds
lp

Seagate Internal

Seagate Internal

Seagate Internal

Confidential and Exempt from Public Disclosure under Export Control Reform Act [50 U.S.C. 4820(h)], Freedom of Information Act [5 U.S.C. 552(b)(4)], and Trade Secrets Act [18 U.S.C. 1905]

Seagate Internal

Confidential and Exempt from Public
Disclosure under Export Control Reform Act
[50 U.S.C. 4820(h)], Freedom of Information
Act [5 U.S.C. 552(b)(4)], and Trade Secrets
Act [18 U.S.C. 1905]

STX007103314