# EXHIBIT 16

**REDACTED**

# Document Produced as Native

CONFIDENTIAL

Seagate_000061900

DATA IS IN OUR DNA

# Q1FY22 Customer & Business Performance

## BS TEH
EVP Global Sales & Sales Operations
October 2021



# Agenda

**01**     EXECUTIVE SUMMARY

**02**     Q1 PERFORMANCE REVIEW

**03**     Q2FY22  PLAN



# Q1FY22 Executive Summary - Performance to Plan





*Actuals based on preliminary data

- Exceeded Revenue and Margin POR - shipped **28.1M units** and a record high **159EB**

- Record Helium shipment – 6.2M units (up from 5.7M units shipped in Q4). EvansBP ramp delayed by quals.

- Record shipment to Mass Capacity market – exceeded $2B with Cloud segment ($725M) and NAS ($111M) hitting record shipment. Legacy shipment is above plan due to stronger MC demand.

- AUP in line with plan and Margin exceeded plan due to better Customer and Product mix combined with better OEM and Distribution Pricing.

- Gained ~1% EB share Q/Q due to stronger NL shipment to US Cloud and China and strength in Surveillance shipment.

**Seagate Internal**

Seagate Confidential    3

# Q1FY22 - Executive Summary

**Market dynamics**

- **TAM** estimated to be at **355EB** – flat Q/Q. NL shipment increased with a projected EB TAM at 250EB – up 3% Q/Q, PC shipment declined. Continued strong shipment esp in both Cloud and Enterprise segment. Crypto demand dropped significantly due to regulatory actions in China.

- **Legacy markets** was stable Q/Q -  MC shipment grew Q/Q and exceeded POR by >10%, offset by a weaker Consumer revenue.

- **Mass Capacity market reached a record $2B – VIA (Surveillance)** recorded another very strong quarter $382M with Y/Y growth exceeding 12%, increased gross margin at 35%. Record shipment to **Cloud** at $725M up 22% Y/Y and **NAS** at $111M, up 36% Y/Y

- **Distribution/Consumer** revenue was down Q/Q  – NL revenue dropped 30% due to the Crypto demand. Increased price across the board due to the strong demand in 3.5in Client , NL Air and MC. Online channel at record high revenue - 29% of total.

**Customers**

- 4 CSPs exceeded $100M in revenue – ████████ ████████████████ Record shipment to **Mass Capacity** market – exceeding $2B for the first time , >70% of HDD revenue

- Achieved record revenue in **China** – exceeding **$1B** - driven by stronger shipment to both Enterprise and Cloud markets – record revenue with ████████ ████████

- **9 customers** comprising **Cloud , Enterprise, Surveillance** and **Retail** were $100M and above – representing a more diversified business. 4 of the 9 were CSPs.

- Record **NAS** shipment in ALL regions except China, record GM in all regions with Price and mix improvement. GM at > 53%.

 

DATA IS IN OUR DNA

# Q2FY22 Execution Plan



## Q2FY22 – Key Highlights

**Market Dynamics**

- Q2FY22 EB **TAM** is forecast to be flat Q/Q at approximately 350 EB – Cloud market is relatively stable - some major customers continue to be in Digest phase, while others are ramping,  PC market is mixed – DT is stable while NB is weaker while the strength in Enterprise (IT2.0) and Surveillance continues to be strong. Consumer will be up due seasonality.

- Plan for another record Cloud revenue/EB shipment at $825M – up 14% Q/Q, largely driven by a stronger **US Cloud market -**  especially with **Evans BP qual at** ▮▮▮▮▮▮▮▮▮▮ The market demand is becoming more bullish as the CSPs continue to show strength in their overall end demand. China CSPs are gearing up for expansion -  expect to see China Cloud continue to grow.

- **Enterprise** – server/storage demand remain string -  bookings for storage with the global OEMs continue to be very strong.  Biggest gap in supply vs demand – both for NL Air, MC and systems. <mark>Demand gap from Daisy expected to be closed by other China accounts.</mark>

- **Supply chain concerns** – semiconductor shortages, cost increases – these are the main concerns for our customers,  many are focused on supply assurance and have been taking in inventory.

The major **RISKS** to Q2 plan
- Cloud TAM – dependency on share gain at ▮▮▮▮ with Evans BP, qual completion at ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮

- Supply linearity – > 55% of EB in December

- Oversupply of 16/18TB against a weaker market – potential Price impact

- Customer sentiments – esp Enterprise and SV OEMs where we have the biggest supply gap

- Supply chain impact on our customer demand -  unable to get parts to build out their systems

Seagate Confidential    11

## Q2FY22 Revenue and Exabyte Share by Market

# LEGACY MARKETS





- **PC** – Expect market to soften , in part due to shortage of key components and also migration to SSD  (stronger Commercial mix).
- **Consumer** – TAM increase in line with seasonality – target to grow E-Commerce platforms in US/China, and focus on a strong Gaming growth.
- **Client Non PC** – continued TAM decline – Games consoles have transitioned to the new SSD models, DVR market transitioning to OTT streaming. EBB market remain strong.
- **Server/Storage** – Continued strength in market with all major OEMs forecasting Q/Q growth.
- **Legacy market** to be ~ 28% of HDD revenue  (down 2% Q/Q) , EB share ~ 40%.

*Estimates based on preliminary data

Seagate Confidential | 12

## Q2FY22 Revenue and Exabyte Share by Market

# MASS CAPACITY MARKETS











*Estimates based on preliminary data

- **Enterprise NL** – Continued in the server and storage market in all regions – however plan for reduction in revenue due to Daisy issue and ▮▮▮ inventory reduction plan. Supply gap for mid to low cap NL is the most acute.
- **Cloud** – Strong TAM and share growth planned for Q2 – 14% revenue growth – 18TB – >100% growth Q/Q. Great progress and strength with ▮▮▮▮▮▮▮▮ and China CSPs. ▮▮▮ share growth is critical.
- **Surveillance** – TAM will be up Q/Q in line with seasonality – industry supply for the high cap Client expected to be a challenge.
- **NAS** – Stable TAM with seasonal impacts; nearing 50% volume share.
- **Mass Capacity market** expect to be >70% of HDD revenue TAM, with a ~ 45% EB share. Strength in the market driven by growth in all market segments.

 

DATA IS IN OUR DNA

# Q1FY22
# Additional Market & Customer Details



# Q1FY22 China Overview

| | Q1FY22 POR | Q1FY22 |
|---|---|---|
| Revenue | $1,072M | $1,085M |
| AUP | $107.5 | $102.4 |
| Units | 9,977K | 10,592K |



## HDD REVENUE GREW 51% Y/Y

- $1.08B revenue record – highest ever in history
- Shipped a record 1.74Mu of 16TB & above  (Q/Q +13%), EBP 414Ku, Q/Q +37%.
- LongsPeak CTU shipping to key customers, joint PR with ███████ released early Oct.
- SV client shipped 3.1M units, Q/Q +20%.
- EDS maintained growth, organic POS hit $5M, Q/Q +37%.

## KEY CUSTOMER & CHANNEL HIGHLIGHTS

- **Distribution** NL TAM shrunk due to government policy on crypto mining, SV 1T/2T Skyhawk Lite TAM was impacted by Amazon online shop shut down. Overall units down 20% Q/Q.
- ████████████████████████████████████████
- **Daisy:** ESG shipped 1.67Mu, top customer globally with 100% share, units +7% Q/Q and EB +40% Q/Q.
- **SV OEM:** TAM maintained growth (Q/Q +24%), delivered 15.3EB shipment (Q/Q +28%). NL 16TB and above ship 78Ku, Q/Q +63%. ████████████████████████
- **Cloud:** EB TAM grew 21% Q/Q, driven by Daisy Cloud. ████████ – 80%+ EB share with 61% shipment on 16TB and above, including 9.8Ku 20TB SMR.
- ████████████████████████████

**Seagate Internal**