# EXHIBIT 17

## *Business News: Seagate's Huawei Sales Broke Curbs, Senate Republicans Say*

The Wall Street Journal

October 27, 2021 Wednesday

Copyright 2021 Factiva ®, from Dow Jones
All Rights Reserved



Copyright 2021 Dow Jones & Company, Inc. All Rights Reserved.

# THE WALL STREET JOURNAL.
**U.S. EDITION**

**Section:** Pg. B7

**Length:** 516 words

**Byline:** By Dan Strumpf

## Body

A major U.S. data-storage equipment provider violated U.S. export rules by continuing to sell hard-disk drives to Huawei Technologies Co. after the Commerce Department tightened export restrictions last year, a report by a group of Senate Republicans alleged.

Seagate Technology Holdings PLC supplied a substantial share of the Chinese company's estimated $800 million worth of annual purchases of hard-disk drives after the tougher restrictions took effect in September 2020, according to the report by Republicans on the U.S. Senate Committee on Commerce, Science and Transportation.

The company didn't seek a license from the Commerce Department to do so, and continued shipments after its rivals had halted sales to Huawei, the report alleged. The report cited market research by banks, disclosures by the company and committee staffer interviews with Seagate officials.

"By shipping these prohibited products to Huawei, it appears Seagate benefitted from an uneven playing field to the detriment of national security and at the expense of its competitors who abide by the rule designed to combat threats posed by companies with known connections to the Chinese government," the report said.

It urged a halt to unlicensed shipments of technology to Huawei and called on the Commerce Department to better enforce restrictions on Huawei and "penalize past shipments in violation of this regulation."

A Seagate spokesman said the company "complies with all laws applicable to its business and operations, including export control regulations." He said the company doesn't comment on specific customers.

A Commerce Department spokeswoman said its enforcement arm was "committed to fully investigating any allegation" of export-control violations. She said the agency generally makes public its enforcement actions at their conclusion and would brief Congressional offices after such an investigation.

A Huawei spokeswoman declined to comment on the report's findings.

Business News: Seagate's Huawei Sales Broke Curbs, Senate Republicans Say

Last year, Seagate told investors it didn't believe it needed a license to continue selling to the Chinese firm. "I don't see any particular restriction for us in terms of being able to continue to ship to Huawei or any other customers in China," Gianluca Romano, Seagate's chief financial officer, said in September 2020, after new export rules on Huawei took effect. "So we don't think we need to have a specific license."

At the time, Mr. Romano declined to say what share of the company's revenue came from Huawei, but said it was under 10%. Fremont, Calif.-based Seagate reported $10.7 billion in revenue in the year ended July 2, up 1.6% from the year before.

According to the report, Seagate executives told committee staff members in early October that the company had halted shipments to Huawei, but declined to provide the date that its shipments stopped, the report said. The Seagate spokesman didn't comment on whether the company had halted its Huawei sales.

The Commerce Department last year placed export restrictions on Huawei, effectively barring any supplier from shipping products made with U.S. technology without a license.

## Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** October 1, 2022

**End of Document**