# EXHIBIT 18

This report is prepared solely for the use of Jo Lau

# Evercore ISI

## Technology | Semiconductors and Semiconductor Equipment

**January 22, 2022**

**C.J. Muse**
212-653-9025
CJ.muse@evercoreisi.com
**Matthew Prisco**
212-653-9049
matthew.prisco@evercoreisi.com

## Upcoming Potential Catalysts

### Covered Company Events

TXN Earnings – Tuesday 415pm

STX Earnings – Wednesday 430pm
INTC Earnings – Wednesday 500pm
LRCX Earnings – Wednesday 500pm
MTSI Earnings – Thursday 830am
TER Earnings – Thursday 830am

WDC Earnings – Thursday 430pm
KLAC Earnings – Thursday 500pm

### Other Events

TEL Earnings – Wednesday 830am
AVT Earnings – Wednesday 430pm
WOLF Earnings – Wednesday 500pm
Samsung Earnings – Wednesday 800pm
Advantest Earnings – Thursday 130am
MediaTek Earnings – Thursday 200am
STM Earnings – Thursday 330am
SIMO Earnings – Thursday 800am
MKSI Earnings – Thursday 830am
AAPL Earnings – Thursday 500pm
Hynix Earnings – Thursday 700pm

## Top Ideas

Semis…
NVDA – Ampere cycle, approaching DL platform tipping point
AVGO – Solid end-market exposure and defensibility
MRVL – 5G, Cloud, Auto content gains/ramps
MU – Improving memory dynamics into CY22

Semi Equipment…
ASML – EUV story into 2022 and beyond
AMAT – Numbers moving higher
LRCX – Better memory WFE in CY22 and positive revisions
TER – Strong SOC Test into CY21 with LT sustainability

## Weekly Muse-ings: A Look at Second Week of Earnings (TXN, INTC, LRCX, STX, TER, MTSI, WDC, and KLAC)

It was a very painful week for Semi stocks, with the SOX -10% vs. the S&P 500 at -6%. It was a broad based selloff as investors clearly were taking down gross positions. We continue to highlight the cyclical vs. secular debate will obviously continue which means we continue to favor idiosyncratic stories as well as those levered to favorable end markets with long lead times and lean inventories as well as more defensive names. Our Top Picks remain NVDA, MRVL, MU, & AVGO in Semis, and ASML, AMAT, LRCX, and TER in Semi Equipment. But to be clear – with SOX now down double digits YTD, we think bias is higher this week helped by positive estimate revisions.

**Potential Catalysts:** Covered companies reporting include TXN, INTC, LRCX, STX, TER, MTSI, WDC, and KLAC. Other key reports include Samsung, Hynix, MKSI, Advantest, MTEK, STM, and SIMO.

**TXN – Still Sub Seasonal, But Likely Better than Consensus:** While we expect mgmt. to be conservative, consensus already reflects this – cons EPS should move higher. However, GM and FCF margin concerns into Capital Markets Day suggest relative underperformance to peers. We continue to prefer ADI and NXPI in Analog complex.

**INTC – DCG/PC Strength to Lift Estimates, All Eyes on AD:** While consensus ests should move higher on sustained strength in DCG and better than feared PCs, focus remains on the 2/17 Analyst Day with clear focus on LT revenue growth, Sapphire Rapids/7nm, and target model given rising capex and uncertainty around gov't subsidies. With turnaround still highly uncertain, we remain solidly on the sidelines.

**LRCX – Supply Chain Only Uncertainty, Otherwise Positive Report:** Our only worry is Omicron spike and impact to getting shipments out the door. Otherwise, trends remain intact – Semi Cap is sold out for all of 2022 and with revs/GMs expected to tick higher every Q, LRCX is a clear name to own. Remains a TOP PICK.

**STX – Relatively Balanced with Modest GM Worries**: STX's multiple is arguably conservative given excellent leverage to cloud. But with vision for GM's to modestly disappoint, we see risk/reward as balanced.

**TER – Solid Beat and Raise on Above Seasonal Trends:** We look for a solid beat and raise considering well-above seasonal trends for Semi test as well as ongoing recovery in IA. Only worry, another conservative target model from a typically conservative mgmt. If right, we think any weakness will get bought. TER remains a TOP PICK.

**MTSI – Just Another Beat and Raise Coming:** Amidst ongoing supply constraints and leverage to the right end mkts (DC/ Networking/ Industrial), look for another modest beat and raise. We continue to see fair value of at least $85 - bias clearly higher for shares as -17% YTD.

**WDC – Xi'an Lockdown a Clear Positive for 1Q22 Outlook:** Early December, we would have thought March Q consensus was too high. But given Xi'an lockdown and impact to NAND ASP's, we see guide very close to consensus – a clear positive. With NAND asset valued at a negative level, bias remains clearly higher for shares.

**KLAC – Expect Positive 2HCY22 Outlook Supported by Intel:** With less supply chain concerns and a vision for Intel to enable 2HCY22 revs to be higher than 1HCY22, KLAC is probably the cleanest SPE name to own this earnings cycle. We continue to see upside to at least $455.

**Please see the analyst certification and important disclosures on page 44 of this report**. Evercore ISI and affiliates do and seek to do business with companies covered in its research reports. Investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
© 2022. Evercore Group L.L.C. All rights reserved.

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

in CY21), we still expect demand for pure service upgrades, spares, and maintenance to remain solid too.

- **GMs Should Start To Move Higher in 2H22 as COVID/Malaysia Headwinds Recede**

  Lam's GMs have been facing downward pressure from broader supply headwinds (elevated freight/logistics costs and chip shortages) and the ramp of the company's Malaysia factory (dilutive to GMs due to high fixed costs in early part of ramp). We note that excluding these factors, mgmt. would have expected its GMs to be closer to their 2023/24 target model (implied to be ~48%) – particularly given the WFE/revenue levels right now. This would imply headwinds of about ~150bps (assuming normalized run-rate is 47.5% today and 48.0% in 2023 timeframe), with 100bps from COVID cost headwinds and 50bps from the ramp of Malaysia. As such, we expect Lam's GMs to slowly move higher as both headwinds recede through CY22. Mgmt. has said under a best case scenario, elevated cost headwinds will recede in 1H22. But with ongoing COVID dynamics and new variant breakouts, we think it's likely these headwinds continue through at least 2H22. For Malaysia, Lam expects the factory to start being accretive to GMs in 2H22 and eventually be a key competitive differentiator for Lam (given lower cost structure). Add it up and we think Lam's GMs can exit CY22 around 46.5%-47.0%. And with new higher-margin product introductions such as Sense.i and Dry Resist too, we think 48.0% is an achievable level for Lam sometime in 2023.

- **FCF Return Likely To Track Towards High-End of 75-100% Target Range in CY22**

  Lam's goal is still to return 75-100% of FCF to shareholders. We note that through the first 3Qs of CY21, Lam has already returned 119% of FCF – supported by the company's ASR program (which it started in the Sep Q). Looking ahead, with $3.0B remaining under the company's repurchase authorization, we expect buyback activity to continue. For CY22, as a whole we expect FCF return to track towards the high-end of the company's 75-100% guidance range, with key support from sustained FCF generation due to strong end-market demand. Elsewhere, we note Lam recently approved a 15% increase in its quarterly dividend payout (now $1.50 / share vs. prior $1.30).

- **We See CY22/CY23 EPS Tracking to $37.89/$43.03 (vs. Consensus $36.66/$38.65)**

  We see CY22 revenues growing +12% to $18.8B, with Tool revenues of ~$12.6B (+12% Y/Y) and CSBG revenues of ~$6.3B (+14% Y/Y). Add in GMs of 46.4% (up ~20bps Y/Y), Opex of $2.6B (+11% Y/Y), net interest expense of $140M, a tax rate of 12.0%, and a share count of 139.3M (-3.8M Y/Y) – and we see CY22 EPS tracking to $37.89, above our modeled/consensus of $37.00/$36.66.

  For CY23, we see revenues growing +6% to ~$20.1B, with Tool revenues of $13.2B (+5% Y/Y) and CSBG revenues of ~$6.9B (+10% Y/Y). Add in GMs of 47.4% (up ~100bps Y/Y), Opex of $2.7B (+5% Y/Y), net interest expense of $140M, a tax rate of 12.5%, and a share count of 135.5M (-3.8M Y/Y) – and we see CY23 EPS tracking to $43.03, above our modeled/consensus of $42.00/$38.65.

## STX Reports Wednesday, January 26th – End-Market Demand to Remain Strong Despite Rising Political and Gross Margin Headwinds

We look for Seagate to post an in line to modest beat/raise print, with largely solid HDD demand but ongoing COVID headwinds and geopolitical uncertainties. We note that Seagate does not have as big of a presence at the key Cloud customer that is weighing on WDC's respective HDD outlook and therefore expect Cloud revenues to remain strong, with the magnitude of any digestion phase in the March Q helped by a more diversified CSP customer base. On the margin front, COVID-headwinds are now expected to increase into the December Q (vs. mgmt.'s initial expectation for them to remain flat) and will likely remain elevated into the March Q as well. In turn, we look for below consensus GMs for both Qs, though we still see EPS tracking roughly in line given potential for modestly better topline and continued share repurchase tailwinds. Further out, the upcoming 20TB cycle will continue to come into focus, where we suspect Seagate has

14

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

a marginal lead based on current qualification progress – though this lead is still considerably less than STX's at 16TB or WDC's at 18TB. Elsewhere, political headwinds seem to be rising spurred by the US Senate's allegation in October that Seagate continued to ship HDDs to Huawei even after the export restrictions went into effect in September 2020. Seagate has evidently since stopped shipments, though we note the potential for an eventual fine from the US government as well as increased scrutiny around shipments to Chinese surveillance customers Hikvision and Dahua (who are both on the Entity List) – so something to monitor going forward. Nonetheless, we see EPS tracking to $8.86 in CY22 (vs. consensus $8.75) and $10 in CY23 (vs. consensus $9.18). We maintain our Price Target of $110, ~11x our CY23 estimate, but acknowledge that this multiple could be considered conservative given Seagate's notable exposure to Cloud and Data Center, which should provide a nice support for shares going forward.

**December Q In Line to Modest Topline Beat On Strong Cloud Demand, VIA Seasonality**

■ We look for Seagate to report **total revenues** of $3.15B (+1% Q/Q, +20% Y/Y), slightly above our modeled/consensus $3.10B/$3.11B and the guided midpoint of $3.1B +/- $150M.

■ We expect overall **HDD revenues** to grow +1% Q/Q to $2.89B (vs. our/consensus $2.84B/$2.80B) with units/ASPs of 28.2M/$102 (vs. consensus 27.7M/$102)

— We see **Mass Capacity** revenues increasing +3% Q/Q to $2.09B (vs. our/consensus $2.02B/$2.03B with EBs up +3% Q/Q to 136.1EB

▪ For **Nearline**, we look for strength to be supported by continued Cloud ramps and Enterprise recovery, though we note a slight headwind from non-HDD component constraints that are limiting Enterprise builds. We also believe STX has a smaller presence at the CSP customer that WDC implied was also having kitting issues

▪ For **VIA**, we look for demand to continue being supported by typically strong seasonality and STX's vision for improving China inventories (mgmt. had noted that inventories were high coming out of Sep Q)

— We see **Legacy** revenues -4% Q/Q to $800M (vs. our/consensus $813M$769M) with EBs down -1% Q/Q to 26.5EB

▪ We expect weakness to be led by inventory adjustments at PC OEMs, which we believe were most pronounced during the Q

■ We see **Non-HDD** revenues up +5% Q/Q to $263M (vs. our/consensus $265M/$312M), as supply constraints slightly offset typically strong seasonality from enterprise customers

■ Below the line, we see **GMs (ex-SBC)** of 30.5%, below consensus of 31.1% and down ~50bps Q/Q, due mainly to higher than expected COVID headwinds related to elevated freight/logistics costs (STX had initially planned for COVID costs to be flat Q/Q)

■ For **Opex (ex-SBC)**, we see expenses of $345M, at the midpoint of the guided range of $340M-350M and implying **OMs (ex-SBC)** of 19.6% – vs. consensus 19.7% and consistent with mgmt.'s guidance for margins to track near the high-end of the company's 15-20% LT target range

■ Elsewhere, we see **Interest/Other Expense** of $66M, a **tax rate** of 5%, and 223.5M **shares outstanding** (STX exited the Sep Q with ~225M shares outstanding)

■ We look for Seagate to report **EPS** of ~$2.35 – roughly in line with our modeled/consensus $2.35/$2.36 and the company's guided $2.35 midpoint (range $2.20-$2.50)

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

**Figure 7: STX December Q Results Preview**

| DECEMBER QUARTER RESULTS | | | | | | |
|---|---|---|---|---|---|---|
| | Evercore ISI | Consensus | Guide | Prior Q (Sep 21) | Prior Y (Dec 20) | Comments |
| Revenues | $3100M | $3113M | $3.1B +/- $150M | $3115M | $2623M | |
| Q/Q | -0.5% | 0.0% | -0.5% | 3.4% | 13.4% | |
| GMs | 31.2% | 31.1% | Implied 30.2% | 31.0% | 26.8% | |
| Opex | $345M | $356M | $340-350M | $339M | $319M | |
| OM | 20.1% | 19.7% | High-end of 15-20% | 19.0% | 13.5% | |
| Tax | 5.0% | | | 4.0% | 3.9% | |
| PF EPS (ex. ESO) | $2.35 | $2.36 | $2.35 +/- $0.15 | $2.21 | $1.17 | |
| Share Count | 225 | | Exited Sep Q with 225M | 231 | 251 | |
| | | | | | | |
| Mass Capacity | $2,022M | $2,033M | | $2,033M | $1,508M | |
| Legacy | $813M | $769M | | $831M | $917M | |
| Other | $265M | $312M | | $251M | $198M | |
| | | | | | | |
| Units | 27.8 | 27.7 | | 28 | 30 | |
| ASP | $102 | $102 | | $103 | $81 | |

*Source: Company Data, Evercore ISI Research*

**March Q In Line to Slightly Ahead on Roughly Seasonal Topline Dynamics, Continued Margin Headwinds**

- We look for Seagate to guide **overall revenues** to a midpoint of $2.95B (-6% Q/Q, +8% Y/Y), slightly above our modeled/consensus of $2.91B/$2.91B

- We expect overall **HDD revenues** to fall -7% Q/Q to $2.69B (vs. our modeled/consensus $2.64B/$2.59B) with units/ASPs of 26.0M/$103 (vs. consensus 26.4M/$100)

  — We see **Mass Capacity** revenues decreasing -5% Q/Q to $1.98B (vs. our/consensus $1.96B/$1.94B with EBs up +5% Q/Q to 142.5EB

    ▪ For **Nearline**, we expect Cloud demand to begin to soften, though we look for any digestion phase to be more muted than historical cycles due to the greater breadth of Cloud customers and misalignment in CSP investment cycles We expect Enterprise to remain solid, though supply headwinds are likely to linger

    ▪ For **VIA**, we expect demand to be down on typically weak seasonality (STX has said it expects normal seasonality for its segments which are seasonal)

  — We see **Legacy** revenues -11% Q/Q to $711M (vs. our/consensus $687M/$656M) with EBs down -7% Q/Q to 24.5EB

    ▪ We expect weaker seasonality in Consumer and the PC markets, though inventory adjustments at PC OEMs are likely to improve relative to the Dec Q

- We see **Non-HDD** revenues up flat Q/Q at $264M (vs. our/consensus $265M/$312M) with weaker SSD seasonality likely offset by Enterprise demand

- Below the line, we see **GMs (ex-SBC)** tracking down ~10bps Q/Q to 30.4% (vs. our/consensus 30.7%/30.8%) as COVID costs are likely to remain a headwind

- For **Opex (ex-SBC)**, we see expenses of $349M, implying **OMs (ex-SBC)** of 18.6% (vs. our/consensus 18.8%/18.5%)

- Elsewhere, we see **Interest/Other Expense** of $66M, a **tax rate** of 5%, and 221.5M **shares outstanding** (down -2M Q/Q; STX aiming for 100% FCF return in FY22)

- We look for Seagate to guide **EPS** to a midpoint of ~$2.07 – just above our modeled $2.06 and consensus of $2.06

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

**Figure 8: STX March Q Guide Preview**

| | Management Guide | Evercore ISI | Consensus | Prior Q (Dec 21) | Prior Y (Mar 21) | Comments |
|---|---|---|---|---|---|---|
| | | | | MARCH QUARTER GUIDE | | |
| Revenues | | $2908M | $2905M | $3100M | $2731M | |
| Q/Q | | -6.2% | -6.3% | -0.5% | 4.1% | |
| GMs (excl. SBC) | | 30.7% | 30.8% | 31.2% | 27.4% | |
| Opex (excl. SBC) | | $347M | $358M | $345M | $331M | |
| OM | | 18.8% | 18.5% | 20.1% | 15.4% | |
| Tax | | 5.0% | | 5.0% | 3.0% | |
| PF EPS (excl. SBC) | | $2.06 | $2.06 | $2.35 | $1.48 | |
| Share Count | | 223 | | 225 | 237 | |
| | | | | | | |
| Mass Capacity | | $1,957M | $1,937M | $2,022M | $1,620M | |
| Legacy | | $687M | $656M | $813M | $873M | |
| Other | | $265M | $312M | $265M | $238M | |
| | | | | | | |
| Units | | 25.6 | 26.4 | 28 | 28 | |
| ASP | | $103 | $100 | $102 | $90 | |

*Source: Company Data, Evercore ISI Research*

**Other Key Areas of Focus on the Call**

We think there are a number of key areas of focus on the call, which we walk through below…

■ **FY22 Revenues Still On Track To Grow Low Double-Digits (With Risk to Upside)**

At its most recent earnings, Seagate raised its guidance for FY22 revenues to now grow low double-digits (vs. prior HSD guide – nicely above the company's LT 3-6% growth rate. This earnings, we look for mgmt. to maintain its stance and reiterate its expectation for FY22 revenues to track up at least low double-digits with Seagate's outlook supported by demand across cloud (more diverse CSP base and different investment timelines will help smooth out cadence of spend), VIA (new demand applications helping moderate typically weak 1HCY seasonality), and a potential moderation in Legacy declines (though this will likely remain debated amongst investors). So while 2HFY22 will still likely be seasonally down due to the VIA and consumer-oriented markets (we see revenues down -6% H/H), we think Seagate's revenues remain in a good position to grow low double-digits (we see FY22 revenues tracking +14% vs. consensus +13%).

■ **We See Nearline Revenues Growing +12% to $7.62B in CY22**

We see Seagate's Nearline revenues tracking +12% to $6.11B in CY21. As for CY22, we look for another solid year of growth and see revenues growing +12% once again to $7.62B. We expect strength to be supported by strong investment from hyperscale customers, with capex spend from these players potentially growing +20% in our view. We acknowledge the risk of a potential digestion period following likely 5 quarters of Q/Q Nearline revenue growth through the Dec Q and do see Nearline revenues down MSD% into the March Q. However, we then see growth resuming through the rest of CY22 with any digestion phase likely more muted relative to prior cycles due to a more diverse customer base and different cloud investment timelines. We also note that Seagate does not have a big presence at the key Cloud customer that seems to be experiencing server kitting issues, which is weighing on WDC's own Cloud outlook (given they have a big presence at the customer). On the Enterprise side, we expect investments to remain solid, though near-term growth may experience some headwinds due to non-HDD component constraints that are limiting full server builds.

■ **Political Headwinds Continue to Rise For Seagate**

Another risk worth monitoring is Washington DC, particularly following the recent report from the US Senate that alleges Seagate continued to supply Huawei without a license after restrictions went into effect on September 14, 2020 – something that we believe most investors would also concur with (the Senate report cited a number of other equity research reports that implied Seagate's shipments to Huawei were common knowledge). While ==Seagate has since stopped shipments (something the report also acknowledges)== and has

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

always said they are in compliance with the applicable laws, it remains unclear as to how the company was justifying the shipments. A couple of theories include 1) Seagate was taking a more aggressive legal interpretation regarding the *de minimis* content specifications outlined under the restrictions, 2) Seagate believes the vast majority of their HDD content is non-Semi related (i.e., everything but their MRVL/AVGO controllers), or 3) the company was shipping drives from their Wuxi factory (suggesting US law was not applicable to them there). Nonetheless, Seagate has since stopped shipping though the risk remains that the US government penalizes them for taking such actions in the past – something that could take the form of a one-time fine. Moreover, Seagate's shipments to Chinese surveillance customers Hikvision/Dahua are also likely to face increased scrutiny in the future.

■ **We See Other Mass Capacity Revenues of $1.51B in CY22**

We expect VIA/Surveillance demand to remain solid into the Dec Q for Seagate during what's typically a seasonally strong part of the year – helping drive the company's Other Mass Capacity revenues to $1.52B in CY21. For CY22, we expect demand to be down along with typical seasonal weakness during 1H22 before moving higher in 2H22 (we revenues up HSDs H/H). Add it up and we see CY22 Other Mass Capacity revenues tracking to $1.51B (down ~50bps vs. CY21 due to tough comps; CY21 revenues were up +31%). We would also highlight that despite existing seasonality, we expect seasonal demand trends to continue to be reduced in the future due to new end-demand applications outside of surveillance (such as in retail, manufacturing, healthcare, smart cities, etc.). However, we also note potential rising political risk for the segment, as HDD shipments to surveillance customers Hikvision and Dahua are likely to face increased scrutiny from US legislators. We believe that STX continues to ship to both companies despite both customers being placed on the Entity List in October 2019 (with restrictions tightened even more in June 2020). Moreover, given the recent Huawei report from the Senate, we would not be surprised if Seagate began to limit shipments to the customers.

■ **Secular Declines in Legacy to Continue Despite Strong Performance In CY21**

We believe Legacy revenues are on track to decline -5% in CY21 as a result of strong PC demand (from WFH tailwinds) and recovering Enterprise on-prem investment for Mission Critical. And while mgmt. expects declines in Legacy end-markets to moderate in the future, we still view the segment as a secularly declining market with SSD penetration in NBs already at 80-85% (likely moving to at least 90-95%), ~50% in Desktops (HDDs should maintain longer life in DTs vs. NBs, but SSD cannibalization should still ensue), and SSD server attach rates also increasing. In turn, we look for Legacy revenues to decline -19% in CY22 and eventually gravitate to mid-teens% of the overall business mix by CY23.

■ **State of the Technology Roadmap – Investor Focus to Start Shifting Towards 20TB**

With the 18TB ramp well underway, investor focus will begin to shift towards the next capacity point (i.e., 20TB). Here, Seagate will be introducing a 10-disk CMR drive – the same technology platform as its 18TB (albeit with an additional disk). Mgmt. has noted the heads/media for its 20TB drive are currently in high-volume manufacturing with the company now focused on getting its big customers qualified. In turn, Seagate has noted its 20TB ramp is underway with initial customer pull also quite strong, though volumes are not expected to become more meaningful until mid-CY22. Our sense is that Seagate might be a bit ahead of WDC on their 20TB ramp based on their current qualification progress – though the lead is relatively marginal. Longer-term, our concern remains that Seagate's aerial density gains from its existing CMR platform are running out of steam (at least faster than WDC's own technology roadmap). And with HAMR likely not commercially viable until 28TB+, we think Seagate's technology roadmap over the medium-term is quite uncertain – particularly for 22TB/24TB, where the company's TB/disk is capped out at 2TB and existing form factors make it difficult to add over 10 disks. As such, while the 20TB roadmap will consume much of the near-term focus, we believe the company is at risk of losing meaningful share if it cannot extend its aerial density gains to 22TB+.

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

■ **We Envision Another Year of Gross Margin Expansion for Seagate in CY22**

Despite Seagate's initial expectation for COVID-costs to remain flat Q/Q into the Dec Q, at a recent conference the company noted it now expects costs related to component shortages and freight/logistics to rise once again sequentially (was $30M in June Q, higher in Sep Q, and higher once again in Dec Q; STX stopped breaking the costs out in Sep Q). In turn, we now see Seagate's GMs (ex-SBC) coming in at 30.5% during the Dec Q (below consensus of 31.1%), implying overall CY21 GMs of 29.7% (up ~250bps Y/Y). Turning to CY22, while COVID headwinds are likely to remain, we still see another year of margin expansion due to a number of tailwinds such as: more disciplined industry capex investments (helping pricing), shift towards LTAs (helping improve visibility and S/D alignment), greater Mass Capacity mix (we see up ~500bps Y/Y in CY22), and increased shipments of cost-optimized drives. Add it up and we look for GMs to bottom in the March Q (on seasonally weaker demand and elevated COVID costs) before moving higher through the rest of the year – leading to overall CY22 GMs of 30.5% (up ~80bps Y/Y).

■ **Buybacks Remain Important EPS Lever as STX Targets 100+% FCF Return in FY22**

Seagate exited the September Q with $3.8B in outstanding repurchase authorization, which should support further buyback activity going forward. We also highlight mgmt.'s expectation to return 100+% of FCF to shareholders in FY22 – above the company's long-term FCF return objective of >70%, though this could be lumpy Q to Q given mgmt.'s "opportunistic" approach. Assuming $1.8B in FCF during FY22, 100% FCF return, and an average share price of ~$115, we think Seagate can repurchase 15M shares during FY22.

■ **We See CY22/CY23 EPS Tracking to $8.86/$10.00 (vs. Consensus $8.75/$9.18)**

We see CY22 revenues tracking up +1% to $12.15B with HDD revenues of $11.05B and Non-HDD revenues of $1.10B. Add in GMs (ex-SBC) of 30.5% (up ~80bps Y/Y), Opex (ex-SBC) of $1.41B (+4% Y/Y), Interest/Other Expense of $268M, a tax rate of 5%, and 219M shares outstanding – and we see CY22 EPS tracking to $8.86 (vs. consensus $8.75).

For CY23, we see revenues tracking +3% to $12.50B with HDD revenues of $11.27B and Non-HDD revenues of $1.23B. Add in GMs (ex-SBC) of 31.4% (up ~90bps Y/Y), Opex (ex-SBC) of $1.46B (+3% Y/Y), Interest/Other Expense of $276M, a tax rate of 5%, and 209M shares outstanding – and we see CY23 EPS tracking to $10.00 (vs. consensus $9.18).

## TER Reports Wednesday, January 26th – Numbers Moving Higher and Risk/Reward Remains Favorable, Though Potential for Conservative Updated Target Model a Risk

We look for Teradyne to post a solid beat and raise next week, with broad-based strength across the company's Core Test and Industrial Automation businesses. Key focus areas into the Q will be around investor concerns on "peaking" SOC Test in 1Q, along with TER's updated long-term guidance where we expect to hear mgmt. initiate an earnings target for CY25. To the first point, our work suggest SOC Test growth of +10% in CY22 in support of digitalization across verticals, with growth led by Compute and mobility – and visibility extending out 6-9mos based on strong demand trends. From a share perspective, we believe TER is positioned to at least maintain its share in CY22 based on Auto/Industrial strength, UltraFLEXplus success, better mobility mix, and benefit from AAPL HPC spend (though AAPL spend will clearly be a meaningful swing factor). So overall on this front, we are not concerned with the peaking debate. As for TER's CY25 forecast, we remind investors that mgmt. is historically very conservative when it comes to its LT forecast (often achieving its target 2-3yrs early). With that in mind, we expect mgmt. to initiate a CY25 earnings range of $7.00-$8.50 (vs prior CY24 model of $5.25-7.75) – though we see a clear path for CY25 earnings likely tracking closer to a range of $9-11 when all is said and done. As always with new full-year guidance, we question how the EPS range will be received (clearly disappointing last year), and if investors will be willing to look past potential disappointment due to typical conservatism (and underwrite an EPS closer to our forecast). Overall, we do expect numbers to be moving higher post earnings, and remain positive on TER's

19