# EXHIBIT 22

# ⧉ BENCHMARK

March 9, 2022

# Seagate Technologies plc (STX)

**Seagate Now Expects F3Q22 to be at the Low End of Guidance, Adjusting Forecast**

➤ At a recent investor conference, Seagate CEO Dave Mosley indicated he now expects Seagate to come in at the low end of the company's F3Q22 guidance which calls for non-GAAP earnings of $1.80-$2.20 per diluted share on a sales range of $2.75-$3.05 B.

➤ Tactical issues in the VIA market along with a slower than expected recovery in China after the new year were cited as issues. It appears that China is now turning back on.

➤ Mosley maintained the firm's guidance for 3% to 6% sales growth in CY22. Nearline/Cloud demand from U.S. hyperscale customers and consumer/gaming demand remains strong.

➤ Shipments to Russia and Eastern Europe are on hold due to credit risk. These markets represent a low single digit percent of total sales.

➤ The ramp of 20 TB drives is going well, but 18 TB drives are expected to be the leading product over the next couple of quarters.

➤ Freight costs are expected to remain high due to the rise in oil prices.

➤ The development of 30 TB HAMR drives is going well. Seagate is sampling 20 TB HAMR drives to customers.

➤ We have adjusted our F3Q22 and FY22 estimates. For F3Q22 we now see non-GAAP earnings of $1.82 per diluted share on sales of $2.75 billion versus our prior forecast which called for non-GAAP earnings of $2.03 per diluted share on sales of $2.905 billion. Our FY22 forecast now goes from non-GAAP earnings of $9.08 per diluted share on sales of $12.19 billion to non-GAAP earnings of $8.78 per diluted share on sales of $11.96 billion.

### Change in Earnings Forecast

| Rating: | Buy |
| --- | --- |
| Current Price | $90.57 |
| Price Target | $112.00 |
| 52-Wk Range | $70.53 - $117.67 |
| Market Cap M | $19,826 |
| Enterprise Value M | $24,156 |
| Shares Outstanding (000s) | 218,900 |
| Avg Vol (30 day) (000s) | 2,058 |
| Float (000s) | 204,370 |
| Dividend Yield | 3.09% |
| Annual Dividend | $2.80 |
| Sector Weight | Market Weight |



**Mark Miller**

703-360-6203
mmiller@benchmarkcompany.com

| FY Jun | | Q1 | Q2 | Q3 | Q4 | Total | P/E |
| --- | --- | --- | --- | --- | --- | --- | --- |
| EPS | 2021A | $0.93A | $1.29A | $1.48A | $2.00A | **$5.70A** | 15.9x |
| | 2022E | $2.35A | $2.41A | $1.82E | $2.20E | **$8.78E** | 10.3x |
| | 2023E | $2.43E | $2.57E | $2.33E | $2.39E | **$9.72E** | 9.3x |
| Revenue (m) | 2021A | $2,314A | $2,623A | $2,731A | $3,013A | **$10,681A** | |
| | 2022E | $3,115A | $3,116A | $2,750E | $2,975E | **$11,956E** | |
| | 2023E | $3,200E | $3,300E | $3,150E | $3,200E | **$12,850E** | |

*For important disclosures, see Page 3*

Seagate_000057800

**BENCHMARK**

# Seagate Technology Income Statement
### (In $Ms, except per share amounts)

| | 1Q21A | 2Q21A | 3Q21A | 4Q21A | 2021A | 1Q22A | 2Q22A | 3Q22E | 4Q22E | 2022E | 1Q23E | 2Q23E | 3Q23E | 4Q23E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (Sep) | (Dec) | (Mar) | (Jun) | Ann. | (Sep) | (Dec) | (Mar) | (Jun) | Ann. | (Sep) | (Dec) | (Mar) | (Jun) | Ann. |
| Total Revenues | $2,314 | $2,623 | $2,731 | $3,013 | $10,681 | $3,115 | $3,116 | $2,750 | $2,975 | $11,956 | $3,200 | $3,300 | $3,150 | $3,200 | $12,850 |
| Cost of Revenues | 1,718 | 1,927 | 1,991 | 2,128 | 7,764 | 2,159 | 2,168 | 1,922 | 2,071 | 8,320 | 2,221 | 2,277 | 2,186 | 2,221 | 8,905 |
| Gross Profit | 596 | 696 | 740 | 885 | 2,917 | 956 | 948 | 828 | 904 | 3,636 | 979 | 1,023 | 964 | 979 | 3,945 |
| Oper Expenses | | | | | | | | | | | | | | | |
| Product Development | 223 | 221 | 227 | 232 | 903 | 233 | 228 | 235 | 233 | 929 | 237 | 242 | 251 | 253 | 983 |
| Amortization of Intangibles | 3 | 3 | 3 | 3 | 12 | 3 | 3 | 3 | 3 | 12 | 3 | 3 | 3 | 3 | 12 |
| Impairment of assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gain Arbitration award | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Restructuring expenses | 1 | 2 | (2) | 7 | 8 | 1 | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| Marketing & Admin. | 118 | 122 | 126 | 136 | 502 | 133 | 136 | 134 | 136 | 539 | 138 | 140 | 137 | 138 | 553 |
| Total Expenses | 345 | 348 | 354 | 378 | 1,425 | 370 | 368 | 372 | 372 | 1,482 | 378 | 385 | 391 | 394 | 1,548 |
| Operating Income (loss) | 251 | 348 | 386 | 507 | 1,492 | 586 | 580 | 456 | 532 | 2,154 | 601 | 638 | 573 | 585 | 2,397 |
| Other Income (expense) | (30) | (57) | (47) | (10) | (144) | (53) | (66) | (60) | (54) | (233) | (53) | (60) | (55) | (54) | (222) |
| Income before taxes | 221 | 291 | 339 | 497 | 1,348 | 533 | 514 | 396 | 478 | 1,921 | 548 | 578 | 518 | 531 | 2,175 |
| | | | | | | | | | | | | | | | |
| Income Taxes (benefit) | (2) | 11 | 10 | 15 | 34 | 7 | 13 | 20 | 24 | 64 | 27 | 29 | 26 | 27 | 109 |
| Net Income (loss) | $223 | $280 | $329 | $482 | $1,314 | $526 | $501 | $376 | $454 | $1,857 | $521 | $549 | $492 | $505 | $2,067 |
| Diluted Shares Outstanding (MM) | 259 | 251 | 237 | 233 | 245 | 231 | 225 | 222 | 220 | 225 | 223 | 221 | 220 | 219 | 221 |
| GAAP EPS-diluted | $0.86 | $1.12 | $1.39 | $2.07 | $5.36 | $2.28 | $2.23 | $1.69 | $2.07 | $8.26 | $2.34 | $2.48 | $2.24 | $2.30 | $9.36 |
| Pro Forma EPS | $0.93 | $1.29 | $1.48 | $2.00 | $5.70 | $2.35 | $2.41 | $1.82 | $2.20 | $8.78 | $2.43 | $2.57 | $2.33 | $2.39 | $9.72 |
| | | | | | | | | | | | | | | | |
| Expense Ratios | | | | | | | | | | | | | | | |
| Gross Margin | 25.8% | 26.5% | 27.1% | 28.3% | 27.3% | 30.7% | 30.4% | 30.1% | 30.4% | 30.4% | 30.6% | 31.0% | 30.6% | 30.6% | 30.7% |
| R&D | 9.6% | 8.4% | 8.3% | 7.7% | 8.5% | 7.5% | 7.3% | 8.5% | 7.8% | 7.8% | 7.4% | 7.3% | 8.0% | 7.9% | 7.6% |
| SG&A | 5.1% | 4.7% | 4.6% | 4.5% | 4.7% | 4.3% | 4.4% | 4.9% | 4.6% | 4.5% | 4.3% | 4.2% | 4.3% | 4.3% | 4.3% |
| Operating Margin | 10.8% | 13.3% | 14.1% | 16.8% | 14.0% | 18.8% | 18.6% | 16.6% | 17.9% | 18.0% | 18.8% | 19.3% | 18.2% | 18.3% | 18.7% |
| Tax Rate | -0.9% | 3.8% | 5.0% | 5.0% | 2.5% | 1.3% | 2.5% | 5.0% | 5.0% | 3.3% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Net Margin | 9.6% | 10.7% | 12.0% | 16.0% | 12.3% | 16.9% | 16.1% | 13.7% | 15.3% | 15.5% | 16.3% | 16.6% | 15.6% | 15.8% | 16.1% |

CONFIDENTIAL

Seagate_000057801



# Important Disclosures

## Analyst Certification

The Benchmark Company, LLC ("Benchmark") analyst(s) whose name(s) appears on the front page of this research report certifies that the recommendations and opinions expressed herein accurately reflect the research analyst's personal views about any and all of the subject securities or issues discussed herein. Furthermore, no part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the research analyst(s) in this research report.

## Equity Research Ratings System

### Firm-Wide Stock Ratings Distribution

As of December 31, 2021

|      | All Covered Companies | | Investment Banking Clients | |
| --- | --- | --- | --- | --- |
| Buy | 269 | 81% | 75 | 23% |
| Hold | 59 | 18% | 0 | 0% |
| Sell | 3 | 1% | 0 | 0% |

### Company Ratings

*Buy:* Stock is expected to outperform the analyst's defined Sector/Industry Index* over the following 6 to 12 months.

*Speculative Buy:* The stock has a market value below $100M and/or a higher financial risk profile.  It is expected to outperform the analyst's defined sector/industry index over the following 6 to 12 months.

*Hold:* Stock is expected to perform in-line with the analyst's defined Sector/Industry Index* over the following 6 to 12 months.

*Sell:* Stock is expected to underperform the analyst's defined Sector/Industry Index* over the following 6 to 12 months.

### Industry Ratings

*Overweight:* Analyst's defined Sector/Industry Index* is expected to outperform the S&P 500 over the following 6 to 12 months.

*Market Weight:* Analyst's defined Sector/Industry Index* is expected to perform in-line with the S&P 500 over the following 6 to 12 months.

*Underweight:* Analyst's defined Sector/Industry Index* is expected to underperform the S&P 500 over the following 6 to 12 months.

### Research Disclosure Legend

1. In the past 12 months, Benchmark and its affiliates have received compensation for investment banking services from the subject company.

2. In the past 12 months, Benchmark and its affiliates have managed or co-managed a public offering of securities for the subject company.

3. Benchmark and its affiliates expect to receive or intend to seek compensation for investment banking services from the subject company in the next three months.

4. The research analyst, a member of the research analyst's household, any associate of the research analyst, or any individual directly involved in the preparation of this report has a long position in the shares or derivatives of the subject company.

5. The research analyst, a member of the research analyst's household, any associate of the research analyst, or any individual directly involved in preparation of this report has a short position in the shares or derivatives of this subject company.

6. A member of the research analyst's household serves as an officer, director or advisory board member of the subject company.

7. As of the month end immediately preceding the date of publication of this report, or the prior month end if publication is within 10 days following a month end, Benchmark and its affiliates, in the aggregate, beneficially owned 1% or more of any class of equity securities of the subject company.

8. A partner, director, officer, employee or agent of Benchmark, or a member of his/her household, is an officer, director or advisor, board member of the subject company and/or one of its subsidiaries.

9. Benchmark makes a market in the securities of the subject company.

10. In the past 12 months, Benchmark, its partners, affiliates, officers or directors, or any analyst involved in the preparation of this report, has provided non-investment banking securities-related services to the subject company for remuneration.

11. In the past 12 months, Benchmark, its partners, affiliates, officers or directors, or any analyst involved in the preparation of this report, has provided non-securities related services to the subject company for remuneration.

### Benchmark Disclosures as of March 9, 2022

| Company | Disclosure |
| --- | --- |
| Seagate Technologies plc | |

CONFIDENTIAL

Seagate_000057802

# BENCHMARK

## Investment Risk

The laptop and desktop hard drive markets, which STX serves, are in secular decline. Mission critical enterprise HDDs are being replaced by flash-based storage devices. Seagate has not produced consistent revenue growth in its non-HDD segment. Driven by the increasing popularity of SSDs, the overall drive TAM has declined over the past three years.

## Valuation Methodology

Employing a forward P/E of 11.5x along with our FY23 non-GAAP earnings forecast results in an $112 target price. Seagate's historical P/E range is 5 to 12.

## Price Charts

Benchmark's disclosure price charts are updated within the first fifteen days of each new calendar quarter per FINRA regulations. Price charts for companies initiated upon in the current quarter, and rating and target price changes occurring in the current quarter, will not be displayed until the following quarter. Additional information on recommended securities is available on request.



STX Rating History

# General Disclosures

This publication does not constitute an offer or solicitation of any transaction in any securities referred to herein. Ratings that use the "Speculative" risk qualifier are considered higher-risk. Any recommendation contained herein may not be suitable for all investors.

The Benchmark Company, LLC makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to tell you when information in this report changes apart from when we intend to discontinue research coverage of a subject company. Although the information contained in the subject report has been obtained from sources we believe to be reliable, its accuracy and completeness cannot be guaranteed.

This publication and any recommendation contained herein speak only as of the date hereof and are subject to change without notice. The Benchmark Company, LLC and its affiliated companies and employees shall have no obligation to update or amend any information herein.

This publication is being furnished to you for informational purposes only and on the condition that it will not form a primary basis for any investment decision. Each investor must make its own determination of the appropriateness of an investment in any securities referred to herein based on the legal, tax and accounting considerations applicable to such investor and its own investment strategy. By virtue of this publication, none of The Benchmark Company, LLC or any of its employees shall be responsible for any investment decision.

This report may discuss numerous securities, some of which may not be qualified for sale in certain states and may therefore not be offered to investors in such states.

The "Recent Price" stated on the cover page reflects the nearest closing price prior to the date of publication.

For additional disclosure information regarding the companies in this report, please contact The Benchmark Company, LLC, 150 East 58th Street, New York, NY 10155, 212-312-6770.

The Benchmark Company, LLC is not in any way affiliated with or endorsed by the Menlo Park, California venture capital firm Benchmark Capital.

This report may not be reproduced, distributed, or published without the prior consent of The Benchmark Company, LLC. Copyright © 2022. All rights reserved by The Benchmark Company, LLC.

CONFIDENTIAL

Seagate_000057803