# EXHIBIT 24

## REDACTED

DATA IS IN OUR DNA

# Q3FY22 Results Review
# Q4FY22 Plan & Focus

**BS TEH**
EVP Global Sales & Sales Operations
April 2022



CONFIDENTIAL

Seagate_000111558

# Agenda

**01**   Q3FY22 PERFORMANCE REVIEW

**02**   Q4FY22  PLAN

**03**   FY22 OVERVIEW

Confidential

Seagate Confidential    2

CONFIDENTIAL

Seagate_000111559

# Q3FY22 Executive Summary - Performance to Plan







- Shipped 154.2 EB in Q3 down 1.1 EB vs POR and -6% Q/Q. HDD volume was 22.9M units vs the 24.3M POR
- Shipment to Cloud segment was higher than plan, offset by weaker Surveillance, Enterprise and Client markets
- TAM was considerably weaker than plan – forecast to be at 313 EB (vs plan forecast at 328 EB) Silicon shortages, China Covid issues and Ukraine conflict were the significant headwinds
- STX projected to grow 1.4% share overall, driven by strong high cap NL shipment to Cloud markets
- Shipped a record $1B to the Cloud -  key success at ▮▮▮▮▮▮▮▮▮▮ Shipped 5.7M units of He NL drives, down slightly Q/Q.
- Cloud shipment was +21%, EBB +13% and DVR +7.8% Q/Q - all other verticals down Q/Q

*Actuals based on preliminary data

Seagate Confidential    3

CONFIDENTIAL

Seagate_000111560

# Q3FY22 – Key Highlights

Q3FY22 Market Dynamics

- **TAM** estimated to be at 313 EB – down Q/Q. This is the second quarter of sequential decline. Client (esp PC and SV) was weaker than forecast, NL remained robust but gated by silicon supply shortages. MC was also weaker due to inventory overhang

- **Legacy markets** was down Q/Q - PC, Consumer and MC shipment all declined Q/Q but missed POR by 10%

- **Mass Capacity** market remained strong at just under $2B but was slightly below POR – VIA (Surveillance) was significantly weaker than expected, offset by a stronger Cloud shipment. Shipped a record $1B to the global Cloud customers

- **Distribution/Consumer** $638M revenue, down Q/Q. $355M, Gaming, Lacie, and Mass Capacity representing 50% of the Channel revenue in Q3, up 2% Q/Q

- Online channel reached $214M – flat Q/Q but up 12% Y/Y, 31% of channel shipment

Customers

TAM

Mass Capacity

Cloud Shipments

Margin

SSD

Systems

### Customers

- Achieved another record Cloud shipment driven by record shipment to ████ ████ – both exceeding $200M for the first time.

- Strong TCE scores from OEM – 51% of our customers ranked us # 1 !

- ████████████████████████████████

Confidential

Seagate Confidential    4

DATA IS IN OUR DNA

# Q4FY22 Execution Plan



CONFIDENTIAL

Seagate_000111572

# Q4FY22 Plan




### Revenue

| | |
|---|---|
| Q3FY22 Actual | 2802 |
| Q4FY22 AOP | 2750 |
| Q4FY22 POR | 2850 |

### GM$

| | |
|---|---|
| Q3FY22 Actual | 817 |
| Q4FY22 AOP | 835 |
| Q4FY22 POR | 873 |

### GM%

| | |
|---|---|
| Q3FY22 Actual | 29.2% |
| Q4FY22 AOP | 30.4% |
| Q4FY22 POR | 30.6% |

### EB Share

| | |
|---|---|
| Q3FY22 Actual | 49.2% |
| Q4FY22 AOP | 41.7% |
| Q4FY22 POR | 47.1% |

### EB

| | |
|---|---|
| Q3FY22 Actual | 154.2 |
| Q4FY22 AOP | 143 |
| Q4FY22 POR | 154.9 |

### AUP

| | |
|---|---|
| Q3FY22 Actual | 111.7 |
| Q4FY22 AOP | 112.4 |
| Q4FY22 POR | 116.3 |

*Actuals based on preliminary data

Confidential

Seagate Confidential    16

CONFIDENTIAL

Seagate_000111573

# Q4FY22 – Key Highlights

Q4FY22 Market Dynamics

- Plan to ship **22.7M units / 155EB** – Q/Q reduction driven by inventory overhang and supply chain challenges. Overall TAM forecast to be at 329 EB, which is up 5% Q/Q but down 6.5% Y/Y. We expect the Surveillance market to recover due to seasonality and demand recovery

- Continue to ramp in **20TB** and above – 1.5M – 300% Q/Q growth – ▮▮▮▮▮ ▮▮▮▮ are the key ramp accounts

- **Margin** – Price increase of 3%-4% implemented across the board, exceptions given for customers with binding LTAs.

- Key markets
  - **Enterprise** – 11% up Q/Q. US OEMs are expected to be flat, plan for strong growth in China
  - **Surveillance** – 40% up Q/Q China demand recovery/seasonality
  - **Mass Capacity** – segment to be >82% of HDD revenue

- **Supply chain concerns** – semiconductor shortages, cost increases especially on semiconductors and logistics costs, Covid shutdowns in China – these are the main driver for the TAM uncertainty

- **Systems** – Component shortage is the key factor – demand exceeds supply by > 50%

- **Lyve** – pivot focus to larger customers (1PB minimum), launch Distribution. Need to accelerate !



 

CONFIDENTIAL

Seagate_000111574

# Q4FY22 – Challenges

## Demand Visibility

- Supply chain disruptions – clouding true end demand
- Inventory overhang – very poor shipment linearity in Q3FY22. Current demand is ~80% of POR - NL and SV form the biggest gap. Shipment linearity is poor with M1 forecast to be less than 15%
- China Covid challenges – impact on demand and supply chain demand remain fluid
- US CSPs are messaging strong demand but are hampered by varying degrees of supply chain challenges

## Pricing / Margin

- Industry discipline on Price has been positive so far, however due to the weaker TAM, expect to have an oversupply situation. This will test the resolve.

## Plan & Focus

- Close demand gap for the quarter
- Product qualification – 20TB Quals at CSPs
- Multi quarter LTAs – ███████████
- Price/Margin – freight surcharge, optimize mix , opportunistic price increases

Confidential

Seagate Confidential    18

# Q3FY22 China Overview

| | Q3FY22 POR | Q3FY22 |
|---|---|---|
| Revenue | $899M | $911M |
| AUP | $109.6 | $115.5 |
| Units | 8,198K | 7,891K |



*Actuals based on preliminary data

## HDD REVENUE GREW 8% Y/Y, Avg. GB +32% Y/Y

- NL 16TB & above delivered 1.59Mu, up 33% Y/Y and 8% , especially 20TB ship 56ku.

- Drive mix-up, Avg. GB hit 7TB, Y/Y +32% and Q/Q +13%.

- PC TAM continually shrunk, while ████████████████████

- SV ESG EB share gained 7pts Q/Q and 6pts Y/Y to 61%。

- Consumer won 100% Basic 2TB project, share gained to 50%+, historical records.

- ████████████████████████████████

## KEY CUSTOMER & CHANNEL HIGHLIGHTS

- **Distribution** TAM soft and price gap caused share lost. Focus on downstream expansion, won back 1 ESG COEM and recruit 1 new ESG COEM.

- ████████████████████████████████████████

- **SV OEM:** TAM soft, units TAM declined 9% Y/Y, especially Client TAM -24% Y/Y. However, EB TAM grew 12% Y/Y, driven by ESG (+60% Y/Y). Overall share gained 7pts Y/Y.

- **Cloud:** EB TAM grew 75% Q/Q, mainly from ██████████████ 16T & above shipped nearly1.1Mu. EB share gained 6pts Q/Q.

- ████████████████████████████████████████

CONFIDENTIAL