# EXHIBIT 25

This report is prepared solely for the use of Jingjing Chen

# Evercore ISI

## Technology | Semiconductors and Semiconductor Equipment

**April 23, 2022**

**C.J. Muse**
212-653-9025
CJ.muse@evercoreisi.com

**Matthew Prisco**
212-653-9049
matthew.prisco@evercoreisi.com

**Kurt Swartz**
212-653-9073
kurt.swartz@evercoreisi.com

### Upcoming Potential Catalysts

ST Earnings – Tuesday 800am ET
TXN Earnings – Tuesday 430pm ET
SK Hynix Earnings – Tuesday 800pm ET
STM-FR Earnings – Wednesday 330am ET
UMC Earnings – Wednesday 500am ET
TER Earnings – Wednesday 830am ET
TEL Earnings – Wednesday 830am ET
STX Earnings – Wednesday 900am ET
APH Earnings – Wednesday 100pm ET
AVT Earnings – Wednesday 430pm ET
QCOM Earnings – Wednesday 445pm ET
Samsung Earnings – Wednesday 900pm ET
MTSI Earnings – Thursday 830am ET
WDC Earnings – Thursday 430pm ET
INTC Earnings – Thursday 500pm ET
KLAC Earnings – Thursday 500pm ET
AAPL Earnings – Thursday 500pm ET

## Weekly Muse-ings: A Busy Second Week of Earnings (TXN, TER, STX, QCOM, MTSI, WDC, INTC, KLAC)

Semiconductor stocks outperformed this past week, with the SOX -1.3% vs. the S&P500 -2.7%. Cyclical concerns remain, exacerbated by fears of a "Recession". At the same time, estimates are likely moving higher for at least the next 2 quarters. So focus remains on investor positioning, range-bound trades, and bottom-up idiosyncratic stories as well as those levered to favorable end markets. Our best ideas in a soft landing are secular growth (NVDA, MRVL), better than feared WFE (ASML, AMAT, LRCX, KLAC), and defense (ADI, AVGO, MTSI).

**TXN – All Eyes on Cyclical Outlook:** We look for a modest beat and raise with cycle commentary likely limited. Investor debate continues to be on timing/magnitude of inventory correction, while chipmakers highlight sold out conditions. TXN to offer defense in this tug of war.

**TER – Green Shoots in SOC/IA vs. AAPL Concerns:** We look for a modest beat and raise following January's disappointing report. Green shoots in repurposed Apple testers and IA strength to lift full year #s. At same time, investors focused on SOC test/Apple growth in 2023 – until we have clarity here, shares likely range-bound.

**STX – March Q Tracking to Low End of Guide, Consistent with Intra-Quarter Commentary at Competitor Conference:** China/VIA, Russia, and supply chain headwinds are driving March Q weakness, though June Q appears to be tracking inline. Looking ahead, investors focused on sustainability of cloud capex and GM normalization.

**QCOM – Modest Beat & Raise, But Demand/Competitive Risk Rising into CY23:** We suspect 1H results/guide might support a bit of a relief rally given the pullback in shares. That said, peak units/ASPs and rising competition from MTEK suggest 2023 EPS significantly lower than 2022. Diversification efforts solid, but still early.

**MTSI – Favorable End Market Exposure Supports Share Recovery:** Expect a modest beat & raise with upside to mgmt.'s likely conservative near-term growth/margin outlook. Strong backlog and exposure to networking and US-centric industrial/defense support defensive profile (and leverage to the revenge of the old economy & CHIPs Act).

**WDC – I Want My Two Dollars:** Notwithstanding NAND production disruption and headwinds from Shenzhen/Shanghai lockdowns, we think June Q EPS guide can come in meaningfully above consensus – $2.00 vs. consensus $1.68. With estimates moving higher and likely re-engagement on stock buybacks a takeaway at coming Analyst Day, we see strong potential for a relief rally.

**INTC – A Beat, Raise, and Busy Q as Strategic Transformation Continues:** We look for INTC to post a beat and raise, with the impact of softening PC demand not yet impacting numbers. Elsewhere, focus for the Q will be on the company's newly updated segmentation and vast array of announcements around spending, product launches, roadmap timing, acquisitions, etc. We remain on the sidelines here.

**KLAC – Expect Soft June Q Guide, But Several Catalysts Remain in Play:** Despite supply chain headwinds likely weighing on June Q guide, KLA's robust backlog, likely aggressive buybacks, share gain opportunity in a slower WFE growth environment, and an upcoming Analyst Day should all be positives for shares.

**Please see the analyst certification and important disclosures on page 44 of this report**. Evercore ISI and affiliates do and seek to do business with companies covered in its research reports. Investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
© 2022. Evercore Group L.L.C. All rights reserved.

This report is prepared solely for the use of Jingjing Chen

■ **Other Important Revenue Drivers to Monitor – WiFi6/7, HDD, 5G/mmWave, SLT**

Elsewhere, we look for mgmt. to offer updated commentary around the growth outlook across LitePoint, Storage, and System Test. For LitePoint, we would expect focus to be around industry adoption of WiFi 7, WiFi 6/6e, UWB, and 5G standards. Last Q management guided for growth of +12% Y/Y – we do not expect to hear any change to this forecast. For System Test, management guided revenue declines of -5% Y/Y, with SLT leading the decline (following strength in CY21) and HDDs likely up modestly (higher density/complexity HDDs).

■ **Margin Trends through CY22; EPS Tracking to $5.25+ vs. Consensus $4.84**

Last Q management talked about Gross Margins troughing in 1Q at its guided midpoint of 59%, with better revenues and mix (less AAPL, more IA) driving margins higher through the year – we continue to think GMs approaching 61% for the year is likely a realistic goal. And then on the Opex side, management guided Opex to increase 11-13% Y/Y in CY22 driven by increased IA spend in support of the businesses strong growth profile (though we believe this would be somewhat flexible in the case of a greater than expected downturn). Add it all up, and mgmt.'s prior guidance implied EPS of $5.25 (vs consensus $4.84) – we continue to believe there will be upside to this number as the year progresses.

## STX Reports Wednesday, April 27th – Tracking Toward Low End of Guidance Driven By China/VIA Softness, Russia, and Ongoing Margin Headwinds

In line with commentary from management during a competitor conference in March, we look for Seagate to report March Q results toward the low end of guidance. Headwinds are stemming primarily from softness in the China/VIA markets coming out of Chinese New Year, stop-shipment measures taken toward Russia in response to the Russia/Ukraine conflict (~LSD% revenue impact expected), and ongoing freight/logistics/COVID impacts on margins. Although management indicated that its growth guidance for FY22 (+12-14%; ended June) and CY22 (+3-6%) remains intact, we are now anticipating growth toward the lower end of these ranges given expectations for ongoing headwinds, implying June Q topline guidance roughly in line with consensus off our March Q assumptions. Elsewhere, we expect Nearline to be an important offset to VIA/China and Russia topline headwinds, with Nearline demand supported by robust Cloud capex growth and Enterprise recovery, though upside will likely remain capped by non-HDD component shortages limiting Enterprise and OEM shipment plans. We note that Seagate's Nearline business continues to benefit from a shift to greater LTAs, which is helping improve visibility into demand as well as Supply/Demand alignment. Also coming into focus is Seagate's upcoming 20TB cycle, where the company has outlined expectations for a "steep" production ramp in the coming quarters, potentially surpassing Seagate's record 16TB pace. This will be a key area to watch given Seagate's roughly 3-month lead over WDC, and we believe the 20TB ramp will be an important tailwind for Nearline as we move through CY22. On the margin front, we note that Seagate last quarter raised its long-term OM target (ex-SBC) to 18-22% (from 15-20%), though it guided March Q to be near the low-end of this revised range on ongoing freight/logistics and COVID pressures. We expect March Q to mark the trough for Seagate's GM/OMs, ticking higher thereafter supported by improving topline dynamics but still reflective of near-term pressure related to higher freight/logistics and COVID costs. However, longer term we highlight a number of more structural GM tailwinds for Seagate, including more disciplined industry capex investments (helping pricing), a shift towards LTAs (helping improve visibility and S/D alignment), greater Mass Capacity mix, and increased shipments of cost-optimized drives. In turn, we now see Seagate's GMs/OMs (ex-SBC) coming in at 30.4%/19.2% for CY22 as a whole, each up ~70bps Y/Y. Add it up and we see CY22 EPS tracking to ~$9.20 (vs. consensus of $8.98) further supported by continued buyback-driven tailwinds (on track to return 100+% of FCF once again in FY22, vs. >70% LT target). Still, we maintain our In Line rating and recently revised Price Target of $90 (~11x CY23 Soft Landing scenario EPS of $8.00) amid continued uncertainty regarding demand and margin headwinds abating as well as intensifying macro concerns heading into 2023.

This report is prepared solely for the use of Jingjing Chen

**March Q Tracking to Low-End of Guidance Range Due Primarily to Weakness in China/ VIA as well as Russia Stop-Shipment**

■ We look for Seagate to report **total revenues** of $2.80B (-10% Q/Q, +3% Y/Y), below our modeled/consensus $2.90B/$2.82B and the guided midpoint of $2.9B +/- $150M. Here we highlight that management during a competitor conference in early March indicated that March Q results are expected to be at the lower end of guidance ranges provided on January 26, 2022 due primarily to weakness concentrated in the China/VIA markets coming out of Chinese New Year as well as stop-shipment measures in Russia.

■ We expect overall **HDD revenues** to decline -11% Q/Q to $2.5B (vs. our/consensus $2.6B/$2.6B) with units/ASPs of 23.9M/$105 (vs. consensus 25.4M/$103)

— We see **Mass Capacity** revenues declining -10% Q/Q to $1.86B (vs. our/consensus $1.96B/$1.95B)

▪ For **Nearline**, we look for strength to be supported by continued Cloud ramps and Enterprise recovery, though we note non-HDD component constraints continue to limit certain Enterprise and OEM shipment plans.

▪ For **VIA**, we look for typically slower dynamics in the March Q to be exacerbated by headwinds in the China market coming out of Chinese New Year, in line with commentary from management in early March.

— We see **Legacy** revenues -13% Q/Q to $660M (vs. our/consensus $660M/$641M), where we note Seagate has also been seeing headwinds related to non-HDD component shortages.

■ We see **Non-HDD** revenues down -5% Q/Q to $279M (vs. our/consensus $279M/$273M), reflecting slower seasonality and ongoing headwinds from supply constraints but continued strength in SSD demand.

■ Below the line, we see **GMs (ex-SBC)** of 30.1%, slightly below consensus of 30.2% and down ~60bps Q/Q, due mainly to ongoing COVID headwinds related to elevated freight/logistics costs as well as incremental headwinds associated with VIA/China, with management noting that VIA is a very high GM segment.

■ For **Opex (ex-SBC)**, we see expenses of $348M, within the guided range of $340M-350M and implying **OMs (ex-SBC)** of 17.7% – vs. consensus 17.6% and below management's guidance for March Q to come in toward the low-end of Seagate's 18-22% long-term range, impacted by COVID and topline headwinds as well as higher business travel and R&D expenses.

■ Elsewhere, we see **Interest/Other Expense** of $63M, a **tax rate** of 5%, and 223.0M **shares outstanding**

■ We look for Seagate to report **EPS** of ~$1.85 compared to our modeled/consensus $2.00/$1.91 and the company's originally guided $2.00 +/- $0.20, where we similarly expect the company to track to the low end of its guidance range.

This report is prepared solely for the use of Jingjing Chen

EVERCORE ISI

**Figure 5: STX March Q Results Preview**

| MARCH QUARTER RESULTS | | | | | | |
|---|---|---|---|---|---|---|
| | Evercore ISI | Consensus | Guide* | Prior Q (Dec 21) | Prior Y (Mar 21) | Comments |
| Revenues | $2900M | $2822M | $2.9B +/- $150M | $3116M | $2731M | |
| Q/Q | -6.9% | -9.4% | -6.9% | 0.0% | 4.1% | |
| GMs (excl. SBC) | 30.4% | 30.2% | Implied ~30% | 30.7% | 27.4% | |
| Opex | $352M | $357M | $340-350M | $337M | $329M | |
| OM | 18.3% | 17.6% | Low-end of 18-22% | 18.8% | 14.3% | |
| Tax | 5.0% | | | 2.9% | 3.0% | |
| PF EPS (ex. ESO) | $2.00 | $1.91 | $2.00 +/- $0.20 | $2.25 | $1.35 | |
| Share Count | 223 | | | 225 | 237 | |
| | | | | | | |
| Mass Capacity | $1,961M | $1,947M | | $2,060M | $1,620M | |
| Legacy | $660M | $641M | | $762M | $873M | |
| Other | $279M | $273M | | $294M | $238M | |
| | | | | | | |
| Units | 24.7 | 25.4 | | 27 | 28 | |
| ASP | $106 | $103 | | $105 | $90 | |

*Indicated on March 8, 2022 that March Q results are expected to be at the lower end of guidance ranges provided on January 26, 2022.*

*Source: Company Data, Evercore ISI Research*

**June Q Roughly In Line, Driving FY22 (June) Results Toward Low End of Management's Recently Reiterated Guidance for 12-14% Topline Growth**

■ We look for Seagate to guide **overall revenues** to a midpoint of $2.95B (+5% Q/Q, -2% Y/Y), slightly below our modeled $2.97B and slightly above consensus of $2.93B

■ We expect overall **HDD revenues** to rise +6% Q/Q to $2.67B (vs. our modeled/consensus $2.69B/$2.68B) with units/ASPs of 25.8M/$103 (vs. consensus 25.2M/$107)

   — We see **Mass Capacity** revenues rising +6% Q/Q to $1.97B (vs. our/consensus $2.00B/$2.09B

      ▪ For **Nearline**, we expect Seagate to continue to benefit from robust Cloud capex growth and Enterprise recovery, and also note that the company has maintained strong visibility into Cloud/Enterprise demand given robust LTA dynamics across this business.

      ▪ For **VIA** we expect a sequential improvement off the seasonal trough in March Q, but expect Other Mass Capacity to be down double digits Y/Y driven by continued weakness in China exacerbated by COVID business restrictions, where we would note that VIA installations tend to require a physical presence.

   — We see **Legacy** revenues +5% Q/Q to $693M (vs. our/consensus $688M/$585M), with Consumer and PC ticking up off the seasonally weaker March Q but likely facing headwinds from slowing consumer/PC end demand.

■ We see **Non-HDD** revenues up 2% Q/Q to $285M (vs. our/consensus $285M/$286M), moving higher off the seasonally lower March Q but still impacted by supply constraints.

■ Below the line, we see **GMs (ex-SBC)** tracking up ~40bps Q/Q to 30.5% (vs. our/consensus 30.5%/30.4%), with COVID costs remaining a near term headwind

■ For **Opex (ex-SBC)**, we see expenses of $355M, implying **OMs (ex-SBC)** of 18.6% (vs. our/consensus 18.6%/18.1%)

■ Elsewhere, we see **Interest/Other Expense** of $63M, a **tax rate** of 5%, and 221.0M **shares outstanding** (down -2M Q/Q)

■ We look for Seagate to guide **EPS** to a midpoint of ~$2.10, compared to our modeled $2.11 and consensus of $2.10

This report is prepared solely for the use of Jingjing Chen

EVERCORE ISI

**Figure 6: STX June Q Guide Preview**

| JUNE QUARTER GUIDE | | | | | |
|---|---|---|---|---|---|
| | Evercore ISI | Consensus | Prior Q (Mar 21) | Prior Y (June 21) | Comments |
| Revenues | $2974M | $2933M | $2900M | $3013M | |
| Q/Q | 2.5% | 1.2% | -6.9% | 10.3% | |
| GMs (excl. SBC) | 30.5% | 30.4% | 30.4% | 29.6% | |
| Opex (excl. SBC) | $355M | $361M | $352M | $346M | |
| OM | 18.6% | 18.1% | 18.3% | 18.1% | |
| Tax | 5.0% | | 5.0% | 4.3% | |
| PF EPS (excl. SBC) | $2.11 | $2.10 | $2.00 | $2.00 | |
| Share Count | 221 | | 223 | 233 | |
| | | | | | |
| Mass Capacity | $2,001M | $2,092M | $1,961M | $1,889M | |
| Legacy | $688M | $585M | $660M | $848M | |
| Other | $285M | $286M | $279M | $276M | |
| | | | | | |
| Units | 26.1 | 25.2 | 25 | 28 | |
| ASP | $103 | $107 | $106 | $96 | |

*Source: Company Data, Evercore ISI Research*

**Other Key Areas of Focus on the Call**

■ **Awaiting More Clarity on Headwinds from China/VIA Slowdown and Russia Stop-Shipment Measures, With FY22/CY22 Guidance Remaining Intact For Now**

Management during a competitor conference in early March indicated that March Q results were tracking toward the lower end of guidance ranges provided on January 26, 2022 due to softness in the VIA/China markets exiting Chinese New Year as well as Russia stop-shipment measures in response to the ongoing Russia/Ukraine conflict (~LSD% revenue impact expected from Russia). Management indicated at the time that its growth guidance for FY22 (+12-14%) and CY22 (+3-6%) remain intact, but we are now anticipating growth toward the lower end of these ranges given expectations for ongoing headwinds in both areas. Here we note that VIA installations typically require a physical, on-prem presence which continues to be a challenge amid COVID flare ups and business restrictions in China. We believe these VIA headwinds will largely promote project delays rather than cancellations, but the timing of a reopening and rebound in spending clearly remains fluid.

■ **We Now See Other Mass Capacity Revenues of $1.4B in CY22**

Given the aforementioned headwinds to the VIA business, and coming off a very difficult CY21 compare (+29% Y/Y), we now expect Other Mass Capacity revenues to decline ~MSD% Y/Y in CY22. We expect China/VIA softness to begin to abate more materially moving Into the seasonally stronger 2HCY22, where we are modeling Other Mass Capacity revenues up ~50% sequentially vs. 1HCY22 (compared to +44% H/H in 2HCY21 and +59% in 2HCY20). We would also highlight that longer term, despite existing seasonality, we expect seasonal demand trends to become less pronounced over time due to new end-demand applications outside of surveillance (such as in retail, manufacturing, healthcare, smart cities, etc.).

■ **We See Nearline Revenues Growing +13% to $6.9B in CY22 Led by Cloud**

We view continued Nearline strength as an important offset to anticipated softness in VIA, and now see Seagate's Nearline revenues tracking +13% to $6.9B in CY22 (coming off 30% growth in CY21). We expect strength to be supported by ongoing investment tailwinds from hyperscale customers, with Seagate anticipating another year of strong double-digit Cloud Capex growth in CY22. Moreover, we expect further tailwinds from the company's 20TB ramp in the coming quarters, with management suggesting that 20TB is tracking toward a very steep ramp that could potentially surpass Seagate's record 16TB pace. Elsewhere across Nearline, Seagate is seeing more mixed supply-demand dynamics, where management last quarter cited sequential growth from Cloud offset largely by headwinds

12

This report is prepared solely for the use of Jingjing Chen

EVERCORE ISI

with Enterprise and OEM customers attributable primarily to ongoing COVID-related supply challenges, as shipment plans continue to be impacted by non-HDD component shortages. We expect this dynamic to continue into the March Q, but see supply headwinds likely beginning to gradually abate in 2HCY22, at which point we believe Seagate will be better positioned to capitalize on improving Enterprise spending trends. Overall, Nearline remains an important growth engine for Seagate and should help insulate the company to some extent from slowdowns in more cyclical areas of the business, supported by a more

■ **Secular Declines in Legacy to Continue Despite Improved Performance In CY21**

Legacy revenues declined just 7% Y/Y in CY21 (vs. -24% Y/Y in CY20) as a result of strong PC demand (WFH tailwinds) and recovering Enterprise on-prem investments for Mission Critical. And while management has suggested declines in Legacy end-markets should moderate following pandemic disruptions, we still view the segment as a secularly declining market with SSD penetration already at ~80-85% in Notebooks (likely moving to at least 90-95%) and ~50% in Desktops (HDDs should maintain longer life in DTs vs. NBs, but SSD cannibalization should still ensue), and SSD server attach rates also increasing. In turn, we look for Legacy revenues to decline ~mid-teens% in CY22 and likely gravitate to mid to high teens as a percentage of overall sales by CY23 as Mass Capacity continues to maintain growth leadership.

■ **LTAs Continue to Support Improved Demand Visibility, Particularly In Nearline**

We believe a shift to greater LTAs for Seagate is helping improve visibility into demand as well as Supply/Demand alignment, enhancing Seagate's ability to plan capacity investments. We note that Seagate's LTAs tend to take the form of ~6-12 month volume purchase commitments, with pricing typically negotiated quarterly. These agreements are largely concentrated in the Nearline business (Cloud/Enterprise) as compared to Other Mass Capacity and Legacy. We believe this is supporting strong visibility into Nearline demand in CY22, while visibility in the VIA markets remains more opaque, as evidenced by the recent unanticipated slowdown in VIA coming out of Chinese New Year. Key going forward will be the sustainability of LTAs as supply chain constraints foreseeably ease in the medium- to longer-term, where we consider LTA trends to be an important indicator of Supply/Demand alignment.

■ **Political Uncertainty Remains an Area to Monitor For Seagate**

We believe political risk remains an area to monitor for Seagate, particularly following a US Senate report alleging that Seagate continued to supply Huawei without a license after restrictions went into effect on September 14, 2020 – something that we believe most investors would also concur with (the Senate report cited a number of other equity research reports that implied Seagate's shipments to Huawei were common knowledge). While Seagate has since stopped shipments (something the report also acknowledges), the risk remains that the US government penalizes them for taking such actions in the past – something that could take the form of a one-time fine. Moreover, we believe Seagate's shipments to Chinese surveillance customers Hikvision/Dahua (both on Entity List) are also likely to face increased scrutiny in the future. So, certainly something to monitor going forward.

■ **State of the Technology Roadmap – Investor Focus Shifting Towards 20TB**

On the technology side, Seagate continues to scale its 18TB drive with good traction at both Cloud and Enterprise customers, with focus now increasingly pivoting toward the company's 20TB ramp, which Seagate has noted remains on track. Here, Seagate is introducing a 10-disk CMR drive – the same technology platform as its 18TB (albeit with an additional disk). The company has outlined expectations for a "steep" production ramp on its 20TB drive in the coming quarters, potentially surpassing Seagate's record 16TB pace, with LTAs helping support management's vision here. Management has also noted that it is taking advantage of a seasonally slow March Q to allocate capacity and build inventory to support strengthening demand here in the coming quarters. This will be a key area to watch given STX's estimated ~3-month lead over WDC, and we believe the 20TB ramp will be an

13

This report is prepared solely for the use of Jingjing Chen

EVERCORE ISI

important tailwind for Nearline as we move through CY22. Longer term, management has expressed confidence in its roadmap at 22-24TB as well as 30TB, with its technology underpinned by HAMR. However, with HAMR likely not commercially viable until 28TB+ and given the company's existing CMR platform caps out at 2TB per disc, we are still awaiting greater clarity regarding Seagate's technology roadmap over the medium term.

■ **We Envision Another Year of GM and OM Expansion in CY22 Despite Near Term Headwinds**

Seagate's GMs declined ~30bps sequentially in the December Q, with continued near-term pressure related to higher freight and logistics costs, as well as less favorable product mix amid record non-HDD sales. However, on a year-over-year basis GMs were up nearly 400bps, as Seagate continued to benefit from supply/demand alignment as well as the ongoing transition to both higher capacity drives and cost optimized products. Looking ahead to March Q, we now see GMs (ex-SBC) now tracking toward 30.1% (vs. our modeled/consensus 30.4%/30.2%) with ongoing headwinds from freight/logistics and mix (VIA GM above average). However, we expect GMs to begin ticking at least modestly higher sequentially off the likely March Q trough, supported by likely improving topline dynamics but still reflective of near-term pressure related to higher freight/logistics and COVID costs. We also note a number of more structural GM tailwinds for Seagate, including more disciplined industry capex investments (helping pricing), a shift towards LTAs (helping improve visibility and S/D alignment), greater Mass Capacity mix, and increased shipments of cost-optimized drives. In turn, we now see Seagate's GMs (ex-SBC) coming in at 30.4% for CY22 as a whole, up ~70bps Y/Y.

On the OM side, we note that management last quarter raised its long-term OM target (ex-SBC) to 18-22% (from 15-20%), though it guided March Q to be near the low-end of this revised range on ongoing freight/logistics and COVID pressures. Given no change to the company's LT GM target of 30-33%, key will be Seagate's guidance from here regarding opex plans as well as the company's vision for GMs in a more normalized environment (management has suggested GMs would already be in the upper half of its 30-33% LT GM target ex-COVID impacts). We now see opex (ex-SBC) tracking up 3% Y/Y in CY22, driving OMs up ~70bps Y/Y to 19.2%, near the lower end of management's new target range as discretionary costs likely move higher from here and as Seagate manages through near-term COVID headwinds.

■ **We Expect Another Year of Strong Shareholder Returns in CY22, With FCF Margins Continuing to Track Higher**

Management sees room to grow both FCF dollars and margins over time (12% in CY21) amid plans for continued GM and OM expansion (long-term non-GAAP OM target raised last Q to 18%-22%, from 15%-20%), disciplined capex (targeting ~4-6% of revs in LT; at low-end of this range in NT) and DIO stability in the ~50-55 days range (vs. 54 days exiting Dec Q 2021 and 62 days exiting Dec Q 2020). In turn, we see FCF margins tracking to mid-teens in CY22/23. Meanwhile, the company returned $622M (or 146%) of FCF during the Dec Q ($151M in dividends and $471M in buybacks), and with $3.3B remaining under its current repurchase authorization we believe the company is on track to return 100+% of FCF once again here in FY22, compared to the >70% target outlined at Seagate's 2021 Analyst Day. Though returns could be lumpy Q to Q given management's "opportunistic" approach, we continue to view this as a catalyst for shares.

14