# EXHIBIT 27

## REDACTED

# Document Produced as Native

CONFIDENTIAL

Seagate_000066799



# Q4FY22 Results Review

**B S T E H**

EVP GLOBAL SALES & SALES OPERATIONS

# Agenda

J U L Y 2 0 2 2

**01** | Q4FY22 Performance Review

**02** | FY22 Metrics Review

**03** | Q4FY22  Segment & Customers Detail

Seagate | 2

# Q4FY22 Executive Summary - Performance to Plan





- Shipped 155 EB in line with POR and flat Q/Q.  Did not meet POR/guidance.

- China weakness (down 18% Q/Q) was driven by slow Surveillance market and also inventory issues at CSPs caused by Covid lockdowns

- Distribution/Consumer shipment was down 23% Q/Q due to weak Consumer market worldwide.

- Shipment to Global OEMs were down 4% due to a slower market and OEMs managing a tighter inventory profile ahead of an expected weaker market.

- Record shipments into US cloud - ~3.9Mu / 74.4 EB, 48% of total EB, gained share. Longspeak EB grew 329% Q/Q to 38.5 EB. ███████████ represent 87% of total EB shipped in Q4

- Lost share in China OEM/CSPs and Distribution markets due to price increases -  comp did not follow through on increase. This was offset by some share gain with US CSPs. Overall, held EB share Q/Q.

*Actuals based on preliminary data

Seagate Internal

Seagate Confidential    3

# Q4FY22 – Key Highlights

- **TAM** estimated to be at 327 EB – flat Q/Q. All product segments except Cloud and Surveillance were down Q/Q

- **Legacy markets** was down Q/Q -  PC, Consumer and MC shipment all declined Q/Q missing POR by 25%

- **Mass Capacity** market remained strong, flat Q/Q slightly above POR  – VIA (Surveillance) market recovering. Shipped a record 3.8Mu, 73 EB to US Cloud

- **Distribution/Consumer** $492M revenue, down Q/Q. $280M, Gaming, Lacie, and Mass Capacity representing 55% of the Channel revenue in Q3, up 5% Q/Q

**Customers**

- Achieved another record Cloud shipment driven by ▮▮▮▮▮▮▮▮▮ – both exceeding $280M. Unfortunately, most of the drives shipped is still in inventory
- Strong TCE scores from OEM – 45% of our customers ranked us # 1 !
- Both ▮▮▮▮▮▮▮ ranked Seagate top supplier in Q4



**Q4FY22 Market Dynamics**

- **+** Customers
- **−** TAM
- **−** Mass Capacity
- **+** Cloud Shipments
- **−** Margin
- **−** SSD
- **+** Systems

*Actuals based on preliminary data

Seagate Confidential    4



# Q4FY22 China Overview

| | Q4FY22 POR | Q4FY22 |
|---|---|---|
| Revenue | $908M | $720M |
| AUP | $107.7 | $104.5 |
| Units | 8,430K | 6,884K |

- TAM soft due to macro economy and COVID policy impact, overall units TAM   - 34% Y/Y and -20% Q/Q, NL TAM -23% Y/Y, SV Client TAM -40% Y/Y

- Drive mix-up, Avg. GB above 6TB, Y/Y +7%

- NL 18TB & 20TB delivered 427Ku, Q/Q +37%

- NAS share recovered to 60%+, EB share hit 64%

- System sold 21 Corvualt units with 20TB HDD

- TCE continue improving, quality score ranked No. 1 at ▮▮▮▮▮▮

- High inventory across all customers

## KEY CUSTOMER & CHANNEL HIGHLIGHTS

- **Distribution** TAM declined across all product segments, projected TAM -33% Q/Q, ESG -57% Q/Q. Overall downstream market was heavily impacted by COVID control, logistic crunch and mega cities lockdown

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- **SV OEM:** TAM soft impacted sell out slow, projected sell out TAM -17% Y/Y, in which Client S/O TAM -30% Y/Y, while ESG S/O TAM +27% Y/Y. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- **Cloud:** EB TAM declined 63% Q/Q, mainly on ▮▮▮▮▮▮ ▮▮▮ due to projects weak and budget control



Legend: China Rev · % of STX Rev

*Actuals based on preliminary data

