# EXHIBIT 31

# COWEN

# SEAGATE TECHNOLOGY

## EQUITY RESEARCH

July 21, 2022

Price: **$83.61** (07/21/2022)
Price Target: **$90.00**

OUTPERFORM (1)

ESG SCORE: 54/100

---

**Krish Sankar**
415 646 7372
krish.sankar@cowen.com

**Steven Chin**
415 646 7374
steven.chin@cowen.com

**Eddy Orabi**
415 646 7371
eddy.orabi@cowen.com

**Robert Mertens, CFA**
646 562 1338
robert.mertens@cowen.com

**Key Data**

| | |
|---|---|
| Symbol | NASDAQ: STX |
| 52-Week Range: | $116.00 - $69.09 |
| Market Cap: | $18.0B |
| Net Debt (MM): | $4,481.0 |
| Cash/Share: | $(20.00) |
| Dil. Shares Out (MM): | 217.0 |
| Enterprise Value (MM): | $23,042.4 |
| ROIC: | 5.9% |
| ROE (LTM): | 9.1% |
| BV/Share: | $0.50 |
| Dividend: | $2.68 |
| Yield: | 3.21% |

| FY (Jun) | 2022A | 2023E | 2024E |
|---|---|---|---|
| **Revenue (MM)** | | | |
| Q1 | $3,115.0 | $2,544.7 | $2,727.7 |
| Q2 | $3,116.0 | $2,758.9 | $2,709.2 |
| Q3 | $2,802.0 | $2,868.0 | - |
| Q4 | $2,628.0 | $2,873.4 | - |
| Year | $11,661.0 | $11,045.1 | $11,588.1 |
| | | | |
| **EPS** | | | |
| Q1 | $2.35 | $1.40 | $1.85 |
| Q2 | $2.41 | $1.68 | $1.79 |
| Q3 | $1.81 | $1.95 | - |
| Q4 | $1.59 | $1.97 | - |
| Year | $8.16 | $7.00 | $8.29 |
| P/E | 10.3x | 11.9x | 10.1x |
| Consensus EPS | $8.71 | $9.02 | $9.69 |

Consensus source: FactSet

## COMPANY UPDATE

# NEARLINE INVENTORY DIGESTION BEGINS IN HDDS

### THE COWEN INSIGHT

STX guidance came in below consensus and management acknowledged demand weakness. HDD inventory digestions have historically lasted 2-3 quarters. We see this environment similar to 2018 in terms of overall demand, but there are several tailwinds today that were absent back then. Our 12 month price target of $90 assumes improving nearline demand in 2H:C23.

---

Seagate reported weaker than expected results and guided below the Street for CQ3. A CQ2 miss was expected by investors given the well-known weakness in consumer and Asia CSP demand, but the CQ3 guide of $2.5B/$1.40 was well below expectations (Consensus was $3B/$2.23). Guidance contemplates a high-singles decline Q/Q in nearline revenues and marks the first quarter of the inventory digestion phase in hyperscale. We see this phase similar to 2018, when nearline demand started to weaken in CQ3:18 before recovering in CQ1:19. As a result, near-term weakness in the stock won't be surprising particularly given the lower GM today vs CQ3:18 of ~330bps.

That said, there exist several tailwinds today that were absent in 2018. This includes 20TB ramp, which is resonating well within NA CSPs per our field work contrary to 14TB ramp in 2018, which wasn't scaling as expected. Also, a VIA recovery in the China market will help margins, and we expect that to take place starting CQ4. This makes us see lower risk for declining GM than in 2018 when they declined by 600bps. Lastly, we think Seagate's history of managing downturns well from an OpEx and FCF perspective is a positive. Of note, the company expects FCF to grow above the $1.2B in FY22 based on flat to LSD increase in revenue (we conservatively assume 5% decline in FY23 revs).

**What the bulls will point to: 1)** Management capitulation is positive for the stock. **2)** Inventory digestion within nearline was widely expected following 5 qtrs of solid performance. **3)** 20TB ramp and VIA market recovery are positive for GMs. **4)** STX indicated that it will continue repurchasing its shares with $2.4B left in its buyback program.

**What the bears will point to: 1)** Repurchase activity may slowdown eventually given the declining cash balance (now at $0.6B versus average of $1.4B last 2yrs. **2)** 30TB yields may disappoint, limiting GM expansion. **3)** The quick decline in nearline demand raises the question of the benefit of LTAs.

**Valuation**: We are keeping our PT at $90, but we see shares being under pressure near-term pending more visibility into hyperscale demand in 1H:C23. In the past, the stock multiple has compressed to ~7x NTM EPS in periods of inventory digestion (Figure 2).

| Results Recap (Cowen and Street Estimates Pre-Call) | | | | |
|---|---|---|---|---|
| | FQ4 22 (Jun) | | FQ1 24E (Sep) | |
| | Revenue | EPS | Revenue | EPS |
| **Actual Results** | **$2.63B** | **$1.59** | -- | -- |
| Guide | $2,800 +/- $150M | $1.90 +/- $0.20 | $2,500 +/- $150M | $1.40 +/- $0.20 |
| | | | | |
| Cowen Estimates | $2.80B | -- | $3.05B | $2.24 |
| Street Consensus | $2.79B | -- | $3.00B | $2.23 |

*Sources: Eikon; Cowen and Company*

Please see pages 5 to 11 of this report for important disclosures.   **COWEN**.COM

COWEN
EQUITY RESEARCH

Seagate Technology
July 21, 2022

## AT A GLANCE

### Our Investment Thesis

Seagate, now fully focused on mass capacity storage serving traditional data center and edge deployments, is geared for growth through F25. LYVE presents a margin-accretive subscription-based revenue stream that, while nascent, could drive above-historical ROIC over the next 5-10 years. Further, with HAMR development and elevated historical capital intensity behind the company, and an increasing portion of capacity shipments comprised of nearline drives, STX is poised to drive outsized OpMs and FCF that suggest ample cash flow for real cash return to shareholders. We see $9.5 EPS very much in play for C2022, nearly double C2020 EPS.

### Forthcoming Catalysts

- VIA market recovers in Asia
- 20TB ramp continues well into CY23
- 30TB HAMR nearline product ramps in late CY23

### Base Case Assumptions

- 2% rev CAGR driven by mix shift toward cloud opportunities
- LYVE revenues in excess of $500MM in C25
- Stable EPS power breaching $9 by C25 on tailwinds from a streamlined OPEX structure

### Upside Scenario

- A larger than expected demand pull of high-capacity enterprise HDDs from cloud and enterprise customers
- Less-than-expected SSD cannibalization in desktop PC TAM, which would support volume leverage
- Aggressive near-term stock buybacks ($1.4B left as of June 2022)

### Downside Scenario

- Greater-than-expected acceleration in SSD adoption leads to marked declines in top-line and volume deleverage
- Hyperscale demand languishes longer than expected, which results in Y/Y declines in high-margin enterprise drives
- LYVE sees minimal commercial success, dampening LT GM trajectory

### Price Performance



Source: Bloomberg

### Company Description

Seagate Technology, founded in 1979 and headquartered in Dublin, Ireland, is one of the world's leading manufacturers of storage technology specializing in hard disk drives (HDDs), solid-state hybrid drives, solid state drives (SSDs), controllers and subsystems that sell into the PC (55% of units), enterprise server and storage systems (18%), and Branded/CE (27%) markets. The company has grown both organically and through acquisition, with Samsung's HDD business bolstering its position in client HDDs. Top 10 customers have included Dell (14%) and HPQ (12%).

### Analyst Top Picks

| | Ticker | Price (07/21/2022 ) | Price Target | Rating |
|---|---|---|---|---|
| Apple | AAPL | $155.35 | $200.00 | Outperform |

COWEN.COM

CONFIDENTIAL

Seagate_000091535

**COWEN**
EQUITY RESEARCH

Seagate Technology
July 21, 2022

### Figure 1 – Cowen's Estimate Changes

| | | F2021 | Q1:22 Sept | Q2:22 Dec | Q3:22 Mar | Q4:22 Jun | F2022 | Q1:23E Sept | Q2:23E Dec | Q3:23E Mar | Q4:23E Jun | F2023E | C2020 | C2021 | C2022E | C2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cowen Estimates | Revenue ($MM) | $10,681 | $3,115 | $3,116 | $2,802 | $2,628 | $11,661 | $2,545 | $2,759 | $2,868 | $2,873 | $11,045 | $10,172 | $11,975 | $10,734 | $11,178 |
| | Rev Growth (Y/Y) | 2% | 35% | 19% | 3% | (13%) | 9% | (18%) | (11%) | 2% | 9% | (5%) | 2% | 18% | (10%) | 4% |
| | Non-GAAP EPS Excl. SBC | $5.70 | $2.35 | $2.41 | $1.81 | $1.59 | $8.16 | $1.40 | $1.68 | $1.95 | $1.97 | $7.00 | $4.80 | $8.24 | $6.47 | $7.57 |
| | EPS Growth (Y/Y) | 15% | 152% | 87% | 22% | (21%) | 43% | (41%) | (30%) | 8% | 24% | (14%) | 13% | 72% | (21%) | 17% |
| Old Cowen Estimates | Revenue ($MM) | -- | -- | -- | -- | $2,805 | $11,838 | $3,046 | $3,139 | $2,845 | $3,063 | $12,093 | $10,172 | $11,975 | $11,791 | $12,101 |
| | Rev Growth (Y/Y) | -- | -- | -- | -- | (7%) | 11% | (2%) | 1% | 2% | 9% | 2% | 2% | 18% | (2%) | 3% |
| | Non-GAAP EPS Excl. SBC | -- | -- | -- | -- | $1.87 | $8.44 | $2.24 | $2.37 | $2.01 | $2.29 | $8.91 | $4.80 | $8.24 | $8.28 | $9.06 |
| | EPS Growth (Y/Y) | -- | -- | -- | -- | (7%) | 48% | (5%) | (2%) | 11% | 23% | 6% | 13% | 72% | 1% | 9% |
| Street Consensus | Revenue ($MM) | -- | -- | -- | -- | $2,793 | $11,824 | $3,003 | $3,174 | $2,968 | $2,997 | $12,080 | -- | -- | $11,952 | $12,218 |
| | Rev Growth (Y/Y) | -- | -- | -- | -- | (7%) | 11% | (4%) | 2% | 6% | 7% | 2% | -- | -- | (0%) | 2% |
| | Non-GAAP EPS Excl. SBC | -- | -- | -- | -- | $1.90 | $8.47 | $2.23 | $2.49 | $2.17 | $2.18 | $9.02 | -- | -- | $8.74 | $9.35 |
| | EPS Growth (Y/Y) | -- | -- | -- | -- | 0% | 49% | (5%) | 4% | 20% | 15% | 7% | -- | -- | 6% | 7% |

Source: Eikon, Cowen and Company

### Figure 2 – We see mid $50s as downside risk to STX stock based on our C23 EPS



STX PE compressed to ~7x from 12x when concerns on nearline demand increase

Source: Cowen and Company

### Figure 3 – STX premium to peers has been declining over last 12 months



STX trades at 6% discount to peers, above its 5-year median of 11% discount

Source: Eikon, Cowen and Company. Peers include HPE, NTAP, MU, WDC, MRVL

### Figure 4 - We Expect 20TB Demand to Ramp Similarly to that of 12/16TBs



Source: Gartner, "Market Share: HDD, Worldwide, 4Q21" by John Monroe. Chart created by Cowen and Company.

### Figure 5 – Historically, nearline EB slowdown only lasted 2-3 Qtrs.



Source: Cowen and Company

CONFIDENTIAL

Seagate_000091536

COWEN
EQUITY RESEARCH

Seagate Technology
July 21, 2022

Figure 6 – STX P&L (FY ends in June)

| Seagate Technology (STX) FISCAL P&L ($MM) | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FY June | FY20A | Q1A | Q2A | Q3A | Q4A | FY21A | Q1A | Q2A | Q3A | Q4A | FY22E | Q1E | Q2E | Q3E | Q4E | FY23E | FY24E | FY25E |
| Revenues | $10,509 | $2,314 | $2,623 | $2,731 | $3,013 | $10,681 | $3,115 | $3,116 | $2,802 | $2,628 | $11,661 | $2,545 | $2,759 | $2,868 | $2,873 | $11,045 | $11,588 | $12,075 |
| Q/Q | | -8.1% | 13.4% | 4.1% | 10.3% | -- | 3.4% | 0.0% | -10.1% | -6.2% | -- | -3.2% | 8.4% | 4.0% | 0.2% | -- | -- | -- |
| Y/Y | 1.1% | -10.2% | -2.7% | 0.5% | 19.7% | 1.6% | 34.6% | 18.8% | 2.6% | -12.8% | 9.2% | -18.3% | -11.5% | 2.4% | 9.3% | (5.3%) | 4.9% | 4.2% |
| Cost of Revenues | $7,599 | $1,700 | $1,919 | $1,982 | $2,121 | $7,722 | $2,149 | $2,158 | $1,985 | $1,857 | $8,149 | $1,804 | $1,944 | $1,988 | $1,991 | $7,728 | $7,934 | $8,144 |
| Gross Profit | $2,910 | $614 | $704 | $749 | $892 | $2,959 | $966 | $958 | $817 | $771 | $3,512 | $741 | $815 | $880 | $882 | $3,317 | $3,655 | $3,931 |
| Gross Margin | 27.7% | 26.5% | 26.8% | 27.4% | 29.6% | 27.7% | 31.0% | 30.7% | 29.2% | 29.3% | 30.1% | 29.1% | 29.5% | 30.7% | 30.7% | 30.0% | 31.5% | 32.6% |
| **Operating Expenses** | | | | | | | | | | | | | | | | | | |
| SG&A | $472 | $118 | $121 | $123 | $133 | $495 | $130 | $136 | $141 | $149 | $556 | $140 | $150 | $150 | $150 | $590 | $575 | $593 |
| Percent of Sales | 4.5% | 5.1% | 4.6% | 4.5% | 4.4% | 4.6% | 4.2% | 4.4% | 5.0% | 5.7% | 4.8% | 5.5% | 5.4% | 5.2% | 5.2% | 5.3% | 5.0% | 4.9% |
| Research and Development | $891 | $202 | $198 | $206 | $213 | $819 | $208 | $201 | $206 | $219 | $834 | $210 | $210 | $210 | $210 | $840 | $892 | $919 |
| Percent of Sales | 8.5% | 8.7% | 7.5% | 7.5% | 7.1% | 7.7% | 6.7% | 6.5% | 7.4% | 8.3% | 7.2% | 8.3% | 7.6% | 7.3% | 7.3% | 7.6% | 7.7% | 7.6% |
| Other Operating (Income) Expense, net | ($1) | $0 | $0 | $0 | $0 | $0 | $1 | $0 | ($2) | $0 | ($1) | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Operating Expenses | $1,362 | $320 | $319 | $329 | $346 | $1,314 | $339 | $337 | $345 | $368 | $1,389 | $350 | $360 | $360 | $360 | $1,430 | $1,467 | $1,512 |
| Percent of Sales | 13.0% | 13.8% | 12.2% | 12.0% | 11.5% | 12.3% | 10.9% | 10.8% | 12.3% | 14.0% | 11.9% | 13.8% | 13.0% | 12.6% | 12.5% | 12.9% | 12.7% | 12.5% |
| Total Operating Income / (Loss) | $1,548 | $294 | $385 | $420 | $546 | $1,645 | $627 | $621 | $472 | $403 | $2,123 | $391 | $455 | $520 | $522 | $1,887 | $2,188 | $2,419 |
| Operating Margin | 14.7% | 12.7% | 14.7% | 15.4% | 18.1% | 15.4% | 20.1% | 19.9% | 16.8% | 15.3% | 18.2% | 15.4% | 16.5% | 18.1% | 18.2% | 17.1% | 18.9% | 20.0% |
| Interest expense (income) and other, net | $186 | $45 | $50 | $60 | $60 | $215 | $62 | $67 | $67 | $54 | $250 | $65 | $66 | $65 | $64 | $261 | $249 | $231 |
| Pretax Income (Loss) | $1,362 | $249 | $335 | $360 | $486 | $1,430 | $565 | $554 | $405 | $349 | $1,873 | $326 | $389 | $454 | $458 | $1,626 | $1,939 | $2,188 |
| Percent of Sales | 13.0% | 10.8% | 12.8% | 13.2% | 16.1% | 13.4% | 18.1% | 17.8% | 14.5% | 13.3% | 16.1% | 12.8% | 14.1% | 15.8% | 15.9% | 14.7% | 16.7% | 18.1% |
| Income Taxes | $51 | $7 | $12 | $10 | $20 | $49 | $21 | $13 | $4 | $4 | $42 | $23 | $27 | $34 | $34 | $118 | $151 | $175 |
| Percent of Sales | 0.5% | 0.3% | 0.5% | 0.4% | 0.7% | 0.5% | 0.7% | 0.4% | 0.1% | 0.2% | 0.4% | 0.9% | 1.0% | 1.2% | 1.2% | 1.1% | 1.3% | 1.4% |
| Non-GAAP Net Income | $1,311 | $242 | $323 | $350 | $466 | $1,381 | $544 | $541 | $401 | $345 | $1,831 | $303 | $362 | $420 | $423 | $1,508 | $1,788 | $2,013 |
| Percent of Sales | 12.5% | 10.5% | 12.3% | 12.8% | 15.5% | 12.9% | 17.5% | 17.4% | 14.3% | 13.1% | 15.7% | 11.9% | 13.1% | 14.6% | 14.7% | 13.7% | 15.4% | 16.7% |
| GAAP Net Income | $1,004 | $223 | $280 | $329 | $482 | $1,314 | $527 | $501 | $346 | $276 | $1,650 | $234 | $293 | $351 | $354 | $1,232 | $1,512 | $1,737 |
| Percent of Sales | 9.6% | 9.6% | 10.7% | 12.0% | 16.0% | 12.3% | 16.9% | 16.1% | 12.3% | 10.5% | 14.1% | 9.2% | 10.6% | 12.2% | 12.3% | 11.2% | 13.0% | 14.4% |
| **Diluted EPS (GAAP)** | $3.80 | $0.86 | $1.12 | $1.39 | $2.07 | $5.36 | $2.28 | $2.23 | $1.56 | $1.27 | $7.37 | $1.08 | $1.36 | $1.63 | $1.65 | $5.72 | $7.01 | $7.99 |
| Q/Q | -- | 35% | 30% | 24% | 49% | -- | 10% | (2%) | (30%) | (18%) | -- | (15%) | 26% | 20% | 1% | -- | -- | -- |
| Y/Y | (46%) | 16% | (7%) | 14% | 224% | 41% | 165% | 100% | 12% | (39%) | 37% | (53%) | (39%) | 5% | 30% | (22%) | 23% | 14% |
| **Diluted EPS (Non-GAAP)** | $4.95 | $0.93 | $1.29 | $1.48 | $2.00 | $5.70 | $2.35 | $2.41 | $1.81 | $1.59 | $8.16 | $1.40 | $1.68 | $1.95 | $1.97 | $7.00 | $8.29 | $9.26 |
| Q/Q | -- | (22%) | 38% | 15% | 35% | -- | 18% | 2% | (25%) | (12%) | -- | (12%) | 20% | 16% | 1% | -- | -- | -- |
| Y/Y | (4%) | (9%) | (5%) | 7% | 67% | 15% | 152% | 87% | 22% | (21%) | 43% | (41%) | (30%) | 8% | 24% | (14%) | 18% | 12% |

Source: Cowen and Company

4

COWEN.COM

Seagate_000091537

## VALUATION METHODOLOGY AND RISKS

### Valuation Methodology

#### Storage & Peripherals:

Our valuation methodology is primarily based on EV/EBITDA followed by forward P/E multiples. In many cases we use EV/FCF as a third methodology.

We make investment recommendations on certain early stage, pre-revenue companies based upon an assessment of their business model, technology, probability of market success, and the potential market opportunity, balanced by an assessment of applicable risks. Such companies may not be assigned a price target.

### Investment Risks

#### Storage & Peripherals:

The HDD industry is highly levered to global PC shipments (>50% of units) and IT spending. If global growth slows, consumer demand and IT spending could wane and negatively impact our forecasts. Additionally, solid state drives (SSDs) are encroaching on the notebook PC and mission-critical enterprise HDD market. While HDD makers also develop enterprise SSDs, greater than expected SSD cannibalization in notebooks could result in volume and margin deleverage for HDD players.

### Risks To The Price Target

**Valuation Methodology:** Our valuation methodology is primarily based on forward P/E multiples plus cash followed by EV/EBITDA. In many cases, we use EV/sales as a third methodology.

**Risks to the Price Target:** 1) greater than expected declines in the desktop PC market (~1/3 of STX's HDD business); and 2) greater than expected SSD cannibalization in notebook PCs and mission critical HDDs where STX has an insignificant hedge in place today.

CONFIDENTIAL

Seagate_000091538

# ADDENDUM

## Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
| --- | --- |
| AAPL | Apple |
| STX | Seagate Technology |

## Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

## Important Disclosures

Cowen and Company, LLC and or its affiliates make a market in the stock of Seagate Technology and Apple securities.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

## Disclaimer

Cowen leverages technology from Truvalue Labs to generate our ESG scores. Truvalue Labs uses artificial intelligence to capture the stakeholder view of how companies are performing on ESG metrics, using the Sustainability Accounting Standards Board (SASB) materiality framework (www.sasb.org). (See below.) These data are leveraged to calculate a score for each company, which allows Cowen to have a **common framework** and uniform way to approach ESG discussions with our clients. Cowen ESG scores appear on Company and Company Quick Take notes and are updated daily.

The process begins with capturing unstructured data from more than 100,000 sources, in 14 languages. These data are culled from a wide range of sources with varied perspectives, including industry publications, news outlets, NGOs, trade unions, government sources, legal and regulatory filings, and academic publications.

Natural language processing is used to interpret semantic content from the original sources and generate analytics by applying criteria consistent with established sustainability and ESG frameworks. Performance is scored on a 0 to 100 scale. **A score of 50 represents a neutral impact**. Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A score of NA means not enough data is available on the company to generate a score.

The algorithms are sensitive to both **intensity** and **frequency**. Truvalue Labs data contribute an indication of how stakeholder issues and potential controversies may affect a company, based on real-time information. Truvalue assesses positive and negative ESG events contained in unstructured data and assigns a score per topic for each passage based on the magnitude of sentiment. The score reflects not only whether performance is positive or negative, but also how positively or negatively the company is performing on the topic reflected in the datapoint. For example, the algorithms would assign a relatively more negative score to a catastrophic oil spill affecting multiple workers and communities than to a workplace incident that caused a minor injury to one worker. In both cases, the sentiment-based score would be negative, but performance would be evaluated as significantly more negative in the first case than in the second case.

Cowen introduced its own ESG scoring methodology because we believe that existing ratings systems are mostly backward-looking. Data are often supplied by companies and thus are subject to "greenwashing" (i.e., using data selectively to spin a story that is better than it actually is). In addition, most ratings systems generally don't align with SASB, which we think is emerging as a standard on the buy side.

Dynamic Materiality™ is Truvalue Labs' approach acknowledging that companies, industries, and sectors have unique materiality signatures that evolve over time, determined by factors such as shifts in business models, changing consumer preferences, emerging technologies, and new regulations. Dynamic Materiality™ is driven by how stakeholders respond to events, behaviors, and externalities experienced in relation to a company or an industry. This stands in contrast to the view that materiality is relatively static and can be defined by a company. For example, if a company appeared in 100 different sources over a trailing 12-month period, and 30 of the sources were related to the SASB Employee Health & Safety category, the Employee Health & Safety Dynamic Materiality™ would be 30%. Furthermore, 30% of the company's overall score would be driven by the Employee Health and Safety Insight Score.

**ESG MATERIALITY**

Establishing **materiality** is critical to evaluating a company's ESG performance. Factors most material in one sector (or to a particular company) may not be as important to another. In addition, the factors that are material – and the degree to which factors are material – can change over time.

Applying data to frameworks established by SASB (the Sustainability Accounting Standards Board) and by Truvalue Labs, we present in the chart above the three most material ESG factors that investors should focus on for the company that is the subject of this report; the Dynamic Materiality™ of each factor (i.e., what percentage of overall materiality the category represents for the subject company); and a Score for the subject company in each of these three categories (on a 0 to 100 basis, with 50 being average).

We also calculate an **overall ESG Score** for the subject company, which is presented above (in green) and on the cover of this report. A full explanation of how this ESG Score is derived is presented below.

Cowen leverages technology from Truvalue Labs to generate our ESG scores. Truvalue Labs uses artificial intelligence to capture the stakeholder view of how companies are performing on ESG metrics, using the Sustainability Accounting Standards Board (SASB) materiality framework (www.sasb.org). These data are leveraged to calculate a score for each company, which allows Cowen to have a **common framework** and uniform way to approach ESG discussions with our clients. Cowen ESG scores appear on Company and Company Quick Take notes and are updated daily.

The process begins with capturing unstructured data from more than 100,000 sources, in 14 languages. These data are culled from a wide range of sources with varied perspectives, including industry publications, news outlets, NGOs, trade unions, government sources, legal and regulatory filings, and academic publications.

Natural language processing is used to interpret semantic content from the original sources and generate analytics by applying criteria consistent with established sustainability and ESG frameworks. Performance is scored on a 0 to 100 scale. **A score of 50 represents a neutral impact.** Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A score of NA means not enough data is available on the company to generate a score.

Our research reports are simultaneously available to all clients are on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of research by third party aggregators. Selected research reports are

6

**COWEN**.COM

Seagate_000091539

available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://cowenlibrary.bluematrix.com/client/library.jsp.

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. Cowen and Company, LLC maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within Cowen and Company, LLC in order to prevent and avoid conflicts of interest with respect to analyst recommendations.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://cowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**Cowen Cross-Asset Research:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "Cowen Cross-Asset Research" reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "Cowen Cross-Asset Research" analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "Cowen Cross-Asset Research" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in "Cross-Asset Research" report may differ from the views offered in the firm's equity research reports prepared for our clients.

**Notice to UK Investors:** This publication is produced by Cowen and Company, LLC which is regulated in the United States by FINRA. It is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent.

**Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.cowen.com.

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://cowen.bluematrix.com/sellside/Disclosures.action

The recommendation contained in this report was produced at July 21, 2022, 23:52 ET. and disseminated at July 21, 2022, 23:52 ET.

**Copyright, User Agreement and other general information related to this report**

© 2022 Cowen and Company, LLC. All rights reserved. Member NYSE, FINRA and SIPC. This research report is prepared for the exclusive use of Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of Cowen. Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization. All Cowen trademarks displayed in this report are owned by Cowen and may not be used without its prior written consent.

**Cowen and Company, LLC. New York** 646 562 1010 **Boston** 617 946 3700 **San Francisco** 415 646 7200 **Chicago** 312 577 2240 **Cleveland** 440 331 3531 **Atlanta** 866 544 7009 **Stamford** 646 616 3000 **Washington, D.C.** 202 868 5300 **London** (affiliate) 44 207 071 7500

## COWEN AND COMPANY EQUITY RESEARCH RATING DEFINITIONS

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

CONFIDENTIAL

Seagate_000091540

**COWEN**
EQUITY RESEARCH

Seagate Technology
July 21, 2022

## Cowen and Company Equity Research Rating Distribution

**Distribution of Ratings/Investment Banking Services (IB) as of 06/30/22**

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy (a) | 715 | 72.88% | 193 | 26.99% |
| Hold (b) | 261 | 26.61% | 18 | 6.90% |
| Sell (c) | 5 | 0.51% | 0 | 0.00% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by Cowen Credit Research and Trading.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.





**Legend for Price Chart:**

I = Initiation | 1 = Outperform | 2 = Market Perform | 3 = Underperform | UR = Price Target Under Review | T = Terminated Coverage | $xx = Price Target | NA = Not Available | S=Suspended

CONFIDENTIAL

Seagate_000091541

# COWEN ESG SCORES

### HOW ARE COWEN'S ESG SCORES CALCULATED?

Cowen leverages technology from Truvalue Labs to generate our ESG scores. Truvalue Labs uses artificial intelligence to capture the stakeholder view of how companies are performing on ESG metrics, using the Sustainability Accounting Standards Board (SASB) materiality framework (www.sasb.org). (See below.) These data are leveraged to calculate a score for each company, which allows Cowen to have a **common framework** and uniform way to approach ESG discussions with our clients. Cowen ESG scores appear on Company and Company Quick Take notes and are updated daily.

## UNIVERSE OF 26 SUSTAINABILITY ISSUES ACROSS 5 AREAS



### HOW DOES THE PROCESS WORK?

The process begins with capturing unstructured data from more than 100,000 sources, in 14 languages. These data are culled from a wide range of sources with varied perspectives, including industry publications, news outlets, NGOs, trade unions, government sources, legal and regulatory filings, and academic publications.

Natural language processing is used to interpret semantic content from the original sources and generate analytics by applying criteria consistent with established sustainability and ESG frameworks. Performance is scored on a 0 to 100 scale. **A score of 50 represents a neutral impact**. Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A score of NA means not enough data is available on the company to generate a score.

The algorithms are sensitive to both **intensity** and **frequency**. Truvalue Labs data contribute an indication of how stakeholder issues and potential controversies may affect a company, based on real-time information. Truvalue assesses positive and negative ESG events contained in unstructured data and assigns a score per topic for each passage based on the magnitude of sentiment. The score reflects not only whether performance is positive or negative, but also how positively or negatively the company is performing on the topic reflected in the datapoint. For example, the algorithms would assign a relatively more negative score to a catastrophic oil spill affecting multiple workers and communities than to a workplace incident that caused a minor injury to one worker. In both cases, the sentiment-based score would be negative, but performance would be evaluated as significantly more negative in the first case than in the second case.

### WHY DO WE BELIEVE THAT OUR APPROACH IS BETTER THAN OTHERS?

Cowen introduced its own ESG scoring methodology because we believe that existing ratings systems are mostly backward-looking. Data are often supplied by companies and thus are subject to "greenwashing" (i.e., using data selectively to spin a story that is better than it actually is). In addition, most ratings systems generally don't align with SASB, which we think is emerging as a standard on the buy side.

### DYNAMIC MATERIALITY™

Dynamic Materiality™ is Truvalue Labs' approach acknowledging that companies, industries, and sectors have unique materiality signatures that evolve over time, determined by factors such as shifts in business models, changing consumer preferences, emerging technologies, and new regulations. Dynamic Materiality™ is driven by how stakeholders respond to events, behaviors, and externalities experienced in relation to a company or an industry. This stands in contrast to the view that materiality is relatively static and can be defined by a company. For example, if a company appeared in 100 different sources over a trailing 12-month period, and 30 of the sources were related to the SASB Employee Health & Safety category, the Employee Health & Safety Dynamic Materiality™ would be 30%. Furthermore, 30% of the company's overall score would be driven by the Employee Health and Safety Insight Score.

CONFIDENTIAL

Seagate_000091542

**COWEN**
EQUITY RESEARCH

Seagate Technology
July 21, 2022



Seagate Technology (STX) ESG Score History as of 07/21/2022

ESG performance is scored on a 0 to 100 scale. A score of 50 represents a neutral impact. Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A blank chart means the company has an ESG performance score of N/A. A score of N/A means not enough data is available on the company to generate a score

Source: Truvalue Labs

10

CONFIDENTIAL

Seagate_000091543

COWEN
EQUITY RESEARCH

Seagate Technology
July 21, 2022

## POINTS OF CONTACT

### Analyst Profiles



**Krish Sankar**

San Francisco

415 646 7372

krish.sankar@cowen.com

Krish Sankar is a managing director and senior research analyst covering the semiconductor capital equipment and IT hardware sectors.



**Steven Chin**

San Francisco

415 646 7374

steven.chin@cowen.com

Steven Chin is a vice president covering the semiconductor capital equipment and IT hardware sectors.



**Eddy Orabi**

San Francisco

415 646 7371

eddy.orabi@cowen.com

Eddy Orabi is a research associate covering semis and enterprise storage. He has an MS in finance from Penn State.



**Robert Mertens, CFA**

New York

646 562 1338

robert.mertens@cowen.com

Robert Mertens is a research associate covering the semiconductor capital equipment and IT hardware sectors.

### Reaching Cowen

#### Main U.S. Locations

**New York**
599 Lexington Avenue
New York, NY 10022
646 562 1010
800 221 5616

**Boston**
Two International Place
Boston, MA 02110
617 946 3700
800 343 7068

**Cleveland**
20006 Detroit Road
Suite 100
Rocky River, OH 44116
440 331 3531

**San Francisco**
One Maritime Plaza, 9th Floor
San Francisco, CA 94111
415 646 7200
800 858 9316

**Atlanta**
3424 Peachtree Road NE
Suite 2200
Atlanta, GA 30326
866 544 7009

**Chicago**
181 West Madison Street
Suite 3135
Chicago, IL 60602
312 577 2240

**Stamford**
262 Harbor Drive
Stamford, CT 06902
646 616 3000

**Washington, D.C.**
2900 K Street, NW
Suite 520
Washington, DC 20007
202 868 5300

#### International Location

#### Cowen International Limited

**London**
1 Snowden Street - 11th Floor
London EC2A 2DQ
United Kingdom
44 20 7071 7500



 COWENRESEARCH

 COWEN

in × COWEN INC.

CONFIDENTIAL

Seagate_000091544