# EXHIBIT 32

This report is prepared solely for the use of Miles Dean

# Evercore ISI

## Technology | Semiconductors and Semiconductor Equipment

**July 21, 2022**

## Seagate Technology
STX | $83.28
**In Line | Target Price/Base Case: $85.00**
**Earnings Report**

**C.J. Muse**
212-653-9025
CJ.muse@evercoreisi.com

**Kurt Swartz**
212-653-9073
kurt.swartz@evercoreisi.com

**Matthew Prisco**
212-653-9049
matthew.prisco@evercoreisi.com

**Joseph McCormack**
212-446-9448
joseph.mccormack@evercoreisi.com

### Company Statistics

| | |
|---|---|
| 52-Week Range | $67.36 - $117.67 |
| Market Capitalization (M) | $17,632 |
| Enterprise Value (M) | $22,113 |
| Dividend Yield | 3.4% |
| Net Cash/Share | $(20.86) |
| Shares Outstanding (M) | 215 |

### Earnings Summary

| | | 2021 | 2022E | 2023E |
|---|---|---|---|---|
| Revenue (M) | Q1 | $2,731 | $2,802A | $2,806 |
| | Q2 | $3,013 | $2,628A | $2,990 |
| | Q3 | $3,115 | $2,500 | $2,994 |
| | Q4 | $3,116 | $2,645 | $3,046 |
| | **CY** | **$11,975** | **$10,575** | **$11,836** |
| Cons Revenue (M) | Q1 | $2,731 | $2,802A | $2,979 |
| | Q2 | $3,013 | $2,792A | $2,994 |
| | Q3 | $3,115 | $3,003 | $3,048 |
| | Q4 | $3,116 | $3,172 | $3,155 |
| | **CY** | **$11,975** | **$11,769** | **$12,176** |
| EPS (Calendar) | Q1 | $1.48 | $1.81A | $1.88 |
| | Q2 | $2.00 | $1.59A | $2.17 |
| | Q3 | $2.35 | $1.40 | $2.17 |
| | Q4 | $2.41 | $1.62 | $2.28 |
| | **CY** | **$8.25** | **$6.42** | **$8.50** |
| Consensus Adj EPS | Q1 | $1.48 | $1.81A | $2.17 |
| | Q2 | $2.00 | $1.89A | $2.15 |
| | Q3 | $2.35 | $2.23 | $2.22 |
| | Q4 | $2.41 | $2.47 | $2.42 |
| | **CY** | **$8.24** | **$8.39** | **$8.97** |

### 1 Year Price History



*Source: FactSet*

## Near-Term Reset Deeper Than Expected, But Growth & Margin Expansion Thesis Remains Intact

Considering signals from management, as well as industry data points, investors were widely expecting a miss for the quarter. This said, ==the magnitude of the reset for the September Q was a bit of a surprise, with management highlighting a desire to work down excess inventory at customers and in the channel during the current Q.== We note that Nearline demand remains strong with Data Center spending remaining elevated, while greater weakness stems from Legacy/Consumer and China/VIA markets. As for good news, management was upbeat that revenues should resume sequential growth into the December Q and thereafter, with a vision for more robust recovery in 1HCY23. Moreover, gross margins and EPS are holding up well despite the recent reset, enabling Seagate's strong capital return program to continue unabated (though share buybacks will likely slow given reduced FCF generation in the current correction). We are also encouraged by management's willingness to reduce near-term production and limit shipments in order to keep downstream inventory in check, speaking to rising discipline within the industry which should facilitate improved supply/demand and pricing dynamics over time. Add it all up and we see no major change to our thesis as we move beyond this near-term reset – STX remains well positioned for modest topline growth, led by the fast-growing Nearline market, which should sustain gradually improving margins and earnings over time. Thus, we are maintaining our $85 price target, which equates to 10x our updated CY23 EPS estimate of $8.50. If shares fall off more than currently indicated after hours, we would view risk/reward as very interesting.

**June Q Miss on Supply Chain Constraints, Continued China/VIA Headwinds, and Legacy/Consumer Demand Deterioration**

■ Seagate reported **June Q revenues** of $2.63B (-6% Q/Q, -13% Y/Y), below our/consensus $2.77B/$2.79B.

— **Mass Capacity revenues** were flat Q/Q at $1.93B (73% of revs vs. 69% last Q) vs. our/consensus $1.93B/$1.96B supported by strong Cloud adoption of 20TB+ Nearline drives. Management noted that U.S. Cloud DC demand remains strong although ==non-HDD component shortages have led to inventory imbalances and slowing new DC buildouts.==

— **Legacy revenues** fell -25% Q/Q to ~$482M (18% of total revs vs. 23% last Q) vs. our/consensus $600M/$588M, where demand rapidly deteriorated toward quarter-end as lockdowns and inflation severely impacted consumer spending for PCs and external drives.

**Please see the analyst certification and important disclosures on page 9 of this report.** Evercore ISI and affiliates do and seek to do business with companies covered in its research reports. Investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
© 2022. Evercore Group L.L.C. All rights reserved.

This report is prepared solely for the use of Miles Dean

- — **Non-HDD revenues** decreased 8% Q/Q to $218M (8% of revs vs. 8% last Q), vs. our/consensus $239M/$240M, again impacted by availability constraints on critical components impacting the SSD business, while the systems business saw a sharp uptick as STX mitigated component shortages it has been facing.

- — **Mass Capacity exabytes** rose 4% Q/Q to 138.5EB (+12% Y/Y) with Nearline increasing +1% Q/Q to 119.0EB (+17% Y/Y). **Non-Nearline** was up 28% Q/Q to 19.5EB (-11% Y/Y). **Legacy exabytes** were down -25% Q/Q to 16.1EB (-45% Y/Y)

- — Total **shipped capacity** was 154.6EB, flattish Q/Q and +1% Y/Y, with an average density of 7.7TB implying **units** of 20.1M (vs. our/consensus 22.6M/22.8M) with an average **ASP** of $120 (vs. our/consensus $112/$113)

- ■ **GMs (ex-SBC)** were up ~10bps Q/Q (down 30bps Y/Y) to 29.3%, vs. our/consensus 30.1%/30.1% and implied guidance of ~30%, with management noting ongoing COVID costs (~150bp impact) and inflationary headwinds, including elevated freight/logistics

- ■ **Opex** came in at $349M (+1% Q/Q), compared to our $350M, which was in line with management's guided $350M. In turn, **OMs (ex-SBC)** were 16.1% in the Q, versus mgmt.'s original guidance for margins to come in toward the low-end of Seagate's 18-22% long-term range.

- ■ Elsewhere, **Interest/Other expense** was $73M, **tax rate** was 1%, and the **share count** was 217.0M (vs. our 215M)

- ■ Seagate reported **EPS** of $1.59, below our/consensus of $1.86/$1.89 and the company's originally guided midpoint of $1.90 +/- $0.20

- ■ Seagate generated $108M in **FCF** during the Q (vs. $363M in the prior Q) and returned $638M to shareholders ($152M in **dividends** and $486M in **buybacks**)

- ■ Seagate exited the Q with $615M in **cash** and $5.6B in **debt** – implying -$23.2 in **net cash per share** (vs. -$20.3 last Q)

**Figure 1: STX June Quarter Results**

| JUNE QUARTER RESULTS | | | | | | |
|---|---|---|---|---|---|---|
| | Jun Q Results | Evercore ISI | Consensus | Guide | Prior Q (Mar 22) | Prior Y (Jun 21) |
| Revenues | $2628M | $2770M | $2792M | $2.8B +/- $150M | $2802M | $3013M |
| Q/Q | -6.2% | -1.1% | -0.4% | -0.1% | -10.1% | 10.3% |
| GMs (excl. SBC) | 29.3% | 30.1% | 30.1% | Implied ~30% | 29.2% | 29.6% |
| Opex (excl. SBC) | $349M | $350M | $360M | ~$350M | $345M | $346M |
| OM | 16.1% | 17.5% | 17.2% | Low-end of 18-22% | 15.6% | 17.3% |
| Tax | 1.3% | 5.0% | | | 1.6% | 4.3% |
| PF EPS (ex. ESO) | $1.59 | $1.86 | $1.89 | $1.90 +/- $0.20 | $1.64 | $1.89 |
| Share Count | 217 | 215 | | | 222 | 233 |
| | | | | | | |
| Mass Capacity | $1,928M | $1,931M | $1,960M | | $1,924M | $1,889M |
| Legacy | $482M | $600M | $588M | | $641M | $848M |
| Other | $218M | $239M | $240M | | $237M | $276M |
| | | | | | | |
| Units | 20.1 | 22.6 | 22.8 | | 23 | 28 |
| ASP | $120 | $112 | $113 | | $112 | $96 |

*Source: Company Data, Evercore ISI Research*

**September Q Guide Well Below on Customer Inventory Digestion, Continued China/VIA Lockdown Headwinds, and Legacy/Consumer Softness**

- ■ Seagate guided **September Q revenues** to $2.5B +/- $150M (-5% Q/Q, -20% Y/Y at the midpoint), below our/consensus $2.95B/$3.03B

- ■ We see **GMs (ex-SBC)** tracking relatively flattish Q/Q despite topline headwinds. Here, management discussed positive and negative puts & takes, including ongoing headwinds from COVID and supply chain inflationary costs (e.g., freight/logistics) as well as underutilization costs associated with the current slowdown, coupled with positive offsets from 20TB drive ramps and favorable pricing especially in the Mass Capacity market. We

2

This report is prepared solely for the use of Miles Dean

now model GMs (ex-SBC) of 29.3% for September Q (flat Q/Q and below management's 30-33% LT target), compared to our/consensus 30.4%/30.9% coming in.

■ Management guided **OMs (ex-SBC)** to be "slightly above 15%" for the September Q, below the low end of Seagate's 18-22% long term range (revised in Dec Q from 15-20%). Management suggested that adjusted Opex should track between ~$350M-$360M per quarter for FY23 (vs. $349M in June Q) as the company remains focused on Opex discipline. We now model Sept Q OMs at 15.2%, compared to our/consensus 18.5%/18.8% coming in.

■ Elsewhere, we now see **Interest/Other expense** of $70M, a **tax rate** of 5%, and a **share count** of ~212M

■ Seagate guided **EPS** to $1.40 +/- $0.20, vs. our/consensus of $2.15/$2.23 coming in

**Figure 2: STX September Quarter Guide**

| SEPTEMBER QUARTER GUIDE | | | | | |
|---|---|---|---|---|---|
| | Management Guide | Evercore ISI | Consensus | Prior Q (Jun 22) | Prior Y (Sep 21) |
| Revenues | $2.5B +/- $150M | $2950M | $3003M | $2628M | $3115M |
| Q/Q | -4.9% | 6.5% | 14.3% | -6.2% | 3.4% |
| GMs (excl. SBC) | | 30.4% | 30.9% | 29.3% | 31.0% |
| Opex (excl. SBC) | | $350M | $366M | $349M | $339M |
| OM | Slightly above 15% | 18.5% | 18.8% | 16.1% | 20.1% |
| Tax | | 5.0% | | 1.3% | 4.0% |
| PF EPS (excl. SBC) | $1.40 +/- $0.20 | $2.15 | $2.23 | $1.59 | $2.35 |
| Share Count | | 213 | | 217 | 231 |
| | | | | | |
| Mass Capacity | | $2,143M | $2,150M | $1,928M | $2,033M |
| Legacy | | $575M | $566M | $482M | $831M |
| Other | | $232M | $258M | $218M | $251M |
| | | | | | |
| Units | | 24.7 | 23.5 | 20 | 28 |
| ASP | | $110 | $117 | $120 | $103 |

*Source: Company Data, Evercore ISI Research*

**Key Takeaways:**

■ Seagate's **June Q results** came in below the low end of management's guided ranges for revenues ($2.8B +/- $150M) and EPS ($1.90 +/- $0.20), and **combined June Q and September Q revenues/EPS** came in 12%/27% below consensus amid ongoing supply chain pressures, continued China/VIA headwinds, and Legacy/Consumer demand deterioration.

■ Seagate closed **FY22** with topline growth at 9.2%, compared to +1.6% in FY21 and the company's vision in January for FY22 revenue growth of 12-14% (revised lower in April to ~10%-11% primarily due to VIA weakness).

■ **GMs** for June Q were up ~10bps Q/Q (down 30bps Y/Y) to 29.3% (vs. our/consensus 30.1%/30.1%), holding up fairly well considering topline headwinds as well as ongoing COVID costs (~150bp GM impact in the Q, vs. ~200bps in recent history) and inflationary pressures in the quarter. Looking to Sept Q, we see GMs tracking relatively flattish Q/Q despite further topline headwinds, with puts & takes related to ongoing COVID and supply chain inflationary cost headwinds (e.g., freight/logistics) as well as underutilization (as mgmt. seeks to manage output amid inventory digestion downstream), coupled with positive offsets from continued 20TB drive ramps and favorable pricing, especially in the Mass Capacity market. In turn, we now model GMs (ex-SBC) of 29.3% for Sept Q (flat Q/Q and below management's 30-33% LT target), but we see Seagate likely returning to the lower end of its 30-33% target range in the back-half of FY23.

■ Management suggested that **FY23 growth** (ended June) could still be flattish to slightly positive Y/Y despite clear headwinds in the first half (1QFY23-Sept tracking down 20% Y/Y). This outlook compares to Seagate's LT growth target of +3%-6%, and is, of course, contingent on the pace of the economic recovery. It also bakes in a relative pause in

This report is prepared solely for the use of Miles Dean

shipments in the first-half in response to downstream inventory digestion, as well as continued near-term headwinds in the VIA/China and Legacy/Consumer markets, which are expected to abate as we move through the year (with some pent-up demand unlocking), while Seagate also benefits from strong demand for 20TB drives as the year progresses. We are now modeling Q/Q topline acceleration off the Sept Q trough, and are conservatively modeling FY23 as a whole down ~MSD% Y/Y as we await more visibility on the pace and magnitude of the recovery.

■ The timing of the **recovery in the VIA market** remains in focus, with VIA sales improving sequentially off very weak March levels but remaining impacted by COVID lockdowns particularly across China. Here, management reiterated that this market remains heavily contingent on China reopening dynamics given heavy exposure to the country along with the fact that VIA installations typically require a physical, on-prem presence. Management continues to believe that there is solid pent-up demand in the VIA market once a more broad-based reopening takes hold, though timing here remains quite dynamic.

■ On the **technology** side, Seagate has scaled its 18TB drive with good traction at both Cloud and Enterprise customers, and is now witnessing a record ramp pace on **20TB** – aiming to achieve crossover with 18TB in the current quarter. Management has noted that LTAs are supporting strong visibility into 20TB demand, and it expects this ramp to be an important topline and margin-accretion catalyst as we move through FY23. Further out, management also remains bullish on the HAMR roadmap, and is expecting customer shipments of **30+ TB HAMR-based products** within the next 12-months.

■ Seagate continues to expect **capex** to be at the low-end of its target 4-6% range in FY23. Management believes this level of capex is sufficient to support its future product roadmap while maintaining near-term supply and demand alignment, which is a particular focus this year amid inventory digestion at customers.

■ **FCF**, according to management, should continue to grow in FY23 despite near-term topline and margin headwinds, coming off 13% Y/Y growth to ~$1.3B in FY22 (though also admittedly contingent on the pace of the macro recovery). Management indicated that it does not expect any quarter to be FCF-negative.

■ **Capital returns** remained robust during the Q, as Seagate returned $638M to shareholders ($152M in **dividends** and $486M in **buybacks**). Seagate has now returned 189% of TTM FCF to shareholders via dividends (48%) and buybacks (141%), and reiterated a commitment to both dividends and buybacks going forward – an ongoing positive catalyst for shares.

**Changes to Estimates:**

We now model **CY22 Revenue/EPS** of $10.58B/$6.42 (vs. consensus coming in of $11.77B/$8.39) and **CY23 Revenue/EPS** of $11.84B/$8.50 (vs. consensus coming in of $12.18B/$8.97).

This report is prepared solely for the use of Miles Dean

**Figure 2: STX Income Statement**

| SEAGATE TECHNOLOGY | FY21 | | | | FY22 | | | | FY23 | | | | | | 2021 | 2022 | 2023 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ in millions | Sep-20 1Q | Dec-20 2Q | Mar-21 3Q | Jun-21 4Q | Sep-21 1Q | Dec-21 2Q | Mar-22 3Q | Jun-22 4Q | Sep-22 1QE | Dec-22 2QE | Mar-23 3QE | Jun-23 4QE | Sep-23 1QE | Dec-23 2QE | FY | FY | FYE | CY | CY | CYE | CYE |
| Revenues | $ 2,314 | $ 2,623 | $ 2,731 | $ 3,013 | $ 3,115 | $ 3,116 | $ 2,802 | $ 2,628 | $ 2,500 | $ 2,645 | $ 2,806 | $ 2,990 | $ 2,994 | $ 3,046 | $10,681 | $ 11,661 | $ 10,940 | $10,172 | $11,975 | $10,575 | $ 11,836 |
| QoQ | -8.1% | 13.4% | 4.1% | 10.3% | 3.4% | 0.0% | -10.1% | -6.2% | -4.9% | 5.8% | 6.1% | 6.5% | 0.2% | 1.7% | | | | | | | |
| YoY | -10.2% | -2.7% | 0.5% | 19.7% | 34.6% | 18.8% | 2.6% | -12.8% | -19.8% | -15.1% | 0.2% | 13.8% | 19.8% | 15.2% | 1.6% | 9.2% | -6.2% | 2.1% | 17.7% | -11.7% | 11.9% |
| Cost of Goods (incl. SBC) | 1707.0 | 1926.0 | 1990.0 | 2127.0 | 2158.0 | 2167.0 | 1994.0 | 1868.0 | 1,777 | 1,870 | 1,976 | 2,093 | 2,093 | 2,120 | 7750.0 | 8187.0 | 7715.6 | 7434.0 | 8442.0 | 7509.3 | 8281.3 |
| Gross Profit | $607.0 | $697.0 | $741.0 | $886.0 | $957.0 | $949.0 | $808.0 | $760.0 | $722.4 | $775.0 | $830.7 | $896.9 | $901.2 | $926.0 | $2,931.0 | $3,474.0 | $3,224.9 | $2,738.0 | $3,533.0 | $3,065.0 | $3,554.8 |
| Gross Margin (incl. SBC) | 26.2% | 26.6% | 27.1% | 29.4% | 30.7% | 30.5% | 28.8% | 28.9% | 28.9% | 29.3% | 29.6% | 30.0% | 30.1% | 30.4% | 27.4% | 29.8% | 29.5% | 26.9% | 29.5% | 29.0% | 30.0% |
| Gross Margin (ex. SBC) | 26.5% | 26.8% | 27.4% | 29.6% | 31.0% | 30.7% | 29.2% | 29.3% | 29.3% | 29.7% | 30.0% | 30.4% | 30.5% | 30.8% | 27.7% | 30.1% | 29.9% | 27.2% | 29.8% | 29.4% | 30.4% |
| R&D | 223.0 | 221.0 | 227.0 | 232.0 | 233.0 | 228.0 | 233.0 | 247.0 | 250.0 | 253.0 | 254.0 | 257.0 | 262.0 | 265.0 | 903.0 | 941.0 | 1014.0 | 912.0 | 920.0 | 983.0 | 1038.0 |
| SG&A | 118.0 | 121.0 | 123.0 | 133.0 | 131.0 | 136.0 | 139.0 | 130.0 | 131.0 | 133.0 | 134.0 | 137.0 | 140.0 | 142.0 | 495.0 | 536.0 | 535.0 | 466.0 | 523.0 | 533.0 | 553.0 |
| Total Operating Expenses (incl. SBC) | 341.0 | 342.0 | 350.0 | 365.0 | 364.0 | 364.0 | 372.0 | 377.0 | 381.0 | 386.0 | 388.0 | 394.0 | 402.0 | 407.0 | 1398.0 | 1477.0 | 1549.0 | 1378.0 | 1443.0 | 1516.0 | 1591.0 |
| Operating Income | $266.0 | $355.0 | $391.0 | $521.0 | $593.0 | $585.0 | $436.0 | $383.0 | $341.4 | $389.0 | $442.7 | $502.9 | $499.2 | $519.0 | $1,533.0 | $1,997.0 | $1,675.9 | $1,360.0 | $2,090.0 | $1,549.4 | $1,963.8 |
| Operating Margin (incl. SBC) | 11.5% | 13.5% | 14.3% | 17.3% | 19.0% | 18.8% | 15.6% | 14.6% | 13.7% | 14.7% | 15.8% | 16.8% | 16.7% | 17.0% | 14.4% | 17.1% | 15.3% | 13.4% | 17.5% | 14.7% | 16.6% |
| Operating Margin (ex. SBC) | 12.7% | 14.7% | 15.4% | 18.1% | 20.1% | 19.9% | 16.8% | 16.1% | 15.2% | 16.2% | 17.2% | 18.1% | 18.0% | 18.3% | 15.4% | 18.4% | 16.7% | 14.5% | 18.5% | 16.1% | 17.9% |
| Interest Income (Exp) | (45.0) | (50.0) | (60.0) | (60.0) | (62.0) | (63.0) | (65.0) | (73.0) | (72.0) | (72.0) | (72.0) | (72.0) | (72.0) | (72.0) | (215.0) | (263.0) | (288.0) | (188.0) | (245.0) | (282.0) | (288.0) |
| Profit Before Taxes | 221.0 | 305.0 | 331.0 | 461.0 | 531.0 | 522.0 | 371.0 | 310.0 | 269.4 | 317.0 | 370.7 | 430.9 | 427.2 | 447.0 | 1,318.0 | 1,734.0 | 1,387.9 | 1,172.0 | 1,845.0 | 1,267.4 | 1,675.8 |
| Taxes | 7.0 | 12.0 | 10.0 | 20.0 | 21.0 | 15.0 | 6.0 | 4.0 | 13.5 | 15.8 | 18.5 | 21.5 | 21.4 | 22.4 | 49.0 | 46.0 | 69.4 | 46.0 | 66.0 | 39.3 | 83.8 |
| Net Income - Pro Forma (incl SBC) | $214.0 | $293.0 | $321.0 | $441.0 | $510.0 | $507.0 | $365.0 | $306.0 | $256.0 | $301.1 | $352.1 | $409.3 | $405.9 | $424.7 | $1,269.0 | $1,688.0 | $1,318.5 | $1,126.0 | $1,779.0 | $1,228.1 | $1,592.0 |
| Net Margin | 9.2% | 11.2% | 11.8% | 14.6% | 16.4% | 16.3% | 13.0% | 11.6% | 10.2% | 11.4% | 12.5% | 13.7% | 13.6% | 13.9% | 11.9% | 14.5% | 12.1% | 11.1% | 14.9% | 11.6% | 13.5% |
| EPS - Pro Forma (incl. SBC) | $0.83 | $1.17 | $1.35 | $1.89 | $2.21 | $2.25 | $1.64 | $1.41 | $1.21 | $1.44 | $1.69 | $1.98 | $1.98 | $2.09 | $5.24 | $7.52 | $6.32 | $4.36 | $7.71 | $5.70 | $7.74 |
| EPS - Pro Forma (ex. SBC) | $0.93 | $1.29 | $1.48 | $2.00 | $2.35 | $2.41 | $1.81 | $1.59 | $1.40 | $1.62 | $1.88 | $2.17 | $2.17 | $2.28 | $5.70 | $8.16 | $7.07 | $4.80 | $8.25 | $6.42 | $8.50 |
| EPS - GAAP (incl. SBC) | $0.86 | $1.12 | $1.39 | $2.07 | $2.28 | $2.23 | $1.56 | $1.27 | $1.07 | $1.29 | $1.55 | $1.84 | $1.83 | $1.94 | $5.43 | $7.33 | $5.75 | $3.73 | $7.96 | $5.20 | $7.15 |
| Pro Forma Shares Outstanding | 259.0 | 251.0 | 237.0 | 233.0 | 231.0 | 225.0 | 222.0 | 217.0 | 211.0 | 209.5 | 208.1 | 206.6 | 205.1 | 203.6 | 245.0 | 223.8 | 208.8 | 258.3 | 231.5 | 214.9 | 205.9 |
| Dividends | $0.65 | $0.65 | $0.67 | $0.67 | $0.67 | $0.70 | $0.70 | $0.70 | $0.70 | $0.72 | $0.72 | $0.72 | $0.72 | $0.74 | $2.64 | $2.77 | $2.86 | 2.60 | 2.71 | 2.82 | 2.90 |
| *Percent* | | | | | | | | | | | | | | | | | | | | | |
| R&D | 9.6% | 8.4% | 8.3% | 7.7% | 7.5% | 7.3% | 8.3% | 9.4% | 10.0% | 9.6% | 9.1% | 8.6% | 8.8% | 8.7% | 8.5% | 8.1% | 9.3% | 9.0% | 7.7% | 9.3% | 8.8% |
| SG&A | 5.1% | 4.6% | 4.5% | 4.4% | 4.2% | 4.4% | 5.0% | 4.9% | 5.2% | 5.0% | 4.8% | 4.6% | 4.7% | 4.7% | 4.6% | 4.6% | 4.9% | 4.6% | 4.4% | 5.0% | 4.7% |
| Taxes | 3.2% | 3.9% | 3.0% | 4.3% | 4.0% | 2.9% | 1.6% | 1.3% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 3.7% | 2.7% | 5.0% | 3.9% | 3.6% | 3.1% | 5.0% |
| Sequential Change | | | | | | | | | | | | | | | | | | | | | |
| R&D | 0.5% | -0.9% | 2.7% | 2.2% | 0.4% | -2.1% | 2.2% | 6.0% | 1.2% | 1.2% | 0.4% | 1.2% | 1.9% | 1.1% | -7.2% | 4.2% | 7.8% | -7.3% | 0.9% | 6.8% | 5.6% |
| SG&A | 4.4% | 2.5% | 1.7% | 8.1% | -1.5% | 3.8% | 2.2% | -6.5% | 0.8% | 1.5% | 0.8% | 2.2% | 2.2% | 1.4% | 5.1% | 8.3% | -0.2% | 0.4% | 12.2% | 1.9% | 3.8% |

*Source: Company Data, Evercore ISI Research*

This report is prepared solely for the use of Miles Dean

**Figure 3: STX Balance Sheet**

| SEAGATE TECHNOLOGY | FY21 | | | | FY22 | | | | FY23 | | | | | | | 2021 | 2022 | 2023 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sep-20 | Dec-20 | Mar-21 | Jun-21 | Sep-21 | Dec-21 | Mar-22 | Jun-22 | Sep-22 | Dec-22 | Mar-23 | Jun-23 | Sep-23 | Dec-23 | | 2021 | 2022 | 2023 | 2020 | 2021 | 2022 | 2023 |
| $ in millions | 1Q | 2Q | 3Q | 4Q | 1Q | 2Q | 3Q | 4Q | 1QE | 2QE | 3QE | 4QE | 1QE | 2QE | | FY | FY | FYE | CY | CY | CYE | CYE |
| **BALANCE SHEET** | | | | | | | | | | | | | | | | | | | | | | |
| **Assets** | | | | | | | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | $1,664.0 | $1,799.0 | $1,212.0 | $1,209.0 | $991.0 | $1,535.0 | $1,138.0 | $615.0 | $1,487.4 | $1,493.0 | $1,573.3 | $1,716.7 | $1,862.4 | $2,021.7 | | $1,209.0 | $615.0 | $1,716.7 | $1,799.0 | $1,535.0 | $1,493.0 | $2,021.7 |
| Short-term Investments | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Restricted cash and Investments | | | | | | | | | | | | | | | | | | | | | | |
| Accounts Receivable | 866.0 | 801.0 | 978.0 | 1,158.0 | 1,301.0 | 1,399.0 | 1,344.0 | 1,532.0 | 988.9 | 1,046.3 | 1,079.3 | 1,149.8 | 1,151.6 | 1,171.6 | | 1,158.0 | 1,532.0 | 1,149.8 | 801.0 | 1,399.0 | 1,046.3 | 1,171.6 |
| Inventory | 1,323.0 | 1,318.0 | 1,281.0 | 1,204.0 | 1,188.0 | 1,287.0 | 1,479.0 | 1,565.0 | 1,132.8 | 1,232.9 | 1,346.0 | 1,425.8 | 1,425.9 | 1,444.5 | | 1,204.0 | 1,565.0 | 1,425.8 | 1,318.0 | 1,287.0 | 1,232.9 | 1,444.5 |
| Deferred income taxes | | | | | | | | | | | | | | | | | | | | | | |
| Other | 141.0 | 163.0 | 221.0 | 208.0 | 188.0 | 229.0 | 298.0 | 321.0 | 321.0 | 321.0 | 321.0 | 321.0 | 321.0 | 321.0 | | 208.0 | 321.0 | 321.0 | 163.0 | 229.0 | 321.0 | 321.0 |
| **Total Current Assets** | **$3,994.0** | **$4,081.0** | **$3,692.0** | **$3,779.0** | **$3,668.0** | **$4,450.0** | **$4,259.0** | **$4,033.0** | **$3,930.1** | **$4,093.3** | **$4,319.7** | **$4,613.3** | **$4,760.8** | **$4,958.7** | | **$3,779.0** | **$4,033.0** | **$4,613.3** | **$4,081.0** | **$4,450.0** | **$4,093.3** | **$4,958.7** |
| Property and Equipment | 2,167.0 | 2,218.0 | 2,215.0 | 2,181.0 | 2,213.0 | 2,216.0 | 2,197.0 | 2,239.0 | 2,222.0 | 2,209.0 | 2,200.8 | 2,198.3 | 2,193.6 | 2,188.6 | | 2,181.0 | 2,239.0 | 2,198.3 | 2,218.0 | 2,216.0 | 2,209.0 | 2,188.6 |
| Goodwill and Intangible Assets | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 |
| Other intangible assets, net | 45.0 | 40.0 | 35.0 | 29.0 | 24.0 | 19.0 | 14.0 | 9.0 | 9.0 | 9.0 | 9.0 | 9.0 | 9.0 | 9.0 | | 29.0 | 9.0 | 9.0 | 40.0 | 19.0 | 9.0 | 9.0 |
| Deferred income taxes | 1,125.0 | 1,120.0 | 1,118.0 | 1,117.0 | 1,128.0 | 1,126.0 | 1,121.0 | 1,132.0 | 1,132.0 | 1,132.0 | 1,132.0 | 1,132.0 | 1,132.0 | 1,132.0 | | 1,117.0 | 1,132.0 | 1,132.0 | 1,120.0 | 1,126.0 | 1,132.0 | 1,132.0 |
| Other | 294.0 | 290.0 | 307.0 | 332.0 | 343.0 | 327.0 | 317.0 | 294.0 | 294.0 | 294.0 | 294.0 | 294.0 | 294.0 | 294.0 | | 332.0 | 294.0 | 294.0 | 290.0 | 327.0 | 294.0 | 294.0 |
| **Total Assets** | **$8,862.0** | **$8,986.0** | **$8,604.0** | **$8,675.0** | **$8,613.0** | **$9,375.0** | **$9,145.0** | **$8,944.0** | **$8,824.0** | **$8,974.3** | **$9,192.5** | **$9,483.6** | **$9,626.4** | **$9,819.4** | | **$8,675.0** | **$8,944.0** | **$9,483.6** | **$8,986.0** | **$9,375.0** | **$8,974.3** | **$9,819.4** |
| **Liabilities** | | | | | | | | | | | | | | | | | | | | | | |
| Accounts Payable | $1,795.0 | $1,730.0 | $1,861.0 | $1,725.0 | $1,766.0 | $1,812.0 | $1,948.0 | $2,058.0 | $1,958.1 | $2,060.2 | $2,176.6 | $2,305.5 | $2,305.7 | $2,335.7 | | $1,725.0 | $2,058.0 | $2,305.5 | $1,730.0 | $1,812.0 | $2,060.2 | $2,335.7 |
| Accrued employee compensation | 157.0 | 206.0 | 178.0 | 282.0 | 190.0 | 228.0 | 194.0 | 252.0 | 239.7 | 253.6 | 269.1 | 286.7 | 287.1 | 292.1 | | 282.0 | 252.0 | 286.7 | 206.0 | 228.0 | 253.6 | 292.1 |
| Accrued warranty | 64.0 | 61.0 | 60.0 | 61.0 | 62.0 | 62.0 | 64.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | | 61.0 | 65.0 | 65.0 | 61.0 | 62.0 | 65.0 | 65.0 |
| Accrued expenses | 603.0 | 599.0 | 649.0 | 608.0 | 626.0 | 655.0 | 645.0 | 596.0 | 596.0 | 596.0 | 596.0 | 596.0 | 596.0 | 596.0 | | 608.0 | 596.0 | 596.0 | 599.0 | 655.0 | 596.0 | 596.0 |
| Current Portion of Notes Payable | 25.0 | 25.0 | 245.0 | 245.0 | 245.0 | 235.0 | 30.0 | 584.0 | 584.0 | 584.0 | 584.0 | 584.0 | 584.0 | 584.0 | | 245.0 | 584.0 | 584.0 | 25.0 | 235.0 | 584.0 | 584.0 |
| **Total Current Liabilities** | **$2,644.0** | **$2,621.0** | **$2,993.0** | **$2,921.0** | **$2,889.0** | **$2,992.0** | **$2,881.0** | **$3,555.0** | **$3,442.8** | **$3,558.8** | **$3,690.7** | **$3,837.2** | **$3,837.8** | **$3,872.8** | | **$2,921.0** | **$3,555.0** | **$3,837.2** | **$2,621.0** | **$2,992.0** | **$3,558.8** | **$3,872.8** |
| Long-term accrued warranty | $78 | $76 | $74 | $75 | $78 | $82 | $84 | $83 | $83 | $83 | $83 | $83 | $83 | $83 | | $75 | $83 | $83 | $76.0 | $82.0 | $83.0 | $83.0 |
| Long-term accrued income taxes | $0 | | | | | | | | | | | | | | | | | | | | | |
| Other non-current liabilities | 181.0 | 179.0 | 156.0 | 154.0 | 154.0 | 149.0 | 145.0 | 135.0 | 135.0 | 135.0 | 135.0 | 135.0 | 135.0 | 135.0 | | 154.0 | 135.0 | 135.0 | 179.0 | 149.0 | 135.0 | 135.0 |
| Notes Payable | 4,138.0 | 5,120.0 | 4,879.0 | 4,894.0 | 4,891.0 | 5,626.0 | 5,614.0 | 5,062.0 | 5,062.0 | 5,062.0 | 5,062.0 | 5,062.0 | 5,062.0 | 5,062.0 | | 4,894.0 | 5,062.0 | 5,062.0 | 5,120.0 | 5,626.0 | 5,062.0 | 5,062.0 |
| **Total Liabilities** | **$7,041.0** | **$7,996.0** | **$8,102.0** | **$8,044.0** | **$8,012.0** | **$8,849.0** | **$8,724.0** | **$8,835.0** | **$8,722.8** | **$8,838.8** | **$8,970.7** | **$9,117.2** | **$9,117.8** | **$9,152.8** | | **$8,044.0** | **$8,835.0** | **$9,117.2** | **$7,996.0** | **$8,849.0** | **$8,838.8** | **$9,152.8** |
| **Shareholders' Equity** | $1,821 | $990 | $484 | $631 | $601 | $526 | $421 | $109 | $101 | $136 | $222 | $366 | $509 | $667 | | $631 | $109 | $366 | $990 | $526 | $136 | $667 |
| **Total Shareholder's Equity** | **$1,821.0** | **$990.0** | **$502.0** | **$631.0** | **$601.0** | **$526.0** | **$421.0** | **$109.0** | **$101.3** | **$135.5** | **$221.8** | **$366.4** | **$508.6** | **$666.5** | | **$1,683.0** | **$1,593.0** | **$1,524.0** | **$990.0** | **$526.0** | **$135.5** | **$666.5** |
| **Total Liabilities & Equity** | **$8,862.0** | **$8,986.0** | **$8,604.0** | **$8,675.0** | **$8,613.0** | **$9,375.0** | **$9,145.0** | **$8,944.0** | **$8,824.0** | **$8,974.3** | **$9,192.5** | **$9,483.6** | **$9,626.4** | **$9,819.4** | | **$8,675.0** | **$8,944.0** | **$9,483.6** | **$8,986.0** | **$9,375.0** | **$8,974.3** | **$9,819.4** |

*Source: Company Data, Evercore ISI Research*

This report is prepared solely for the use of Miles Dean

**Figure 4: STX Cash Flow Statement**

| SEAGATE TECHNOLOGY | Sep-20 1Q | Dec-20 2Q | Mar-21 3Q | Jun-21 4Q | Sep-21 1Q | Dec-21 2Q | Mar-22 3Q | Jun-22 4Q | Sep-22 1QE | Dec-22 2QE | Mar-23 3QE | Jun-23 4QE | Sep-23 1QE | Dec-23 2QE | 2021 FY | 2022 FY | 2023 FYE | 2020 CY | 2021 CY | 2022 CYE | 2023 CYE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ in millions | | | | | | | | | | | | | | | | | | | | | |
| **CASH FLOW** | | | | | | | | | | | | | | | | | | | | | |
| **Cash Flow from Operations** | | | | | | | | | | | | | | | | | | | | | |
| Net Income | $223 | $280 | $329 | $482 | $526 | $501 | $346 | $276 | $226 | $271 | $322 | $379 | $376 | $395 | $1,314 | $1,649 | $1,199 | $989.0 | $1,838.0 | $1,119.1 | $1,472.0 |
| Stock Based Compensation expense | $28 | $30 | $29 | $25 | $34 | $36 | $36 | $39 | $39 | $39 | $39 | $39 | $39 | $39 | $112 | $145 | $156 | 114.0 | 124.0 | 153.0 | $156.0 |
| Depreciation & Amortization | $99 | $96 | $99 | $103 | $104 | $108 | $112 | $127 | $130 | $132 | $135 | $137 | $140 | $142 | $397 | $451 | $533 | 389.0 | 414.0 | 500.5 | $553.0 |
| Deferred Income Taxes | ($18) | $5 | $6 | $3 | ($4) | $4 | $2 | ($11) | | | | | | | ($4) | ($9) | $0 | (15.0) | 9.0 | (9.0) | $0.0 |
| Gain on sale of investments | | | | | | | | | | | | | | | $0 | $0 | $0 | 0.0 | 0.0 | 0.0 | $0.0 |
| Gain on sale of PPE | | | | | | | | | | | | | | | $0 | $0 | $0 | 0.0 | 0.0 | 0.0 | $0.0 |
| Loss on Redemption and repurchase of debt | | | | $1 | | | | | | | | | | | $1 | $0 | $0 | 58.0 | 1.0 | 0.0 | $0.0 |
| Other non-cash operating activities | ($8) | $12 | ($12) | ($42) | $2 | $20 | $24 | $18 | | | | | | | ($50) | $64 | $0 | 9.0 | (32.0) | 42.0 | $0.0 |
| *Changes in Operating Assets and Liabilities* | | | | | | | | | | | | | | | | | | | | | |
| Accounts Receivable, net | $249 | $66 | ($177) | ($180) | ($143) | ($98) | $55 | ($188) | $543 | ($57) | ($33) | ($70) | ($2) | ($20) | ($42) | ($374) | $382 | 312.0 | (598.0) | 352.7 | ($125.2) |
| Restricted cash | | | | | | | | | | | | | | | $0 | $0 | $0 | 0.0 | 0.0 | 0.0 | $0.0 |
| Inventories | ($181) | $5 | $35 | $77 | $16 | ($99) | ($192) | ($86) | $432 | ($100) | ($113) | ($80) | ($0) | ($19) | ($64) | ($361) | $139 | (170.0) | 29.0 | 54.1 | ($211.5) |
| Accounts payable | ($24) | ($51) | $135 | ($74) | $28 | $35 | $146 | $19 | ($100) | $102 | $116 | $129 | $0 | $30 | ($14) | $228 | $248 | (139.0) | 124.0 | 167.2 | $275.6 |
| Accrued employee compensation | ($67) | $49 | ($28) | $104 | ($92) | $38 | ($34) | $58 | | | | | | | $58 | ($30) | $0 | 15.0 | 22.0 | 24.0 | $0.0 |
| Accrued expenses, income taxes, warranty | ($21) | ($15) | $36 | ($38) | $11 | $29 | ($21) | ($45) | | | | | | | ($38) | ($26) | $0 | (37.0) | 38.0 | (66.0) | $0.0 |
| Vendor non-trade receivables | | | | | | | | | | | | | | | $0 | $0 | $0 | 0.0 | 0.0 | 0.0 | $0.0 |
| Other assets and liabilities | $17 | ($4) | ($74) | $17 | $14 | ($53) | ($14) | ($27) | ($12) | $14 | $15 | $18 | $0 | $5 | ($44) | ($80) | $35 | 23.0 | (96.0) | (39.4) | 38.5 |
| **Net Cash from Operations** | **$297** | **$473** | **$378** | **$478** | **$496** | **$521** | **$460** | **$180** | **$1,258** | **$401** | **$481** | **$552** | **$553** | **$572** | **$1,626** | **$1,657** | **$2,691** | **$1,548** | **$1,873** | **$2,298** | **$2,158** |
| **Cash Flow from Investing** | | | | | | | | | | | | | | | | | | | | | |
| PP&E | ($111) | ($159) | ($104) | ($124) | ($117) | ($95) | ($97) | ($72) | ($112) | ($119) | ($126) | ($135) | ($135) | ($137) | ($498) | ($381) | ($492) | ($514) | ($440) | ($401) | ($533) |
| Proceeds from sale of strategic investments | $11 | $0 | $0 | $22 | $15 | $19 | $0 | $13 | | | | | | | $33 | $47 | $0 | $11 | $56 | $13 | $0 |
| Purchases of short-term investments | ($4) | $0 | $7 | ($7) | ($18) | $0 | $0 | $0 | | | | | | | ($4) | ($18) | $0 | ($4) | ($18) | $0 | $0 |
| Sales of short-term investments | | | | | | | | | | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Maturities of short-term investments | | | | $3 | | | | | | | | | | | $3 | $3 | $0 | $0 | $3 | $0 | $0 |
| Other investing activities | | | | | | | | | | | | | | | $0 | $0 | $0 | ($6) | $0 | $0 | $0 |
| **Net Cash from Investing** | **($104)** | **($159)** | **($97)** | **($106)** | **($120)** | **($76)** | **($97)** | **($59)** | **($112)** | **($119)** | **($126)** | **($135)** | **($135)** | **($137)** | **($466)** | **($352)** | **($492)** | **($513)** | **($399)** | **($388)** | **($533)** |
| **Cash Flow from Financing** | | | | | | | | | | | | | | | | | | | | | |
| Proceeds and Repayment of Debt | ($13) | ($8) | $994 | ($6) | ($6) | ($475) | $980 | $0 | | | | | | | $967 | $499 | $0 | (17.0) | 507.0 | 980.0 | 0.0 |
| Proceeds from (repurchase of) of common shares | ($68) | ($1,000) | ($751) | ($228) | ($425) | ($471) | ($417) | ($486) | ($125) | ($125) | ($125) | ($125) | ($125) | ($125) | ($2,047) | ($1,799) | ($500) | (1,318.0) | (1,875.0) | (1,153.0) | (500.0) |
| Dividends to shareholders | ($167) | ($167) | ($161) | ($154) | ($153) | ($151) | ($154) | ($152) | ($148) | ($151) | ($150) | ($149) | ($148) | ($151) | ($649) | ($610) | ($597) | (672.0) | (619.0) | (604.6) | (596.9) |
| Proceeds from issuance of shares under ESP | $29 | $11 | $55 | $13 | $33 | $4 | $31 | $0 | | | | | | | $108 | $68 | $0 | 74.0 | 105.0 | 31.0 | 0.0 |
| Other financing activities | ($32) | $985 | ($1,005) | $0 | ($43) | $1,192 | ($1,200) | ($6) | | | | | | | ($52) | ($57) | $0 | 952.0 | 144.0 | (1,206.0) | 0.0 |
| **Net Cash from Financing** | **($251)** | **($179)** | **($868)** | **($375)** | **($594)** | **$99** | **($760)** | **($644)** | **($273)** | **($276)** | **($275)** | **($274)** | **($273)** | **($276)** | **($1,673)** | **($1,899)** | **($1,097)** | **($981)** | **($1,738)** | **($1,953)** | **($1,097)** |
| Effect of foreign currency | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | | $0 | $0 | $0 | 1.0 | 0.0 | 0.0 | 0.0 |
| Cash and Cash eqv at beginning | $1,724 | $1,666 | $1,801 | $1,214 | $1,211 | $993 | $1,537 | $1,140 | $617 | $1,489 | $1,495 | $1,575 | $1,719 | $1,864 | $1,717 | $1,204 | $610 | 1,380 | 1,434 | 1,170 | 1,128 |
| **Net increase in cash and cash eqv.** | **($58)** | **$135** | **($587)** | **($3)** | **($218)** | **$544** | **($397)** | **($523)** | **$872** | **$6** | **$80** | **$143** | **$146** | **$159** | **($513)** | **($594)** | **$1,102** | **54** | **-264** | **-42** | **529** |
| Cash and Cash eqv at end | $1,666 | $1,801 | $1,214 | $1,211 | $993 | $1,537 | $1,140 | $617 | $1,489 | $1,495 | $1,575 | $1,719 | $1,864 | $2,024 | $1,204 | $610 | $1,712 | 1,434 | 1,170 | 1,128 | 1,657 |
| Cash Flow from Operations | $297 | $473 | $378 | $478 | $496 | $521 | $460 | $180 | $1,258 | $401 | $481 | $552 | $553 | $572 | $1,626 | $1,657 | $2,691 | 1548.0 | 1873.0 | 2298.1 | 2158.3 |
| Capex | ($111) | ($159) | ($104) | ($124) | ($117) | ($95) | ($97) | ($72) | ($112) | ($119) | ($126) | ($135) | ($135) | ($137) | ($498) | ($381) | ($492) | (514.0) | (440.0) | (400.5) | (532.6) |
| **Free Cash Flow** | **$186** | **$314** | **$274** | **$354** | **$379** | **$426** | **$363** | **$108** | **$1,145** | **$281** | **$355** | **$417** | **$418** | **$435** | **$1,128** | **$1,276** | **$2,199** | **$1,034.0** | **$1,433.0** | **$1,897.6** | **$1,625.6** |
| **FCF/Share** | **$0.72** | **$1.25** | **$1.16** | **$1.52** | **$1.64** | **$1.89** | **$1.64** | **$0.50** | **$5.43** | **$1.34** | **$1.71** | **$2.02** | **$2.04** | **$2.14** | **$4.60** | **$5.70** | **$10.53** | **$4.00** | **$6.19** | **$8.83** | **$7.90** |

*Source: Company Data, Evercore ISI Research*

EVERCORE ISI

This report is prepared solely for the use of Miles Dean

## VALUATION METHODOLOGY

Our PT of $85 is based off of 10x our updated CY23 EPS estimate.

## RISKS

Weaker than expected recovery in VIA/China and Legacy/Consumer markets into CY23.

## COMPANIES UNDER COVERAGE BY AUTHOR

| Symbol | Company | Rating | Price (2022-21-07) | Evercore ISI Target |
|---|---|---|---|---|
| ADI | Analog Devices, Inc. | Outperform | $164.54 | $185.00 |
| AMAT | Applied Materials, Inc. | Outperform | $103.45 | $125.00 |
| ASML-AES | ASML Holding NV | Outperform | €527.00 | €625.00 |
| AVGO | Broadcom Inc. | Outperform | $516.34 | $625.00 |
| INTC | Intel Corporation | In Line | $40.47 | $40.00 |
| KLAC | KLA Corporation | In Line | $359.65 | $375.00 |
| LRCX | Lam Research Corporation | Outperform | $474.58 | $555.00 |
| MRVL | Marvell Technology Group Ltd | Outperform | $54.52 | $70.00 |
| MTSI | M/A-Com | In Line | $53.34 | $60.00 |
| MU | Micron Technology Inc. | Outperform | $63.38 | $85.00 |
| MXIM | Maxim Integrated Products, Inc. | In Line | $104.29 | $95.00 |
| NVDA | NVIDIA Corp. | Outperform | $179.57 | $225.00 |
| NXPI | NXP Semiconductors NV | Outperform | $179.21 | $190.00 |
| OLED | Universal Display Corporation | Outperform | $116.75 | $140.00 |
| QCOM | QUALCOMM Inc. | In Line | $154.92 | $150.00 |
| STX | Seagate Technology | In Line | $83.28 | $85.00 |
| TER | Teradyne Inc. | Outperform | $102.55 | $120.00 |
| TXN | Texas Instruments Inc. | In Line | $166.35 | $170.00 |
| WDC | Western Digital Corp. | Outperform | $50.27 | $65.00 |

This report is prepared solely for the use of Miles Dean

## TIMESTAMP

**(Article 3(1)e and Article 7 of MAR)**

Time of dissemination: July 21 2022 10:05 PM ET

## ANALYST CERTIFICATION

The analysts, Kurt Swartz, Joseph McCormack, C.J. Muse, Matthew Prisco, primarily responsible for the preparation of this research report attest to the following: (1) that the views and opinions rendered in this research report reflect his or her personal views about the subject companies or issuers; and (2) that no part of the research analyst's compensation was, is, or will be directly related to the specific recommendations or views in this research report.

## IMPORTANT DISCLOSURES

This report is approved and/or distributed by Evercore Group L.L.C. ("Evercore Group"), a U.S. licensed broker-dealer regulated by the Financial Industry Regulatory Authority ("FINRA"), and Evercore ISI International Limited ("ISI UK"), which is authorised and regulated in the United Kingdom by the Financial Conduct Authority. The institutional sales, trading and research businesses of Evercore Group and ISI UK collectively operate under the global marketing brand name Evercore ISI ("Evercore ISI"). Both Evercore Group and ISI UK are subsidiaries of Evercore Inc. ("Evercore "). The trademarks, logos and service marks shown on this report are registered trademarks of Evercore.

The analysts and associates responsible for preparing this report receive compensation based on various factors, including Evercore's Partners' total revenues, a portion of which is generated by affiliated investment banking transactions. Evercore ISI seeks to update its research as appropriate, but various regulations may prevent this from happening in certain instances. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Evercore ISI generally prohibits analysts, associates and members of their households from maintaining a financial interest in the securities of any company in the analyst's area of coverage. Any exception to this policy requires specific approval by a member of our Compliance Department. Such ownership is subject to compliance with applicable regulations and disclosure. Evercore ISI also prohibits analysts, associates and members of their households from serving as an officer, director, advisory board member or employee of any company that the analyst covers.

This report may include a Tactical Call, which describes a near-term event or catalyst affecting the subject company or the market overall and which is expected to have a short-term price impact on the equity shares of the subject company. This Tactical Call is separate from the analyst's long-term recommendation (Outperform, In Line or Underperform) that reflects a stock's forward 12-month expected return, is not a formal rating and may differ from the target prices and recommendations reflected in the analyst's long-term view.

**Applicable current disclosures regarding the subject companies covered in this report are available at the offices of Evercore ISI: 55 East 52nd Street, New York, NY 10055, and at the following site: https://evercoreisi.mediasterling.com/disclosure.**

Evercore and its affiliates, and I or their respective directors, officers, members and employees, may have, or have had, interests or qualified holdings on issuers mentioned in this report. Evercore and its affiliates may have, or have had, business relationships with the companies mentioned in this report.

Additional information on securities or financial instruments mentioned in this report is available upon request.

---

**Ratings Definitions**

**Current Ratings Definition**

Evercore ISI's recommendations are based on a stock's total forecasted return over the next 12 months. Total forecasted return is equal to the expected percentage price return plus gross dividend yield. We divide our stocks under coverage into three primary ratings categories, with the following return guidelines:

**Outperform**- the total forecasted return is expected to be greater than the expected total return of the analyst's coverage sector.
**In Line**- the total forecasted return is expected to be in line with the expected total return of the analyst's coverage sector.
**Underperform**- the total forecasted return is expected to be less than the expected total return of the analyst's coverage sector.
**Coverage Suspended**- the rating and target price have been removed pursuant to Evercore ISI policy when Evercore is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances.*
**Rating Suspended**- Evercore ISI has suspended the rating and target price for this stock because there is not sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, a rating or target price. The previous rating and target price, if any, are no longer in effect for this company and should not be relied upon.*

*Prior to October 10, 2015, the "Coverage Suspended" and "Rating Suspended" categories were included in the category "Suspended."

**FINRA requires that members who use a ratings system with terms other than "Buy," "Hold/Neutral" and "Sell" to equate their own ratings to these categories. For this purpose, and in the Evercore ISI ratings distribution below, our Outperform, In Line, and Underperform ratings can be equated to Buy, Hold and Sell, respectively.**

**Historical Ratings Definitions**

Prior to March 2, 2017, Evercore ISI's recommendations were based on a stock's total forecasted return over the next 12 months:

9

This report is prepared solely for the use of Miles Dean

**Buy**- the total forecasted return is expected to be greater than 10%
**Hold**- the total forecasted return is expected to be greater than or equal to 0% and less than or equal to 10%
**Sell** -the total forecasted return is expected to be less than 0%

On October 31, 2014, Evercore Partners acquired International Strategy & Investment Group LLC ("ISI Group") and ISI UK (the "Acquisition") and transferred Evercore Group's research, sales and trading businesses to ISI Group. On December 31, 2015, the combined research, sales and trading businesses were transferred back to Evercore Group in an internal reorganization. Since the Acquisition, the combined research, sales and trading businesses have operated under the global marketing brand name Evercore ISI.

**ISI Group and ISI UK:**

Prior to October 10, 2014, the ratings system of ISI Group LLC and ISI UK which was based on a 12-month risk adjusted total return:

Strong Buy- Return > 20%
Buy- Return 10% to 20%
Neutral - Return 0% to 10%
Cautious- Return -10% to 0%
Sell-  Return< -10%

For disclosure purposes, ISI Group and ISI UK ratings were viewed as follows: Strong Buy and Buy equate to Buy, Neutral equates to Hold, and Cautious and Sell equate to Sell.

**Evercore Group:**

Prior to October 10, 2014, the rating system of Evercore Group was based on a stock's expected total return relative to the analyst's coverage universe over the following 12 months. Stocks under coverage were divided into three categories:

Overweight- the stock is expected to outperform the average total return of the analyst's coverage universe over the next 12 months.
Equal-Weight- the stock is expected to perform in line with the average total return of the analyst's coverage universe over the next 12 months.
Underweight -the stock is expected to underperform the average total return of the analyst's coverage universe over the next 12 months.
Suspended- the company rating, target price and earnings estimates have been temporarily suspended.

For disclosure purposes, Evercore Group's prior "Overweight," "Equal-Weight" and "Underweight" ratings were viewed as "Buy," "Hold" and "Sell," respectively.

**Ratings Definitions for Portfolio-Based Coverage**

Evercore ISI utilizes an alternate rating system for companies covered by analysts who use a model portfolio-based approach to determine a company's investment recommendation. Covered companies are included or not included as holdings in the analyst's Model Portfolio, and have the following ratings:

**Long**- the stock is a positive holding in the model portfolio; the total forecasted return is expected to be greater than 0%.
**Short**- the stock is a negative holding in the model portfolio; the total forecasted return is expected to be less than 0%.
**No Position**- the stock is not included in the model portfolio.
**Coverage Suspended**- the rating and target price have been removed pursuant to Evercore ISI policy when Evercore is acting in an advisory capacity in a merger or strategic transaction involving this company, and in certain other circumstances; a stock in the model portfolio is removed.
**Rating Suspended** - Evercore ISI has suspended the rating and/or target price for this stock because there is not sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, a rating or target price. The previous rating and target price, if any, are no longer in effect for this company and should not be relied upon; a stock in the model portfolio is removed.

Stocks included in the model portfolio will be weighted from 0 to 100% for Long and 0 to -100% for Short. A stock's weight in the portfolio reflects the analyst's degree of conviction in the stock's rating relative to other stocks in the portfolio. The model portfolio may also include a cash component. At any given time the aggregate weight of the stocks included in the portfolio and the cash component must equal100%.

Stocks assigned ratings under the alternative model portfolio-based coverage system cannot also be rated by Evercore ISI's Current Ratings definitions of Outperform, In Line and Underperform.

**FINRA requires that members who use a ratings system with terms other than "Buy," "Hold/Neutral" and "Sell," to equate their own ratings to these categories. For this purpose, and in the Evercore ISI ratings distribution below, our Long, No Position and Short ratings can be equated to Buy, Hold and Sell respectively.**

**Evercore ISI rating (as of 07/21/2022)**

| Coverage Universe | | | Investment Banking Services I Past 12 Months | | |
|---|---|---|---|---|---|
| Ratings | Count | Pct. | Ratings | Count | Pct. |
| Buy | 523 | 62 | Buy | 89 | 17 |
| Hold | 285 | 34 | Hold | 25 | 9 |
| Sell | 14 | 2 | Sell | 1 | 7 |
| Coverage Suspended | 10 | 1 | Coverage Suspended | 2 | 20 |
| Rating Suspended | 7 | 1 | Rating Suspended | 2 | 29 |

**Issuer-Specific Disclosures (as of July 21, 2022)**

10

This report is prepared solely for the use of Miles Dean

**Price Charts**



Seagate Technology Rating History as of 07/21/2022

**Ratings Key**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B | Buy | OP | Outperform | L | Long | CS | Coverage Suspended |
| H | Hold | IL | In Line | NP | No Position | RS | Rating Suspended |
| S | Sell | UP | Underperform | S | Short | | |

## GENERAL DISCLOSURES

This report is approved and/or distributed by Evercore Group L.L.C. ("Evercore Group"), a U.S. licensed broker-dealer regulated by the Financial Industry Regulatory Authority ("FINRA") and by International Strategy & Investment Group (UK) Limited ("ISI UK"), which is authorised and regulated in the United Kingdom by the Financial Conduct Authority. The institutional sales, trading and research businesses of Evercore Group and ISI UK collectively operate under the global marketing brand name Evercore ISI ("Evercore ISI"). Both Evercore Group and ISI UK are subsidiaries of Evercore Inc. ("Evercore"). The trademarks, logos and service marks shown on this report are registered trademarks of Evercore Inc.

This report is provided for informational purposes only. It is not to be construed as an offer to buy or sell or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy in any jurisdiction. The information and opinions in this report were prepared by employees of affiliates of Evercore. The information herein is believed by Evercore ISI to be reliable and has been obtained from public sources believed to be reliable, but Evercore ISI makes no representation as to the accuracy or completeness of such information. Opinions, estimates and projections in this report constitute the current judgment of the author as of the date of this report. They do not necessarily reflect the opinions of Evercore or its affiliates and are subject to change without notice. In addition, opinions, estimates and projections in this report may differ from or be contrary to those expressed by other business areas or groups of Evercore and its affiliates. Evercore ISI has no obligation to update, modify or amend this report or to otherwise notify a reader thereof in the event that any matter stated herein, or any opinion, projection, forecast or estimate set forth herein, changes or subsequently becomes inaccurate. Facts and views in Evercore ISI research reports and notes have not been reviewed by, and may not reflect information known to, professionals in other Evercore affiliates or business areas, including investment banking personnel.

Evercore ISI does not provide individually tailored investment advice in research reports. This report has been prepared without regard to the particular investments and circumstances of the recipient. The financial instruments discussed in this report may not suitable for all investors and investors must make their own investment decisions using their own independent advisors as they believe necessary and based upon their specific financial situations and investment objectives. Securities and other financial instruments discussed in this report, or recommended or offered by Evercore ISI, are not insured by the Federal Deposit Insurance Corporation and are not deposits of or other obligations of any insured depository institution. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the price or value of, or the income derived from the financial instrument, and such investor effectively assumes such currency risk. In addition, income from an investment may fluctuate and the price or value of financial instruments described in this report, either directly or indirectly, may rise or fall. Estimates of future performance are based on assumptions that may not be realized. Furthermore, past performance is not necessarily indicative of future performance.

Recipients who are not institutional investors or market professionals should seek the advice of their independent financial advisor before considering information in this report in connection with any investment decision, or for a necessary explanation of its contents.

Evercore ISI salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in this research. Our asset management affiliates and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

Electronic research is simultaneously available to all clients. This report is provided to Evercore ISI clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Evercore ISI. Receipt and review of this research report constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion or

This report is prepared solely for the use of Miles Dean

information contained in this report (including any investment recommendations, estimates or target prices) without first obtaining express permission from Evercore ISI.

This report is not intended for distribution to, or use by any person or entity in any jurisdiction or country where such distribution or use would be contrary to local law or regulation.

For investors in the UK: In making this report available, Evercore makes no recommendation to buy, sell or otherwise deal in any securities or investments whatsoever and you should neither rely or act upon, directly or indirectly, any of the information contained in this report in respect of any such investment activity. This report is being directed at or distributed to, (a) persons who fall within the definition of Investment Professionals (set out in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order")); (b) persons falling within the definition of high net worth companies, unincorporated associations, etc. (set out in Article 49(2) of the Order); (c) other persons to whom it may otherwise lawfully be communicated (all such persons together being referred to as "relevant persons"). This report must not be acted on or relied on by persons who are not relevant persons.

Evercore does not have an Australian Financial Services License ("AFSL"). This report is only to be distributed to persons who fall within the definition of "wholesale" investors under section 761G of the Corporations Act 2001 (Cth). This report must not be acted on or relied on by persons who are not wholesale investors. Evercore relies on the relief provided under ASIC Corporations (Foreign Financial Services Providers— Limited Connection) Instrument 2017/182 to provide this report to wholesale investors in Australia without an AFSL.

The distribution of these materials to persons or entities in Switzerland is not intended to, and does not, constitute a financial service under the Swiss Financial Services Act (FinSA).  In particular, the distribution of these materials does not constitute the provision of personal recommendations on transactions with financial instruments (investment advice) within the meaning of Article 3(c)(4) of FinSA.

This material has been prepared by Evercore Group L.L.C. for distribution in New Zealand to financial advisers and wholesale clients only and has not been prepared by Evercore for retail clients in New Zealand (as those terms are defined in the Financial Markets Conduct Act 2013 ('FMCA')). Evercore Group L.L.C. is not, and is not required to be, registered or licensed under the FMCA, and unless otherwise stated any financial products referred to in this material are generally only available in New Zealand for issue to those satisfying the wholesale investor criteria in the FMCA.

Applicable current disclosures regarding the subject companies covered in this report are available at the offices of Evercore ISI, and at the following site: https://evercoreisi.mediasterling.com/disclosure.

In compliance with the European Securities and Markets Authority's Market Abuse Regulation, a list of all Evercore ISI recommendations disseminated in the preceding 12 months for the subject companies herein, may be found at the following site: https://evercoreisi.mediasterling.com/disclosure.

*© 2022. Evercore Group L.L.C. All rights reserved.*