# EXHIBIT 33



**WEDBUSH**

July 22, 2022

Rating:
**NEUTRAL**
Price:
**$83.61**
12-Month Price Target:
**$75.00** (from $85.00)

Analysts
**Matt Bryson**
(617) 695-6302
matthew.bryson@wedbush.com

**Company Information - Hardware**

| | |
|---|---|
| Market Cap (M) | $17,963 |
| Enterprise Value (M) | $22,469 |
| 52-Week Range | $67.36 - $117.67 |
| Yield | 3.35% |

**REV (M)** in $

| FYE Jun | 2022A | 2023E | 2024E |
|---|---|---|---|
| Q1 Sep | 3,115.0A | 2,499.7E | 2,890.7E |
| Previous | | 3,071.1E | |
| Q2 Dec | 3,115.6A | 2,591.0E | 2,955.2E |
| Previous | | 3,232.3E | |
| Q3 Mar | 2,801.9A | 2,714.9E | 2,899.7E |
| Previous | | 3,079.4E | |
| Q4 Jun | 2,627.9A | 2,839.0E | 2,999.1E |
| Previous | 2,801.9E | 3,015.2E | |
| **Year*** | **11,660.3A** | **10,644.5E** | **11,744.7E** |
| Previous | 11,834.3E | 12,395.6E | |

**Gross Margin** in $

| FYE Jun | 2022A | 2023E | 2024E |
|---|---|---|---|
| Q1 Sep | 31.0%A | 29.4%E | 30.1%E |
| Previous | | 30.6%E | |
| Q2 Dec | 30.7%A | 29.9%E | 30.5%E |
| Previous | | 30.9%E | |
| Q3 Mar | 29.2%A | 29.9%E | 31.3%E |
| Previous | | 30.8%E | |
| Q4 Jun | 29.3%A | 30.2%E | 31.4%E |
| Previous | 30.4%E | 31.6%E | |
| **Year*** | **30.1%A** | **29.9%E** | **30.8%E** |
| Previous | 30.4%E | 31.0%E | |

**EPS** in $

| FYE Jun | 2022A | 2023E | 2024E |
|---|---|---|---|
| Q1 Sep | 2.35A | 1.40E | 1.97E |
| Previous | | 2.26E | |
| Q2 Dec | 2.41A | 1.55E | 2.12E |
| Previous | | 2.49E | |
| Q3 Mar | 1.81A | 1.72E | 2.13E |
| Previous | | 2.27E | |
| Q4 Jun | 1.59A | 1.91E | 2.29E |
| Previous | 1.90E | 2.30E | |
| **Year*** | **8.16A** | **6.58E** | **8.51E** |
| Previous | 8.47E | 9.33E | |
| P/E | 10.2x | 12.7x | 9.8x |

*Pricing data provided by Thomson Reuters.*
*\*Numbers may not add up due to rounding.*

This report is intended for miles.dean@seagate.com. Unauthorized distribution is prohibited.

# Seagate Technology Holdings PLC (STX)

*HAMR Progress a Silver Lining in a Disappointing Report*

### EARNINGS REVIEW

STX not only missed numbers as flattish mass capacity revenues were not enough to offset a sharp decline in legacy shipments (we had been expecting a slight beat with higher mass capacity shipments and ASP increases enough to offset softness in legacy), but management also provided guidance well below prior expectations (vs. our outlook for a more modest miss) as customers are expected to work down inventories across markets in the current quarter.

Looking beyond this quarter, Seagate did voice several more optimistic projections including: 1) FY'23 revenues will be flat to higher vs. FY'22, and 2) 30+TB HAMR drives will ship within the 12 months. We are a bit more cautious on the overall environment given macro concerns and the potential impact on demand. As such while we are modeling FQ1 as a trough (in-line with the company's expectations), we are not anticipating as steep a recovery as would be necessary to drive flat revenues. Having said this, if STX can ship HAMR drives in volume within the next 12 months, it should have a substantial competitive advantage and could realize steep incremental growth in sales later this fiscal year or in FY'24.

Net, we are keeping our NEUTRAL opinion for now, and lowering our PT to $75 (to reflect our reduced outlook for forward earnings). But we would also note that we see the potential for STX to be a significantly more interesting story over the next year if the company executes on HAMR per management's new expectations.

**The Good:**

- STX expects to ship 30+ TB HAMR drives in volume for revenue within the next 12 months. If they execute to this expectation, it would represent a significant positive gamechanger as STX should then have a multi-year areal density lead vs. competitors.
- Management is forecasting a bottom in FQ1/CQ3 with a sharp snapback yielding strong sequential Q/Q growth through the remainder of the year allowing STX to achieve flat or even higher revenues Y/Y in FY23.

**The Negative:**

- Seagate meaningfully missed expectations, and guided below forward Street estimates to an even greater degree. With STX having been viewed as potentially somewhat insulated from economic disruption due to its significant exposure to the cloud (generally considered the healthiest end market), we believe the magnitude of STX's shortfall was not anticipated by the investment community.
- STX noted inventories are substantially higher than healthy levels at customers (contributing significantly to STX's lighter September guide with reduced shipments expected to help work down customer inventories).

**Derivatives:**

- **WDC** - Mixed - While we believe WDC will be impacted by some of the same conditions noted by STX, we also expect WDC to benefit from some market share gains in near-line both in CQ2 and in CQ3.

*Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 7-10 of this report for analyst certification and important disclosure information.*

**www.wedbush.com**

CONFIDENTIAL

Seagate_000091744



## Wedbush View

**Mass Capacity**

- Mass Capacity shipments were up 4% sequentially to 138.5EB from 132.7EB in FQ3. Mass capacity revenues held steady Q/Q.
  - Nearline Exabytes shipped increased 1% Q/Q to 119.0B. Seagate noted mix is now roughly 60% hyperscale and 40% OEM.
  - Other Mass Capacity shipments were up 28% Q/Q to 19.5EB vs. 15.2EB in the prior quarter (an easy comp); STX signaled that any incremental demand for VIA was limited with the Chinese market being slow to bounce back.
- Mass Capacity revenues represented 80% of sales (vs. 75% in the prior quarter) as the contribution from legacy products declined.

**Legacy**

- Legacy capacity shipped came in at 16.1EB, down 25% from 21.5EB last quarter.
- STX pointed to difficult macro conditions as weighing particularly heavily on legacy demand.

**Systems and Flash**

- Systems and Flash Revenue was $218M down 8% Q/Q (from $237M, down 19% Q/Q).
- Seagate indicated that sales in these areas were impacted by component limitations.

**GMs**

- GMs were up 18 bps Q/Q to 29.3% vs. the 29.2% reported in 3FQ22 and again below the long-term target range of 30% - 33%; HDD GMs were within the long-term guidance range.
- GMs were helped by a product mix shift towards mass capacity drives, favorable pricing trends for mass capacity drives and a transition to higher capacities (again mass capacity HDDs) that offset lower business volumes and higher component costs as the impact of inflationary pressures on materials/components more than offset any tailwinds from modestly lower freight costs.
  - Inventory increased by $86M, up 6% Q/Q, to $1.6B (vs. up $192M, or 15% Q/Q, to $1.5B in FQ3).
  - STX noted that heightened internal inventories were symbolic of increased inventories of finished goods at its customers as OEMs/channels were impacted by softer demand (more consumer/client) and/or kitting issues due to other component shortages (more enterprise/cloud)
  - DIO lifted to 76 days (up from 67 days in FQ3 and 51 days in FQ4'21).

**OMs**

- OMs were down 79 bps Q/Q to 16.1% (vs. the OM of 16.8% reported in 3FQ22) and also below the long-term target range of 18% to 22%.
- Operating margins predominantly declined due to lighter than expected sales.

This report is intended for miles.dean@seagate.com. Unauthorized distribution is prohibited.

CONFIDENTIAL

Seagate_000091745



This report is intended for miles.dean@seagate.com. Unauthorized distribution is prohibited.

## Q1 and FY2023 Outlook

**Q1**

- Seagate is forecasting revenues of $2.5B ± $150M and EPS of $1.40 ± $0.20.
- The reduced revenue outlook is partially due to softer demand and partially due to STX's choice to proactively lower shipments in order to work down high inventory levels throughout the system.
- Opex is expected to remain steady in the $350M - $360M range as STX noted annual salary increases will take effect even as the company continues to work to control operating expense.
- Management is guiding 1FQ23 OMs to be slightly above 15% and below the long-term range of 18% to 22% due to lighter than normal revenues.

**FY'23**

- Seagate noted that Q1 should mark a bottom for sales with the company forecasting flat to higher sales in FY'23 with sequential gains expected throughout the course of the year.
- Again, we are bit more cautious given our view that macro conditions are likely to reflect a continuing headwind over the next few quarters and our less optimistic outlook is captured in our model which assumes sequential gains every quarter, but not to the magnitude required to achieve flat sales.
- The delta, in our view, is if STX realizes a faster ramp of 30+ TB HAMR drives, which we believe would provide STX with both incremental pricing power as well as share gains in an already margin rich segment. And even if HAMR drives at these higher capacity points see a greater ramp in FY'24 (which we don't yet assume as a given in light of the protracted development time to date for this technology), we would see this outcome as a massive positive for STX.
- STX noted that opex is expected to remain in the $350M to $360M level per quarter through FY'23.
- Capex for FY'23 should be at the low end of the guidance range of 4% to 6% of revenues.

## Price Target & Estimates

We are maintaining our NEUTRAL rating, but lowering our target price to $75 (from $85). We arrive at our target price by applying an earnings multiple of ~11X to our FY'23 EPS (netting out ~$23/share in net debt). While this multiple is roughly in-line with STX's historic range, we would note that it values STX at a premium to multiples we use to value peers with exposure to similarly cyclical industries including WDC and MU.

- **Our new 1Q23E estimates are** for EPS of $1.40, revenues of $2.500B, GMs of 29.4%, and OMs of 15.2% (vs. our previous estimates of $2.26, $3.071B, 30.6%, and 19.1%; and previous consensus estimates of $2.23, $3.003B, 30.6%, and 18.8%).

CONFIDENTIAL

Seagate_000091746

- **Our new 2023E estimates are** for EPS of $6.58, revenues of $10.645B, GMs of 29.9%, and OMs of 16.4% (vs. our previous estimates of $9.33, $12.396B, 31.0%, and 19.4%; and previous consensus estimates of $9.02, $12.080B, 30.7%, and 18.9%.)
- **Our 2024E estimates are** for EPS of $8.51, revenues of $11.745B, GMs of 30.8%, and OMs of 18.6%.

**Figure 1: STX: Historical Multiples**





Source: Thomson Reuters & Wedbush Securities, Inc.    Priced: 07/21/22

**Figure 2: STX: Updated Wedbush Estimates**

| STX.O $M | Outlook 1Q23E | Wedbush 1Q23E | Previous 1Q23E | %Δ | Consensus 1Q23E | Wedbush 2023E | Previous 2023E | %Δ | Consensus 2023E |
|---|---|---|---|---|---|---|---|---|---|
| EPS | $1.20 - $1.60 | $1.40 | $2.26 | -$0.86 | $2.23 | $6.58 | $9.33 | -$2.75 | $9.02 |
| Revenue | $2,350M - $2,650M | $2,500 | $3,071 | -19% | $3,003 | $10,645 | $12,396 | -14% | $12,080 |
| GM% | | 29.4% | 30.6% | -123bps | 30.6% | 29.9% | 31.0% | -113bps | 30.7% |
| OM% | | 15.2% | 19.1% | -387bps | 18.8% | 16.4% | 19.4% | -304bps | 18.9% |

Source: Thomson Reuters, Company reports & Wedbush Securities, Inc. estimates

**Figure 3: STX: Variance with Estimates, Q/Q%Δ & Y/Y%Δ**

| STX.O $M | Outlook 4Q22E | Wedbush 4Q22A | 4Q22E | Var | Consensus 4Q22E | Var | 3Q22A | Q/Q %Δ | 4Q21A | Y/Y %Δ |
|---|---|---|---|---|---|---|---|---|---|---|
| EPS | $1.70 - $2.10 | $1.59 | $1.90 | -$0.31 | $1.90 | -$0.31 | $1.81 | -$0.22 | $2.00 | -$0.41 |
| Revenue | $2,650M - $2,950M | $2,628 | $2,802 | -6% | $2,793 | -6% | $2,802 | -6% | $3,013 | -13% |
| GM% | | 29.3% | 30.4% | -105bps | 30.2% | -81bps | 29.2% | 18bps | 29.6% | -26bps |
| OM% | | 16.1% | 17.9% | -184bps | 17.7% | -160bps | 16.9% | -79bps | 18.1% | -206bps |

Source: Thomson Reuters, Company reports & Wedbush Securities, Inc. estimates

This report is intended for miles.dean@seagate.com. Unauthorized distribution is prohibited.

CONFIDENTIAL

Seagate_000091747


# WEDBUSH

## Income Statement and Other Selected Financials

**Seagate Technology (STX)**
**Fiscal year ending June 30**

| $M | 1Q22A | 2Q22A | 3Q22A | 4Q22A | 1Q23E | 2Q23E | 3Q23E | 4Q23E | 1Q24E | 2Q24E | 3Q24E | 4Q24E | 2022A | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Oct-21 | Dec-21 | Apr-22 | Jul-22 | Sep-22 | Dec-22 | Mar-23 | Jul-23 | Sep-23 | Dec-23 | Mar-24 | Jun-24 | Jul-22 | Jul-23 | Jun-24 |
| EPS - Non_GAAP | $2.35 | $2.41 | $1.81 | $1.59 | $1.40 | $1.55 | $1.72 | $1.91 | $1.97 | $2.12 | $2.13 | $2.29 | $8.16 | $6.58 | $8.51 |
| Revenue | 3,115 | 3,116 | 2,802 | 2,628 | 2,500 | 2,591 | 2,715 | 2,839 | 2,891 | 2,955 | 2,900 | 2,999 | 11,660 | 10,645 | 11,745 |
| GM% | 31.0% | 30.7% | 29.2% | 29.3% | 29.4% | 29.9% | 29.9% | 30.2% | 30.1% | 30.5% | 31.3% | 31.4% | 30.1% | 29.9% | 30.8% |
| OM% | 20.1% | 19.9% | 16.9% | 16.1% | 15.2% | 16.0% | 16.7% | 17.5% | 17.7% | 18.3% | 18.9% | 19.4% | 18.4% | 16.4% | 18.6% |

| OPERATING METRICS | 1Q22A | 2Q22A | 3Q22A | 4Q22A | 1Q23E | 2Q23E | 3Q23E | 4Q23E | 1Q24E | 2Q24E | 3Q24E | 4Q24E | 2022A | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HDD Revenue | $2,864 | $2,822 | $2,565 | $2,410 | $2,200 | $2,291 | $2,415 | $2,539 | $2,591 | $2,655 | $2,600 | $2,699 | $10,660 | $9,445 | $10,545 |
| HDD Cost | 1,961 | 1,937 | 1,807 | 1,693 | 1,540 | 1,591 | 1,677 | 1,757 | 1,795 | 1,828 | 1,768 | 1,832 | 7,398 | 6,565 | 7,223 |
| HDD GM | 31.5% | 31.3% | 29.6% | 29.7% | 30.0% | 30.5% | 30.6% | 30.8% | 30.7% | 31.2% | 32.0% | 32.1% | 30.6% | 30.5% | 31.5% |
| Total units | 27.9 m | 26.8 m | 23.0 m | 19.8 m | 17.8 m | 18.7 m | 19.5 m | 20.2 m | 20.4 m | 21.5 m | 20.3 m | 20.6 m | 97.5 m | 76.2 m | 82.8 m |
| ASP | $93.66 | $94.49 | $101.21 | $110.70 | $106.72 | $106.36 | $108.46 | $110.84 | $112.29 | $109.51 | $113.17 | $116.58 | $109.39 | $123.91 | $127.34 |
| *Y/Y Trends* | | | | | | | | | | | | | | | |
| Revenue | 34% | 16% | 3% | -12% | -23% | -19% | -6% | 5% | 18% | 16% | 8% | 6% | 9% | -11% | 12% |

| INCOME STATEMENT | 1Q22A | 2Q22A | 3Q22A | 4Q22A | 1Q23E | 2Q23E | 3Q23E | 4Q23E | 1Q24E | 2Q24E | 3Q24E | 4Q24E | 2022A | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 3,115 | 3,116 | 2,802 | 2,628 | 2,500 | 2,591 | 2,715 | 2,839 | 2,891 | 2,955 | 2,900 | 2,999 | 11,660 | 10,645 | 11,745 |
| Cost of goods sold | 2,159 | 2,168 | 1,996 | 1,869 | 1,780 | 1,831 | 1,917 | 1,997 | 2,035 | 2,068 | 2,008 | 2,072 | 8,192 | 7,525 | 8,183 |
| Gross margin | 956 | 948 | 806 | 759 | 720 | 760 | 798 | 842 | 855 | 887 | 892 | 928 | 3,468 | 3,119 | 3,562 |
| Selling, general, and administrative | 133 | 136 | 141 | 149 | 145 | 150 | 145 | 150 | 145 | 150 | 145 | 150 | 559 | 590 | 590 |
| Research and development | 233 | 228 | 233 | 247 | 238 | 245 | 238 | 245 | 238 | 245 | 238 | 245 | 941 | 966 | 966 |
| Other | 4 | 4 | 3 | 3 | - | - | - | - | - | - | - | - | 14 | - | - |
| Total Operating Expense | 370 | 368 | 377 | 399 | 383 | 395 | 383 | 395 | 383 | 395 | 383 | 395 | 1,514 | 1,556 | 1,556 |
| Operating Income | 586 | 580 | 429 | 360 | 337 | 365 | 415 | 447 | 472 | 492 | 509 | 533 | 1,954 | 1,563 | 2,006 |
| Interest and Other Income | (53) | (66) | (78) | (79) | (66) | (66) | (66) | (66) | (66) | (66) | (66) | (66) | (276) | (264) | (264) |
| Income before Taxes | 533 | 514 | 351 | 281 | 271 | 299 | 349 | 381 | 406 | 426 | 443 | 467 | 1,678 | 1,299 | 1,742 |
| Income Tax Expense | 7 | 13 | 5 | 5 | 19 | 21 | 24 | 27 | 28 | 30 | 31 | 33 | 30 | 91 | 122 |
| Net Income | 526 | 501 | 346 | 276 | 252 | 278 | 324 | 354 | 378 | 396 | 412 | 434 | 1,648 | 1,208 | 1,620 |
| Income per Share (Diluted) | $2.28 | $2.23 | $1.56 | $1.27 | $1.14 | $1.25 | $1.46 | $1.59 | $1.70 | $1.79 | $1.86 | $1.95 | $7.34 | $5.44 | $7.30 |
| Average Shares Outstanding (Diluted) | 231 | 225 | 222 | 217 | 221 | 222 | 222 | 222 | 222 | 222 | 222 | 222 | 224 | 222 | 222 |
| | | | | | | | | | | | | | | | |
| Non-GAAP cost of goods sold | 2,149 | 2,158 | 1,985 | 1,857 | 1,765 | 1,816 | 1,902 | 1,982 | 2,020 | 2,053 | 1,993 | 2,057 | 8,148 | 7,465 | 8,123 |
| Non-GAAP gross margin | 966 | 958 | 817 | 771 | 735 | 775 | 813 | 857 | 870 | 902 | 907 | 943 | 3,512 | 3,179 | 3,622 |
| GM% | 31.0% | 30.7% | 29.2% | 29.3% | 29.4% | 29.9% | 29.9% | 30.2% | 30.1% | 30.5% | 31.3% | 31.4% | 30.1% | 29.9% | 30.8% |
| | | | | | | | | | | | | | | | |
| Non-GAAP operating expense | 339 | 337 | 345 | 349 | 355 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 1,370 | 1,435 | 1,440 |
| Non-GAAP operating income | 627 | 621 | 472 | 422 | 380 | 415 | 453 | 497 | 510 | 542 | 547 | 583 | 2,142 | 1,744 | 2,182 |
| OM% | 20.1% | 19.9% | 16.9% | 16.1% | 15.2% | 16.0% | 16.7% | 17.5% | 17.7% | 18.3% | 18.9% | 19.4% | 18.4% | 16.4% | 18.6% |
| | | | | | | | | | | | | | | | |
| Total non-GAAP charges | 18 | 42 | 55 | 69 | 43 | 50 | 38 | 50 | 38 | 50 | 38 | 50 | 185 | 181 | 176 |
| Non-GAAP net income | 544 | 543 | 401 | 345 | 295 | 328 | 362 | 404 | 416 | 446 | 450 | 484 | 1,833 | 1,389 | 1,796 |
| | | | | | | | | | | | | | | | |
| **Non-GAAP Income per Share (Diluted)** | **$2.35** | **$2.41** | **$1.81** | **$1.59** | **$1.40** | **$1.55** | **$1.72** | **$1.91** | **$1.97** | **$2.12** | **$2.13** | **$2.29** | **$8.16** | **$6.58** | **$8.51** |
| | | | | | | | | | | | | | | | |
| Non-GAAP Average Shares Outstanding (Diluted) | 231 | 225 | 222 | 217 | 211 | 211 | 211 | 211 | 211 | 211 | 211 | 211 | 224 | 211 | 211 |

| BALANCE SHEET | 1Q22A | 2Q22A | 3Q22A | 4Q22A | 1Q23E | 2Q23E | 3Q23E | 4Q23E | 1Q24E | 2Q24E | 3Q24E | 4Q24E | 2022A | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | 991 | 1,535 | 1,138 | 615 | 822 | 866 | 1,053 | 1,064 | 1,163 | 1,177 | 1,410 | 1,459 | 615 | 1,064 | 1,459 |
| Accounts receivable, net | 1,301 | 1,399 | 1,344 | 1,532 | 1,300 | 1,300 | 1,300 | 1,200 | 1,200 | 1,200 | 1,200 | 1,000 | 1,532 | 1,200 | 1,000 |
| Inventories | 1,188 | 1,287 | 1,479 | 1,565 | 1,500 | 1,400 | 1,300 | 1,300 | 1,200 | 1,200 | 1,200 | 1,200 | 1,565 | 1,300 | 1,200 |
| Other current assets | 188 | 229 | 298 | 321 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 321 | 300 | 300 |
| Total current assets | 3,668 | 4,450 | 4,259 | 4,033 | 3,922 | 3,866 | 3,853 | 3,864 | 3,863 | 3,877 | 3,910 | 3,959 | 4,033 | 3,864 | 3,959 |
| Non-current assets: | | | | | | | | | | | | | | | |
| Property, plant and equipment, net | 2,213 | 2,216 | 2,197 | 2,239 | 2,217 | 2,199 | 2,185 | 2,177 | 2,204 | 2,235 | 2,263 | 2,296 | 2,239 | 2,177 | 2,296 |
| Investment in debt security | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Goodwill | 1,237 | 1,237 | 1,237 | 1,237 | 1,237 | 1,237 | 1,237 | 1,237 | 1,237 | 1,237 | 1,237 | 1,237 | 1,237 | 1,237 | 1,237 |
| Other intangible assets, net | 24 | 19 | 14 | 9 | - | - | - | - | - | - | - | - | 9 | - | - |
| Other non-current assets | 1,471 | 1,126 | 1,438 | 1,426 | 1,426 | 1,426 | 1,426 | 1,426 | 1,426 | 1,426 | 1,426 | 1,426 | 1,426 | 1,426 | 1,426 |
| Total assets | 8,613 | 9,048 | 9,145 | 8,944 | 8,802 | 8,728 | 8,701 | 8,704 | 8,730 | 8,775 | 8,836 | 8,918 | 8,944 | 8,704 | 8,918 |
| Current liabilities: | | | | | | | | | | | | | | | |
| Accounts payable | 1,766 | 1,812 | 1,948 | 2,058 | 2,058 | 2,058 | 2,058 | 2,058 | 2,058 | 2,058 | 2,058 | 2,058 | 2,058 | 2,058 | 2,058 |
| Accrued expenses | 878 | 945 | 903 | 913 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 913 | 900 | 900 |
| Current portion of long-term debt | 245 | 235 | 30 | 584 | 584 | 584 | 584 | 584 | 584 | 584 | 584 | 584 | 584 | 584 | 584 |
| Total current liabilities | 2,889 | 2,992 | 2,881 | 3,555 | 3,542 | 3,542 | 3,542 | 3,542 | 3,542 | 3,542 | 3,542 | 3,542 | 3,555 | 3,542 | 3,542 |
| Non-current liabilities: | | | | | | | | | | | | | | | |
| Long-term debt | 4,891 | 5,626 | 5,614 | 5,062 | 5,062 | 5,062 | 5,062 | 5,062 | 5,062 | 5,062 | 5,062 | 5,062 | 5,062 | 5,062 | 5,062 |
| Other liabilities | 232 | 232 | 229 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 |
| Total liabilities | 8,012 | 8,849 | 8,724 | 8,835 | 8,822 | 8,822 | 8,822 | 8,822 | 8,822 | 8,822 | 8,822 | 8,822 | 8,835 | 8,822 | 8,822 |
| | | | | | | | | | | | | | | | |
| Net Debt | 4,145 | 4,326 | 4,446 | 5,031 | 4,824 | 4,780 | 4,593 | 4,582 | 4,483 | 4,469 | 4,236 | 4,187 | 5,031 | 4,582 | 4,187 |

| CASH FLOW | 1Q22A | 2Q22A | 3Q22A | 4Q22A | 1Q23E | 2Q23E | 3Q23E | 4Q23E | 1Q24E | 2Q24E | 3Q24E | 4Q24E | 2022A | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH FLOW (3 MONTHS)** | | | | | | | | | | | | | | | |
| Net cash provided by operating activities | 496 | 521 | 460 | 180 | 458 | 299 | 446 | 276 | 395 | 313 | 528 | 350 | 1,657 | 1,479 | 1,587 |
| Net cash used in investing activities | (120) | (76) | (97) | (59) | (100) | (104) | (109) | (114) | (145) | (148) | (145) | (150) | (352) | (426) | (587) |
| Net cash used in financing activities | (594) | 99 | (760) | (644) | (151) | (151) | (151) | (151) | (151) | (151) | (151) | (151) | (1,899) | (604) | (604) |

*Source: Thomson Reuters, Company reports & Wedbush Securities, Inc. estimates*

This report is intended for miles.dean@seagate.com. unauthorized distribution is prohibited.

CONFIDENTIAL

Seagate_000091748

# WEDBUSH

## Hardware Universe Table

### HARDWARE

| TICKER | COMPANY NAME | WEDB RATING | PRICE$ | WEDB TP$ | UP/DNSIDE % | MKT CAP$B | EV$B | WEDB EPS EST 2021A | 2022E | 2023E | 2024E | WEDB REV EST $M 2021A | 2022E | 2023E | 2024E | WEDB P/E 2021A | 2022E | 2023E | 2024E | WEDB EV/SALES 2021A | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2330 | Taiwan Semiconductor Manufacturing Co Ltd | O | $503.00 | $800.00 | 59% | 13,043.0 | 12,518.1 | $23.02 | $37.27 | $39.47 | - | $1,587,400 | 2239800.0x | 2562300.0x | - | 20.9x | 12.9x | 12.2x | - | 7.9x | 5.6x | 4.9x | - |
| AMD | Advanced Micro Devices Inc | O | $91.09 | $165.00 | 81% | 147.6 | 142.9 | $2.80 | $4.41 | $5.19 | - | $16,434 | $26,303 | $29,945 | - | 31.5x | 20.0x | 17.0x | - | 8.7x | 5.4x | 4.8x | - |
| AXTI | AXT Inc | O | $6.78 | $13.00 | 92% | 0.3 | 0.4 | $0.32 | $0.45 | $0.64 | - | $137 | $163 | $186 | - | 20.1x | 14.3x | 10.1x | - | 2.0x | 1.7x | 1.5x | - |
| DBD | Diebold Nixdorf Inc | O | $3.48 | $5.00 | 44% | 0.3 | 2.4 | $0.80 | ($0.85) | $1.70 | - | $3,905 | $3,796 | $3,917 | - | 37.3x | -35.1x | 17.6x | - | 0.6x | 0.6x | 0.6x | - |
| GFS | Globalfoundries Inc | O | $48.66 | $77.00 | 58% | 26.3 | 25.2 | ($0.05) | $2.34 | $2.41 | $3.68 | $6,585 | $7,975 | $8,487 | $9,137 | - | 19.9x | 19.3x | 12.6x | 3.8x | 3.1x | 2.9x | 2.7x |
| INTC | Intel Corp | U | $40.61 | $44.00 | 8% | 166.1 | 164.6 | $5.47 | $3.26 | $3.22 | - | $74,718 | $74,950 | $74,970 | - | 7.4x | 12.3x | 12.5x | - | 2.2x | 2.2x | 2.2x | - |
| MU | Micron Technology Inc | O | $63.64 | $85.00 | 34% | 70.2 | 66.9 | $6.07 | $8.52 | $6.08 | $8.55 | $27,706 | $31,321 | $29,677 | $35,767 | 10.0x | 7.1x | 10.0x | 7.1x | 2.4x | 2.1x | 2.3x | 1.9x |
| NTAP | NetApp Inc | N | $70.52 | $80.00 | 13% | 15.6 | 14.1 | $4.06 | $5.29 | $5.39 | $5.62 | $5,744 | $6,318 | $6,706 | $7,137 | 15.7x | 12.0x | 11.8x | 11.3x | 2.4x | 2.2x | 2.1x | 2.0x |
| NVDA | NVIDIA Corp | N | $180.50 | $190.00 | 5% | 451.3 | 441.9 | $2.50 | $4.44 | $5.37 | $6.15 | $16,675 | $26,914 | $33,729 | $38,582 | 70.7x | 39.8x | 32.9x | 28.7x | 26.5x | 16.4x | 13.1x | 11.5x |
| PSTG | Pure Storage Inc | N | $27.56 | $30.00 | 9% | 8.2 | 7.4 | $0.18 | $0.72 | $0.96 | $1.05 | $1,684 | $2,181 | $2,669 | $3,067 | 139.7x | 34.9x | 26.2x | 23.9x | 4.4x | 3.4x | 2.8x | 2.4x |
| SIMO | Silicon Motion Technology Corp | O | $87.30 | $115.00 | 32% | 2.9 | 2.7 | $6.21 | $8.32 | $10.52 | - | $922 | $1,157 | $1,405 | - | 13.0x | 9.7x | 7.7x | - | 3.1x | 2.4x | 2.0x | - |
| STX | Seagate Technology Holdings PLC | N | $83.61 | $75.00 | -10% | 18.0 | 22.5 | $5.70 | $8.16 | $6.58 | $8.51 | $10,681 | $11,660 | $10,645 | $11,745 | 18.4x | 13.1x | 16.3x | 12.6x | 2.2x | 2.0x | 2.1x | 2.0x |
| 2303 | United Microelectronics Corp | O | $42.45 | $74.00 | 74% | 529.9 | 428.8 | $4.56 | $7.08 | $6.00 | - | $213,000 | $267,000 | $270,100 | - | 7.5x | 4.8x | 5.7x | - | 2.0x | 1.6x | 1.6x | - |
| WDC | Western Digital Corp | O | $50.43 | $70.00 | 39% | 15.8 | 20.5 | $4.55 | $8.21 | $8.89 | - | $16,921 | $18,904 | $20,397 | - | 14.4x | 8.0x | 7.3x | - | 1.2x | 1.1x | 1.0x | - |

| TICKER | COMPANY NAME | MEAN REC | PRICE$ | MEAN TP$ | UP/DNSIDE % | MKT CAP$B | EV$B | MEAN EPS EST 2021A | 2022E | 2023E | 2024E | MEAN REV EST $M 2021A | 2022E | 2023E | 2024E | MEAN P/E 2021A | 2022E | 2023E | 2024E | MEAN EV/SALES 2021A | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2330 | Taiwan Semiconductor Manufacturing Co Ltd | O | $503.00 | $682.19 | 36% | 13,043.0 | 12,518.1 | $23.09 | $36.20 | $37.54 | $44.12 | $1,585,687 | $2,199,272 | $2,442,856 | $2,887,393 | 20.9x | 13.3x | 12.8x | 10.9x | 7.9x | 5.7x | 5.1x | 4.3x |
| AMD | Advanced Micro Devices Inc | N | $91.09 | $128.30 | 41% | 147.6 | 142.9 | $2.64 | $4.39 | $4.91 | $5.95 | $16,134 | $26,209 | $29,497 | $33,569 | 33.4x | 20.1x | 18.0x | 14.8x | 8.9x | 5.4x | 4.8x | 4.3x |
| AXTI | AXT Inc | O | $6.78 | $12.17 | 79% | 0.3 | 0.4 | $0.34 | $0.37 | $0.54 | - | $135 | $163 | $186 | - | 19.2x | 17.3x | 12.0x | - | 2.0x | 1.7x | 1.5x | - |
| DBD | Diebold Nixdorf Inc | N | $3.48 | $5.67 | 63% | 0.3 | 2.4 | $1.23 | ($0.71) | $1.37 | - | $3,911 | $3,739 | $3,871 | - | 24.2x | -42.1x | 21.8x | - | 0.6x | 0.6x | 0.6x | - |
| GFS | Globalfoundries Inc | O | $48.66 | $66.16 | 36% | 26.3 | 25.2 | ($0.19) | $2.24 | $2.32 | $3.33 | $6,551 | $7,949 | $8,396 | $9,153 | -241.3x | 20.8x | 20.0x | 14.0x | 3.8x | 3.1x | 2.9x | 2.7x |
| INTC | Intel Corp | N | $40.61 | $48.88 | 20% | 166.1 | 164.6 | $5.28 | $3.42 | $3.47 | $3.96 | $73,515 | $74,460 | $76,431 | $81,059 | 7.6x | 11.8x | 11.6x | 10.2x | 2.2x | 2.2x | 2.2x | 2.0x |
| MU | Micron Technology Inc | N | $63.64 | $78.09 | 23% | 70.2 | 66.9 | $5.98 | $8.56 | $6.51 | $8.93 | $27,649 | $31,375 | $29,103 | $34,697 | 10.1x | 7.1x | 9.3x | 6.8x | 2.4x | 2.1x | 2.3x | 1.9x |
| NTAP | NetApp Inc | N | $70.52 | $87.21 | 24% | 15.6 | 14.1 | $4.01 | $5.14 | $5.47 | $6.06 | $5,687 | $6,320 | $6,737 | $7,197 | 15.9x | 12.4x | 11.6x | 10.5x | 2.5x | 2.2x | 1.9x | 1.9x |
| NVDA | NVIDIA Corp | O | $180.50 | $243.86 | 35% | 451.3 | 441.9 | $2.43 | $4.35 | $5.34 | $6.26 | $16,495 | $26,686 | $33,336 | $38,402 | 72.7x | 40.7x | 33.1x | 28.2x | 26.8x | 16.6x | 13.3x | 11.5x |
| PSTG | Pure Storage Inc | N | $27.56 | $36.18 | 31% | 8.2 | 7.4 | $0.14 | $0.63 | $0.94 | $1.10 | $1,662 | $2,103 | $2,643 | $3,015 | 173.5x | 40.1x | 26.8x | 22.8x | 4.5x | 3.5x | 2.8x | 2.5x |
| SIMO | Silicon Motion Technology Corp | N | $87.30 | $110.88 | 27% | 2.9 | 2.7 | $6.40 | $8.05 | $9.20 | $7.53 | $920 | $1,150 | $1,283 | $1,146 | 13.3x | 10.0x | 8.8x | 10.7x | 3.1x | 2.5x | 2.2x | 2.5x |
| STX | Seagate Technology Holdings PLC | N | $83.61 | $91.86 | 10% | 18.0 | 22.5 | $5.56 | $8.47 | $7.82 | $8.99 | $10,648 | $11,823 | $11,309 | $11,881 | 19.2x | 12.6x | 13.7x | 11.9x | 2.2x | 1.9x | 2.0x | 1.9x |
| 2303 | United Microelectronics Corp | N | $42.45 | $54.91 | 29% | 529.9 | 428.8 | $4.47 | $6.69 | $5.27 | $4.86 | $211,985 | $264,416 | $255,195 | $258,844 | 7.7x | 5.1x | 6.5x | 7.1x | 2.0x | 1.6x | 1.7x | 1.7x |
| WDC | Western Digital Corp | N | $50.43 | $67.87 | 35% | 15.8 | 20.5 | $3.88 | $8.20 | $8.17 | $7.02 | $16,551 | $18,860 | $19,634 | $19,436 | 16.8x | 8.0x | 8.0x | 9.3x | 1.2x | 1.1x | 1.0x | 1.1x |

Source: Thomson Reuters & Wedbush Securities, Inc. estimates; Priced: 07/21/2022
* All numbers for 2330.TW and 2303.TW in NT$

Matt Bryson | O: 617 695 6302 | M: 617 680 0888 | matthew.bryson@wedbush.com

### VALUATION

| | |
|---|---|
| 2330 | We arrive at our target price by applying a PE multiple of ~20X to our FY2023 EPS estimate (plus net cash). |
| AMD | We arrive at our target price by applying a PE multiple of ~31X to our FY2023 EPS estimate (plus net cash) and is in-line with where AMD has traded historically. |
| AXTI | We arrive at our target price by applying a PE multiple of ~20X to our FY2023 EPS estimate (plus net cash) and consistent with where AXTI has traded historically. |
| DBD | We arrive at our target price by applying a EV/Sales multiple of ~0.6X to our FY2023 estimate (net debt) consistent with where it has traded historically. |
| GFS | We arrive at our target price by applying a multiple of ~20X to our FY2024 (net debt) outlook in line with its peer historical average. |
| INTC | We arrive at our target price by applying a multiple of ~13X to our FY2023 (net cash) outlook. |
| MU | We arrive at our target price by applying a PE multiple of ~9X to our FY2024 (plus net cash) outlook. |
| NTAP | We arrive at our target price by applying a PE multiple of ~13X to our FY2024 estimates and adding net cash, consistent with its historical valuation. |
| NVDA | We arrive at our target price by applying a PE multiple of ~30X to our FY2024 EPS estimate (plus net cash). |
| PSTG | We arrive at our target price by applying a PE multiple of ~26X to our FY2024 estimates (plus net cash), consistent with PSTG's historical valuation range. |
| SIMO | Our price target is based on a target multiple of ~10X SIMO's FY2023 EPS (net cash). |
| STX | We arrive at our target price by applying a forward earnings multiple of ~11X to our FY2024 EPS (net debt). |
| 2303 | We arrive at our target price based on a multiple of ~10X PE using our FY2023 EPS estimate (net cash). |
| WDC | We arrive at our target price by applying a PE multiple of ~10X to our FY2023 (netting out debt) estimate which is in-line with WDC's historical valuation. |

### RISKS

| | |
|---|---|
| 2330 | Economic deterioration and demand destruction related to the pandemic, changes to US Policy, sovereignty risk to Taiwan, risk to the supply chain, and technology risk. |
| AMD | AMD fails to close on annc'd XLNX acquisition, misexecutes, customers choose other vendors, competition increases (e.g., pricing, design), TSMC is constrained (production), the economy deteriorates. |
| AXTI | Upside risks: Cycle elongates; demand for substrate increases; GM% expansion. Downside risks: Tongmei fails to IPO; China/US trade risk; demand for AXTI products fall; market share accretion. |
| DBD | DBD fails to sustain DN Now initiatives; inability to satisfy debt service; demand for DBD's products fall; market share accretion. |
| GFS | Economic deterioration and demand destruction related to the pandemic, changes to government policy, risk to the supply chain, and technology risk. |
| INTC | INTC executes on stated initiatives, competition misexecutes, INTC divests underperforming businesses, tailwinds continue to boost revenues and GM. |
| MU | MU misexecutes, future acquisitions dilute value, Chinese vendors successfully enter NAND or DRAM markets. |
| NTAP | Upside risks: Normalized enterprise spending environment, successful product innovation, competitor missteps and accelerated TAM growth; downside risks: Cloud cannibalization, greater than expected impact from Covid-19, increasing competition and misexecution. |
| NVDA | Upside risks include: DC strength accelerates; crypto related revenues continue to be additive; gaming strength continues its upward trajectory unarrested. Downside risks include: potential acquisitions, misexecution, customers reduce spending, competition gains share. |
| PSTG | Upside risks: Normalized enterprise spending environment, successful product innovation, competitor missteps and accelerated TAM growth; downside risks: Cloud cannibalization, greater than expected impact from Covid-19, increasing competition and misexecution. |
| SIMO | SIMO Downside: misexecutes, loses customers, customers shift to vertical integration. |
| STX | STX Downside: misexecutes, pricing declines, demand decreases. Upside: STX executes on stated initiatives, pricing increases, demand increases. |
| 2303 | Economic deterioration and demand destruction related to the pandemic, changes to US Policy, sovereignty risk to Taiwan, risk to the supply chain, and technology risk. |
| WDC | WDC misexecutes, customers choose other vendors, competition increases (e.g., pricing, design), the economy deteriorates. |

This report is intended for miles.dean@seagate.com. Unauthorized distribution is prohibited.

CONFIDENTIAL

Seagate_000091749



**Valuation**

We arrive at our price target price by applying a target multiple of ~11x to our FY2024 EPS (net debt).

**Risks to the Attainment of Our Price Target and Rating:**

- A shift in competitive dynamics tied to new technology roll-outs (HAMR by STX or MAMR by WDC/Toshiba).
- Failure to execute on the next generation of near-line drives.
- Declines in NAND pricing and greater than expected cannibalization rates of HDDs by SSDs.
- Optimization of data storage by hyperscale customers leading to lower than anticipated requirements for additional data storage.
- An unexpected increase in industry price competition (following numerous years of benign trends).
- Impairment of production assets tied to unanticipated events (e.g., the Thai Floods of 2011) leading to a shortfall in industry capacity.

**Analyst Certification**

I, Matt Bryson, certifies that the views expressed in this report accurately reflect my personal opinion and that I have not and will not, directly or indirectly, receive compensation or other payments in connection with my specific recommendations or views contained in this report.

**Mentioned Companies**

| Company | Rating | Price | Target |
| --- | --- | --- | --- |
| Western Digital | OUTPERFORM | $50.43 | $70.00 |

**Investment Rating System:**

OUTPERFORM: Expect the total return of the stock to outperform relative to the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

NEUTRAL: Expect the total return of the stock to perform in-line with the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

UNDERPERFORM: Expect the total return of the stock to underperform relative to the median total return of the analyst's (or the analyst's team) coverage universe of the next 6-12 months.

The Investment Ratings are based on the expected performance of a stock (based on anticipated total return to price target) relative to the other stocks in the analyst's coverage universe (or the analyst's team coverage).*

| Rating distribution (as of July 22, 2022) | Investment Banking Relationships (as of July 22, 2022) |
| --- | --- |
| OUTPERFORM: 66.85% | OUTPERFORM: 15.00% |
| NEUTRAL: 30.08% | NEUTRAL: 7.41% |
| UNDERPERFORM: 3.06% | UNDERPERFORM: 0.00% |

The Distribution of Ratings is required by FINRA rules; however, WS' stock ratings of Outperform, Neutral, and Underperform most closely conform to Buy, Hold, and Sell, respectively. Please note, however, the definitions are not the same as WS' stock ratings are on a relative basis.

The analysts responsible for preparing research reports do not receive compensation based on specific investment banking activity. The analysts receive compensation that is based upon various factors including WS' total revenues, a portion of which are generated by WS' investment banking activities.

**Company Specific Disclosures**

1. WS makes a market in the securities of Seagate Technology Holdings PLC and Western Digital.

**Price Charts**

This report is intended for miles.dean@seagate.com. Unauthorized distribution is prohibited.

CONFIDENTIAL

Seagate_000091750

# WEDBUSH



**Seagate Technology Holdings PLC Rating History as of 07-21-2022**
powered by: BlueMatrix

Outperform (OP); Neutral (N); Underperform (UP); Not Rated (NR)



**Western Digital Rating History as of 07-21-2022**
powered by: BlueMatrix

Outperform (OP); Neutral (N); Underperform (UP); Not Rated (NR)

Wedbush disclosure price charts are updated within the first fifteen days of each new calendar quarter per FINRA regulations. Price charts for companies initiated upon in the current quarter, and rating and target price changes occurring in the current quarter, will not be displayed until the following quarter. Additional information on recommended securities is available on request.

Disclosure information regarding historical ratings and price targets is available: Research Disclosures

*WS changed its rating system from (Strong Buy/ Buy/ Hold/ Sell) to (Outperform/ Neutral/ Underperform) on July 14, 2009.

Applicable disclosure information is also available upon request by contacting the Research Department at (212) 833-1375, by email to leslie.lippai@wedbush.com. You may also submit a written request to the following: Wedbush Securities, Attn: Research Department, 142 W 57th Street, New York, NY 10019.

This report is intended for miles.dean@seagate.com. Unauthorized distribution is prohibited.

CONFIDENTIAL

Seagate_000091751



## OTHER DISCLOSURES

The information herein is based on sources that we consider reliable, but its accuracy is not guaranteed. The information contained herein is not a representation by this corporation, nor is any recommendation made herein based on any privileged information. This information is not intended to be nor should it be relied upon as a complete record or analysis: neither is it an offer nor a solicitation of an offer to sell or buy any security mentioned herein. This firm, Wedbush Securities, its officers, employees, and members of their families, or any one or more of them, and its discretionary and advisory accounts, may have a position in any security discussed herein or in related securities and may make, from time to time, purchases or sales thereof in the open market or otherwise. The information and expressions of opinion contained herein are subject to change without further notice. The herein mentioned securities may be sold to or bought from customers on a principal basis by this firm. Additional information with respect to the information contained herein may be obtained upon request.

Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 3–7 of this report for analyst certification and important disclosure information.

This report is intended for miles.dean@seagate.com. Unauthorized distribution is prohibited.

CONFIDENTIAL

Seagate_000091752



This report is intended for miles.dean@seagate.com. Unauthorized distribution is prohibited.

## Equity Research

### CONSUMER AND RETAIL

**Footwear & Apparel**
| | | |
|---|---|---|
| Tom Nikic | (212) 938-9932 | tom.nikic@wedbush.com |

**Hardlines Retail**
| | | |
|---|---|---|
| Seth Basham | (212) 938-9954 | seth.basham@wedbush.com |

**Home Builders/Building Products**
| | | |
|---|---|---|
| Jay McCanless | (212) 833-1381 | jay.mccanless@wedbush.com |

**Restaurants**
| | | |
|---|---|---|
| Nick Setyan | (213) 688-4519 | nick.setyan@wedbush.com |

### TMT

**Digital Media**
| | | |
|---|---|---|
| Michael Pachter | (213) 688-4474 | michael.pachter@wedbush.com |

**Digital Media**
| | | |
|---|---|---|
| Nick McKay | (213) 688-4343 | nick.mckay@wedbush.com |

**Entertainment/Consumer Tech**
| | | |
|---|---|---|
| Alicia Reese | (212) 938-9927 | alicia.reese@wedbush.com |

**Enterprise Software**
| | | |
|---|---|---|
| Dan Ives | (212) 344-2073 | dan.ives@wedbush.com |

**Hardware**
| | | |
|---|---|---|
| Matt Bryson | (617) 695-6302 | matthew.bryson@wedbush.com |

**Payments/IT Services**
| | | |
|---|---|---|
| Moshe Katri | (212) 938-9947 | moshe.katri@wedbush.com |

### HEALTHCARE

**Biotechnology**
| | | |
|---|---|---|
| David Nierengarten, Ph.D. | (415) 274-6862 | david.nierengarten@wedbush.com |

**Biotechnology**
| | | |
|---|---|---|
| Robert Driscoll, Ph.D. | (415) 274-6863 | robert.driscoll@wedbush.com |

**Emerging Pharmaceuticals**
| | | |
|---|---|---|
| Liana Moussatos, Ph.D. | (415) 263-6626 | liana.moussatos@wedbush.com |

**Emerging Pharmaceuticals**
| | | |
|---|---|---|
| Andreas Argyrides | (212) 833-1399 | andreas.argyrides@wedbush.com |

**Biotechnology**
| | | |
|---|---|---|
| Laura Chico, Ph.D. | (212) 668-9868 | laura.chico@wedbush.com |

### FINANCIAL INSTITUTIONS GROUP

**Mid-Cap Banks/Disruptive Finance**
| | | |
|---|---|---|
| David Chiaverini | (212) 938-9934 | david.chiaverini@wedbush.com |

**Regional Banks**
| | | |
|---|---|---|
| Peter Winter | (212) 938-9941 | peter.winter@wedbush.com |

**Specialty Finance**
| | | |
|---|---|---|
| Henry Coffey | (212) 833-1382 | henry.coffey@wedbush.com |

### RESEARCH MANAGEMENT

**Kevin Merritt, CFA**
Director of Research
kevin.merritt@wedbush.com
(212) 938-9949

**Kirsten Fraunces**
EVP, Head of Capital Markets
kirsten.fraunces@wedbush.com
(213) 688-4404

### COMMODITY AGRICULTURE RESEARCH

**Al Kluis**
Kluis Commodity Advisors
info@kluiscommodityadvisors.com
(888) 345-2855

### FIXED INCOME FUTURE & RATES RESEARCH

**Arthur Bass**
Managing Director
Arthur.Bass@Wedbush.com
(212) 259-6582

### CORPORATE ACCESS

**Avishai Kantor**
Vice President, Corporate Access
Avishai.Kantor@wedbush.com
(212) 259-6589

**Sophia Dao**
Associate, Corporate Access
Sophia.Dao@wedbush.com
(213) 688-4380

### TRADING

**Consumer/Financials**
| | | |
|---|---|---|
| Bryan Lonsinger | (212) 938-9925 | bryan.lonsinger@wedbush.com |

**Healthcare**
| | | |
|---|---|---|
| Sahak Manualian | (213) 688-4533 | sahak.manualian@wedbush.com |

### WEDBUSH OFFICES

**Los Angeles**
1000 Wilshire Boulevard
Los Angeles, CA 90017
(213) 688-8000

**New York**
142 W 57th Street
New York, NY 10019
(212) 938-9920

**San Francisco**
600 Montgomery Street
San Francisco, CA 94111
(415) 273-7300

**Boston**
265 Franklin Street
Boston, MA 02110
(617) 832-3700

**Chicago**
141 W. Jackson Boulevard, Suite 1710A
Chicago, IL 60604
(312) 786-1930

**www.wedbush.com**

CONFIDENTIAL

Seagate_000091753