# EXHIBIT 35

## REDACTED

Message

| | |
|---|---|
| **From:** | BS Teh [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4515B44C03464A0295302E8B4997A16A-BAN SENG TE] |
| **Sent:** | 7/24/2022 3:55:00 PM |
| **To:** | Pierre van der Elst [pierre.vanderelst@seagate.com]; Sandy Sun [sandy.sun@seagate.com]; Annie Flaig [annie.flaig@seagate.com]; Lay Peng Ong [laypeng.ong@seagate.com]; Nigel Demkiw [nigel.demkiw@seagate.com] |
| **CC:** | Kallie Burman [kallie.burman@seagate.com] |
| **Subject:** | WWSM FY23 - Rep and Mgr of the Year |
| **Attachments:** | WWSM FY23 - Specialty Award Nominations.xlsx |

I'd like to get together to discuss, but I know timing is very tight..

Let me share my thoughts for context and questions to consider..

- FY21 - we DID NOT extend this award to anyone – my question is should we ? meaning there will be two sets of winners ? Is that an overkill?
- If we decide NOT to do a FY21 award, should we then make this a FY21/FY22 award or just FY22 and forget about FY21?
- When deciding the award, typically we try to be as inclusive – meaning the Rep and Mgr must be from different groups, and then we should pick from groups that clearly performed well.
  - Cloud had strong two years - so I would say we should have a winner from Cloud
  - Global OEM – mainly new people, stable
  - China – very strong FY21, but FY22 esp 2H was challenged
  - Disty/Consumer - very strong FY21, but weak FY22
  - Systems/Lyve – not significant enough to warrant an award. ████████████████████████████ ████████████████████

My opinion (counts as one vote)
- We should do a FY21/FY22 rep and mgr of the year - a bit odd to go back and do a FY21 award
- Winners
  - Rep of the Year – I think Paulsen is the strongest candidate
  - Mgr of the Year - I have two that rises to the top - Tyrone and Edward.. I'd tilt towards Edward mainly because he had a great year with Huawei in FY21 and then in FY22 with the issue we had with Huawei , he was able to pivot and ==bought in new business to replace that lost revenue… recovering almost 100% of the lost revenue==

Nigel, LP - you guys have the best view globally, so please help to weigh in.

Regards
BS..



**BS Teh**
Executive Vice President
Global Sales & Sales Operations
Seagate Technology
Mobile : +(65) 96346663 ;  +1(408) 6431812
Email: bs.teh@seagate.com

Seagate Internal

Seagate Internal

CONFIDENTIAL