# EXHIBIT 36

## REDACTED

# Document Produced as Native

CONFIDENTIAL

Seagate_000062400



# Q1FY23 Results Review

## BS Teh
EVP Global Sales And Marketing

# Presentation Objective

### Purpose

Provide context around Seagate's Q1FY23 performance, with an emphasis on market and customer results.

**01**  Executive Summary

**02**  Q1FY23 Performance Review

**03**  Segment & Customers Detail

 Seagate | 2

- # **Q1FY23 Executive Summary**



# Q1FY23 Executive Summary









*Actuals based on preliminary data

Seagate Internal

 Seagate | 4

# Q1FY23 Key Highlights



**Market Dynamics**

- TAM
- Legacy
- Mass Capacity
- Margin
- Customers
- SSD
- Systems

- **Q1 EB Shipments** totaled 118.2 EB vs POR of 149.5. TAM projected at 273EB – down 17% Q/Q.

- **Legacy markets** – MC saw a sharp decline Q/Q, with volume down 42% from Q4, and EB down 34%, largely driven by weakness in China. Overall Legacy market  Q/Q decline was mainly in in Consumer and MC. PC shipments and EBB was generally flat. Total EB were below plan.

- **Mass Capacity markets** –  Mass Capacity market was down significantly due to weakness NL markets, both Enterprise and Cloud. CSP shipments totaled 52 EB vs POR of 70 EB, down 36% Q/Q. Enterprise saw a notable decline with total EB down 13% Q/Q, largely driven by China.

- Record 20TB+ Longspeak shipments - > 2M units  totaling 43.5 EB vs POR of 53.7, 13% increase Q/Q

- **Pricing & Competitive dynamics** – Pricing in general was largely benign for most parts of the business, however there were numerous quarter end deals which drove significant erosion, particularly in VIA, NAS, Consumer and Cloud segment.

- **SSD** – Softness driven by growing inventory levels at OEMs and eroding market price

- **Systems** – Record revenue ($185M) and exabytes with strong demand in the external storage market. Record shipments at ███████████████

- **Lyve** – won 4 key accounts -  our first major Channel Cloud win, first Tape to Cloud migration business. Q1 was a recalibration of our sales and GTM efforts with focus on building a quality pipeline process. Pipeline is up 50% Q/Q.

*Actuals based on preliminary data

 

Seagate Internal

# Q1FY23 Key Highlights

## Customers

- All US Cloud customers declined in both shipment and share
  - ███████████████████████████
  - ██████████████████████
  - ██████████████████████
- Recovery in China share esp with ███████████████ – however market was significantly weaker than projected with shipment down 33% Q/Q
- ██████████████████████████████████
- ███████ – demand for systems remain higher than supply, however there is significant reduction in bookings. Systems supply constraints continue to impact HDD demand.
- Distribution/consumer market was flat Q/Q mainly due to slower Consumer market, NAS market was strong
- Online channel $144M, down 8% Q/Q, 30.4% of channel shipment
- **TCE** – Exceeded both customer scorecard ranking and NPS, gaining #1 ranking at ███████



**Market Dynamics**

- − TAM
- − Legacy
- − Mass Capacity
- − Margin
- − Customers
- − SSD
- + Systems

*Actuals based on preliminary data

 Seagate | 6

# Q1FY23 China Overview

- TAM significantly weaker than planned, down 40% Q/Q, gained 10% EB share to 65%.

- Drive mix-up, Avg. GB above 8TB, Q/Q +28% and Y/Y +37%.

- NL 16TB & above - shipped 1.19Mu, Q/Q +24%.

- NAS share recovered to 70%+ on both EB and units.

- System delivered 16PB, sold 8 Corvault units with 20T & 3.84TB SSD.

## KEY CUSTOMER & CHANNEL HIGHLIGHTS

- **Distribution:** share recovered on both sales in and POS with the pricing strategy support, especially on 3.5' Client and ESG. Avg. GB hit 4.2TB, Q/Q +25%. Consumer TAM soft, units TAM -54% Q/Q, held share Q/Q.

- **SV OEM:** share gained on both units and EB, especially ESG EB share hit 76%, contributed by ███████ project won. Inventory was built up to 2M units with 13 WOH due to slow TAM

- **Cloud:** EB TAM declined 22% Q/Q, mainly on ███████ on Tencent (-89% Q/Q) due to high inventory and cost control. Overall, EB share gained 17pts Q/Q to 77%, contributed by ███████ high share on 18T & 20T.



| | Q1 JUL BOD | Q1FY23 |
|---|---|---|
| Revenue | $872M | $520M |
| EB | 55.1 EB | 37.2 EB |
| GM% | 29.5% | 23.8% |

*Actuals based on preliminary data

 Seagate | 20