# EXHIBIT 40



October 26, 2022

# SEAGATE (STX: $54.48* – NEUTRAL) *Intraday price*

*Important disclosures can be found in the Appendix*

## STX – Results & Guide Miss; Further Cutting Utilization & Capex, Focus is on Cash Flow & Forced Inventory Rebalance

### Key Points

1. **Revenues miss and to low-end of negative pre, EPS sharp miss on much weaker margins.** Revs were $2.04B (cons./our $2.1B) and EPS $0.48 (cons. $0.71, our $0.72). Orig. guide of $2.5B was cut to $2.1B in late Aug.; results finished at the low-end of their negative preannouncement and were down 23% Q/Q and 35% Y/Y.

2. **Guidance for F2Q much lower** at $1.85B/$0.15 vs. consensus $2.12B/$0.85 and our $2.09B/$0.53. We had modeled revs down slightly Q/Q and EPS much lower assuming more of the utilization cut/margin impact would hit in F2Q/C4Q. In looking back through 10 years of results, we don't see a quarter for STX of lower than $2.3B in revenues. STX noted visibility was very challenging; however, they projected Dec would likely be the bottom for shipments/demand.

3. **Gross margins down ~500bps Q/Q and heading lower in F2Q.** STX noted utilization was cut at the start of C3Q and again in Sep. and is tracking down again for C4Q. The utilization hit was sized at ~$50M or 250bps, or roughly half of the Q/Q decline with the balance attributed to COVID lockdowns, lower demand, mix, and likely some price in Legacy and low-cap. The impact is expected to grow in C4Q as utilization is cut further and revenues are lower. Feedback in our research noted nearline and overall build forecasts for C4Q/F2Q cut by 50% or more by all of the HDD suppliers with builds lagging demand.

4. **Nearline EB shipments down 28% Q/Q and 20% Y/Y.** STX noted double-digit Q/Q revenue declines from both OEM and cloud globally as customers adjusted to weaker macro/demand signals and looked to drive down inventory. Feedback in our work suggests at least two of the largest cloud buyers have cut their nearline demand forecasts for C4Q to what is expected to be trough levels and China nearline demand has been very challenged in our research since C1Q22.

5. **Inventory rebalance expected to last through "at least" C4Q/F2Q** and potentially into CY23. Nearline and VIA are noted as still in excess and the rebalance may potentially drag into next year. This is a change from the company's previous position that inventory rebalance would be largely completed by year-end.

6. Legacy EB and unit shipments down ~50% Y/Y. Legacy is down to 12% of total EB shipments, but we estimate still >40% of total unit shipments. Feedback in our research suggests STX and peers are likely permanently shutting some capacity tied to Legacy and we expect this is part of the $110M in annualized restructuring benefits STX expects to achieve by F3Q/Mar'23.

7. STX lead at 20TB firm, now highest vol and rev capacity point. STX noted no changes to their 20TB production plans, our research has noted some reduction to planned 20TB builds from STX and WDC. STX noted plans to expand their CMR HDDs into mid-20TB and offering SMR to high-20TB; feedback in our research suggests STX is delayed in 22TB samples and WDC appears ahead which is a flip from 20TB where STX has led and WDC appears to have pulled back material on ramp plans.

8. **Pricing noted as stable in highest capacity, some pressure in Legacy and lower capacity nearline/mass capacity.** We continue to believe nearline is ultimately the only market that matters for STX/HDDs over the long-term, and stable pricing aligns with our research. We see this commentary as encouraging and atypical cyclically.

9. HAMR still targeted mid-CY23, noted as on track. Feedback in our research projects HAMR builds at <50k total for all of CY23, and <500k/Q through CY24. We expect HAMR to be more material in CY25.

10. STX expects to burn inventory into CY23, targeting return to pre-COVID levels of $1B on their balance sheet over the next 2-3 quarters from $1.6B reported in F1Q23. This should be a material cash flow tailwind amidst otherwise depressed demand.

11. **Initiated restructuring plans which will drive $110M in annualized cost savings** by F3Q23/Mar quarter. Restructuring includes cutting 3,000 employees or 8% of their workforce plus other measures.

12. Dividend maintained, buy-back paused, capex cut. STX spent >$400M/Q in buyback the last five quarters, and $4B total over the past two years. Capex cut to <4% of revs as STX noted they do not require spending for anything except HAMR going forward. Combining the inventory burndown, capex cut, and restructuring it appears aggregate cash flows are on track to cover STX expected dividend payments throughout FY23.

13. Received proposed charging letter from US Commerce Dept. alleging violation of export rules. While STX would not comment further, feedback over the past 2 years in our notes has expressed surprise at STX ability to continue to ship to Huawei when peers had stopped; we believe this is the likely cause of the letter. Considering how depressed China demand overall has been for several quarters, the incremental hit to revenues/margins we see as likely not substantial any longer should STX ultimately be forced to stop shipping to Huawei or other export-banned customers.

Kevin Rottinghaus
Kevin@EdgewaterRC.com
(216) 426-6272

Sean Muir
Sean@EdgewaterRC.com
(216) 426-6277

John Spohn
John@EdgewaterRC.com
(216) 426-6283

CONFIDENTIAL

**EDGEWATER** RESEARCH

## Conclusion

STX reported another difficult quarter and guidance was much worse than we had expected. Our research suggested utilization rates at ~50% of expected demand rates; however, the downside to nearline unit shipments appears even greater than we had anticipated. Amidst a challenged quarter, we see three bright spots: (1) STX will be producing at levels below shipments, clearing inventory and freeing working capital; (2) pricing in highest cap is noted as steady, and our research generally agrees; and (3) nearline unit shipments at ~5M in F2Q/C4Q would be back to CY16/CY17 and CY19 (sharp industry correction) levels which we expect is at/near a trough. Our takeaway from our preview note is the HDD vendors, led by STX, are pressing production down to reset the market – force inventory lower and force better visibility into demand. Pricing holding stable in the market that matters while demand (hopefully) troughs is encouraging as well.

In our work, we have been looking for a catalyst for turning more near-term positive on STX for months/quarters but builds and demand forecasts have continued to decline M/M in our monthly updates. We will continue to look for signs that builds/shipments have bottomed as a potential catalyst for potential positive revisions to our estimates and revisiting our near-term stance. Our medium/long-term view has turned more mixed as per our Oct. update, STX appeared to be delaying 22TB samples, opening the door for WDC to recapture parity or leadership in aerial density with CMR. STX execution has been better than peers since 16TB, we look for further clarity on STX/WDC 22TB ramp plans starting C2Q23 for refining our medium/long-term view.

| Seagate - Edgewater Research Key Modeling Assumptions & FactSet Consensus EPS | | | | | | | FY23E | | | | | | FY24E | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **FY19** | **FY20** | **FY21** | **FY22** | **F1Q** Sep. | **F2QE** Dec. | **F3QE** Mar. | **F4QE** Jun | **FY23E** | **F1QE** Sep. | **F2QE** Dec. | **F3QE** Mar. | **F4QE** Jun | **FY24E** |
| Edgewater Revs ($M) | $10,390 | $10,510 | $10,681 | $11,661 | $2,035 | $1,941 | $1,990 | $2,104 | $8,070 | $2,298 | $2,449 | $2,353 | $2,477 | $9,577 |
| Gross Margin | 28.7% | 27.7% | 27.7% | 30.1% | 24.5% | 21.5% | 24.0% | 25.1% | 23.8% | 26.6% | 27.3% | 26.5% | 27.5% | 27.0% |
| Edgewater EPS | $4.77 | $4.96 | $5.70 | $8.16 | $0.48 | $0.19 | $0.49 | $0.75 | $1.91 | $1.12 | $1.38 | $1.17 | $1.45 | $5.11 |
| *Guided Revs ($M)* | | | | | *$2,100* | *$1,850* | | | | | | | | |
| *Guide EPS* | | | | | *<$1.20* | *$0.15* | | | | | | | | |
| *Cons. Revs ($M)* | | | | | *$2,101* | *$2,116* | *$2,289* | *$2,425* | *$9,032* | *$2,550* | *$2,679* | *$2,689* | *$2,709* | *$10,586* |
| *Cons. EPS* | | | | | *$0.71* | *$0.80* | *$1.13* | *$1.37* | *$4.12* | *$1.55* | *$1.76* | *$1.83* | *$1.90* | *$7.05* |
| **Key Model Assumptions** | | | | | | | | | | | | | | |
| HDD Units (M) | 139 | 122 | 111 | 98 | 16 | 15 | 16 | 17 | 64 | 18 | 18 | 17 | 18 | 72 |
| HDD ASPs | $69 | $80 | $88 | $109 | $112 | $110 | $108 | $111 | $110 | $114 | $119 | $120 | $122 | $119 |

*Source: FactSet consensus, Edgewater Research estimates, Seagate*

This report is solely intended for use by the recipient Kevin Rottinghaus. Not for redistribution.

**Kevin Rottinghaus**
Kevin@EdgewaterRC.com
(216) 426-6272

**Sean Muir**
Sean@EdgewaterRC.com
(216) 426-6277

**John Spohn**
John@EdgewaterRC.com
(216) 426-6283

CONFIDENTIAL

Seagate_000107737



**APPENDIX**

<u>**Companies Mentioned**</u>
SEAGATE (STX: $54.48* – NEUTRAL) *Intraday price*


***Important Disclosures***
***Outperform****: The stock's return is expected to exceed the market due to superior fundamentals and positive catalysts.*
***Neutral****: The stock is expected to be in line with the market due to full valuation and/or lack of catalysts.*
***Underperform****: The stock's total return is expected to underperform the market due to weak fundamentals and a lack of catalysts.*
***Valuation & Risk****: Price targets are established by various valuation methods. Price targets are not established for every stock. The effectiveness of the price target may be affected by various outside factors.*
*We, Kevin Rottinghaus, Sean Muir, Dennis Reed, and John Spohn hereby certify that the views expressed in this research report accurately reflect our personal views about any or all of the subject securities referred to in this research report. We certify that no part of our compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this research report. The analyst(s) responsible for the preparation of this report have no ownership stake in this company. Edgewater Research Company provides no investment banking services on this or any company.*
*Proprietary research and information contained within which forms the basis for findings or opinions expressed by Edgewater Research Company may be used by Edgewater Research Company for other purposes in the course of compensated consulting and other services rendered to third parties.*
*The information transmitted by this email is intended solely for the person or entity to which it is addressed. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and remove the material from all computers.*

**Kevin Rottinghaus**
Kevin@EdgewaterRC.com
(216) 426-6272

**Sean Muir**
Sean@EdgewaterRC.com
(216) 426-6277

**John Spohn**
John@EdgewaterRC.com
(216) 426-6283

CONFIDENTIAL

Seagate_000107738

This report is solely intended for use by the recipient Kevin Rottinghaus. Not for redistribution.