# EXHIBIT 41

This report is prepared solely for the use of Miles Dean

# EVERCORE ISI

## Technology | Semiconductors and Semiconductor Equipment

October 26, 2022

## Seagate Technology

STX | $53.44

In Line | Target Price/Base Case: $60.00 (from $70.00)

**Company Update**

**C.J. Muse**
212-653-9025
CJ.muse@evercoreisi.com

**Kurt Swartz**
212-653-9073
kurt.swartz@evercoreisi.com

**Matthew Prisco**
212-653-9049
matthew.prisco@evercoreisi.com

**Joseph McCormack**
212-446-9448
joseph.mccormack@evercoreisi.com

## Company Statistics

| | |
|---|---|
| 52-Week Range | $49.62 - $117.67 |
| Market Capitalization (M) | $10,968 |
| Enterprise Value (M) | $16,047 |
| Dividend Yield | 5.3% |
| Net Cash/Share | $(24.56) |
| Shares Outstanding (M) | 207 |

## Earnings Summary

| | | 2021 | 2022E | 2023E |
|---|---|---|---|---|
| Revenue (M) | Q1 | $2,731 | $2,802A | $1,875 |
| | Q2 | $3,013 | $2,628A | $1,950 |
| | Q3 | $3,115 | $2,035A | $2,108 |
| | Q4 | $3,116 | $1,850 | $2,293 |
| | **CY** | **$11,975** | **$9,315** | **$8,226** |
| Cons Revenue (M) | Q1 | $2,731 | $2,802A | $2,372 |
| | Q2 | $3,013 | $2,628A | $2,513 |
| | Q3 | $3,115 | $2,147A | $2,568 |
| | Q4 | $3,116 | $2,212 | $2,664 |
| | **CY** | **$11,975** | **$9,788** | **$10,116** |
| EPS (Calendar) | Q1 | $1.48 | $1.81A | $0.24 |
| | Q2 | $2.00 | $1.59A | $0.47 |
| | Q3 | $2.35 | $0.48A | $0.85 |
| | Q4 | $2.41 | $0.15 | $1.19 |
| | **CY** | **$8.25** | **$4.03** | **$2.75** |
| Consensus Adj EPS | Q1 | $1.48 | $1.81A | $1.26 |
| | Q2 | $2.00 | $1.59A | $1.50 |
| | Q3 | $2.35 | $0.78A | $1.58 |
| | Q4 | $2.41 | $0.95 | $1.72 |
| | **CY** | **$8.24** | **$5.13** | **$6.05** |

## 1 Year Price History



Seagate Technology

■ S&P 500 ■ STX

*Source: FactSet*

## A Perfect Storm

Despite a deep reset to estimates coming off Seagate's negative pre-announcement on August 31st, combined September Q and December Q revenues/EPS came in well short of consensus as rising macro headwinds over the last two months exacerbated a confluence of headwinds across Seagate's end markets, including 1) broad-based end demand weakness in China, 2) inventory corrections at U.S. Nearline customers, and 3) ongoing Consumer spending weakness amidst inflationary pressures. In turn, Seagate is continuing to take aggressive actions to accelerate a return to supply/demand balance, including ongoing utilization reductions, Capex cuts, and a new restructuring plan aimed at optimizing both COGS and Opex. These actions should clearly benefit Seagate's margin profile over the medium to longer-term, particularly once volumes begin to recover and underutilization charges start rolling off in earnest, but we see this as more of a mid-CY23 story at the earliest. Meantime, Seagate is pausing share repurchases as it prioritizes sustaining its dividend amidst a more challenged market backdrop, removing a key catalyst for shares with 177% of LTM FCF allocated toward buybacks. Management affirmed that it remains comfortable with current dividend levels, and is keeping a close eye on its covenants, but we believe rising net leverage is a risk worth monitoring for Seagate through this downcycle. At the same time, Seagate now faces rising geopolitical uncertainty, with management disclosing today that it has received a proposed charging letter from the U.S. Commerce Department alleging violations of U.S. Export Administration Regulations. We believe this stems from Seagate's purported decision to continue shipping HDDs to Huawei without a license after export restrictions went into effect. The company is cooperating with the investigation and has argued that it did not engage in prohibited conduct, but has acknowledged that the timing and terms of any final outcome here are unclear, and that the impact could be material. Put it all together and we think the combination of depressed fundamentals and shareholder returns, along with potentially material political/regulatory overhang, will limit upside on the stock for the foreseeable future. In turn, we are lowering our estimates and reducing our price target to $60 from $70 (~10x our new vision for normalized earnings, or ~14x including net debt). We remain on the sidelines.

**September Q Miss on Incremental Macro and Inventory Headwinds Since Negative Pre in August**

- Seagate reported **September Q revenues** of $2.04B (-23% Q/Q, -35% Y/Y), below our/consensus $2.10B/$2.10B. Recall Seagate negatively pre-announced on August 31, guiding to a range of $2.1B +/- $100M (vs. its prior guided midpoint of $2.5B +/- $150M)

  - **Mass Capacity revenues** were down -28% Q/Q to $1.38B (68% of revs vs. 73% last Q) vs. our/consensus $1.55B/$1.54B, with strength from 20TB+ Nearline ramps more than offset by broader inventory correction headwinds weighing on Cloud, Enterprise, and VIA demand.

**Please see the analyst certification and important disclosures on page 10 of this report.** Evercore ISI and affiliates do and seek to do business with companies covered in its research reports. Investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
© 2022. Evercore Group L.L.C. All rights reserved.

This report is prepared solely for the use of Miles Dean

- **Legacy revenues** fell -19% Q/Q to $390M (19% of total revs vs. 18% last Q) compared to our/consensus $350M/$336M, where management cited a pronounced decline in Mission Critical due to weaker enterprise spending, particularly in China, on top of deteriorating Consumer fundamentals.

- **Non-HDD revenues** increased 21% Q/Q to $263M (13% of revs vs. 8% last Q), compared to our/consensus $205M/$219M, reflecting improving component supply in Seagate's enterprise system business, which grew over 45% sequentially.

- Total **shipped capacity** was 118.2EB, -23% Q/Q and -26% Y/Y, with an average density of 7.6TB implying **units** of 15.6M (vs. our/consensus 16.6M/17.3M) with an average **ASP** of $113 (vs. our/consensus $114/$113)

- **GMs (ex-SBC)** were down ~490bps Q/Q to 24.5%, vs. our/consensus 27.2%/28.1%, with management noting underutilization cost headwinds of ~250bps, on top of less favorable mix.

- **Opex** came in at $314M (-10% Q/Q), compared to our $342M. Recall that management suggested Opex will likely be down Q/Q in September Q on near-term cost actions. **OMs (ex-SBC)** were 9.0% in the Q, vs. our/consensus 10.9%/10.8%.

- Elsewhere, **Interest/Other expense** was $80M, **tax rate** was ~4%, and the **share count** was 210.0M (vs. our 212M)

- Seagate reported **EPS** of $0.48, below our/consensus of $0.72/$0.71. Recall that management's post-preannouncement suggestion at a competitor conference called for EPS of "around $0.70" for the September Q, vs. Seagate's original guidance range of $1.20-$1.60

- Seagate generated $112M in **FCF** during the Q (vs. $108M in the prior Q) and returned $555M to shareholders ($147M in **dividends** and $408M in **buybacks**)

- Seagate exited the Q with $761M in **cash** and $6.25B in **debt** after raising $600M in capital during the quarter through a new term loan – implying -$26.1 in **net cash per share** (vs. -$23.2 last Q)

**Figure 1: STX September Quarter Results**

| SEPTEMBER QUARTER RESULTS | | | | | | |
|---|---|---|---|---|---|---|
| | Sept Q Results | Evercore ISI | Consensus | Guide* | Prior Q (June 22) | Prior Y (Sept 21) |
| Revenues | $2035M | $2100M | $2101M | $2.1B +/- $100M | $2628M | $3115M |
| Q/Q | -22.6% | -20.1% | -20.1% | -20.1% | -6.2% | 3.4% |
| GMs (excl. SBC) | 24.5% | 27.2% | 28.1% | | 29.3% | 31.0% |
| Opex (excl. SBC) | $314M | $342M | $363M | | $349M | $339M |
| OM | 9.0% | 10.9% | 10.8% | | 14.6% | 19.0% |
| Tax | 4.0% | 5.0% | | | 1.3% | 4.0% |
| PF EPS (ex. ESO) | $0.48 | $0.72 | $0.71 | ~$0.70 | $1.41 | $2.21 |
| Share Count | 210 | 212 | | | 217 | 231 |
| | | | | | | |
| Mass Capacity | $1,382M | $1,545M | $1,537M | | $1,928M | $2,033M |
| Legacy | $390M | $350M | $336M | | $482M | $831M |
| Other | $263M | $205M | $219M | | $218M | $251M |
| | | | | | | |
| Units | 15.6 | 16.6 | 17.3 | | 20 | 28 |
| ASP | $113 | $114 | $113 | | $120 | $103 |

*Revised August 31, 2022

Source: Company Data, Evercore ISI Research, FactSet, Visible Alpha

**December Q Guide Well Below Expectations on Further Inventory Correction and Underutilization Headwinds**

- Seagate guided **December Q revenues** to $1.85B +/- $150M (-9% Q/Q, -41% Y/Y at the midpoint), below our/consensus $2.05B/$2.12B

- We see **GMs (ex-SBC)** tracking down ~230bps Q/Q to 22.1%, compared to our/consensus 26.9%/29.1% coming in. This is well below management's 30-33% LT target for the core

2

Seagate_000119062

This report is prepared solely for the use of Miles Dean

HDD business. Here, management called for underutilization charges to increase Q/Q from $50M in September Q (implying a greater GM impact amidst lower revenues) as production levels remain depressed in October and November. Management intends to reevaluate the demand setup in December to determine the extent to which further utilization actions will be required into March Q. Management also noted that COVID costs have been tracking relatively flat sequentially and freight/logistics costs are likely to be a bit lower sequentially due to lower shipment volumes.

▩ Management guided **OMs (ex-SBC)** to be in the MSD% range at midpoint, well below the low end of Seagate's 18-22% long term range (revised in Dec Q from 15-20%). Recall that management previously suggested Opex will likely be down Q/Q in both September Q and December Q on near-term cost actions, and the company is now calling for adj-Opex to tick lower toward the ~$300M range for the next several quarters amidst further actions associated with its new restructuring plan (more on this below). We now model Sept Q OMs at 5.7%, compared to our/consensus 10.4%/12.2% coming in.

▩ Elsewhere, we now see **Interest/Other expense** of $74M, a **tax rate** of 5%, and a **share count** of ~210M (flattish Q/Q)

▩ Seagate guided **EPS** to $0.15 +/- $0.20, vs. our/consensus of $0.65/$0.80 coming in

**Figure 2: STX December Quarter Guide**

| DECEMBER QUARTER GUIDE | | | | | |
|---|---|---|---|---|---|
| | Management Guide | Evercore ISI | Consensus | Prior Q (Sept 22) | Prior Y (Dec 21) |
| Revenues | $1.85B +/- $150M | $2050M | $2116M | $2035M | $3116M |
| Q/Q | -9% | -2.4% | 4.0% | -22.6% | 0.0% |
| GMs (excl. SBC) | | 26.9% | 29.1% | 24.5% | 30.7% |
| Opex (excl. SBC) | | $338M | $357M | $314M | $337M |
| OM | MSD% | 10.4% | 12.2% | 9.0% | 19.9% |
| Tax | | 5.0% | | 4.0% | 2.9% |
| PF EPS (excl. SBC) | $0.15 +/- $0.20 | $0.65 | $0.80 | $0.48 | $2.41 |
| Share Count | | 211 | | 210 | 225 |
| Mass Capacity | | $1,516M | $1,544M | $1,382M | $2,060M |
| Legacy | | $350M | $344M | $390M | $762M |
| Other | | $183M | $223M | $263M | $294M |
| Units | | 16.4 | 17.8 | 16 | 27 |
| ASP | | $114 | $112 | $113 | $105 |

*Source: Company Data, Evercore ISI Research, FactSet, Visible Alpha*

**Key Takeaways:**

▩ Seagate's **combined September Q and December Q revenues/EPS** came in 8%/58% below consensus even following a deep cut to estimates stemming from Seagate's negative pre-announcement on August 31. Here, management noted that macro sentiment has further deteriorated since August, further exacerbating the headwinds outlined in August – 1) broad based end market weakness in Asia, particularly China, largely attributable to COVID lockdowns; 2) inventory corrections at U.S. customers, especially Nearline, as customers aggressively work down buffer inventory in response to macro softening and a reduced emphasis on buffer inventory; and 3) ongoing Consumer weakness attributable to macro and inflationary pressures.

▩ Coming off topline growth of +9.2% in FY22, management originally (in July) guided for **FY23 growth** to track flattish to slightly higher. This outlook appeared ambitious even prior to the company's negative pre in August amidst mounting macro and inventory correction headwinds, and management declined to offer an updated outlook here on the potential magnitude of revenue declines for the year. Instead, management regarded FY23 as an "anomalous" year, and remains bullish on the longer term exabyte growth profile for the industry, where Seagate targets a ~35% LT Mass Capacity EB CAGR.

3

- September Q **Mass Capacity exabytes** declined -25% Q/Q to 104.0EB (-21% Y/Y) with **Nearline** decreasing -28% Q/Q to 85.1EB (-20% Y/Y) and **non-Nearline** down -3% Q/Q to 18.9EB (-27% Y/Y). **Legacy exabytes** were down -11% Q/Q to 14.3EB (-47% Y/Y).

- **GMs** in September Q were down ~490bps Q/Q to 24.5%, and we are modeling another leg down in December Q toward 22.1% amidst revenue and underutilization charge headwinds. This is well below management's 30-33% LT target for the core HDD business. Management also noted that COVID costs have been tracking relatively flat, while freight/logistics costs are likely to track a bit lower sequentially into year-end due to lower shipment volumes.

  - Looking at **underutilization,** Seagate noted that underutilization charges will increase Q/Q in December Q from $50M in September Q (implying a greater GM impact amidst lower revenues). Management indicated that production levels will remain depressed in the months of October and November, and in December Seagate intends to reevaluate the demand setup to determine the extent to which further utilization actions will be required into March Q. Management suggested March Q will likely continue to see some impact from underutilization charges, but likely to a lesser extent than prior quarters. **Restructuring actions** should also increasingly benefit non-GAAP margins in the coming quarters, particularly as the company moves into 1HCY23.

- **Seagate's announced restructuring plan is targeted to achieve annualized savings of ~$110M** beginning in 3QFY23 (March). The plan will reduce headcount by ~3,000 employees (8%), on top of other cost-saving initiatives such as rationalizing Seagate's factory footprint and product mix. Seagate suggested that ~40-45% of the savings will be recognized in COGS with the remainder in Opex, and suggested that Opex would likely track toward the ~$300M range over the next few quarters as these benefits begin to flow through.

- On the **technology** side, management noted that 20+TB demand and pricing held "relatively stable." Sales of Seagate's 20+TB product family grew meaningfully Q/Q supported by strength with Cloud customers. In turn, Seagate achieved 20+TB Nearline crossover with 18TB in the September quarter (in terms of revenues, exabytes, and units), as expected, with the platform accounting for >40% of Mass Capacity EBs shipped. With the exception of the 20+TB portfolio, Seagate noted that it **reduced production output across all other product lines**. Further out, management also remains bullish on the HAMR roadmap, where it has targeted shipments of **30+ TB HAMR-based products** during 2HCY23 (we believe more meaningful HAMR volume ramps likely early-2024).

- The timing of the **recovery in the VIA market** remains heavily contingent on China reopening dynamics given heavy exposure to the country along with the fact that VIA installations typically require a physical, on-prem presence. Management continues to believe that there is solid pent-up demand in the VIA market once a more broad-based reopening takes hold, though timing here remains quite dynamic. Management did not outline any potential revenue impact associated with China export restrictions (e.g., we would note that Chinese surveillance customer Dahua is on Entity List), but suggested that Seagate has a diverse customer base across its overall TAM and remains comfortable with the underlying growth drivers across its markets.

- Seagate continues to expect **capex** to be below its target 4-6% range in FY23, with sequential declines expected off September Q levels, which reflected pre-scheduled tool deliveries. Management believes this level of capex is sufficient to support its future product roadmap while maintaining near-term supply and demand alignment, which is a particular focus this year amid inventory digestion at customers.

- Seagate generated $112M in **FCF** during the Q (vs. $108M in the prior Q) and returned $555M to shareholders ($147M in **dividends** and $408M in **buybacks**). Management continues to expect positive FCF and expects positive FCF tailwinds in the coming quarters associated with inventory and Capex reductions. On the inventory side, Seagate is ultimately seeking to bring inventory dollars back to pre-COVID levels over time (~$1.1B). **Nonetheless, management will be temporarily suspending share buybacks** in response to current fundamental headwinds, while prioritizing Seagate's dividend.

4

Seagate_000119064

This report is prepared solely for the use of Miles Dean

This report is prepared solely for the use of Miles Dean

▓ **Seagate disclosed that it received a proposed charging letter from the U.S. Commerce Department's Bureau of Industry & Security on August 29, 2022,** alleging violations of U.S. Export Administration Regulations. ==Recall that we have been highlighting geopolitical risk to Seagate for several quarters now, following an October 2021 Senate report alleging that Seagate continued to ship to Huawei without a license after Huawei-related export restrictions went into effect on September 14, 2020 – something that we believe most investors would also concur with== (the Senate report cited a number of other equity research reports that implied Seagate's shipments to Huawei were common knowledge). Seagate has since stopped shipments (something the report also acknowledges), but we continue to see risk of US government-issued penalties to Seagate for these past actions.

Seagate noted today that it has responded to the PCL and maintains that it did not engage in prohibited conduct as alleged by BIS, because, "among other reasons, Seagate's HDDs are not subject to the EAR." That said, the company acknowledged that the timing and terms of any final outcome are unclear, and that the impact could be material.

**Figure 3: Changes to Our Estimates**

| Evercore ISI vs. Consensus | | | | | |
|---|---|---|---|---|---|
| | | Dec Q | Mar Q | CY22E | CY23E |
| Evercore ISI | Revenues | $1,850M | $1,875M | $9,315M | $8,226M |
| | EPS (excl SBC) | $0.15 | $0.24 | $4.03 | $2.75 |
| Old Evercore ISI | Revenues | $2,050M | $2,025M | $9,580M | $8,825M |
| | EPS (excl SBC) | $0.65 | $0.62 | $4.76 | $3.70 |
| Consensus | Revenues | $2,116M | $2,289M | $9,646M | $9,943M |
| | EPS (excl SBC) | $0.80 | $1.13 | $4.91 | $5.81 |

*Source: Company Data, Evercore ISI Research, FactSet*

CONFIDENTIAL      Seagate_000119065

This report is prepared solely for the use of Miles Dean

**Figure 4: STX Income Statement**

| SEAGATE TECHNOLOGY | FY22 | | | | FY23 | | | | FY24 | | | | FY25 | | | 2021 | 2022 | 2023 | 2024 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ in millions | Sep-21 1Q | Dec-21 2Q | Mar-22 3Q | Jun-22 4Q | Sep-22 1Q | Dec-22 2QE | Mar-23 3QE | Jun-23 4QE | Sep-23 1QE | Dec-23 2QE | Mar-24 3QE | Jun-24 4QE | Sep-24 4QE | Dec-24 4QE | | FY | FY | FYE | FYE | CY | CYE | CYE | CYE |
| Revenues | $ 3,115 | $ 3,116 | $ 2,802 | $ 2,628 | $ 2,035 | $ 1,850 | $ 1,875 | $ 1,950 | $ 2,108 | $ 2,293 | $ 2,311 | $ 2,410 | $ 2,543 | $ 2,700 | | $10,681 | $ 11,661 | $ 7,709 | $ 9,122 | $11,975 | $9,315 | $8,226 | $9,963 |
| QoQ | 3.4% | 0.0% | -10.1% | -6.2% | -22.6% | -9.1% | 1.4% | 4.0% | 8.1% | 8.8% | 0.8% | 4.3% | 5.5% | 6.2% | | | | | | | | | |
| YoY | 34.6% | 18.8% | 2.6% | -12.8% | -34.7% | -40.6% | -33.1% | -25.8% | 3.6% | 24.0% | 23.3% | 23.6% | 20.7% | 17.7% | | 1.6% | 9.2% | -33.9% | 18.3% | 17.7% | -22.2% | -11.7% | 21.1% |
| Cost of Goods (incl. SBC) | 2158.0 | 2167.0 | 1994.0 | 1868.0 | 1545.0 | 1,448 | 1,458 | 1,482 | 1,553 | 1,663 | 1,673 | 1,732 | 1,820 | 1,923 | | 7750.0 | 8187.0 | 5932.7 | 6621.8 | 8442.0 | 6855.2 | 6155.5 | 7148.6 |
| **Gross Profit** | $957.0 | $949.0 | $808.0 | $760.0 | $490.0 | $401.4 | $417.1 | $467.9 | $554.3 | $630.7 | $637.9 | $677.1 | $723.5 | $776.1 | | $2,931.0 | $3,474.0 | $1,776.4 | $2,500.0 | $3,533.0 | $2,459.4 | $2,070.1 | $2,814.5 |
| Gross Margin (incl. SBC) | 30.7% | 30.5% | 28.8% | 28.9% | 24.1% | 21.7% | 22.3% | 24.0% | 26.3% | 27.5% | 27.6% | 28.1% | 28.5% | 28.8% | | 27.4% | 29.8% | 23.0% | 27.4% | 29.5% | 26.4% | 25.2% | 28.2% |
| *Gross Margin (ex. SBC)* | *31.0%* | *30.7%* | *29.2%* | *29.3%* | *24.5%* | *22.1%* | *22.7%* | *24.4%* | *26.7%* | *27.8%* | *27.9%* | *28.4%* | *28.8%* | *29.0%* | | *27.7%* | *30.1%* | *23.5%* | *27.8%* | *29.8%* | *26.8%* | *25.6%* | *28.6%* |
| R&D | 233.0 | 228.0 | 233.0 | 247.0 | 234.0 | 230.0 | 228.0 | 228.0 | 229.0 | 230.0 | 230.0 | 232.0 | 233.0 | 234.0 | | 903.0 | 941.0 | 920.0 | 921.0 | 920.0 | 944.0 | 915.0 | 929.0 |
| SG&A | 131.0 | 136.0 | 139.0 | 130.0 | 101.0 | 95.0 | 93.0 | 93.0 | 93.0 | 94.0 | 94.0 | 95.0 | 97.0 | 99.0 | | 495.0 | 536.0 | 382.0 | 376.0 | 523.0 | 465.0 | 373.0 | 385.0 |
| Total Operating Expenses (incl. SBC) | 364.0 | 364.0 | 372.0 | 377.0 | 335.0 | 325.0 | 321.0 | 321.0 | 322.0 | 324.0 | 324.0 | 327.0 | 330.0 | 333.0 | | 1398.0 | 1477.0 | 1302.0 | 1297.0 | 1443.0 | 1409.0 | 1288.0 | 1314.0 |
| **Operating Income** | $593.0 | $585.0 | $436.0 | $383.0 | $155.0 | $76.4 | $96.1 | $146.9 | $232.3 | $306.7 | $313.9 | $350.1 | $393.5 | $443.1 | | $1,533.0 | $1,997.0 | $474.4 | $1,203.0 | $2,090.0 | $1,050.4 | $782.1 | $1,500.5 |
| Operating Margin (incl. SBC) | 19.0% | 18.8% | 15.6% | 14.6% | 7.6% | 4.1% | 5.1% | 7.5% | 11.0% | 13.4% | 13.6% | 14.5% | 15.5% | 16.4% | | 14.4% | 17.1% | 6.2% | 13.2% | 17.5% | 11.3% | 9.5% | 15.1% |
| *Operating Margin (ex. SBC)* | *20.1%* | *19.9%* | *16.8%* | *16.1%* | *9.0%* | *5.7%* | *6.7%* | *9.0%* | *12.4%* | *14.6%* | *14.8%* | *15.7%* | *16.6%* | *17.5%* | | *15.4%* | *18.4%* | *7.7%* | *14.5%* | *18.5%* | *12.7%* | *10.9%* | *16.2%* |
| Interest Income (Exp) | (62.0) | (63.0) | (65.0) | (73.0) | (80.0) | (74.0) | (74.0) | (74.0) | (74.0) | (74.0) | (74.0) | (74.0) | (74.0) | (74.0) | | (215.0) | (263.0) | (302.0) | (296.0) | (245.0) | (292.0) | (296.0) | (296.0) |
| Profit Before Taxes | 531.0 | 522.0 | 371.0 | 310.0 | 75.0 | 2.4 | 22.1 | 72.9 | 158.3 | 232.7 | 239.9 | 276.1 | 319.5 | 369.1 | | 1,318.0 | 1,734.0 | 172.4 | 907.0 | 1,845.0 | 758.4 | 486.1 | 1,204.5 |
| Taxes | 21.0 | 15.0 | 6.0 | 4.0 | 3.0 | 0.1 | 1.1 | 3.6 | 7.9 | 11.6 | 12.0 | 13.8 | 16.0 | 18.5 | | 49.0 | 46.0 | 7.9 | 45.3 | 66.0 | 13.1 | 24.3 | 60.2 |
| **Net Income - Pro Forma (incl SBC)** | $510.0 | $507.0 | $365.0 | $306.0 | $72.0 | $2.2 | $21.0 | $69.3 | $150.4 | $221.1 | $227.9 | $262.3 | $303.5 | $350.7 | | $1,269.0 | $1,688.0 | $164.6 | $861.6 | $1,779.0 | $745.2 | $461.8 | $1,144.3 |
| Net Margin | 16.4% | 16.3% | 13.0% | 11.6% | 3.5% | 0.1% | 1.1% | 3.6% | 7.1% | 9.6% | 9.9% | 10.9% | 11.9% | 13.0% | | 11.9% | 14.5% | 2.1% | 9.4% | 14.9% | 8.0% | 5.6% | 11.5% |
| EPS - Pro Forma (incl. SBC) | $2.21 | $2.25 | $1.64 | $1.41 | $0.34 | $0.01 | $0.10 | $0.33 | $0.72 | $1.05 | $1.09 | $1.25 | $1.45 | $1.67 | | $5.24 | $7.52 | $0.78 | $4.10 | $7.71 | $3.41 | $2.20 | $5.45 |
| **EPS - Pro Forma (ex. SBC)** | **$2.35** | **$2.41** | **$1.81** | **$1.59** | **$0.48** | **$0.15** | **$0.24** | **$0.47** | **$0.85** | **$1.19** | **$1.22** | **$1.39** | **$1.58** | **$1.81** | | **$5.70** | **$8.16** | **$1.34** | **$4.66** | **$8.25** | **$4.03** | **$2.75** | **$6.00** |
| EPS - GAAP (incl. SBC) | $2.28 | $2.23 | $1.56 | $1.27 | $0.14 | ($0.19) | ($0.10) | $0.13 | $0.51 | $0.85 | $0.88 | $1.04 | $1.24 | $1.47 | | $5.43 | $7.33 | ($0.04) | $3.28 | $7.96 | $2.77 | $1.38 | $4.63 |
| Pro Forma Shares Outstanding | 231.0 | 225.0 | 222.0 | 217.0 | 210.0 | 210.0 | 210.0 | 210.0 | 210.0 | 210.0 | 210.0 | 210.0 | 210.0 | 210.0 | | 245.0 | 223.8 | 210.0 | 210.0 | 231.5 | 214.8 | 210.0 | 210.0 |
| Dividends | $0.67 | $0.67 | $0.70 | $0.70 | $0.70 | $0.70 | $0.70 | $0.70 | $0.70 | $0.70 | $0.70 | $0.70 | $0.70 | $0.70 | | $2.64 | $2.74 | $2.80 | $2.80 | 2.68 | 2.80 | 2.80 | 2.80 |
| *Percent* | | | | | | | | | | | | | | | | | | | | | | | |
| R&D | 7.5% | 7.3% | 8.3% | 9.4% | 11.5% | 12.4% | 12.2% | 11.7% | 10.9% | 10.0% | 10.0% | 9.6% | 9.2% | 8.7% | | 8.5% | 8.1% | 11.9% | 10.1% | 7.7% | 10.1% | 11.1% | 9.3% |
| SG&A | 4.2% | 4.4% | 5.0% | 4.9% | 5.0% | 5.1% | 5.0% | 4.8% | 4.4% | 4.1% | 4.1% | 3.9% | 3.8% | 3.7% | | 4.6% | 4.6% | 5.0% | 4.1% | 4.4% | 5.0% | 4.5% | 3.9% |
| Taxes | 4.0% | 2.9% | 1.6% | 1.3% | 4.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | | 3.7% | 2.7% | 4.6% | 5.0% | 3.6% | 1.7% | 5.0% | 5.0% |
| *Sequential Change* | | | | | | | | | | | | | | | | | | | | | | | |
| R&D | 0.4% | -2.1% | 2.2% | 6.0% | -5.3% | -1.7% | -0.9% | 0.0% | 0.4% | 0.4% | 0.0% | 0.9% | 0.4% | 0.4% | | -7.2% | 4.2% | -2.2% | 0.1% | 0.9% | 2.6% | -3.1% | 1.5% |
| SG&A | -1.5% | 3.8% | 2.2% | -6.5% | -22.3% | -5.9% | -2.1% | 0.0% | 0.0% | 1.1% | 0.0% | 1.1% | 2.1% | 2.1% | | 5.1% | 8.3% | -28.7% | -1.6% | 12.2% | -11.1% | -19.8% | 3.2% |

*Source: Company Data, Evercore ISI Research*

6

Seagate_000119066

This report is prepared solely for the use of Miles Dean

**Figure 5: STX Balance Sheet**

| SEAGATE TECHNOLOGY | FY21 | | | | FY22 | | | | FY23 | | | | FY24 | | | | FY25 | | | 2021 | 2022 | 2023 | 2024 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ($ in millions) | Sep-20 1Q | Dec-20 2Q | Mar-21 3Q | Jun-21 4Q | Sep-21 1Q | Dec-21 2Q | Mar-22 3Q | Jun-22 4Q | Sep-22 1Q | Dec-22 2QE | Mar-23 3QE | Jun-23 4QE | Sep-23 1QE | Dec-23 2QE | Mar-24 3QE | Jun-24 4QE | Sep-24 1QE | Dec-24 2QE | | FY | FY | FYE | FYE | CY | CY | CY | CY |
| **BALANCE SHEET** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Assets** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | $1,664.0 | $1,799.0 | $1,212.0 | $1,209.0 | $991.0 | $1,535.0 | $1,138.0 | $615.0 | $761.0 | $880.6 | $883.5 | $921.9 | $971.5 | $1,051.6 | $1,218.3 | $1,352.3 | $1,531.9 | $1,752.2 | | $1,209.0 | $615.0 | $921.9 | $1,352.3 | $1,535.0 | $880.6 | $1,051.6 | $1,752.2 |
| Short-term investments | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Restricted cash and investments | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Accounts Receivable | 866.0 | 801.0 | 978.0 | 1,158.0 | 1,301.0 | 1,399.0 | 1,344.0 | 1,532.0 | 1,098.0 | 939.7 | 911.3 | 804.9 | 931.9 | 1,001.4 | 983.7 | 1,025.6 | 1,054.5 | 1,089.7 | | 1,158.0 | 1,532.0 | 804.9 | 1,025.6 | 1,399.0 | 939.7 | 1,001.4 | 1,089.7 |
| Inventory | 1,323.0 | 1,318.0 | 1,281.0 | 1,204.0 | 1,188.0 | 1,287.0 | 1,479.0 | 1,565.0 | 1,606.0 | 1,425.8 | 1,371.0 | 1,296.0 | 1,290.3 | 1,308.2 | 1,242.8 | 1,248.8 | 1,271.5 | 1,301.8 | | 1,204.0 | 1,565.0 | 1,296.0 | 1,248.8 | 1,287.0 | 1,425.8 | 1,308.2 | 1,301.8 |
| Deferred income taxes | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other | 141.0 | 163.0 | 221.0 | 208.0 | 188.0 | 229.0 | 298.0 | 321.0 | 275.0 | 275.0 | 275.0 | 275.0 | 275.0 | 275.0 | 275.0 | 275.0 | 275.0 | 275.0 | | 208.0 | 321.0 | 275.0 | 275.0 | 229.0 | 275.0 | 275.0 | 275.0 |
| **Total Current Assets** | **$3,994.0** | **$4,081.0** | **$3,692.0** | **$3,779.0** | **$3,668.0** | **$4,450.0** | **$4,259.0** | **$4,033.0** | **$3,740.0** | **$3,521.2** | **$3,440.9** | **$3,397.8** | **$3,468.7** | **$3,636.2** | **$3,719.8** | **$3,901.7** | **$4,132.9** | **$4,418.8** | | **$3,779.0** | **$4,033.0** | **$3,397.8** | **$3,901.7** | **$4,450.0** | **$3,521.2** | **$3,636.2** | **$4,418.8** |
| Property and Equipment | 2,167.0 | 2,218.0 | 2,215.0 | 2,181.0 | 2,213.0 | 2,216.0 | 2,197.0 | 2,239.0 | 2,196.0 | 2,123.2 | 2,043.2 | 1,959.2 | 1,908.5 | 1,865.3 | 1,822.7 | 1,784.1 | 1,763.5 | 1,750.0 | | 2,181.0 | 2,239.0 | 1,959.2 | 1,784.1 | 2,216.0 | 2,123.2 | 1,865.3 | 1,750.0 |
| Goodwill and Intangible Assets | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 |
| Other intangible assets, net | 45.0 | 40.0 | 35.0 | 29.0 | 24.0 | 19.0 | 14.0 | 9.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | | 29.0 | 9.0 | 5.0 | 5.0 | 19.0 | 5.0 | 5.0 | 5.0 |
| Deferred income taxes | 1,125.0 | 1,120.0 | 1,118.0 | 1,117.0 | 1,128.0 | 1,128.0 | 1,121.0 | 1,132.0 | 1,137.0 | 1,137.0 | 1,137.0 | 1,137.0 | 1,137.0 | 1,137.0 | 1,137.0 | 1,137.0 | 1,137.0 | 1,137.0 | | 1,117.0 | 1,132.0 | 1,137.0 | 1,137.0 | 1,128.0 | 1,137.0 | 1,137.0 | 1,137.0 |
| Other | 294.0 | 290.0 | 307.0 | 332.0 | 343.0 | 327.0 | 317.0 | 294.0 | 296.0 | 296.0 | 296.0 | 296.0 | 296.0 | 296.0 | 296.0 | 296.0 | 296.0 | 296.0 | | 332.0 | 294.0 | 296.0 | 296.0 | 327.0 | 296.0 | 296.0 | 296.0 |
| **Total Assets** | **$8,862.0** | **$8,986.0** | **$8,604.0** | **$8,675.0** | **$8,613.0** | **$9,375.0** | **$9,145.0** | **$8,944.0** | **$8,611.0** | **$8,319.4** | **$8,159.1** | **$8,032.1** | **$8,052.3** | **$8,176.5** | **$8,217.5** | **$8,360.8** | **$8,571.4** | **$8,843.8** | | **$8,675.0** | **$8,944.0** | **$8,032.1** | **$8,360.8** | **$9,375.0** | **$8,319.4** | **$8,176.5** | **$8,843.8** |
| **Liabilities** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Accounts Payable | $1,795.0 | $1,730.0 | $1,981.0 | $1,725.0 | $1,766.0 | $1,812.0 | $1,948.0 | $2,058.0 | $1,712.0 | $1,588.9 | $1,567.2 | $1,528.0 | $1,550.5 | $1,605.0 | $1,578.3 | $1,615.1 | $1,676.3 | $1,750.9 | | $1,725.0 | $2,058.0 | $1,528.0 | $1,615.1 | $1,812.0 | $1,588.9 | $1,605.0 | $1,750.9 |
| Accrued employee compensation | 157.0 | 206.0 | 178.0 | 282.0 | 190.0 | 228.0 | 194.0 | 252.0 | 106.0 | 96.3 | 97.7 | 101.6 | 109.8 | 119.5 | 120.4 | 125.5 | 132.5 | 140.6 | | 282.0 | 252.0 | 101.6 | 125.5 | 228.0 | 96.3 | 119.5 | 140.6 |
| Accrued warranty | 64.0 | 61.0 | 60.0 | 61.0 | 62.0 | 62.0 | 64.0 | 65.0 | 66.0 | 66.0 | 66.0 | 66.0 | 66.0 | 66.0 | 66.0 | 66.0 | 66.0 | 66.0 | | 61.0 | 65.0 | 66.0 | 66.0 | 62.0 | 66.0 | 66.0 | 66.0 |
| Accrued expenses | 603.0 | 599.0 | 649.0 | 608.0 | 626.0 | 655.0 | 645.0 | 596.0 | 618.0 | 618.0 | 618.0 | 618.0 | 618.0 | 618.0 | 618.0 | 618.0 | 618.0 | 618.0 | | 608.0 | 596.0 | 618.0 | 618.0 | 655.0 | 618.0 | 618.0 | 618.0 |
| Current Portion of Notes Payable | 25.0 | 25.0 | 245.0 | 245.0 | 245.0 | 235.0 | 30.0 | 584.0 | 636.0 | 636.0 | 636.0 | 636.0 | 636.0 | 636.0 | 636.0 | 636.0 | 636.0 | 636.0 | | 245.0 | 584.0 | 636.0 | 636.0 | 235.0 | 636.0 | 636.0 | 636.0 |
| **Total Current Liabilities** | **$2,644.0** | **$2,621.0** | **$2,993.0** | **$2,921.0** | **$2,889.0** | **$2,992.0** | **$2,881.0** | **$3,555.0** | **$3,138.0** | **$3,005.2** | **$2,984.8** | **$2,949.5** | **$2,980.3** | **$3,044.4** | **$3,018.6** | **$3,060.6** | **$3,128.7** | **$3,211.5** | | **$2,921.0** | **$3,555.0** | **$2,949.5** | **$3,060.6** | **$2,992.0** | **$3,005.2** | **$3,044.4** | **$3,211.5** |
| Long-term accrued warranty | $78 | $76 | $74 | $75 | $78 | $82 | $84 | $83 | $83 | $83 | $83 | $83 | $83 | $83 | $83 | $83 | $83 | $83 | | $75 | $83 | $83 | $83 | $82.0 | $83.0 | $83.0 | $83.0 |
| Long-term accrued income taxes | $0 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other non-current liabilities | 181.0 | 179.0 | 156.0 | 154.0 | 154.0 | 149.0 | 145.0 | 135.0 | 128.0 | 128.0 | 128.0 | 128.0 | 128.0 | 128.0 | 128.0 | 128.0 | 154.0 | 135.0 | | 154.0 | 135.0 | 128.0 | 128.0 | 149.0 | 128.0 | 128.0 | 128.0 |
| Notes Payable | $4,138.0 | $5,120.0 | $4,879.0 | $4,894.0 | $4,891.0 | $5,626.0 | $5,614.0 | $5,062.0 | $5,613.0 | $5,613.0 | $5,613.0 | $5,613.0 | $5,613.0 | $5,613.0 | $5,613.0 | $5,613.0 | $5,613.0 | $5,613.0 | | $4,894.0 | $5,062.0 | $5,613.0 | $5,613.0 | $5,626.0 | $5,613.0 | $5,613.0 | $5,613.0 |
| **Total Liabilities** | **$7,041.0** | **$7,996.0** | **$8,102.0** | **$8,044.0** | **$8,012.0** | **$8,849.0** | **$8,724.0** | **$8,835.0** | **$8,962.0** | **$8,829.2** | **$8,808.8** | **$8,773.5** | **$8,804.3** | **$8,868.4** | **$8,842.6** | **$8,884.6** | **$8,952.7** | **$9,035.5** | | **$8,044.0** | **$8,835.0** | **$8,773.5** | **$8,884.6** | **$8,849.0** | **$8,829.2** | **$8,868.4** | **$9,035.5** |
| Shareholders' Equity | $1,821 | $990 | $484 | $631 | $601 | $526 | $421 | $109 | -$351 | -$510 | -$650 | -$741 | -$752 | -$692 | -$625 | -$524 | -$381 | -$192 | | $631 | $109 | -$741 | -$524 | $526 | -$510 | -$692 | -$192 |
| **Total Shareholder's Equity** | **$1,821.0** | **$990.0** | **$502.0** | **$631.0** | **$601.0** | **$526.0** | **$421.0** | **$109.0** | **($351.0)** | **($509.8)** | **($649.7)** | **($741.4)** | **($752.1)** | **($692.0)** | **($625.1)** | **($523.8)** | **($381.3)** | **($191.7)** | | **$1,683.0** | **$1,593.0** | **$1,524.0** | **$1,523.0** | **$526.0** | **($509.8)** | **($692.0)** | **($191.7)** |
| **Total Liabilities & Equity** | **$8,862.0** | **$8,986.0** | **$8,604.0** | **$8,675.0** | **$8,613.0** | **$9,375.0** | **$9,145.0** | **$8,944.0** | **$8,611.0** | **$8,319.4** | **$8,159.1** | **$8,032.1** | **$8,052.3** | **$8,176.5** | **$8,217.5** | **$8,360.8** | **$8,571.4** | **$8,843.8** | | **$8,675.0** | **$8,944.0** | **$8,032.1** | **$8,360.8** | **$9,375.0** | **$8,319.4** | **$8,176.5** | **$8,843.8** |

*Source: Company Data, Evercore ISI Research*

CONFIDENTIAL

Seagate_000119067

This report is prepared solely for the use of Miles Dean

**Figure 6: STX Cash Flow Statement**

| SEAGATE TECHNOLOGY | FY21 | | | | FY22 | | | | FY23 | | | | FY24 | | | | FY25 | | 2021 | 2022 | 2023 | 2024 | 2021 | 2022 | 2023 | 2024 |
| $ in millions | Sep-20 1Q | Dec-20 2Q | Mar-21 3Q | Jun-21 4Q | Sep-21 1Q | Dec-21 2Q | Mar-22 3Q | Jun-22 4Q | Sep-22 1Q | Dec-22 2QE | Mar-23 3QE | Jun-23 4QE | Sep-23 1QE | Dec-23 2QE | Mar-24 3QE | Jun-24 4QE | Sep-24 4QE | Dec-24 4QE | FY | FY | FYE | FYE | CY | CYE | CYE | CYE |
| **CASH FLOW** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Cash Flow from Operations** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Net Income | $223 | $280 | $329 | $482 | $526 | $501 | $346 | $276 | $29 | ($41) | ($22) | $26 | $107 | $178 | $185 | $219 | $261 | $306 | $1,314 | $1,649 | ($7) | $690 | $1,838 | $610 | $290 | $972 |
| Stock Based Compensation expense | $28 | $30 | $29 | $25 | $34 | $36 | $36 | $39 | $29 | $29 | $29 | $29 | $29 | $29 | $29 | $29 | $29 | $29 | $112 | $145 | $116 | $116 | $124 | $133 | $116 | $116 |
| Depreciation & Amortization | $99 | $96 | $99 | $103 | $104 | $108 | $112 | $127 | $135 | $138 | $140 | $143 | $136 | $135 | $135 | $135 | $135 | $135 | $397 | $451 | $555 | $540 | $414 | $512 | $553 | $540 |
| Deferred Income Taxes | ($18) | $5 | $6 | $3 | ($4) | $4 | $2 | ($11) | ($5) | | | | | | | | | | ($4) | ($9) | ($5) | $0 | $9 | ($14) | $0 | $0 |
| Gain on sale of investments | | | | | | | | | | | | | | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Gain on sale of PPE | | | | | | | | | | | | | | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Loss on Redemption and repurchase of debt | | | | $1 | | | | | | | | | | | | | | | $1 | $0 | $0 | $0 | $1 | $0 | $0 | $0 |
| Other non-cash operating activities | ($8) | $12 | ($12) | ($42) | $2 | $20 | $24 | $18 | $13 | | | | | | | | | | ($50) | $64 | $13 | $0 | ($32) | $55 | $0 | $0 |
| *Changes in Operating Assets and Liabilities* | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Accounts Receivable, net | $249 | $66 | ($177) | ($180) | ($143) | ($96) | $55 | ($188) | $434 | $158 | $26 | $6 | ($27) | ($70) | $18 | ($42) | ($29) | ($35) | ($42) | ($374) | $627 | ($121) | ($598) | $459 | ($62) | ($88) |
| Restricted cash | | | | | | | | | | | | | | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Inventories | ($181) | $5 | $35 | $77 | $16 | ($99) | ($192) | ($86) | ($41) | $180 | $55 | $75 | $6 | ($18) | $65 | ($6) | ($23) | ($30) | ($64) | ($361) | $269 | $47 | $29 | ($139) | $118 | $6 |
| Accounts payable | ($24) | ($51) | $135 | ($74) | $28 | $35 | $146 | $19 | ($300) | ($123) | ($22) | ($39) | $23 | $54 | ($27) | $37 | $61 | $75 | ($14) | $228 | ($484) | $87 | $124 | ($258) | $16 | $146 |
| Accrued employee compensation | ($67) | $49 | ($28) | $104 | ($92) | $38 | ($34) | $58 | ($146) | | | | | | | | | | $58 | ($30) | ($146) | $0 | $22 | ($122) | $0 | $0 |
| Accrued expenses, income taxes, warranty | ($21) | ($15) | $36 | ($38) | $11 | $29 | ($21) | ($45) | $4 | | | | | | | | | | ($38) | ($26) | $4 | $0 | $36 | ($62) | $0 | $0 |
| Vendor non-trade receivables | | | | | | | | | | | | | | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other assets and liabilities | $17 | ($4) | ($74) | $17 | $14 | ($53) | ($14) | ($27) | $93 | ($10) | $1 | $4 | $8 | $10 | $1 | $4 | $7 | $6 | ($44) | ($80) | $89 | $24 | ($96) | $42 | $23 | $21 |
| **Net Cash from Operations** | $297 | $473 | $378 | $478 | $496 | $521 | $460 | $180 | $245 | $331 | $210 | $244 | $281 | $319 | $406 | $377 | $441 | $489 | $1,626 | $1,657 | $1,030 | $1,383 | $1,873 | $1,216 | $1,053 | $1,713 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Cash Flow from Investing** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PP&E | ($111) | ($159) | ($104) | ($124) | ($117) | ($95) | ($97) | ($72) | ($133) | ($65) | ($60) | ($58) | ($84) | ($92) | ($92) | ($96) | ($114) | ($121) | ($498) | ($381) | ($316) | ($365) | ($440) | ($367) | ($295) | ($425) |
| Proceeds from sale of strategic investments | $11 | $0 | $0 | $22 | $15 | $19 | $0 | $13 | $0 | | | | | | | | | | $33 | $47 | $0 | $0 | $56 | $13 | $0 | $0 |
| Purchases of short-term investments | ($4) | $0 | $7 | ($7) | ($18) | $0 | $0 | $0 | ($1) | | | | | | | | | | ($4) | ($18) | ($1) | $0 | ($18) | ($1) | $0 | $0 |
| Sales of short-term investments | | | | | | | | | | | | | | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Maturities of short-term investments | | | | $3 | | | | | | | | | | | | | | | $3 | $0 | $0 | $0 | $3 | $0 | $0 | $0 |
| Other investing activities | | | | | | | | | $1 | | | | | | | | | | $0 | $0 | $1 | $0 | $0 | $1 | $0 | $0 |
| **Net Cash from Investing** | ($104) | ($159) | ($97) | ($106) | ($120) | ($76) | ($97) | ($59) | ($133) | ($65) | ($60) | ($58) | ($84) | ($92) | ($92) | ($96) | ($114) | ($121) | ($466) | ($352) | ($316) | ($365) | ($399) | ($354) | ($295) | ($425) |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Cash Flow from Financing** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Proceeds and Repayment of Debt | ($13) | ($8) | $994 | ($6) | ($8) | ($475) | $980 | $0 | $600 | | | | | | | | | | $967 | $499 | $600 | $0 | $507 | $1,580 | $0 | $0 |
| Proceeds from (repurchase of) of common shares | ($68) | ($1,000) | ($751) | ($228) | ($425) | ($471) | ($417) | ($486) | ($408) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($2,047) | ($1,799) | ($408) | $0 | ($1,875) | ($1,311) | $0 | $0 |
| Dividends to shareholders | ($167) | ($167) | ($161) | ($154) | ($153) | ($151) | ($154) | ($152) | ($147) | ($147) | ($147) | ($147) | ($147) | ($147) | ($147) | ($147) | ($147) | ($147) | ($649) | ($610) | ($588) | ($588) | ($619) | ($600) | ($588) | ($588) |
| Proceeds from issuance of shares under ESP | $29 | $11 | $55 | $13 | $33 | $4 | $31 | $0 | $29 | | | | | | | | | | $108 | $68 | $29 | $0 | $105 | $60 | $0 | $0 |
| Other financing activities | ($32) | $985 | ($1,005) | $0 | ($43) | $1,192 | ($1,200) | ($6) | ($40) | | | | | | | | | | ($52) | ($57) | ($40) | $0 | $144 | ($1,246) | $0 | $0 |
| **Net Cash from Financing** | ($251) | ($179) | ($868) | ($375) | ($594) | $99 | ($760) | ($644) | $34 | ($147) | ($147) | ($147) | ($147) | ($147) | ($147) | ($147) | ($147) | ($147) | ($1,673) | ($1,899) | ($407) | ($588) | ($1,738) | ($1,517) | ($588) | ($588) |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Effect of foreign currency | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash and Cash eqv at beginning | $1,724 | $1,666 | $1,801 | $1,214 | $1,211 | $993 | $1,537 | $1,140 | $617 | $763 | $883 | $885 | $924 | $974 | $1,054 | $1,220 | $1,354 | $1,534 | $1,717 | $1,204 | $610 | $917 | $1,434 | $1,170 | $516 | $687 |
| Net increase in cash and cash eqv. | ($58) | $135 | ($587) | ($3) | ($218) | $544 | ($397) | ($523) | $146 | $120 | $3 | $38 | $50 | $80 | $167 | $134 | $180 | $220 | ($513) | ($594) | $307 | $430 | ($264) | ($654) | $171 | $701 |
| Cash and Cash eqv at end | $1,666 | $1,801 | $1,214 | $1,211 | $993 | $1,537 | $1,140 | $617 | $763 | $883 | $885 | $924 | $974 | $1,054 | $1,220 | $1,354 | $1,534 | $1,754 | $1,204 | $610 | $917 | $1,347 | $1,170 | $516 | $687 | $1,387 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Flow from Operations | $297 | $473 | $378 | $478 | $496 | $521 | $460 | $180 | $245 | $331 | $210 | $244 | $281 | $319 | $406 | $377 | $441 | $489 | $1,626 | $1,657 | $1,030 | $1,383 | $1,873 | $1,216 | $1,053 | $1,713 |
| Capex | ($111) | ($159) | ($104) | ($124) | ($117) | ($95) | ($97) | ($72) | ($133) | ($65) | ($60) | ($58) | ($84) | ($92) | ($92) | ($96) | ($114) | ($121) | ($498) | ($381) | ($316) | ($365) | ($440) | ($367) | ($295) | ($425) |
| **Free Cash Flow** | $186 | $314 | $274 | $354 | $379 | $426 | $363 | $108 | $112 | $267 | $150 | $185 | $197 | $227 | $314 | $281 | $327 | $367 | $1,128 | $1,276 | $714 | $1,018 | $1,433 | $850 | $759 | $1,289 |
| **FCF/Share** | $0.72 | $1.25 | $1.16 | $1.52 | $1.64 | $1.89 | $1.64 | $0.50 | $0.53 | $1.27 | $0.71 | $0.88 | $0.94 | $1.08 | $1.49 | $1.34 | $1.56 | $1.75 | $4.60 | $5.70 | $3.40 | $4.85 | $6.19 | $3.96 | $3.61 | $6.14 |

*Source: Company Data, Evercore ISI Research*

CONFIDENTIAL     Seagate_000119068

This report is prepared solely for the use of Miles Dean

## VALUATION METHODOLOGY

Our PT of $60 is based off ~10x our vision for normalized earnings.

## RISKS

A more prolonged-than-expected HDD inventory correction and/or rising pricing pressure. Also, geopolitical risk associated with China shipments and BIS PCL.

## COMPANIES UNDER COVERAGE BY AUTHOR

| Symbol | Company | Rating | Price (2022-26-10) | Evercore ISI Target |
|--------|---------|--------|-------------------|---------------------|
| ADI | Analog Devices, Inc. | Outperform | $141.51 | $185.00 |
| AMAT | Applied Materials, Inc. | Outperform | $88.51 | $100.00 |
| ASML-AES | ASML Holding NV | Outperform | €490.85 | €575.00 |
| AVGO | Broadcom Inc. | Outperform | $461.44 | $625.00 |
| INTC | Intel Corporation | In Line | $27.23 | $40.00 |
| KLAC | KLA Corporation | In Line | $305.86 | $350.00 |
| LRCX | Lam Research Corporation | Outperform | $386.85 | $450.00 |
| MRVL | Marvell Technology Group Ltd | Outperform | $38.69 | $70.00 |
| MTSI | M/A-Com | In Line | $55.65 | $65.00 |
| MU | Micron Technology Inc. | Outperform | $55.55 | $70.00 |
| NVDA | NVIDIA Corp. | Outperform | $129.25 | $225.00 |
| NXPI | NXP Semiconductors NV | Outperform | $147.49 | $190.00 |
| OLED | Universal Display Corporation | Outperform | $97.79 | $140.00 |
| QCOM | QUALCOMM Inc. | In Line | $118.02 | $150.00 |
| STX | Seagate Technology | In Line | $53.44 | $60.00 |
| TER | Teradyne Inc. | Outperform | $82.67 | $110.00 |
| TXN | Texas Instruments Inc. | In Line | $157.85 | $170.00 |
| WDC | Western Digital Corp. | Outperform | $35.28 | $50.00 |

9

This report is prepared solely for the use of Miles Dean

## TIMESTAMP

**(Article  3(1)e and Article 7 of MAR)**

Time of dissemination: October 26 2022 6:10 PM ET

## ANALYST CERTIFICATION

The analysts, Kurt Swartz, Joseph McCormack, C.J. Muse, Matthew Prisco, primarily responsible for the preparation of this research report attest to the following: (1) that the views and opinions rendered in this research report reflect his or her personal views about the subject companies or issuers; and (2) that no part of the research analyst's compensation was, is, or will be directly related to the specific recommendations or views in this research report.

## IMPORTANT DISCLOSURES

This report is approved and/or distributed  by Evercore Group L.L.C. ("Evercore Group"), a U.S. licensed broker-dealer regulated by the Financial Industry Regulatory  Authority ("FINRA"), and Evercore ISI International Limited ("ISI UK"), which is authorised and regulated in the United Kingdom by the Financial Conduct Authority. The institutional sales, trading and research businesses of Evercore Group and ISI UK collectively operate under the global marketing brand name Evercore ISI ("Evercore ISI"). Both Evercore Group and ISI UK are subsidiaries of Evercore Inc. ("Evercore "). The trademarks, logos and service marks shown on this report are registered trademarks of Evercore.

The analysts and associates responsible for preparing this report receive compensation based on various factors, including Evercore's Partners' total revenues, a portion of which is generated by affiliated investment banking transactions. Evercore ISI seeks to update its research as appropriate, but various regulations may prevent this from happening in certain instances.  Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Evercore ISI generally prohibits analysts, associates and members of their households from maintaining a financial interest in the securities of any company in the analyst's area of coverage.  Any exception to this policy requires specific approval by a member of our Compliance Department. Such ownership is subject to compliance with applicable regulations and disclosure.  Evercore ISI also prohibits analysts, associates and members of their households from serving as an officer, director, advisory board member or employee of any company that the analyst covers.

This report may include a Tactical Call, which describes a near-term event or catalyst affecting the subject company or the market overall and which is expected to have a short-term price impact on the equity shares of the subject company. This Tactical Call is separate from the analyst's long-term recommendation (Outperform, In Line or Underperform) that reflects a stock's forward 12-month expected return, is not a formal rating and may differ from the target prices and recommendations reflected in the analyst's long-term view.

**Applicable current disclosures regarding the subject companies covered in this report are available at the offices of Evercore ISI: 55 East 52nd Street, New York, NY 10055, and at the following site: https://evercoreisi.mediasterling.com/disclosure.**

Evercore and its affiliates, and I or their respective directors, officers, members and employees, may have, or have had, interests or qualified holdings on issuers mentioned in this report. Evercore and its affiliates may have, or have had, business relationships with the companies mentioned in this report.

Additional information on securities or financial instruments mentioned in this report is available upon request.

---

**Ratings Definitions**

**Current Ratings Definition**

Evercore ISI's recommendations are based on a stock's total forecasted return over the next 12 months. Total forecasted return is equal to the expected percentage price return plus gross dividend yield. We divide our stocks under coverage into three primary ratings categories, with the following return guidelines:

**Outperform**- the total forecasted return is expected to be greater than the expected total return of the analyst's coverage sector.
**In Line**- the total forecasted return is expected to be in line with the expected total return of the analyst's coverage sector.
**Underperform**- the total forecasted return is expected to be less than the expected total return of the analyst's coverage sector.
**Coverage  Suspended**- the rating and target price have been removed pursuant  to Evercore  ISI policy when Evercore is acting in an advisory capacity in a merger or strategic transaction  involving this company  and in certain other circumstances.*
**Rating Suspended**- Evercore ISI has suspended the rating and target price for this stock because there is not sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, a rating or target price. The previous rating and target price, if any, are no longer in effect for this company  and should not be relied upon.*

*Prior to October 10, 2015, the "Coverage Suspended" and "Rating Suspended" categories were included in the category "Suspended."

**FINRA requires that members who use a ratings system with terms other than "Buy," "Hold/Neutral" and "Sell" to equate their own ratings to these categories.  For this purpose, and in the Evercore ISI ratings distribution below, our Outperform, In Line, and Underperform ratings can be equated to Buy, Hold and Sell, respectively.**

**Historical Ratings Definitions**

Prior to March 2, 2017, Evercore ISI's recommendations were based on a stock's total forecasted return over the next 12 months:

10

Seagate_000119070

This report is prepared solely for the use of Miles Dean

**Buy**- the total forecasted return is expected to be greater than 10%
**Hold**- the total forecasted return is expected to be greater than or equal to 0% and less than or equal to 10%
**Sell** -the total forecasted return is expected to be less than 0%

On October 31, 2014, Evercore Partners acquired International Strategy & Investment Group LLC ("ISI Group") and ISI UK (the "Acquisition") and transferred Evercore Group's research, sales and trading businesses to ISI Group. On December 31, 2015, the combined research, sales and trading businesses were transferred back to Evercore Group in an internal reorganization. Since the Acquisition, the combined research, sales and trading businesses have operated under the global marketing brand name Evercore ISI.

**ISI Group and ISI UK:**

Prior to October 10, 2014, the ratings system of ISI Group LLC and ISI UK which was based on a 12-month risk adjusted total return:

Strong Buy- Return > 20%
Buy- Return 10% to 20%
Neutral - Return 0% to 10%
Cautious- Return -10% to 0%
Sell-  Return< -10%

For disclosure purposes, ISI Group and ISI UK ratings were viewed as follows: Strong Buy and Buy equate to Buy, Neutral equates to Hold, and Cautious and Sell equate to Sell.

**Evercore Group:**

Prior to October 10, 2014, the rating system of Evercore Group was based on a stock's expected total return relative to the analyst's coverage universe over the following 12 months. Stocks under coverage were divided into three categories:

Overweight- the stock is expected to outperform the average total return of the analyst's coverage universe over the next 12 months.
Equal-Weight- the stock is expected to perform in line with the average total return of the analyst's coverage universe over the next 12 months.
Underweight -the stock is expected to underperform the average total return of the analyst's coverage universe over the next 12 months.
Suspended- the company rating, target price and earnings estimates have been temporarily suspended.

For disclosure purposes, Evercore Group's prior "Overweight," "Equal-Weight" and "Underweight" ratings were viewed as "Buy," "Hold" and "Sell," respectively.

**Ratings Definitions for Portfolio-Based Coverage**

Evercore ISI utilizes an alternate rating system for companies covered by analysts who use a model portfolio-based approach to determine a company's investment recommendation. Covered companies are included or not included as holdings in the analyst's Model Portfolio, and have the following ratings:

**Long**- the stock is a positive holding in the model portfolio; the total forecasted return is expected to be greater than 0%.
**Short**- the stock is a negative holding in the model portfolio; the total forecasted return is expected to be less than 0%.
**No Position**- the stock is not included in the model portfolio.
**Coverage Suspended**- the rating and target price have been removed pursuant to Evercore ISI policy when Evercore is acting in an advisory capacity in a merger or strategic transaction involving this company, and in certain other circumstances; a stock in the model portfolio is removed.
**Rating Suspended** - Evercore ISI has suspended the rating and/or target price for this stock because there is not sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, a rating or target price. The previous rating and target price, if any, are no longer in effect for this company and should not be relied upon; a stock in the model portfolio is removed.

Stocks included in the model portfolio will be weighted from 0 to 100% for Long and 0 to -100% for Short. A stock's weight in the portfolio reflects the analyst's degree of conviction in the stock's rating relative to other stocks in the portfolio. The model portfolio may also include a cash component. At any given time the aggregate weight of the stocks included in the portfolio and the cash component must equal100%.

Stocks assigned ratings under the alternative model portfolio-based coverage system cannot also be rated by Evercore ISI's Current Ratings definitions of Outperform, In Line and Underperform.

**FINRA requires that members who use a ratings system with terms other than "Buy," "Hold/Neutral" and "Sell," to equate their own ratings to these categories. For this purpose, and in the Evercore ISI ratings distribution below, our Long, No Position and Short ratings can be equated to Buy, Hold and Sell respectively.**

**Evercore ISI rating (as of 10/26/2022)**

| Coverage Universe | | | Investment Banking Services I Past 12 Months | | |
|---|---|---|---|---|---|
| Ratings | Count | Pct. | Ratings | Count | Pct. |
| Buy | 512 | 61 | Buy | 71 | 14 |
| Hold | 290 | 35 | Hold | 23 | 8 |
| Sell | 17 | 2 | Sell | 0 | 0 |
| Coverage Suspended | 7 | 1 | Coverage Suspended | 3 | 43 |
| Rating Suspended | 7 | 1 | Rating Suspended | 1 | 14 |

**Issuer-Specific Disclosures (as of October 26, 2022)**

CONFIDENTIAL

Seagate_000119071

This report is prepared solely for the use of Miles Dean

**Price Charts**



Seagate Technology Rating History as of 10/26/2022

■ Close Price (p)   ■ Target Price (p)

**Ratings Key**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B | Buy | OP | Outperform | L | Long | CS | Coverage Suspended |
| H | Hold | IL | In Line | NP | No Position | RS | Rating Suspended |
| S | Sell | UP | Underperform | S | Short | | |

## GENERAL DISCLOSURES

This report is approved and/or distributed by Evercore Group L.L.C. ("Evercore Group"), a U.S. licensed broker-dealer regulated by the Financial Industry Regulatory Authority ("FINRA") and by International Strategy & Investment Group (UK) Limited ("ISI UK"), which is authorised and regulated in the United Kingdom by the Financial Conduct Authority. The institutional sales, trading and research businesses of Evercore Group and ISI UK collectively operate under the global marketing brand name Evercore ISI ("Evercore ISI"). Both Evercore Group and ISI UK are subsidiaries of Evercore Inc. ("Evercore"). The trademarks, logos and service marks shown on this report are registered trademarks of Evercore Inc.

This report is provided for informational purposes only. It is not to be construed as an offer to buy or sell or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy in any jurisdiction. The information and opinions in this report were prepared by employees of affiliates of Evercore. The information herein is believed by Evercore ISI to be reliable and has been obtained from public sources believed to be reliable, but Evercore ISI makes no representation as to the accuracy or completeness of such information. Opinions, estimates and projections in this report constitute the current judgment of the author as of the date of this report. They do not necessarily reflect the opinions of Evercore or its affiliates and are subject to change without notice. In addition, opinions, estimates and projections in this report may differ from or be contrary to those expressed by other business areas or groups of Evercore and its affiliates. Evercore ISI has no obligation to update, modify or amend this report or to otherwise notify a reader thereof in the event that any matter stated herein, or any opinion, projection, forecast or estimate set forth herein, changes or subsequently becomes inaccurate. Facts and views in Evercore ISI research reports and notes have not been reviewed by, and may not reflect information known to, professionals in other Evercore affiliates or business areas, including investment banking personnel.

Evercore ISI does not provide individually tailored investment advice in research reports. This report has been prepared without regard to the particular investments and circumstances of the recipient. The financial instruments discussed in this report may not suitable for all investors and investors must make their own investment decisions using their own independent advisors as they believe necessary and based upon their specific financial situations and investment objectives. Securities and other financial instruments discussed in this report, or recommended or offered by Evercore ISI, are not insured by the Federal Deposit Insurance Corporation and are not deposits of or other obligations of any insured depository institution. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the price or value of, or the income derived from the financial instrument, and such investor effectively assumes such currency risk. In addition, income from an investment may fluctuate and the price or value of financial instruments described in this report, either directly or indirectly, may rise or fall. Estimates of future performance are based on assumptions that may not be realized. Furthermore, past performance is not necessarily indicative of future performance.

Recipients who are not institutional investors or market professionals should seek the advice of their independent financial advisor before considering information in this report in connection with any investment decision, or for a necessary explanation of its contents.

Evercore ISI salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in this research. Our asset management affiliates and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

Electronic research is simultaneously available to all clients. This report is provided to Evercore ISI clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Evercore ISI. Receipt and review of this research report constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion or

12

This report is prepared solely for the use of Miles Dean

information contained in this report (including any investment recommendations, estimates or target prices) without first obtaining express permission from Evercore ISI.

This report is not intended for distribution to, or use by any person or entity in any jurisdiction or country where such distribution or use would be contrary to local law or regulation.

For investors in the UK: In making this report available, Evercore makes no recommendation to buy, sell or otherwise deal in any securities or investments whatsoever and you should neither rely or act upon, directly or indirectly, any of the information contained in this report in respect of any such investment activity. This report is being directed at or distributed to, (a) persons who fall within the definition of Investment Professionals (set out in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order")); (b) persons falling within the definition of high net worth companies, unincorporated associations, etc. (set out in Article 49(2) of the Order); (c) other persons to whom it may otherwise lawfully be communicated (all such persons together being referred to as "relevant persons"). This report must not be acted on or relied on by persons who are not relevant persons.

Evercore does not have an Australian Financial Services License ("AFSL"). This report is only to be distributed to persons who fall within the definition of "wholesale" investors under section 761G of the Corporations Act 2001 (Cth). This report must not be acted on or relied on by persons who are not wholesale investors. Evercore relies on the relief provided under ASIC Corporations (Foreign Financial Services Providers—Limited Connection) Instrument 2017/182 to provide this report to wholesale investors in Australia without an AFSL.

The distribution of these materials to persons or entities in Switzerland is not intended to, and does not, constitute a financial service under the Swiss Financial Services Act (FinSA).  In particular, the distribution of these materials does not constitute the provision of personal recommendations on transactions with financial instruments (investment advice) within the meaning of Article 3(c)(4) of FinSA.

This material has been prepared by Evercore Group L.L.C. for distribution in New Zealand to financial advisers and wholesale clients only and has not been prepared by Evercore for retail clients in New Zealand (as those terms are defined in the Financial Markets Conduct Act 2013 ('FMCA')). Evercore Group L.L.C. is not, and is not required to be, registered or licensed under the FMCA, and unless otherwise stated any financial products referred to in this material are generally only available in New Zealand for issue to those satisfying the wholesale investor criteria in the FMCA.

Applicable current disclosures regarding the subject companies covered in this report are available at the offices of Evercore ISI, and at the following site: https://evercoreisi.mediasterling.com/disclosure.

In compliance with the European Securities and Markets Authority's Market Abuse Regulation, a list of all Evercore ISI recommendations disseminated in the preceding 12 months for the subject companies herein, may be found at the following site: https://evercoreisi.mediasterling.com/disclosure.

*© 2022. Evercore Group L.L.C. All rights reserved.*