# EXHIBIT 43


**WEDBUSH**

Company Report

October 26, 2022

# Seagate Technology Holdings PLC (STX)

### *The Correction in the Mirror May Be Larger Than It Appears*

Rating:
**NEUTRAL**
Price:
**$58.00**
12-Month Price Target:
**$45.00** (from $55.00)

Analysts
**Matt Bryson**
(617) 695-6302
matthew.bryson@wedbush.com

**Company Information - Hardware**

| | |
|---|---|
| Market Cap (M) | $13,541 |
| Enterprise Value (M) | $18,572 |
| 52-Week Range | $49.62 - $117.67 |
| Yield | 4.83% |

| REV (M) | | | in $ |
|---|---|---|---|
| FYE Jun | 2022A | 2023E | 2024E |
| Q1 Sep | 3,115.0A | 2,034.5A | 2,305.8E |
| Previous | | 2,100.7E | 2,642.8E |
| Q2 Dec | 3,115.6A | 1,850.2E | 2,555.3E |
| Previous | | 2,135.4E | 2,356.3E |
| Q3 Mar | 2,801.9A | 1,918.7E | 2,425.8E |
| Previous | | 2,273.0E | 2,693.4E |
| Q4 Jun | 2,627.9A | 2,128.2E | 2,545.6E |
| Previous | | 2,421.4E | 2,904.5E |
| Year* | 11,660.3A | 7,931.7E | 9,832.5E |
| Previous | | 8,935.5E | 10,997.8E |

| Gross Margin | | | in $ |
|---|---|---|---|
| FYE Jun | 2022A | 2023E | 2024E |
| Q1 Sep | 31.0%A | 24.5%A | 28.9%E |
| Previous | | 27.0%E | 28.6%E |
| Q2 Dec | 30.7%A | 21.8%E | 30.5%E |
| Previous | | 27.0%E | 30.2%E |
| Q3 Mar | 29.2%A | 24.7%E | 30.1%E |
| Previous | | 27.2%E | 30.0%E |
| Q4 Jun | 29.3%A | 28.0%E | 30.6%E |
| Previous | | | 30.4%E |
| Year* | 30.1%A | 24.9%E | 30.0%E |
| Previous | | 32.4%E | 29.8%E |

| EPS | | | in $ |
|---|---|---|---|
| FYE Jun | 2022A | 2023E | 2024E |
| Q1 Sep | 2.35A | 0.48A | 1.31E |
| Previous | | 0.66E | 1.76E |
| Q2 Dec | 2.41A | 0.15E | 1.77E |
| Previous | | 0.68E | 1.94E |
| Q3 Mar | 1.81A | 0.48E | 1.52E |
| Previous | | 0.87E | 1.69E |
| Q4 Jun | 1.59A | 1.04E | 1.76E |
| Previous | | 1.13E | 1.69E |
| Year* | 8.16A | 2.15E | 6.35E |
| Previous | | 3.34E | 6.90E |
| P/E | 7.1x | 27.0x | 9.1x |

*Pricing data provided by Thomson Reuters.*
*\*Numbers may not add up due to rounding.*

## EARNINGS REVIEW

- Challenging conditions in September left STX missing even our reduced estimates.
- Management is providing an even lower bar for the December quarter with numbers impacted by a combination of softer demand and lower utilization rates.
- STX was notified by the Commerce Department that they violated US export restrictions (by shipping HDDs to Huawei.
- Finally, STX announced a restructuring that will include a headcount reduction of ~3,000 employees with targeted savings of $110M annually.

We are slashing our forward estimates to fit STX's reduced outlook. Our new numbers envision a trough in FQ2/CQ4 as cost reductions and some likely improvement in shipments benefit FQ3/CQ1. However with reduced assumptions flowing through into our estimates including our 2024 estimates (with STX management noting significant uncertainty around demand conditions beyond the current quarter and the pace of any recovery) and with STX's net debt load having increased (as STX continued to build up leverage in large part to buyback stock), we are reducing our PT to reflect our reduced earnings outlook.

### The Good:

- Management indicated they see no risk to debt covenants or dividends at this juncture.
- Pricing for high capacity near-line drives remains benign and STX is holding production of its 20TB drives steady
- HAMR remains on track to ship in mid CY2023.
- STX quickly lowered opex and expects to begin seeing benefits from a new cost reduction plan in FQ3.

### The Negative:

- Demand deteriorated towards the end of CQ3 with conditions expected to be even worse in CQ4.
- Nearline Exabytes dipped 28% sequentially to 85 EB.
- Pricing for lower capacity drives was more aggressive in the quarter.
- The Commerce department notified STX in August that they believe STX violated US export restrictions.

### Derivatives:

- **WDC** - We believe the same difficult trends in HDDs will also weigh on WDC results.
- **MRVL, AVGO** - Soft HDD demand should impact storage revenues at HDD IC suppliers.

### Outlook & Valuation:

We are reiterating our NEUTRAL rating. Our target price drops to $45 as we continue to value STX on a PE multiple of ~11X applied to our 2024 EPS estimate (net debt).

*Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 9–12 of this report for analyst certification and important disclosure information.*

**www.wedbush.com**

CONFIDENTIAL

Seagate_000089129

**WEDBUSH**

## FQ1 Results

**Mass Capacity**

- Mass Capacity shipments decreased -25% sequentially to 104.0EB from 138.5EB in FQ4. Mass capacity revenues fell -26% Q/Q to $1.4B.
    - Nearline Exabytes shipped fell -28% Q/Q (vs. increasing 1% Q/Q to 119.0B in FQ4).
    - Other Mass Capacity shipments were down -3% Q/Q to 18.9EB (vs. up 28% Q/Q to 19.5EB in the prior quarter);
- Mass Capacity revenues represented 78% of sales (vs. 80% in the prior quarter) as previously announced, COVID lockdowns, slowing China economy, coupled with broad based inventory adjustments and a generally more cautious spending environment negatively impacted FQ1/CQ4.

**Legacy**

- Legacy capacity shipped came in at 14.3EB, down -11% from 16.1EB last quarter.
- STX noted that the decline in mission critical drives was more pronounced than in other markets.

**Systems and Flash**

- Systems and Flash Revenue was $263M increasing 21% Q/Q.
- Seagate indicated that sales of systems were helped by the recovery in component availability.

**GMs**

- GMs were down 488bps Q/Q to 24.5% vs. the 29.3% reported in FQ4'22 (the long-term target range remains 30% - 33%);
- Lower utilization rates (STX pointed to a greater than $50M headwind and 200 bps in gross margin pressure tied to reduced volumes), an unfavorable shift in mix (away from higher margin nearline and mass capacity drives), and more aggressive pricing for lower capacity products all weighed on margins.
    - Inventory increased $41M to $1.6BM, or an increase of 3% Q/Q (vs. up $86M, or 6% Q/Q, to $1.6B in FQ4'22).
    - DIO increased to 94 days (up from 76 days in FQ4).

**OMs**

- Opex dropped ~10% Q/Q to $314M as STX worked to control costs.
- Despite opex reductions, OMs declined 703 bps Q/Q to 9.0% (vs. the OM of 16.1% reported in FQ4'22), well below the long-term OM target range of 18% to 22%, as lighter sales and lower GMs weighed on operating margins.

CONFIDENTIAL

Seagate_000089130



## FQ2 and FY2023 Outlook

**FQ2**

- Seagate is forecasting revenues of $1.85B ± $150M and EPS of $0.15 ± $0.20.
- This revenue outlook contemplates:
  - Further declines in server oriented demand as customers normalize inventories;
  - No improvement to continuing soft Chinese demand for HDDs.
- With STX further reducing builds in order to allow inventories to work down, the company expects GMs to see some further pressure from underutilization (though we would note that with quarterly depreciation of just $135M, the impact of underutilization on GMs is far less significant than mix or ASPs).
- Opex is expected to dip modestly as STX continues to work to control operating expense.
- Management indicated inventories will come down significantly as STX normalize inventory levels, particularly given lighter shipment expectations. This reduction in inventories should bolster cash.

**FY'23**

- STX announced a restructuring plan that should mostly be concluded by the end of FQ2'23/CQ4'22. The plan is slated to include a headcount reduction of ~3K, or 8% of the workforce and result in annualized total expense saves of ~$110M starting in FQ3'23/CQ1'23 with ~40% to 45% of the reduction weighted to COGs. Management noted they expect an opex run-rate of ~$300M/qtr (we model modestly below that level in the near-term with opex modestly above that level in the intermediate term).
- HAMR at 30TBs remains on track for mid-CY2023 volume shipments.
- The company is focused on continuing its dividend at current levels, but is pausing its share buyback.
- Capex for FY'23 should now be below the previous guide of the low end of the guidance range of 4% to 6% of revenues.

## Increased Unexpected Event Risk

We believe the most likely outcome for STX is a rebound in revenues, margins, and earnings starting in FQ3 as inventory is worked out of the system and restructuring savings are baked into gross and operating margins. In turn, this result should yield no change to the status quo. Having said this, we would be remiss in not mentioning some increased company specific risks given the potential for unexpected forward events and STX's relatively high debt load.

- **Leverage and Interest Payments** – Not only is Seagate more highly levered than most of our companies under coverage, but the first tranche of debt comes due in mid–2023 ($608M) followed by slightly larger tranches in 2024 and 2025. Given both higher interest rates and perhaps STX's reduced outlook, STX is almost certainly set up to pay meaningfully higher levels of interest on new debt vs. the 4.75% and 4.88% coupons associated with these current holdings.

CONFIDENTIAL

Seagate_000089131

**WEDBUSH**

- **Commerce's Letter** – We don't know whether STX will be found to have violated export restrictions and/or what penalty might be imposed; however, we would note <mark>any investigation and/or litigation will likely result in some expense for STX with the potential for future fines.</mark>

- **Leverage and Flexibility** – Management stated they have no concerns around current covenants. However,

    o should current weakness extend for multiple quarters with earnings levels holding below current dividend pay-outs for an extended period of time,

    o should Commerce levy an expensive fine,

    o should lockdowns or geopolitical shifts impact component supply (particularly depending upon how aggressive STX is in reducing inventories) or end market demand,

  the amount of leverage STX has built up in order to bolster shareholder returns (dividend and buyback) creates inherent risk that isn't fully captured in our model.

Net, we don't believe STX will either cut its dividend or worse, breach covenants (see Debt Metrics below), however the company's focus on shareholder returns has created a situation where STX has limited flexibility should any unexpected event create either further deterioration in end demand and or a burden on STX cash.

**Figure 1: STX: Debt Metrics**

## Debt Metrics

| | Q1FY22 | Q2FY22 | Q3FY22 | Q4FY22 | |
|---|---|---|---|---|---|
| Debt ($M) | 5,136 | 5,861 | 5,644 | 5,646 | |
| Cash and cash equivalents ($M) | 991 | 1,535 | 1,138 | 615 | |
| Net Debt ($M) | 4,145 | 4,326 | 4,506 | 5,031 | |
| LTM Cash Interest Expense ($M) | 214 | 206 | 235 | 244 | |
| LTM Credit Agreement Defined EBITDA ($M)[1] | 2,360 | 2,604 | 2,668 | 2,549 | |
| Total Leverage Ratio[2] | 2.2x | 2.3x | 2.1x | 2.2x | |
| Total Leverage Ratio on Net Debt[3] | 1.8x | 1.7x | 1.7x | 2.0x | |
| Interest Coverage Ratio[4] | 11.0x | 12.6x | 11.4x | 10.4x | |

The Credit Agreement includes three financial covenants: (1) interest coverage ratio, (2) total leverage ratio, and (3) a minimum liquidity amount. Seagate was in compliance with the covenants as of September 30, 2020. We continue to evaluate our debt profile and structure to ensure we are able to comply with our financial debt covenants.

NOTE: Minor calculation variances are due to rounding.

1. See "Reconciliation Tables" section for reconciliation of Net Income to Credit Agreement defined EBITDA.
2. Total Leverage Ratio not to exceed 5.0 as of the end of any fiscal quarter. For the capitalized terms included but not defined here, please see the Credit Agreement filed with the SEC.
3. Reflects Net Debt divided by LTM Credit Agreement Defined EBITDA.
4. Interest Coverage Ratio not to be less than 3.25 as of the end of any fiscal quarter.

*Source: Company reports*

## Price Target & Estimates

We are maintaining our NEUTRAL rating and lowering our target price to $45 (from $55). We arrive at our target price by applying an earnings multiple of ~11X to our FY'24 EPS (netting out ~$26/share in net debt). While this multiple is roughly in-line with STX's historic range, we would

CONFIDENTIAL

Seagate_000089132


note that it values STX at a premium to multiples we use to value peers with exposure to similarly cyclical industries including WDC and MU.

- **Our new 2Q23E estimates are** for EPS of $0.15, revenues of $1.850B, GMs of 21.8%, and OMs of 5.5% (vs. our previous estimates of $0.68, $2.135B, 27.0%, and 10.2%; and previous consensus estimates of $0.93, $2.195B, 28.0%, and 12.2%).

- **Our new 2023E estimates are** for EPS of $2.15, revenues of $7.932B, GMs of 24.9%, and OMs of 9.7% (vs. our previous estimates of $3.34, $8.936B, 27.4%, and 11.3%; and previous consensus estimates of $4.24, $9.071B, 28.1%, and 13.0%).

- **Our new 2024E estimates are** for EPS of $6.35, revenues of $9.832B, GMs of 30.0%, and OMs of 17.5% (vs. our previous estimates of $6.99, $10.997B, 29.8%, and 16.7%; and previous consensus estimates of $7.24, $10.587B, 29.9%, and 16.8%).

**Figure 2: STX: Historical Multiples**





**Figure 3: STX: Updated Wedbush Estimates**

| STX.O $M | Wedbush 2023E | Previous 2023E | %Δ | Consensus 2023E | Wedbush 2024E | Previous 2024E | %Δ | Consensus 2024E |
|---|---|---|---|---|---|---|---|---|
| EPS | $2.15 | $3.34 | -$1.20 | $4.24 | $6.35 | $6.99 | -$0.64 | $7.24 |
| Revenue | $7,932 | $8,936 | -11% | $9,071 | $9,832 | $10,997 | -11% | $10,587 |
| GM% | 24.9% | 27.4% | -249bps | 28.1% | 30.0% | 29.8% | 23bps | 29.9% |
| OM% | 9.7% | 11.3% | -157bps | 13.0% | 17.5% | 16.7% | 81bps | 16.8% |

*Source: Thomson Reuters, Company reports & Wedbush Securities, Inc. estimates*

**Figure 4: STX: Updated Wedbush Estimates**

| STX.O $M | Outlook 2Q23E | Wedbush 2Q23E | Previous 2Q23E | %Δ | Consensus 2Q23E |
|---|---|---|---|---|---|
| EPS | -$0.05 - $0.35 | $0.15 | $0.68 | -$0.53 | $0.93 |
| Revenue | $1,700M - $2,000M | $1,850 | $2,135 | -13% | $2,195 |
| GM% | | 21.8% | 27.0% | -523bps | 28.0% |
| OM% | | 5.5% | 10.2% | -470bps | 12.2% |

*Source: Thomson Reuters, Company reports & Wedbush Securities, Inc. estimates*

CONFIDENTIAL

Seagate_000089133

**▰▰▰ WEDBUSH**

Figure 5: STX: Variance with Estimates, Q/Q%Δ & Y/Y%Δ

| STX.O $M | Outlook 1Q23E | Wedbush 1Q23A | Previous 1Q23E | Var | Consensus 1Q23E | Var | 4Q22A | Q/Q %Δ | 1Q22A | Y/Y %Δ |
|---|---|---|---|---|---|---|---|---|---|---|
| EPS | <$1.20 | $0.48 | $0.66 | -$0.18 | $0.73 | -$0.24 | $1.59 | -$1.11 | $2.35 | -$1.87 |
| Revenue | $2,000M - $2,200M | $2,035 | $2,101 | -3% | $2,108 | -3% | $2,628 | -23% | $3,115 | -35% |
| GM% | | 24.5% | 27.0% | -255bps | 27.3% | -279bps | 29.3% | -485bps | 31.0% | -651bps |
| OM% | | 9.1% | 10.1% | -108bps | 10.5% | -144bps | 16.1% | -700bps | 20.1% | -1,106bps |

*Source: Thomson Reuters, Company reports & Wedbush Securities, Inc. estimates*

CONFIDENTIAL

Seagate_000089134


**WEDBUSH**

## Income Statement and Other Selected Financials

| Seagate Technology (STX) | 2023E | | | | 2024E | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal year ending June 30 | 1Q23A | 2Q23E | 3Q23E | 4Q23E | 1Q24E | 2Q24E | 3Q24E | 4Q24E | 2022A | 2023E | 2024E |
| $M | Sep-22 | Dec-22 | Mar-23 | Jul-23 | Sep-23 | Dec-23 | Mar-24 | Jun-24 | Jul-22 | Jul-23 | Jun-24 |
| EPS - Non_GAAP | $0.48 | $0.15 | $0.48 | $1.04 | $1.31 | $1.77 | $1.52 | $1.76 | $8.16 | $2.15 | $6.35 |
| Revenue | 2,035 | 1,850 | 1,919 | 2,128 | 2,306 | 2,555 | 2,426 | 2,546 | 11,660 | 7,932 | 9,832 |
| GM% | 24.5% | 21.8% | 24.7% | 28.0% | 28.9% | 30.5% | 30.1% | 30.6% | 30.1% | 24.9% | 30.0% |
| OM% | 9.1% | 5.5% | 9.3% | 14.4% | 15.8% | 18.4% | 17.3% | 18.4% | 18.4% | 9.7% | 17.5% |
| **OPERATING METRICS** | **1Q23A** | **2Q23E** | **3Q23E** | **4Q23E** | **1Q24E** | **2Q24E** | **3Q24E** | **4Q24E** | **2022A** | **2023E** | **2024E** |
| **HDD Revenue** | **$1,772** | **$1,600** | **$1,669** | **$1,878** | **$2,056** | **$2,305** | **$2,176** | **$2,296** | **$10,660** | **$6,919** | **$8,832** |
| HDD Cost | 1,339 | 1,260 | 1,257 | 1,345 | 1,453 | 1,589 | 1,509 | 1,580 | 7,398 | 5,200 | 6,131 |
| HDD GM | 24.4% | 21.3% | 24.7% | 28.4% | 29.3% | 31.1% | 30.7% | 31.2% | 30.6% | 24.8% | 30.6% |
| Total units | 15.6 m | 14.3 m | 14.7 m | 16.2 m | 17.7 m | 19.9 m | 18.4 m | 19.0 m | 97.5 m | 60.8 m | 75.0 m |
| ASP | $97.01 | $94.32 | $96.51 | $100.50 | $101.91 | $103.49 | $104.66 | $107.44 | $109.39 | $113.86 | $117.73 |
| *Y/Y Trends* | | | | | | | | | | | |
| Revenue | -38% | -43% | -35% | -22% | 16% | 44% | 30% | 22% | 9% | -35% | 28% |

| **INCOME STATEMENT** | **1Q23A** | **2Q23E** | **3Q23E** | **4Q23E** | **1Q24E** | **2Q24E** | **3Q24E** | **4Q24E** | **2022A** | **2023E** | **2024E** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 2,035 | 1,850 | 1,919 | 2,128 | 2,306 | 2,555 | 2,426 | 2,546 | 11,660 | 7,932 | 9,832 |
| Cost of goods sold | 1,553 | 1,447 | 1,444 | 1,532 | 1,641 | 1,776 | 1,696 | 1,768 | 8,192 | 5,976 | 6,881 |
| Gross margin | 482 | 403 | 474 | 596 | 665 | 779 | 729 | 778 | 3,468 | 1,955 | 2,952 |
| Selling, general, and administrative | 129 | 115 | 110 | 110 | 115 | 120 | 120 | 120 | 559 | 464 | 475 |
| Research and development | 234 | 220 | 210 | 210 | 238 | 245 | 145 | 245 | 941 | 874 | 873 |
| Other | 12 | 65 | | | | | | | 14 | 77 | |
| Total Operating Expense | 375 | 400 | 320 | 320 | 353 | 365 | 265 | 365 | 1,514 | 1,415 | 1,348 |
| Operating Income | 107 | 3 | 154 | 276 | 312 | 414 | 464 | 413 | 1,954 | 540 | 1,604 |
| Interest and Other Income | (80) | (74) | (74) | (74) | (74) | (74) | (74) | (74) | (276) | (302) | (296) |
| Income before Taxes | 27 | (71) | 80 | 202 | 238 | 340 | 390 | 339 | 1,678 | 238 | 1,308 |
| Income Tax Expense | (2) | (5) | 6 | 14 | 17 | 24 | 27 | 24 | 30 | 13 | 92 |
| Net Income | 29 | (66) | 75 | 188 | 222 | 316 | 363 | 315 | 1,648 | 226 | 1,216 |
| Income per Share (Diluted) | $0.14 | -$0.30 | $0.34 | $0.85 | $1.00 | $1.42 | $1.64 | $1.42 | $7.34 | $1.02 | $5.48 |
| Average Shares Outstanding (Diluted) | 210 | 222 | 222 | 222 | 222 | 222 | 222 | 222 | 224 | 219 | 222 |
| | | | | | | | | | | | |
| Non-GAAP cost of goods sold | 1,536 | 1,447 | 1,444 | 1,532 | 1,641 | 1,776 | 1,696 | 1,768 | 8,148 | 5,960 | 6,881 |
| Non-GAAP gross margin | 498 | 403 | 474 | 596 | 665 | 779 | 729 | 778 | 3,512 | 1,972 | 2,952 |
| GM% | 24.5% | 21.8% | 24.7% | 28.0% | 28.9% | 30.5% | 30.1% | 30.6% | 30.1% | 24.9% | 30.0% |
| | | | | | | | | | | | |
| Non-GAAP operating expense | 314 | 302 | 295 | 290 | 300 | 310 | 310 | 310 | 1,370 | 1,201 | 1,230 |
| Non-GAAP operating income | 184 | 101 | 179 | 306 | 365 | 469 | 419 | 468 | 2,142 | 771 | 1,722 |
| OM% | 9.1% | 5.5% | 9.3% | 14.4% | 15.8% | 18.4% | 17.3% | 18.4% | 18.4% | 9.7% | 17.5% |
| | | | | | | | | | | | |
| Total non-GAAP charges | 72 | 98 | 25 | 30 | 53 | 55 | (45) | 55 | 185 | 225 | 118 |
| Non-GAAP net income | 101 | 32 | 100 | 218 | 275 | 371 | 318 | 370 | 1,833 | 451 | 1,334 |
| | | | | | | | | | | | |
| **Non-GAAP Income per Share (Diluted)** | **$0.48** | **$0.15** | **$0.48** | **$1.04** | **$1.31** | **$1.77** | **$1.52** | **$1.76** | **$8.16** | **$2.15** | **$6.35** |
| | | | | | | | | | | | |
| Non-GAAP Average Shares Outstanding (Diluted) | 210 | 210 | 210 | 210 | 210 | 210 | 210 | 210 | 224 | 210 | 210 |

| **BALANCE SHEET** | **1Q23A** | **2Q23E** | **3Q23E** | **4Q23E** | **1Q24E** | **2Q24E** | **3Q24E** | **4Q24E** | **2022A** | **2023E** | **2024E** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | 761 | 1,094 | 1,433 | 1,579 | 1,849 | 2,180 | 2,763 | 3,068 | 615 | 1,579 | 3,068 |
| Accounts receivable, net | 1,098 | 1,300 | 1,200 | 1,200 | 1,200 | 1,200 | 1,000 | 1,000 | 1,532 | 1,200 | 1,000 |
| Inventories | 1,606 | 1,200 | 1,100 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,565 | 1,200 | 1,200 |
| Other current assets | 275 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 321 | 300 | 300 |
| Total current assets | 3,740 | 3,894 | 4,033 | 4,279 | 4,549 | 4,880 | 5,263 | 5,568 | 4,033 | 4,279 | 5,568 |
| Non-current assets: | | | | | | | | | | | |
| Property, plant and equipment, net | 2,196 | 2,098 | 2,021 | 1,949 | 1,889 | 1,861 | 1,828 | 1,825 | 2,239 | 1,949 | 1,825 |
| Investment in debt security | | | | | | | | | | | |
| Goodwill | 1,237 | 1,237 | 1,237 | 1,237 | 1,237 | 1,237 | 1,237 | 1,237 | 1,237 | 1,237 | 1,237 |
| Other intangible assets, net | 5 | | | | | | | | 9 | | |
| Other non-current assets | 1,433 | 1,433 | 1,433 | 1,433 | 1,433 | 1,433 | 1,433 | 1,433 | 1,426 | 1,433 | 1,433 |
| Total assets | 8,611 | 8,662 | 8,724 | 8,899 | 9,107 | 9,410 | 9,761 | 10,063 | 8,944 | 8,899 | 10,063 |
| Current liabilities: | | | | | | | | | | | |
| Accounts payable | 1,712 | 1,712 | 1,712 | 1,712 | 1,712 | 1,712 | 1,712 | 1,712 | 2,058 | 1,712 | 1,712 |
| Accrued expenses | 790 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 913 | 900 | 900 |
| Current portion of long-term debt | 636 | 636 | 636 | 636 | 636 | 636 | 636 | 636 | 584 | 636 | 636 |
| Total current liabilities | 3,138 | 3,248 | 3,248 | 3,248 | 3,248 | 3,248 | 3,248 | 3,248 | 3,555 | 3,248 | 3,248 |
| Non-current liabilities: | | | | | | | | | | | |
| Long-term debt | 5,613 | 5,613 | 5,613 | 5,613 | 5,613 | 5,613 | 5,613 | 5,613 | 5,062 | 5,613 | 5,613 |
| Other liabilities | 211 | 211 | 211 | 211 | 211 | 211 | 211 | 211 | 218 | 211 | 211 |
| Total liabilities | 8,962 | 9,072 | 9,072 | 9,072 | 9,072 | 9,072 | 9,072 | 9,072 | 8,835 | 9,072 | 9,072 |
| | | | | | | | | | | | |
| Net Debt | 5,488 | 5,155 | 4,816 | 4,670 | 4,400 | 4,069 | 3,486 | 3,181 | 5,031 | 4,670 | 3,181 |

| **CASH FLOW** | **1Q23A** | **2Q23E** | **3Q23E** | **4Q23E** | **1Q24E** | **2Q24E** | **3Q24E** | **4Q24E** | **2022A** | **2023E** | **2024E** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH FLOW (3 MONTHS)** | | | | | | | | | | | |
| **Net cash provided by operating activities** | 245 | 517 | 544 | 357 | 486 | 580 | 827 | 579 | 1,657 | 1,663 | 2,472 |
| **Net cash used in investing activities** | (133) | (37) | (58) | (64) | (69) | (102) | (97) | (127) | (352) | (291) | (396) |
| **Net cash used in financing activities** | 34 | (147) | (147) | (147) | (147) | (147) | (147) | (147) | (1,899) | (407) | (588) |
| **Net change in cash and cash equivalents** | 146 | 333 | 339 | 146 | 269 | 331 | 583 | 305 | (594) | 964 | 1,488 |

*Source: Thomson Reuters, Company reports & Wedbush Securities, Inc. estimates*

CONFIDENTIAL

Seagate_000089135

# WEDBUSH

## HARDWARE

| TICKER | COMPANY NAME | WEDB RATING | PRICE$ | WEDB TP$ | UP/DNSIDE % | MKT CAP$B | EV$B | WEDB EPS EST 2021A | 2022E | 2023E | 2024E | WEDB REV EST $M 2021A | 2022E | 2023E | 2024E | WEDB P/E 2021A | 2022E | 2023E | 2024E | WEDB EV/SALES 2021A | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2330 | Taiwan Semiconductor Manufacturing Co Ltd | O | $376.00 | $600.00 | 60% | 9,749.8 | 9,228.3 | $23.02 | $38.96 | $36.11 | $40.66 | $1,587,400 | $2,277,600 | 2,435,100 | 2,750,100 | 15.4x | 9.1x | 9.8x | 8.7x | 5.8x | 4.0x | 3.8x | 3.4x |
| AMD | Advanced Micro Devices Inc | O | $60.96 | $100.00 | 64% | 99.2 | 96.0 | $2.80 | $3.61 | $4.12 | $4.98 | $16,434 | $23,707 | 25,883 | 29,726 | 21.1x | 16.3x | 14.3x | 11.8x | 5.8x | 4.0x | 3.7x | 3.2x |
| AXTI | AXT Inc | O | $4.56 | $13.00 | 185% | 0.2 | 0.3 | $0.45 | $0.59 | $0.84 | - | $137 | $162 | 191 | - | 9.5x | 7.2x | 5.1x | - | 1.3x | 1.1x | 1.0x | - |
| DBD | Diebold Nixdorf Inc | O | $2.14 | $5.00 | 134% | 0.2 | 2.3 | $0.80 | ($0.56) | $1.38 | $1.93 | $3,905 | $3,500 | 3,856 | 3,965 | 36.5x | -52.2x | 21.2x | 15.1x | 0.6x | 0.7x | 0.6x | 0.6x |
| GFS | Globalfoundries Inc | O | $57.76 | $77.00 | 33% | 31.6 | 30.8 | ($0.05) | $2.70 | $2.70 | $3.76 | $6,585 | $8,087 | 8,476 | 9,167 | - | 20.8x | 21.1x | 15.0x | 4.6x | 3.8x | 3.6x | 3.3x |
| INTC | Intel Corp | U | $27.71 | $23.00 | -17% | 112.5 | 120.9 | $5.47 | $2.10 | $2.13 | $2.10 | $74,718 | $65,150 | 61,415 | 63,310 | 5.4x | 14.2x | 14.0x | 14.2x | 1.6x | 1.9x | 2.0x | 1.9x |
| MU | Micron Technology Inc | O | $56.44 | $65.00 | 15% | 60.7 | 58.3 | $6.07 | $8.35 | $0.47 | $6.33 | $27,706 | $30,759 | 18,852 | 29,776 | 8.9x | 6.5x | 115.4x | 8.6x | 2.1x | 1.9x | 3.1x | 2.0x |
| NTAP | NetApp Inc | N | $68.49 | $80.00 | 17% | 14.7 | 13.9 | $4.06 | $5.29 | $5.48 | $5.92 | $5,744 | $6,318 | 6,771 | 7,200 | 16.0x | 12.3x | 11.8x | 10.9x | 2.5x | 2.2x | 2.1x | 2.0x |
| NVDA | NVIDIA Corp | N | $132.59 | $160.00 | 21% | 330.2 | 324.1 | $2.50 | $4.44 | $3.48 | $4.87 | $16,675 | $26,914 | 27,539 | 32,049 | 52.1x | 29.3x | 37.4x | 26.7x | 19.4x | 12.0x | 11.8x | 10.1x |
| PSTG | Pure Storage Inc | N | $29.65 | $35.00 | 18% | 8.8 | 8.0 | $0.18 | $0.72 | $1.16 | $1.25 | $1,684 | $2,181 | 2,756 | 3,143 | 150.2x | 37.6x | 23.3x | 21.6x | 4.8x | 3.7x | 2.9x | 2.6x |
| SIMO | Silicon Motion Technology Corp | O | $55.00 | $110.00 | 100% | 1.8 | 1.6 | $6.21 | $7.67 | $8.68 | - | $922.10 | $1,035.90 | 1,158 | - | 8.0x | 6.5x | 5.7x | - | 1.9x | 1.7x | 1.5x | - |
| SMCI | Super Micro Computer Inc | N | $67.07 | $55.00 | -18% | 3.5 | 3.8 | - | $5.63 | $8.00 | $6.33 | - | $5,196.10 | 6,432 | 6,858 | - | 13.0x | 9.2x | 11.6x | - | 0.7x | 0.6x | 0.6x |
| STX | Seagate Technology Holdings PLC | N | $53.82 | $45.00 | -16% | 12.0 | 17.0 | $5.70 | $8.16 | $2.15 | $6.35 | $10,681 | $11,660 | 7,932 | 9,832 | 13.6x | 9.5x | 36.2x | 12.2x | 1.5x | 1.4x | 2.1x | 1.7x |
| 2303 | United Microelectronics Corp | O | $38.10 | $55.00 | 44% | 475.6 | 350.2 | $4.56 | $7.19 | $5.24 | $4.87 | 213,000 | 277,300 | 257,400 | 280,100 | 6.1x | 3.9x | 5.3x | 5.8x | 1.6x | 1.3x | 1.4x | 1.2x |
| WDC | Western Digital Corp | O | $35.73 | $60.00 | 68% | 11.2 | 15.9 | $4.55 | $8.22 | $0.48 | $7.34 | $16,921 | $18,794 | 13,652 | 18,507 | 11.1x | 6.2x | 105.5x | 6.9x | 0.9x | 0.8x | 1.2x | 0.9x |

| TICKER | COMPANY NAME | MEAN REC | PRICE$ | MEAN TP$ | UP/DNSIDE % | MKT CAP$B | EV$B | MEAN EPS EST 2021A | 2022E | 2023E | 2024E | MEAN REV EST $M 2021A | 2022E | 2023E | 2024E | MEAN P/E 2021A | 2022E | 2023E | 2024E | MEAN EV/SALES 2021A | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2330 | Taiwan Semiconductor Manufacturing Co Ltd | O | $376.00 | $617.83 | 64% | 9,749.8 | 9,228.3 | $23.09 | $38.70 | $37.64 | $43.68 | $1,585,687 | $2,286,530 | $2,465,118 | $2,876,509 | 15.4x | 9.2x | 9.4x | 8.1x | 5.8x | 4.0x | 3.7x | 3.2x |
| AMD | Advanced Micro Devices Inc | N | $60.96 | $97.93 | 61% | 99.2 | 96.0 | $2.64 | $3.60 | $3.87 | $5.01 | $16,134 | $23,883 | $25,887 | $29,774 | 22.4x | 16.4x | 15.2x | 11.8x | 5.9x | 4.0x | 3.7x | 3.2x |
| AXTI | AXT Inc | O | $4.56 | $9.92 | 117% | 0.2 | 0.3 | $0.34 | $0.40 | $0.53 | - | $135 | $150 | $161 | - | 12.7x | 10.7x | 8.0x | - | 1.4x | 1.2x | 1.1x | - |
| DBD | Diebold Nixdorf Inc | N | $2.14 | $4.00 | 87% | 0.2 | 2.3 | $1.23 | ($0.47) | $1.28 | $1.81 | $3,911 | $3,496 | $3,724 | $3,829 | 23.7x | -61.9x | 22.9x | 16.2x | 0.6x | 0.7x | 0.6x | 0.6x |
| GFS | Globalfoundries Inc | O | $57.76 | $66.89 | 16% | 31.6 | 30.8 | ($0.19) | $2.59 | $2.38 | $3.03 | $6,551 | $8,063 | $8,315 | $9,066 | -291.7x | 21.7x | 23.6x | 18.5x | 4.6x | 3.8x | 3.7x | 3.3x |
| INTC | Intel Corp | N | $27.71 | $34.27 | 24% | 112.5 | 120.9 | $5.28 | $2.15 | $2.42 | $2.74 | $73,515 | $65,262 | $65,789 | $68,370 | 5.6x | 13.8x | 12.3x | 10.9x | 1.7x | 1.9x | 1.9x | 1.8x |
| MU | Micron Technology Inc | N | $56.44 | $65.92 | 17% | 60.7 | 58.3 | $5.98 | $8.18 | $0.54 | $3.68 | $27,649 | $30,806 | $18,986 | $27,040 | 9.1x | 6.6x | 101.4x | 14.7x | 2.1x | 1.9x | 3.1x | 2.2x |
| NTAP | NetApp Inc | N | $68.49 | $87.92 | 28% | 14.7 | 13.9 | $4.01 | $5.14 | $5.52 | $6.00 | $5,687 | $6,320 | $6,782 | $7,113 | 16.2x | 12.6x | 11.7x | 10.8x | 2.5x | 2.2x | 2.1x | 2.0x |
| NVDA | NVIDIA Corp | N | $132.59 | $190.50 | 44% | 330.2 | 324.1 | $2.43 | $4.35 | $3.35 | $4.35 | $16,495 | $26,686 | $27,018 | $30,548 | 53.5x | 30.0x | 38.8x | 29.9x | 19.6x | 12.1x | 12.0x | 10.6x |
| PSTG | Pure Storage Inc | N | $29.65 | $38.69 | 31% | 8.8 | 8.0 | $0.14 | $0.63 | $1.17 | $1.31 | $1,662 | $2,103 | $2,752 | $3,155 | 186.6x | 43.1x | 23.2x | 20.7x | 4.9x | 3.8x | 2.9x | 2.6x |
| SIMO | Silicon Motion Technology Corp | N | $55.00 | $104.38 | 90% | 1.8 | 1.6 | $6.06 | $7.24 | $7.62 | $7.91 | $920 | $1,037 | $1,129 | $1,128 | 8.2x | 6.9x | 6.5x | 6.3x | 1.9x | 1.7x | 1.5x | 1.5x |
| SMCI | Super Micro Computer Inc | N | $67.07 | $86.00 | 28% | 3.5 | 3.8 | $2.46 | $4.98 | $7.89 | $7.29 | $3,508 | $5,102 | $6,461 | $6,879 | 29.8x | 14.7x | 9.3x | 10.1x | 1.1x | 0.7x | 0.6x | 0.6x |
| STX | Seagate Technology Holdings PLC | N | $53.82 | $69.60 | 29% | 12.0 | 17.0 | $5.56 | $8.47 | $4.04 | $7.03 | $10,648 | $11,823 | $8,987 | $10,537 | 14.0x | 9.2x | 19.3x | 11.1x | 1.5x | 1.4x | 1.8x | 1.6x |
| 2303 | United Microelectronics Corp | N | $38.10 | $47.50 | 25% | 475.6 | 350.2 | $4.47 | $6.93 | $5.40 | $4.98 | $211,985 | $275,549 | $260,875 | $269,965 | 6.3x | 4.0x | 5.2x | 5.6x | 1.7x | 1.3x | 1.3x | 1.3x |
| WDC | Western Digital Corp | N | $35.73 | $46.91 | 31% | 11.2 | 15.9 | $3.88 | $8.18 | $1.54 | $4.74 | $16,551 | $18,848 | $14,482 | $17,367 | 13.0x | 6.2x | 32.8x | 10.7x | 1.0x | 0.8x | 1.1x | 0.9x |

Source: Thomson Reuters & Wedbush Securities, Inc. estimates; Priced: 10/26/2022
* All numbers for 2330.TW and 2303.TW in NT$

Matt Bryson | O: 617 695 6302 | M: 617 680 0888 | matthew.bryson@wedbush.com

## VALUATION

| | |
|---|---|
| 2330 | We arrive at our target price by applying a PE multiple of ~14X to our FY2024 EPS estimate (plus net cash). |
| AMD | We arrive at our target price by applying a PE multiple of ~20X to our FY2024 EPS estimate (plus net cash). |
| AXTI | We arrive at our target price by applying a PE multiple of ~15X to our FY2023 EPS estimate (plus net cash). |
| DBD | We arrive at our target price by applying a EV/Sales multiple of ~0.6X to our FY2023 estimate (net debt) consistent with where it has traded historically. |
| GFS | We arrive at our target price by applying a PE multiple of ~20X to our FY2024 EPS estimate (plus net cash). |
| INTC | We arrive at our target price by applying a multiple of ~11X to our FY2024 (net debt) outlook. |
| MU | We arrive at our target price by applying a PE multiple of ~10X to our FY2024 (plus net cash) outlook. |
| NTAP | We arrive at our target price by applying a PE multiple of ~13X to our FY2024 estimates and adding net cash. |
| NVDA | We arrive at our target price by applying a PE multiple of ~32X to our FY2024 EPS estimate (plus net cash). |
| PSTG | We arrive at our target price by applying a PE multiple of ~26X to our FY2024 estimates (plus net cash), consistent with PSTG's historical valuation range. |
| SIMO | Our price target is based on the current deal value of the MXL offer as of 07/27/22. |
| SMCI | We arrive at our target price by applying a PE multiple of ~9.6X to our FY2024 EPS (net debt). |
| STX | We arrive at our target price by applying a forward earnings multiple of ~11X to our FY2024 EPS (net debt). |
| 2303 | We arrive at our target price based on a multiple of ~8X PE using our FY2024 EPS estimate (net cash). |
| WDC | We arrive at our target price by applying a PE multiple of ~10X to our FY2024 (netting out debt) estimate which is in-line with WDC's historical valuation. |

## RISKS

| | |
|---|---|
| 2330 | Economic deterioration and demand destruction related to the pandemic, changes to US Policy, sovereignty risk to Taiwan, risk to the supply chain, and technology risk. |
| AMD | AMD misexecutes, customers choose other vendors, competition increases (e.g., pricing, design), TSMC is constrained (production), the economy deteriorates. |
| AXTI | Demand for AXTI products fall; Tongmei fails to IPO; China/US trade risk; market share loss. |
| DBD | DBD restructuring fails, inability to satisfy debt service, demand for DBD's products fall, and market share accretion. |
| GFS | Economic deterioration and demand destruction related to the pandemic, changes to government policy, risk to the supply chain, and technology risk. |
| INTC | INTC executes on stated initiatives, competition misexecutes, INTC divests underperforming businesses, tailwinds continue to boost revenues and GM. |
| MU | MU misexecutes, future acquisitions dilute value, Chinese vendors successfully enter NAND or DRAM markets. |
| NTAP | Upside risks: Successful product innovation (software), competitor missteps and accelerated TAM growth. Downside risks: Cloud cannibalization, normalized enterprise spend, increasing competition and misexecution. |
| NVDA | Upside risks: Gaming rebounds, China issues are resolved favorably; new initiatives (digital twins, metaverse) take off Downside risks: DC weakens; gaming demand softens further, misexecution, customers reduce spending, competition gains share, US/China tensions increase. |
| PSTG | Upside risks: Successful product innovation, inroads into cloud, competitor missteps and accelerated TAM growth. Downside risks: Cloud cannibalization, normalization/decline in enterprise spend, increasing competition and misexecution. |
| SIMO | The MXL/SIMO acquisition fails to close, misexecution. |
| SMCI | Upside risk: SMCI out executes/innovates vs. peers, demand increases. Downside risks: misexecutes, pricing declines, demand decreases, US/China tensions increase. |
| STX | Upside risk: STX executes on stated initiatives and particularly HAMR, pricing increases, demand increases. Downside risks: misexecutes, pricing declines, demand decreases, US/China tensions increase. |
| 2303 | Economic deterioration and demand destruction related to the pandemic, changes to US Policy, sovereignty risk to Taiwan, risk to the supply chain, and technology risk. |
| WDC | WDC misexecutes, customers choose other vendors, competition increases (e.g., pricing, design), the economy deteriorates. |

CONFIDENTIAL

Seagate_000089136



## Valuation
We arrive at our price target price by applying a target multiple of ~11x to our FY2024 EPS (net debt).

## Company Description
Seagate is a manufacturer and supplier of HDDs and storage solutions for consumer and enterprise use cases.

## Risks to the Attainment of Our Price Target and Rating:
- A shift in competitive dynamics tied to new technology roll-outs (HAMR by STX or MAMR by WDC/Toshiba).
- Failure to execute on the next generation of near-line drives.
- Declines in NAND pricing and greater than expected cannibalization rates of HDDs by SSDs.
- Optimization of data storage by hyperscale customers leading to lower than anticipated requirements for additional data storage.
- An unexpected increase in industry price competition (following numerous years of benign trends).
- Impairment of production assets tied to unanticipated events (e.g., the Thai Floods of 2011) leading to a shortfall in industry capacity.

## Analyst Certification
I, Matt Bryson, certifies that the views expressed in this report accurately reflect my personal opinion and that I have not and will not, directly or indirectly, receive compensation or other payments in connection with my specific recommendations or views contained in this report.

## Mentioned Companies

| Company | Rating | Price | Target |
|---|---|---|---|
| Western Digital | OUTPERFORM | $35.29 | $60.00 |

## Investment Rating System:
OUTPERFORM: Expect the total return of the stock to outperform relative to the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

NEUTRAL: Expect the total return of the stock to perform in-line with the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

UNDERPERFORM: Expect the total return of the stock to underperform relative to the median total return of the analyst's (or the analyst's team) coverage universe of the next 6-12 months.

The Investment Ratings are based on the expected performance of a stock (based on anticipated total return to price target) relative to the other stocks in the analyst's coverage universe (or the analyst's team coverage).*

| Rating distribution (as of October 26, 2022) | Investment Banking Relationships (as of October 26, 2022) |
|---|---|
| OUTPERFORM: 64.85% | OUTPERFORM: 8.82% |
| NEUTRAL: 32.15% | NEUTRAL: 1.69% |
| UNDERPERFORM: 3.00% | UNDERPERFORM: 0.00% |

The Distribution of Ratings is required by FINRA rules; however, WS' stock ratings of Outperform, Neutral, and Underperform most closely conform to Buy, Hold, and Sell, respectively. Please note, however, the definitions are not the same as WS' stock ratings are on a relative basis.

The analysts responsible for preparing research reports do not receive compensation based on specific investment banking activity. The analysts receive compensation that is based upon various factors including WS' total revenues, a portion of which are generated by WS' investment banking activities.

## Company Specific Disclosures
1. WS makes a market in the securities of Seagate Technology Holdings PLC and Western Digital.

## Price Charts

CONFIDENTIAL

Seagate_000089137

# WEDBUSH



**Seagate Technology Holdings PLC Rating History as of 10-25-2022**

Closing Price — Price Target

Outperform (OP); Neutral (N); Underperform (UP); Not Rated (NR)



**Western Digital Rating History as of 10-25-2022**

Closing Price — Price Target

Outperform (OP); Neutral (N); Underperform (UP); Not Rated (NR)

Wedbush disclosure price charts are updated within the first fifteen days of each new calendar quarter per FINRA regulations. Price charts for companies initiated upon in the current quarter, and rating and target price changes occurring in the current quarter, will not be displayed until the following quarter. Additional information on recommended securities is available on request.

Disclosure information regarding historical ratings and price targets is available: Research Disclosures

*WS changed its rating system from (Strong Buy/ Buy/ Hold/ Sell) to (Outperform/ Neutral/ Underperform) on July 14, 2009.

Applicable disclosure information is also available upon request by contacting the Research Department at (212) 833-1375, by email to leslie.lippai@wedbush.com. You may also submit a written request to the following: Wedbush Securities, Attn: Research Department, 142 W 57th Street, New York, NY 10019.

CONFIDENTIAL

Seagate_000089138



## OTHER DISCLOSURES

The information herein is based on sources that we consider reliable, but its accuracy is not guaranteed. The information contained herein is not a representation by this corporation, nor is any recommendation made herein based on any privileged information. This information is not intended to be nor should it be relied upon as a complete record or analysis: neither is it an offer nor a solicitation of an offer to sell or buy any security mentioned herein. This firm, Wedbush Securities, its officers, employees, and members of their families, or any one or more of them, and its discretionary and advisory accounts, may have a position in any security discussed herein or in related securities and may make, from time to time, purchases or sales thereof in the open market or otherwise. The information and expressions of opinion contained herein are subject to change without further notice. The herein mentioned securities may be sold to or bought from customers on a principal basis by this firm. Additional information with respect to the information contained herein may be obtained upon request.

Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 3–7 of this report for analyst certification and important disclosure information.

CONFIDENTIAL

Seagate_000089139

# WEDBUSH

## Equity Research

### CONSUMER AND RETAIL

**Beverages**
Gerald Pascarelli, CFA    (646) 860-7585    gerald.pascarelli@wedbush.com

**Footwear & Apparel**
Tom Nikic    (212) 938-9932    tom.nikic@wedbush.com

**Hardlines Retail**
Seth Basham    (212) 938-9954    seth.basham@wedbush.com

**Home Builders/Building Products**
Jay McCanless    (212) 833-1381    jay.mccanless@wedbush.com

**Restaurants**
Nick Setyan    (213) 688-4519    nick.setyan@wedbush.com

### TMT

**Digital Media**
Michael Pachter    (213) 688-4474    michael.pachter@wedbush.com

**Digital Media**
Nick McKay    (213) 688-4343    nick.mckay@wedbush.com

**Entertainment/Consumer Tech**
Alicia Reese    (212) 938-9927    alicia.reese@wedbush.com

**Enterprise Software**
Dan Ives    (212) 344-2073    dan.ives@wedbush.com

**Hardware**
Matt Bryson    (617) 695-6302    matthew.bryson@wedbush.com

**Payments/IT Services**
Moshe Katri    (212) 938-9947    moshe.katri@wedbush.com

### HEALTHCARE

**Biotechnology**
David Nierengarten, Ph.D.    (415) 274-6862    david.nierengarten@wedbush.com

**Biotechnology**
Robert Driscoll, Ph.D.    (415) 274-6863    robert.driscoll@wedbush.com

**Emerging Pharmaceuticals**
Liana Moussatos, Ph.D.    (415) 263-6626    liana.moussatos@wedbush.com

**Emerging Pharmaceuticals**
Andreas Argyrides    (212) 833-1399    andreas.argyrides@wedbush.com

**Biotechnology**
Laura Chico, Ph.D.    (212) 668-9868    laura.chico@wedbush.com

### FINANCIAL INSTITUTIONS GROUP

**Mid-Cap Banks/Disruptive Finance**
David Chiaverini, CFA    (212) 938-9934    david.chiaverini@wedbush.com

**Specialty Finance**
Henry Coffey, CFA    (212) 833-1382    henry.coffey@wedbush.com

### RESEARCH MANAGEMENT

**Kevin Merritt, CFA**
Director of Research
kevin.merritt@wedbush.com
(212) 938-9949

**Kirsten Fraunces**
EVP, Head of Capital Markets
kirsten.fraunces@wedbush.com
(213) 688-4404

### COMMODITY AGRICULTURE RESEARCH

**Al Kluis**
Kluis Commodity Advisors
info@kluiscommodityadvisors.com
(888) 345-2855

### FIXED INCOME FUTURE & RATES RESEARCH

**Arthur Bass**
Managing Director
Arthur.Bass@Wedbush.com
(212) 259-6582

### CORPORATE ACCESS

**Avishai Kantor**
Vice President, Corporate Access
Avishai.Kantor@wedbush.com
(212) 259-6589

**Sophia Dao**
Associate, Corporate Access
Sophia.Dao@wedbush.com
(213) 688-4380

### TRADING

**Consumer/Financials**
Bryan Lonsinger    (212) 938-9925    bryan.lonsinger@wedbush.com

**Healthcare**
Sahak Manualian    (213) 688-4533    sahak.manuelian@wedbush.com

### WEDBUSH OFFICES

**Los Angeles**
1000 Wilshire Boulevard
Los Angeles, CA 90017
(213) 688-8000

**New York**
142 W 57th Street
New York, NY 10019
(212) 938-9920

**San Francisco**
600 Montgomery Street
San Francisco, CA 94111
(415) 273-7300

**Boston**
265 Franklin Street
Boston, MA 02110
(617) 832-3700

**Chicago**
141 W. Jackson Boulevard, Suite 1710A
Chicago, IL 60604
(312) 786-1930

**www.wedbush.com**

CONFIDENTIAL

Seagate_000089140