# EXHIBIT 54

**TD Cowen**
a division of TD Securities

Technology Hardware: Storage & Peripherals

# SEAGATE TECHNOLOGY

Published and distributed by Cowen and Company, LLC

## EQUITY RESEARCH

April 20, 2023

**Price: $62.86** (04/19/2023)
**Price Target: $70.00** (Prior $72.00)

**OUTPERFORM (1)**

**ESG SCORE: 61/100**

**Krish Sankar**
415 646 7372
krish.sankar@cowen.com

**Eddy Orabi**
415 646 7371
eddy.orabi@cowen.com

**Steven Chin**
415 646 7374
steven.chin@cowen.com

**Robert Mertens, CFA**
646 562 1338
robert.mertens@cowen.com

### Key Data

| | |
|---|---|
| Symbol | NASDAQ: STX |
| 52-Week Range: | $88.17-$48.49 |
| Market Cap: | $13.0B |
| Net Debt (MM): | $5,255.0 |
| Cash/Share: | $3.67 |
| Dil. Shares Out (MM): | 206.0 |
| Enterprise Value (MM): | $18,204.2 |
| ROIC: | 5.9% |
| ROE (LTM): | 9.1% |
| BV/Share: | $(2.28) |
| Dividend: | $2.80 |
| Yield: | 4.45% |

| FY (Jun) | 2022A | 2023E | 2024E |
|---|---|---|---|
| **Revenue (MM)** | | | |
| Q1 | $3,115.0 | $2,035.0A | $1,739.8 |
| Q2 | $3,116.0 | $1,887.0A | $2,106.8 |
| Q3 | $2,802.0 | $1,860.0A | $1,971.1 |
| Q4 | $2,628.0 | $1,650.3 | $1,903.9 |
| Year | $11,661.0 | $7,432.3 | $7,721.6 |
| | | | |
| **EPS** | | | |
| Q1 | $2.35 | $0.48A | $0.56 |
| Q2 | $2.41 | $0.16A | $2.49 |
| Q3 | $1.81 | $(0.28)A | $1.00 |
| Q4 | $1.59 | $(0.19) | $0.90 |
| Year | $8.16 | $0.17 | $4.95 |
| P/E | 7.7x | NA | 12.7x |
| Consensus EPS | - | $0.17 | $4.80 |

Consensus source: FactSet

## COMPANY UPDATE

# FOCUSING ON WHAT CAN BE CONTROLLED

### THE TD COWEN INSIGHT

The $300M settlement (we est ~$250M) with BIS is a positive as it removes an overhang. The dividend looks safe (2nd overhang) unless demand further deteriorates from here. Covenant breach (3rd overhang) also less likely assuming a cyclical recovery later this year and mgmt can optimize the portfolio. Eventually the lean inventory levels should allow STX to capitalize on a recovery in cloud demand.

Seagate expects revs/EPS to come in at $1.7B/($0.20) well below consensus of $2.05B/$0.54. This is driven by lower than expected shipments to cloud customers and increased pricing pressure in the March quarter ($/TB down 14% Q/Q in CQ1 versus mid-singles seasonality). While weaker exabyte shipments did not surprise us, the magnitude of price decline did as it would be the worst decline over the last 5 years. Some of that has to do with scaling +20TB drives (now 2/3rds of nearline exabytes vs high single digits last year), which carries lower $/TB, in addition to higher cloud mix within Mass Capacity, but nonetheless pricing clearly shows a weaker demand environment for HDDs. The good thing is this protects HDD shipments versus eSSDs, which are selling at unsustainable low prices, but the fear is if pricing pressure continues to extend into the second half as well.

That said, Seagate inventory declined from 86 to 72 days Q/Q in CQ1, and customer inventory is not high in nominal terms, per our field work, but consumption is weak, so it's a matter of time before customers go through their inventory (< 2 qtrs., we think). Additionally, we view the BIS settlement ($300M paid over 5 years), as a clearing event.

**Is the dividend (~5% yield) safe?** Given our current view of a CQ4:23 recovery, we believe the dividend is safe. Over the next 2 quarters, we estimate that Seagate would require a $400-800M in proceeds from sale-leaseback transactions to maintain its dividend, pay $540M in debt in CQ2, meet its other obligations (restructuring charges, quarterly loan payments) *without* tapping the $1.75B revolver. Seagate's most recent 10K (June 2022) shows $1.9B in building assets, which make the $400-800M sale-leaseback doable, but at the expense of higher OpEx, in our view. To that point, we highlight further restructuring efforts that should result in $200M annual savings (split between COGS and OpEx). Net-net, we estimate OpEx to bottom at $280M/qtr., but savings on the COGS side should enable higher margins over time.

**HAMR**: We see HAMR ramp as an upside catalyst in CY24 that is not factored into expectations at this point (STX was trading at 11x Street C24, below historical multiple of ~12x). We note that STX shipped its 30TB HAMR drives to one CSP customer for quals and is expecting a ramp in 1H:C24.

**GMs**: Our prior view was that GMs would return to ~30% exiting CY23, but we are lowering our est. by 100bps post-call driven by weaker pricing, and higher than expected underutilization costs (now expected to last through CQ3 versus CQ2 previously). UTLR is expected to be a 300bp drag on CQ2 GMs (400bps in MarQ), and further upside to GMs should be coming from improved exabyte shipments starting CQ4.

**Read-Through to WDC**: We believe results read negative to WD's exabyte shipments in CQ2. We note however that WD is ahead with its 22TB CMR platform, and has different customer/geographic exposure, which we think might partially offset the weakness. WDC reports May 8th AMC.

**Price Target**: We are reducing our PT from $72 to $70 based on 16x C24 EPS of ~$4.30 (previously $6).

Please see pages 7 to 11 of this report for important disclosures.    **TDCOWEN**.COM

# AT A GLANCE

## Our Investment Thesis

Seagate, now fully focused on mass capacity storage serving traditional data center and edge deployments, is geared for growth through F25. Further, with HAMR development and elevated historical capital intensity behind the company, and an increasing portion of capacity shipments composed of nearline drives, STX is poised to drive outsized OpMs and FCF that suggest ample cash flow for real cash return to shareholders.

## Forthcoming Catalysts

- VIA market recovers in Asia
- 20TB ramp continues well into CY23
- 30TB HAMR nearline volume ramp in 1H:C24

## Base Case Assumptions

- 6% EPS CAGR (C22-25) driven by improved GM and operating leverage
- HAMR ramp in 2H:C24
- HAMR being accretive to margins

## Upside Scenario

- Cloud-end demand accelerating
- NAND production cuts resulting in strong pricing recovery in C24 increasing the gap with HDDs
- Resumption of buybacks in C24

## Downside Scenario

- Greater-than-expected acceleration in SSD adoption leads to marked declines in top-line and volume deleverage
- Hyperscale demand remains weak in C24

## Price Performance



Source: Bloomberg

## Company Description

Seagate Technology, founded in 1979 and headquartered in Dublin, Ireland, is one of the world's leading manufacturers of storage technology specializing in hard disk drives (HDDs). We estimate the company should derive 80% of its revenues from mass capacity drives, which include sales to cloud/enterprise customers and the video surveillance market. Seagate is pioneering the industry with its HAMR technology, which should add significant capacity to its drive while only slightly increasing the cost structure.

## Analyst Top Picks

| | Ticker | Price ( 04/19/2023) | Price Target | Rating |
|---|---|---|---|---|
| Applied Materials | AMAT | $110.34 | $145.00 | Outperform |

 **TD COWEN ESG SCORES**

**Seagate Technology**
NASDAQ: STX

**ESG Score: 61/100**

**ESG Industry Percentile: 38th**

**Seagate Technology(STX) ESG Material Category Rankings as of April 20, 2023**

| Top 3 Material ESG Categories | Dynamic Materiality TM | Score |
| --- | --- | --- |
| Energy | 15% | 74 |
| Product Lifecycle | 15% | 68 |
| Customer Privacy | 12% | 63 |



Seagate Technology (STX) ESG Score History as of 04/20/2023

ESG performance is scored on a 0 to 100 scale. A score of 50 represents a neutral impact. Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A blank chart means the company has an ESG performance score of N/A. A score of N/A means not enough data is available on the company to generate a score.
Source: Truvalue Labs

## ESG MATERIALITY

Establishing **materiality** is critical to evaluating a company's ESG performance. Factors most material in one sector (or to a particular company) may not be as important to another. In addition, the factors that are material – and the degree to which factors are material – can change over time.

Applying data to frameworks established by SASB (the Sustainability Accounting Standards Board) and by Truvalue Labs, we present in the chart above the three most material ESG factors that investors should focus on for the company that is the subject of this report; the Dynamic Materiality™ of each factor (i.e., what percentage of overall materiality the category represents for the subject company); and a Score for the subject company in each of these three categories (on a 0 to 100 basis, with 50 being average).

We also calculate an **overall ESG Score** for the subject company, which is presented above (in green) and on the cover of this report. A full explanation of how this ESG Score is derived is presented below.

## HOW ARE TD COWEN'S ESG SCORES CALCULATED?



TD Cowen leverages technology from Truvalue Labs to generate our ESG scores. Truvalue Labs uses artificial intelligence to capture the stakeholder view of how companies are performing on ESG metrics, using the Sustainability Accounting Standards Board (SASB) materiality framework (www.sasb.org). These data are leveraged to calculate a score for each company, which allows TD Cowen to have a **common framework** and uniform way to approach ESG discussions with our clients. TD Cowen ESG scores appear on Company and Company Quick Take notes and are updated daily.

## HOW DOES THE PROCESS WORK?

The process begins with capturing unstructured data from more than 100,000 sources, in 14 languages. These data are culled from a wide range of sources with varied perspectives, including industry publications, news outlets, NGOs, trade unions, government sources, legal and regulatory filings, and academic publications.

Natural language processing is used to interpret semantic content from the original sources and generate analytics by applying criteria consistent with established sustainability and ESG frameworks. Performance is scored on a 0 to 100 scale. **A score of 50 represents a neutral impact.** Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A score of NA means not enough data is available on the company to generate a score.

**TD COWEN**
EQUITY RESEARCH

Seagate Technology
April 20, 2023

## Figure 1 – Cowen's Estimate Changes

| | | F2021 Jun-21 | F2022 Jun-22 | Q2:23A Dec | Q3:23A Mar | Q4:23E Jun | F2023E Jun-23 | Q1:24E Sep | Q2:24E Dec | Q3:24E Mar | Q4:24E Jun | F2024E Jun-24 | | C2020 | C2021 | C2022 | C2023E | C2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **New** Cowen Estimates | Revenue ($MM) | $10,681 | $11,661 | $1,887 | $1,860 | $1,650 | $7,432 | $1,740 | $2,107 | $1,971 | $1,904 | $7,722 | | $10,172 | $11,975 | $9,352 | $7,357 | $8,083 |
| | Rev Growth (Y/Y) | 2% | 9% | (39%) | (34%) | (37%) | (36%) | (15%) | 12% | 6% | 15% | 4% | | 2% | 18% | (22%) | (21%) | 10% |
| | Non-GAAP EPS Excl. SBC | $5.70 | $8.16 | $0.16 | -$0.28 | -$0.19 | $0.17 | $0.56 | $2.49 | $1.00 | $0.90 | $4.95 | | $4.80 | $8.24 | $4.04 | $2.58 | $4.29 |
| | EPS Growth (Y/Y) | 15% | 43% | (93%) | (116%) | (112%) | (98%) | 17% | 1418% | (457%) | (564%) | 2778% | | 13% | 72% | (51%) | (36%) | 66% |
| | | | | | | | | | | | | | | | | | | |
| **Old** Cowen Estimates | Revenue ($MM) | -- | -- | $1,887 | $1,926 | $2,002 | $7,849 | $2,193 | $2,424 | $2,229 | $2,458 | $9,304 | | $10,172 | $11,975 | $9,352 | $8,544 | $9,671 |
| | Rev Growth (Y/Y) | -- | -- | (39%) | (31%) | (24%) | (33%) | 8% | 28% | 16% | 23% | 19% | | 2% | 18% | (22%) | (9%) | 13% |
| | Non-GAAP EPS Excl. SBC | -- | -- | $0.16 | $0.15 | $0.40 | $1.19 | $1.00 | $1.53 | $1.20 | $1.54 | $5.26 | | $4.80 | $8.24 | $4.04 | $3.07 | $6.01 |
| | EPS Growth (Y/Y) | -- | -- | (93%) | (92%) | (75%) | (85%) | 107% | 829% | 695% | 289% | 341% | | 13% | 72% | (51%) | (24%) | 96% |
| | Non-GAAP EPS Incl. SBC | -- | $8.26 | $2.31 | $2.08 | $2.22 | $8.85 | $2.43 | $2.12 | $2.25 | $2.60 | $9.40 | | -- | -- | $8.39 | $8.84 | $9.79 |
| | | | | | | | | | | | | | | | | | | |
| **Street** Consensus | Revenue ($MM) | -- | -- | $1,827 | $1,977 | $2,058 | $7,946 | $2,222 | $2,377 | $2,355 | $2,426 | $9,327 | | -- | -- | $9,885 | $8,637 | $9,780 |
| | Rev Growth (Y/Y) | -- | -- | (41%) | (29%) | (22%) | (32%) | 9% | 30% | 19% | 18% | 17% | | -- | -- | (17%) | (13%) | 13% |
| | Non-GAAP EPS Excl. SBC | -- | -- | $0.10 | $0.21 | $0.54 | $1.39 | $0.91 | $1.22 | $1.26 | $1.42 | $4.80 | | -- | -- | $4.93 | $3.10 | $5.82 |
| | EPS Growth (Y/Y) | -- | -- | (96%) | (88%) | (66%) | (83%) | 89% | 1156% | 499% | 165% | 244% | | -- | -- | (40%) | (37%) | 88% |

Source: Eikon, TD Cowen

## Figure 2 – Detailed Estimated Changes

| ($MM) | | FQ3:23 (March) | | | | | FQ4:23 (June) | | | | | | CY2023 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Actual vs Cowen Est. | Cowen | Consensus | Guidance | | Cowen Post-Call | Change in Est. | Cowen Pre-Call | Consensus | Guidance | | Cowen Post-Call | Change in Est. | Cowen Pre-Call | Consensus |
| Revenue | 1,860 | -3% | 1,926 | 1,977 | $2,000 +/- $150M | | 1,650 | -18% | 2,002 | 2,058 | $1,700 +/- $150M | | 7,357 | -14% | 8,544 | 8,637 |
| GMs | 19% | -322 bps | 22% | 22% | | | 21.3% | -240 bps | 23.7% | 24% | | | 24% | -266 bps | 26% | 25% |
| OpEx | 282 | -7% | 304 | | | | 281 | -11% | 314 | | | | 1,145 | -9% | 1,256 | |
| Operating Income | 65 | -45% | 117 | | | | 70 | -56% | 160 | | | | 594 | -40% | 991 | |
| EPS | $ (0.28) | -286% | $ 0.15 | $ 0.21 | $0.25, +/- $0.20 | | $ (0.19) | -149% | $ 0.40 | $ 0.54 | $(0.20), +/- $0.20 | | $2.58 | -16% | $ 3.07 | $ 3.10 |
| | | | | | | | | | | | | | | | | |
| Inventory | $ 1,200 | -7% | $ 1,286 | | | | $ 997 | -17% | $ 1,206 | | | | $ 1,062 | -12% | $ 1,202 | |
| Inventory Days | 72 | -6 days | 78 | | | | 70 | -2 days | 72 | | | | 73 | 4 days | 69 | |
| **Exabyte Data** | | | | | | | | | | | | | | | | |
| Mass Capacity Revenues | 1,235 | -8% | 1,338 | | | | 1,032 | -25% | 1,380 | | | | 4,640 | -22% | 5,940 | |
| MC EB Shipments | 104 EB | -5% | 110 EB | | | | 99 EB | -15% | 117 EB | | | | 416 EB | -17% | 502 EB | |
| MC EBs Q/Q, Y/Y for annual | 8% | -44% | 14% | | | | -5% | -182% | 6% | | | | -12% | -289% | 6% | |
| | | | | | | | | | | | | | | | | |
| Legacy Revenues | 369 | 14% | 324 | | | | 370 | -1% | 374 | | | | 1,549 | 8% | 1,428 | |
| Legacy EB Shipments | 16 EB | 25% | 13 EB | | | | 17 EB | 25% | 14 EB | | | | 70 EB | 25% | 56 EB | |
| Legacy EB Q/Q, Y/Y for annual | 0% | -100% | -20% | | | | 10% | 0% | 10% | | | | 3% | -117% | -18% | |

Source: Eikon, TD Cowen

## Figure 3 – STX NTM PE



STX PE compressed to ~7x when concerns on nearline demand increased. We are past that at this point. Upside is 14x on peak EPS.

Source: Eikon, TD Cowen

## Figure 4 – STX NTM PE vs Peers



STX is trading at 15% premium to peers. While well above historical average, Mass Capacity exabytes are now more than 85% of total vs 50% in C2019

Peers include HPE, NTAP, MU, WDC, MRVL, ANET, CSCO, JNPR

**TD COWEN**
EQUITY RESEARCH

Seagate Technology
April 20, 2023

**Figure 5 – STX P&L (FY ends in June)**

| FY: June | FY20A | Q1A | Q2A | Q3A | Q4A | FY21A | Q1A | Q2A | Q3A | Q4A | FY22A | Q1A | Q2A | Q3A | Q4E | FY23E | FY24E | FY25E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Seagate Technology (STX) FISCAL P&L ($MM)** | | | | | | | | | | | | | | | | | | |
| Revenues | $10,509 | $2,314 | $2,623 | $2,731 | $3,013 | $10,681 | $3,115 | $3,116 | $2,802 | $2,628 | $11,661 | $2,035 | $1,887 | $1,860 | $1,650 | $7,432 | $7,722 | $8,026 |
| Q/Q | | -8.1% | 13.4% | 4.1% | 10.3% | -- | 3.4% | 0.0% | -10.1% | -6.2% | -- | -22.6% | -7.3% | -1.4% | -11.3% | -- | -- | -- |
| Y/Y | 1.1% | -10.2% | -2.7% | 0.5% | 19.7% | 1.6% | 34.6% | 18.8% | 2.6% | -12.8% | 9.2% | -34.7% | -39.4% | -33.6% | -37.2% | (36.3%) | 3.9% | 3.9% |
| Cost of Revenues | $7,599 | $1,700 | $1,919 | $1,982 | $2,121 | $7,722 | $2,149 | $2,158 | $1,985 | $1,857 | $8,149 | $1,537 | $1,484 | $1,513 | $1,299 | $5,833 | $5,514 | $5,536 |
| **Gross Profit** | $2,910 | $614 | $704 | $749 | $892 | $2,959 | $966 | $958 | $817 | $771 | $3,512 | $498 | $403 | $347 | $351 | $1,599 | $2,207 | $2,489 |
| Gross Margin | 27.7% | 26.5% | 26.8% | 27.4% | 29.6% | 27.7% | 31.0% | 30.7% | 29.2% | 29.3% | 30.1% | 24.5% | 21.4% | 18.7% | 21.3% | 21.5% | 28.6% | 31.0% |
| **Operating Expenses** | | | | | | | | | | | | | | | | | | |
| SG&A | $472 | $118 | $121 | $123 | $133 | $495 | $130 | $136 | $141 | $149 | $556 | $126 | $125 | $123 | $125 | $499 | $565 | $583 |
| Percent of Sales | 4.5% | 5.1% | 4.6% | 4.5% | 4.4% | 4.6% | 4.2% | 4.4% | 5.0% | 5.7% | 4.8% | 6.2% | 6.6% | 6.6% | 7.6% | 6.7% | 7.3% | 7.3% |
| Research and Development | $891 | $202 | $198 | $206 | $213 | $819 | $208 | $201 | $206 | $219 | $834 | $213 | $175 | $168 | $165 | $721 | $645 | $671 |
| Percent of Sales | 8.5% | 8.7% | 7.5% | 7.5% | 7.1% | 7.7% | 6.7% | 6.5% | 7.4% | 8.3% | 7.2% | 10.5% | 9.3% | 9.0% | 10.0% | 9.7% | 8.4% | 8.4% |
| Other Operating (Income) Expense, net | ($1) | $0 | $0 | $0 | $0 | $0 | $1 | $0 | ($2) | $0 | ($1) | ($25) | ($6) | ($9) | ($9) | ($49) | ($36) | ($36) |
| Total Operating Expenses | $1,362 | $320 | $319 | $329 | $346 | $1,314 | $339 | $337 | $345 | $368 | $1,389 | $314 | $294 | $282 | $281 | $1,171 | $1,174 | $1,218 |
| Percent of Sales | 13.0% | 13.8% | 12.2% | 12.0% | 11.5% | 12.3% | 10.9% | 10.8% | 12.3% | 14.0% | 11.9% | 15.4% | 15.6% | 15.2% | 17.0% | 15.8% | 15.2% | 15.2% |
| **Total Operating Income / (Loss)** | $1,548 | $294 | $385 | $420 | $546 | $1,645 | $627 | $621 | $472 | $403 | $2,123 | $184 | $109 | $65 | $70 | $428 | $1,033 | $1,272 |
| Operating Margin | 14.7% | 12.7% | 14.7% | 15.4% | 18.1% | 15.4% | 20.1% | 19.9% | 16.8% | 15.3% | 18.2% | 9.0% | 5.8% | 3.5% | 4.2% | 5.8% | 13.4% | 15.8% |
| Interest expense (income) and other, net | $186 | $45 | $50 | $60 | $60 | $215 | $62 | $67 | $67 | $54 | $250 | $80 | $82 | $93 | $90 | $345 | $280 | $280 |
| Pretax Income (Loss) | $1,362 | $249 | $335 | $360 | $486 | $1,430 | $565 | $554 | $405 | $349 | $1,873 | $104 | $27 | ($28) | ($20) | $83 | $753 | $992 |
| Percent of Sales | 13.0% | 10.8% | 12.8% | 13.2% | 16.1% | 13.4% | 18.1% | 17.8% | 14.5% | 13.3% | 16.1% | 5.1% | 1.4% | (1.5%) | (1.2%) | 1.1% | 9.8% | 12.4% |
| Income Taxes | $51 | $7 | $12 | $10 | $20 | $49 | $21 | $13 | $4 | $4 | $42 | $3 | ($7) | $30 | $21 | $47 | ($321) | $50 |
| Percent of Sales | 0.5% | 0.3% | 0.5% | 0.4% | 0.7% | 0.5% | 0.7% | 0.4% | 0.1% | 0.2% | 0.4% | 0.1% | (0.4%) | 1.6% | 1.3% | 0.6% | (4.2%) | 0.6% |
| **Non-GAAP Net Income** | $1,311 | $242 | $323 | $350 | $466 | $1,381 | $544 | $541 | $401 | $345 | $1,831 | $101 | $34 | ($58) | ($42) | $35 | $1,074 | $942 |
| Percent of Sales | 12.5% | 10.5% | 12.3% | 12.8% | 15.5% | 12.9% | 17.5% | 17.4% | 14.3% | 13.1% | 15.7% | 5.0% | 1.8% | (3.1%) | (2.5%) | 0.5% | 13.9% | 11.7% |
| GAAP Net Income | $1,004 | $223 | $280 | $329 | $482 | $1,314 | $527 | $501 | $346 | $276 | $1,650 | $29 | ($33) | ($433) | ($107) | ($544) | $811 | $679 |
| Percent of Sales | 9.6% | 9.6% | 10.7% | 12.0% | 16.0% | 12.3% | 16.9% | 16.1% | 12.3% | 10.5% | 14.1% | 1.4% | (1.7%) | (23.3%) | (6.5%) | (7.3%) | 10.5% | 8.5% |
| **Diluted EPS (GAAP)** | $3.80 | $0.86 | $1.12 | $1.39 | $2.07 | $5.36 | $2.28 | $2.23 | $1.56 | $1.27 | $7.37 | $0.14 | -$0.16 | -$2.09 | -$0.50 | -$2.59 | $3.74 | $3.10 |
| Q/Q | -- | 35% | 30% | 24% | 49% | -- | 10% | (2%) | (30%) | (18%) | -- | (89%) | (215%) | NM | NM | -- | -- | -- |
| Y/Y | (46%) | 16% | (7%) | 14% | 224% | 41% | 165% | 100% | 12% | (39%) | 37% | (94%) | (107%) | (234%) | (139%) | (135%) | NM | (17%) |
| **Diluted EPS (Non-GAAP)** | $4.95 | $0.93 | $1.29 | $1.48 | $2.00 | $5.70 | $2.35 | $2.41 | $1.81 | $1.59 | $8.16 | $0.48 | $0.16 | -$0.28 | -$0.19 | $0.17 | $4.95 | $4.30 |
| Q/Q | -- | (22%) | 38% | 15% | 35% | -- | 18% | 2% | (25%) | (12%) | -- | (70%) | (66%) | (271%) | NM | -- | -- | -- |
| Y/Y | (4%) | (9%) | (5%) | 7% | 67% | 15% | 152% | 87% | 22% | (21%) | 43% | (80%) | (93%) | (116%) | (112%) | (98%) | 2778% | (13%) |

Source: TD Cowen

## VALUATION METHODOLOGY AND RISKS

### Valuation Methodology

#### Storage & Peripherals:

Our valuation methodology is primarily based on EV/EBITDA followed by forward P/E multiples. In many cases we use EV/FCF as a third methodology.

We make investment recommendations on certain early stage, pre-revenue companies based upon an assessment of their business model, technology, probability of market success, and the potential market opportunity, balanced by an assessment of applicable risks. Such companies may not be assigned a price target.

### Investment Risks

#### Storage & Peripherals:

The HDD industry is highly levered to global PC shipments (>50% of units) and IT spending. If global growth slows, consumer demand and IT spending could wane and negatively impact our forecasts. Additionally, solid state drives (SSDs) are encroaching on the notebook PC and mission-critical enterprise HDD market. While HDD makers also develop enterprise SSDs, greater than expected SSD cannibalization in notebooks could result in volume and margin deleverage for HDD players.

### Risks To The Price Target

**Valuation Methodology:** Our valuation methodology is primarily based on forward P/E multiples plus cash followed by EV/EBITDA. In many cases, we use EV/sales as a third methodology.

**Risks to the Price Target: 1)** Pause in new data center builds (70% of STX revs come from cloud/enterprise), **2)** Lower than expected manufacturing yields on 30TB HAMR drives, **3)** SSD prices remaining low and cannibalizing 30% of STX revenues (mission critical and consumer drives).

# ADDENDUM

## Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
|--------|--------------|
| AMAT | Applied Materials |
| STX | Seagate Technology |

## Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

## Important Disclosures

Cowen and Company, LLC makes a market in the stock of Seagate Technology and Applied Materials securities.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

## Disclaimer

**TD Cowen Research Reports:** TD Cowen research reports are simultaneously available to all clients on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of TD Cowen research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://tdcowenlibrary.bluematrix.com/client/library.jsp.

**THIS RESEARCH REPORT WAS PRODUCED SOLELY BY COWEN AND COMPANY, LLC.**

**THIS RESEARCH REPORT WAS PREPARED IN ACCORDANCE WITH THE RULES UNDER THE FINANCIAL INDUSTRY REGULATORY AUTHORITY (FINRA). THIS REPORT WAS NOT PREPARED IN ACCORDANCE WITH CANADIAN DISCLOSURE REQUIREMENTS RELATING TO RESEARCH REPORTS.**

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC and its affiliates, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://tdcowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**TD Cowen Cross-Asset Research:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "TD Cowen Cross-Asset Research" reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "TD Cowen Cross-Asset Research" analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "TD Cowen Cross-Asset Research" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in "Cross-Asset Research" report may differ from the views offered in the firm's equity research reports prepared for our clients.

**Notice Related To Branding:** "TD Cowen" is a division of TD Securities and is the name under which Cowen and Company, LLC and certain entities that fall under the brand TD Securities conduct certain of its businesses.

"TD Securities" is a trademark of The Toronto-Dominion Bank and represents certain investment banking, capital markets and wholesale banking activities conducted through certain subsidiaries and branches of The Toronto-Dominion Bank. Cowen and Company, LLC is a wholly-owned, indirect subsidiary of The Toronto-Dominion Bank. TD Securities Inc. is regulated by the Investment Industry Regulatory Organization of Canada, a member of the Canadian Investor Protection Fund and a member of Canadian Marketplaces. This material is for general informational purposes only and is not investment advice nor does it constitute an offer, recommendation or solicitation to buy or sell a particular financial instrument.

**Notice to UK and European Union Investors:** This publication is produced and published by Cowen and Company, LLC which is regulated in the United States by Financial Industry Regulatory Authority. It is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order

2005. It must not be further transmitted to any other person without our consent. The Toronto-Dominion Bank and TD Bank Europe Limited ("TDBEL") are regulated for investment business conducted in the UK by the UK Financial Conduct Authority. TD Global Finance unlimited company is regulated for investment business conducted in Ireland by the Central Bank of Ireland.

This document it is intended only to be issued to persons who (i) are persons falling within Article 19(5) ("Investment professional") of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended, the "Financial Promotion Order"), (ii) are persons falling within Article 49(2)(a) to (d) ("High net worth companies, unincorporated associations, etc.") of the Financial Promotion Order, or (iii) are persons to whom an invitation or inducement to engage in investment activity (within the meaning of section 21 of the Financial Services and Markets Act 2000) in connection with the issue or sale of any securities may otherwise lawfully be communicated or caused to be communicated. Insofar as the document is issued in or to the European Union, it is intended only to be issued to persons categorized as 'Per Se Professional' or 'Eligible Counterparties' as defined in S.I. No 375 of 2017, European Union (Markets in Financial Instruments) Regulations 2017, Schedule 2. Clients in the United Kingdom wishing to effect transactions in any security discussed herein should do so through a qualified salesperson of TDBEL. European clients wishing to effect transactions in any security discussed herein should do so through a qualified salesperson of TD Global Finance unlimited company. Article 20 Market Abuse Regulation 596/2014 ("MAR") requires market participants who produce or disseminate Investment Recommendations or other information recommending or suggesting an investment strategy to take reasonable care that such information is objectively presented, and to disclose their interests or indicate conflicts of interest.

**Australia**

If you receive this document and you are domiciled in Australia, please note that it is intended to be issued for general information purposes only and distributed to a person who is a wholesale client, as defined in the Corporations Act 2001 and Corporations Regulations 2001, by Toronto Dominion (South East Asia) Limited ("TDSEA"). TDSEA does not hold itself out to be providing financial advice in these circumstances. TD Securities is a trademark and represents certain investment dealing and advisory activities of The Toronto-Dominion Bank and its subsidiaries, including TDSEA. The Toronto-Dominion Bank is not an authorized deposit-taking or financial services institution in Australia. TDSEA is a holder of an Australian Financial Services License (528885) and is regulated in Australia by the Australian Securities and Investments Commission.

**Canada**

No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon this research report, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. Cowen and Company, LLC operates as a dealer in Canada under an exemption from the dealer registration requirements contained in National Instrument 31-103 – Registration Requirements and Exemptions (NI 31-103) and, as such, Cowen and Company, LLC is not required to be and is not a registered dealer in Canada. Canadian clients wishing to effect transactions in any security discussed herein should do so through a qualified salesperson of TD Securities or TD Securities Inc. TD Securities Inc. is a member of the Canadian Investor Protection Fund.

**China, India, and South Korea**

Insofar as the document is received by any persons in the People's Republic of China ("PRC"), India and South Korea, it is intended only to be issued to persons who have the relevant qualifications to engage in the investment activity mentioned in this document. The recipient is responsible for obtaining all relevant government regulatory approvals/licenses themselves, and represents and warrants to The Toronto-Dominion Bank that the recipient's investments in those securities do not violate any law or regulation, including, but not limited to, any relevant foreign exchange regulations and/or overseas investment regulations. The Toronto-Dominion Bank has a representative office in Shanghai, Mumbai and Seoul which should be contacted for any general enquiry related to The Toronto-Dominion Bank or its business. However, neither any of the Toronto-Dominion Bank offshore branches/subsidiaries nor its representative offices are permitted to conduct business within the borders of the PRC, India and South Korea. In locations in Asia where the Bank does not hold licenses to conduct business in financial services, it is not our intention to, and the information contained in this document should not be construed as, conducting any regulated financial activity, including dealing in, or the provision of advice in relation to, any regulated instrument or product. This publication is for general information only, without addressing any particular needs of any individual or entity, and should not be relied upon without obtaining specific advice in the context of specific circumstances.

**Hong Kong SAR (China)**

This document, which is intended to be issued in Hong Kong SAR (China) ("Hong Kong") only to Professional Investors within the meaning of the Securities and Futures Ordinance (the "SFO") and the Securities and Futures (Professional Investor) Rules made under the SFO, has been distributed through Toronto-Dominion Bank, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission.

**Japan**

For Japanese residents, please note that if you have received this document from The Toronto-Dominion Bank entities based outside Japan, it is being provided to qualified financial institutions ("QFI") only under a relevant exemption to the Financial Instruments and Exchange Act.

If you have received this document from TD Securities (Japan) Co., Ltd., it is being provided only to institutional investors. TD Securities (Japan) Co., Ltd. is regulated by the Financial Services Agency of Japan and is distributing this document in Japan as a Type 1 Financial Instruments Business Operator registered with the Kanto Local Finance Bureau under registration number, Kinsho 2992, and a member of Japan Securities Dealers Association.

**New Zealand**

The Toronto-Dominion Bank is not a "registered bank" in New Zealand under the Reserve Bank Act 1989.

**Singapore**

This report is distributed in Singapore by The Toronto-Dominion Bank, Singapore Branch, and recipients in Singapore of this report are to contact The Toronto-Dominion Bank, Singapore Branch in respect of any matters arising from, or in connection with, this report. The Toronto-Dominion Bank, Singapore Branch is regulated by the Monetary Authority of Singapore. Where this report is issued or promulgated in Singapore, it is only intended for distribution to a person who is an accredited investor, expert investor or institutional investor as defined in the Securities and Futures Act (Cap. 289), the Securities and Futures (Prescribed Specific Classes of Investors) Regulations 2005, or the Securities and Futures (Classes of Investors) Regulations 2018 issued by the Monetary Authority of Singapore.

**Additional Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.tdcowen.com.

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://tdcowen.bluematrix.com/sellside/Disclosures.action

The recommendation contained in this report was produced at April 20, 2023, 16:10ET. and disseminated at April 20, 2023, 16:10ET.

**Copyright, User Agreement and other general information related to this report**

© 2023 Cowen and Company, LLC. All rights reserved. Member NYSE, FINRA and SIPC. This research report is prepared for the exclusive use of TD Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of TD Cowen. TD Cowen research reports are distributed simultaneously to all clients eligible to receive such reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization. All TD Cowen trademarks displayed in this report are owned by TD Cowen and may not be used without its prior written consent.

**Cowen and Company, LLC. New York** 646 562 1010 **Boston** 617 946 3700 **San Francisco** 415 646 7200 **Chicago** 312 577 2240 **Cleveland** 440 331 3531 **Atlanta** 866 544 7009 **Stamford** 646 616 3000 **Washington, D.C.** 202 868 5300 **London** (affiliate) 44 207 071 7500

**TD COWEN EQUITY RESEARCH RATING DEFINITIONS**

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

## TD Cowen Equity Research Rating Distribution

**Distribution of Ratings/Investment Banking Services (IB) as of 03/31/23**

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy (a) | 644 | 69.17% | 160 | 24.84% |
| Hold (b) | 281 | 30.18% | 38 | 13.52% |
| Sell (c) | 6 | 0.64% | 1 | 16.67% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by TD Cowen Cross-Asset Research.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.



**TD COWEN**
EQUITY RESEARCH

Seagate Technology
April 20, 2023



### Seagate Technology Rating History as of 04/19/2023
powered by: BlueMatrix

**Legend for Price Chart:**

I = Initiation | 1 = Outperform | 2 = Market Perform | 3 = Underperform | UR = Price Target Under Review | T = Terminated Coverage | $xx = Price Target | NA = Not Available | S=Suspended

# POINTS OF CONTACT

## Analyst Profiles



**Krish Sankar**

San Francisco

415 646 7372

krish.sankar@cowen.com

Krish Sankar is a managing director and senior research analyst covering the semiconductor capital equipment and IT hardware sectors.



**Eddy Orabi**

San Francisco

415 646 7371

eddy.orabi@cowen.com

Eddy Orabi is a research associate covering semis and enterprise storage. He has an MS in finance from Penn State.



**Steven Chin**

San Francisco

415 646 7374

steven.chin@cowen.com

Steven Chin is a vice president covering the semiconductor capital equipment and IT hardware sectors.



**Robert Mertens, CFA**

New York

646 562 1338

robert.mertens@cowen.com

Robert Mertens is a research associate covering the semiconductor capital equipment and IT hardware sectors.

## Reaching TD Cowen

### Main Cowen and Company Locations

**New York**
599 Lexington Avenue
New York, NY 10022
646 562 1010
800 221 5616

**Boston**
Two International Place
Boston, MA 02110
617 946 3700
800 343 7068

**Cleveland**
20006 Detroit Road
Suite 100
Rocky River, OH 44116
440 331 3531

**San Francisco**
One Maritime Plaza, 9th Floor
San Francisco, CA 94111
415 646 7200
800 858 9316

**Atlanta**
3424 Peachtree Road NE
Suite 2200
Atlanta, GA 30326
866 544 7009

**Chicago**
181 West Madison Street
Suite 3135
Chicago, IL 60602
312 577 2240

**Stamford**
262 Harbor Drive
Stamford, CT 06902
646 616 3000

**Washington, D.C.**
2900 K Street, NW
Suite 520
Washington, DC 20007
202 868 5300

### International Location

**Cowen International Limited**

**London**
1 Snowden Street - 11th Floor
London EC2A 2DQ
United Kingdom
44 20 7071 7500







