# EXHIBIT 55

 APRIL 20, 2023

# Technology Hardware
LOWERING PRICE TARGET

## Seagate

| | |
|---|---|
| Symbol | STX |
| Rating | Negative |
| Price | $57.08 |
| Price target | From $35.00 to $32.00 |
| Downside/ Upside risk | $60.00 |
| Risk | Upside Risk |

## Company market data

| | |
|---|---|
| 52 week range | $88.25-$47.47 |
| Shares out. | 207.000mm |
| Market cap. | $11,816mm |
| Average daily trading volume | 2,494,200 |
| Beta | 1.19 |
| PT Upside/Downside ratio: | 8.59:1 |

## Fiscal year June

| NG EPS | 2023e Prior | Current | 2024e Prior | Current | 2025e Prior | Current |
|---|---|---|---|---|---|---|
| Q1 | | 0.48A | 0.57 | (0.27) | 1.49 | 0.25 |
| Q2 | | 0.16A | 0.75 | 0.11 | 2.07 | 0.66 |
| Q3 | 0.09 | (0.28)A | 0.53 | (0.10) | 1.23 | 0.38 |
| Q4 | 0.09 | (0.16) | 0.93 | 0.07 | 1.51 | 0.76 |
| FY NG EPS | 0.83 | 0.20 | 2.78 | (0.19) | 6.30 | 2.05 |
| Gross Rev | 7,914 | 7,487 | 8,447 | 6,962 | 9,616 | 8,079 |

## Derivatives

| | |
|---|---|
| Volume (contracts) | 3,109 |
| Skew rank (2yr %-tile) | 66.07 |



## Seagate: Thesis Playing Out; Recovery Timeline Extended/ Breaching Debt Covenants

**Mehdi Hosseini**
mehdi.hosseini@sig.com
415 403 6516

Kenneth Wu
kenneth.wu@sig.com
212 709 5381

Logan Angress
logan.angress@sig.com
212 709 5351

### Call to action
STX report/guide supports our thesis that a meaningful HDD EB rebound won't happen until YE23. STX is in breach of debt covenants. Muted EB CAGR (inc. HAMR) will lead to EPS of only $3 (by CY25)

### HIGHLIGHTS
STX reported Mar-Q results below consensus/SFG estimates for both the top and bottom line, with the Jun-Q guide also coming in materially lower than consensus. The weakness was primarily attributed to inventory digestions across cloud service providers (CSPs), while there were also impacts from ongoing weakness in China and slower demand from Enterprise customers due to reduced IT budgets. This reflects our thesis that STX "over-shipped" HDD EB during FY22 and therefore will require a longer time to work down inventories, thus limiting EB shipments over the next several quarters. As such, we expect CY23 Nearline EB shipments to decline -10% Y/Y, followed by an ~25% CAGR 2024-2025, or well below the prior five-year CAGR of 40%. Management seems to have accepted this extended recovery timeline and noted they believe we are still a few quarters away from a meaningful rebound demand. The muted HDD EB CAGR is also driven by our view that the workloads are fast changing, thus adversely impacting the HDD demand trajectory, while demand for higher-capacity technologies like HAMR will prove lower than STX's assumption.

The extended recovery timeline is problematic as it creates additional concerns regarding STX's liquidity and debt covenants, which we have continued to call out. STX is scheduled to pay off ~$550M of debt in the Jun-Q, while there is also $108M of cancellation fees that STX is obligated to pay suppliers by December '23 (for terminating purchase commitments in CY22). STX is also required to pay $15M per quarter for the next five years ($300M total) after reaching a settlement with the U.S. Department of Commerce's Bureau of Industry and Security (BIS) for alleged sales to Huawei after they were placed on the banned entity list. The BIS settlement will, in our view, have further adverse impact on STX's HDD EB shipments as STX will no longer be able to ship to Huawei (that in the past had driven a material uptick in demand in the upcycle).

Continued on the next page

### Catalysts
1) Cloud demand, 2) migration to SSDs, 3) ASP trends.

### Downside or Upside risk
Upside risk of $60 is 10x better than expected earnings power of $6.

IMPORTANT DISCLOSURES AND CERTIFICATIONS.
Susquehanna International Group, LLP (SIG) is comprised of affiliated entities, including Susquehanna Financial Group, LLLP (SFG). SFG is a provider of research and execution services. SFG is a member of FINRA. SFG does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Please see important disclosures on page 9.

Seagate_000120595

2

### HIGHLIGHTS

Continued from previous page

The liquidity pressure is also significant given STX is now using sale-leasebacks of some manufacturing facilities in the Jun-Q to generate extra cash. We do not view this as being enough and expect STX to have no choice but to tap into their revolver given the Mar-Q cash and equivalent balance of $766M. In terms of covenants, STX reported a total leverage ratio (defined as total debt to TTM credit defined EBITDA) of 4.5x, up from 3.6x in the Dec-Q. As a reminder, STX is required to keep their leverage ratio below 5x. We view it as almost inevitable that STX breaches their covenant and believe they will likely have to renegotiate with the banks to get their allowed leverage ratio closer to 9x!

All in all, our thesis of an extended recovery timeline is playing out, and we expect earnings power to be $3, at best, (and two years out in CY25!) even with the ~$350M in annualized cost cuts baked into our estimates. The next catalyst for our thesis to work is a pause in dividend. In fact, the company noted on the call that for the first time they are evaluating their capital return policy.

### Additional Details:

* STX reported Mar-Q (3QFY23) results that were below expectation on both the top and bottom line, with revenue coming in at $1,860m vs. SFG/consensus expectations of $2,003M/$1,979M. EPS came in at ($0.28), well below SFG/consensus expectations of $0.09/$0.25.

* Reported GM of 18.7% compares to SFG/consensus of 21.7%/21.6% and is down -1,050 bps Y/Y and -270 bps Q/Q. Reported OM of 3.5% compares to SFG/consensus of 6.8%/7.0% and is well below the midpoint of the long-term range of 15-20%. Margin headwinds were attributed to lower revenue, worse mix, and underutilization charges (which had a 400+ bps impact on GM). The company expects GM to improve throughout CY23 as revenue increases and underutilization charges go away; however, there are some GM pressures from costs associated with re-ramping facilities that have been essentially shut down over the last few quarters.

* The company was able to reduce opex to $282M, down $12M Q/Q but down $63M Y/Y, due to savings associated with restructuring plans, proactive expense management, and lower variable comp. The company expects opex to remain around this level in the Jun-Q.

* The company announced further expansion of their cost-cutting efforts and are now expecting to cut another $200M of annualized costs out of their P&L on top of the $150M already announced. The restructuring is expected to be largely completed by 1QFY24.

* HDD revenue was $1,604M, down -37% Y/Y and -4% Q/Q. Mass capacity revenue was ~$1.2B, down ~29% Y/Y and flat Q/Q, while non-HDD revenue of ~$256M was the one "bright spot" in the quarter, with revenue up 8% Y/Y and 14% Q/Q as component constraints have eased.

* Last quarter, management noted that Cloud and enterprise customers made good progress working down inventories in the quarter. However, management admitted this quarter that Cloud customer inventories were higher than expected and are therefore going to take longer than expected to work down. On the other hand, enterprise customer inventory levels appear to be much healthier.

* Management sent 30TB+ HAMR drives to one large cloud customer in the quarter for qualification and expect HAMR revenue to be realized in the Jun-Q. However, this revenue is not expected to be material until HAMR sees HVM in 1HCY24, according to management.

* 20TB+ drives made up two-thirds of nearline EB shipped in the Mar-Q, up from 60% in the Dec-Q and high single digits in the prior year's Mar-Q. Management expects nearline EB shipments to decline over the next few quarters as cloud customers look to reduce inventory levels.

* The Legacy business saw steeper than expected declines in mission critical and server, with consumer seeing typical seasonal demand. The decline in mission critical had a negative impact on GM mix, though mission critical is expected to pick up in the Jun-Q.

* VIA remains weak due to softness in China, which makes up a large part of the VIA mix. VIA is expected to see a gradual recovery in 2HCY23 based on trends management is seeing in China; however, they noted they have not yet received purchase orders.

CONFIDENTIAL

Seagate_000120596

3

- Reported total shipments of 112.5EB were down -31% Y/Y and -5% Q/Q, above our expectation of 107.5EB. Nearline shipments came in at ~80EB, in line with our expectation. Average drive capacity of 7.3TB is up +20% Y/Y but down -3% Q/Q.

- Management forecasts Jun-Q revenue of $1,700M, +/- $150M, implying a decline of -35% Y/Y and -8.6% Y/Y and which compares to prior SFG/consensus estimates $1,989M/$2,061M. Pro-forma EPS guide is $-0.20 +/- $0.20, which is well below prior SFG/consensus expectations of $0.47/$0.54. The company guided to low-to-mid-single-digit OM, with opex and interest expense both expected to be flat sequentially.

- Capital expenditures of $54M were down -44% Y/Y and -32% Q/Q and were ~2.9% of revenues. The company noted last quarter they expect FY23 capex to be below their long-term range of 4-6% of sales as they cut spending in order to get supply aligned with demand.

- The company intends on paying off ~$550M of debt maturing in the Jun-Q, which will require them to optimize their cash reserves given their current cash and cash eq. balance of $770M. They also have $108M of cancellation fees that STX is obligated to pay suppliers by December '23 and $15M quarterly payments (for the next five years) after reaching a settlement with the U.S. Department of Commerce's Bureau of Industry and Security (BIS) for alleged sales to Huawei after they were placed on the banned entity list. These pulls on cash are leading STX to conduct sale-leasebacks on some of their manufacturing facilities in order to generate cash.

- Seagate returned $145M to shareholders in the quarter, all in the form of dividends after pausing their share repurchase program in the Sep-Q. We note that management last quarter seemed a lot more set on not cutting or pausing their dividend, whereas this quarter there seems to be more of a "consider all options" approach. STX is planning on not resuming share repurchases for the foreseeable future.

Susquehanna Financial Group, LLLP

CONFIDENTIAL

Seagate_000120597

SEAGATE LOWERING PRICE TARGET APRIL 20, 2023

Figure 1: STX's Quarterly Results/Guide vs. SFG/Consensus

| | | MAR23A | | | | JUN23E | | |
|---|---|---|---|---|---|---|---|---|
| | Reported | SFG Est | Guidance | Consensus | SFG Est | Guidance | | Consensus |
| Revenue ($M) | $ 1,860 | $ 2,003 | 2.00B +/- 150M | $ 1,979 | $ 1,989 | $1.7B +/- $150M | $ | 2,061 |
| %Y/Y | -34% | -29% | | | -24% | | | |
| %Q/Q | -1% | 6% | 6% | | 7% | | | |
| Gross Margin | 18.7% | 21.7% | flattish | 21.6% | 24.2% | | | 24.1% |
| Operating Margin | 3.5% | 6.8% | 5-10% | 7.0% | 9.6% | Low to Mid Single Digit | | 9.2% |
| Tax Rate | -132% | 5% | | | 5% | | | |
| Shares (M) | 207 | 207 | | | 207 | | | |
| Pro Forma EPS | ($0.28) | $0.09 | 0.25 +/- 0.20 | $ 0.25 | $0.47 | -0.20 +/- 0.20 | $ | 0.54 |
| GAAP EPS | ($2.09) | ($0.37) | | | $0.30 | | | |

Source: Company Reports, FactSet, SFG Estimates

Figure 2: Execution Record





Susquehanna Financial Group, LLLP

Seagate_000120598

Case 3:23-cv-03431-RFL    Document 156-53    Filed 02/10/26    Page 6 of 10





Source: Company Reports, FactSet

Susquehanna Financial Group, LLLP

CONFIDENTIAL

SEAGATE LOWERING PRICE TARGET APRIL 20, 2023

**Seagate Technology**
(In US Millions, Except For EPS)

(FY JUN)

| 20 Apr 23 | FY22A | SEP22A | DEC22A | MAR23A | JUN23E | FY23E | SEP23E | DEC23E | MAR24E | JUN24E | FY24E | SEP24E | DEC24E | MAR25E | JUN25E | FY25E | SEP25E | DEC25E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUE | 11,661.0 | 2,035.0 | 1,887.0 | 1,860.0 | 1,705.4 | 7,487.4 | 1,692.3 | 1,771.9 | 1,699.1 | 1,799.1 | 6,962.4 | 1,948.0 | 2,105.0 | 1,944.1 | 2,081.9 | 8,079.0 | 2,139.8 | 2,172.8 |
| % Change Y/Y | 9.2% | -34.7% | -39.4% | -33.8% | -35.1% | -35.8% | -16.8% | -6.1% | -8.6% | 5.5% | -7.0% | 15.1% | 18.8% | 14.4% | 15.7% | 16.0% | 9.8% | 3.2% |
| % Change Q/Q | | -22.6% | -7.3% | -1.4% | -8.3% | | -0.8% | 4.7% | -4.1% | 5.9% | | 8.3% | 8.1% | -7.6% | 7.1% | | 2.8% | 1.5% |
| TOTAL COGS | (8,149.0) | (1,537.0) | (1,484.0) | (1,513.0) | (1,407.1) | (5,941.1) | (1,400.1) | (1,442.1) | (1,413.2) | (1,469.0) | (5,724.4) | (1,571.9) | (1,634.7) | (1,536.7) | (1,583.5) | (6,326.8) | (1,607.9) | (1,623.2) |
| GROSS PROFIT | 3,512.0 | 498.0 | 403.0 | 347.0 | 298.3 | 1,546.3 | 292.2 | 329.8 | 285.9 | 330.1 | 1,238.0 | 376.1 | 470.3 | 407.4 | 498.4 | 1,752.2 | 531.9 | 549.6 |
| % Total Revenue | 30.1% | 24.5% | 21.4% | 18.7% | 17.5% | 20.7% | 17.3% | 18.6% | 16.8% | 18.3% | 17.8% | 19.3% | 22.3% | 21.0% | 23.9% | 21.7% | 24.9% | 25.3% |
| R&D | (941.0) | (234.0) | (200.0) | (191.0) | (165.0) | (790.0) | (150.0) | (140.0) | (140.0) | (145.0) | (575.0) | (150.0) | (155.0) | (158.0) | (160.0) | (623.0) | (163.0) | (165.0) |
| % Total Revenue | -8.1% | -11.5% | -10.6% | -10.3% | -9.7% | -10.6% | -8.9% | -7.9% | -8.2% | -8.1% | -8.3% | -7.7% | -7.4% | -8.1% | -7.7% | -7.7% | -7.6% | -7.6% |
| SG&A | (429.0) | (80.0) | (94.0) | (91.0) | (75.0) | (340.0) | (95.0) | (60.0) | (60.0) | (62.0) | (277.0) | (64.0) | (65.0) | (60.0) | (65.0) | (254.0) | (65.0) | (70.0) |
| % Total Revenue | -3.7% | -3.9% | -5.0% | -4.9% | -4.4% | -4.5% | -5.6% | -3.4% | -3.5% | -3.4% | -4.0% | -3.3% | -3.1% | -3.1% | -3.1% | -3.1% | -3.0% | -3.2% |
| OPERATING PROFIT | 2,142.0 | 184.0 | 109.0 | 65.0 | 58.3 | 416.3 | 47.2 | 129.8 | 85.9 | 123.1 | 386.0 | 162.1 | 250.3 | 189.4 | 273.4 | 875.2 | 303.9 | 314.6 |
| % Total Revenue | 18.4% | 9.0% | 5.8% | 3.5% | 3.4% | 5.6% | 2.8% | 7.3% | 5.1% | 6.8% | 5.5% | 8.3% | 11.9% | 9.7% | 13.1% | 10.8% | 14.2% | 14.5% |
| % Change Y/Y | 30.2% | -70.7% | -82.4% | -86.2% | -86.2% | -80.6% | -74.3% | 19.1% | 32.2% | 110.9% | -7.3% | 243.5% | 92.8% | 120.5% | 122.1% | 126.7% | 87.4% | 25.7% |
| % Change Q/Q | | -56.4% | -40.8% | -40.4% | -10.2% | | -19.1% | 175.0% | -33.8% | 43.2% | | 31.8% | 54.3% | -24.3% | 44.3% | | 11.2% | 3.5% |
| Non-Operating Profits (Expenses) | (267.0) | (71.0) | (68.0) | (90.0) | (96.0) | (325.0) | (106.9) | (106.9) | (106.9) | (106.9) | (427.5) | (106.9) | (106.9) | (106.9) | (106.9) | (427.5) | (106.9) | (106.9) |
| PRETAX PROFIT | 1,875.0 | 113.0 | 41.0 | (25.0) | (37.7) | 91.3 | (59.7) | 23.0 | (21.0) | 16.2 | (41.5) | 55.3 | 143.4 | 82.6 | 166.5 | 447.7 | 197.0 | 207.7 |
| % Total Revenue | 16.1% | 5.6% | 2.2% | -1.3% | -2.2% | 1.2% | -3.5% | 1.3% | -1.2% | 0.9% | -0.6% | 2.8% | 6.8% | 4.2% | 8.0% | 5.5% | 9.2% | 9.6% |
| % Change Y/Y | 31.1% | -80.0% | -92.6% | -106.1% | -110.8% | -95.1% | -152.8% | -44.0% | -16.1% | -143.0% | -145.4% | -192.6% | 524.6% | -493.7% | 929.2% | -1178.6% | 256.5% | 44.9% |
| % Change Q/Q | | -67.6% | -63.7% | -161.0% | 50.6% | | 58.4% | -138.5% | -191.4% | -177.1% | | 241.7% | 159.4% | -42.4% | 101.6% | | 18.3% | 5.4% |
| TAXES | 41.0 | 12.0 | 7.0 | 33.0 | (4.0) | 48.0 | (3.0) | 1.1 | (1.0) | 0.8 | (2.1) | 2.8 | 7.2 | 4.1 | 8.3 | 22.4 | 9.9 | 10.4 |
| Tax Rate | 2% | 11% | 17% | -132% | 11% | 53% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% |
| Other 1x Charges | (184.7) | (72.0) | (67.0) | (375.0) | (35.0) | (549.0) | - | - | - | - | - | - | - | - | - | - | - | - |
| RESTRUCTURING CHARGEs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| NET INCOME - CONT OPS | 1,834.0 | 101.0 | 34.0 | (58.0) | 43.3 | 43.3 | (56.7) | 21.8 | (19.9) | 15.4 | (39.4) | 52.5 | 136.2 | 78.4 | 158.2 | 425.3 | 187.2 | 197.3 |
| % Total Revenue | 15.7% | 5.0% | 1.8% | -3.1% | -2.0% | 0.6% | -3.3% | 1.2% | -1.2% | 0.9% | -0.6% | 2.7% | 6.5% | 4.0% | 7.6% | 5.3% | 8.7% | 9.1% |
| % Change Y/Y | 32.8% | -81.4% | -93.7% | -114.4% | -109.8% | -97.6% | -156.1% | -35.9% | -65.6% | -145.7% | -191.0% | -192.6% | 524.6% | -493.7% | 929.2% | -1178.6% | 256.5% | 44.9% |
| % Change Q/Q | | -70.7% | -66.3% | -270.6% | -42.0% | | 68.4% | -138.5% | -191.4% | -177.1% | | 241.7% | 159.4% | -42.4% | 101.6% | | 18.3% | 5.4% |
| NET INCOME - TOTAL | 1,649.3 | 29.0 | (33.0) | (433.0) | (68.7) | (505.7) | (56.7) | 21.8 | (19.9) | 15.4 | (39.4) | 52.5 | 136.2 | 78.4 | 158.2 | 425.3 | 187.2 | 197.3 |
| % Total Revenue | 14.1% | 1.4% | -1.7% | -23.3% | -4.0% | -6.8% | -3.3% | 1.2% | -1.2% | 0.9% | -0.6% | 2.7% | 6.5% | 4.0% | 7.6% | 5.3% | 8.7% | 9.1% |
| % Change Y/Y | 25.5% | -94.5% | -106.6% | -225.0% | -124.9% | -130.7% | -295.5% | -166.1% | -95.4% | -122.4% | -92.2% | -192.6% | 524.6% | -493.7% | 929.2% | -1178.6% | 256.5% | 44.9% |
| % Change Q/Q | | -89.5% | -213.8% | 1212.1% | -84.1% | | -17.4% | -138.5% | -191.4% | -177.1% | | 241.7% | 159.4% | -42.4% | 101.6% | | 18.3% | 5.4% |
| SHARES | 223.8 | 210.0 | 207.0 | 207.0 | 207.0 | 207.8 | 207.0 | 207.0 | 207.0 | 207.0 | 207.0 | 207.0 | 207.0 | 207.0 | 207.0 | 207.0 | 207.0 | 207.0 |
| EPS - Pro Forma | $8.17 | $0.48 | $0.16 | ($0.28) | ($0.16) | $0.20 | ($0.27) | $0.11 | ($0.19) | $0.07 | ($0.19) | $0.25 | $0.66 | $0.38 | $0.76 | $2.05 | $0.90 | $0.95 |
| % Change Y/Y | 43.4% | -79.6% | -93.2% | -115.5% | -110.2% | -97.5% | -156.9% | -35.9% | -65.6% | -145.7% | -194.1% | -192.6% | 524.6% | -493.7% | 929.2% | -1178.6% | 256.5% | 44.9% |
| % Change Q/Q | | -69.7% | -65.8% | -270.6% | -42.0% | | 68.4% | -138.5% | -191.4% | -177.1% | | 241.7% | 159.4% | -42.4% | 101.6% | | 18.3% | 5.4% |
| EPS - GAAP | $ 7.34 | $0.14 | ($0.16) | ($2.09) | ($0.33) | $ (2.44) | ($0.27) | $0.11 | ($0.19) | $0.07 | $ (0.19) | $0.25 | $0.66 | $0.38 | $0.76 | $ 2.05 | $0.90 | $0.95 |
| % Change Y/Y | 35.0% | -93.9% | -107.2% | -234.1% | -126.1% | -133.3% | -296.3% | -166.1% | -95.4% | -122.4% | -92.2% | -192.6% | 524.6% | -493.7% | 929.2% | -1178.6% | 256.5% | 44.9% |
| % Change Q/Q | | -89.1% | -215.4% | 1212.1% | -84.1% | | -17.4% | -138.5% | -191.4% | -177.1% | | 241.7% | 159.4% | -42.4% | 101.6% | | 18.3% | 5.4% |
| Calendar Revenue | | $ 9,352 | | | | | $ 7,030 | | | | | $ 7,551 | | | | | $ 8,339 | |
| % Change Y/Y | | -22% | | | | | -25% | | | | | 7% | | | | | 10% | |
| Calendar EPS - Ops | | $4.05 | | | | | ($0.61) | | | | | $0.89 | | | | | $3.00 | |
| % Change Y/Y | | -51% | | | | | -115% | | | | | -246% | | | | | 237% | |
| Calendar EPS - GAAP | | $2.81 | | | | | ($2.59) | | | | | $0.89 | | | | | $3.00 | |
| % Change Y/Y | | -65% | | | | | -192% | | | | | -134% | | | | | 237% | |

Mehdi Hosseini
Senior Analyst
Susquehanna Financial Group, LLLP

Susquehanna International Group

415-403-6516
mehdi.hosseini@sig.com

CONFIDENTIAL

Seagate_000120600

**Seagate Technology**
(In US Millions, Except for EPS)

| ($US Millions) | 1Q23A | 2Q23A | 3Q23A | 4Q23E | 1Q24E | 2Q24E | 3Q23E | 4Q23E | 1Q24E | 2Q24E | 3Q24E | 4Q24E | 1Q25E | 2Q25E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income from Operations | 101 | 34 | (58) | (34) | (57) | 22 | (20) | 15 | 53 | 136 | 78 | 158 | 187 | 197 |
| Plus: Depreciation & Amortization | 135 | 148 | 126 | 126 | 127 | 129 | 129 | 130 | 132 | 133 | 134 | 135 | 136 | 138 |
| (Incr) Decr in Accounts Receivable | 434 | 258 | (154) | 270 | 6 | (34) | 31 | (62) | (86) | (93) | 52 | (65) | (27) | (15) |
| (Incr) Decr in Inventories | (41) | 412 | (6) | 238 | 5 | (29) | 20 | (86) | (125) | (101) | (7) | (39) | (20) | (13) |
| (Incr) Decr in Other Current Assets | 46 | (2) | (360) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Incr (Decr) in Current Liab. (Excl. debt) | (430) | (599) | 680 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Cash from Operations** | **245** | **251** | **228** | **600** | **81** | **88** | **160** | **(3)** | **(27)** | **75** | **257** | **189** | **276** | **307** |
| % Y/Y | -51% | -52% | -50% | 233% | -67% | -65% | -30% | -100% | -134% | -14% | 61% | -6853% | -1111% | 308% |
| % Q/Q | 36% | 2% | -9% | 163% | -87% | 8% | 82% | -102% | 874% | -375% | 242% | -26% | 46% | 11% |
| Quarterly Op Cash Flow Margin | 5% | 2% | -3% | -2% | -3% | 1% | -1% | 1% | 3% | 6% | 4% | 8% | 9% | 9% |
| YE Op Cash Flow | | | | $ 1,324 | | | | $ 326 | | | | $ 494 | | |
| % Y/Y | | | | -20% | | | | -75% | | | | 52% | | |
| YE Op Cash Flow Margin | | | | 18% | | | | 5% | | | | 6% | | |
| | | | | | | | | | | | | | | |
| Capital Spending (Net of sales) | (133) | (79) | (54) | (54) | (50) | (50) | (60) | (60) | (75) | (75) | (80) | (80) | (96) | (98) |
| (Incr) Decr in Other Non-Current Assets | 0 | 2 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| =Cash from Investing | (133) | (77) | (42) | (54) | (50) | (50) | (60) | (60) | (75) | (75) | (80) | (80) | (96) | (98) |
| | | | | | | | | | | | | | | |
| Incr (Decr) in Non-curr Liab. (Excl. debt) | (304) | 202 | 512 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Additional Debt | 551 | (220) | (553) | (560) | 1446 | (54) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Common Stock/Other Equity | (213) | (147) | (145) | (147) | (148) | (150) | (151) | (153) | (154) | (156) | (157) | (159) | (161) | (162) |
| =Cash from Financing | 34 | (165) | (186) | (707) | 1298 | (204) | (151) | (153) | (154) | (156) | (157) | (159) | (161) | (162) |
| | | | | | | | | | | | | | | |
| =Increase/(Decrease) in Cash | 146 | 9 | (0) | (161) | 1329 | (166) | (51) | (216) | (257) | (156) | 20 | (50) | 19 | 47 |
| +Beginning Cash | 615 | 761 | 770 | 766 | 605 | 1934 | 1768 | 1716 | 1501 | 1244 | 1088 | 1108 | 1058 | 1077 |
| +Adjustment | (0) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| =End Cash | 761 | 770 | 770 | 605 | 1934 | 1768 | 1716 | 1501 | 1244 | 1088 | 1108 | 1058 | 1077 | 1124 |
| | | | | | | | | | | | | | | |
| **FREE CASH FLOW** | | | | | | | | | | | | | | |
| Quarterly | 112 | 172 | 174 | 546 | 31 | 38 | 100 | (63) | (102) | 0 | 177 | 109 | 180 | 209 |
| % Y/Y | -70% | -60% | -52% | 406% | -72% | -78% | -43% | -112% | -430% | -99% | 77% | -274% | -276% | 83551% |
| % Q/Q | 4% | 54% | 1% | 214% | -94% | 22% | 164% | -163% | 63% | -100% | 70718% | -38% | 64% | 16% |
| FCF Margin | 6% | 9% | 9% | 32% | 2% | 2% | 6% | -3% | -5% | 0% | 9% | 5% | 8% | 10% |
| FY-End | | | | $ 1,004 | | | | $ 106 | | | | $ 184 | | |
| % Y/Y | | | | -21% | | | | -89% | | | | 74% | | |
| YE FCF Margin | | | | 13% | | | | 2% | | | | 2% | | |
| | | | | | | | | | | | | | | |
| **BALANCE SHEET** | | | | | | | | | | | | | | |
| **ASSETS** | | | | | | | | | | | | | | |
| Cash & equivalents | 761 | 770 | 766 | 605 | 1,934 | 1,768 | 1,716 | 1,501 | 1,244 | 1,088 | 1,108 | 1,058 | 1,077 | 1,124 |
| Acounts receivable, net | 1,098 | 840 | 994 | 724 | 719 | 753 | 722 | 784 | 870 | 963 | 911 | 976 | 1,003 | 1,018 |
| Inventories, net | 1,606 | 1,194 | 1,200 | 962 | 957 | 986 | 966 | 1,052 | 1,178 | 1,279 | 1,286 | 1,325 | 1,346 | 1,359 |
| Other current assets | 275 | 277 | 637 | 637 | 637 | 637 | 637 | 637 | 637 | 637 | 637 | 637 | 637 | 637 |
| **Total Current Assets** | **3,740** | **3,081** | **3,597** | **2,928** | **4,247** | **4,143** | **4,041** | **3,974** | **3,929** | **3,967** | **3,942** | **3,996** | **4,063** | **4,138** |
| | | | | | | | | | | | | | | |
| PPE | 2,196 | 2,122 | 1,753 | 1,681 | 1,604 | 1,525 | 1,456 | 1,386 | 1,329 | 1,271 | 1,217 | 1,162 | 1,122 | 1,082 |
| Other non-current assets | 2,675 | 2,664 | 2,617 | 2,617 | 2,617 | 2,617 | 2,617 | 2,617 | 2,617 | 2,617 | 2,617 | 2,617 | 2,617 | 2,617 |
| **Total Assets** | **8,611** | **7,867** | **7,967** | **7,226** | **8,467** | **8,285** | **8,114** | **7,977** | **7,875** | **7,855** | **7,776** | **7,775** | **7,802** | **7,837** |
| | | | | | | | | | | | | | | |
| **LIABILITIES & SHAREHOLDERS' EQUITY** | | | | | | | | | | | | | | |
| Accounts Payable | 1,712 | 1,085 | 1,697 | 1,697 | 1,697 | 1,697 | 1,697 | 1,697 | 1,697 | 1,697 | 1,697 | 1,697 | 1,697 | 1,697 |
| Other current liabilities | 1,426 | 1,640 | 1,942 | 1,382 | 2,882 | 2,882 | 2,882 | 2,882 | 2,882 | 2,882 | 2,882 | 2,882 | 2,882 | 2,882 |
| **Total Current Liabilities** | **3,138** | **2,725** | **3,639** | **3,079** | **4,579** | **4,579** | **4,579** | **4,579** | **4,579** | **4,579** | **4,579** | **4,579** | **4,579** | **4,579** |
| | | | | | | | | | | | | | | |
| Total debt obligations | 5,613 | 5,393 | 4,840 | 4,840 | 4,786 | 4,732 | 4,732 | 4,732 | 4,732 | 4,732 | 4,732 | 4,732 | 4,732 | 4,732 |
| Other non-current liabilities | 211 | 219 | 492 | 492 | 492 | 492 | 492 | 492 | 492 | 492 | 492 | 492 | 492 | 492 |
| **Total Liabilities** | **8,962** | **8,337** | **8,971** | **8,411** | **9,857** | **9,803** | **9,803** | **9,803** | **9,803** | **9,803** | **9,803** | **9,803** | **9,803** | **9,803** |
| | | | | | | | | | | | | | | |
| **Total Shareholders' Equity** | **(351)** | **(470)** | **(1,004)** | **(1,185)** | **(1,390)** | **(1,518)** | **(1,689)** | **(1,826)** | **(1,928)** | **(1,948)** | **(2,027)** | **(2,028)** | **(2,001)** | **(1,966)** |
| **Total Liabilities & Shareholders' Equity** | **8,611** | **7,867** | **7,967** | **7,226** | **8,467** | **8,285** | **8,114** | **7,977** | **7,875** | **7,855** | **7,776** | **7,775** | **7,802** | **7,837** |

Susquehanna Financial Group, LLLP

Mehdi Hosseini
Sr. Analyst

Susquehanna International Group

415-403-6516
mehdi.hosseini@sig.com

CONFIDENTIAL

Seagate_000120601

SEAGATE LOWERING PRICE TARGET APRIL 20, 2023

**Price target valuation and risks**

Seagate(STX, Price: $57.08, Price Target: $32.00):

Our price target of $32 is based on ~8x next peak EPS of $3.00. This is also 10x EV/EBITDA using the average of CY23 and CY24 EBITDA estimates and 1.4x EV/sales using the average of CY23 and CY24 revenue estimates. Excluding the unusually low multiples, STX shares over the past five years have traded in the range of 6-14x forward P/E, 4-8x forward EV/EBITDA, 0.6-1.8x forward EV/sales, and 3-8x book value.

Upside risks:

* Better than expected cost reductions.

* Stronger than expected cloud demand for Nearline drives.

* Increased market share in Nearline, more than what is dialed into our estimates.

* Faster recovery in the PC market, which could lead to upside to our expectations for PC units and thus the client HDD contribution to STX revenues.

Susquehanna Financial Group, LLLP

CONFIDENTIAL

### Analyst Certification

I, Mehdi Hosseini, hereby certify that the views each of us has expressed in this research report accurately reflect each of our respective personal views about the subject securities and issuers. We also certify that no part of our respective compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.

### Important Disclosures

SFG is a market maker in and SFG and/or its affiliates beneficially own 1% or more of the securities of Seagate (STX).

Susquehanna International Group, LLP (SIG) is comprised of a number of trading and investment related entities under common control, including Susquehanna Financial Group, LLLP (SFG). SIG, its affiliates and/or its principals may have long or short positions in securities or related issues mentioned here. SIG, in its capacity as specialist and/or market maker may execute orders on a principal basis in the subject securities. Information presented is from sources believed to be reliable, but is not guaranteed to be accurate or complete. Past performance should not be taken as an indication or guarantee of future results. Hyperlinks provided in this report are for your convenience. Please be aware that the products and information supplied on these hyperlinked pages are not endorsed or approved by SFG.

The following data elements on this report were sourced from Bloomberg LP: Price (yesterday's close), 52-week high, 52-week low, Shares outstanding, Average daily trading volume, Volume (contracts). Any others will be specifically sourced.

SFG employs the following rating system:

Positive: We expect this stock to appreciate by at least 15% over the next 12 months.

Neutral: We expect this stock to perform within a range of +/-15 percentage points over the next 12 months.

Negative: We expect this stock to depreciate by at least 15% over the next 12 months. .

Suspended: The previously published rating and/or estimates are currently suspended and under review.

Prior to July 2015 our rating system also required a 20% +/- expected return over 12 months to initiate with a Positive/Negative rating.

Defined Credit Terms

Gross debt + preferred TEV: (Gross Debt + Preferred) / Total Enterprise Value (expressed as a %).

Net debt/EBITDA: Net Debt (gross debt less cash on hand) / EBITDA = forward year EBITDA estimate.

Free cash flow: Forward EBITDA estimate less cash taxes less cash interest less total capex.

FCF yield: FCF Yield ((FCF/ Fully Diluted shares outstanding/current share price) (expressed as a %)).

YTM: Yield-to-maturity ("YTM") implied by any of its bonds outstanding that are due in 5 years ((or closest to)(expressed as a %)).

5-yr treasury yield: 5-year US Treasury yield (expressed as a %).

Volatility Definitions

Volume: The 20-day average option contract volume for the symbol.

Skew Rank: The current day's Skew values compared to the past year's worth of skew values and then rank the current day's value. Past year in the calculation is 252 previous trading days which includes the last trading day

Implied Volatility: Implied Volatility is the at-the-forward volatility level implied by market option prices for 90 days. While implied volatility is specific to the time frame selected, it is always presented as an annualized standard deviation.

Realized Volatility: It is the Realized Volatility of a financial instrument over 90 days. Generally, this measure is calculated by determining the average deviation from the average price of a financial instrument in the given time period. This measure is frequently compared with implied volatility to determine if options prices are over- or undervalued. It is also known as historical volatility.

### Ratings Distribution & Investment Banking Disclosure

| Covered companies in each Category | Investment banking client in each category |
|---|---|
| Positive (Buy) 60.87% (126) | Positive (Buy) 0.00% (0) |
| Neutral (Hold) 38.16% (79) | Neutral (Hold) 0.00% (0) |
| Negative (Sell) 0.97% (2) | Negative (Sell) 0.00% (0) |

This is a proprietary SFG product prepared, and intended, solely for the use of sophisticated and professional institutional traders and managers and not for the general investing public. Unauthorized redistribution of this report, by any means, represents a violation of US copyright laws and could result in legal action and the suspension of the intended recipient's privileges. If you have any questions regarding this transmission please contact ResearchDistribution@sig.com. The information in this communication is not intended for distribution to, or use by, any person or entity in any jurisdiction or country where such distribution or use would be contrary to law or regulation or which would subject Susquehanna Financial Group, LLLP or its affiliates to any registration requirement within such jurisdiction or country.

Copyright © 2023 Susquehanna Financial Group, LLLP. All rights reserved.

#### Rating and Price Target History for: Seagate (STX) as of 04-05-2023

