# EXHIBIT 56

Morningstar Equity Analyst Note | Report as of 20 Apr 2023 21:28, UTC | Reporting Currency: USD | Trading Currency: USD | Exchange: NASDAQ - ALL MARKETS

# Seagate Technology Holdings PLC STX ★★★ 20 Apr 2023 21:16, UTC

| Last Price | Fair Value Estimate | Price/FVE | Market Cap | Economic Moat™ | Moat Trend™ | Uncertainty | Capital Allocation | ESG Risk Rating Assessment[1] |
|---|---|---|---|---|---|---|---|---|
| 57.08 USD | 55.00 USD | 1.04 | 13.01 USD Bil | ⊡None | Stable | High | Standard | ⊕⊕⊕⊕⊕ |
| 20 Apr 2023 | 20 Apr 2023 21:14, UTC | | 20 Apr 2023 | | | | | 5 Apr 2023 05:00, UTC |

**William Kerwin**

Analyst

Morningstar

+1 312 244 7872

william.kerwin@morningstar.com

## Contents

Analyst Note (20 Apr 2023)

Business Description

Financials

Research Methodology for Valuing Companies

**Important Disclosure**

The conduct of Morningstar's analysts is governed by Code of Ethics/Code of Conduct Policy, Personal Security Trading Policy (or an equivalent of), and Investment Research Policy. For information regarding conflicts of interest, please visit: http://global.morningstar.com/equitydisclosures.

The primary analyst covering this company does not own its stock.

Reporting Currency: USD | Trading Currency: USD Currency amounts expressed with "$" are in U.S. dollars (USD) unless otherwise denoted.

[1]The ESG Risk Rating Assessment is a representation of Sustainalytics' ESG Risk Rating.

# Seagate Earnings: Poor Profits, Layoffs, and a Legal Settlement Combine for a Disappointing Quarter

**Analyst Note** William Kerwin, Analyst, 20 Apr 2023

We lower our fair value estimate for Seagate Technology to $55 per share, from $62, after it missed our fiscal third-quarter earnings expectations and provided poor forward-looking commentary. The ongoing downturn in the hard disk drive, or HDD, market is enduring longer than management anticipated. Though we viewed management's longer-term recovery expectations as overly rosy previously, the quarter was disappointing. We have pushed out our expectations for an HDD recovery, lowered our short-term forecasts, and we have growing concerns over the firm's balance sheet. After a promising print for the December quarter, the languid March quarter exhibits the volatility of the HDD market that leads to our no-moat rating for Seagate. A new round of layoffs and a trade violation settlement further soured the print. Shares traded down after results, and we see them as slightly overvalued.

March quarter sales dropped 34% year over year and 1% sequentially. Seagate is seeing weakness essentially everywhere as a soft macroeconomic environment weighs on spending. Sales came in at the low end of management's guidance range due to a slower-than-expected recovery for large cloud customers.

Non-GAAP gross margin dropped 270 basis points sequentially to 18.7%, behind lower volume, underutilization charges at factories, and pricing pressure in consumer hard drives. Gross margin was the main culprit behind operating margin compression and a non-GAAP net loss in the quarter.

Seagate has pushed its expectations for a recovery out to late calendar 2023, which is the first half of its fiscal 2024. Fiscal fourth-quarter guidance calls for another sequential sales decline, but improvement on margins and

## Financial Summary and Key Statistics

| | Actual | | Forecast | |
|---|---|---|---|---|
| | **2021** | **2022** | **2023** | **2024** |
| Revenue (USD Mil) | 10,681 | 11,661 | 7,538 | 8,217 |
| Revenue Growth % | 1.6 | 9.2 | -35.4 | 9.0 |
| Operating Income (Mil) | 1,492 | 1,955 | -228 | 627 |
| Operating Margin % | 14.0 | 16.8 | -3.0 | 7.6 |
| Adjusted EBITDA (Mil) | 2,042 | 2,593 | 1,014 | 1,264 |
| Adjusted EBITDA Margin % | 19.1 | 22.2 | 13.5 | 15.4 |
| Earnings Per Share (Diluted) (USD) | 5.36 | 7.36 | -2.97 | 1.96 |
| Adjusted Earnings Per Share (Diluted) (USD) | 5.64 | 8.18 | 0.31 | 3.31 |
| Adjusted EPS Growth % | 13.9 | 45.2 | -96.2 | 973.9 |
| Price/Earnings | 15.6 | 9.8 | 202.8 | 19.0 |
| Price/Book | 34.1 | 163.2 | -8.8 | -7.7 |
| EV/EBITDA | 11.8 | 7.7 | — | — |
| Free Cash Flow Yield % | 5.6 | 8.3 | 7.5 | 4.2 |

Source: Morningstar Valuation Model. Data as of 20 Apr 2023.

©2023 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.

 M⊙RNINGSTAR®

Morningstar Equity Analyst Note | Report as of 20 Apr 2023 21:28, UTC | Reporting Currency: USD | Trading Currency: USD | Exchange: NASDAQ - ALL MARKETS

# Seagate Technology Holdings PLC STX ★★★ 20 Apr 2023 21:16, UTC

| Last Price | Fair Value Estimate | Price/FVE | Market Cap | Economic Moat™ | Moat Trend™ | Uncertainty | Capital Allocation | ESG Risk Rating Assessment[1] |
|---|---|---|---|---|---|---|---|---|
| 57.08 USD | 55.00 USD | 1.04 | 13.01 USD Bil | ⊡None | Stable | High | Standard | ⊕⊕⊕⊕⊕ |
| 20 Apr 2023 | 20 Apr 2023 21:14, UTC | | 20 Apr 2023 | | | | | 5 Apr 2023 05:00, UTC |

**Sector**
🖥 Technology

**Industry**
Computer Hardware

**Business Description**

Seagate is a leading supplier of hard disk drives for data storage to the enterprise and consumer markets. It forms a practical duopoly in the market with its chief rival, Western Digital; they are both vertically integrated.

a slight improvement on the bottom line at the midpoint. With one quarter to go, we expect fiscal 2023 to culminate in a 35% sales decline but anticipate a high-single-digit growth rate in the ensuing years as demand for mass capacity HDDs rebounds from the current downturn.

Seagate announced another round of layoffs and restructuring. The firm is growing into a serial restructurer, but we see this as the effect of a market downcycle for a company lacking a moat. Seagate will incur $150 million in charges up front and result in an estimated $200 million in annualized cost savings beginning in the September quarter. This comes after prior rounds of layoffs in October and March. In total, Seagate has already laid off more than 3,000 employees, and we think that may more than double with this action. In total, the firm is cumulatively targeting roughly $350 million in annual cost savings. These savings are helping to offset margin pressure from slumping volumes, but we expect hiring in an upcycle to not lead to enduring profit upside.

Seagate has also settled with the U.S. Department of Commerce for its shipments of drives to Huawei in violation of export restrictions between 2020 and 2021. Seagate maintains innocence but agreed to pay $300 million over the course of five years, starting in fiscal 2024. 〽

©2023 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.



Morningstar Equity Analyst Note | Report as of 20 Apr 2023 21:28, UTC | Reporting Currency: USD | Trading Currency: USD | Exchange: NASDAQ - ALL MARKETS

# Seagate Technology Holdings PLC STX ★★★ 20 Apr 2023 21:16, UTC

## Price vs. Fair Value



Last Close: 57.08

Fair Value: 55.00
20 Apr 2023 21:14, UTC

■ Over Valued
■ Under Valued

| | 2018 | 2019 | 2020 | 2021 | 2022 | YTD | |
|---|---|---|---|---|---|---|---|
| | 0.96 | 1.42 | 1.48 | 1.41 | 0.85 | 1.04 | Price/Fair Value |
| | -1.74 | 60.77 | 8.87 | 86.12 | -50.96 | 9.83 | Total Return % |

Morningstar Rating
★★★★★
★★★★
★★★
★★
★

## Competitors

| | Seagate Techno...y Holdings PLC STX | Micron Technology Inc MU | Western Digital Corp WDC | SK Hynix Inc 000660 |
|---|---|---|---|---|
| | Last Close 57.08 / Fair Value 55.00 / Uncertainty : High | Fair Value 70.00 / Uncertainty : High / Last Close 61.46 | Fair Value 42.00 / Uncertainty : High / Last Close 33.32 | Fair Value 120,000.00 / Uncertainty : High / Last Close 87,700.00 |
| Economic Moat | None | None | None | None |
| Moat Trend | Stable | Stable | Stable | Stable |
| Currency | USD | USD | USD | KRW |
| Fair Value | 55.00 20 Apr 2023 21:14, UTC | 70.00 30 Sep 2022 08:34, UTC | 42.00 1 Feb 2023 03:39, UTC | 120,000.00 6 Feb 2023 07:24, UTC |
| 1-Star Price | 85.25 | 108.50 | 65.10 | 186,000.00 |
| 5-Star Price | 33.00 | 42.00 | 25.20 | 72,000.00 |
| Assessment | Fairly Valued 19 Apr 2023 | Fairly Valued 19 Apr 2023 | Fairly Valued 19 Apr 2023 | Under Valued 20 Apr 2023 |
| Morningstar Rating | ★★★20 Apr 2023 21:16, UTC | ★★★20 Apr 2023 21:16, UTC | ★★★★20 Apr 2023 21:16, UTC | ★★★★20 Apr 2023 12:02, UTC |
| Analyst | William Kerwin, Analyst | Abhinav Davuluri, Strategist | William Kerwin, Analyst | Kazunori Ito, Director |
| Capital Allocation | Standard | Standard | Standard | Standard |
| Price/Fair Value | 1.04 | 0.88 | 0.79 | 0.73 |
| Price/Sales | 1.44 | 2.90 | 0.70 | 1.35 |
| Price/Book | 101.31 | 1.40 | 0.91 | 0.98 |
| Price/Earnings | 22.13 | 43.01 | — | 27.05 |
| Dividend Yield | 4.45% | 0.76% | 0.70% | 1.37% |
| Market Cap | 13.01 Bil | 66.38 Bil | 11.06 Bil | 62,107.92 Bil |
| 52-Week Range | 47.47 — 88.25 | 48.43 — 76.23 | 29.73 — 63.26 | 73,100.00 — 115,000.00 |
| Investment Style | Large Value | Large Value | Mid Value | Large Value |

©2023 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.



Morningstar Equity Analyst Note | Report as of 20 Apr 2023 21:28, UTC | Reporting Currency: USD | Trading Currency: USD | Exchange: NASDAQ - ALL MARKETS

# Seagate Technology Holdings PLC STX ★★★ 20 Apr 2023 21:16, UTC

| Last Price | Fair Value Estimate | Price/FVE | Market Cap | Economic Moat™ | Moat Trend™ | Uncertainty | Capital Allocation | ESG Risk Rating Assessment[1] |
|---|---|---|---|---|---|---|---|---|
| 57.08 USD | 55.00 USD | 1.04 | 13.01 USD Bil | ⊟None | Stable | High | Standard | ⊕⊕⊕⊕⊕ |
| 20 Apr 2023 | 20 Apr 2023 21:14, UTC | | 20 Apr 2023 | | | | | 5 Apr 2023 05:00, UTC |

## Morningstar Valuation Model Summary

**Financials** as of 20 Apr 2023

| Fiscal Year, ends 30 Jun | Actual | | | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
| Revenue (USD Mil) | 10,509 | 10,681 | 11,661 | 7,538 | 8,217 | 9,102 | 9,831 | 10,574 |
| Operating Income (USD Mil) | 1,300 | 1,492 | 1,955 | -228 | 627 | 1,173 | 1,365 | 1,514 |
| EBITDA (USD Mil) | 1,679 | 1,889 | 2,406 | 72 | 956 | 1,537 | 1,759 | 1,937 |
| Adjusted EBITDA (USD Mil) | 1,927 | 2,042 | 2,593 | 1,014 | 1,264 | 1,858 | 2,090 | 2,277 |
| Net Income (USD Mil) | 1,004 | 1,314 | 1,649 | -634 | 411 | 943 | 1,148 | 1,289 |
| Adjusted Net Income (USD Mil) | 1,311 | 1,381 | 1,833 | 66 | 695 | 1,242 | 1,460 | 1,613 |
| Free Cash Flow To The Firm (USD Mil) | 1,282 | 1,163 | 1,402 | 872 | 629 | 1,188 | 1,360 | 1,454 |
| Weighted Average Diluted Shares Outstanding (Mil) | 265 | 245 | 224 | 213 | 210 | 209 | 207 | 203 |
| Earnings Per Share (Diluted) (USD) | 3.79 | 5.36 | 7.36 | -2.97 | 1.96 | 4.51 | 5.56 | 6.34 |
| Adjusted Earnings Per Share (Diluted) (USD) | 4.95 | 5.64 | 8.18 | 0.31 | 3.31 | 5.95 | 7.06 | 7.94 |
| Dividends Per Share (USD) | 2.58 | 2.66 | 2.77 | 2.80 | 2.80 | 2.86 | 2.94 | 3.02 |

**Margins & Returns** as of 20 Apr 2023

| | | Actual | | | Forecast | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 3 Year Avg | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 5 Year Avg |
| Operating Margin % | 14.4 | 12.4 | 14.0 | 16.8 | -3.0 | 7.6 | 12.9 | 13.9 | 14.3 | 9.1 |
| EBITDA Margin % | — | 16.0 | 17.7 | 20.6 | 1.0 | 11.6 | 16.9 | 17.9 | 18.3 | — |
| Adjusted EBITDA Margin % | 19.9 | 18.3 | 19.1 | 22.2 | 13.5 | 15.4 | 20.4 | 21.3 | 21.5 | 18.4 |
| Net Margin % | 12.0 | 9.6 | 12.3 | 14.1 | -8.4 | 5.0 | 10.4 | 11.7 | 12.2 | 6.2 |
| Adjusted Net Margin % | 13.7 | 12.5 | 12.9 | 15.7 | 0.9 | 8.5 | 13.7 | 14.9 | 15.3 | 10.6 |
| Free Cash Flow To The Firm Margin % | 11.7 | 12.2 | 10.9 | 12.0 | 11.6 | 7.6 | 13.1 | 13.8 | 13.8 | 12.0 |

**Growth & Ratios** as of 20 Apr 2023

| | | Actual | | | Forecast | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 3 Year CAGR | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 5 Year CAGR |
| Revenue Growth % | 3.9 | 1.2 | 1.6 | 9.2 | -35.4 | 9.0 | 10.8 | 8.0 | 7.6 | -1.9 |
| Operating Income Growth % | 9.6 | -12.6 | 14.8 | 31.0 | -111.7 | -375.1 | 86.9 | 16.4 | 10.8 | -5.0 |
| EBITDA Growth % | 0.0 | — | — | — | — | — | — | — | — | 0.0 |
| Adjusted EBITDA Growth % | 6.0 | -11.5 | 6.0 | 27.0 | -60.9 | 24.7 | 47.0 | 12.5 | 9.0 | -2.6 |
| Earnings Per Share Growth % | 16.5 | — | — | — | — | — | — | — | — | -0.6 |
| Adjusted Earnings Per Share Growth % | 16.5 | -4.4 | 13.9 | 45.2 | -96.2 | 973.9 | 79.4 | 18.8 | 12.4 | -0.6 |

**Valuation** as of 20 Apr 2023

| | Actual | | | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
| Price/Earnings | 9.1 | 15.6 | 9.8 | 202.8 | 19.0 | 10.6 | 8.9 | 7.9 |
| Price/Sales | 1.2 | 1.9 | 1.3 | 1.7 | 1.6 | 1.4 | 1.3 | 1.2 |
| Price/Book | 6.7 | 34.1 | 163.2 | -8.8 | -7.7 | -9.1 | -11.8 | -18.9 |
| Price/Cash Flow | 11.0 | 17.8 | 12.0 | 13.4 | 23.8 | 11.4 | 9.7 | 9.0 |
| EV/EBITDA | 7.8 | 11.8 | 7.7 | — | — | — | — | — |
| EV/EBIT | 11.5 | 16.1 | 10.2 | — | — | — | — | — |
| Dividend Yield % | 5.7 | 3.0 | 3.5 | 4.5 | 4.5 | 4.6 | 4.7 | 4.8 |
| Dividend Payout % | 68.1 | 49.6 | 37.6 | -94.2 | 142.9 | 63.3 | 52.9 | 47.6 |
| Free Cash Flow Yield % | 9.1 | 5.6 | 8.3 | 7.5 | 4.2 | 8.7 | 10.3 | 11.1 |

**Operating Performance / Profitability** as of 20 Apr 2023

| Fiscal Year, ends 30 Jun | Actual | | | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
| ROA % | 11.3 | 14.9 | 18.7 | -7.6 | 5.3 | 12.1 | 15.0 | 16.8 |
| ROE % | 50.8 | 108.7 | 445.7 | 89.2 | -25.4 | -59.9 | -90.3 | -145.4 |
| ROIC % | 19.1 | 21.2 | 30.5 | 4.4 | 14.4 | 27.1 | 34.9 | 41.3 |

©2023 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.



Morningstar Equity Analyst Note | Report as of 20 Apr 2023 21:28, UTC | Reporting Currency: USD | Trading Currency: USD | Exchange: NASDAQ - ALL MARKETS

# Seagate Technology Holdings PLC STX ★★★ 20 Apr 2023 21:16, UTC

| Last Price | Fair Value Estimate | Price/FVE | Market Cap | Economic Moat™ | Moat Trend™ | Uncertainty | Capital Allocation | ESG Risk Rating Assessment[1] |
|---|---|---|---|---|---|---|---|---|
| 57.08 USD | 55.00 USD | 1.04 | 13.01 USD Bil | ⊟None | Stable | High | Standard | ⬤⬤⬤⬤⬤ |
| 20 Apr 2023 | 20 Apr 2023 21:14, UTC | | 20 Apr 2023 | | | | | 5 Apr 2023 05:00, UTC |

| Financial Leverage (Reporting Currency) | Actual | | | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|
| Fiscal Year, ends 30 Jun | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
| Debt/Capital % | 70.0 | 89.1 | 98.1 | 133.8 | 136.0 | 133.0 | 126.9 | 117.4 |
| Assets/Equity | 5.0 | 13.7 | 82.1 | -5.1 | -4.6 | -5.3 | -7.0 | -11.4 |
| Net Debt/EBITDA | 1.5 | 2.1 | 2.1 | 73.2 | 5.7 | 3.3 | 2.7 | 2.2 |
| Total Debt/EBITDA | 2.2 | 2.5 | 2.2 | 6.0 | 5.1 | 3.1 | 2.5 | 2.0 |
| EBITDA/ Net Interest Expense | 9.6 | 9.3 | 10.4 | 3.5 | 6.1 | 10.1 | 13.0 | 14.1 |

| Forecast Revisions as of 20 Apr 2023 | 2023 | | 2024 | | 2025 | |
|---|---|---|---|---|---|---|
| Prior data as of 25 Jan 2023 | Current | Prior | Current | Prior | Current | Prior |
| Fair Value Estimate Change (Trading Currency) | 55.00 | 62.00 | — | — | — | — |
| Revenue (USD Mil) | 7,538 | 7,958 | 8,217 | 9,092 | 9,102 | 9,605 |
| Operating Income (USD Mil) | -228 | 94 | 627 | 1,152 | 1,173 | 1,265 |
| EBITDA (USD Mil) | 1,014 | 1,189 | 1,264 | 1,868 | 1,858 | 2,008 |
| Net Income (USD Mil) | 66 | 300 | 695 | 1,216 | 1,242 | 1,357 |
| Earnings Per Share (Diluted) (USD) | -2.97 | 0.10 | 1.96 | 4.24 | 4.51 | 4.87 |
| Adjusted Earnings Per Share (Diluted) (USD) | 0.31 | 1.38 | 3.31 | 5.60 | 5.95 | 6.28 |
| Dividends Per Share (USD) | 2.80 | 2.80 | 2.80 | 2.80 | 2.86 | 2.86 |

## Key Valuation Drivers as of 20 Apr 2023

| | |
|---|---|
| Cost of Equity % | 9.0 |
| Pre-Tax Cost of Debt % | 8.0 |
| Weighted Average Cost of Capital % | 8.4 |
| Long-Run Tax Rate % | 10.0 |
| Stage II EBI Growth Rate % | 5.0 |
| Stage II Investment Rate % | 50.0 |
| Perpetuity Year | 10 |

Additional estimates and scenarios available for download at https://pitchbook.com/.

## Discounted Cash Flow Valuation as of 20 Apr 2023

| | USD Mil |
|---|---|
| Present Value Stage I | 4,228 |
| Present Value Stage II | 2,183 |
| Present Value Stage III | 10,216 |
| **Total Firm Value** | **16,627** |
| Cash and Equivalents | 615 |
| Debt | -5,646 |
| Other Adjustments | -408 |
| **Equity Value** | **11,188** |
| Projected Diluted Shares | 210 |
| **Fair Value per Share** (USD) | **55.00** |

©2023 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.



Morningstar Equity Analyst Note | Report as of 20 Apr 2023 21:28, UTC | Reporting Currency: USD | Trading Currency: USD | Exchange: NASDAQ - ALL MARKETS

# Seagate Technology Holdings PLC STX ★★★ 20 Apr 2023 21:16, UTC

| Last Price | Fair Value Estimate | Price/FVE | Market Cap | Economic Moat™ | Moat Trend™ | Uncertainty | Capital Allocation | ESG Risk Rating Assessment[1] |
|---|---|---|---|---|---|---|---|---|
| 57.08 USD | 55.00 USD | 1.04 | 13.01 USD Bil | ⊟None | Stable | High | Standard | ⊕⊕⊕⊕⊕ |
| 20 Apr 2023 | 20 Apr 2023 21:14, UTC | | 20 Apr 2023 | | | | | 5 Apr 2023 05:00, UTC |

| Income Statement (USD) | Actual | | | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|
| **Fiscal Year,** ends 30 Jun | **2020** | **2021** | **2022** | **2023** | **2024** | **2025** | **2026** | **2027** |
| **Revenue** (Mil) | **10,509** | **10,681** | **11,661** | **7,538** | **8,217** | **9,102** | **9,831** | **10,574** |
| Cost of Goods Sold (Mil) | 7,667 | 7,764 | 8,192 | 6,180 | 6,187 | 6,462 | 6,931 | 7,455 |
| **Gross Profit** (Mil) | **2,842** | **2,917** | **3,469** | **1,358** | **2,030** | **2,640** | **2,900** | **3,119** |
| Selling, General, Administrative & Other Expenses (Mil) | 473 | 502 | 559 | 502 | 511 | 536 | 563 | 591 |
| Advertising & Marketing Expenses | — | — | — | — | — | — | — | — |
| Research & Development | — | — | — | — | — | — | — | — |
| Depreciation & Amortization (if reported separately) (Mil) | 14 | 12 | 11 | 6 | 12 | 12 | 12 | 12 |
| **Adjusted Operating Income** (Mil) | **1,300** | **1,492** | **1,955** | **-228** | **627** | **1,173** | **1,365** | **1,514** |
| Financial Non-Cash (Gains)/Losses (Mil) | 0 | 0 | 0 | 300 | 0 | 0 | 0 | 0 |
| Irregular Cash (Gains)/Losses (Mil) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Operating Income** (Mil) | **1,300** | **1,492** | **1,955** | **-528** | **627** | **1,173** | **1,365** | **1,514** |
| Net Interest Expense (Mil) | 268 | 144 | 276 | 102 | 204 | 180 | 157 | 157 |
| Income Tax Expense (Mil) | 28 | 34 | 30 | 4 | 13 | 50 | 60 | 68 |
| After-Tax Items (Mil) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (Minority Interest) (Mil) | — | — | — | — | — | — | — | — |
| **Net Income** (Mil) | **1,004** | **1,314** | **1,649** | **-634** | **411** | **943** | **1,148** | **1,289** |
| **Adjusted Net Income** (Mil) | **1,311** | **1,381** | **1,833** | **66** | **695** | **1,242** | **1,460** | **1,613** |
| Weighted Average Diluted Shares Outstanding (Mil) | 265 | 245 | 224 | 213 | 210 | 209 | 207 | 203 |
| **Diluted Earnings Per Share** | **3.79** | **5.36** | **7.36** | **-2.97** | **1.96** | **4.51** | **5.56** | **6.34** |
| **Diluted Adjusted Earnings Per Share** | **4.95** | **5.64** | **8.18** | **0.31** | **3.31** | **5.95** | **7.06** | **7.94** |
| Dividends Per Common Share (USD) | 2.58 | 2.66 | 2.77 | 2.80 | 2.80 | 2.86 | 2.94 | 3.02 |
| **EBITDA** (Mil) | **1,679** | **1,889** | **2,406** | **72** | **956** | **1,537** | **1,759** | **1,937** |
| **Adjusted EBITDA** (Mil) | **1,927** | **2,042** | **2,593** | **1,014** | **1,264** | **1,858** | **2,090** | **2,277** |

©2023 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.



Morningstar Equity Analyst Note | Report as of 20 Apr 2023 21:28, UTC | Reporting Currency: USD | Trading Currency: USD | Exchange: NASDAQ - ALL MARKETS

Page 7 of 11

# Seagate Technology Holdings PLC STX ★★★ 20 Apr 2023 21:16, UTC

| Last Price | Fair Value Estimate | Price/FVE | Market Cap | Economic Moat™ | Moat Trend™ | Uncertainty | Capital Allocation | ESG Risk Rating Assessment[1] |
|---|---|---|---|---|---|---|---|---|
| 57.08 USD | 55.00 USD | 1.04 | 13.01 USD Bil | ⊟None | Stable | High | Standard | ⊕⊕⊕⊕⊕ |
| 20 Apr 2023 | 20 Apr 2023 21:14, UTC | | 20 Apr 2023 | | | | | 5 Apr 2023 05:00, UTC |

| Key Cash Flow Items (USD) | Actual | | | Forecast as of 20 Apr | | | | |
|---|---|---|---|---|---|---|---|---|
| Fiscal Year, ends 30 Jun | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
| Cash from Working Capital (K) | 222,000 | -205,000 | -553,000 | 930,811 | 48,691 | 102,984 | 98,706 | 55,492 |
| (Capital Expenditures) (K) | -585,000 | -498,000 | -381,000 | -350,000 | -369,780 | -409,589 | -442,394 | -475,831 |
| Depreciation (K) | 379,000 | 397,000 | 451,000 | 600,000 | 328,693 | 364,079 | 393,239 | 422,961 |
| Amortization (K) | — | — | — | — | — | — | — | — |
| **Net New (Investment), Organic (K)** | **-88,000** | **-242,000** | **-573,000** | **1,103,726** | **20,312** | **74,013** | **63,179** | **16,512** |
| (Purchases)/Sales of Companies & Assets (K) | 1,000 | 4,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net New (Investment), Total (K)** | **-87,000** | **-238,000** | **-573,000** | **1,103,726** | **20,312** | **74,013** | **63,179** | **16,512** |
| Other Non-Cash Items, From Cash Flows (K) | 110,000 | -49,000 | 64,000 | 0 | 0 | 0 | 0 | 0 |
| **Free Cash Flow to the Firm (K)** | **1,281,729** | **1,163,368** | **1,402,068** | **872,222** | **628,961** | **1,188,054** | **1,360,398** | **1,454,393** |

| Balance Sheet (USD) | Actual | | | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|
| Fiscal Year, ends 30 Jun | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
| **Assets** | | | | | | | | |
| Cash and Equivalents (Mil) | 1,722 | 1,209 | 615 | 795 | 1,025 | 735 | 514 | 307 |
| Inventory (Mil) | 1,142 | 1,204 | 1,565 | 1,101 | 1,017 | 974 | 1,044 | 1,123 |
| Accounts Receivable (Mil) | 1,115 | 1,158 | 1,532 | 971 | 901 | 997 | 1,023 | 1,101 |
| Net Property, Plant and Equipment (Mil) | 2,129 | 2,181 | 2,239 | 1,989 | 2,030 | 2,076 | 2,125 | 2,178 |
| Goodwill (Mil) | 1,237 | 1,237 | 1,237 | 1,237 | 1,237 | 1,237 | 1,237 | 1,237 |
| Other Intangibles (Mil) | 58 | 29 | 9 | 9 | 9 | 9 | 9 | 9 |
| Other Operating Assets (Mil) | 1,255 | 1,325 | 1,453 | 1,339 | 1,358 | 1,383 | 1,403 | 1,423 |
| Non-Operating Assets (Mil) | 272 | 332 | 294 | 294 | 294 | 294 | 294 | 294 |
| **Total Assets (Mil)** | **8,930** | **8,675** | **8,944** | **7,735** | **7,871** | **7,704** | **7,649** | **7,672** |
| **Liabilities** | | | | | | | | |
| Accounts Payable (Mil) | 1,808 | 1,725 | 2,058 | 1,862 | 1,695 | 1,771 | 1,899 | 2,042 |
| Debt (Mil) | 4,175 | 5,139 | 5,646 | 6,062 | 6,448 | 5,821 | 5,192 | 4,543 |
| Other Operating Liabilities (Mil) | 1,160 | 1,180 | 1,131 | 1,041 | 1,135 | 1,257 | 1,358 | 1,460 |
| Non-Operating Liabilities (Mil) | 0 | 0 | 0 | 300 | 300 | 300 | 300 | 300 |
| **Total Liabilities (Mil)** | **7,143** | **8,044** | **8,835** | **9,265** | **9,578** | **9,148** | **8,748** | **8,346** |
| **Equity** | | | | | | | | |
| Shareholders' Equity (Mil) | 1,787 | 631 | 109 | -1,530 | -1,707 | -1,444 | -1,099 | -674 |
| Minority Interest (Mil) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Equity (Mil)** | **1,787** | **631** | **109** | **-1,530** | **-1,707** | **-1,444** | **-1,099** | **-674** |

©2023 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.



Morningstar Equity Analyst Note | Report as of 20 Apr 2023 21:28, UTC | Reporting Currency: USD | Trading Currency: USD | Exchange: NASDAQ - ALL MARKETS

# Research Methodology for Valuing Companies

## Overview

At the heart of our valuation system is a detailed projection of a company's future cash flows, resulting from our analysts' research. Analysts create custom industry and company assumptions to feed income statement, balance sheet, and capital investment assumptions into our globally standardized, proprietary discounted cash flow, or DCF, modeling templates. We use scenario analysis, indepth competitive advantage analysis, and a variety of other analytical tools to augment this process. Moreover, we think analyzing valuation through discounted cash flows presents a better lens for viewing cyclical companies, high-growth firms, businesses with finite lives (e.g., mines), or companies expected to generate negative earnings over the next few years. That said, we don't dismiss multiples altogether but rather use them as supporting cross-checks for our DCF-based fair value estimates. We also acknowledge that DCF models offer their own challenges (including a potential proliferation of estimated inputs and the possibility that the method may miss shortterm market-price movements), but we believe these negatives are mitigated by deep analysis and our longterm approach.

Morningstar's equity research group ("we," "our") believes that a company's intrinsic worth results from the future cash flows it can generate. The Morningstar Rating for stocks identifies stocks trading at a discount or premium to their intrinsic worth—or fair value estimate, in Morningstar terminology. Five-star stocks sell for the biggest risk adjusted discount to their fair values, whereas 1-star stocks trade at premiums to their intrinsic worth.

Four key components drive the Morningstar rating: (1) our assessment of the firm's economic moat, (2) our estimate of the stock's fair value, (3) our uncertainty around that fair value estimate and (4) the current market price. This process ultimately culminates in our singlepoint star rating.

## 1. Economic Moat

The concept of an economic moat plays a vital role not only in our qualitative assessment of a firm's long-term investment potential, but also in the actual calculation of our fair value estimates. An economic moat is a structural feature that allows a firm to sustain excess profits over a long period of time. We define economic profits as returns on invested capital (or ROIC) over and above our estimate of a firm's cost of capital, or weighted average cost of capital (or WACC). Without a moat, profits are more susceptible to competition. We have identified five sources of economic moats: intangible assets, switching costs, network effect, cost advantage, and efficient scale.

Companies with a narrow moat are those we believe are more likely than not to achieve normalized excess returns for at least the next 10 years. Wide-moat companies are those in which we have very high confidence that excess returns will remain for 10 years, with excess returns more likely than not to remain for at least 20 years. The longer a firm generates economic profits, the higher its intrinsic value. We believe low-quality, no-moat companies will see their normalized returns gravitate toward the firm's cost of capital more quickly than companies with moats.

When considering a company's moat, we also assess whether there is a substantial threat of value destruction, stemming from risks related to ESG, industry disruption, financial health, or other idiosyncratic issues. In this context, a risk is considered potentially value destructive if its occurrence would eliminate a firm's economic profit on a cumulative or midcycle basis. If we deem the probability of occurrence sufficiently high, we would not characterize the company as possessing an economic moat.

To assess the sustainability of excess profits, analysts perform ongoing assessments of the moat trend. A firm's moat trend is positive in cases where we think its sources of competitive advantage are growing stronger; stable where we don't anticipate changes to competitive advantages over the next several years; or negative when we see signs of deterioration.

## 2. Estimated Fair Value

Combining our analysts' financial forecasts with the firm's economic moat helps us assess how long returns on invested capital are likely to exceed the firm's cost of capital. Returns of firms with a wide economic moat rating are assumed to fade to the perpetuity period over a longer period of time than the returns of narrow-moat firms, and both will fade slower than no-moat firms, increasing our estimate of their intrinsic value.

Our model is divided into three distinct stages:

### Stage I: Explicit Forecast

In this stage, which can last five to 10 years, analysts make full financial statement forecasts, including items such as revenue, profit margins, tax rates, changes in workingcapital accounts, and capital spending. Based on these projections, we calculate earnings before interest, after taxes (EBI) and the net new investment (NNI) to derive our annual free cash flow forecast.

### Stage II: Fade

The second stage of our model is the period it will take the company's return on new invested capital—the return on capital of the next dollar invested ("RONIC")—to decline (or rise) to its cost of capital. During the Stage II period, we use a formula to approximate cash flows in lieu of explicitly modeling the income statement, balance sheet, and cash flow statement as we do in Stage I. The length of the second stage depends on the strength of the company's economic moat. We forecast this period to last anywhere from one year (for companies with no economic moat) to 10–15 years or more (for wide-moat companies). During this period, cash flows are forecast using four assumptions: an average growth rate for EBI over the period, a normalized investment rate, average return on new invested capital (RONIC), and the number of years until perpetuity, when excess returns cease. The investment rate and return on new invested capital decline until a perpetuity value is calculated. In the case of firms that do not earn their cost of capital, we assume marginal ROICs rise to the firm's cost of capital (usually attributable to less reinvestment), and we may truncate the second stage.

### Stage III: Perpetuity

Once a company's marginal ROIC hits its cost of capital, we calculate a continuing value, using a standard perpetuity formula. At perpetuity, we assume that any growth or decline or investment in the business neither creates nor destroys value and that any new investment provides a return in line with estimated WACC.

Because a dollar earned today is worth more than a dollar earned tomorrow, we discount our projections of cash flows in stages I, II, and III to arrive at a total present value of expected future cash flows. Because we are modeling free cash flow to the firm—representing cash available to provide a return to all capital providers—we discount future cash flows using the WACC, which is a weighted average of the costs of equity, debt, and preferred stock (and any other funding sources), using expected future proportionate long-term, market-value weights.

## 3. Uncertainty Around That Fair Value Estimate

Morningstar's Uncertainty Rating is designed to capture the range of potential outcomes for a company's intrinsic value. This rating is used to assign the margin of safety required before investing, which in turn explicitly drives our stock star rating system. The Uncertainty Rating is

## Morningstar Equity Research Star Rating Methodology

| | | | | |
|---|---|---|---|---|
| Economic Moat<br>Financial Health | Capital Allocation<br>Moat Trend | **Morningstar Fair Value** | Price<br>Fair Value<br>Uncertainty | **Morningstar<br>Rating™ For Stocks**<br>★★★★★ |
| *Fundamental Analysis* | | *Valuation* | *Margin of Safety* | |

©2023 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.



Morningstar Equity Analyst Note | Report as of 20 Apr 2023 21:28, UTC | Reporting Currency: USD | Trading Currency: USD | Exchange: NASDAQ - ALL MARKETS

# Research Methodology for Valuing Companies

aimed at identifying the confidence we should have in assigning a fair value estimate for a given stock.

Our Uncertainty Rating is meant to take into account anything that can increase the potential dispersion of future outcomes for the intrinsic value of a company, and anything that can affect our ability to accurately predict these outcomes. The rating begins with a suggested rating produced by a quantitative process based on the trailing 12-month standard deviation of daily stock returns. An analyst overlay is then applied, with analysts using the suggested rating, historical rating data, and their own knowledge of the company to inform them as they make the final Uncertainty Rating decision. Ultimately, the rating decision rests with the analyst. Analysts take into account many characteristics when making their final decision, including cyclical factors, operational and financial factors such as leverage, company-specific events, ESG risks, and anything else that might increase the potential dispersion of future outcomes and our ability to estimate those outcomes.

Our recommended margin of safety—the discount to fair value demanded before we'd recommend buying or selling the stock—widens as our uncertainty of the estimated value of the equity increases. The more uncertain we are about the potential dispersion of outcomes, the greater the discount we require relative to our estimate of the value of the firm before we would recommend the purchase of the shares. In addition, the Uncertainty Rating provides guidance in portfolio construction based on risk tolerance.

Our Uncertainty Ratings are: Low, Medium, High, Very High, and Extreme.

| Qualitative Analysis Uncertainty Ratings | Margin of Safety | |
|---|---|---|
| | ★★★★★Rating | ★Rating |
| Low | 20% Discount | 25% Premium |
| Medium | 30% Discount | 35% Premium |
| High | 40% Discount | 55% Premium |
| Very High | 50% Discount | 75% Premium |
| Extreme | 75% Discount | 300% Premium |

Our uncertainty rating is based on the interquartile range, or the middle 50% of potential outcomes, covering the 25th percentile–75th percentile. This means that when a stock hits 5 stars, we expect there is a 75% chance that the intrinsic value of that stock lies above the current market price. Similarly, when a stock hits 1 star, we expect there is a 75% chance that the intrinsic value of that stock lies below the current market price.

## 4. Market Price

The market prices used in this analysis and noted in the report come from exchange on which the stock is listed which we believe is a reliable source.

**Morningstar Equity Research Star Rating Methodology**



For more details about our methodology, please go to https://shareholders.morningstar.com

### Morningstar Star Rating for Stocks

Once we determine the fair value estimate of a stock, we compare it with the stock's current market price on a daily basis, and the star rating is automatically re-calculated at the market close on every day the market on which the stock is listed is open. Our analysts keep close tabs on the companies they follow, and, based on thorough and ongoing analysis, raise or lower their fair value estimates as warranted.

Please note, there is no predefined distribution of stars. That is, the percentage of stocks that earn 5 stars can fluctuate daily, so the star ratings, in the aggregate, can serve as a gauge of the broader market's valuation. When there are many 5-star stocks, the stock market as a whole is more undervalued, in our opinion, than when very few companies garner our highest rating.

We expect that if our base-case assumptions are true the market price will converge on our fair value estimate over time generally within three years (although it is impossible to predict the exact time frame in which market prices may adjust).

Our star ratings are guideposts to a broad audience and individuals must consider their own specific investment goals, risk tolerance, tax situation, time horizon, income needs, and complete investment portfolio, among other

factors.

The Morningstar Star Ratings for stocks are defined below:

★★★★★ We believe appreciation beyond a fair risk adjusted return is highly likely over a multiyear time frame. Scenario analysis developed by our analysts indicates that the current market price represents an excessively pessimistic outlook, limiting downside risk and maximizing upside potential.

★★★★ We believe appreciation beyond a fair risk-adjusted return is likely.

★★★ Indicates our belief that investors are likely to receive a fair risk-adjusted return (approximately cost of equity).

★★ We believe investors are likely to receive a less than fair risk-adjusted return.

★ Indicates a high probability of undesirable risk-adjusted returns from the current market price over a multiyear time frame, based on our analysis. Scenario analysis by our analysts indicates that the market is pricing in an excessively optimistic outlook, limiting upside potential and leaving the investor exposed to Capital loss.

### Other Definitions

**Last Price:** Price of the stock as of the close of the market of the last trading day before date of the report.

©2023 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.



Morningstar Equity Analyst Note | Report as of 20 Apr 2023 21:28, UTC | Reporting Currency: USD | Trading Currency: USD | Exchange: NASDAQ - ALL MARKETS    Page 10 of 11

# Research Methodology for Valuing Companies

**Capital Allocation Rating:** Our Capital Allocation (or Stewardship) Rating represents our assessment of the quality of management's capital allocation, with particular emphasis on the firm's balance sheet, investments, and shareholder distributions. Analysts consider companies' investment strategy and valuation, balance sheet management, and dividend and share buyback policies. Corporate governance factors are only considered if they are likely to materially impact shareholder value, though either the balance sheet, investment, or shareholder distributions. Analysts assign one of three ratings: "Exemplary", "Standard", or "Poor". Analysts judge Capital Allocation from an equity holder's perspective. Ratings are determined on a forward looking and absolute basis. The Standard rating is most common as most managers will exhibit neither exceptionally strong nor poor capital allocation.

Capital Allocation (or Stewardship) analysis published prior to Dec. 9, 2020, was determined using a different process. Beyond investment strategy, financial leverage, and dividend and share buyback policies, analysts also considered execution, compensation, related party transactions, and accounting practices in the rating.

**Capital Allocation Rating:** Our Capital Allocation (or Stewardship) Rating represents our assessment of the quality of management's capital allocation, with particular emphasis on the firm's balance sheet, investments, and shareholder distributions. Analysts consider companies' investment strategy and valuation, balance sheet management, and dividend and share buyback policies. Corporate governance factors are only considered if they are likely to materially impact shareholder value, though either the balance sheet, investment, or shareholder distributions. Analysts assign one of three ratings: "Exemplary", "Standard", or "Poor". Analysts judge Capital Allocation from an equity holder's perspective. Ratings are determined on a forward looking and absolute basis. The Standard rating is most common as most managers will exhibit neither exceptionally strong nor poor capital allocation.

Capital Allocation (or Stewardship) analysis published prior to Dec. 9, 2020, was determined using a different process. Beyond investment strategy, financial leverage, and dividend and share buyback policies, analysts also considered execution, compensation, related party transactions, and accounting practices in the rating.

**Sustainalytics ESG Risk Rating Assessment:**The ESG Risk Rating Assessment is provided by Sustainalytics; a Morningstar company.

Sustainalytics' ESG Risk Ratings measure the degree to which company's economic value at risk is driven by environment, social and governance (ESG) factors.

Sustainalytics analyzes over 1,300 data points to assess a company's exposure to and management of ESG risks. In other words, ESG Risk Ratings measures a company's unmanaged ESG Risks represented as a quantitative score. Unmanaged Risk is measured on an open-ended scale starting at zero (no risk) with lower scores representing less unmanaged risk and, for 95% of cases, the unmanaged ESG Risk score is below 50.

Based on their quantitative scores, companies are grouped into one of five Risk Categories (negligible, low, medium, high, severe). These risk categories are absolute, meaning that a 'high risk' assessment reflects a comparable degree of unmanaged ESG risk across all subindustries covered.

The ESG Risk Rating Assessment is a visual representation of Sustainalytics ESG Risk Categories on a 1 to 5 scale. Companies with Negligible Risk = 5 Globes, Low Risk = 4, Medium Risk = 3 Globes, High Risk = 2 Globes, Severe Risk = 1 Globe. For more information, please visit sustainalytics.com/esg-ratings/

Ratings should not be used as the sole basis in evaluating a company or security. Ratings involve unknown risks and uncertainties which may cause our expectations not to occur or to differ significantly from what was expected and should not be considered an offer or solicitation to buy or sell a security.

### Risk Warning

Please note that investments in securities are subject to market and other risks and there is no assurance or guarantee that the intended investment objectives will be achieved. Past performance of a security may or may not be sustained in future and is no indication of future performance. A security investment return and an investor's principal value will fluctuate so that, when redeemed, an investor's shares may be worth more or less than their original cost. A security's current investment performance may be lower or higher than the investment performance noted within the report. Morningstar's Uncertainty Rating serves as a useful data point with respect to sensitivity analysis of the assumptions used in our determining a fair value price.

### General Disclosure

Unless otherwise provided in a separate agreement, recipients accessing this report may only use it in the country in which the Morningstar distributor is based. Unless stated otherwise, the original distributor of the report is Morningstar Research Services LLC, a U.S.A. domiciled financial institution.

This report is for informational purposes only and has no regard to the specific investment objectives, financial

situation or particular needs of any specific recipient. This publication is intended to provide information to assist institutional investors in making their own investment decisions, not to provide investment advice to any specific investor. Therefore, investments discussed and recommendations made herein may not be suitable for all investors: recipients must exercise their own independent judgment as to the suitability of such investments and recommendations in the light of their own investment objectives, experience, taxation status and financial position.

The information, data, analyses and opinions presented herein are not warranted to be accurate, correct, complete or timely. Unless otherwise provided in a separate agreement, neither Morningstar, Inc. or the Equity Research Group represents that the report contents meet all of the presentation and/or disclosure standards applicable in the jurisdiction the recipient is located.

Except as otherwise required by law or provided for in a separate agreement, the analyst, Morningstar, Inc. and the Equity Research Group and their officers, directors and employees shall not be responsible or liable for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions within the report. The Equity Research Group encourages recipients recipients of this report to read all relevant issue documents (e.g., prospectus) pertaining to the security concerned, including without limitation, information relevant to its investment objectives, risks, and costs before making an in vestment decision and when deemed necessary, to seek the advice of a legal, tax, and/or accounting professional.

The Report and its contents are not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Morningstar, Inc. or its affiliates to any registration or licensing requirements in such jurisdiction.

Where this report is made available in a language other than English and in the case of inconsistencies between the English and translated versions of the report, the English version will control and supersede any ambiguities associated with any part or section of a report that has been issued in a foreign language. Neither the analyst, Morningstar, Inc., or the Equity Research Group guarantees the accuracy of the translations.

This report may be distributed in certain localities, countries and/or jurisdictions ("Territories") by independent third parties or independent intermediaries and/or distributors ("Distributors"). Such Distributors are not acting as agents or representatives of the analyst, Morningstar,

©2023 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.



Morningstar Equity Analyst Note | Report as of 20 Apr 2023 21:28, UTC | Reporting Currency: USD | Trading Currency: USD | Exchange: NASDAQ - ALL MARKETS

# Research Methodology for Valuing Companies

Inc. or the Equity Research Group. In Territories where a Distributor distributes our report, the Distributor is solely responsible for complying with all applicable regulations, laws, rules, circulars, codes and guidelines established by local and/or regional regulatory bodies, including laws in connection with the distribution third-party research reports.

## Conflicts of Interest

▸ No interests are held by the analyst with respect to the security subject of this investment research report.

▸ Morningstar, Inc. may hold a long position in the security subject of this investment research report that exceeds 0.5% of the total issued share capital of the security. To determine if such is the case, please click http://msi.morningstar.com and http://mdi.morningstar.com

▸ Analysts' compensation is derived from Morningstar, Inc.'s overall earnings and consists of salary, bonus and in some cases restricted stock.

▸ Neither Morningstar, Inc. or the Equity Research Group receives commissions for providing research nor do they charge companies to be rated.

▸ Neither Morningstar, Inc. or the Equity Research Group is a market maker or a liquidity provider of the security noted within this report.

▸ Neither Morningstar, Inc. or the Equity Research Group has been a lead manager or co-lead manager over the previous 12-months of any publicly disclosed offer of financial instruments of the issuer.

▸ Morningstar, Inc.'s investment management group does have arrangements with financial institutions to provide portfolio management/investment advice some of which an analyst may issue investment research reports on. However, analysts do not have authority over Morningstar's investment management group's business arrangements nor allow employees from the investment management group to participate or influence the analysis or opinion prepared by them.

▸ Morningstar, Inc. is a publicly traded company (Ticker Symbol: MORN) and thus a financial institution the security of which is the subject of this report may own more than 5% of Morningstar, Inc.'s total outstanding shares. Please access Morningstar, Inc.'s proxy statement, "Security Ownership of Certain Beneficial Owners and Management" section https://shareholders.morningstar.com/investor-relations/financials/sec-filings/default.aspx

▸ Morningstar, Inc. may provide the product issuer or its related entities with services or products for a fee and on an arms' length basis including software products and licenses, research and consulting services, data services, licenses to republish our ratings and research in their promotional material, event sponsorship and website advertising.

Further information on Morningstar, Inc.'s conflict of interest policies is available from https://shareholders.morningstar.com Also, please note analysts are subject to the CFA Institute's Code of Ethics and Standards of Professional Conduct.

For a list of securities which the Equity Research Group currently covers and provides written analysis on please contact your local Morningstar office. In addition, for historical analysis of securities covered, including their fair value estimate, please contact your local office.

**For Recipients in Australia:** This Report has been issued and distributed in Australia by Morningstar Australasia Pty Ltd (ABN: 95 090 665 544; ASFL: 240892). Morningstar Australasia Pty Ltd is the provider of the general advice ('the Service') and takes responsibility for the production of this report. The Service is provided through the research of investment products.

To the extent the Report contains general advice it has been prepared without reference to an investor's objectives, financial situation or needs. Investors should consider the advice in light of these matters and, if applicable, the relevant Product Disclosure Statement before making any decision to invest. Refer to our Financial Services Guide (FSG) for more information at http://www.morningstar.com.au/fsg.pdf

**For Recipients in New Zealand:** This report has been issued and distributed by Morningstar Australasia Pty Ltd and/or Morningstar Research Ltd (together 'Morningstar'). Morningstar is the provider of the regulated financial advice and takes responsibility for the production of this report. To the extent the report contains regulated financial advice it has been prepared without reference to an investor's objectives, financial situation or needs. Investors should consider the advice in light of these matters and, if applicable, the relevant Product Disclosure Statement before making any decision to invest. Refer to our Financial Advice Provider Disclosure Statement at www.morningstar.com.au/s/fapds.pdf for more information.

**For Recipients in Hong Kong:** The Report is distributed by Morningstar Investment Management Asia Limited, which is regulated by the Hong Kong Securities and Futures Commission to provide services to professional investors only. Neither Morningstar Investment Management Asia Limited, nor its representatives, are acting or will be deemed to be acting as an investment professional to any recipients of this information unless expressly agreed to by Morningstar Investment Management Asia Limited. For enquiries regarding this research, please contact a Morningstar Investment Management Asia Limited Licensed Representative at https://shareholders.morningstar.com

**For recipients in India:** This Investment Research is issued by Morningstar Investment Adviser India Private Limited. Morningstar Investment Adviser India Private Limited is registered with the Securities and Exchange Board of India (Registration number INA000001357) and provides investment advice and research. Morningstar Investment Adviser India Private Limited has not been the subject of any disciplinary action by SEBI or any other legal/regulatory body. Morningstar Investment Adviser India Private Limited is a wholly owned subsidiary of Morningstar Investment Management LLC. In India, Morningstar Investment Adviser India Private Limited has one associate, Morningstar India Private Limited, which provides data related services, financial data analysis and software development. The Research Analyst has not served as an officer, director or employee of the fund company within the last 12 months, nor has it or its associates engaged in market making activity for the fund company.

*The Conflicts of Interest disclosure above also applies to relatives and associates of Manager Research Analysts in India # The Conflicts of Interest disclosure above also applies to associates of Manager Research Analysts in India. The terms and conditions on which Morningstar Investment Adviser India Private Limited offers Investment Research to clients, varies from client to client, and are detailed in the respective client agreement.

**For recipients in Japan:** The Report is distributed by Ibbotson Associates Japan, Inc., which is regulated by Financial Services Agency. Neither Ibbotson Associates Japan, Inc., nor its representatives, are acting or will be deemed to be acting as an investment professional to any recipients of this information.

**For recipients in Singapore:** For Institutional Investor audiences only. Recipients of this report should contact their financial professional in Singapore in relation to this report. Morningstar, Inc., and its affiliates, relies on certain exemptions (Financial Advisers Regulations, Section 32B and 32C) to provide its investment research to recipients in Singapore.

©2023 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.

