# EXHIBIT 57

This report is prepared solely for the use of Miles Dean

# EVERCORE ISI

## Technology | Semiconductors and Semiconductor Equipment

**April 20, 2023**

## Seagate Technology
STX | $57.65

**In Line | Target Price/Base Case: $65.00 (from $70.00)**

**Earnings Report**

**C.J. Muse**
212-653-9025
CJ.muse@evercoreisi.com

**Kurt Swartz**
212-653-9073
kurt.swartz@evercoreisi.com

**Matthew Prisco**
212-653-9049
matthew.prisco@evercoreisi.com

**Joseph McCormack**
212-446-9448
joseph.mccormack@evercoreisi.com

### Company Statistics

| | |
|---|---|
| 52-Week Range | $47.47 - $117.03 |
| Market Capitalization (M) | $12,852 |
| Enterprise Value (M) | $18,336 |
| Dividend Yield | 4.5% |
| Net Cash/Share | $(26.56) |
| Shares Outstanding (M) | 206 |

### Earnings Summary

| | | 2022 | 2023E | 2024E |
|---|---|---|---|---|
| Revenue (M) | Q1 | $2,802 | $1,860A | $2,002 |
| | Q2 | $2,628 | $1,700 | $2,205 |
| | Q3 | $2,035 | $1,725 | $2,402 |
| | Q4 | $1,887 | $1,890 | $2,591 |
| | **CY** | **$9,352** | **$7,174** | **$9,200** |
| Cons Revenue (M) | Q1 | $2,802 | $1,967A | $2,353 |
| | Q2 | $2,628 | $2,070 | $2,418 |
| | Q3 | $2,035 | $2,268 | $2,534 |
| | Q4 | $1,887 | $2,426 | $2,681 |
| | **CY** | **$9,352** | **$8,731** | **$9,987** |
| EPS (Calendar) | Q1 | $1.81 | $(0.28)A | $0.63 |
| | Q2 | $1.59 | $(0.20) | $0.98 |
| | Q3 | $0.48 | $0.13 | $1.30 |
| | Q4 | $0.16 | $0.42 | $1.59 |
| | **CY** | **$4.04** | **$0.07** | **$4.50** |
| Consensus Adj EPS | Q1 | $1.81 | $0.26A | $1.24 |
| | Q2 | $1.59 | $0.60 | $1.41 |
| | Q3 | $0.48 | $0.96 | $1.61 |
| | Q4 | $0.16 | $1.27 | $1.83 |
| | **CY** | **$4.04** | **$3.09** | **$6.10** |

### 1 Year Price History



*Source: FactSet*

## Still Searching for a Bottom as Nearline Inventory Correction Continues

Estimates for Seagate are moving decidedly lower with March/June Q revenues coming in 6%/17% below-street and earnings unexpectedly turning negative (March/June Q -$0.28/-$0.20 vs. street $0.25/$0.53). This outweighed good news overnight for Seagate in the form of a favorable settlement with the BIS (resolving allegations that Seagate's $1.1B+ in HDD sales to Huawei between Aug. 17, 2020 and Sept. 29, 2021 violated the U.S. EAR), with shares down 9.2% for the day. Heading into the report we were indeed expecting a more prolonged Mass Capacity inventory digestion period, particularly given signs of pull-ins for Seagate in December Q, but the magnitude of the miss and management's expectation for several more quarters of Nearline EB declines certainly comes as a surprise. Focus now turns to shape of recovery from here, with management commentary suggesting meaningful recovery likely CY23-end at the earliest with HAMR volume ramps expected in early-CY24. That said, we believe the timeline for meaningful HAMR ramps remains very uncertain (ultimately contingent on HAMR yields, customer qualification cadence). We also expect intense investor debate from here regarding the proper L-T underlying HDD demand growth framework. Here, the HDD industry remains locked in a structural correction following COVID-era overshipments, further exacerbated in Seagate's case by temporary Huawei-related share gains in CY20/21 (after peers ceased shipments). At the same time, ongoing sharp declines in Flash pricing are intensifying concerns regarding SSD cannibalization of the HDD TAM. Seagate is also beginning to see more ASP pressure on the HDD side, but has encouragingly displayed a willingness to walk away from certain unfavorable deals to limit ASP degradation. Elsewhere, leverage, liquidity, and capital allocation remain under intense investor scrutiny, with all eyes remaining on Seagate's (recently raised) 5.0x 1HCY23 LTM total leverage covenant threshold, along with the sustainability of the dividend. Seagate today reiterated its commitment to the dividend, and noted plans for further debt paydown and cash inflows related to non-manufacturing building sales and leasebacks, but certainly something to monitor. Add it all up and we remain on the sidelines as we await more clarity on capital allocation/liquidity and the shape of the recovery, though we continue to anticipate strong CY24 EPS reacceleration as volumes recover and Seagate's restructuring actions fully take hold. Our PT goes to $65 from $70 (~14x CY24 EPS).

### March Q Miss on Elongated U.S. Nearline Inventory Correction and Slower China Recovery

- Seagate reported **March Q revenues** of $1.86B (-1% Q/Q, -34% Y/Y), vs. our previewed $1.90B-$1.95B and consensus $1.98B.

---

**Please see the analyst certification and important disclosures on page 10 of this report.** Evercore ISI and affiliates do and seek to do business with companies covered in its research reports. Investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
© 2023. Evercore Group L.L.C. All rights reserved.

This report is prepared solely for the use of Miles Dean

— **Mass Capacity revenues** were down -1% Q/Q to $1.24B (66% of revs, consistent with last Q). This compares to our previewed ~$1.30B-$1.35B and consensus $1.34B, reflecting more cautious Cloud and Enterprise spending, including weaker than expected Nearline demand among a few large customers late in the quarter. VIA, meanwhile, continues to be impacted by soft global macro trends with gradual recovery expected in 2HCY23.

— **Legacy revenues** declined -12% Q/Q to ~$370M (20% of total revs vs. 22% last Q) compared to our previewed/consensus $375M/$356M, reflecting typical seasonal demand trends in Client and Consumer coupled with a steeper than expected decline in Mission Critical related to a more cautious spending environment and weakening server demand.

— **Non-HDD revenues** increased +14% Q/Q to $256M (14% of revs vs. 12% last Q), compared to our previewed/consensus $225M/$240M, reflecting sequential growth in Enterprise Systems revenue as component supply steadily improved.

— Total **shipped capacity** was 118.7EB, +5% Q/Q and -23% Y/Y, with an average density of 8.1TB implying **units** of ~14.6M (vs. our previewed/consensus 15.0M/15.3M). Overall **ASP** was $110, vs. our previewed/consensus $113/$113 and vs. $109 in the prior Q.

■ **GMs (ex-SBC)** were down ~270bps Q/Q to 18.7%, vs. our previewed/consensus 21.6%/21.6%, reflecting ongoing underutilization pressure ($75M), incremental topline headwinds, challenging mix dynamics (higher margin Mass Capacity and VIA weakness), and some incremental pricing pressure toward the end of the quarter.

— **On underutilization**, recall that Seagate noted at an early-March competitor conference that it would be maintaining utilization cuts for longer than previously expected, with March Q underutilization charges seen tracking ~in-line with the $79M level witnessed in December Q (vs. prior vision for ~$60M-$70M). **On pricing**, Seagate acknowledged a more aggressive posture on pricing amongst certain customers in March Q, and opted to walk away from certain deals.

■ **Opex** came in at $282M (-4% Q/Q), compared to our previewed ~$295M and Seagate's guide for ~$300M through the balance of FY23-June. **OMs (ex-SBC)** were 3.5%, vs. guide of MSD%-HSD%. Here, Opex declines reflected a combination of lower variable comp and cost-management initiatives, including savings from restructuring actions.

■ Elsewhere, **net Interest/Other expense** was $87M, **tax expense** was $36M and **share count** was 207.0M.

■ Put it all together and Seagate reported **EPS** of $(0.28), well below our previewed ~$0.15-$0.20 range, consensus $0.25, and Seagate's guided $0.25 +/- $0.20.

■ Seagate generated $174M in **FCF** during the Q (9.4% margin, vs. $172M/9.1% in the prior Q) and returned $145M to shareholders during the quarter (exclusively via **dividends**). Recall that Seagate has paused **share repurchases** in the near term as it focuses on managing leverage and liquidity. Seagate reduced debt by $71M (-1% Q/Q) in the quarter.

**Figure 1: STX March Quarter Results**

| MARCH QUARTER RESULTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Mar Q Results | Evercore ISI | Consensus | Guide | Prior Q (Dec 22) | Prior Y (Mar 22) | Comments |
| Revenues | $1860M | $2000M | $1978M | $2.0B +/- $150M | $1887M | $2802M | |
| Q/Q | -1.4% | 6.0% | 4.8% | 6.0% | -7.3% | -10.1% | |
| GMs (excl. SBC) | 18.7% | 21.8% | 21.6% | | 21.4% | 29.2% | |
| Opex (excl. SBC) | $282M | $298M | $314M | | $294M | $345M | |
| OM | 3.5% | 7.0% | 5.7% | MSD%-HSD% | 4.0% | 15.6% | |
| Tax | -67.9% | 5.0% | | | 116.7% | 1.6% | |
| PF EPS (ex. ESO) | -$0.28 | $0.25 | $0.25 | $0.25 +/- $0.20 | $0.00 | $1.64 | |
| Share Count | 207 | 207 | | | 207 | 222 | |
| | | | | | | | |
| Mass Capacity | $1,235M | $1,351M | $1,338M | | $1,247M | $1,924M | |
| Legacy | $369M | $404M | $356M | | $416M | $641M | |
| Other | $256M | $244M | $240M | | $224M | $237M | |
| | | | | | | | |
| Units | 14.6 | 15.5 | 15.3 | | 15 | 23 | |
| ASP | $110 | $114 | $113 | | $109 | $112 | |

*Source: Company Data, Evercore ISI Research, FactSet, Visible Alpha*

This report is prepared solely for the use of Miles Dean

**June Q Guide Well Below as Nearline Inventory Correction and Underutilization Headwinds Extend**

■ Seagate guided **June Q revenues** to $1.7B +/- $150M (-9% Q/Q, -35% Y/Y at the midpoint), below our previewed/consensus ~$2.00B/$2.06B. Management expects this decline to be driven primarily by incremental weakness in Mass Capacity attributable to the elongating inventory correction at Nearline customers, with expectations for Nearline EBs to decline over the next several quarters.

■ We see **GMs (ex-SBC)** tracking up ~150bps Q/Q to 20.2%. This compares to our previewed/consensus 24.0%/24.1% coming in. Here, Seagate is calling for a sequential improvement in in underutilization charges (to ~$50-60M), along with benefits from mix (stabilization in Mission Critical, VIA) and various restructuring actions in recent quarters (more on this below). On underutilization, recall that Seagate in early March suggested June Q underutilization would likely track in the ~$40M range, vs. its original June Q vision for "very minimal" underutilization charges – so, charges again creeping incrementally higher vs. expectations as Seagate works to keep cash and inventory levels in check. Note: Seagate's LT target GM range for the core HDD business is 30-33%.

■ Management guided **OMs (ex-SBC)** to be in the LSD%/MSD% range. Here, management suggested Opex would track ~flattish Q/Q. In turn, we now see OMs tracking in the ~3-4% range, compared to our previewed ~9.6%. This remains well below the low end of Seagate's 18-22% long term range.

■ Elsewhere, we now see **net Interest/Other expense** of ~$87M (interest expense guided flattish Q/Q), **tax expense** of $15-16M (guided to $45-50M for FY23 as a whole), and a **share count** of ~208M (buybacks expected to remain suspended over the next several Qs).

■ Altogether, Seagate guided **EPS** to $(0.20) +/- $0.20, well below our previewed midpoint range of $0.50-$0.55 and consensus $0.53.

**Figure 2: STX June Quarter Guide**

| | Management Guide | Evercore ISI | Consensus | Prior Q (Mar 23) | Prior Y (Jun 22) | Comments |
|---|---|---|---|---|---|---|
| | | | JUNE QUARTER GUIDE | | | |
| Revenues | $1.7B +/- $150M | $2135M | $2057M | $1860M | $2628M | |
| Q/Q | -8.6% | 6.8% | 10.6% | -1.4% | -6.2% | |
| GMs (excl. SBC) | | 25.7% | 24.1% | 18.7% | 29.3% | |
| Opex (excl. SBC) | | $303M | $314M | $282M | $349M | |
| OM | LSD%-MSD% | 11.5% | 8.9% | 3.5% | 16.1% | |
| Tax | | 5.0% | | -67.9% | 1.3% | |
| PF EPS (excl. SBC) | $(0.20) +/- $0.20 | $0.76 | $0.53 | -$0.28 | $1.59 | |
| Share Count | | 208 | | 207 | 217 | |
| | | | | | | |
| Mass Capacity | | $1,461M | $1,455M | $1,235M | $1,928M | |
| Legacy | | $410M | $366M | $369M | $482M | |
| Other | | $264M | $243M | $256M | $218M | |
| | | | | | | |
| Units | | 16.3 | 15.6 | 15 | 20 | |
| ASP | | $115 | $118 | $110 | $120 | |

Source: Company Data, Evercore ISI Research, FactSet, Visible Alpha

**Key Takeaways:**

■ Seagate's March Q revenue of $1.86B came in 6% below-street, weighed down by ongoing inventory corrections at U.S. Nearline customers and slower-than-expected recovery in China. By segment:

— **Nearline** demand proved weaker than expected following outperformance in the prior quarter (which we believe saw some pull-ins). Here, Seagate noted more cautious Cloud and Enterprise spending, including weaker than expected Nearline demand among a few large customers late in the quarter. Management is now calling for Nearline EB shipments to decline over the next few quarters as inventory digestion continues and 20+TB ramps foreseeably decelerate.

— In **VIA**, revenues declined Q/Q in March Q amid global macro headwinds, and management is now calling for a gradual recovery in 2HCY23. Recall last quarter, management noted that the end demand profile for the VIA market has been evolving,

This report is prepared solely for the use of Miles Dean

with focus now, to an extent, transitioning from surveillance to areas such as consumer-behavior and inventory management.

— **Non-HDD revenues** were a bright spot in the quarter, rising +14% Q/Q to $256M (14% of revs vs. 12% last Q). Here, Seagate is benefiting from sequential growth in Enterprise Systems revenue as component supply steadily improves, even while the SSD market remains under pressure.

■ **Key Investor Debate From Here – What is Normalized Demand for Seagate?** Focus on topline now turns to shape of recovery, with management commentary suggesting meaningful recovery likely toward CY23-end at the earliest, with HAMR volume ramps expected in early-CY24. Clearly, HDD industry unit shipments and ASPs benefitted in recent years from downstream COVID-related buffer inventory stocking. Moreover, Seagate between Aug. 17, 2020 and Sept. 29, 2021 witnessed a revenue/EB windfall associated with ongoing shipments to Huawei, where peers ceased shipments due to export restrictions (see below on settlement regarding $1.1B+ in STX HDD sales to Huawei). At the same time, current ongoing sharp declines in Flash pricing are intensifying concerns regarding SSD cannibalization of the HDD TAM. Another, more encouraging wrinkle is the explosion of AI/ML, with Seagate noting that Memory & Storage requirements in AI data centers will certainly increase, although near-term customer investments are clearly concentrated on Compute for now. For context, Seagate's longer term growth framework has historically centered on a ~35% LT Mass Capacity EB CAGR, but investor debate regarding the underlying HDD industry TAM is likely to remain fervent in the coming quarters.

■ **On the technology front,** Seagate highlighted ongoing adoption of its 20+TB platform, driving Nearline growth in the quarter and representing ~two-thirds of Nearline EBs shipped in March Q. Now, Seagate's focus is increasingly turning to HAMR, where Seagate has a time-to-market advantage and shipped 30+TB qualification units to a Cloud customer in April. Seagate is planning to ship Corvault with 30+TB HAMR drives for revenue during the June Q, with volume ramps starting early CY24. That said, we believe the timeline for HAMR volume ramps remains very uncertain – ultimately contingent on HAMR yields, customer qualification cadence, etc.

■ **Restructuring Actions Continue with Another $200M in Savings Targeted through Latest Plan:** Seagate continues to push forward on restructuring initiatives aimed at right-sizing the business for softer near-term demand and changing mix dynamics. This process began with Seagate's October 2022 Restructuring Plan, which targeted annualized savings of ~$110M beginning in 3QFY23 (March) via a headcount reduction of ~3K employees (8%) coupled with other cost-saving initiatives such as rationalizing Seagate's factory footprint and product mix. In March Seagate announced an expansion of this October 2022 restructuring plan ([March 29th 8-K](#)) aimed at further reducing headcount by ~480 employees (1%) across multiple functions and locations (including the Lyve Edge-to-Cloud Mass Storage Platform). The expanded restructuring plan was targeted to result in an incremental $40M-$45M in annualized savings beginning in June Q 2023. Today, Seagate announced yet another restructuring plan that it expects to substantially complete during June Q, targeting an incremental $200M in annualized savings starting in September Q. The plan will result in total pre-tax charges of ~$150M (primarily cash-based). Management has suggested that savings from the first two restructuring initiatives are distributed ~60%/40% COGS/OPEX, while the newest plan announced today is expected to be ~40%/60% COGS/OPEX.

■ **GMs (ex-SBC)** in March Q were down ~270bps Q/Q to 18.7%, reflecting ongoing underutilization pressure ($75M), incremental topline headwinds, challenging mix dynamics (higher margin Mass Capacity and VIA businesses under pressure), and some incremental pricing pressure particularly toward the end of the quarter.

— **On underutilization**, recall that Seagate noted at an early-March competitor conference that it would be maintaining utilization cuts for longer than previously expected, with March Q underutilization charges seen tracking ~in-line with the $79M

4

This report is prepared solely for the use of Miles Dean

level witnessed in December Q (vs. prior vision for ~$60M-$70M). Seagate is now calling for a sequential improvement in in underutilization charges to ~$50-60M in June Q, along with benefits from mix (stabilization in Mission Critical, VIA) and restructuring. We see June Q GMs (ex-SBC) tracking up ~150bps Q/Q to 20.2%, with more meaningful Q/Q improvements in 2HCY23 and beyond as underutilization charges begin to roll off and restructuring actions fully take hold.

— **On pricing**, Seagate acknowledged a more aggressive posture on pricing amongst certain customers in March Q, with Seagate also opting to walk away from certain deals.

■ **Opex is expected to remain relatively flattish in the ~$280M range for June Q (4QFY23) and into FY24.** Here, management expects benefits from restructuring actions to enable the company to offset any near-term increases in variable and/or leaseback-related operating expenses.

■ Seagate generated $174M in **FCF** during the Q (9.4% margin, vs. $172M/9.1% in the prior Q) and returned $145M to shareholders (exclusively via **dividends**). Recall that Seagate has paused **share repurchases** in the near term as it focuses on managing leverage and liquidity, and expects buybacks to remain on hold in the near term. Seagate reduced debt by $71M (-1% Q/Q) in the quarter and cut Capex 32% Q/Q to $54M.

— **Looking to June Q, management is aiming to pay down ~$550M in debt** as its 4.750% June 2023 Senior Notes come due, and suggested flattish Capex Q/Q for June Q. Management expects FCF to remain positive in June Q and through CY23 as a whole, and indicated that cash levels in June Q should track ~flattish vs. March Q despite the anticipated debt paydown as Seagate closely manages working capital and recognizes further cash inflows related to non-manufacturing building sales and leasebacks.

— **Seagate remains committed to its dividend and to remaining compliant with its covenants**. Here, we would note that Seagate's total LTM leverage covenant at 5.0x remains in particular focus over the next several Qs. We continue to expect Seagate to ultimately do what it takes to remain compliant with all covenants – potentially including more aggressive debt paydown, working capital reductions (particularly amid lower utilization), cost cutting, non-manufacturing building sales/leasebacks, etc. – but certainly something to keep an eye on.

■ **Seagate Settles With U.S. DoC's BIS For $300M on EAR Investigation:** Seagate last night announced that it has reached a settlement agreement with the U.S. Department of Commerce's Bureau of Industry & Security ("BIS"), resolving allegations that Seagate's $1.1B+ in HDD sales to Huawei between Aug. 17, 2020 and Sept. 29, 2021 violated the U.S. EAR. In turn, Seagate will be assessed a civil penalty of $300M, paid to the DoC in quarterly installments of $15M over a 5-year period commencing Oct. 31, 2023. We consider this a relatively favorable outcome for Seagate, and believe it clearly removes a key overhang that has weighed on the name in recent quarters.

**Figure 3: Changes to Our Estimates**

| Evercore ISI vs. Consensus | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | **Mar Q** | **June Q** | **Sept Q** | **Dec Q** | **CY23E** | **CY24E** |
| Evercore ISI | Revenues | $1,860M | $1,700M | $1,725M | $1,890M | $7,174M | $9,200M |
| | EPS (excl SBC) | -$0.28 | -$0.20 | $0.13 | $0.42 | $0.07 | $4.50 |
| Old Evercore ISI | Revenues | $2,000M | $2,135M | $2,289M | $2,464M | $8,888M | $10,556M |
| | EPS (excl SBC) | $0.25 | $0.76 | $1.10 | $1.43 | $3.55 | $6.85 |
| Consensus | Revenues | $1,978M | $2,057M | $2,247M | $2,401M | $8,683M | $9,912M |
| | EPS (excl SBC) | $0.25 | $0.53 | $0.89 | $1.21 | $2.87 | $5.96 |

*Source: Company Data, Evercore ISI Research, FactSet*

This report is prepared solely for the use of Miles Dean

**Figure 4: STX Income Statement**

| SEAGATE TECHNOLOGY $ in millions | FY22 Sep-21 1Q | Dec-21 2Q | Mar-22 3Q | Jun-22 4Q | FY23 Sep-22 1Q | Dec-22 2Q | Mar-23 3Q | Jun-23 4QE | FY24 Sep-23 1QE | Dec-23 2QE | Mar-24 3QE | Jun-24 4QE | FY25 Sep-24 4QE | Dec-24 4QE | 2021 FY | 2022 FY | 2023 FYE | 2024 FYE | 2021 CY | 2022 CY | 2023 CYE | 2024 CYE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | $3,115 | $3,116 | $2,802 | $2,628 | $2,035 | $1,887 | $1,860 | $1,700 | $1,725 | $1,890 | $2,002 | $2,205 | $2,402 | $2,591 | $10,681 | $11,661 | $7,482 | $7,821 | $11,975 | $9,352 | $7,174 | $9,200 |
| QoQ | 3.4% | 0.0% | -10.1% | -6.2% | -22.6% | -7.3% | -1.4% | -8.6% | 1.5% | 9.6% | 6.0% | 10.1% | 8.9% | 7.9% | | | | | | | | |
| YoY | 34.6% | 18.8% | 2.6% | -12.8% | -34.7% | -39.4% | -33.6% | -35.3% | -15.2% | 0.1% | 7.6% | 29.7% | 39.3% | 37.1% | 1.6% | 9.2% | -35.8% | 4.5% | 17.7% | -21.9% | -23.3% | 28.2% |
| Cost of Goods (incl. SBC) | 2,158 | 2,167 | 1,994 | 1,868 | 1,545 | 1,492 | 1,521 | 1,365 | 1,333 | 1,436 | 1,502 | 1,625 | 1,746 | 1,866 | 7,750 | 8,187 | 5,923 | 5,896 | 8,442 | 6,899 | 5,655 | 6,739 |
| Gross Profit | $957.0 | $949.0 | $808.0 | $760.0 | $490.0 | $395.0 | $339.0 | $334.9 | $391.5 | $453.5 | $500.5 | $579.9 | $655.8 | $725.6 | $2,931.0 | $3,474.0 | $1,558.9 | $1,925.5 | $3,533.0 | $2,453.0 | $1,518.9 | $2,461.8 |
| Gross Margin (incl. SBC) | 30.7% | 30.5% | 28.8% | 28.9% | 24.1% | 20.9% | 18.2% | 19.7% | 22.7% | 24.0% | 25.0% | 26.3% | 27.3% | 28.0% | 27.4% | 29.8% | 20.8% | 24.6% | 29.5% | 26.2% | 21.2% | 26.8% |
| Gross Margin (ex. SBC) | 31.0% | 30.7% | 29.2% | 29.3% | 24.5% | 21.4% | 18.7% | 20.2% | 23.2% | 24.4% | 25.4% | 26.7% | 27.6% | 28.3% | 27.7% | 30.1% | 21.3% | 25.0% | 29.8% | 26.6% | 21.6% | 27.1% |
| R&D | 233.0 | 228.0 | 233.0 | 247.0 | 234.0 | 200.0 | 191.0 | 191.0 | 190.0 | 190.0 | 192.0 | 195.0 | 198.0 | 200.0 | 903.0 | 941.0 | 816.0 | 767.0 | 920.0 | 914.0 | 762.0 | 785.0 |
| SG&A | 131.0 | 136.0 | 139.0 | 130.0 | 101.0 | 119.0 | 114.0 | 114.0 | 113.0 | 113.0 | 114.0 | 115.0 | 116.5 | 118.0 | 495.0 | 536.0 | 448.0 | 455.0 | 523.0 | 489.0 | 454.0 | 463.5 |
| Total Operating Expenses (incl. SBC) | 364.0 | 364.0 | 372.0 | 377.0 | 335.0 | 319.0 | 305.0 | 305.0 | 303.0 | 303.0 | 306.0 | 310.0 | 314.5 | 318.0 | 1398.0 | 1477.0 | 1264.0 | 1222.0 | 1443.0 | 1403.0 | 1216.0 | 1248.5 |
| Operating Income | $593.0 | $585.0 | $436.0 | $383.0 | $155.0 | $76.0 | $34.0 | $29.9 | $88.5 | $150.5 | $194.5 | $269.9 | $341.3 | $407.6 | $1,533.0 | $1,997.0 | $294.9 | $703.5 | $2,090.0 | $1,050.0 | $302.9 | $1,213.3 |
| Operating Margin (incl. SBC) | 19.0% | 18.8% | 15.6% | 14.6% | 7.6% | 4.0% | 1.8% | 1.8% | 5.1% | 8.0% | 9.7% | 12.2% | 14.2% | 15.7% | 14.4% | 17.1% | 3.9% | 9.0% | 17.5% | 11.2% | 4.2% | 13.2% |
| Operating Margin (ex. SBC) | 20.1% | 19.9% | 16.8% | 16.1% | 9.0% | 5.8% | 3.5% | 3.6% | 6.9% | 9.6% | 11.3% | 13.6% | 15.5% | 16.9% | 15.4% | 18.4% | 5.6% | 10.6% | 18.5% | 12.7% | 6.0% | 14.5% |
| Interest Income (Exp) | (62.0) | (63.0) | (65.0) | (73.0) | (80.0) | (82.0) | (87.0) | (87.0) | (82.0) | (82.0) | (82.0) | (82.0) | (82.0) | (82.0) | (215.0) | (263.0) | (336.0) | (328.0) | (245.0) | (300.0) | (338.0) | (328.0) |
| Profit Before Taxes | 531.0 | 522.0 | 371.0 | 310.0 | 75.0 | (6.0) | (53.0) | (57.1) | 6.5 | 68.5 | 112.5 | 187.9 | 259.3 | 325.6 | 1,318.0 | 1,734.0 | (41.1) | 375.5 | 1,845.0 | 750.0 | (35.1) | 885.3 |
| Taxes | 21.0 | 15.0 | 6.0 | 4.0 | 3.0 | (7.0) | 36.0 | 15.5 | 11.3 | 11.3 | 11.3 | 11.3 | 13.0 | 16.3 | 49.0 | 46.0 | 47.5 | 45.0 | 66.0 | 6.0 | 74.0 | 51.7 |
| Net Income - Pro Forma (incl SBC) | $510.0 | $507.0 | $365.0 | $306.0 | $72.0 | $1.0 | ($89.0) | ($72.6) | ($4.7) | $57.3 | $101.3 | $176.6 | $246.3 | $309.3 | $1,269.0 | $1,688.0 | ($88.6) | $330.5 | $1,779.0 | $744.0 | ($109.1) | $833.5 |
| Net Margin | 16.4% | 16.3% | 13.0% | 11.6% | 3.5% | 0.1% | -4.8% | -4.3% | -0.3% | 3.0% | 5.1% | 8.0% | 10.3% | 11.9% | 11.9% | 14.5% | -1.2% | 4.2% | 14.9% | 8.0% | -1.5% | 9.1% |
| EPS - Pro Forma (incl. SBC) | $2.21 | $2.25 | $1.64 | $1.41 | $0.34 | $0.00 | ($0.43) | ($0.35) | ($0.02) | $0.27 | $0.48 | $0.83 | $1.16 | $1.45 | $5.24 | $7.52 | ($0.43) | $1.56 | $7.71 | $3.40 | ($0.53) | $3.91 |
| EPS - Pro Forma (ex. SBC) | $2.35 | $2.41 | $1.81 | $1.59 | $0.48 | $0.16 | ($0.28) | ($0.20) | $0.13 | $0.42 | $0.63 | $0.98 | $1.30 | $1.59 | $5.70 | $8.16 | $0.16 | $2.15 | $8.25 | $4.04 | $0.07 | $4.50 |
| EPS - GAAP (incl. SBC) | $2.28 | $2.23 | $1.56 | $1.27 | $0.14 | ($0.16) | ($2.09) | ($1.22) | ($0.17) | $0.12 | $0.33 | $0.68 | $1.01 | $1.30 | $5.43 | $7.33 | ($3.34) | $0.96 | $7.96 | $2.81 | ($3.36) | $3.32 |
| Pro Forma Shares Outstanding | 231.0 | 225.0 | 222.0 | 217.0 | 210.0 | 207.0 | 207.0 | 208.0 | 209.0 | 210.0 | 211.0 | 212.0 | 213.0 | 214.0 | 245.0 | 223.8 | 208.0 | 210.5 | 231.5 | 214.0 | 208.5 | 212.5 |
| Dividends | $0.67 | $0.70 | $0.70 | $0.70 | $0.70 | $0.70 | $0.70 | $0.70 | $0.70 | $0.70 | $0.70 | $0.70 | $0.70 | $0.70 | $2.66 | $2.77 | $2.80 | $2.80 | 2.71 | 2.80 | 2.80 | 2.80 |
| *Percent* | | | | | | | | | | | | | | | | | | | | | | |
| R&D | 7.5% | 7.3% | 8.3% | 9.4% | 11.5% | 10.6% | 10.3% | 11.2% | 11.0% | 10.1% | 9.6% | 8.8% | 8.2% | 7.7% | 8.5% | 8.1% | 10.9% | 9.8% | 7.7% | 9.8% | 10.6% | 8.5% |
| SG&A | 4.2% | 4.4% | 5.0% | 4.9% | 5.0% | 6.3% | 6.1% | 6.7% | 6.6% | 6.0% | 5.7% | 5.2% | 4.8% | 4.6% | 4.6% | 4.6% | 6.0% | 5.8% | 4.4% | 5.2% | 6.3% | 5.0% |
| Taxes | 4.0% | 2.9% | 1.6% | 1.3% | 4.0% | NM | NM | NM | NM | NM | NM | NM | 5.0% | 5.0% | 3.7% | 2.7% | -115.5% | 12.0% | 3.6% | 0.8% | -211.1% | 5.8% |
| *Sequential Change* | | | | | | | | | | | | | | | | | | | | | | |
| R&D | 0.4% | -2.1% | 2.2% | 6.0% | -5.3% | -14.5% | -4.5% | 0.0% | -0.5% | 0.0% | 1.1% | 1.6% | 1.5% | 1.0% | -7.2% | 4.2% | -13.3% | -6.0% | 0.9% | -0.7% | -16.6% | 3.0% |
| SG&A | -1.5% | 3.8% | 2.2% | -6.5% | -22.3% | 17.8% | -4.2% | 0.0% | -0.9% | 0.0% | 0.9% | 0.9% | 1.3% | 1.3% | 5.1% | 8.3% | -16.4% | 1.6% | 12.2% | -6.5% | -7.2% | 2.1% |

*Source: Company Data, Evercore ISI Research*

This report is prepared solely for the use of Miles Dean

**Figure 5: STX Balance Sheet**

| SEAGATE TECHNOLOGY | Sep-21 1Q | Dec-21 2Q | Mar-22 3Q | Jun-22 4Q | Sep-22 1Q | Dec-22 2Q | Mar-23 3Q | Jun-23 4QE | Sep-23 1QE | Dec-23 2QE | Mar-24 3QE | Jun-24 4QE | Sep-24 4QE | Dec-24 4QE | 2021 FY | 2022 FY | 2023 FYE | 2024 FYE | 2021 CY | 2022 CY | 2023 CYE | 2024 CYE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FY22 | | | | FY23 | | | | FY24 | | | | FY25 | | | | | | | | | |
| $ in millions | | | | | | | | | | | | | | | | | | | | | | |
| **BALANCE SHEET** | | | | | | | | | | | | | | | | | | | | | | |
| **Assets** | | | | | | | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | $991.0 | $1,535.0 | $1,138.0 | $615.0 | $761.0 | $770.0 | $766.0 | $756.9 | $713.3 | $760.9 | $360.7 | $445.7 | $498.7 | $597.4 | $1,209.0 | $615.0 | $756.9 | $445.7 | $1,535.0 | $770.0 | $760.9 | $597.4 |
| Short-term Investments | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Restricted cash and Investments | | | | | | | | | | | | | | | | | | | | | | |
| Accounts Receivable | 1,301.0 | 1,399.0 | 1,344.0 | 1,532.0 | 1,098.0 | 840.0 | 994.0 | 724.1 | 753.7 | 825.7 | 874.9 | 963.4 | 1,049.7 | 1,132.4 | 1,158.0 | 1,532.0 | 724.1 | 963.4 | 1,399.0 | 840.0 | 825.7 | 1,132.4 |
| Inventory | 1,188.0 | 1,287.0 | 1,479.0 | 1,565.0 | 1,606.0 | 1,194.0 | 1,200.0 | 975.0 | 879.1 | 868.0 | 825.1 | 892.8 | 1,055.5 | 1,230.2 | 1,204.0 | 1,565.0 | 975.0 | 892.8 | 1,287.0 | 1,194.0 | 868.0 | 1,230.2 |
| Deferred income taxes | | | | | | | | | | | | | | | | | | | | | | |
| Other | 188.0 | 229.0 | 298.0 | 321.0 | 275.0 | 277.0 | 637.0 | 637.0 | 637.0 | 637.0 | 637.0 | 637.0 | 637.0 | 637.0 | 208.0 | 321.0 | 637.0 | 637.0 | 229.0 | 277.0 | 637.0 | 637.0 |
| **Total Current Assets** | $3,668.0 | $4,450.0 | $4,259.0 | $4,033.0 | $3,740.0 | $3,081.0 | $3,597.0 | $3,093.1 | $2,983.1 | $3,091.6 | $2,697.7 | $2,938.9 | $3,240.9 | $3,597.0 | $3,779.0 | $4,033.0 | $3,093.1 | $2,938.9 | $4,450.0 | $3,081.0 | $3,091.6 | $3,597.0 |
| Property and Equipment | 2,213.0 | 2,216.0 | 2,197.0 | 2,239.0 | 2,196.0 | 2,122.0 | 1,753.0 | 1,667.0 | 1,568.7 | 1,475.4 | 1,385.5 | 1,301.6 | 1,223.7 | 1,151.4 | 2,181.0 | 2,239.0 | 1,667.0 | 1,301.6 | 2,216.0 | 2,122.0 | 1,475.4 | 1,151.4 |
| Goodwill and Intangible Assets | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 | 1,237.0 |
| Other intangible assets, net | 24.0 | 19.0 | 14.0 | 9.0 | 5.0 | 3.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 29.0 | 9.0 | 1.0 | 1.0 | 19.0 | 3.0 | 1.0 | 1.0 |
| Deferred income taxes | 1,128.0 | 1,126.0 | 1,121.0 | 1,132.0 | 1,137.0 | 1,135.0 | 1,127.0 | 1,127.0 | 1,127.0 | 1,127.0 | 1,127.0 | 1,127.0 | 1,127.0 | 1,127.0 | 1,117.0 | 1,132.0 | 1,127.0 | 1,127.0 | 1,126.0 | 1,135.0 | 1,127.0 | 1,127.0 |
| Other | 343.0 | 327.0 | 317.0 | 294.0 | 296.0 | 289.0 | 252.0 | 252.0 | 252.0 | 252.0 | 252.0 | 252.0 | 252.0 | 252.0 | 332.0 | 294.0 | 252.0 | 252.0 | 327.0 | 289.0 | 252.0 | 252.0 |
| **Total Assets** | $8,613.0 | $9,375.0 | $9,145.0 | $8,944.0 | $8,611.0 | $7,867.0 | $7,967.0 | $7,377.1 | $7,168.8 | $7,184.0 | $6,700.2 | $6,857.6 | $7,081.6 | $7,365.4 | $8,675.0 | $8,944.0 | $7,377.1 | $6,857.6 | $9,375.0 | $7,867.0 | $7,184.0 | $7,365.4 |
| **Liabilities** | | | | | | | | | | | | | | | | | | | | | | |
| Accounts Payable | $1,766.0 | $1,812.0 | $1,948.0 | $2,058.0 | $1,712.0 | $1,085.0 | $1,697.0 | $1,523.0 | $1,465.2 | $1,578.2 | $1,650.1 | $1,785.7 | $1,919.0 | $2,050.3 | $1,725.0 | $2,058.0 | $1,523.0 | $1,785.7 | $1,812.0 | $1,085.0 | $1,578.2 | $2,050.3 |
| Accrued employee compensation | 190.0 | 228.0 | 194.0 | 252.0 | 106.0 | 107.0 | 84.0 | 76.8 | 77.9 | 85.3 | 90.4 | 99.6 | 108.5 | 117.0 | 282.0 | 252.0 | 76.8 | 99.6 | 228.0 | 107.0 | 85.3 | 117.0 |
| Accrued warranty | 62.0 | 62.0 | 64.0 | 65.0 | 66.0 | 68.0 | 73.0 | 73.0 | 73.0 | 73.0 | 73.0 | 73.0 | 73.0 | 73.0 | 61.0 | 65.0 | 73.0 | 73.0 | 62.0 | 68.0 | 73.0 | 73.0 |
| Accrued expenses | 626.0 | 655.0 | 645.0 | 596.0 | 618.0 | 829.0 | 667.0 | 667.0 | 667.0 | 667.0 | 667.0 | 667.0 | 667.0 | 667.0 | 608.0 | 596.0 | 667.0 | 667.0 | 655.0 | 829.0 | 667.0 | 667.0 |
| Current Portion of Notes Payable | 245.0 | 235.0 | 30.0 | 584.0 | 636.0 | 636.0 | 1,118.0 | 578.0 | 578.0 | 578.0 | 558.0 | 558.0 | 558.0 | 558.0 | 245.0 | 584.0 | 578.0 | 558.0 | 235.0 | 636.0 | 578.0 | 558.0 |
| **Total Current Liabilities** | $2,889.0 | $2,992.0 | $2,881.0 | $3,555.0 | $3,138.0 | $2,725.0 | $3,639.0 | $2,917.8 | $2,861.1 | $2,981.5 | $3,038.6 | $3,183.2 | $3,325.5 | $3,465.3 | $2,921.0 | $3,555.0 | $2,917.8 | $3,183.2 | $2,992.0 | $2,725.0 | $2,981.5 | $3,465.3 |
| Long-term accrued warranty | $78 | $82 | $84 | $83 | $83 | $85 | $88 | $88 | $88 | $88 | $88 | $88 | $88 | $88 | $75 | $83 | $88 | $88 | $82.0 | $85.0 | $88.0 | $88.0 |
| Long-term accrued income taxes | | | | | | | | | | | | | | | | | | | | | | |
| Other non-current liabilities | 154.0 | 149.0 | 145.0 | 135.0 | 128.0 | 134.0 | 404.0 | 404.0 | 404.0 | 404.0 | 404.0 | 404.0 | 404.0 | 404.0 | 154.0 | 135.0 | 404.0 | 404.0 | 149.0 | 134.0 | 404.0 | 404.0 |
| Notes Payable | 4,891.0 | 5,626.0 | 5,614.0 | 5,062.0 | 5,613.0 | 5,393.0 | 4,840.0 | 4,840.0 | 4,840.0 | 4,840.0 | 4,361.0 | 4,361.0 | 4,361.0 | 4,361.0 | 4,894.0 | 5,062.0 | 4,840.0 | 4,361.0 | 5,626.0 | 5,393.0 | 4,840.0 | 4,361.0 |
| **Total Liabilities** | $8,012.0 | $8,849.0 | $8,724.0 | $8,835.0 | $8,962.0 | $8,337.0 | $8,971.0 | $8,249.8 | $8,193.1 | $8,313.5 | $7,891.6 | $8,036.2 | $8,178.5 | $8,318.3 | $8,044.0 | $8,835.0 | $8,249.8 | $8,036.2 | $8,849.0 | $8,337.0 | $8,313.5 | $8,318.3 |
| **Shareholders' Equity** | $601 | $526 | $421 | $109 | -$351 | -$470 | -$1,004 | -$873 | -$1,024 | -$1,129 | -$1,191 | -$1,179 | -$1,097 | -$953 | $631 | $109 | -$873 | -$1,179 | $526 | -$470 | -$1,129 | -$953 |
| **Total Shareholder's Equity** | $601.0 | $526.0 | $421.0 | $109.0 | ($351.0) | ($470.0) | ($1,004.0) | ($872.7) | ($1,024.2) | ($1,129.5) | ($1,191.4) | ($1,178.7) | ($1,096.9) | ($952.9) | $1,683.0 | $1,593.0 | $1,524.0 | $1,523.0 | $526.0 | ($470.0) | ($1,129.5) | ($952.9) |
| **Total Liabilities & Equity** | $8,613.0 | $9,375.0 | $9,145.0 | $8,944.0 | $8,611.0 | $7,867.0 | $7,967.0 | $7,377.1 | $7,168.8 | $7,184.0 | $6,700.2 | $6,857.6 | $7,081.6 | $7,365.4 | $8,675.0 | $8,944.0 | $7,377.1 | $6,857.6 | $9,375.0 | $7,867.0 | $7,184.0 | $7,365.4 |

*Source: Company Data, Evercore ISI Research*

April 20, 2023

**Evercore ISI**

This report is prepared solely for the use of Miles Dean

**Figure 6: STX Cash Flow Statement**

| SEAGATE TECHNOLOGY | FY22 Sep-21 1Q | Dec-21 2Q | Mar-22 3Q | Jun-22 4Q | FY23 Sep-22 1Q | Dec-22 2Q | Mar-23 3Q | Jun-23 4QE | FY24 Sep-23 1QE | Dec-23 2QE | Mar-24 3QE | Jun-24 4QE | FY25 Sep-24 4QE | Dec-24 4QE | 2020 FY | 2021 FY | 2022 FY | 2023 FYE | 2024 FYE | 2021 CY | 2022 CY | 2023 CYE | 2024 CYE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **$ in millions** | | | | | | | | | | | | | | | | | | | | | | | |
| **CASH FLOW** | | | | | | | | | | | | | | | | | | | | | | | |
| **Cash Flow from Operations** | | | | | | | | | | | | | | | | | | | | | | | |
| Net Income | $526 | $501 | $346 | $276 | $29 | ($33) | ($433) | ($254) | ($36) | $26 | $70 | $145 | $215 | $278 | $1,004 | $1,314 | $1,649 | ($691) | $204 | $1,838 | $618 | ($698) | $708 |
| Stock Based Compensation expense | $34 | $36 | $36 | $39 | $29 | $33 | $31 | $31 | $31 | $31 | $31 | $31 | $31 | $31 | $109 | $112 | $145 | $124 | $124 | $124 | $137 | $124 | $124 |
| Depreciation & Amortization | $104 | $108 | $112 | $127 | $135 | $148 | $126 | $140 | $150 | $150 | $150 | $150 | $150 | $150 | $379 | $397 | $451 | $549 | $600 | $414 | $522 | $566 | $600 |
| Deferred Income Taxes | ($4) | $4 | $2 | ($11) | ($5) | $1 | $8 | | | | | | | | ($6) | ($4) | ($9) | $4 | $0 | $9 | ($13) | $8 | $0 |
| Gain on sale of investments | | | | | | | | | | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Gain on sale of PPE | | | | | | | | | | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Loss on Redemption and repurchase of debt | | | | | | ($204) | ($3) | | | | | | | | $58 | $1 | $0 | ($207) | $0 | $1 | ($204) | ($3) | $0 |
| Other non-cash operating activities | $2 | $20 | $24 | $18 | $13 | $15 | ($13) | - | - | ($15) | ($15) | ($15) | ($15) | ($15) | $52 | ($50) | $64 | $15 | ($45) | ($32) | $70 | ($28) | ($60) |
| *Changes in Operating Assets and Liabilities* | | | | | | | | | | | | | | | | | | | | | | | |
| Accounts Receivable, net | ($143) | ($98) | $55 | ($188) | $434 | $258 | ($154) | $270 | ($30) | ($72) | ($49) | ($89) | ($86) | ($83) | ($127) | ($42) | ($374) | $808 | ($239) | ($598) | $559 | $14 | ($307) |
| Restricted cash | | | | | | | | | | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Inventories | $16 | ($99) | ($192) | ($86) | ($41) | $412 | ($6) | $225 | $96 | $11 | $43 | ($68) | ($163) | ($175) | ($166) | ($64) | ($361) | $590 | $82 | $29 | $93 | $326 | ($362) |
| Accounts payable | $28 | $35 | $146 | $19 | ($300) | ($619) | $592 | ($174) | ($58) | $113 | $72 | $136 | $133 | $131 | $394 | ($14) | $228 | ($501) | $263 | $124 | ($754) | $473 | $472 |
| Accrued employee compensation | ($92) | $38 | ($34) | $58 | ($146) | $1 | ($23) | | | | | | | | $55 | $58 | ($30) | ($168) | $0 | $22 | ($121) | ($23) | $0 |
| Accrued expenses, income taxes, w arranty | $11 | $29 | ($21) | ($45) | $4 | $224 | ($159) | | | | | | | | ($39) | ($38) | ($26) | $69 | $0 | $38 | $162 | ($159) | $0 |
| Vendor non-trade receivables | | | | | | | | | | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other assets and liabilities | $14 | ($53) | ($14) | ($27) | $93 | $15 | $262 | ($7) | $1 | $7 | $5 | $9 | $9 | $9 | $1 | ($44) | ($80) | $363 | $23 | ($96) | $67 | $263 | $32 |
| **Net Cash from Operations** | **$496** | **$521** | **$460** | **$180** | **$245** | **$251** | **$228** | **$230** | **$154** | **$251** | **$307** | **$299** | **$274** | **$326** | **$1,714** | **$1,626** | **$1,657** | **$954** | **$1,012** | **$1,873** | **$1,136** | **$864** | **$1,207** |
| | | | | | | | | | | | | | | | | | | | | | | | |
| **Cash Flow from Investing** | | | | | | | | | | | | | | | | | | | | | | | |
| PP&E | ($117) | ($95) | ($97) | ($72) | ($133) | ($79) | ($54) | ($54) | ($52) | ($57) | ($60) | ($66) | ($72) | ($78) | ($585) | ($498) | ($381) | ($320) | ($235) | ($440) | ($381) | ($216) | ($276) |
| Proceeds from the sale of assets | $15 | $19 | $0 | $13 | $1 | $2 | $12 | $500 | | | | | | | $1 | $33 | $47 | $515 | $0 | $56 | $16 | $512 | $0 |
| Purchases of short-term investments | ($18) | $0 | $0 | $0 | ($1) | $0 | $0 | | | | | | | | $0 | ($4) | ($18) | ($1) | $0 | ($18) | ($1) | $0 | $0 |
| Sales of short-term investments | | | | | | | | | | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Maturities of short-term investments | | | | | | | | | | | | | | | $0 | $3 | $0 | $0 | $0 | $3 | $0 | $0 | $0 |
| Other investing activities | | | | | | | | | | | | | | | ($51) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Net Cash from Investing** | **($120)** | **($76)** | **($97)** | **($59)** | **($133)** | **($77)** | **($42)** | **$446** | **($52)** | **($57)** | **($60)** | **($66)** | **($72)** | **($78)** | **($635)** | **($466)** | **($352)** | **$194** | **($235)** | **($399)** | **($366)** | **$296** | **($276)** |
| | | | | | | | | | | | | | | | | | | | | | | | |
| **Cash Flow from Financing** | | | | | | | | | | | | | | | | | | | | | | | |
| Proceeds and Repayment of Debt | ($6) | $725 | ($220) | $0 | $600 | $0 | ($71) | ($540) | | | ($499) | | | | ($143) | $967 | $499 | ($11) | ($499) | $1,707 | $380 | ($611) | ($499) |
| Proceeds from (repurchase of) of common shares | ($425) | ($471) | ($417) | ($486) | ($408) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($850) | ($2,047) | ($1,799) | ($408) | $0 | ($1,875) | ($1,311) | $0 | $0 |
| Dividends to shareholders | ($153) | ($151) | ($154) | ($152) | ($147) | ($145) | ($145) | ($146) | ($146) | ($147) | ($148) | ($148) | ($149) | ($150) | ($673) | ($649) | ($610) | ($583) | ($589) | ($619) | ($598) | ($584) | ($595) |
| Proceeds from issuance of shares under ESP | $33 | $4 | $31 | $0 | $29 | $0 | $30 | | | | | | | | $103 | $108 | $68 | $59 | $0 | $105 | $60 | $30 | $0 |
| Other financing activities | ($43) | ($8) | $0 | ($6) | ($40) | ($20) | ($4) | | | | | | | | ($42) | ($52) | ($57) | ($64) | $0 | ($1,056) | ($66) | ($4) | $0 |
| **Net Cash from Financing** | **($594)** | **$99** | **($760)** | **($644)** | **$34** | **($165)** | **($190)** | **($686)** | **($146)** | **($147)** | **($647)** | **($148)** | **($149)** | **($150)** | **($1,605)** | **($1,673)** | **($1,899)** | **($1,007)** | **($1,088)** | **($1,738)** | **($1,535)** | **($1,169)** | **($1,094)** |
| | | | | | | | | | | | | | | | | | | | | | | | |
| Effect of foreign currency | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | | | ($1) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | | | | | | | | | | | | | | | | | | | |
| Cash and Cash eqv at beginning | $1,211 | $993 | $1,537 | $1,140 | $617 | $763 | $772 | $768 | $759 | $715 | $763 | $363 | $448 | $501 | $2,244 | $1,717 | $1,204 | $610 | $752 | $1,434 | $1,170 | $405 | $396 |
| Net increase in cash and cash eqv. | ($218) | $544 | ($397) | ($523) | $146 | $9 | ($4) | ($9) | ($44) | $48 | ($400) | $85 | $53 | $99 | ($527) | ($513) | ($594) | $142 | ($311) | ($264) | ($765) | ($9) | ($163) |
| Cash and Cash eqv at end | $993 | $1,537 | $1,140 | $617 | $763 | $772 | $768 | $759 | $715 | $763 | $363 | $448 | $501 | $599 | $1,717 | $1,204 | $610 | $752 | $441 | $1,170 | $405 | $396 | $232 |
| | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Flow from Operations | $496 | $521 | $460 | $180 | $245 | $251 | $228 | $230 | $154 | $251 | $307 | $299 | $274 | $326 | $1,714 | $1,626 | $1,657 | $954 | $1,012 | $1,873 | $1,136 | $864 | $1,207 |
| Capex | ($117) | ($95) | ($97) | ($72) | ($133) | ($79) | ($54) | ($54) | ($52) | ($57) | ($60) | ($66) | ($72) | ($78) | ($585) | ($498) | ($381) | ($320) | ($235) | ($440) | ($381) | ($216) | ($276) |
| **Free Cash Flow** | **$379** | **$426** | **$363** | **$108** | **$112** | **$172** | **$174** | **$176** | **$103** | **$195** | **$247** | **$233** | **$202** | **$248** | **$1,129** | **$1,128** | **$1,276** | **$634** | **$777** | **$1,433** | **$755** | **$648** | **$931** |
| FCF Margin | 12.2% | 13.7% | 13.0% | 4.1% | 5.5% | 9.1% | 9.4% | 10.4% | 6.0% | 10.3% | 12.3% | 10.6% | 8.4% | 9.6% | 10.7% | 10.6% | 10.9% | 8.5% | 9.9% | 12.0% | 8.1% | 9.0% | 10.1% |
| **FCF/Share** | **$1.64** | **$1.89** | **$1.64** | **$0.50** | **$0.53** | **$0.83** | **$0.84** | **$0.85** | **$0.49** | **$0.93** | **$1.17** | **$1.10** | **$0.95** | **$1.16** | **$4.27** | **$4.60** | **$5.70** | **$3.05** | **$3.69** | **$6.19** | **$3.53** | **$3.11** | **$4.38** |

*Source: Company Data, Evercore ISI Research*

This report is prepared solely for the use of Miles Dean

## VALUATION METHODOLOGY

Our PT of $65 is based on ~14x CY24E EPS.

## RISKS

A more prolonged-than-expected HDD inventory correction, intensifying HDD pricing pressure, and/or geopolitical risk associated with China shipments and BIS PCL.

## COMPANIES UNDER COVERAGE BY AUTHOR

| Symbol | Company | Rating | Price (2023-20-04) | Evercore ISI Target |
|---|---|---|---|---|
| ADI | Analog Devices, Inc. | Outperform | $186.61 | $230.00 |
| AMAT | Applied Materials, Inc. | Outperform | $114.21 | $125.00 |
| ASML-AES | ASML Holding NV | Outperform | €573.40 | €750.00 |
| AVGO | Broadcom Inc. | Outperform | $630.46 | $725.00 |
| INTC | Intel Corporation | In Line | $30.79 | $36.00 |
| KLAC | KLA Corporation | In Line | $373.87 | $425.00 |
| LRCX | Lam Research Corporation | Outperform | $523.01 | $540.00 |
| MRVL | Marvell Technology Group Ltd | Outperform | $39.27 | $60.00 |
| MTSI | MACOM Technology Solutions Holdings, Inc | In Line | $62.82 | $75.00 |
| MU | Micron Technology Inc. | Outperform | $61.20 | $75.00 |
| NVDA | NVIDIA Corp. | Outperform | $270.30 | $320.00 |
| NXPI | NXP Semiconductors NV | Outperform | $168.97 | $240.00 |
| OLED | Universal Display Corporation | Outperform | $141.70 | $175.00 |
| QCOM | QUALCOMM Inc. | In Line | $118.36 | $130.00 |
| STX | Seagate Technology | In Line | $57.65 | $65.00 |
| TER | Teradyne Inc. | Outperform | $99.10 | $120.00 |
| TXN | Texas Instruments Inc. | In Line | $176.22 | $190.00 |
| WDC | Western Digital Corp. | Outperform | $33.26 | $55.00 |

This report is prepared solely for the use of Miles Dean

## TIMESTAMP

**(Article 3(1)e and Article 7 of MAR)**

Time of dissemination: April 20 2023 6:03 PM ET

## ANALYST CERTIFICATION

The analysts, Kurt Swartz, Joseph McCormack, C.J. Muse, Matthew Prisco, primarily responsible for the preparation of this research report attest to the following: (1) that the views and opinions rendered in this research report reflect his or her personal views about the subject companies or issuers; and (2) that no part of the research analyst's compensation was, is, or will be directly related to the specific recommendations or views in this research report.

## IMPORTANT DISCLOSURES

This report is approved and/or distributed by Evercore Group L.L.C. ("Evercore Group"), a U.S. licensed broker-dealer regulated by the Financial Industry Regulatory Authority ("FINRA"), and Evercore ISI International Limited ("ISI UK"), which is authorised and regulated in the United Kingdom by the Financial Conduct Authority. The institutional sales, trading and research businesses of Evercore Group and ISI UK collectively operate under the global marketing brand name Evercore ISI ("Evercore ISI"). Both Evercore Group and ISI UK are subsidiaries of Evercore Inc. ("Evercore "). The trademarks, logos and service marks shown on this report are registered trademarks of Evercore.

The analysts and associates responsible for preparing this report receive compensation based on various factors, including Evercore's Partners' total revenues, a portion of which is generated by affiliated investment banking transactions. Evercore ISI seeks to update its research as appropriate, but various regulations may prevent this from happening in certain instances. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Evercore ISI generally prohibits analysts, associates and members of their households from maintaining a financial interest in the securities of any company in the analyst's area of coverage. Any exception to this policy requires specific approval by a member of our Compliance Department. Such ownership is subject to compliance with applicable regulations and disclosure. Evercore ISI also prohibits analysts, associates and members of their households from serving as an officer, director, advisory board member or employee of any company that the analyst covers.

This report may include a Tactical Call, which describes a near-term event or catalyst affecting the subject company or the market overall and which is expected to have a short-term price impact on the equity shares of the subject company. This Tactical Call is separate from the analyst's long-term recommendation (Outperform, In Line or Underperform) that reflects a stock's forward 12-month expected return, is not a formal rating and may differ from the target prices and recommendations reflected in the analyst's long-term view.

**Applicable current disclosures regarding the subject companies covered in this report are available at the offices of Evercore ISI: 55 East 52nd Street, New York, NY 10055, and at the following site: https://evercoreisi.mediasterling.com/disclosure.**

Evercore and its affiliates, and I or their respective directors, officers, members and employees, may have, or have had, interests or qualified holdings on issuers mentioned in this report. Evercore and its affiliates may have, or have had, business relationships with the companies mentioned in this report.

Additional information on securities or financial instruments mentioned in this report is available upon request.

---

**Ratings Definitions**

**Current Ratings Definition**

Evercore ISI's recommendations are based on a stock's total forecasted return over the next 12 months. Total forecasted return is equal to the expected percentage price return plus gross dividend yield. We divide our stocks under coverage into three primary ratings categories, with the following return guidelines:

**Outperform**- the total forecasted return is expected to be greater than the expected total return of the analyst's coverage sector.
**In Line**- the total forecasted return is expected to be in line with the expected total return of the analyst's coverage sector.
**Underperform**- the total forecasted return is expected to be less than the expected total return of the analyst's coverage sector.
**Coverage Suspended**- the rating and target price have been removed pursuant to Evercore ISI policy when Evercore is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances.*
**Rating Suspended**- Evercore ISI has suspended the rating and target price for this stock because there is not sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, a rating or target price. The previous rating and target price, if any, are no longer in effect for this company and should not be relied upon.*

*Prior to October 10, 2015, the "Coverage Suspended" and "Rating Suspended" categories were included in the category "Suspended."

**FINRA requires that members who use a ratings system with terms other than "Buy," "Hold/Neutral" and "Sell" to equate their own ratings to these categories. For this purpose, and in the Evercore ISI ratings distribution below, our Outperform, In Line, and Underperform ratings can be equated to Buy, Hold and Sell, respectively.**

**Historical Ratings Definitions**

Prior to March 2, 2017, Evercore ISI's recommendations were based on a stock's total forecasted return over the next 12 months:

**Buy**- the total forecasted return is expected to be greater than 10%
**Hold**- the total forecasted return is expected to be greater than or equal to 0% and less than or equal to 10%
**Sell** -the total forecasted return is expected to be less than 0%

On October 31, 2014, Evercore Partners acquired International Strategy & Investment Group LLC ("ISI Group") and ISI UK (the "Acquisition") and transferred Evercore Group's research, sales and trading businesses to ISI Group. On December 31, 2015, the combined research, sales and trading businesses were transferred back to Evercore Group in an internal reorganization. Since the Acquisition, the combined research, sales and trading businesses have operated under the global marketing brand name Evercore ISI.

**ISI Group and ISI UK:**

Prior to October 10, 2014, the ratings system of ISI Group LLC and ISI UK which was based on a 12-month risk adjusted total return:

Strong Buy- Return > 20%
Buy- Return 10% to 20%
Neutral - Return 0% to 10%
Cautious- Return -10% to 0%
Sell-  Return< -10%

For disclosure purposes, ISI Group and ISI UK ratings were viewed as follows: Strong Buy and Buy equate to Buy, Neutral equates to Hold, and Cautious and Sell equate to Sell.

**Evercore Group:**

Prior to October 10, 2014, the rating system of Evercore Group was based on a stock's expected total return relative to the analyst's coverage universe over the following 12 months. Stocks under coverage were divided into three categories:

Overweight- the stock is expected to outperform the average total return of the analyst's coverage universe over the next 12 months.
Equal-Weight- the stock is expected to perform in line with the average total return of the analyst's coverage universe over the next 12 months.
Underweight -the stock is expected to underperform the average total return of the analyst's coverage universe over the next 12 months.
Suspended- the company rating, target price and earnings estimates have been temporarily suspended.

For disclosure purposes, Evercore Group's prior "Overweight," "Equal-Weight" and "Underweight" ratings were viewed as "Buy," "Hold" and "Sell," respectively.

**Ratings Definitions for Portfolio-Based Coverage**

Evercore ISI utilizes an alternate rating system for companies covered by analysts who use a model portfolio-based approach to determine a company's investment recommendation. Covered companies are included or not included as holdings in the analyst's Model Portfolio, and have the following ratings:

**Long**- the stock is a positive holding in the model portfolio; the total forecasted return is expected to be greater than 0%.
**Short**- the stock is a negative holding in the model portfolio; the total forecasted return is expected to be less than 0%.
**No Position**- the stock is not included in the model portfolio.
**Coverage Suspended**- the rating and target price have been removed pursuant to Evercore ISI policy when Evercore is acting in an advisory capacity in a merger or strategic transaction involving this company, and in certain other circumstances; a stock in the model portfolio is removed.
**Rating Suspended** - Evercore ISI has suspended the rating and/or target price for this stock because there is not sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, a rating or target price. The previous rating and target price, if any, are no longer in effect for this company and should not be relied upon; a stock in the model portfolio is removed.

Stocks included in the model portfolio will be weighted from 0 to 100% for Long and 0 to -100% for Short. A stock's weight in the portfolio reflects the analyst's degree of conviction in the stock's rating relative to other stocks in the portfolio. The model portfolio may also include a cash component. At any given time the aggregate weight of the stocks included in the portfolio and the cash component must equal100%.

Stocks assigned ratings under the alternative model portfolio-based coverage system cannot also be rated by Evercore ISI's Current Ratings definitions of Outperform, In Line and Underperform.

**FINRA requires that members who use a ratings system with terms other than "Buy," "Hold/Neutral" and "Sell," to equate their own ratings to these categories. For this purpose, and in the Evercore ISI ratings distribution below, our Long, No Position and Short ratings can be equated to Buy, Hold and Sell respectively.**

**Evercore ISI rating (as of 04/20/2023)**

| Coverage Universe | | | Investment Banking Services I Past 12 Months | | |
|---|---|---|---|---|---|
| Ratings | Count | Pct. | Ratings | Count | Pct. |
| Buy | 471 | 57 | Buy | 55 | 12 |
| Hold | 298 | 36 | Hold | 28 | 9 |
| Sell | 16 | 2 | Sell | 0 | 0 |
| Coverage Suspended | 35 | 4 | Coverage Suspended | 4 | 11 |
| Rating Suspended | 10 | 1 | Rating Suspended | 3 | 30 |

**Issuer-Specific Disclosures (as of April 20, 2023)**

This report is prepared solely for the use of Miles Dean

11

This report is prepared solely for the use of Miles Dean

**Price Charts**



Seagate Technology Rating History as of 04/19/2023

**Ratings Key**

| B | Buy | OP | Outperform | L | Long | CS | Coverage Suspended |
|---|-----|----|-----------|---|------|----|--------------------|
| H | Hold | IL | In Line | NP | No Position | RS | Rating Suspended |
| S | Sell | UP | Underperform | S | Short | | |

## GENERAL DISCLOSURES

This report is approved and/or distributed by Evercore Group L.L.C. ("Evercore Group"), a U.S. licensed broker-dealer regulated by the Financial Industry Regulatory Authority ("FINRA") and by International Strategy & Investment Group (UK) Limited ("ISI UK"), which is authorised and regulated in the United Kingdom by the Financial Conduct Authority. The institutional sales, trading and research businesses of Evercore Group and ISI UK collectively operate under the global marketing brand name Evercore ISI ("Evercore ISI"). Both Evercore Group and ISI UK are subsidiaries of Evercore Inc. ("Evercore"). The trademarks, logos and service marks shown on this report are registered trademarks of Evercore Inc.

This report is provided for informational purposes only. It is not to be construed as an offer to buy or sell or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy in any jurisdiction. The information and opinions in this report were prepared by employees of affiliates of Evercore. The information herein is believed by Evercore ISI to be reliable and has been obtained from public sources believed to be reliable, but Evercore ISI makes no representation as to the accuracy or completeness of such information. Opinions, estimates and projections in this report constitute the current judgment of the author as of the date of this report. They do not necessarily reflect the opinions of Evercore or its affiliates and are subject to change without notice. In addition, opinions, estimates and projections in this report may differ from or be contrary to those expressed by other business areas or groups of Evercore and its affiliates. Evercore ISI has no obligation to update, modify or amend this report or to otherwise notify a reader thereof in the event that any matter stated herein, or any opinion, projection, forecast or estimate set forth herein, changes or subsequently becomes inaccurate. Facts and views in Evercore ISI research reports and notes have not been reviewed by, and may not reflect information known to, professionals in other Evercore affiliates or business areas, including investment banking personnel.

Evercore ISI does not provide individually tailored investment advice in research reports. This report has been prepared without regard to the particular investments and circumstances of the recipient. The financial instruments discussed in this report may not suitable for all investors and investors must make their own investment decisions using their own independent advisors as they believe necessary and based upon their specific financial situations and investment objectives. Securities and other financial instruments discussed in this report, or recommended or offered by Evercore ISI, are not insured by the Federal Deposit Insurance Corporation and are not deposits of or other obligations of any insured depository institution. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the price or value of, or the income derived from the financial instrument, and such investor effectively assumes such currency risk. In addition, income from an investment may fluctuate and the price or value of financial instruments described in this report, either directly or indirectly, may rise or fall. Estimates of future performance are based on assumptions that may not be realized. Furthermore, past performance is not necessarily indicative of future performance.

Recipients who are not institutional investors or market professionals should seek the advice of their independent financial advisor before considering information in this report in connection with any investment decision, or for a necessary explanation of its contents.

Evercore ISI salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in this research. Our asset management affiliates and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

Electronic research is simultaneously available to all clients. This report is provided to Evercore ISI clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Evercore ISI. Receipt and review of this research report constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion or

This report is prepared solely for the use of Miles Dean

information contained in this report (including any investment recommendations, estimates or target prices) without first obtaining express permission from Evercore ISI.

This report is not intended for distribution to, or use by any person or entity in any jurisdiction or country where such distribution or use would be contrary to local law or regulation.

For investors in the UK: In making this report available, Evercore makes no recommendation to buy, sell or otherwise deal in any securities or investments whatsoever and you should neither rely or act upon, directly or indirectly, any of the information contained in this report in respect of any such investment activity. This report is being directed at or distributed to, (a) persons who fall within the definition of Investment Professionals (set out in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order")); (b) persons falling within the definition of high net worth companies, unincorporated associations, etc. (set out in Article 49(2) of the Order); (c) other persons to whom it may otherwise lawfully be communicated (all such persons together being referred to as "relevant persons"). This report must not be acted on or relied on by persons who are not relevant persons.

The distribution of these materials to persons or entities in Switzerland is not intended to, and does not, constitute a financial service under the Swiss Financial Services Act (FinSA).  In particular, the distribution of these materials does not constitute the provision of personal recommendations on transactions with financial instruments (investment advice) within the meaning of Article 3(c)(4) of FinSA.

This material has been prepared by Evercore Group L.L.C. for distribution in New Zealand to financial advisers and wholesale clients only and is not intended for retail clients (as those terms are defined in the Financial Markets Conduct Act 2013 ('FMCA')). Evercore Group L.L.C. is not, and is not required to be, registered or licensed under the FMCA, and unless otherwise stated any financial products referred to in this material are generally only available in New Zealand for issue to those satisfying the wholesale investor criteria in the FMCA.

**Applicable current disclosures regarding the subject companies covered in this report are available at the offices of Evercore ISI: 55 East 52nd Street, New York, NY 10055, and at the following site: https://evercoreisi.mediasterling.com/disclosure.**

In compliance with the European Securities and Markets Authority's Market Abuse Regulation, a list of all Evercore ISI recommendations disseminated in the preceding 12 months for the subject companies herein, may be found at the following site: https://evercoreisi.mediasterling.com/disclosure..

© 2023. Evercore Group L.L.C. All rights reserved.