# EXHIBIT 58

 **WEDBUSH**

This report is intended for miles.dean@seagate.com. Unauthorized distribution is prohibited.

April 20, 2023

Rating:
**NEUTRAL**
Price:
**$59.74**
12-Month Price Target:
**$55.00**

Analysts
**Matt Bryson**
(617) 695-6302
matthew.bryson@wedbush.com

**Company Information - Hardware**

| | |
|---|---|
| Market Cap (M) | $13,541 |
| Enterprise Value (M) | $18,572 |
| 52-Week Range | $47.47 - $88.25 |
| Yield | 4.69% |

**REV (M)** — in $

| FYE Jun | 2023E | 2024E | 2025E |
|---|---|---|---|
| Q1 Sep | 2,034.5A | 1,848.4E | 2,579.4E |
| Previous | | 2,272.2E | 2,616.4E |
| Q2 Dec | 1,887.5A | 2,134.7E | 2,711.1E |
| Previous | | 2,521.1E | 2,743.2E |
| Q3 Mar | 1,859.7A | 2,187.9E | 2,465.6E |
| Previous | 2,000.0E | 2,413.9E | 2,511.0E |
| Q4 Jun | 1,700.1E | 2,471.4E | 2,571.5E |
| Previous | 2,061.1E | 2,508.2E | 2,608.7E |
| Year* | 7,481.8E | 8,642.4E | 10,327.6E |
| Previous | 7,983.1E | 9,720.3E | 10,484.3E |

**Gross Margin** — in $

| FYE Jun | 2023E | 2024E | 2025E |
|---|---|---|---|
| Q1 Sep | 24.5%A | 21.5%E | 28.6%E |
| Previous | | 25.9%E | 29.0%E |
| Q2 Dec | 21.5%A | 24.4%E | 28.4%E |
| Previous | | 27.2%E | 28.8%E |
| Q3 Mar | 18.7%A | 26.6%E | 28.5%E |
| Previous | 21.3%E | 32.7%E | 28.7%E |
| Q4 Jun | 18.5%E | 28.4%E | 29.9%E |
| Previous | 24.3%E | 28.8%E | 29.3%E |
| Year* | 20.9%E | 25.5%E | 28.8%E |
| Previous | 23.9%E | 32.7%E | |

**EPS** — in $

| FYE Jun | 2023E | 2024E | 2025E |
|---|---|---|---|
| Q1 Sep | 0.48A | 0.17E | 1.65E |
| Previous | | 0.92E | 2.66E |
| Q2 Dec | 0.16A | 0.76E | 1.80E |
| Previous | | 1.35E | 1.81E |
| Q3 Mar | (0.28)A | 1.02E | 1.49E |
| Previous | 0.25E | 1.34E | 1.47E |
| Q4 Jun | (0.20)E | 1.49E | 1.78E |
| Previous | 0.57E | 1.50E | 1.67E |
| Year* | 0.17E | 3.43E | 6.72E |
| Previous | 1.47E | 5.13E | 6.63E |
| P/E | NM | 17.4x | 8.9x |

*Pricing data provided by Thomson Reuters.*
*\*Numbers may not add up due to rounding.*

# Seagate Technology Holdings PLC  (STX)

## *Sidestepping Larger Concerns Despite Macro Challenges*

### EARNINGS REVIEW

Results and guidance disappointed. STX revenues were at the low end of the forecasted range with GMs also coming in lighter than expected as nearline shipments missed expectations. In turn, STX reported a net loss ($0.28) for the quarter. Moreover, management now sees the downturn in demand as likely to persist through this quarter into next with a pickup in orders not expected until late in CY'23. As such, STX is now guiding for revenues to decline again into FQ4'23/CQ2'23 with the downtick expected to result in another quarter of negative earnings ($0.20 at the midpoint).

**As such, we see no immediate reason to get constructive:**

* Given the continued deterioration in sales into CQ2, uncertainty surrounding the timing of any pickup, and even the specter of pricing deterioration (management noted customers were pressing for pricing considerations towards quarter end) STX's financial trajectory does not m constructive on STX today.
* Similarly, with management noting volume shipments of HAMR are not expected until CY2024), there's still some time before the technology begins to influence earnings (and we continue to believe it's likely the next generation of parts that see more meaningful traction).

**But we see no reason to shift to a negative view particularly with some of our more pressing concerns being addressed:**

* Assuming management is accurate in their assessment that sales and leasebacks of STX property will be completed this quarter, the risk of STX liquidity problems tied to debt due this quarter appear to be limited.
* <mark>The resolution with Commerce was about as positive an outcome as we could have envisioned</mark> (a $300M penalty spread over 20 quarters).

Net, if there is a pullback in STX, we could see our way to being more constructive given what we believe will eventually be an inevitable snapback in nearline HDD shipments, particularly given the likelihood STX's leadership in HAMR creates a more compelling leadership story in the out years. However, with STX currently trading at an elevated multiple vs. other commodity names in our coverage universe, we don't feel compelled to shift our outlook today.

**Derivatives:**

* **MRVL/AVGO** - Cautious - We see STX's discouraging commentary around nearline demand as negative for both vendors given both direct implications (HDD silicon) and indirect readthroughs (softer CSP demand and elevated inventories of components).
* **WDC** - Neutral to Cautious - We believe WDC's relatively softer FQ3 guide in part was due to a less favorable near-term share position at the CSPs (leaving them with fewer units to lose).

**Outlook & Valuation:** We are maintaining our NEUTRAL rating and target price of $55 that we base on a target multiple of ~12X to our FY2025 EPS (net debt).

*Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 8-10 of this report for analyst certification and important disclosure information.*

**www.wedbush.com**

CONFIDENTIAL

Seagate_000120287

 **WEDBUSH**

This report is intended for miles.dean@seagate.com. Unauthorized distribution is prohibited.

## FQ3 Results

**Mass Capacity**

- Exabytes of Mass Capacity storage increased 8% sequentially to 104.1EB from 96.7EB in FQ2. Mass capacity revenue was flat Q/Q at $1.2B, unchanged from FQ2.
  - Nearline Exabytes shipped increased 9% Q/Q to 86.8EB. Seagate indicated that hyperscale again represented the majority of nearline demand in the quarter with 20+TB capacity drives representing roughly two-thirds of nearline EB shipped (up from high single digits percentage EB shipped from the year-ago period).
  - Other Mass Capacity shipments were flat Q/Q at 17.0EB (vs. falling -10% Q/Q to 17.0EB in the prior quarter).
- Mass Capacity revenues represented 77% of sales (vs. 75% in FQ2). Management noted that Mass Capacity results were lower than expectations due to: 1) the elongating period of CSP inventory adjustment, and a 2) slower recovery of Chinese demand.
- Legacy capacity shipped came in at 14.6EB (-8% from 15.8EB last quarter) reflecting typical seasonality in client and consumer products.

**Systems and Flash**

- Systems and Flash Revenue was $256M, increasing 14% Q/Q (from $224M in FQ2).
- Seagate indicated that system sales lifted as that segment benefited from improvement in component supply.
- STX has plans to ship its Corvault product with 30+TB HAMR drives during the June quarter which should boost revenues.

**GMs**

- GMs were down ~270bps Q/Q to 18.7% vs. the 21.4% reported in FQ2'23 (the long-term target range remains 30% - 33%).
- STX noted a $75M charge associated with underutilization during the quarter (underutilization charges were $79M in FQ2 and $50M in FQ1).

**OMs**

- Opex dropped ~4% Q/Q to $282M (after falling -6% to $294M in FQ2) as STX executed on its previously announced restructuring plan.
- Despite opex reductions, OMs declined ~230bps to 3.5% (vs. 5.8% reported in FQ2'23), well below the long-term OM target range of 18% to 22%, as lighter sales and lower GMs weighed on operating margins.

**Cash Conversion and Free Cash Flow**

- Inventories increased slightly (+$6M) to $1.2B Q/Q (vs. decreasing $412M to $1.194B, or -26% Q/Q in FQ2'23).
- DSOs lifted modestly to 49 days, in-line with recent quarters.
- Payables increased substantially Q/Q (up from 60 to 100 days), a result that helped drive positive cash flow during the quarter.

CONFIDENTIAL

Seagate_000120288

 **WEDBUSH**

This report is intended for miles.dean@seagate.com. Unauthorized distribution is prohibited.

## FQ4 and FY2023 Outlook

**FQ4**

- Seagate is forecasting revenues of $1.7B ± $150M and EPS of $-0.20 ± $0.20.
- This revenue outlook at the mid-point of the guide implies revenues will decline by ~9% Q/Q, and contemplates:
  - Nearline shipments to be down Q/Q as CSPs continue to reduce their inventory levels and leverage existing infrastructure for greater efficiency.
  - These actions should delay any rebound through the next few quarters.
- GMs for FQ4 should move higher as demand recovers (albeit more slowly than had previously been anticipated).
  - Underutilization for FQ4 is expected to impact GMs by $50M to $60M.
- Opex is expected to be flat Q/Q at the ~$280M level.
- Interest expense should also be roughly flat Q/Q at ~$81M.
- Management's capex outlook is for FQ4 to be relatively flat Q/Q.
- Management is forecasting positive free cash flow as well as flattish cash levels despite forecasting negative earnings and planning to pay down $560M in debt slated to mature this quarter. We believe positive free cash flow will benefit from STX continue to improve its cash conversion cycle (most likely working through some portion of inventory), while it appears management expects a successful sale of its Fremont and Longmont facilities that will provide enough cash to offset much of the impact of its repayment of debt.

**CY'23/FY'24**

- STX indicated mass capacity demand now is only expected to meaningfully increase late in the current CY as a combination of weaker demand trends and inventories at US CSPs having proven higher than previously anticipated have weighed on shipment forecasts.
- GMs should move higher as demand recovers over the end of calendar year 2023.
- STX has executed on its prior cost savings plan removing ~$150M from its cost structure. Management disclosed it is now implementing an additional $200M cost saving agenda to achieve further COGS and Opex savings through FQ1'24. We would note however that a large portion of the Opex savings are expected to be offset by puts (e.g., costs related to STX's leaseback of facilities it is selling).
- Taxes for FY2023 are expected to be in the range of $45M to $50M.
- FCF should be positive through CY2023.

**HAMR Update**

- HAMR drives are in qualification at one customer.
- In addition, STX expects to use its HAMR drive in its Corvault offering.
- However, management also signaled that it now anticipates meaningful volumes of product will ship in early 2024.
- While this outlook could be viewed as disappointing vs. prior indications of HAMR availability around mid-year, it aligns with our expectation that it will take time for customers to test and deploy the technology.

CONFIDENTIAL

Seagate_000120289



This report is intended for miles.dean@seagate.com. Unauthorized distribution is prohibited.

## Price Target & Estimates

We are maintaining our NEUTRAL rating and target price of $55. We arrive at our target price by applying an earnings multiple of ~12X to our FY'2025 EPS (netting out ~$25/share in net debt). We use FY'2025 to contemplate a normalized earnings cycle. Finally, while this multiple is just above STX's historic range (at 11X), in our view, this slight premium takes into account a future where Seagate likely has an early mover advantage to HAMR.

**Our new 4Q23E estimates are for** EPS of -$0.20, revenues of $1.700B, GMs of 18.5%, and OMs of 2.2% (vs. our previous estimates of $0.57, $2.061B, 24.1%, and 10.1%; and previous consensus estimates of $0.54, $2.058B, 23.9%, and 9.2%).

**Our new 2023E estimates are for** EPS of $0.17, revenues of $7.482B, GMs of 20.9%, and OMs of 5.3% (vs. our previous estimates of $1.47, $7.983B, 22.9%, and 8.0%; and previous consensus estimates of $1.39, $7.946B, 22.7%, and 7.1%).

**Our new 2024E estimates are for** EPS of $3.43, revenues of $8.642B, GMs of 25.5%, and OMs of 12.6% (vs. our previous estimates of $5.13, $9.720B, 27.7%, and 15.0%; and previous consensus estimates of $4.80, $9.327B, 27.3%, and 13.6%.

**Our new 2025E estimates are for** EPS of $6.72, revenues of $10.328B, GMs of 28.8%, and OMs of 17.6% (vs. our previous 2025E estimates of $6.72, $10,328M, 28.8%, and 17.6%; and previous consensus estimates of $6.83, $10,234M, 29.8%, and 16.4%).

**Figure 1: STX: Historical Multiples**




**Figure 2: STX: Updated Wedbush Estimates**

| STX.O $M | Outlook 4Q23E | Wedbush 4Q23E | Previous 4Q23E | %Δ | Consensus 4Q23E |
|---|---|---|---|---|---|
| EPS | -$0.40 - $0.00 | -$0.20 | $0.57 | *-$0.77* | $0.54 |
| Revenue | $1,550M - $1,850M | $1,700 | $2,061 | *-18%* | $2,058 |
| GM% | | 18.5% | 24.1% | *-562bps* | 23.9% |
| OM% | | 2.2% | 10.1% | *-791bps* | 9.2% |

*Source: Thomson Reuters, Company reports & Wedbush Securities, Inc. estimates*

CONFIDENTIAL

Seagate_000120290



**Figure 3: STX: Updated Wedbush Estimates**

| STX.O $M | Wedbush 2023E | Previous 2023E | %Δ | Consensus 2023E | Wedbush 2024E | Previous 2024E | %Δ | Consensus 2024E | Wedbush 2025E | Previous 2025E | %Δ | Consensus 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EPS | $0.17 | $1.47 | -$1.30 | $1.39 | $3.43 | $5.13 | -$1.71 | $4.80 | $6.72 | $6.61 | $0.11 | $6.83 |
| Revenue | $7,482 | $7,983 | -6% | $7,946 | $8,642 | $9,720 | -11% | $9,327 | $10,328 | $10,484 | -1% | $10,234 |
| GM% | 20.9% | 22.9% | -196bps | 22.7% | 25.5% | 27.7% | -222bps | 27.3% | 28.8% | 28.8% | 1bps | 29.8% |
| OM% | 5.3% | 8.0% | -269bps | 7.1% | 12.6% | 15.0% | -247bps | 13.6% | 17.6% | 17.0% | 60bps | 16.4% |

*Source: Thomson Reuters, Company reports & Wedbush Securities, Inc. estimates*

**Figure 4: STX: Variance with Estimates, Q/Q%Δ & Y/Y%Δ**

| STX.O $M | Outlook 3Q23E | Wedbush 3Q23A | 3Q23E | Var | Consensus 3Q23E | Var | 2Q23A | Q/Q %Δ | 3Q22A | Y/Y %Δ |
|---|---|---|---|---|---|---|---|---|---|---|
| EPS | $0.05 - $0.45 | -$0.28 | $0.25 | -$0.53 | $0.21 | -$0.49 | $0.16 | -$0.44 | $1.81 | -$2.09 |
| Revenue | $1,850M - $2,150M | $1,860 | $2,000 | -7% | $1,977 | -6% | $1,887 | -1% | $2,802 | -34% |
| GM% | | 18.7% | 21.3% | -263bps | 21.6% | -289bps | 21.5% | -280bps | 29.2% | -1,050bps |
| OM% | | 3.5% | 6.8% | -329bps | 6.3% | -277bps | 5.9% | -239bps | 16.9% | -1,335bps |

*Source: Thomson Reuters, Company reports & Wedbush Securities, Inc. estimates*

This report is intended for miles.dean@seagate.com. Unauthorized distribution is prohibited.

CONFIDENTIAL

Seagate_000120291

# WEDBUSH

## Income Statement and Other Selected Financials

This report is intended for miles.dean@seagate.com. Unauthorized distribution is prohibited.

| Seagate Technology (STX) | | 2023E | | | | 2024E | | | | 2022A | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal year ending June 30 | 1Q23A | 2Q23A | 3Q23A | 4Q23E | 1Q24E | 2Q24E | 3Q24E | 4Q24E | | 2022A | 2023E | 2024E | 2025E |
| $M | Sep-22 | Dec-22 | Mar-23 | Jul-23 | Sep-23 | Dec-23 | Mar-24 | Jun-24 | | Jul-22 | Jul-23 | Jun-24 | Jun-25 |
| EPS - Non_GAAP | $0.48 | $0.16 | -$0.28 | -$0.20 | $0.17 | $0.76 | $1.02 | $1.49 | | $8.16 | $0.17 | $3.43 | $6.72 |
| Revenue | 2,035 | 1,887 | 1,860 | 1,700 | 1,848 | 2,135 | 2,188 | 2,471 | | 11,660 | 7,482 | 8,642 | 10,328 |
| GM% | 24.5% | 21.5% | 18.7% | 18.5% | 21.5% | 24.4% | 26.6% | 28.4% | | 30.1% | 20.9% | 25.5% | 28.8% |
| OM% | 9.1% | 5.9% | 3.5% | 2.2% | 6.4% | 11.7% | 14.0% | 16.6% | | 18.4% | 5.3% | 12.6% | 17.6% |
| **OPERATING METRICS** | 1Q23A | 2Q23A | 3Q23A | 4Q23E | 1Q24E | 2Q24E | 3Q24E | 4Q24E | | 2022A | 2023E | 2024E | 2025E |
| HDD Revenue | $1,772 | $1,663 | $1,604 | $1,473 | $1,608 | $1,885 | $1,938 | $2,221 | | $10,660 | $6,512 | $7,652 | $9,328 |
| HDD Cost | 1,339 | 1,314 | 1,321 | 1,215 | 1,270 | 1,427 | 1,419 | 1,583 | | 7,398 | 5,189 | 5,698 | 6,598 |
| HDD GM | 24.4% | 21.0% | 17.7% | 17.5% | 21.0% | 24.3% | 26.8% | 28.8% | | 30.6% | 20.3% | 25.5% | 29.3% |
| Total units | 15.6 m | 15.4 m | 14.5 m | 13.5 m | 15.1 m | 17.8 m | 17.3 m | 18.8 m | | 97.5 m | 59.0 m | 69.1 m | 78.4 m |
| ASP | $97.01 | $93.20 | $93.07 | $92.30 | $90.50 | $91.63 | $97.57 | $104.64 | | $109.39 | $110.42 | $110.74 | $118.97 |
| *Y/Y Trends* | | | | | | | | | | | | | |
| Revenue | -38% | -41% | -37% | -39% | -9% | 13% | 21% | 51% | | 9% | -39% | 18% | 22% |

| **INCOME STATEMENT** | 1Q23A | 2Q23A | 3Q23A | 4Q23E | 1Q24E | 2Q24E | 3Q24E | 4Q24E | | 2022A | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 2,035 | 1,887 | 1,860 | 1,700 | 1,848 | 2,135 | 2,188 | 2,471 | | 11,660 | 7,482 | 8,642 | 10,328 |
| Cost of goods sold | 1,553 | 1,641 | 1,541 | 1,414 | 1,479 | 1,643 | 1,635 | 1,798 | | 8,192 | 6,148 | 6,555 | 7,462 |
| Gross margin | 482 | 246 | 319 | 286 | 370 | 492 | 553 | 673 | | 3,468 | 1,334 | 2,088 | 2,866 |
| Selling, general, and administrative | 129 | 125 | 123 | 123 | 120 | 120 | 125 | 130 | | 559 | 500 | 495 | 520 |
| Research and development | 234 | 200 | 191 | 185 | 180 | 180 | 180 | 190 | | 941 | 810 | 730 | 760 |
| Other | 12 | 81 | 320 | - | - | - | - | - | | 14 | 413 | - | - |
| Total Operating Expense | 375 | 406 | 634 | 308 | 300 | 300 | 305 | 320 | | 1,514 | 1,723 | 1,225 | 1,280 |
| Operating Income | 107 | (160) | (315) | (22) | 70 | 192 | 248 | 353 | | 1,954 | (389) | 863 | 1,586 |
| Interest and Other Income | (80) | 122 | (85) | (85) | (85) | (85) | (85) | (85) | | (276) | (128) | (340) | (340) |
| Income before Taxes | 27 | (38) | (400) | (107) | (15) | 107 | 163 | 268 | | 1,678 | (517) | 523 | 1,246 |
| Income Tax Expense | (2) | (5) | 33 | (7) | (1) | 7 | 11 | 19 | | 30 | 19 | 37 | 87 |
| Net Income | 29 | (33) | (433) | (99) | (14) | 99 | 152 | 249 | | 1,648 | (536) | 486 | 1,158 |
| Income per Share (Diluted) | $0.14 | -$0.16 | -$2.09 | -$0.48 | -$0.07 | $0.48 | $0.74 | $1.21 | | $7.34 | -$2.59 | $2.36 | $5.22 |
| Average Shares Outstanding (Diluted) | 210 | 206 | 207 | 206 | 206 | 206 | 206 | 206 | | 224 | 207 | 206 | 222 |
| | | | | | | | | | | - | - | | |
| Non-GAAP cost of goods sold | 1,536 | 1,482 | 1,513 | 1,385 | 1,450 | 1,615 | 1,606 | 1,770 | | 8,148 | 5,916 | 6,441 | 7,348 |
| Non-GAAP gross margin | 498 | 405 | 347 | 315 | 398 | 520 | 582 | 701 | | 3,512 | 1,565 | 2,201 | 2,979 |
| GM% | 24.5% | 21.5% | 18.7% | 18.5% | 21.5% | 24.4% | 26.6% | 28.4% | | 30.1% | 20.9% | 25.5% | 28.8% |
| | | | | | | | | | | - | | | |
| Non-GAAP operating expense | 314 | 294 | 282 | 278 | 280 | 270 | 275 | 290 | | 1,370 | 1,168 | 1,115 | 1,160 |
| Non-GAAP operating income | 184 | 111 | 65 | 37 | 118 | 250 | 307 | 411 | | 2,142 | 397 | 1,086 | 1,819 |
| OM% | 9.1% | 5.9% | 3.5% | 2.2% | 6.4% | 11.7% | 14.0% | 16.6% | | 18.4% | 5.3% | 12.6% | 17.6% |
| | | | | | | | | | | - | | | |
| Total non-GAAP charges | 72 | 67 | 60 | 58 | 48 | 58 | 58 | 58 | | 185 | 257 | 224 | 234 |
| Non-GAAP net income | 101 | 34 | (58) | (41) | 34 | 158 | 210 | 308 | | 1,833 | 36 | 710 | 1,392 |
| **Non-GAAP Income per Share (Diluted)** | $0.48 | $0.16 | -$0.28 | -$0.20 | $0.17 | $0.76 | $1.02 | $1.49 | | $8.16 | $0.17 | $3.43 | $6.72 |
| Non-GAAP Average Shares Outstanding (Diluted) | 210 | 207 | 207 | 207 | 207 | 207 | 207 | 207 | | 224 | 208 | 207 | 207 |

| **BALANCE SHEET** | 1Q23A | 2Q23A | 3Q23A | 4Q23E | 1Q24E | 2Q24E | 3Q24E | 4Q24E | | 2022A | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | 761 | 770 | 766 | 657 | 813 | 803 | 744 | 745 | | 615 | 657 | 745 | 1,171 |
| Accounts receivable, net | 1,098 | 840 | 994 | 900 | 900 | 900 | 900 | 1,000 | | 1,532 | 900 | 1,000 | 1,000 |
| Inventories | 1,606 | 1,194 | 1,200 | 1,000 | 1,000 | 1,000 | 1,100 | 1,100 | | 1,565 | 1,000 | 1,100 | 1,200 |
| Other current assets | 275 | 277 | 637 | 300 | 300 | 300 | 300 | 300 | | 321 | 300 | 300 | 300 |
| Total current assets | 3,740 | 3,081 | 3,597 | 2,857 | 3,013 | 3,003 | 3,044 | 3,145 | | 4,033 | 2,857 | 3,145 | 3,671 |
| Non-current assets: | | | | | | | | | | - | - | | |
| Property, plant and equipment, net | 2,196 | 2,122 | 1,753 | 1,428 | 1,112 | 1,077 | 1,043 | 1,046 | | 2,239 | 1,428 | 1,046 | 1,098 |
| Investment in debt security | - | - | - | - | - | - | - | - | | - | - | | |
| Goodwill | 1,237 | 1,237 | 1,237 | 1,237 | 1,237 | 1,237 | 1,237 | 1,237 | | 1,237 | 1,237 | 1,237 | 1,237 |
| Other intangible assets, net | 5 | 3 | 1 | - | - | - | - | - | | 9 | - | | |
| Other non-current assets | 1,433 | 1,424 | 1,379 | 1,379 | 1,379 | 1,379 | 1,379 | 1,379 | | 1,426 | 1,379 | 1,379 | 1,379 |
| Total assets | 8,611 | 7,867 | 7,967 | 6,901 | 6,742 | 6,696 | 6,703 | 6,807 | | 8,944 | 6,901 | 6,807 | 7,385 |
| Current liabilities: | | | | | | | | | | - | | | |
| Accounts payable | 1,712 | 1,085 | 1,697 | 1,697 | 1,697 | 1,697 | 1,697 | 1,697 | | 2,058 | 1,697 | 1,697 | 1,697 |
| Accrued expenses | 790 | 1,004 | 824 | 900 | 900 | 900 | 900 | 900 | | 913 | 900 | 900 | 900 |
| Current portion of long-term debt | 636 | 636 | 1,118 | 558 | 558 | 558 | 558 | 558 | | 584 | 558 | 558 | 558 |
| Total current liabilities | 3,138 | 2,725 | 3,639 | 3,155 | 3,155 | 3,155 | 3,155 | 3,155 | | 3,555 | 3,155 | 3,155 | 3,155 |
| Non-current liabilities: | | | | | | | | | | - | | | |
| Long-term debt | 5,613 | 5,393 | 4,840 | 4,840 | 4,840 | 4,840 | 4,840 | 4,840 | | 5,062 | 4,840 | 4,840 | 4,840 |
| Other liabilities | 211 | 219 | 492 | 492 | 492 | 492 | 492 | 492 | | 218 | 492 | 492 | 492 |
| Total liabilities | 8,962 | 8,337 | 8,971 | 8,487 | 8,487 | 8,487 | 8,487 | 8,487 | | 8,335 | 8,487 | 8,487 | 8,487 |
| | | | | | | | | | | - | - | | |
| Net Debt | 5,488 | 5,259 | 5,192 | 4,741 | 4,585 | 4,595 | 4,654 | 4,653 | | 5,031 | 4,741 | 4,653 | 4,227 |

| **CASH FLOW** | 1Q23A | 2Q23A | 3Q23A | 4Q23E | 1Q24E | 2Q24E | 3Q24E | 4Q24E | | 2022A | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH FLOW (3 MONTHS)** | | | | | | | | | | | | | |
| **Net cash provided by operating activities** | 245 | 251 | 228 | 397 | 107 | 220 | 173 | 270 | | 1,657 | 1,121 | 770 | 1,522 |
| **Net cash used in investing activities** | (133) | (77) | (42) | 199 | 195 | (85) | (88) | (124) | | (352) | (53) | (102) | (516) |
| **Net cash used in financing activities** | 34 | (165) | (190) | (705) | (145) | (145) | (145) | (145) | | (1,899) | (1,026) | (580) | (580) |

*Source: Thomson Reuters, Company reports & Wedbush Securities, Inc. estimates*

CONFIDENTIAL                                        Seagate_000120292

# WEDBUSH

## HARDWARE

| TICKER | COMPANY NAME | WEDB RATING | PRICE$ | WEDB TP$ | UP/DNSIDE % | MKT CAP$B | EV$B | WEDB EPS EST | | | | WEDB REV EST $M | | | | WEDB P/E | | | | WEDB EV/SALES | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 2022A | 2023E | 2024E | 2025E | 2022A | 2023E | 2024E | 2025E | 2022A | 2023E | 2024E | 2025E | 2022A | 2023E | 2024E | 2025E |
| 2330 | Taiwan Semiconductor Manufacturing Co Ltd | O | $513.00 | $600.00 | 17% | 13,303.4 | 12,622.5 | $39.20 | $33.49 | $39.49 | - | $2,263,890 | $2,189,270 | $2,507,830 | $0 | 12.4x | 14.5x | 12.3x | - | 5.6x | 5.7x | 5.0x | - |
| AMD | Advanced Micro Devices Inc | O | $90.92 | $95.00 | 4% | 144.8 | 141.4 | $3.50 | $2.97 | $4.66 | - | $23,601 | $23,215 | $27,794 | - | 25.4x | 29.9x | 19.1x | - | 6.1x | 6.2x | 5.2x | - |
| AXTI | AXT Inc | O | $3.29 | $10.00 | 204% | 0.1 | 0.2 | $0.46 | ($0.15) | $0.47 | - | $141 | $105 | $141 | - | 7.3x | -22.3x | 7.1x | - | 1.0x | 1.4x | 1.0x | - |
| DBD | Diebold Nixdorf Inc | O | $0.80 | $5.00 | 524% | 0.1 | 2.3 | ($0.53) | $2.01 | $3.01 | - | $3,457 | $3,860 | $3,971 | - | -55.9x | 14.7x | 9.8x | - | 0.7x | 0.6x | 0.6x | - |
| GFS | Globalfoundries Inc | O | $63.93 | $80.00 | 25% | 35.0 | 34.9 | $2.38 | $2.51 | $3.85 | - | $8,108 | $8,025 | $9,744 | - | 26.8x | 25.4x | 16.5x | - | 4.3x | 4.4x | 3.6x | - |
| INTC | Intel Corp | U | $30.98 | $20.00 | -35% | 129.9 | 145.5 | $1.84 | $0.18 | $1.87 | - | $63,054 | $49,292 | $58,899 | - | 18.6x | 190.5x | 18.3x | - | 2.3x | 2.9x | 2.4x | - |
| MU | Micron Technology Inc | O | $61.38 | $65.00 | 6% | 66.4 | 67.8 | $8.35 | ($4.88) | $3.76 | - | $30,759 | $15,588 | $26,301 | - | 7.5x | -12.9x | 16.7x | - | 2.2x | 4.4x | 2.6x | - |
| NTAP | NetApp Inc | N | $63.92 | $70.00 | 10% | 14.1 | 13.4 | $5.29 | $5.41 | $5.24 | $5.42 | $6,318 | $6,331 | $5,953 | $6,177 | 11.4x | 11.2x | 11.5x | 11.1x | 2.0x | 2.0x | 2.2x | 2.1x |
| NVDA | NVIDIA Corp | N | $275.53 | $216.00 | -22% | 689.9 | 687.6 | $4.44 | $3.33 | $4.29 | $5.59 | $26,914 | $26,974 | $29,418 | $36,177 | 61.8x | 82.5x | 64.0x | 49.1x | 25.2x | 25.1x | 23.0x | 18.7x |
| PSTG | Pure Storage Inc | O | $23.97 | $34.00 | 42% | 7.6 | 6.6 | $0.72 | $1.42 | $1.27 | $1.71 | $2,181 | $2,753 | $2,925 | $3,474 | 28.7x | 14.6x | 16.3x | 12.1x | 2.9x | 2.3x | 2.2x | 1.8x |
| SIMO | Silicon Motion Technology Corp | O | $63.89 | $109.00 | 71% | 2.1 | 1.9 | $6.36 | $4.55 | $6.68 | - | $946 | $767 | $949 | - | 9.0x | 12.6x | 8.6x | - | 2.1x | 2.6x | 2.1x | - |
| SMCI | Super Micro Computer Inc | U | $108.96 | $65.00 | -40% | 5.8 | 5.7 | $5.63 | $10.77 | $7.73 | - | $5,196 | $6,785 | $7,509 | - | 18.9x | 9.9x | 13.8x | - | 1.1x | 0.8x | 0.8x | - |
| STX | Seagate Technology Holdings PLC | N | $59.60 | $55.00 | -8% | 13.0 | 18.2 | $8.16 | $0.17 | $3.43 | $6.72 | $11,660 | $7,482 | $8,642 | $10,328 | 10.4x | 505.8x | 24.8x | 12.7x | 1.5x | 2.3x | 2.0x | 1.7x |
| 2303 | United Microelectronics Corp | N | $50.70 | $55.00 | 8% | 634.0 | 508.9 | $7.09 | $4.53 | $5.15 | - | $278,710 | $235,430 | $278,600 | $0 | 5.7x | 9.0x | 7.9x | - | 1.8x | 2.2x | 1.8x | - |
| WDC | Western Digital Corp | O | $33.58 | $60.00 | 79% | 11.1 | 16.3 | $8.22 | ($2.89) | $4.29 | $10.37 | $18,794 | $12,621 | $16,492 | $20,845 | 6.1x | -17.3x | 11.6x | 4.8x | 0.8x | 1.3x | 1.0x | 0.8x |

| TICKER | COMPANY NAME | MEAN REC | PRICE$ | MEAN TP$ | UP/DNSIDE % | MKT CAP$B | EV$B | MEAN EPS EST | | | | MEAN REV EST $M | | | | MEAN P/E | | | | MEAN EV/SALES | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 2022A | 2023E | 2024E | 2025E | 2022A | 2023E | 2024E | 2025E | 2022A | 2023E | 2024E | 2025E | 2022A | 2023E | 2024E | 2025E |
| 2330 | Taiwan Semiconductor Manufacturing Co Ltd | O | $513.00 | $605.93 | 18% | 13,303.4 | 12,622.5 | $39.20 | $32.51 | $39.69 | $45.10 | $2,263,890 | $2,249,405 | $2,705,199 | $3,048,140 | 12.4x | 14.9x | 12.2x | 10.7x | 5.6x | 5.6x | 4.6x | 4.1x |
| AMD | Advanced Micro Devices Inc | N | $90.92 | $98.33 | 8% | 144.8 | 141.4 | $3.50 | $3.05 | $4.34 | $5.45 | $23,601 | $23,644 | $27,672 | $31,039 | 25.4x | 29.1x | 20.5x | 16.3x | 6.1x | 6.1x | 5.2x | 4.6x |
| AXTI | AXT Inc | N | $3.29 | $7.50 | 128% | 0.1 | 0.2 | $0.37 | ($0.25) | $0.27 | - | $141 | $98 | $140 | - | 9.0x | -13.2x | 12.6x | - | 1.0x | 1.5x | 1.1x | - |
| DBD | Diebold Nixdorf Inc | N | $0.80 | $3.25 | 306% | 0.1 | 2.3 | ($0.48) | $1.41 | $2.06 | - | $3,461 | $3,820 | $3,918 | - | -61.7x | 21.1x | 14.4x | - | 0.7x | 0.6x | 0.6x | - |
| GFS | Globalfoundries Inc | O | $63.93 | $78.40 | 23% | 35.0 | 34.9 | $3.11 | $2.33 | $3.17 | $3.80 | $8,108 | $7,945 | $9,012 | $9,796 | 20.5x | 27.4x | 20.1x | 16.8x | 4.3x | 4.4x | 3.9x | 3.6x |
| INTC | Intel Corp | N | $30.98 | $28.79 | -7% | 129.9 | 145.5 | $1.84 | $0.52 | $1.87 | $2.68 | $63,054 | $50,733 | $58,464 | $64,863 | 18.6x | 65.7x | 18.3x | 12.8x | 2.3x | 2.8x | 2.4x | 2.2x |
| MU | Micron Technology Inc | N | $61.38 | $68.52 | 12% | 66.4 | 67.8 | $8.35 | ($4.49) | $0.56 | $4.84 | $30,758 | $15,504 | $21,206 | $28,836 | 7.5x | -14.0x | 112.0x | 12.9x | 2.2x | 4.4x | 3.2x | 2.4x |
| NTAP | NetApp Inc | N | $63.92 | $70.84 | 11% | 14.1 | 13.4 | $5.28 | $5.40 | $5.63 | $6.28 | $6,318 | $6,330 | $6,262 | $6,656 | 11.4x | 11.2x | 10.7x | 9.6x | 2.0x | 2.0x | 2.1x | 1.9x |
| NVDA | NVIDIA Corp | O | $275.53 | $288.05 | 5% | 689.9 | 687.6 | $4.44 | $3.34 | $4.54 | $6.05 | $26,914 | $26,974 | $30,071 | $37,415 | 61.8x | 82.2x | 60.5x | 45.4x | 25.2x | 25.1x | 22.5x | 18.1x |
| PSTG | Pure Storage Inc | O | $23.97 | $35.68 | 49% | 7.6 | 6.6 | $0.77 | $1.41 | $1.30 | $1.62 | $2,181 | $2,753 | $2,935 | $3,403 | 26.9x | 14.7x | 15.9x | 12.8x | 2.9x | 2.3x | 2.1x | 1.8x |
| SIMO | Silicon Motion Technology Corp | N | $63.89 | $89.33 | 40% | 2.1 | 1.9 | $6.36 | $4.09 | $5.42 | $4.90 | $946 | $751 | $864 | $933 | 9.0x | 14.0x | 10.6x | 11.7x | 2.1x | 2.7x | 2.3x | 2.1x |
| SMCI | Super Micro Computer Inc | N | $108.96 | $105.20 | -3% | 5.8 | 5.7 | $5.65 | $10.34 | $9.57 | $12.52 | $5,196 | $6,739 | $7,706 | $8,300 | 18.8x | 10.3x | 11.1x | 8.5x | 1.1x | 0.8x | 0.7x | 0.7x |
| STX | Seagate Technology Holdings PLC | N | $59.60 | $67.22 | 13% | 13.0 | 18.2 | $8.18 | $1.39 | $4.80 | $6.83 | $11,661 | $7,946 | $9,327 | $10,234 | 10.4x | 61.1x | 17.7x | 12.5x | 1.5x | 2.2x | 1.9x | 1.7x |
| 2303 | United Microelectronics Corp | N | $50.70 | $55.42 | 9% | 634.0 | 508.9 | $7.09 | $4.64 | $5.03 | $5.02 | $278,705 | $238,202 | $266,149 | $292,643 | 5.7x | 8.8x | 8.1x | 8.1x | 1.8x | 2.1x | 1.9x | 1.7x |
| WDC | Western Digital Corp | N | $33.58 | $46.93 | 40% | 11.1 | 16.3 | $8.22 | ($2.92) | $1.34 | $4.11 | $18,793 | $12,445 | $14,152 | $17,525 | 6.1x | -17.1x | 37.2x | 12.1x | 0.8x | 1.3x | 1.1x | 0.9x |

*Source: Thomson Reuters & Wedbush Securities, Inc. estimates; Priced: 04/20/2023*
*\* All numbers for 2330.TW and 2303.TW in NTS*

Matt Bryson | O: 617 695 6302 | M: 617 680 0888 | matthew.bryson@wedbush.com

## VALUATION

| | |
|---|---|
| 2330 | We arrive at our target price by applying a PE multiple of ~14X to our FY2024 EPS estimate (plus net cash). |
| AMD | We arrive at our target price by applying a PE multiple of ~20X to our FY2024 EPS estimate (plus net cash). |
| AXTI | We arrive at our target price by applying a PE multiple of ~21X to our FY2024 EPS estimate (plus net cash). |
| DBD | We arrive at our target price by applying a EV/Sales multiple of ~0.7X to our FY2024 estimate (net debt) consistent with where it has traded historically. |
| GFS | We arrive at our target price by applying a PE multiple of ~20X to our FY2024 EPS estimate (plus net cash). |
| INTC | We arrive at our target price by applying a multiple of ~12X to our FY2024 (net debt) outlook. |
| MU | We arrive at our target price by applying a PE multiple of ~17X to our FY2024 (plus net debt) outlook. |
| NTAP | We arrive at our target price by applying a PE multiple of ~12X to our FY2025 estimates and adding net cash. |
| NVDA | We arrive at our target price by applying a PE multiple of ~30X to our FY2026 EPS estimate (plus net cash). |
| PSTG | We arrive at our target price by applying a PE multiple of ~18X to our FY2025 estimates (plus net cash). |
| SIMO | Our price target is in-line with the current deal value of the MXL offer. |
| SMCI | We arrive at our target price by applying a PE multiple of ~8X to our FY2024 EPS (net debt). |
| STX | We arrive at our target price by applying a forward earnings multiple of ~12X to our FY2025 EPS (net debt). |
| 2303 | We arrive at our target price based on a multiple of ~8X PE using our FY2024 EPS estimate (net cash). |
| WDC | We arrive at our target price by applying a PE multiple of ~8X to our FY2025 (netting out debt) estimate which is in-line with WDC's historical valuation. |

## RISKS

| | |
|---|---|
| 2330 | Economic deterioration and demand destruction related to the pandemic, changes to US Policy, sovereignty risk to Taiwan, risk to the supply chain, and technology risk. |
| AMD | AMD misexecutes, customers choose other vendors, competition increases (e.g., pricing, design), TSMC is constrained (production), the economy deteriorates. |
| AXTI | Demand for AXTI products fall; Tongmei fails to IPO; China/US trade risk; market share loss. |
| DBD | DBD restructuring fails, inability to satisfy debt service, demand for DBD's products fall, and market share accretion. |
| GFS | Economic deterioration and demand destruction related to the pandemic, changes to government policy, risk to the supply chain, and technology risk. |
| INTC | INTC executes on stated initiatives, competition misexecutes, INTC divests underperforming businesses, tailwinds continue to boost revenues and GM. |
| MU | MU misexecutes, future acquisitions dilute value, Chinese vendors successfully enter NAND or DRAM markets. |
| NTAP | Upside risks: Successful product innovation (software), competitor missteps and accelerated TAM growth. Downside risks: Cloud cannibalization, normalized enterprise spend, increasing competition and misexecution. |
| NVDA | Upside risks: Gaming rebounds, China issues are resolved favorably; new initiatives (digital twins, metaverse) take off Downside risks: DC weakens; gaming demand softens further, misexecution, customers reduce spending, competition gains share, US/China tensions increase. |
| PSTG | Downside risks: Cloud cannibalization, normalization/decline in enterprise spend, increasing competition and misexecution. |
| SIMO | The MXL/SIMO acquisition fails to close, misexecution. |
| SMCI | Upside risk: SMCI out executes/innovates vs. peers, demand increases. |
| STX | Upside risk: STX executes on stated initiatives and particularly HAMR, pricing increases, demand increases. Downside risks: misexecutes, pricing declines, demand decreases, US/China tensions increase. |
| 2303 | Economic deterioration and demand destruction related to the pandemic, changes to US Policy, sovereignty risk to Taiwan, risk to the supply chain, and technology risk. |
| WDC | WDC misexecutes, customers choose other vendors, competition increases (e.g., pricing, design), the economy deteriorates. |

This report is intended for miles.dean@seagate.com. Unauthorized distribution is prohibited.

CONFIDENTIAL

Seagate_000120293

**WEDBUSH**

## Valuation
We arrive at our price target price by applying a target multiple of ~12X to our FY2025 EPS (net debt).

## Company Description
Seagate is a manufacturer and supplier of HDDs and storage solutions for consumer and enterprise use cases.

## Risks to the Attainment of Our Price Target and Rating:
* A shift in competitive dynamics tied to new technology roll-outs (HAMR by STX or MAMR by WDC/Toshiba).
* Failure to execute on the next generation of near-line drives.
* Declines in NAND pricing and greater than expected cannibalization rates of HDDs by SSDs.
* Optimization of data storage by hyperscale customers leading to lower than anticipated requirements for additional data storage.
* An unexpected increase in industry price competition (following numerous years of benign trends).
* Impairment of production assets tied to unanticipated events (e.g., the Thai Floods of 2011) leading to a shortfall in industry capacity.

## Analyst Certification
I, Matt Bryson, certifies that the views expressed in this report accurately reflect my personal opinion and that I have not and will not, directly or indirectly, receive compensation or other payments in connection with my specific recommendations or views contained in this report.

## Mentioned Companies

| Company | Rating | Price | Target |
|---|---|---|---|
| Western Digital | OUTPERFORM | $38.59 | $60.00 |
| Seagate Technology Holdings PLC | NEUTRAL | $59.74 | $55.00 |

## Investment Rating System:
OUTPERFORM: Expect the total return of the stock to outperform relative to the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

NEUTRAL: Expect the total return of the stock to perform in-line with the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

UNDERPERFORM: Expect the total return of the stock to underperform relative to the median total return of the analyst's (or the analyst's team) coverage universe of the next 6-12 months.

The Investment Ratings are based on the expected performance of a stock (based on anticipated total return to price target) relative to the other stocks in the analyst's coverage universe (or the analyst's team coverage).*

| Rating distribution (as of April 20, 2023) | Investment Banking Relationships (as of April 20, 2023) |
|---|---|
| OUTPERFORM: 62.83%<br>NEUTRAL: 34.03%<br>UNDERPERFORM: 3.14% | OUTPERFORM: 6.25%<br>NEUTRAL: 1.54%<br>UNDERPERFORM: 0.00% |

The Distribution of Ratings is required by FINRA rules; however, WS' stock ratings of Outperform, Neutral, and Underperform most closely conform to Buy, Hold, and Sell, respectively. Please note, however, the definitions are not the same as WS' stock ratings are on a relative basis.

The analysts responsible for preparing research reports do not receive compensation based on specific investment banking activity. The analysts receive compensation that is based upon various factors including WS' total revenues, a portion of which are generated by WS' investment banking activities.

## Company Specific Disclosures
1. WS makes a market in the securities of Seagate Technology Holdings PLC and Western Digital.

This report is intended for miles.dean@seagate.com. Unauthorized distribution is prohibited.

CONFIDENTIAL

Seagate_000120294



## Price Charts



Seagate Technology Holdings PLC Rating History as of 04-18-2023

Outperform (OP); Neutral (N); Underperform (UP); Not Rated (NR)



Western Digital Rating History as of 04-18-2023

Outperform (OP); Neutral (N); Underperform (UP); Not Rated (NR)

Wedbush disclosure price charts are updated within the first fifteen days of each new calendar quarter per FINRA regulations. Price charts for companies initiated upon in the current quarter, and rating and target price changes occurring in the current quarter, will not be displayed until the following quarter. Additional information on recommended securities is available on request.

Disclosure information regarding historical ratings and price targets is available: Research Disclosures

*WS changed its rating system from (Strong Buy/ Buy/ Hold/ Sell) to (Outperform/ Neutral/ Underperform) on July 14, 2009.

Applicable disclosure information is also available upon request by contacting the Research Department at (212) 833-1375, by email to leslie.lippai@wedbush.com. You may also submit a written request to the following: Wedbush Securities, Attn: Research Department, 142 W 57th Street, New York, NY 10019.

CONFIDENTIAL

Seagate_000120295

This report is intended for miles.dean@seagate.com. Unauthorized distribution is prohibited.


## OTHER DISCLOSURES

The information herein is based on sources that we consider reliable, but its accuracy is not guaranteed. The information contained herein is not a representation by this corporation, nor is any recommendation made herein based on any privileged information. This information is not intended to be nor should it be relied upon as a complete record or analysis: neither is it an offer nor a solicitation of an offer to sell or buy any security mentioned herein. This firm, Wedbush Securities, its officers, employees, and members of their families, or any one or more of them, and its discretionary and advisory accounts, may have a position in any security discussed herein or in related securities and may make, from time to time, purchases or sales thereof in the open market or otherwise. The information and expressions of opinion contained herein are subject to change without further notice. The herein mentioned securities may be sold to or bought from customers on a principal basis by this firm. Additional information with respect to the information contained herein may be obtained upon request.

Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 3–7 of this report for analyst certification and important disclosure information.

This report is intended for miles.dean@seagate.com. Unauthorized distribution is prohibited.

CONFIDENTIAL

Seagate_000120296



This report is intended for miles.dean@seagate.com. Unauthorized distribution is prohibited.

## Equity Research

### CONSUMER AND RETAIL

**Beverages/Cannabis**
Gerald Pascarelli, CFA | (646) 860-7585 | gerald.pascarelli@wedbush.com

**Footware & Apparel**
Tom Nikic | (212) 938-9932 | tom.nikic@wedbush.com

**Hardlines Retail**
Seth Basham | (212) 938-9954 | seth.basham@wedbush.com

**Home Builders/Building Products**
Jay McCanless | (213) 833-1381 | jay.mccanless@wedbush.com

**Restaurants**
Nick Setyan | (213) 688-4519 | nick.setyan@wedbush.com

### TMT

**Digital Media**
Michael Pachter | (213) 688-4474 | michael.pachter@wedbush.com

**Digital Media**
Nick McKay | (213) 688-4343 | nick.mckay@wedbush.com

**Entertainment/Consumer Tech**
Alicia Reese | (212) 938-9927 | alicia.reese@wedbush.com

**Enterprise Software**
Dan Ives | (212) 344-2073 | dan.ives@wedbush.com

**Hardware**
Matt Bryson | (617) 695-6302 | matthew.bryson@wedbush.com

**Payments/IT Services**
Moshe Katri | (212) 938-9947 | moshe.katri@wedbush.com

**Software**
Imtiaz.Koujalgi | (212) 938-9944 | imtiaz.koujalgi@wedbush.com

### HEALTHCARE

**Biotechnology**
David Nierengarten, Ph.D. | (415) 274-6862 | david.nierengarten@wedbush.com

**Biotechnology**
Robert Driscoll, Ph.D. | (415) 274-6863 | robert.driscoll@wedbush.com

**Emerging Pharmaceuticals**
Liana Moussatos, Ph.D. | (415) 263-6626 | liana.moussatos@wedbush.com

**Emerging Pharmaceuticals**
Andreas Argyrides | (212) 833-1399 | andreas.argyrides@wedbush.com

**Biotechnology**
Laura Chico, Ph.D. | (212) 668-9868 | laura.chico@wedbush.com

### FINANCIAL INSTITUTIONS GROUP

**Mid-Cap Banks/Disruptive Finance**
David Chiaverini, CFA | (212) 938-9934 | david.chiaverini@wedbush.com

**Specialty Finance**
Henry Coffey, CFA | (212) 833-1382 | henry.coffey@wedbush.com

### RESEARCH MANAGEMENT

**Kevin Merritt, CFA**
Director of Research
kevin.merritt@wedbush.com
(212) 938-9949

**Kirsten Fraunces**
EVP, Head of Capital Markets
kirsten.fraunces@wedbush.com
(213) 688-4404

### COMMODITY AGRICULTURE RESEARCH

**Al Kluis**
Kluis Commodity Advisors
info@kluiscommodityadvisors.com
(888) 345-2855

### FIXED INCOME FUTURE & RATES RESEARCH

**Arthur Bass**
Managing Director
Arthur.Bass@Wedbush.com
(212) 259-6582

### CORPORATE ACCESS

**Avishai Kantor**
Vice President, Corporate Access
Avishai.Kantor@wedbush.com
(212) 259-6589

**Sophia Dao**
Associate, Corporate Access
Sophia.Dao@wedbush.com
(213) 688-4380

### TRADING

**Consumer/Financials/TMT**
Bryan Lonsinger | (212) 938-9925 | bryan.lonsinger@wedbush.com

**Healthcare/TMT**
Sahak Manualian | (213) 688-4533 | sahak.manualian@wedbush.com

### WEDBUSH OFFICES

**Los Angeles**
1000 Wilshire Boulevard
Los Angeles, CA 90017
(213) 688-8000

**New York**
142 W 57th Street
New York, NY 10019
(212) 938-9920

**San Francisco**
600 Montgomery Street
San Francisco, CA 94111
(415) 273-7300

**Boston**
265 Franklin Street
Boston, MA 02110
(617) 832-3700

**Chicago**
141 W. Jackson Boulevard, Suite 1710A
Chicago, IL 60604
(312) 786-1930

**www.wedbush.com**

CONFIDENTIAL

Seagate_000120297