# EXHIBIT 59



**WEDBUSH**

This report is intended for miles.dean@seagate.com. Unauthorized distribution is prohibited.

April 20, 2023

Analysts
**Matt Bryson**
(617) 695-6302
matthew.bryson@wedbush.com

# Hardware

## *Daily Views on Tech Headlines*

**STX**: Announces settlement with Commerce

View: Yesterday, STX announced that it had reached a settlement with the US Department of Commerce's BIS over allegations STX shipped HDDs to Huawei in violation of US export rules. The settlement details a $300M installment plan of $15M/quarter over the course of 5 years starting October of this year. This implies a ~$0.07/quarter reduction to EPS over the same period. Additional details of STX's sales to Huawei included shipments totaling ~7.4M HDDs (valued at ~$1.1B) without a license or authorization from the BIS. Note, in conjunction with this announcement STX is pulling forward its earnings report to this morning (previously STX had planned to report AMC).

We see this end result as nearly a best case scenario for STX given our prior concerns a Commerce fine could be more substantial with the elongated timeframe to pay the fine limiting stress on STX's currently stretched balance sheet. SEC

**WDC**: May 8th earnings date announced

View: While typically we don't read much into earnings date announcements, we do see this particular news item as meaningful. WDC's ability to report numbers in our view likely suggests it has line of sight into largely resolving the hack of its IT infrastructure that it announced in late March, a result that we would view as a positive outcome for the company.

**CXMT, DRAM, MU**: Chinese memory maker to pursue STAR listing

View: Per Bloomberg, CXMT is in the midst of exploring a STAR listing which would value the company at $14.5B.

We'd note that CXMT has a minimal portion of the DRAM market and has severe constraints around technology progression in light of restrictions limiting the company's access to tools capable of supporting advanced DRAM process development (not to mention EUV lithography equipment which is a part of every mainstream DRAM suppliers roadmap over the next few years). Net, for now, even assuming an IPO provides CXMT with incremental capital, we don't see CXMT expansion as likely to have a significant impact on broader DRAM market dynamics. Bloomberg

*Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 2–4 of this report for analyst certification and important disclosure information.*

**www.wedbush.com**

CONFIDENTIAL

Seagate_000069425

# WEDBUSH

This report is intended for miles.dean@seagate.com. Unauthorized distribution is prohibited.

## Risks to the Attainment of Our Price Targets and Ratings: Hardware

Shifts in competition, pricing, technology, and macroeconomic conditions.

Changes in hyperscale spending tied to shifts in growth or increased optimization.

Unforeseen events affecting production capacity (power outages, fires, storms, etc.)

Shifts in worldwide trade conditions that lead to macro instability and or close certain markets.

Increased competition from China based manufacturers entering new markets.

## Analyst Certification

I, Matt Bryson, certifies that the views expressed in this report accurately reflect my personal opinion and that I have not and will not, directly or indirectly, receive compensation or other payments in connection with my specific recommendations or views contained in this report.

## Mentioned Companies

| Company | Rating | Price | Target |
|---|---|---|---|
| Seagate Technology Holdings PLC | NEUTRAL | $65.35 | $55.00 |
| Micron Technology Inc | OUTPERFORM | $63.09 | $65.00 |

## Investment Rating System:

OUTPERFORM: Expect the total return of the stock to outperform relative to the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

NEUTRAL: Expect the total return of the stock to perform in-line with the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

UNDERPERFORM: Expect the total return of the stock to underperform relative to the median total return of the analyst's (or the analyst's team) coverage universe of the next 6-12 months.

The Investment Ratings are based on the expected performance of a stock (based on anticipated total return to price target) relative to the other stocks in the analyst's coverage universe (or the analyst's team coverage).*

| Rating distribution (as of April 20, 2023) | Investment Banking Relationships (as of April 20, 2023) |
|---|---|
| OUTPERFORM: 62.83% | OUTPERFORM: 6.25% |
| NEUTRAL: 34.03% | NEUTRAL: 1.54% |
| UNDERPERFORM: 3.14% | UNDERPERFORM: 0.00% |

The Distribution of Ratings is required by FINRA rules; however, WS' stock ratings of Outperform, Neutral, and Underperform most closely conform to Buy, Hold, and Sell, respectively. Please note, however, the definitions are not the same as WS' stock ratings are on a relative basis.

The analysts responsible for preparing research reports do not receive compensation based on specific investment banking activity. The analysts receive compensation that is based upon various factors including WS' total revenues, a portion of which are generated by WS' investment banking activities.

## Company Specific Disclosures

1. WS makes a market in the securities of Micron Technology Inc and Seagate Technology Holdings PLC.

CONFIDENTIAL

Seagate_000069426



Price Charts





Wedbush disclosure price charts are updated within the first fifteen days of each new calendar quarter per FINRA regulations. Price charts for companies initiated upon in the current quarter, and rating and target price changes occurring in the current quarter, will not be displayed until the following quarter. Additional information on recommended securities is available on request.

Disclosure information regarding historical ratings and price targets is available: Research Disclosures

*WS changed its rating system from (Strong Buy/ Buy/ Hold/ Sell) to (Outperform/ Neutral/ Underperform) on July 14, 2009.

Applicable disclosure information is also available upon request by contacting the Research Department at (212) 833-1375, by email to leslie.lippai@wedbush.com. You may also submit a written request to the following: Wedbush Securities, Attn: Research Department, 142 W 57th Street, New York, NY 10019.

This report is intended for miles.dean@seagate.com. Unauthorized distribution is prohibited.

CONFIDENTIAL

Seagate_000069427



## OTHER DISCLOSURES

The information herein is based on sources that we consider reliable, but its accuracy is not guaranteed. The information contained herein is not a representation by this corporation, nor is any recommendation made herein based on any privileged information. This information is not intended to be nor should it be relied upon as a complete record or analysis: neither is it an offer nor a solicitation of an offer to sell or buy any security mentioned herein. This firm, Wedbush Securities, its officers, employees, and members of their families, or any one or more of them, and its discretionary and advisory accounts, may have a position in any security discussed herein or in related securities and may make, from time to time, purchases or sales thereof in the open market or otherwise. The information and expressions of opinion contained herein are subject to change without further notice. The herein mentioned securities may be sold to or bought from customers on a principal basis by this firm. Additional information with respect to the information contained herein may be obtained upon request.

Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 3–7 of this report for analyst certification and important disclosure information.

This report is intended for miles.dean@seagate.com. Unauthorized distribution is prohibited.

CONFIDENTIAL

Seagate_000069428



This report is intended for miles.dean@seagate.com. Unauthorized distribution is prohibited.

## Equity Research

### CONSUMER AND RETAIL

**Beverages/Cannabis**

| Gerald Pascarelli, CFA | (646) 860-7585 | gerald.pascarelli@wedbush.com |
|---|---|---|

**Footware & Apparel**

| Tom Nikic | (212) 938-9932 | tom.nikic@wedbush.com |
|---|---|---|

**Hardlines Retail**

| Seth Basham | (212) 938-9954 | seth.basham@wedbush.com |
|---|---|---|

**Home Builders/Building Products**

| Jay McCanless | (213) 833-1381 | jay.mccanless@wedbush.com |
|---|---|---|

**Restaurants**

| Nick Setyan | (213) 688-4519 | nick.setyan@wedbush.com |
|---|---|---|

### TMT

**Digital Media**

| Michael Pachter | (213) 688-4474 | michael.pachter@wedbush.com |
|---|---|---|

**Digital Media**

| Nick McKay | (213) 688-4343 | nick.mckay@wedbush.com |
|---|---|---|

**Entertainment/Consumer Tech**

| Alicia Reese | (212) 938-9927 | alicia.reese@wedbush.com |
|---|---|---|

**Enterprise Software**

| Dan Ives | (212) 344-2073 | dan.ives@wedbush.com |
|---|---|---|

**Hardware**

| Matt Bryson | (617) 695-6302 | matthew.bryson@wedbush.com |
|---|---|---|

**Payments/IT Services**

| Moshe Katri | (212) 938-9947 | moshe.katri@wedbush.com |
|---|---|---|

**Software**

| Imtiaz.Koujalgi | (212) 938-9944 | imtiaz.koujalgi@wedbush.com |
|---|---|---|

### HEALTHCARE

**Biotechnology**

| David Nierengarten, Ph.D. | (415) 274-6862 | david.nierengarten@wedbush.com |
|---|---|---|

**Biotechnology**

| Robert Driscoll, Ph.D. | (415) 274-6863 | robert.driscoll@wedbush.com |
|---|---|---|

**Emerging Pharmaceuticals**

| Liana Moussatos, Ph.D. | (415) 263-6626 | liana.moussatos@wedbush.com |
|---|---|---|

**Emerging Pharmaceuticals**

| Andreas Argyrides | (212) 833-1399 | andreas.argyrides@wedbush.com |
|---|---|---|

**Biotechnology**

| Laura Chico, Ph.D. | (212) 668-9868 | laura.chico@wedbush.com |
|---|---|---|

### FINANCIAL INSTITUTIONS GROUP

**Mid-Cap Banks/Disruptive Finance**

| David Chiaverini, CFA | (212) 938-9934 | david.chiaverini@wedbush.com |
|---|---|---|

**Specialty Finance**

| Henry Coffey, CFA | (212) 833-1382 | henry.coffey@wedbush.com |
|---|---|---|

### RESEARCH MANAGEMENT

**Kevin Merritt, CFA**
Director of Research
kevin.merritt@wedbush.com
(212) 938-9949

**Kirsten Fraunces**
EVP, Head of Capital Markets
kirsten.fraunces@wedbush.com
(213) 688-4404

### COMMODITY AGRICULTURE RESEARCH

**Al Kluis**
Kluis Commodity Advisors
info@kluiscommodityadvisors.com
(888) 345-2855

### FIXED INCOME FUTURE & RATES RESEARCH

**Arthur Bass**
Managing Director
Arthur.Bass@Wedbush.com
(212) 259-6582

### CORPORATE ACCESS

**Avishai Kantor**
Vice President, Corporate Access
Avishai.Kantor@wedbush.com
(212) 259-6589

**Sophia Dao**
Associate, Corporate Access
Sophia.Dao@wedbush.com
(213) 688-4380

### TRADING

**Consumer/Financials/TMT**

| Bryan Lonsinger | (212) 938-9925 | bryan.lonsinger@wedbush.com |
|---|---|---|

**Healthcare/TMT**

| Sahak Manualian | (213) 688-4533 | sahak.manualian@wedbush.com |
|---|---|---|

### WEDBUSH OFFICES

**Los Angeles**
1000 Wilshire Boulevard
Los Angeles, CA 90017
(213) 688-8000

**New York**
142 W 57th Street
New York, NY 10019
(212) 938-9920

**San Francisco**
600 Montgomery Street
San Francisco, CA 94111
(415) 273-7300

**Boston**
265 Franklin Street
Boston, MA 02110
(617) 832-3700

**Chicago**
141 W. Jackson Boulevard, Suite 1710A
Chicago, IL 60604
(312) 786-1930

**www.wedbush.com**

CONFIDENTIAL

Seagate_000069429