# EXHIBIT 66

## EXHIBIT FILED UNDER SEAL