# EXHIBIT 68

## EXHIBIT FILED UNDER SEAL