# EXHIBIT 69

## REDACTED

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re Seagate Technology Holdings plc Securities Litigation | Case No. 3:23-cv-03431-RFL |

**EXPERT REPORT OF PAUL ZUREK, PH.D.**

**February 10, 2026**

CONFIDENTIAL

# Table of Contents

I.    Qualifications ............................................................................................................... 1

II.   Assignment and Compensation ..................................................................................... 1

III.  Plaintiffs' Allegations ................................................................................................. 2

      A.    Alleged Misrepresentations and the Alleged Truth .......................................... 2

      B.    Alleged Corrective Disclosures ....................................................................... 5

IV.   Summary of Opinions .................................................................................................. 7

V.    Selected Background .................................................................................................. 20

      A.    Seagate ........................................................................................................... 20

      B.    Foreign Direct Product Rule (FDPR) ............................................................. 22

VI.   Market Efficiency and Its Implications ....................................................................... 23

      A.    Information Is Incorporated Rapidly Into a Security's Price in an Efficient Market
            ........................................................................................................................ 24

      B.    Security Prices Do Not React to the Reiteration of Previously Disclosed
            Information in an Efficient Market .................................................................. 26

      C.    Security Prices Do Not React to Information That Is Not Value-Relevant in an
            Efficient Market .............................................................................................. 27

VII.  Event Study Analysis ................................................................................................. 27

      A.    Event Studies .................................................................................................. 27

      B.    Event Study Model Specification for Seagate ................................................. 29

VIII. Economic Analysis and Evidence Are Consistent with the Alleged Compliance
      Misrepresentations Having Had No Impact on Seagate's Stock Price During the Proposed
      Class Period ............................................................................................................... 30

      A.    Information Regarding Seagate's Continued Sales of HDDs to Huawei and the
            Attendant Risks Related to the FDPR Was Publicly Available as Early as
            September 2020 ............................................................................................... 31

      B.    Additional Information Regarding Regulatory Risk Materializing Became Public
            by March 17, 2021, and That Information Would Have Been Fully Incorporated
            Into Seagate's Stock Price at That Time in an Efficient Market ....................... 33

      C.    Additional Developments After March 17, 2021 Are Consistent with the Alleged
            Truth Regarding Compliance Being Public Information ................................... 37

      D.    The Stock Price Declines Following the Alleged Corrective Disclosures That
            Plaintiffs Claim Revealed the Alleged Truth Regarding Compliance Do Not

CONFIDENTIAL

Provide Evidence of Price Impact of the Alleged Compliance Misrepresentations .................................................................................................................... 43

    1.    October 26, 2022 Alleged Corrective Disclosure ..................................... 43

    2.    April 19, 2023 Alleged Corrective Disclosure ......................................... 48

IX.    Economic Analysis and Evidence Are Consistent with the Alleged Revenue Driver Misrepresentations Having Had No Impact on Seagate's Stock Price During the Proposed Class Period ....................................................................................................... 53

    A.    Market Commentary Discussed That Seagate's HDD Sales to Huawei Contributed Meaningfully to Its Revenues Through September 2021 and That Such Contributions Ceased Prior to Seagate's Revenue Declines........................ 54

    B.    Revenue Declines of Seagate's Competitors After October 1, 2021 Are Consistent with Factors Other than Allegedly Undisclosed Information Regarding Sales to Huawei Driving the Market's Response to Seagate's Revenue Declines............. 59

    C.    Stock Price Declines Following the Disclosures That Plaintiffs Claim Revealed the Alleged Truth Regarding Revenue Drivers Do Not Provide Evidence of Price Impact of the Alleged Revenue Driver Misrepresentations................................... 60

    1.    March 8, 2022 Alleged Corrective Disclosure ......................................... 61

    2.    July 21, 2022 Alleged Corrective Disclosure .......................................... 66

    3.    October 26, 2022 Alleged Corrective Disclosure ..................................... 71

    4.    April 19, 2023 Alleged Corrective Disclosure ......................................... 77

CONFIDENTIAL

## I.    Qualifications

1.    I am a Vice President at Cornerstone Research, a financial and economic consulting firm. I hold Ph.D. and M.A. degrees in finance and a B.S. degree in economics from the Wharton School at the University of Pennsylvania.  My research and work experience span a number of areas in financial economics, with a focus on asset pricing, valuation, and statistical analysis of financial data.  A copy of my curriculum vitae is attached as **Appendix A**.

2.    I have authored textbook chapters on issues in finance and economics.  I have taught valuation, corporate finance, risk management, and asset pricing, including in executive education programs, at the Wharton School at the University of Pennsylvania, and most recently at Stanford Law School where I am a Lecturer in Law and have been teaching a course in corporate finance since 2023.

3.    I have more than 15 years of experience conducting economic analyses on complex matters at all stages of litigation, including as an expert witness.  At Cornerstone Research, I have consulted on many litigation matters, including securities lawsuits brought by shareholders. My work has involved analyses of market efficiency, price impact, loss causation, and valuation, as well as the calculation of per share damages.  I have served as an expert witness in litigation, including in securities matters, testified in arbitrations and trial, and presented findings of my analyses to regulators.  I have also spoken on various topics related to securities litigation.  A list of my prior testimony is included as part of **Appendix A**.

## II.    Assignment and Compensation

4.    Plaintiffs[1] seek to certify a "Proposed Class" comprising "all persons who purchased or otherwise acquired Seagate common stock between September 14, 2020 and April 19, 2023, inclusive" (the "Proposed Class Period").[2]  In support of their Class Certification Motion,

---

[1] "Plaintiffs" refers to Public Employees' Retirement System of Mississippi, Arkansas Public Employees' Retirement System, Universal-Investment-Gesellschaft mbH, Universal-Investment-Luxembourg S.A., and UI BVK Kapitalverwaltungsgesellschaft mbH.  *See* Consolidated Amended Class Action Complaint for Violations of Federal Securities Laws, *In re Seagate Technology Holdings plc Securities Litigation*, September 12, 2024 ("Complaint"), p. 1.

[2] Lead Plaintiffs' Notice of Motion and Motion for Class Certification, Appointment of Class Representatives, and Approval of Class Counsel, *In re Seagate Technology Holdings plc Securities Litigation*, December 16, 2025 ("Class Certification Motion"), p. 1.

Plaintiffs submitted the Expert Report of Matthew D. Cain, Ph.D. ("Dr. Cain"), dated December 16, 2025 (the "Cain Report").

5.    I have been retained by counsel for defendants in this litigation ("Counsel"), specifically Seagate Technology Holdings plc ("Seagate," "STX," or the "Company"), William D. Mosley, and Gianluca Romano (collectively, "Defendants")[3] to analyze, from an economic perspective, whether the actionable alleged misrepresentations impacted Seagate's stock price, assuming Seagate's common stock traded in an efficient market.  I discuss market efficiency and its implications in **Section VI**.

6.    In undertaking this assignment, I have examined various materials, including legal pleadings in this litigation, deposition transcripts in this litigation, academic literature, equity analyst reports, public press articles, and various other public sources.  A list of materials that I have relied upon in forming my opinions is attached as **Appendix B**.

7.    I have been assisted in the preparation of this report by staff of Cornerstone Research, who worked under my direction.  Cornerstone Research is being compensated for my work in this matter at an hourly rate of $1,375.  My compensation is not dependent on the outcome of this matter or the opinions I reach.  My work in this matter is ongoing, and I reserve the right to supplement my opinions if additional information becomes available and/or if Dr. Cain offers additional opinions in this matter.

## III.    Plaintiffs' Allegations

### A.    Alleged Misrepresentations and the Alleged Truth

8.    Plaintiffs allege that Defendants made "materially false and misleading statements and omissions" (i.e., misrepresentations) regarding Seagate's sales of hard disk drives ("HDDs") to Huawei Technologies Co., Ltd. and its affiliates ("Huawei") in violation of the Foreign Direct Product Rule ("FDPR").[4]  I understand that the actionable alleged misrepresentations (the "Alleged Misrepresentations") fall into two primary categories:[5]

---

[3] Complaint, p. 1.
[4] Complaint, ¶ 1.
[5] I understand that the first Alleged Misrepresentation occurred on October 22, 2020, but Plaintiffs allege that the Proposed Class Period begins on September 14, 2020.  *See* Complaint, p. 1; Order Granting in Part and Denying in Part Motion to Dismiss, *In re Seagate Technology Holdings plc Securities Litigation*, May 12, 2025 ("MTD Ruling"), pp. 10–11.

a. **"Alleged Compliance Misrepresentations"**:  Plaintiffs allege that Defendants made "false and misleading statements assuring investors that Seagate complied with the FDPR, and all applicable U.S. export restrictions, and that none of the Company's HDD production processes implicated these export restrictions."[6]  In its MTD Ruling, I understand the Court found Plaintiffs had adequately alleged that Defendants made misrepresentations during the Proposed Class Period regarding Seagate's compliance with applicable laws, rules, and regulations, including the FDPR, and regarding Seagate's statements in annual and quarterly financial reports that no material changes to its risk factors or Sarbanes-Oxley Act of 2002 ("SOX") certifications had occurred.[7]  Dr. Cain summarizes the Alleged Compliance Misrepresentations as follows:

> "Defendants allegedly engaged in a scheme and made false and misleading statements and/or omissions to convince investors that Seagate was compliant with all applicable U.S. export restrictions, including the FDPR, when in fact the Company had illegally sold HDDs to Huawei."[8]

b. **"Alleged Revenue Driver Misrepresentations"**:  Plaintiffs allege that Defendants made false and misleading statements "attributing Seagate's financial performance to a host of legitimate business factors, while failing to disclose that those results were driven in material part by the Company's HDD sales to Huawei and, later, the cessation of those sales."[9]  In its MTD Ruling, I understand the Court found Plaintiffs had adequately alleged that Defendants made misrepresentations during the Proposed Class Period regarding the driving causes

---

[6] Complaint, ¶ 165.

[7] I understand the Court has identified the actionable Alleged Compliance Misrepresentations to have occurred on  October 22, 2020, October 29, 2020, January 21, 2021, January 28, 2021, April 29, 2021, June 8, 2021, August 6, 2021, October 26, 2021, October 28, 2021, January 27, 2022, April 28, 2022, August 5, 2022, October 26, 2022, October 27, 2022, and January 25, 2023. *See* MTD Ruling, pp. 10–14; Defendants' Materially False and Misleading Statements Concerning Seagate's Compliance with the FDPR, *In re Seagate Technology Holdings plc, Securities Litigation*, September 25, 2024 ("Alleged Misrepresentation Exhibit").

[8] Expert Report of Matthew Cain, December 16, 2025 ("Cain Report"), ¶ 16. *See also* Class Certification Motion, pp. 4–5 ("Throughout the Class Period, Defendants falsely reassured investors that the Company was in compliance with U.S. export regulations.… In truth, and as Seagate has admitted in an historic settlement with the U.S. government, Seagate purposefully did not comply with U.S. export regulations to position itself as Huawei's sole HDD supplier.").

[9] Complaint, ¶ 164.  With respect to one statement on October 22, 2020, the Court stated that "Plaintiffs have adequately alleged falsity and scienter as to Mosley's statement to investors on October 22, 2020, that Huawei's revenue contribution to Seagate was not 'material' to Seagate's December quarter guidance for Q2 2021." *See* MTD Ruling, pp. 17–18.

of Seagate's reported revenue.[10]  Specifically, prior to January 26, 2022, "Defendants' failure to mention that sales to Huawei [were] among the factors materially driving Seagate's positive revenue performance was misleading because it created the false impression that sales to Huawei were not necessary for Seagate to reach the midpoint of its revenue guidance for these quarters."[11]  After January 26, 2022, Seagate's statements regarding its declining HDD revenue were "misleading because they suggest that the cause for Seagate's declining revenue was unrelated to its loss of sales to Huawei, but instead, was attributable to supply challenges, global conflict, COVID restrictions, and other factors."[12]  Dr. Cain summarizes the Alleged Revenue Driver Misrepresentations as follows:

> "Throughout the Class Period, Defendants allegedly engaged in a scheme and made false and misleading statements and/or omissions by attributing Seagate's revenue changes to legitimate business factors while concealing that the results were driven in part by HDD sales to Huawei and, later in the Class Period, by the cessation of those sales."[13]

9.      For purposes of my analysis, Counsel has instructed me to assume that, consistent with Plaintiffs' allegations and Dr. Cain's report and deposition testimony, Plaintiffs' liability theory implies that Seagate should have disclosed during the Proposed Class Period, at the time the Alleged Misrepresentations were made, that (a) Seagate continued to sell HDDs to Huawei until September 2021 based on its interpretation of the FDPR, subjecting the Company to the risk that the U.S. Department of Commerce's Bureau of Industry and Security ("BIS") could disagree with the Company's interpretation and conclude that such sales did not comply with FDPR requirements after the export restrictions on sales to Huawei became effective (the "Alleged Truth Regarding Compliance"); and (b) Seagate's HDD sales to Huawei were among the factors that drove Seagate's reported revenue through its fiscal Q1 2022 (ending October 1, 2021), and Seagate's declining revenues in subsequent quarters were attributable in part to cessation of

---

[10] I understand the Court has identified the actionable Alleged Revenue Driver Misrepresentations to have occurred on October 22, 2020, January 21, 2021, April 22, 2021, July 21, 2021, October 22, 2021, April 27, 2022, July 21, 2022, October 26, 2022, and January 25, 2023.  *See* MTD Ruling, pp. 14–18; Alleged Misrepresentation Exhibit.

[11] MTD Ruling, pp. 15–16.

[12] MTD Ruling, p. 17.

[13] Cain Report, ¶ 17.  *See also* Class Certification Motion, pp. 4–5 ("Throughout the Class Period, Defendants … downplayed Seagate's reliance on HDD sales to Huawei, and attributed Seagate's increased revenue to legitimate business factors.… It was those illegal sales that materially drove Seagate's revenue and allowed it to meet its revenue guidance.").

sales to Huawei (the "Alleged Truth Regarding Revenue Drivers," and collectively, the "Alleged Truth").[14]

### B.    Alleged Corrective Disclosures

10.    Plaintiffs allege that the relevant truth concealed by the Alleged Misrepresentations was revealed through four alleged corrective disclosures ("Alleged Corrective Disclosures") and allegedly caused a decline in Seagate's stock price:

a. **March 8, 2022**:  Plaintiffs allege that Seagate's stock price declined on March 8, 2022 after Defendant Mosley, at an investor conference, "cautioned investors that Seagate was facing revenue pressure and was 'going to be at the lower end of [its financial guidance] ranges' for the upcoming quarter as a result of 'disruption in the Chinese market' for HDDs."[15]  Plaintiffs allege that "Seagate was forced to lower its earnings guidance for the third fiscal quarter of 2022, as the risk that Defendants previously had concealed (i.e., massive revenues resulting from illicit sales of HDDs to Huawei) first began to materialize."[16]  Plaintiffs allege that the March 8, 2022 Alleged Corrective Disclosure partially corrected the Alleged Revenue Driver Misrepresentations.[17]

b. **July 21, 2022**:  Plaintiffs allege that Seagate's stock price declined on July 22, 2022 after "Seagate reported that its revenues declined by 12.8% year-over-year, driven by lagging HDD demand in Asia, missing the Company's entire revenue guidance range (and missing the midpoint of guidance by more than $150 million)."[18]  Plaintiffs further allege that "Seagate also guided the coming quarter's revenue down by 5% and reported that it was cutting HDD production because of customer 'inventory overages' in China."[19]  Plaintiffs claim that Seagate's financial performance "reflected the continuing impact of the loss of its illegal revenue from HDD sales to Huawei."[20]  Plaintiffs allege that the July 21,

---

[14] I understand from Counsel that Defendants maintain and do not waive any argument that none of the Alleged Misrepresentations were false, misleading, or otherwise actionable.
[15] Complaint, ¶ 262.
[16] Complaint, ¶ 262.
[17] Complaint, ¶ 262.
[18] Complaint, ¶ 264.
[19] Complaint, ¶ 264.
[20] Complaint, ¶ 264.

2022 Alleged Corrective Disclosure partially corrected the Alleged Revenue Driver Misrepresentations.[21]

c. **October 26, 2022**:  Plaintiffs allege that Seagate's stock price declined on October 26, 2022 after "Seagate finally revealed that, months earlier, in August 2022, BIS had issued a Proposed Charging Letter alleging that Seagate had violated U.S. export control regulations" ("Proposed Charging Letter").[22] Plaintiffs claim that, on the same day, "Seagate again announced disappointing financial results for the first quarter of [fiscal year 2023], reporting that HDD sales had continued to decline, falling by 26% due to declining demand in China" and "that it had further adjusted its production output, lowered its fiscal year 2023 capital expenditures, and would implement a restructuring plan that would reduce its worldwide headcount by 8%."[23]  Plaintiffs contend that "[t]hese disclosures further revealed the truth about Seagate's reliance on illegal HDD sales and the legal and regulatory risk the Company faced as a result."[24]  Plaintiffs allege that the October 26, 2022 Alleged Corrective Disclosure partially corrected the Alleged Compliance Misrepresentations and Alleged Revenue Driver Misrepresentations.[25]

d. **April 19, 2023**:  Plaintiffs allege that Seagate's stock price declined on April 20, 2023 after "the market learned the full scope and magnitude of Seagate's illegal HDD sales, when Seagate and BIS announced the Settlement Agreement" ("Settlement Agreement" and "BIS Settlement").[26]  Under the terms of the Settlement Agreement, Seagate was subjected to a "$300 million civil penalty, the largest standalone civil penalty in the agency's history."[27]  Although Plaintiffs do not appear to allege this to be corrective information, prior to market open on April 20, 2023, Seagate also released fiscal Q3 2023 (ending March 31, 2023)

---

[21] Complaint, ¶ 264.
[22] Complaint, ¶ 266.
[23] Complaint, ¶ 266.
[24] Complaint, ¶ 266.
[25] Complaint, ¶ 266.
[26] Complaint, ¶ 268.  Throughout this report, I refer to the agreement that Seagate and the BIS entered into as part of the settlement as the Settlement Agreement, and Seagate's and the BIS's entering into the Settlement Agreement as the BIS Settlement.  *See* Order Relating to Seagate Technology LLC and Seagate Singapore International Headquarters PTE. LTD, *U.S. Department of Commerce Bureau of Industry and Security*, April 19, 2023.
[27] Complaint, ¶ 268.

financial results and financial guidance for fiscal Q4 2023 (ending June 30, 2023),

both of which were below market expectations.[28]  Plaintiffs allege that the

April 19, 2023 Alleged Corrective Disclosure partially corrected the Alleged

Compliance Misrepresentations and Alleged Revenue Driver

Misrepresentations.[29]

## IV.    Summary of Opinions

11.    I have reached the following conclusions, the detailed bases for which are described in this report.

12.    In an efficient market, information is incorporated rapidly into a security's price (here, Seagate's common stock), and securities prices do not react to the reiteration of previously disclosed information.  I have been asked to assume that Seagate's common stock traded in an efficient market throughout the Proposed Class Period, as Plaintiffs allege and Dr. Cain opines.

*Alleged Compliance Misrepresentations*

13.    Opinion 1:  Economic analysis and evidence are consistent with the Alleged Compliance Misrepresentations having had no impact on Seagate's stock price during the Proposed Class Period.  Analysis of publicly available information indicates that at least as early as September 2020, there was discussion by equity analysts and elsewhere that Seagate was continuing to sell HDDs to Huawei based on its interpretation of the FDPR, notwithstanding that its decision to continue selling HDDs to Huawei contrasted with the response to (and the apparent interpretation of) the export restrictions on sales to Huawei of Seagate's competitors in the HDD

---

[28] Plaintiffs do identify that, in Seagate's April 20, 2023 Form 8-K, it disclosed that "the Board of Directors approved temporary salary reductions for the Company's named executive officers, and that beginning May 1, 2023, for a period of 6 months, the base salary for Defendants Mosley and Romano would be reduced by 100%" and that "the Company announced the sudden departure of Jeffrey Nygaard, Seagate's then-Executive Vice President of Operations and Technology, who would leave the Company effective May 1, 2023, less than two weeks after the announcement."  *See* Complaint, ¶ 127; Seagate Technology Holdings Public Limited Company, Form 8-K, filed on April 20, 2023.  *See also, e.g.*, "STX – Quarter Misses, Guide $1.7B/(-$0.20) vs. $2.1B/$0.54 Cons.; $350M in Restructuring Helps CY24," *Edgewater Research*, April 20, 2023, p. 1 ("Revs were $1.86B (cons. $1.98/our $1.94B) and EPS -$0.28 (cons. $0.25, our $0.14) … Guidance $1.7B/-$0.20 vs. consensus $2.1B/$0.54 and our $1.94/$0.17.").
[29] Complaint, ¶ 268.

market, Western Digital Corporation ("Western Digital" or "WDC") and Toshiba Corporation ("Toshiba").[30, 31]

14.     On March 17, 2021 around market close, the market learned that the BIS was investigating Seagate and "suspected [it] of improperly selling hard drives to Chinese tech giant Huawei Technologies."[32]  Seagate's stock price experienced a statistically significant decline on the following day.  Such a stock price decline is consistent with a materialization of a publicly known risk that the BIS could take a different view than Seagate did regarding the regulatory compliance of the Company's continued HDD sales to Huawei.  Therefore, even to the extent the market was unaware at the start of the Proposed Class Period that there was a risk that the BIS could take the view that Seagate's publicly known continued HDD sales to Huawei did not comply with the FDPR, the market was aware of this risk no later than March 17, 2021.  Indeed, following a March 17, 2021 article in the *Washington Times*, analysts discussed their prior (to the publication of the article) knowledge of Seagate's sales to Huawei, the BIS investigation, the uncertainty regarding how the investigation could play out, and the potential implications for Seagate, including monetary penalties.

15.     In an efficient market, stock prices do not react to the reiteration of previously disclosed information.  Therefore, information about Seagate's sales to Huawei and the market's assessment of attendant risks was incorporated into the Company's stock price as of the start of the Proposed Class Period.  In addition, even if one assumes (contrary to economic analysis and evidence discussed in this report) that the market was not aware prior to March 17, 2021 that there was a risk that the BIS could take the view that Seagate's continued HDD sales to Huawei

---

[30] "Seagate Is a HDD Pure-Play, Leading to Cyclical Results and Eroding a Moat," *Morningstar*, April 20, 2023, p. 2 ("The HDD market is an oligopoly—but practically a duopoly—with Western Digital and Seagate each controlling roughly 40% of the market and Toshiba playing a bit part with less than 20% share.").

[31] For example, an industry publication stated it was "surprising" that Seagate and Western Digital seemed to have different opinions about the need to obtain a license to continue shipping to Huawei. *See* Anton Shilov, "Western Digital, Seagate Differ on Selling Hard Drives to Huawei," *Tom's Hardware*, September 23, 2020 ("Seagate and Western Digital are the world's only companies that sell both hard drives and solid-state drives. While neither SSDs nor HDDs are made in the US, they use technologies developed in the country. As a result, the companies may need to obtain a license to sell these products to Huawei. Surprisingly, the two firms seem to have different opinions about such a license."). "SSDs" refer to solid state drives.

[32] Bill Gertz, "Seagate Chip Sales to China's Huawei Investigated," *The Washington Times*, March 17, 2021, https://www.washingtontimes.com/news/2021/mar/17/seagate-chip-sales-to-chinas-huawei-investigated/.  The precise release time of the article is not available.  According to Wells Fargo analysts, the article was published "Late Wednesday (3/17)." *See* "STX: US Commerce Department Bureau of Industry & Security (BIS) Looking into Seagate's Sales to Huawei?" *Wells Fargo*, March 18, 2021, p. 1.  According to a version of the article available on the Internet Archive Wayback Machine, the article was "Updated: 3:53 p.m. [ET] on Wednesday, March 17, 2021." *See* Bill Gertz, "Seagate Probed on Chip Sales to Huawei," *The Washington Times*, March 17, 2021, https://web.archive.org/web/20210317204809/https://www.washingtontimes.com/news/2021/mar/17/seagate-chip-sales-to-chinas-huawei-investigated/.

did not comply with the FDPR, such information could not have affected Seagate's stock price thereafter, including on the dates of all of the Alleged Corrective Disclosures.

16.    Notwithstanding the publicly known risk (and its subsequent materialization disclosed on March 17, 2021) that the BIS could take a different view than Seagate, the uncertainty regarding the actual timing and outcome of the BIS investigation persisted after March 17, 2021.  I understand that Plaintiffs do not allege that Seagate could have or should have disclosed earlier in the Proposed Class Period how this uncertainty would ultimately be resolved by the BIS.  On October 26, 2021, the Senate Committee on Commerce, Science, and Transportation ("Senate Committee") Minority Staff issued a public report ("Minority Staff Report") stating that, while Seagate had ceased selling HDDs to Huawei, it appeared to the Minority Staff that the Company "knowingly violated the Foreign Direct Product Rule for more than one year."[33]  On November 15, 2021, the Senate Committee Minority Staff sent a public letter to the BIS criticizing "the Commerce Department's lax enforcement" of the FDPR.[34]

17.    Plaintiffs point to information disclosed on two of the four Alleged Corrective Disclosure dates—October 26, 2022 and April 19, 2023—that they claim revealed the Alleged Truth Regarding Compliance and caused Seagate's stock price to decline.[35]  These stock price declines do not, however, provide evidence of price impact of Seagate's alleged failure to disclose the Alleged Truth Regarding Compliance—that is, that Seagate continued to sell HDDs to Huawei until September 2021 based on its interpretation of the FDPR, subjecting the Company to the risk that the BIS could disagree with the Company's interpretation and conclude that such sales did not comply with FDPR requirements after the export restrictions on sales to Huawei became effective.  As discussed above, that information was already publicly known throughout the

---

[33] "Huawei's Access to Hard Disk Drives in America: An Investigation into Seagate Technology," *U.S. Senate Committee on Commerce, Science, & Transportation*, October 26, 2021 ("Minority Staff Report"), p. 6.  In an interview with the Senate Committee Minority Staff on October 4, 2021, Seagate representatives disclosed that Seagate had stopped shipping HDDs to Huawei, but did not disclose the exact date shipments ended.  *See* Minority Staff Report, pp. 1, 5.

[34] United States Senate, Letter to Gina Raimondo, Secretary of Department of Commerce, November 15, 2021.

[35] Neither the Complaint nor Dr. Cain points to information on the first two Alleged Corrective Disclosure dates—March 8, 2022 and July 21, 2022—that they claim revealed the Alleged Truth Regarding Compliance (i.e., revealed for the first time that Seagate continued to sell HDDs to Huawei until September 2021 or any new information regarding whether the BIS viewed those sales to be compliant with the FDPR).  For example, Plaintiffs claim that on March 8, 2022 "the risk that Defendants previously had concealed (i.e., massive revenues resulting from illicit sales of HDDs to Huawei) first began to materialize" and that the July 21, 2022 Alleged Corrective Disclosure revealed "the continuing impact of the loss of its illegal revenue from HDD sales to Huawei."  *See* Complaint, ¶¶ 262, 264.  My review of publicly available information surrounding those two days does not reveal new information regarding Seagate's continuation of HDD sales to Huawei through September 2021 (which was already publicly known) or the BIS's view regarding the Company's compliance with the FDPR.  To the extent that Plaintiffs claim that the allegedly corrective information regarding Seagate's financial results to which they point on these days revealed the Alleged Truth Regarding Compliance, that information is addressed in **Section IX.C**.

Proposed Class Period and the reiteration of such information would not cause a stock price decline in an efficient market.

a. Plaintiffs claim that Seagate's stock price declined on October 26, 2022 after the Company revealed that the "BIS had issued a Proposed Charging Letter alleging that Seagate had violated U.S. export control regulations."[36]  Even assuming, however, that the disclosure of the existence of the Proposed Charging Letter contributed to Seagate's stock price decline on October 26, 2022, that does not provide evidence that the Alleged Compliance Misrepresentations impacted Seagate's stock price during the Proposed Class Period.  The disclosure of the Proposed Charging Letter represented a materialization of regulatory risk that was previously known to the market based on, among other things, the publicly known fact that Seagate's competitors apparently interpreted the export restrictions on sales to Huawei differently than Seagate, a disclosure in the *Washington Times* of the BIS investigation, the Senate Committee Minority Staff's finding of Seagate's alleged "knowing violation" of the FDPR, and the Senate Committee Minority Staff's apparent criticism of the BIS's "lax" enforcement of the FDPR, rather than being a disclosure of information that I understand Plaintiffs allege that Seagate should have disclosed earlier in the Proposed Class Period.

b. Plaintiffs further claim that Seagate's stock price declined on April 20, 2023 after "the market learned the full scope and magnitude of Seagate's illegal HDD sales, when Seagate and BIS announced the Settlement Agreement" after market close on April 19, 2023.[37, 38]  Market commentary indicates, on balance, that the size of the payment in the BIS Settlement was viewed as a positive surprise.  In an efficient market, positive surprising information would not be expected to cause a stock price decline.  Even assuming, however, that the announcement of the BIS Settlement contributed to Seagate's stock price decline on April 20, 2023, the BIS Settlement represented a materialization of regulatory risk that was previously

---

[36] Complaint, ¶ 266.

[37] Complaint, ¶ 268.

[38] Contrary to Plaintiffs' characterization, and consistent with my understanding of the Court's discussion, I understand that Seagate did not admit to knowingly violating the FDPR as part of the BIS Settlement.  *See* MTD Ruling, p. 8.  *See also* Complaint, ¶ 3.

known to the market based on, among other things, the publicly known fact that Seagate's competitors apparently interpreted the export restrictions on sales to Huawei differently than Seagate, a disclosure in the *Washington Times* of the BIS investigation, the Senate Committee Minority Staff's finding of Seagate's alleged "knowing violation" of the FDPR, the Senate Committee Minority Staff's apparent criticism of the BIS's "lax" enforcement of the FDPR, and the prior disclosure of the Proposed Charging Letter, rather than being a disclosure of information that I understand Plaintiffs allege that Seagate should have disclosed earlier in the Proposed Class Period.

18.    In sum, economic analysis and evidence are consistent with the Alleged Compliance Misrepresentations having had no impact on Seagate's stock price during the Proposed Class Period.  Even if one assumes (contrary to economic analysis and evidence discussed in this report) that the market was not aware prior to March 17, 2021 that there was a risk that the BIS could take the view that Seagate's continued HDD sales to Huawei did not comply with the FDPR, such information could not have affected Seagate's stock price after March 17, 2021 given the *Washington Times* article reporting that the BIS was investigating the Company and "suspected [it] of improperly selling hard drives to Chinese tech giant Huawei Technologies."[39]

*Alleged Revenue Driver Misrepresentations*

19.    Opinion 2:  Economic analysis and evidence are consistent with the Alleged Revenue Driver Misrepresentations having had no impact on Seagate's stock price during the Proposed Class Period.  Market commentary *prior* to the Proposed Class Period indicates public awareness that sales of HDDs to Huawei were among the drivers of Seagate's and Western Digital's HDD revenues.[40]

20.    Market commentary *during* the portion of the Proposed Class Period when Seagate continued to sell HDDs to Huawei indicates public awareness not only that Seagate continued its HDD sales to Huawei, but also that it was the only HDD vendor doing so after its competitors

---

[39] Bill Gertz, "Seagate Chip Sales to China's Huawei Investigated," *The Washington Times*, March 17, 2021, https://www.washingtontimes.com/news/2021/mar/17/seagate-chip-sales-to-chinas-huawei-investigated/.
[40] "WDC: CEO Comments on Huawei Exposure (10%-20% of Flash Revenue) … and More," *Wells Fargo*, June 5, 2019, p. 1; "STX: Positive Virtual Mtgs w/ CFO; 16TB+ Common Platform Underappreciated," *Wells Fargo*, May 18, 2020, p. 2.

ceased shipments to Huawei.  As discussed in this report, market participants credited that understanding in forming financial expectations and assessing Seagate's financial performance.[41]

21.    I understand that Seagate ceased HDD sales to Huawei in September 2021, and on October 26, 2021 the Minority Staff Report disclosed publicly that Seagate had ceased HDD sales to Huawei no later than October 4, 2021.[42]  The Minority Staff Report also disclosed the Senate Committee Minority Staff's estimate that "Huawei spends around $800 million annually on hard disk drives" and that such demand was "prospectively met in large part by Seagate's monopolization of the market after the [FDPR] went into effect."[43]

22.    In light of the available public information regarding Seagate's sales to Huawei, there is no economic basis to expect that a disclosure of the Alleged Truth Regarding Revenue Drivers— that is, that Seagate's HDD sales to Huawei were among the factors that drove Seagate's reported revenue through its fiscal Q1 2022 (ending October 1, 2021), and Seagate's declining revenues in subsequent quarters were attributable in part to the cessation of sales to Huawei— would have impacted Seagate's stock price.  This was already public information, and the reiteration of such information would not impact stock prices in an efficient market.  Consistent with this, I have identified no expression of surprise by equity analysts regarding the magnitude of Seagate's sales to Huawei when the Minority Staff Report disclosed the Senate Committee Minority Staff's "estimate that Huawei spends around $800 million annually on hard disk drives" and that such demand was "prospectively met in large part by Seagate's monopolization of the market after the [FDPR] went into effect,"[44] or when the Company's actual sales to Huawei were made public in the Settlement Agreement.[45]

23.    As part of the Alleged Revenue Driver Misrepresentations, Plaintiffs also include statements made after January 26, 2022 due to an alleged failure to attribute declining revenues to the cessation of HDD sales to Huawei in September 2021.[46]  Given prior public awareness that sales to Huawei had been among the factors that drove Seagate's reported revenue prior to its

---

[41] *See* **Section IX.A**.

[42] Minority Staff Report, pp. 1, 5; Order Relating to Seagate Technology LLC and Seagate Singapore International Headquarters PTE. LTD, *U.S, Department of Commerce Bureau of Industry and Security*, dated 4/19/23, Schedule of Violations ("Schedule of Violations"), p. 31.

[43] Minority Staff Report, p. 1.

[44] Minority Staff Report, p. 1.

[45] Throughout this report, references to analyst commentary I reviewed around specific event days include analyst reports published on the day of the event itself and three additional calendar days (for a total of four calendar days).

[46] Complaint, ¶¶ 246–259.

cessation of sales to Huawei, I would not expect a disclosure that a then publicly known cessation of sales to Huawei contributed to revenue declines to have impacted Seagate's stock price. In an efficient market, the impact of the market's assessment of the implications of the cessation of sales to Huawei would have been incorporated at the time this information became known—no later than October 26, 2021.

24.    Seagate's total revenue for its fiscal Q2 2022 (October 2, 2021 – December 31, 2021) was essentially flat relative to its fiscal Q1 2022 (ending October 1, 2021, the last quarter in which Seagate sold HDDs to Huawei). Seagate then experienced a series of declines in quarterly total revenue. The market's response to Seagate's revenue declines after it ceased HDD sales to Huawei does not, however, provide economic evidence that allegedly undisclosed information regarding Seagate's HDD sales to Huawei impacted Seagate's stock price. As discussed, the market was aware of Seagate's HDD sales to Huawei during the portion of the Proposed Class Period when it continued selling HDDs to Huawei, assessed these sales to be meaningful drivers of revenues during that same period, and learned of the cessation of those sales in October 2021. Moreover, an analysis of Seagate's competitors' reported results provides evidence consistent with factors other than any undisclosed information regarding the cessation of sales to Huawei in September 2021 driving the market's response to Seagate's revenue declines after it ceased HDD sales to Huawei.[47]  Specifically:

    a.  Seagate reported a 44.0% decline in quarterly <u>HDD revenue</u> as measured from its fiscal Q1 2022 to fiscal Q3 2023 (i.e., from the quarter ending October 1, 2021, the last quarter in which Seagate sold HDDs to Huawei, to the quarter ending March 31, 2023). In comparison, Western Digital experienced a 41.6% decline in quarterly HDD revenue and Toshiba a 58.7% decline in quarterly HDD revenue over the same period.[48]  I understand that neither Western Digital nor Toshiba sold HDDs to Huawei during the period at issue.

---

[47] According to the Complaint, Seagate's "primary competitors were Western Digital, with 40% of the market, and Toshiba, with roughly 20%," and Western Digital and Toshiba were "the only other U.S. suppliers of HDDs to Huawei." *See* Complaint, ¶¶ 22, 78. Accordingly, for purposes of this analysis, I compare Seagate's revenue to Western Digital's and Toshiba's revenues.

[48] Seagate and Western Digital shared the same fiscal quarter end dates throughout the Proposed Class Period. *See, e.g.*, Western Digital Corporation, Form 10-K for Fiscal Year Ended July 3, 2020, filed August 28, 2020, pp. 57, 77. Toshiba's fiscal year ends on March 31 of each calendar year, with fiscal Q1 ending June 30, fiscal Q2 ending September 30, fiscal Q3 ending December

b. Seagate reported a 40.3% decline in quarterly <u>total revenue</u> as measured from its fiscal Q1 2022 to fiscal Q3 2023 (i.e., from the quarter ending October 1, 2021, the last quarter in which Seagate sold HDDs to Huawei, to the quarter ending March 31, 2023).  In comparison, Western Digital experienced a 44.5% decline in quarterly total revenue over the same period.[49]

25.    Plaintiffs point to information disclosed on the four Alleged Corrective Disclosure dates—March 8, 2022, July 21, 2022, October 26, 2022, and April 19, 2023—that they claim revealed the Alleged Truth Regarding Revenue Drivers and caused Seagate's stock price to decline.  These stock price declines do not, however, provide evidence of price impact of Seagate's alleged failure to disclose the Alleged Truth Regarding Revenue Drivers—that is, that Seagate's HDD sales to Huawei were among the factors that drove Seagate's reported revenue through its fiscal Q1 2022 (ending October 1, 2021), and Seagate's declining revenues in subsequent quarters were attributable in part to the cessation of sales to Huawei.

a. Plaintiffs claim that on March 8, 2022, Defendant Mosley cautioned investors that the Company was "'going to be at the lower end of [its financial guidance] ranges'" for its fiscal Q3 2022 (ending April 1, 2022) due to "'disruption in the Chinese market' for HDDs."[50]  Any stock price decline associated with revised expectations of meeting only the low end of the fiscal Q3 2022 (ending April 1, 2022) guidance does not provide evidence of price impact of the Alleged Revenue Driver Misrepresentations given:[51]

i. The disappointment regarding Seagate's expected financial performance to which Plaintiffs point was relative to the unchallenged (not alleged to

31, and fiscal Q4 ending March 31.  To align with Seagate's fiscal Q1 2022 (ending October 1, 2021), Toshiba's HDD revenue is measured beginning with Toshiba's fiscal Q2 2021 (ending September 30, 2021).  To align with Seagate's fiscal Q3 2023 (ending March 31, 2023), Toshiba's HDD revenue is measured through Toshiba's fiscal Q4 2022 (ending March 31, 2023).  *See, e.g.*, Toshiba Corporation Earnings Presentation Fiscal Q1 2022, p. 2.  For Toshiba, percentage declines are based on converted revenue from Japanese yen to U.S. dollar using the average foreign exchange rate during each fiscal year as disclosed in Toshiba's earnings presentations.  *See, e.g.*, Toshiba Corporation Earnings Presentation Fiscal Q1 2022, p. 6.

[49] For Toshiba's total revenue, unlike those of Seagate or Western Digital, HDD revenue represented a relatively small portion of Toshiba's overall business.  Toshiba reports HDD revenue within an "HDD & Others" category—defined as including "sales of HDDs, Materials & Devices, and resale of memory products, etc."—within its Electronic Devices & Storage Solutions segment.  During Seagate's fiscal Q1 2022 through fiscal Q3 2023 (i.e., July 3, 2021 to March 31, 2022), Toshiba's HDD & Others revenue represented approximately 6.9% to 16.7% of Toshiba's total revenue.  *See, e.g.*, Toshiba Corporation Earnings Presentation Fiscal Q1 2022, p. 16.  *See also* **Supporting Calculation 1**.

[50] Complaint, ¶ 112.

[51] I understand from Counsel that after Seagate ceased sales to Huawei in September 2021, Seagate's revenues thereafter (i.e., starting its fiscal Q2 2022 (October 2, 2021 – December 31, 2021)) did not include HDD revenue from any new shipments to Huawei, nor did Seagate's guidance assume the continuation of HDD sales to Huawei.

have been false or misleading) guidance for fiscal Q3 2022 (ending April 1, 2022) that was issued on January 26, 2022 (four months *after* Seagate ceased HDD sales to Huawei) and did not assume the continuation of HDD sales to Huawei given its timing;

ii. It was already publicly known that HDD sales to Huawei had been among the factors that drove Seagate's reported revenue prior to October 2021, and the market learned in October 2021 that Seagate's HDD sales to Huawei had ceased. Seagate's revenues thereafter (i.e., starting its fiscal Q2 2022 (October 2, 2021 – December 31, 2021)) did not include HDD revenue from any new shipments to Huawei, nor did Seagate's guidance assume the Company would continue sales of HDDs to Huawei;

iii. My review of equity analyst commentary does not reveal analysts questioning management's explanations for the revised financial expectations or connecting the March 8, 2022 disclosure to any "revelation" of new information about the Alleged Truth Regarding Revenue Drivers. Instead, analysts commented on the factors identified by management—for example, weakness in the video and image applications ("VIA") market, weakness in demand from China, the conflict in Russia and Ukraine, and margin pressure from increasing freight costs due to rising oil prices; and

iv. Seagate's competitors that ceased their HDD sales to Huawei at the start of the Proposed Class Period also experienced declines in quarterly HDD revenue from Seagate's fiscal Q1 2022 to fiscal Q3 2022 (i.e., from the quarter ending October 1, 2021, the last quarter in which Seagate sold HDDs to Huawei, to the quarter ending April 1, 2022).

b. Plaintiffs claim that "[i]nvestors continued to learn the truth about Seagate's reliance on illegal HDD sales to Huawei on July 21, 2022, when Seagate reported that its revenues declined by 12.8% year-over-year, driven by lagging HDD demand in Asia, missing the Company's entire revenue guidance range (and missing the midpoint of guidance by more than $150 million)" and that "[t]he

Company further guided down the coming quarter's revenue by 5% and reported that it was cutting HDD production because of customer 'inventory overages' in China."[52]  Any stock price decline associated with disappointing performance relative to the fiscal Q4 2022 (ending July 1, 2022) guidance or financial guidance for Seagate's fiscal Q1 2023 (ending September 30, 2022) does not provide evidence of price impact of the Alleged Revenue Driver Misrepresentations, given:

i. The disappointment regarding Seagate's financial performance to which Plaintiffs point was relative to the unchallenged (not alleged to have been false or misleading) guidance for fiscal Q4 2022 (ending July 1, 2022) that was issued on April 27, 2022 (nearly seven months *after* Seagate ceased HDD sales to Huawei) and did not assume the continuation of HDD sales to Huawei given its timing;

ii. It was already publicly known that HDD sales to Huawei had been among the factors that drove Seagate's reported revenue prior to October 2021, and the market learned in October 2021 that Seagate's HDD sales to Huawei had ceased.  Seagate's revenues thereafter (i.e., starting its fiscal Q2 2022 (October 2, 2021 – December 31, 2021)) did not include HDD revenue from any new shipments to Huawei, nor did Seagate's guidance assume the Company would continue sales of HDDs to Huawei. Furthermore, it was publicly available information that Seagate's revenues had declined in the preceding quarter;

iii. My review of equity analyst commentary does not reveal analysts questioning management's explanations for Seagate's financial performance or connecting the July 21, 2022 disclosure to any "revelation" of new information about the Alleged Truth Regarding Revenue Drivers.  Instead, analysts commented on the factors identified by management—for example, inventory buildup at customers including in China, continued delays in VIA projects in China given COVID-19

---

[52] Complaint, ¶ 117.

lockdowns, legacy markets and consumer demand significantly impacted by inflationary pressures and COVID-19 lockdowns, and non-HDD component shortages that continued to cause delays in data center build-outs; and

iv. Seagate's competitors that ceased their HDD sales to Huawei at the start of the Proposed Class Period also experienced declines in quarterly HDD revenue from Seagate's fiscal Q1 2022 to fiscal Q4 2022 (i.e., from the quarter ending October 1, 2021, the last quarter in which Seagate sold HDDs to Huawei, to the quarter ending July 1, 2022).

c. Plaintiffs claim that on October 26, 2022, in addition to information regarding the Proposed Charging Letter already discussed above, Seagate also disclosed (a) "disappointing financial results for the first quarter of [fiscal year 2023], reporting that HDD sales had continued to decline, falling by 26% due to declining demand in China"; and (b) that "[a]s a result of these newly disclosed financial risks, the Company announced that it had further lowered its production output and its fiscal year 2023 capital expenditures, and that it would implement a restructuring plan to reduce its global headcount by 8%."[53]  Any stock price decline associated with disappointing performance relative to the fiscal Q1 2023 (ending September 30, 2022) guidance or other alleged corrective information does not provide evidence of price impact of the Alleged Revenue Driver Misrepresentations, given:

i. The disappointment regarding Seagate's financial performance to which Plaintiffs point was relative to the unchallenged (not alleged to have been false or misleading) guidance for fiscal Q1 2023 (ending September 30, 2022) that was issued on July 21, 2022 (nearly 10 months *after* Seagate ceased HDD sales to Huawei) and did not assume the continuation of HDD sales to Huawei given its timing;

ii. It was already publicly known that HDD sales to Huawei had been among the factors that drove Seagate's reported revenue prior to October 2021,

---

[53] Complaint, ¶ 122.

and the market learned in October 2021 that Seagate's HDD sales to Huawei had ceased. Seagate's revenues thereafter (i.e., starting its fiscal Q2 2022 (October 2, 2021 – December 31, 2021)) did not include HDD revenue from any new shipments to Huawei, nor did Seagate's guidance assume the Company would continue sales of HDDs to Huawei. Furthermore, it was publicly available information that Seagate's revenues had declined in the preceding two quarters;

iii. My review of equity analyst commentary does not reveal analysts questioning management's explanations for Seagate's financial performance and other alleged corrective information or connecting the October 26, 2022 disclosure to any "revelation" of new information about the Alleged Truth Regarding Revenue Drivers. Instead, analysts commented on the factors identified by management—for example, broad-based end demand weakness in China, inventory corrections at U.S. nearline customers, and ongoing consumer spending weakness amid inflationary pressures; and

iv. Seagate's competitors that ceased their HDD sales to Huawei at the start of the Proposed Class Period also experienced declines in quarterly HDD revenue from Seagate's fiscal Q1 2022 to fiscal Q1 2023 (i.e., from the quarter ending October 1, 2021, the last quarter in which Seagate sold HDDs to Huawei, to the quarter ending September 30, 2022).

d. Finally, Plaintiffs claim that Seagate's stock price declined on April 20, 2023 after "the market learned the full scope and magnitude of Seagate's illegal HDD sales," including that Seagate "had illegally sold more than $1.1 billion in HDDs to Huawei in violation of the FDPR" when Seagate announced the BIS Settlement after market close on April 19, 2023.[54] As discussed above, market commentary I reviewed indicates, on balance, the size of the payment in the BIS Settlement was viewed as a positive surprise, and positive surprising information would not be expected to cause a stock price decline in an efficient market.

_____

[54] Complaint, ¶ 268.

e.  In addition, while Plaintiffs do not appear to point to it as being part of the allegedly corrective information, on April 20, 2023, Seagate released its fiscal Q3 2023 (ending March 31, 2023) financial results and issued financial guidance for its fiscal Q4 2023 (ending June 30, 2023), both of which were below market expectations.  Any stock price decline associated with disappointing performance relative to the fiscal Q3 2023 (ending March 31, 2023) guidance or financial guidance for Seagate's fiscal Q4 2023 (ending June 30, 2023) does not provide evidence of price impact of the Alleged Revenue Driver Misrepresentations, given:

   i.  The disappointment regarding Seagate's financial performance to which Plaintiffs point was relative to the unchallenged (not alleged to have been false or misleading) guidance for fiscal Q3 2023 (ending March 31, 2023) that was issued on January 25, 2023 (nearly 16 months *after* Seagate ceased HDD sales to Huawei) and did not assume the continuation of HDD sales to Huawei given its timing;

   ii.  It was already publicly known that HDD sales to Huawei had been among the factors that drove Seagate's reported revenue prior to October 2021, and the market learned in October 2021 that Seagate's HDD sales to Huawei had ceased.  Seagate's revenues thereafter (i.e., starting its fiscal Q2 2022 (October 2, 2021 – December 31, 2021)) did not include HDD revenue from any new shipments to Huawei, nor did Seagate's guidance assume the Company would continue sales of HDDs to Huawei.  Furthermore, it was publicly available information that revenues had declined in every quarter from fiscal Q3 2022 (ending April 1, 2022) to fiscal Q2 2023 (ending December 30, 2022);

   iii.  My review of equity analyst commentary does not reveal analysts questioning management's explanations for Seagate's financial performance or connecting the April 19, 2023 disclosure to any "revelation" of new information about the Alleged Truth Regarding Revenue Drivers.  Instead, analysts commented on the factors identified

by management—for example, inventory corrections at U.S. nearline customers, weak demand environment and macroeconomic uncertainty, and pricing pressure and margin compression; and

iv. Seagate's competitors that ceased their HDD sales to Huawei at the start of the Proposed Class Period also experienced declines in quarterly HDD revenue from Seagate's fiscal Q1 2022 to fiscal Q3 2023 (i.e., from the quarter ending October 1, 2021, the last quarter in which Seagate sold HDDs to Huawei, to the quarter ending March 31, 2023).

26. In sum, economic analysis and evidence are consistent with the Alleged Revenue Driver Misrepresentations having had no impact on Seagate's stock price during the Proposed Class Period.

## V.     Selected Background[55]

### A.     Seagate

27. Seagate is a provider of data storage technology and infrastructure solutions, with its common stock listed on the Nasdaq under the ticker symbol STX.[56] Seagate's principal products include HDDs as well as other data storage offerings such as SSDs and storage subsystems.[57] During the Proposed Class Period, HDD sales represented approximately 86.2% to 92.5% of Seagate's total revenue.[58] Throughout the Proposed Class Period, Defendant Mosley served as Seagate's Chief Executive Officer and a member of its Board of Directors, and Defendant Romano served as Seagate's Chief Financial Officer and Executive Vice President.[59]

---

[55] This section contains my understanding of certain background facts, which I include as context for my opinions that follow. I provide publicly available support for the facts included herein, but I am not offering an expert opinion as to these facts.

[56] Seagate Technology Holdings Public Limited Company, Form 10-K for Fiscal Year Ended June 30, 2023, filed August 4, 2023 ("Seagate FY2023 10-K"), p. 34.

[57] Seagate FY2023 10-K, p. 3.

[58] **Supporting Calculation 2**. The Proposed Class Period begins during Seagate's fiscal Q1 2021 (ending October 2, 2020) and ends in Seagate's fiscal Q4 2023 (ending June 30, 2023), on the day before Seagate announced its fiscal Q3 2023 (ending March 31, 2023) earnings. Percentages represent the minimum and maximum HDD sales as a percentage of Seagate's total revenue during fiscal Q1 2021 – fiscal Q3 2023 (i.e., July 4, 2020 to March 31, 2023).

[59] *See*, *e.g.*, Seagate Technology Holdings Public Limited Company, Form 10-K for Fiscal Year Ended June 28, 2019, filed August 2, 2019, p. 12; Seagate Technology Holdings Public Limited Company, Form 10-K for Fiscal Year Ended July 3, 2020, filed August 7, 2020, p. 14; Seagate Technology Holdings Public Limited Company, Form 10-K for Fiscal Year Ended July 2, 2021, filed August 6, 2021 ("Seagate FY2021 10-K"), p. 15; Seagate Technology Holdings Public Limited Company, Form 10-K for Fiscal Year Ended July 1, 2022, filed August 5, 2022, p. 14; Seagate FY2023 10-K, p. 14.

28.    Seagate's HDD products are used across two principal data storage markets:  Mass Capacity Storage Markets and Legacy Markets.[60]  Mass Capacity Storage Markets support high-capacity, low-cost-per-terabyte storage applications, including nearline, VIA, network-attached storage ("NAS"), and edge-to-cloud data storage infrastructure, and are used in hyperscale data centers, public cloud environments, and emerging use cases.[61]  Legacy Markets include consumer, client, and mission-critical storage applications, which Seagate continues to serve but for which it does not plan to make significant additional investments in going forward.[62]

29.    Within the HDD market, Seagate's competitors are primarily Western Digital and Toshiba.[63]  Throughout the Proposed Class Period, these three companies were the only manufacturers of HDDs operating at global scale.[64]  Like Seagate, these companies had global manufacturing and supply chains and were subject to U.S. export control requirements applicable to sales of certain products to designated customers.[65]  In addition, Seagate identified Micron Technology, Inc. ("Micron") and other manufacturers of storage solutions as competitors in the broader data storage industry in its Form 10-Ks.  During the Proposed Class Period, Western Digital and Micron were the only companies among these competitors based in the U.S.[66]

---

[60] Seagate's public disclosures describe HDD sales across both of its reported segments.  *See* Seagate FY2023 10-K, pp. 4, 38.

[61] Seagate FY2023 10-K, pp. 4–5.  Seagate describes the nearline market as "mass capacity storage solutions that provide foundational infrastructure for public and private clouds" and as "includ[ing] storage for cloud computing, content delivery, archival, backup services, and emerging use cases such as generative AI."  Seagate describes the VIA and NAS drives as "specifically designed to ensure the appropriate performance and reliability of the system for video analytics and camera enabled environments or network storage environments" and as "includ[ing] storage for security and smart video installations."  Seagate describes the edge-to-cloud data storage infrastructures as "provid[ing] a simple, cost-efficient and secure way to manage, transport and activate massive volumes of data across the distributed enterprise," and as "includ[ing] a shuttle solution that enables enterprises to transfer vast amounts of data from endpoints to the core cloud and a storage-as-a-service cloud that provides frictionless mass capacity storage at the metro edge."  *See* Seagate FY2023 10-K, p. 4.

[62] Seagate FY2023 10-K, p. 4.

[63] "Seagate Is a HDD Pure-Play, Leading to Cyclical Results and Eroding a Moat," *Morningstar*, April 20, 2023, p. 2 ("The HDD market is an oligopoly—but practically a duopoly—with Western Digital and Seagate each controlling roughly 40% of the market and Toshiba playing a bit part with less than 20% share.").

[64] *See, e.g.*, Seagate FY2023 10-K, p. 20 ("We are a global company and have significant sales operations outside of the United States, including sales personnel and customer support operations."); Western Digital Corporation, Form 10-K for Fiscal Year Ended June 30, 2023, filed August 22, 2023 ("At Western Digital, we continue to transform ourselves to address the growth in data by providing what we believe to be the broadest range of storage technologies in the industry with a comprehensive product portfolio and global reach"); Toshiba Corporation Earnings Presentation Fiscal Year 2022, p. 2 ("Since Toshiba Group promotes business in various market environments in many countries and regions").  *See also, e.g.*, "Global Memory & HDD: Storing the Data Explosion - A Tale of Two Technologies. Initiating on WDC (O, TP $60) and STX (M, TP $45)," *Bernstein*, July 15, 2020, p. 1 ("The 2011 Thai flood impacted the HDD industry permanently and consolidated the market to 2 dominant players, Western Digital (41% market share) and Seagate (41%), with Toshiba taking the rest, leading to higher margins and ROIC than before.").

[65] I discuss the FDPR in **Section V.B**.

[66] In its 2023 Form 10-K, Seagate identified its competitors as manufacturers of storage solutions and other participants in the data storage solutions industry, including Micron, Samsung Electronics, SK hynix, Inc., Kioxia Holdings Corporation, Toshiba, and Western Digital.  *See* Seagate FY2023 10-K, p. 10.

## B.    Foreign Direct Product Rule (FDPR)

30.    The FDPR is part of the U.S. export control framework administered by the BIS.[67]  The FDPR specifies circumstances under which certain items manufactured outside the U.S. may be subject to U.S. export control requirements.[68]  Under the FDPR, a foreign-produced item may be treated as subject to U.S. export controls if it is the direct product of specified U.S.-origin software or technology, or if it is produced by a plant or major component of a plant that is itself the direct product of such software or technology.[69]  In such cases, authorization from the BIS may be required, depending on the applicable regulatory framework and the relevant transaction-specific circumstances at the time of shipment.[70]

31.    Pertaining to export restrictions on sales to Huawei, the May 2020 interim rule (the "May 2020 Interim Rule")[71] and August 2020 final rule (the "August 2020 Final Rule")[72] of the FDPR were publicly available information prior to the start of the Proposed Class Period.  In May 2020, the BIS amended the FDPR to apply to Huawei and certain of its non-U.S. affiliates that had been designated on the "Entity List," which identifies foreign entities subject to heightened U.S. export licensing requirements based on national security and foreign policy considerations.[73]  The May 2020 Interim Rule proposed to extend U.S. export control requirements to certain foreign-produced items supplied to Huawei when specified regulatory conditions were met.[74]  In August 2020, the BIS issued the August 2020 Final Rule, which amended the FDPR to expand and clarify its scope related to Huawei and its affiliates, including by modifying the criteria under which foreign-produced items could be considered subject to U.S. export control requirements.[75]

---

[67] The FDPR (15 C.F.R. § 734.9) is part of the Export Administration Regulations ("EAR") (15 C.F.R. §§ 730–774).  *See* 15 C.F.R. §§ 730–774, Export Administration Regulations; "Export Administration Regulations (EAR)," *U.S. Department of Commerce, Bureau of Industry and Security*, https://www.bis.gov/regulations/ear.

[68] U.S. Department of Commerce, Bureau of Industry and Security, *Federal Register* 85, no. 97 (May 19, 2020), pp. 29849–29863, "Export Administration Regulations: Amendments to General Prohibition Three (Foreign-Produced Direct Product Rule) and the Entity List" ("May 2020 Interim Rule") at 29849–29850.

[69] May 2020 Interim Rule at 29850.

[70] May 2020 Interim Rule at 29851.

[71] May 2020 Interim Rule.

[72] U.S. Department of Commerce, Bureau of Industry and Security, *Federal Register* 85, no. 162 (August 20, 2020), pp. 51596–51629, "Addition of Huawei Non-U.S. Affiliates to the Entity List, the Removal of Temporary General License, and Amendments to General Prohibition Three (Foreign-Produced Direct Product Rule)" ("August 2020 Final Rule").

[73] May 2020 Interim Rule at 29849; "§ 744.16 Entity List," *U.S. Department of Commerce, Bureau of Industry and Security*, https://www.bis.gov/entity-list.

[74] May 2020 Interim Rule at 29849–29850.

[75] August 2020 Final Rule at 51596.

The export restrictions on sales to Huawei became effective on September 14, 2020, and applied prospectively in accordance with the regulatory provisions in effect at that time.[76]

## VI.    Market Efficiency and Its Implications

32.    In this section, I discuss the economic concept of market efficiency and the implications that can be drawn about Seagate's stock price movements under the assumption that Seagate's stock traded in an efficient market during the Proposed Class Period.

33.    Market efficiency is a fundamental concept in financial economics dating back to the seminal work of the Nobel Prize–winning economist Professor Eugene Fama in the 1960s.[77] Professor Fama defined an efficient market for a security as one in which the security's price "fully" reflects the value implications of available information:

> In general terms, the ideal is a market in which prices provide accurate signals for resource allocation: that is, a market in which firms can make production-investment decisions, and investors can choose among the securities that represent ownership of firms' activities under the assumption that security prices at any time "fully reflect" all available information. A market in which prices always "fully reflect" available information is called "efficient."[78]

34.    Empirical tests of market efficiency in financial economics concern three different sets of information with respect to which efficiency is examined.  Tests of so-called weak form market efficiency examine whether security prices incorporate information that can be obtained from historical prices and dividends.[79]  Tests of semi-strong form market efficiency examine whether security prices incorporate all publicly available information.[80]  Finally, tests of strong form market efficiency consider whether security prices incorporate all information, including private

---

[76] August 2020 Final Rule at 51602 ("Any such items not exported from abroad, reexported, or transferred (in country) before midnight (local time) on September 14, 2020, will be subject to § 736.2(b)(3)(vi) of the EAR and require a license in accordance with this interim final rule and other provisions of the EAR.").

[77] Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance* 25, no. 2, 1970, pp. 383–417 ("Fama (1970)").

[78] Fama (1970), p. 383.

[79] Fama (1970), p. 383.

[80] Fama (1970), p. 383.  If markets are semi-strong form efficient, they will also necessarily be weak form efficient, because all publicly available information includes information regarding historical prices and dividends.

information that is not publicly available.[81]  Markets are generally not considered to be strong form efficient.[82]

35.     Plaintiffs claim that "Seagate's common stock traded in an efficient market at all relevant times."[83]  Similarly, Dr. Cain opines that "[t]he market for Seagate's Common Stock was efficient throughout the Class Period"[84] such that "the market price of securities begins to respond quickly to publicly available information."[85]  As I explain below, there are specific implications that follow from a finding of trading in a semi-strong form efficient market for Seagate's stock.

### A.     Information Is Incorporated Rapidly Into a Security's Price in an Efficient Market

36.     Information is incorporated rapidly into a security's price in an efficient market; the academic literature on the topic has documented instances where this happens as rapidly as within minutes of the information becoming public.[86]

---

[81] Fama (1970), p. 383.  *See also* Ross, Stephen A., et al., *Corporate Finance*, Seventh Edition (New York, NY: McGraw-Hill/Irwin, 2005) ("Ross et al. (2005)"), p. 356.

[82] Dr. Cain testified at his deposition that ██████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████  *See also* Berk, Jonathan, et al., *Fundamentals of Corporate Finance*, Fourth Edition (Harlow, UK: Pearson Education, Inc., 2019) ("Berk et al. (2019)"), p. 348 ("Mutual fund managers and fundamental analysts, such as those who work for brokerages and make stock recommendations, believe that mispricing can be uncovered by careful analysis of company fundamentals. There is evidence that traders with inside information about upcoming merger or earnings announcements can make abnormal returns by trading (illegally) on that information, so the market is clearly not strong form efficient.").

[83] Class Certification Motion, p. 15.

[84] Cain Report, ¶ 3.

[85] Cain Report, ¶ 27.

[86] Busse and Green (2002) "study the response of stock prices and trading when a stock is featured on the Morning Call or Midday Call segment on the cable television financial news provider CNBC."  They "find that stocks discussed positively experience a statistically and economically significant price impact beginning seconds after the stock is first mentioned and lasting approximately one minute. The response to negative reports is more gradual, lasting 15 minutes." They also note that prior studies examining "the price response to corporate announcements, including earnings, dividends, and seasoned equity offerings, and … the price response to large trades … find that prices incorporate news within five to 15 minutes."  *See* Busse, Jeffrey A., and T. Clifton Green, "Market Efficiency in Real Time," *Journal of Financial Economics* 65, no. 3, 2002, pp. 415–437 ("Busse and Green (2002)") at pp. 415–416.  Chordia et al. (2005) "investigate how long it takes the market to achieve weak-form efficiency, i.e., how long it takes to remove return dependence."  They find that "[t]he pattern of intra day serial dependence reveals that it takes more than five minutes but less than sixty minutes."  *See* Chordia, Tarun, et al., "Evidence on the Speed of Convergence to Market Efficiency," *Journal of Financial Economics* 76, no. 2, 2005, pp. 271–292 ("Chordia et al. (2005)") at pp. 271, 273.  Drienko and Sault (2013) "examine abnormal returns and trading volumes that accrue to shareholders immediately after an announcement responding to a trading induced query [in Australian markets]."  They "provide[] evidence that the market takes up to 60 min[utes] to impound this information."  *See* Drienko, Jozef, and Stephen J. Sault, "The Intraday Impact of Company Responses to Exchange Queries," *Journal of Banking & Finance* 37, no. 12, 2013, pp. 4810–4819 ("Drienko and Sault (2013)") at p. 4810.

37.    An important feature of securities that are traded in efficient markets is that security prices reflect the present value of the expected future cash flows based on the market's assessment of publicly available information.[87]  A market is semi-strong form efficient when *all information* that is publicly available is reflected in prices.  For example, as explained in corporate finance textbooks:

> A market is [semi-strong form] efficient if prices reflect (incorporate) ***all publicly available information***, including information such as published accounting statements for the firm as well as historical price information.[88]

> [Market efficiency] implies that securities will be fairly priced, based on their future cash flows, ***given all information that is available to investors***…. Information that is available to all investors includes information in news reports, financial statements, corporate press releases, or ***other public data sources***.[89]

38.    According to Professor Fama, if the market is semi-strong form efficient, "prices reflect information to the point where the marginal benefits of acting on information (the profits to be made) do not exceed the marginal costs."[90]  Given that the marginal cost of obtaining and acting on public information is relatively low, the marginal benefit of acting on public information is essentially zero if the market is efficient—that is, the value-relevant content of public information is incorporated fully into a security's price.  Notably, the existence of an efficient market does not require all investors to access, analyze, and trade on publicly available information.[91]  It is sufficient for some (e.g., the most sophisticated) investors to identify and trade on newly disclosed public information such that it is rapidly reflected in market prices. Short-selling of securities is one trading strategy through which negative information is

---

[87] Brealey, Richard A., et al. *Principles of Corporate Finance*, Twelfth Edition (New York, NY: McGraw-Hill /Irwin, 2017), p. 336 ("In an efficient market it is not possible to find expected returns greater (or less) than the risk-adjusted opportunity cost of capital. This implies that every security trades at its fundamental value, based on future cash flows … and … the opportunity cost of capital.").

[88] Ross et al. (2005), p. 356 (emphasis added).

[89] Berk et al. (2019), p. 298 (emphasis added).

[90] Fama, Eugene F., "Efficient Capital Markets: II," *The Journal of Finance* 46, no. 5, 1991, pp. 1575–1617 at p. 1575.

[91] For example, Fama (1970) states that "the market may be efficient if 'sufficient numbers' of investors have ready access to available information."  *See* Fama (1970), p. 388.  In addition, Grossman (1976) documents that even if each informed trader only "gets a 'piece of information,' … informationally efficient price systems aggregate diverse information perfectly.… Thus, in equilibrium the current price summarizes all the information in the market."  *See* Grossman, Sanford, "On the Efficiency of Competitive Stock Markets Where Trades Have Diverse Information," *The Journal of Finance* 31, no. 2, 1976, pp. 573–585 at pp. 573–574, 581.  Similarly, Radner (1979) shows that "different traders come to the market with possibly different exogenous information signals," and security prices will be "a rational expectations equilibrium" based on "the information possessed by all of the traders taken together."  *See* Radner, Roy, "Rational Expectations Equilibrium: Generic Existence and the Information Revealed by Prices," *Econometrica* 47, no. 3, 1979, pp. 655–678 at pp. 656, 659.

incorporated into prices, while an investor optimistic about the prospects of a company may bid up the market price by purchasing shares.[92]

**B.    Security Prices Do Not React to the Reiteration of Previously Disclosed Information in an Efficient Market**

39.    A corollary of the efficient market hypothesis is that, because a semi-strong form efficient market rapidly and fully incorporates all publicly available information that impacts the assessment of future cash flows and risks as soon as that information first becomes public (as soon as it enters the market's "information set"), the market will not react to subsequent reiteration of that same previously available public information.  In fact, this very idea was used to introduce the concept of market efficiency by the economist Burton Malkiel in a chapter on the efficient market hypothesis in The New Palgrave's *Finance* (1989):

> A capital market is said to be efficient if it fully and correctly reflects all relevant information in determining security prices. Formally, the market is said to be efficient with respect to some information set … if security prices would be unaffected by revealing that information to all participants. Moreover, efficiency with respect to an information set … implies that it is impossible to make economic profits by trading on the basis of [that information set].[93]

40.    In other words, if a particular piece of information is already part of the market's information set at some point in time, and if the market is semi-strong form efficient, subsequent reiteration of that same information to market participants would not cause the security price to react further to the re-release of this information because that information was already incorporated into the price of the security earlier in time.

---

[92] Short-sellers are investors who borrow shares and sell them at the prevailing price, potentially anticipating that the stock price will decline in the future when the shares are re-purchased and returned to the lender.  The act of selling borrowed shares can put downward pressure on the stock price, resulting in a lower market price. *See, e.g.*, Asquith, Paul, et al., "Short Interest, Institutional Ownership, and Stock Returns," *Journal of Financial Economics* 78, no. 2, 2005, pp. 243–276, for a discussion of short-selling.

[93] Malkiel, Burton G., "Efficient Market Hypothesis," in *Finance*, eds. John Eatwell, Murray Milgate, and Peter Newman (London, UK: Palgrave Macmillan, 1989), p. 127.

### C.   Security Prices Do Not React to Information That Is Not Value-Relevant in an Efficient Market

41.    Finally, in a semi-strong form efficient market, security prices would not react to information that is not value-relevant.  Value-relevant information is information that affects the market's assessment of a company's future cash flows and risks.  Information that is not value-relevant would not be expected to affect security prices.[94]

## VII.   Event Study Analysis

42.    I now discuss event studies, both as a general concept in economics, and also the specific event study model specification that I use to analyze Seagate's stock price movements during the Proposed Class Period.  As I explain below, event studies are a statistical tool used in the analysis of the impact of events (e.g., corporate announcements as well as many other types of events) on security prices.

### A.   Event Studies

43.    An event study is a statistical tool used to measure the impact of a specific news event on a security's value, as measured by changes in price.[95]  An event study generally involves three steps.[96]  First, a researcher selects the specific event to be examined and identifies when the information associated with that event first became public.  A researcher also selects the appropriate event window, or the period over which the stock prices will be examined.  For example, a researcher may examine the effect of an earnings announcement for a particular company as measured by the price reaction over a one-day window.  Second, a statistical regression model is used to calculate the so-called residual (also referred to as abnormal or company-specific) return accounting for market and industry movements, which is the portion of

---

[94] Dr. Cain testified at his deposition that  *See* Cain Deposition, 126:5–23

[95] *See, e.g.*, MacKinlay, A. Craig, "Event Studies in Economics and Finance," *Journal of Economic Literature* 35, no. 1, 1997, pp. 13–39 ("MacKinlay (1997)"), for an overview of event studies in financial economics.
[96] *See, e.g.*, MacKinlay (1997), pp. 14–16.

the observed return that is unexpected based on a model of expected returns—that is, the portion that cannot be attributed to market or industry price movements according to the statistical model employed.[97]  Third, a statistical hypothesis regarding the residual return is constructed and tested. For example, a researcher may test a hypothesis (a so-called null hypothesis) that the residual return equals zero following the release of information—that is, that there is no security price reaction to the event after controlling for market and industry factors.  Hypothesis testing is a statistical technique that evaluates whether the null hypothesis (zero residual return in the example) can be rejected for a given significance threshold (conventionally 5%) based on the observed data.[98]  In an efficient market, the rejection of the null hypothesis of zero residual return supports a conclusion that at least some of the information disclosed during the event window affected the security's price.

44.      In an efficient market, the residual return on a particular day, calculated using an appropriately specified event study model, reflects the market's contemporaneous assessment of the value implications of all new, company-specific information revealed on the day.  Thus, event study analysis is subject to certain limitations.  First, an event study alone cannot measure the impact of a specific piece of information when there are multiple pieces of new information revealed simultaneously during the same event window.[99]  Second, an event study may be insufficient to measure the hypothetical price impact that would have occurred following the release of the same information at a different point in time or under different economic conditions to the extent that such a release of information would have been assessed differently by the market under those conditions.  Third, an event study generally cannot measure the impact of information that is not publicly disclosed.  For example, when a statement by a company is alleged to have been misleading because it fails to disclose certain value-relevant information, an event study that measures the price reaction to the statement at the time it was made would not

---

[97] Note that an event study is a joint test of whether the model used to calculate residual returns is correct and whether residual returns are zero.

[98] Whenever statistical significance is discussed in this report, the 95% confidence level and a two-tailed test is utilized.  *See, e.g.*, Kaye, David H., and David A. Freedman, "Reference Guide on Statistics," in *Reference Manual on Scientific Evidence*, Third Edition (Washington, DC: The National Academies Press, 2011), pp. 251–252 (internal citations omitted) ("In practice, statistical analysts typically use levels of 5% and 1%. The 5% level is the most common in social science, and an analyst who speaks of significant results without specifying the threshold probably is using this figure.… These levels of 5% and 1% have become icons of science and the legal process. In truth, however, such levels are at best useful conventions.").

[99] Dr. Cain testified at his deposition that ███████████████████████████████████████████████████ ██████████████████████████████████ Furthermore, Dr. Cain testified that ████████ ██████████   *See* Cain Deposition, 43:13–21, 82:6–21.

generally be informative about the market's hypothetical reaction to an alternative, allegedly non-misleading statement that included the information.

### B.    Event Study Model Specification for Seagate

45.    In selecting the appropriate statistical model for the expected returns of Seagate's stock, I first considered the event study model specification identified by Dr. Cain in the Cain Report. Dr. Cain's event study model is a two-factor (market and industry) linear regression that models the statistical relationship between daily returns of Seagate's stock and of market and industry indices.[100]

46.    The market index in Dr. Cain's specification is the S&P 500 Index.[101]  Financial economists use market indices to proxy for the market portfolio (i.e., a hypothetical portfolio of all securities).[102]  I evaluate whether the results of Dr. Cain's model (as assessed by the statistical significance of the residual returns on the relevant impact days of the Alleged Misrepresentations and Alleged Corrective Disclosures) remain unchanged when using an alternative market index, the CRSP value-weighted index, and I find they do.[103]  The industry index in Dr. Cain's specification is an equal-weighted index consisting of companies that Seagate identified as peers in its proxy statements.[104]

47.    The residual return is defined as the observed return of Seagate's stock less the return predicted by the two-factor regression model.  To estimate Seagate's residual return, Dr. Cain uses a rolling window of the preceding 120 trading days in his report.[105]  I note that fixed

---

[100] Dr. Cain's event study model is based on arithmetic returns, defined as the price change over the relevant measurement window (here, one day) divided by the price at the beginning of the window.  Alternatively, logarithmic returns are sometimes used in event studies.

[101] Cain Report, ¶ 67.

[102] *See, e.g.*, Berk, Jonathan, and Peter DeMarzo, *Corporate Finance*, Global Edition, Fourth Edition (Essex, England: Pearson Education Limited, 2017), p. 441; Campbell, John Y., et al., *The Econometrics of Financial Markets* (Princeton, NJ: Princeton University Press, 1997), p. 155 ("The market model is a statistical model which relates the return of any given security to the return of the market portfolio.… In applications a broad based stock index is used for the market portfolio, with the S&P500 index, the CRSP value-weighted index, and the CRSP equal-weighted index being popular choices.").

[103] Specifically, I substituted the market index used by Dr. Cain with the CRSP value-weighted index.  I find that the statistical significance of the residual returns on the relevant impact days of the Alleged Misrepresentations and Alleged Corrective Disclosures, based on a two-tailed test at a 5% significance level, do not change with this alternative market index.  The relevant impact day for a release of information that occurs after market hours is the first trading day following the release of information. Dr. Cain describes "statistically significant" residual returns as returns "sufficiently large compared to the usual volatility in the company's stock price return such that simple random movement can be rejected as the cause."  *See* Cain Report, ¶ 64.

[104] Cain Report, ¶ 67.

[105] Cain Report, ¶ 66.

windows, such as a window consisting of the Proposed Class Period, could also be used for this estimation, although neither is necessarily preferred from a theoretical perspective.

48.    Taking the above into account (that Dr. Cain's regression specification is robust to using an alternative market index and that his industry index consists of companies that Seagate used for certain comparison purposes in its disclosures), I use an event study model consistent with that used by Dr. Cain.  In **Exhibit 1**, I show a summary of daily Seagate stock, market, and industry returns as well as the event study regression results from this event study model during the Proposed Class Period.

## VIII.    Economic Analysis and Evidence Are Consistent with the Alleged Compliance Misrepresentations Having Had No Impact on Seagate's Stock Price During the Proposed Class Period

49.    The results of my economic analysis and assessment of economic evidence discussed in this section are consistent with the Alleged Compliance Misrepresentations having had no impact on Seagate's stock price during the Proposed Class Period.  For example, information about the export restrictions on sales to Huawei was publicly available prior to the start of the Proposed Class Period.  Importantly, analysis of publicly available information indicates that at least as early as September 2020, there was discussion by equity analysts and elsewhere that Seagate was continuing to sell HDDs to Huawei based on its interpretation of the FDPR, notwithstanding that its decision to continue selling HDDs to Huawei contrasted with its competitors' response to (and their apparent interpretation of) the export restrictions on sales to Huawei.  Finally, even to the extent the market was unaware (contrary to economic analysis and evidence discussed in this section) at the start of the Proposed Class Period that there was a risk that the BIS could take the view that Seagate's continued HDD sales to Huawei did not comply with the FDPR, the market was aware of this risk no later than March 17, 2021, when the *Washington Times* reported that the BIS was investigating Seagate for its continued sales to Huawei.[106]

---

[106] *See* Bill Gertz, "Seagate Chip Sales to China's Huawei Investigated," *The Washington Times*, March 17, 2021, https://www.washingtontimes.com/news/2021/mar/17/seagate-chip-sales-to-chinas-huawei-investigated/.

### A. Information Regarding Seagate's Continued Sales of HDDs to Huawei and the Attendant Risks Related to the FDPR Was Publicly Available as Early as September 2020

50.    As early as September 2020, information regarding Seagate's continued sales of HDDs to Huawei and the attendant risks related to the FDPR was publicly available and therefore would already have been incorporated into Seagate's stock price in an efficient market.

51.    As previously discussed in **Section V.B**, the export restrictions on sales to Huawei were publicly available information by the start of the Proposed Class Period.  This is economic evidence of the uncertainty regarding whether a license was required to sell to Huawei, and thus, whether continued sales to Huawei could potentially be noncompliant with the FDPR.[107]  For example, following the August 2020 Final Rule, it was publicly known that Seagate's other two competitors that had been selling HDDs to Huawei, Western Digital and Toshiba, ceased sales to Huawei.  On September 14, 2020 during the Deutsche Bank 2020 Technology Conference, Western Digital announced that it had ceased HDD sales and that it had also applied for a license to ship products to Huawei.[108]  On September 15, 2020, Toshiba announced that it had ceased HDD sales to Huawei.[109]  In contrast, at an investor conference on September 14, 2020, Defendant Romano, in response to an analyst question on continued sales of HDDs to Huawei, stated "[s]o of course we are still going through the final assessment, but from what I have seen until now, I don't see any particular restriction for us in term[s] of being able to continue to ship to Huawei or any other customers in China."[110]

52.    In particular, as early as September 2020, analysts and industry press outlets discussed that Seagate had continued shipping to Huawei and had not applied for a license, in contrast to its competitors.  For example:

---

[107] It is my understanding that, to the extent a company concluded that the FDPR's relevant restrictions prohibited sales and an exemption or license was sought, this would have required a cessation of sales until such an exemption or license was granted. *See* May 2020 Interim Rule, pp. 29850–29851 ("This rule amends General Prohibition Three (foreign-produced direct product rule) by adding § 736.2(b)(3)(vi) to address specific national security and foreign policy concerns. The paragraph prohibits the reexport, export from abroad, or transfer (in-country) without a license, of certain foreign-produced items when there is knowledge that the item is destined to an entity with a footnote 1 designation on the Entity List.").

[108] Edited Transcript – Western Digital Corp at Deutsche Bank Virtual Technology Conference, *Refinitiv StreetEvents*, September 14, 2020, 4:00 PM ET, p. 6.

[109] Yoichiro Hiroi, "Japanese Chipmakers Scramble to Replace Huawei Sales After US Ban," *Nikkei Asia*, September 16, 2020.

[110] Complaint, ¶ 51 (original emphasis removed).  I understand that this September 14, 2020 statement is not an actionable Alleged Misrepresentation.  *See* MTD Ruling, p. 19; Alleged Misrepresentation Exhibit.

**Deutsche Bank, 9/14/20**:  "From its analysis so far, STX does not believe it should be restricted in its shipments to Huawei or any other Chinese customer. The company does not expect to have to apply for a license to continue to ship to Huawei. We note that WDC has indicated that it has applied for a license to ship HDDs to Huawei and has stopped shipping HDDs until it gets more clarity on the new restrictions."[111]

**Tom's Hardware, 9/23/20**:  "Seagate and Western Digital are the world's only companies that sell both hard drives and solid-state drives. While neither SSDs nor HDDs are made in the US, they use technologies developed in the country. As a result, the companies may need to obtain a license to sell these products to Huawei. Surprisingly, the two firms seem to have different opinions about such a license.… Western Digital has supplied both HDDs and SSDs to Huawei. But right now, the company does not ship anything to Huawei. Western Digital is currently conducting a thorough analysis of how it makes hard drives to find out whether it indeed needs a license for them.… As it turns out, Seagate has a slightly different view on the issue. The company is also investigating to find out whether it needs a license for hard drives, but at this point it believes that it does not."[112]

53.    I understand the first remaining Alleged Compliance Misrepresentation occurred on October 22, 2020 when Defendant Mosley, in response to a question of "whether [Seagate was] continuing to ship to Huawei," stated that "[w]e continually monitor and remain in compliance with all the rules and regulations around."[113]  In the days and months following this statement, analyst commentary noted that Seagate was continuing to sell HDDs to Huawei based on its interpretation of the FDPR, notwithstanding that its decision to continue selling HDDs to Huawei contrasted with its competitors' response to (and their apparent interpretation of) the export restrictions on sales to Huawei.  For example:

**Evercore ISI, 10/22/20**:  "6) Mgmt. declined to explicitly state if the company is still shipping to Huawei, stating that it remains in compliance with all rules and regulations (we note the company previously said it was still shipping to Huawei (appears as if they are) even though WDC had stopped initially after the restriction came into place)."[114]

---

[111] "DB Tech Conference Takeaways," *Deutsche Bank*, September 14, 2020, p. 1.

[112] Anton Shilov, "Western Digital, Seagate Differ on Selling Hard Drives to Huawei," *Tom's Hardware*, September 23, 2020, https://www.tomshardware.com/news/the-curious-case-of-storage-devices-and-huawei.

[113] Complaint, ¶ 170; MTD Ruling, p. 19; Alleged Misrepresentation Exhibit.  As shown in **Exhibit 1**, Seagate's residual return on the corresponding impact day of October 23, 2020 was -2.06%, which is not statistically significant.

[114] "Gross Margin Improvement Still Elusive in December Q Guide," *Evercore ISI*, October 22, 2020, p. 3.

**Edgewater Research, 11/30/20**: "***STX appears to be only vendor still shipping to Huawei***, see some gains in nearline and mission critical in C4Q."[115]

**Wedbush, 1/20/21**: "While Seagate could be in a somewhat better position to continue shipping to Huawei vs. Toshiba/Western Digital, with Huawei now seemingly banned from procuring other parts required in enterprise systems (and particularly CPUs assuming this weekend's Reuters story was accurate), Seagate could still see some disruption due to this development."[116]

**Deutsche Bank, 2/9/21**: "It is not surprising that STX took market share in the quarter as it continues to hold a strong leadership position in the most popular capacity drives and ***it has not stopped shipping to Huawei, unlike WDC***."[117]

**Cleveland Research, 3/11/21**: "It appears STX has found a way to continue to ship into Huawei, helping support volumes & share in the Mission Critical segment."[118]

**Wells Fargo, 3/11/21**: "While [WDC] has applied for a license to ship to Huawei (both NAND [(the primary storage medium in SSDs)] and HDDs), it has not yet been granted a license. We would note that ***Seagate has been shipping to Huawei***."[119]

54.     In light of the above, as early as September 2020, information regarding Seagate's continued sales of HDDs to Huawei and the attendant risks related to the FDPR (e.g., because the Company's interpretation was different from its competitors') was publicly available, and would therefore have been incorporated into Seagate's stock price in an efficient market.

> **B.     Additional Information Regarding Regulatory Risk Materializing Became Public by March 17, 2021, and That Information Would Have Been Fully Incorporated Into Seagate's Stock Price at That Time in an Efficient Market**

55.     Even to the extent the market was unaware at the start of the Proposed Class Period that there was a risk that the BIS could take the view that Seagate's publicly known continued HDD

---

[115] "STX/WDC: HDD TAM Tracking Better Across Most End Markets ex-Nearline/Cloud Which is More In-Line; Pickup in Cloud Expected by C2Q21," *Edgewater Research*, November 30, 2020, p. 2 (emphasis added).

[116] "2FQ21 Preview – End Markets Improving; Nidec Lawsuit a New Concern," *Wedbush*, January 20, 2021, p. 1.

[117] "Takeaways from Industry HDD Data," *Deutsche Bank*, February 9, 2021, p. 1 (emphasis added).

[118] "STX: See Mar-Q Upside and Improved 2021 Outlook on Strong 16TB Demand & Better Position on 18TB – Margin Pressure a Partial Offset," *Cleveland Research*, March 11, 2021, p. 3.

[119] "WDC: Mtgs w/CFO - Improving Flash Pricing, eSSD & 18TB HDD Ramp Ahead, &Normalizing GM% (30%+ HDDs & Mid-30%+ Flash)," *Wells Fargo*, March 11, 2021, p. 1 (emphasis added). *See also, e.g.*, Stephanie Susnjara and Ian Smalley, "Flash versus SSD Storage: What's the Difference?" *IBM Think*, December 17, 2025, https://www.ibm.com/think/topics/flash-vs-ssd-storage.

sales to Huawei did not comply with the FDPR, the market was aware of this risk no later than March 17, 2021, when public information about this risk materializing became available.

56.     Specifically, on March 17, 2021, the *Washington Times* published an article, "Seagate Chip Sales to China's Huawei Investigated," which reported that the BIS was "investigating the hard-drive maker Seagate Technology over a possible breach of sanctions imposed on China."[120] The article stated that, according to two individuals familiar with the investigation, "California-based Seagate [was] suspected of improperly selling hard drives to Chinese tech giant Huawei Technologies that contained microchips subject to export controls after the ban was bolstered in August."[121]

57.     Following the publication of this March 17, 2021 *Washington Times* article, analysts discussed their prior (to the publication of the article) knowledge of Seagate's sales to Huawei, the BIS investigation, the uncertainty regarding how the investigation could play out, and the potential implications for Seagate, including monetary penalties.  As shown in **Exhibit 1**, Seagate's residual return on the corresponding impact day of March 18, 2021 was -4.08%, which is statistically significant.[122]  Because, for the reasons discussed in **Section VIII.A**, the attendant risk was previously known, the observed stock price decline is consistent with a materialization of a publicly known risk that the BIS could take a different view than Seagate did regarding the regulatory compliance of the Company's continued HDD sales to Huawei.

58.     Even if, contrary to the analysis and economic evidence discussed in **Section VIII.A** and throughout this report, one assumes that the market was unaware prior to March 17, 2021 that there was a risk that the BIS could take the view that Seagate's continued HDD sales to Huawei did not comply with the FDPR, as an economic matter, this risk materialized when it was disclosed in the *Washington Times* article, and any alleged failure to disclose this risk could not have affected Seagate's stock price thereafter, including on the dates of all of the Alleged Corrective Disclosures.  In an efficient market, stock prices do not react to the reiteration of previously disclosed information.

---

[120] Bill Gertz, "Seagate Chip Sales to China's Huawei Investigated," *The Washington Times*, March 17, 2021, https://www.washingtontimes.com/news/2021/mar/17/seagate-chip-sales-to-chinas-huawei-investigated/.
[121] Bill Gertz, "Seagate Chip Sales to China's Huawei Investigated," *The Washington Times*, March 17, 2021, https://www.washingtontimes.com/news/2021/mar/17/seagate-chip-sales-to-chinas-huawei-investigated/.
[122] As shown in **Exhibit 1**, Seagate's residual return on March 17, 2021 was 2.44%, which is not statistically significant.

59.     Analyst commentary acknowledged the *Washington Times* article and discussed the risks associated with the investigation.  Specifically, analysts discussed that (a) the "most likely outcome" was that Seagate would have to cease sales to Huawei and incur a monetary penalty congruent with the amount of product shipped, (b) Seagate interpreted the restrictions differently than its competitors, and (c) there would be "limited financial ramifications" should Seagate cease shipping to Huawei "given Huawei's relatively smaller presence in the enterprise space":

> **Wells Fargo, 3/18/21**:  "The Commerce Department's Bureau of Industry and Security … is probing Seagate over a 'possible breach' of US sanctions imposed on China. The article, noting that it has spoken to two people familiar with the probe, states that Seagate is *suspected of improperly selling HDDs to Huawei Technologies* that contain chips subject to export controls after the ban was increased in August 2020."[123]

> **Wedbush, 3/20/21**:  "Commerce's purported investigation of STX shipments to Huawei (per the Washington Times) will test what we believe was a different interpretation of regulations prohibiting supply of certain semiconductor products to the Chinese OEM. …[T]he Washington Times reported that Commerce is investigating STX's continued shipments of HDDs to Huawei. *We believe it has been common knowledge within the storage industry that STX continued shipping parts to Huawei post the US restrictions implemented in August. [This is in] contrast to WDC and Toshiba, both of which stopped supplying the Chinese OEM*. Our uninformed thought process had been that STX's legal team likely interpreted US restrictions differently than its peers. While we do not know how this situation might play out if the Washington Times report is accurate, we would guess *the most likely implications would be: 1) STX ceasing shipments to Huawei, and 2) some monetary penalty related to STX's actions*. Regardless we would expect *implications to future revenues are likely to be modest* given Huawei's relatively smaller presence in the enterprise space."[124]

> **Wedbush, 3/22/21**:  "Commerce's reported investigation of STX HDD sales to Huawei adds *another potential point of risk*, though we tend to believe *the most likely outcome is additional legal fees and a potential fine*.… Per the Washington Times, Commerce is investigating STX's continued shipments of HDDs to Huawei as having circumvented US export restrictions. We certainly believe that *STX indeed was shipping drives to Huawei, whereas its competitors stopped shipments in August*. Our belief is STX likely interpreted restrictions differently than its peers. We see *limited financial ramifications should STX need to end shipments to the Chinese OEM*. If Commerce pursues legal action

---

[123] "STX: US Commerce Department Bureau of Industry & Security (BIS) Looking into Seagate's Sales to Huawei?" *Wells Fargo*, March 18, 2021, p. 1 (emphasis added).
[124] "Last Week in Hardware – What Will Intel Do?" *Wedbush*, March 20, 2021, pp. 1, 3 (emphasis added).

against STX, we are uncertain as to the merits of either argument, [but] *our best guess regarding negative consequences would be a fine somehow congruent with amount of product STX shipped*. However, again, there is some probability that the outcome that an investigation by Commerce leads to a less favorable outcome for STX."[125]

60.     In light of the above publicly available information, assuming Seagate's stock traded in an efficient market during the Proposed Class Period as Plaintiffs allege and Dr. Cain opines,[126] even if one assumes that the market was not aware prior to March 17, 2021 that there was a risk that the BIS could take the view that Seagate's continued HDD sales to Huawei did not comply with the FDPR, the hypothetical disclosure of such allegedly undisclosed information about the risk could not have affected Seagate's stock price thereafter, including on the dates of all of the Alleged Corrective Disclosures.

61.     In addition, there is no economic evidence that Seagate's stock price was higher during the Proposed Class Period than it would otherwise have been due to the Alleged Compliance Misrepresentations. As discussed in **Section VIII.A**, analysis of publicly available information indicates that at least as early as September 2020, there was discussion by equity analysts and elsewhere that Seagate was continuing to sell HDDs to Huawei based on its interpretation of the FDPR.

62.     There was no company-specific increase in Seagate's stock price corresponding to a statistically significant residual return following Defendant Romano's statements on September 14, 2020 that "of course we are still going through the final assessment, but from what I have seen until now, I don't see any particular restriction for us in term[s] of being able to continue to ship to Huawei or any other customers in China,"[127] or following Defendant Mosley's statements on October 22, 2020, in response to the question of "whether [Seagate was] continuing to ship to Huawei," that "[w]e continually monitor and remain in compliance with all the rules and regulations around,"[128] after which an analyst commented that it "appear[ed] as if they [were]" continuing to ship to Huawei.[129] The market was thereafter aware of Seagate's

---

[125] "Lifting Our Forecasts, but Struggling with Relative Valuation," *Wedbush*, March 22, 2021, pp. 1, 3–4 (emphasis added).
[126] Class Certification Motion, p. 15; Cain Report, ¶ 3.
[127] Complaint, ¶ 51. I understand that this September 14, 2020 statement is not an actionable Alleged Misrepresentation. *See* MTD Ruling, p. 19; Alleged Misrepresentation Exhibit. As shown in **Exhibit 1,** Seagate's residual return on the corresponding impact day of September 15, 2020 was -1.09%, which is not statistically significant.
[128] Complaint, ¶ 170 (original emphasis removed). As shown in **Exhibit 1**, Seagate's residual return on the corresponding impact day of October 23, 2020 was -2.06%, which is not statistically significant.
[129] "Gross Margin Improvement Still Elusive in December Q Guide," *Evercore ISI*, October 22, 2020, p. 3.

publicly stated view that its HDD sales to Huawei were compliant with the FDPR, notwithstanding the risk that the BIS might take a different stance, as discussed above. Indeed, with the exception of the Alleged Compliance Misrepresentation on January 25, 2023 (which occurred *after* the Company ceased selling HDDs to Huawei and *after* the Company disclosed the Proposed Charging Letter from the BIS), there were no company-specific increases in Seagate's stock price corresponding to statistically significant residual returns following any of the Alleged Compliance Misrepresentations, as shown in **Exhibit 1**. Following the January 25, 2023 disclosure, none of the analyst reports I reviewed discussed the Company's reiteration of its risk factor disclosure or SOX certifications in its fiscal Q2 2023 Form 10-Q that Plaintiffs allege to have been false and misleading.[130]

### C. Additional Developments After March 17, 2021 Are Consistent with the Alleged Truth Regarding Compliance Being Public Information

63.     Notwithstanding the publicly known risk (and its subsequent materialization disclosed on March 17, 2021) that the BIS could take a different view than Seagate on the Company's continued sales of HDDs to Huawei, the uncertainty regarding the actual timing and outcome of the BIS investigation persisted after March 17, 2021.[131] I understand that Plaintiffs do not allege that Seagate could have or should have disclosed earlier in the Proposed Class Period how this uncertainty would ultimately be resolved by the BIS. In particular, following the March 17, 2021 *Washington Times* article, there were additional developments during the remainder of 2021 reflective of the uncertainty regarding the potential action by the BIS, including (a) a public letter from Senator Roger Wicker, ranking member of the Senate Committee, to Seagate and its competitors on May 10, 2021 requesting information regarding their compliance with the FDPR in connection with shipments of HDDs to Huawei; (b) Seagate's risk factor disclosure regarding export control laws in its 2021 Form 10-K filed on August 6, 2021; (c) the Minority Staff Report on October 26, 2021 alleging that Seagate likely "knowingly violated the Foreign Direct Product Rule for more than one year";[132] and (d) the Senate Committee Minority Staff sending a public letter on November 15, 2021 to the BIS criticizing "the Commerce Department's lax

---

[130] Complaint, ¶¶ 209–211.

[131] I understand that the BIS investigation did not conclude until the BIS Settlement was announced at the end of the Proposed Class Period.

[132] Minority Staff Report, p. 6.

enforcement" of the FDPR and encouraging the BIS to "act quickly" and "take action to ensure that BIS is equipped to enforce the full arsenal of the Department's export control regulations."[133] Seagate's residual returns following each of these disclosures were not statistically significant, which is consistent with a finding that the information revealed was not both new *and* value-relevant.

64.     *First*, on May 10, 2021, Senator Wicker sent a public letter to Seagate, Western Digital, and Toshiba requesting information regarding their compliance with the FDPR in connection with shipments of HDDs to Huawei.[134] The letter, which represented a further materialization of the then known regulatory risk, noted that Senator Wicker was "engaging in a fact-finding process as a precursor to a Committee investigation about whether leading global suppliers of hard disk drives (HDDs) are complying with this rule."[135]

65.     As shown in **Exhibit 1**, Seagate's residual return on the corresponding impact day of May 11, 2021 was -3.54%, which is not statistically significant—consistent with a finding that the information revealed was not both new *and* value-relevant.  Analysts at Wells Fargo noted that this fact-finding effort "could put increased scrutiny on Seagate":

> **Wells Fargo, 5/11/21**:  "This afternoon it was reported that Mississippi Senator Roger Wicker, Ranking Member of the Commerce, Science, and Transportation Committee, has sent a letter to the CEOs of Toshiba Americas Electronics Components (TAEC; Toshiba HDD operations), Seagate, and Western Digital requesting fact-finding information on the possible improper sale of HDDs to Huawei. We think this could put increased scrutiny on Seagate. Seagate is believed to have continued to ship HDDs to Huawei over the past few quarters."[136]

66.     *Second*, on August 6, 2021, after market hours, Seagate filed its 2021 Form 10-K, which included a risk factor disclosure regarding export control laws.[137]  Specifically, Seagate stated:

---

[133] United States Senate, Letter to Gina Raimondo, Secretary of Department of Commerce, November 15, 2021.

[134] U.S. Senate Committee on Commerce, Science, and Transportation Press Release, "Wicker Requests Information Regarding New Rule Restricting Huawei and Affiliates from U.S. Technology," May 11, 2021, https://www.commerce.senate.gov/2021/5/wicker-requests-information-regarding-new-rule-restricting-huawei-and-affiliates-from-u-s-technology.

[135] U.S. Senate Committee on Commerce, Science, and Transportation Press Release, "Wicker Requests Information Regarding New Rule Restricting Huawei and Affiliates from U.S. Technology," May 11, 2021, https://www.commerce.senate.gov/2021/5/wicker-requests-information-regarding-new-rule-restricting-huawei-and-affiliates-from-u-s-technology.

[136] "US Commerce Fact-Finding Inquiry into Sales of HDDs to Huawei—Focus on Seagate (See Letter Link Below)," *Wells Fargo*, May 11, 2021, p. 1 (emphasis in original).

[137] Seagate FY2021 10-K, p. 31.

Due to the global nature of our business, ***we are subject to import and export restrictions and regulations, including the Export Administration Regulations administered by the U.S. Commerce Department's Bureau of Industry and Security ("BIS")*** and the trade and economic sanctions regulations administered by the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC"). We incorporate encryption technology into certain of our products and solutions. These encryption products and the underlying technology may be exported outside of the United States only with export authorizations, including by license, a license exception or other appropriate government authorizations, including the filing of an encryption registration. ***The U.S., through the BIS and OFAC, places restrictions on the sale or export of certain products and services to certain countries, persons and entities, as well as for certain end-uses***, such as military, military-intelligence and weapons of mass destruction end-uses. The U.S. government also imposes sanctions through executive orders restricting U.S. companies from conducting business activities with specified individuals and companies. ***Although we have controls and procedures to ensure compliance with all applicable regulations and orders, we cannot predict whether changes in laws or regulations by the U.S., China or another country will affect our ability to sell our products and services to existing or new customers***. Additionally, ***we cannot ensure that our interpretation of relevant restrictions and regulations will be accepted in all cases by relevant regulatory and enforcement authorities.***

***Violators of any U.S. export control and sanctions laws may be subject to significant penalties, which may include monetary fines***, criminal proceedings against them and their officers and employees, a denial of export privileges, and suspension or debarment from selling products to the U.S. government. Moreover, the sanctions imposed by the U.S. government could be expanded in the future. Our products could be shipped to those targets or for restricted end-uses by third parties, including potentially our channel partners, despite our precautions. In addition, if our partners fail to obtain appropriate import, export or re-export licenses or permits, we may also be adversely affected, through reputational harm as well as other negative consequences including government investigations and penalties. ***A significant portion of our sales are to customers which are located in geographies that have been the focus of recent changes in U.S. policies.*** Any limitation that impedes our ability to export or sell our products and services could materially adversely affect our business, results of operations and financial condition.

…

***If we were ever found to have violated applicable export control laws, we may be subject to various penalties available under the laws, any of which could have a material and adverse impact on our business, results of operations and financial condition.*** Even if we were not found to have violated such laws, the political and media scrutiny surrounding any governmental investigation of us could cause us significant expense and reputational harm. Such collateral

consequences could have a material adverse impact on our business, results of operations, financial condition and cash flows.[138]

67.    As shown in **Exhibit 1**, Seagate's residual return on the corresponding impact day of August 9, 2021 was 0.59%, which is not statistically significant—consistent with a finding that the information revealed was not both new *and* value-relevant.  Analyst commentary later acknowledged Seagate's risk factor disclosure and discussed the sustainability of Seagate's HDD sales to Huawei:

> **Wells Fargo, 10/18/21**:  "With a belief that we are now seeing a normalized competitive landscape in nearline HDDs (WD and Seagate each holding mid/high-40% capacity ship share), as we look forward we are most notably focused on: … *2) Seagate's Huawei Shipment Contributions / Sustainability*. Seagate has not specifically disclosed how much of its high-cap HDDs it has still been shipping to Huawei (we would assume primarily 16TB); however, we believe investors could / should question the fact that Seagate had reported an 11% customer in their F2021. Seagate's 10-K also provided new risks disclosures related to *Export Administration Regulations*."[139]

68.    *Third*, on October 26, 2021, the Senate Committee Minority Staff issued the Minority Staff Report, alleging that Seagate likely "knowingly violated the Foreign Direct Product Rule for more than one year" by continuing to sell HDDs to Huawei.[140]  The Minority Staff Report discussed the Senate Committee Minority Staff's estimate that Seagate met, in large part, Huawei's $800 million in annual spending on HDDs and disclosed that Seagate had stopped shipping products to Huawei no later than October 4, 2021.[141]  The Minority Staff Report also stated that the Senate Committee Minority Staff would continue to provide oversight of the BIS to ensure the agency "conducts thorough investigations at the scale and urgency required by the security interests at stake."[142]  Specifically, the Minority Staff Report stated:

> Evidence suggests that Seagate Technology, a California-based company, continued shipping hard disk drives to Huawei after the rule went into effect. Seagate officials told Minority Staff that the company does not hold a valid

---

[138] Seagate FY2021 10-K, p. 31 (emphasis added).
[139] "STX & WDC: What We're Thinking About into F1Q22 (Sept '21) Results," *Wells Fargo*, October 18, 2021, p. 1 (emphasis in original).
[140] Minority Staff Report, p. 6.
[141] Minority Staff Report, pp. 1, 5.
[142] Minority Staff Report, p. 6.

license to continue shipping hard disk drives to Huawei, *likely making transactions for this product unlawful after the effective date*.

Minority Staff estimate that Huawei spends around *$800 million annually on hard disk drives* for use in data centers, servers, and other bulk-data storage applications—*demand prospectively met in large part by Seagate's monopolization of the market after the [FDPR] went into effect*. By shipping these prohibited products to Huawei, it appears Seagate benefitted from an uneven playing field to the detriment of national security and at the expense of its competitors who abide by the rule designed to combat threats posed by companies with known connections to the Chinese government.

Seagate Technology *likely violated the Foreign Direct Product Rule by continuing to ship hard disk drives without a license to Huawei* after the rule went into effect in September 2020.

Seagate representatives also disclosed that the company has stopped shipping hard disk drives to Huawei, but declined to provide the date that shipments ended.

Based on the evidence available to Minority Staff, it *appears that Seagate Technology knowingly violated the Foreign Direct Product Rule for more than one year.* Seagate likely made the strategic calculation to continue violating national security regulations based on the prospect of earning significantly greater profits through market monopolization than the potential cost of regulatory penalties. All unlicensed shipments of prohibited products to Huawei should cease without delay.

Minority Staff will continue this investigation into Seagate Technology to promote industrywide compliance by the private sector. In addition, Minority Staff will continue performing oversight of BIS to determine why no enforcement action has been taken against Seagate Technology and to ensure the agency conducts thorough investigations at the scale and urgency required by the security interests at stake.[143]

69.     As shown in **Exhibit 1**, Seagate's residual return on October 26, 2021 was 0.84%, which is not statistically significant—consistent with a finding that the information revealed was not both new *and* value-relevant.  The Minority Staff Report was covered by numerous press outlets, such as the *Wall Street Journal*, which reported on the allegations that Seagate violated the FDPR and noted that Seagate "supplied a substantial share of the Chinese company's estimated

---

[143] Minority Staff Report, pp. 1–2, 5–6 (emphasis added).

$800 million worth of annual purchases of hard-disk drives after the tougher restrictions took effect in September 2020."[144]

70.     *Finally*, on November 15, 2021, the Senate Committee Minority Staff sent a public letter to the BIS referencing the prior Minority Staff Report's findings and "encourage[d the BIS] to take action to ensure that BIS is equipped to enforce the full arsenal of the Department's export control regulations—and meet the challenges posed by this precarious moment—considering the harms to national security they are intended to prevent."[145]  As shown in **Exhibit 1**, Seagate's residual return on the corresponding impact day of November 16, 2021 was -2.98%, which is not statistically significant—consistent with a finding that the information revealed was not both new *and* value-relevant.[146]

71.     In sum, while the additional developments after March 17, 2021 discussed above reflect continued uncertainty regarding the *actual outcome* of the BIS investigation, they do not undermine a conclusion that the Alleged Truth Regarding Compliance—that is, that Seagate continued to sell HDDs to Huawei until September 2021 based on its interpretation of the FDPR, subjecting the Company to the risk that the BIS could disagree with the Company's interpretation and conclude that such sales did not comply with FDPR requirements after the export restrictions on sales to Huawei became effective—was publicly known throughout the Proposed Class Period, and thus would not have impacted Seagate's stock price thereafter in an efficient market.  I understand, however, that Plaintiffs do not allege that Seagate could have or should have disclosed earlier in the Proposed Class Period how this regulatory risk would ultimately materialize.

---

[144] Dan Strumpf, "Seagate Broke Export Curbs by Supplying Huawei, Senate Republicans Say," *The Wall Street Journal*, October 26, 2021, https://www.wsj.com/business/telecom/seagate-broke-export-curbs-by-supplying-huawei-senate-republicans-say-11635254101.  *See also* Adi Robertson, "Seagate Violated Sanctions by Selling Hard Drives to Huawei, Says Senate Committee," *The Verge*, October 26, 2021, https://www.theverge.com/2021/10/26/22746603/seagate-huawei-hard-drive-sales-sanctions-violations-report-congress; Anne Summerhays, "Wicker Released Report Suggesting Seagate Technology Violated Huawei-Related Rule," *Magnolia Tribune*, October 26, 2021, https://magnoliatribune.com/2021/10/26/wicker-released-report-suggesting-seagate-technology-violated-huawei-related-rule/.

[145] United States Senate, Letter to Gina Raimondo, Secretary of Department of Commerce, November 15, 2021.

[146] The precise release time of the Senate Committee Minority Staff's press release and additional letter is not available.  The Internet Archive Wayback Machine first archived a version of the press release at 5:50 PM ET on November 15, 2021.  *See* "Senators Urge Commerce Department to Prevent Unlawful Shipments to Huawei, Other Entity List Companies," *U.S. Senate Committee on Commerce, Science, and Transportation*, November 15, 2021, https://web.archive.org/web/20211115225037/https://www.commerce.senate.gov/2021/11/senators-urge-commerce-department-to-prevent-unlawful-shipments-to-huawei-other-entity-list-companies.  To the extent that the information revealed by the Senate Committee Minority Staff's press release and additional letter was incorporated into Seagate's stock price on November 15, 2021, as shown in **Exhibit 1**, Seagate's residual return on November 15, 2021 was -1.81%, which is not statistically significant.

**D.      The Stock Price Declines Following the Alleged Corrective Disclosures That Plaintiffs Claim Revealed the Alleged Truth Regarding Compliance Do Not Provide Evidence of Price Impact of the Alleged Compliance Misrepresentations**

72.      Plaintiffs point to information disclosed on two of the four Alleged Corrective Disclosure dates—October 26, 2022 and April 19, 2023—that they claim revealed the Alleged Truth Regarding Compliance and caused Seagate's stock price to decline.[147]  These stock price declines do not, however, provide evidence of price impact of Seagate's alleged failure to disclose the Alleged Truth Regarding Compliance—that is, that Seagate continued to sell HDDs to Huawei until September 2021 based on its interpretation of the FDPR, subjecting the Company to the risk that the BIS could disagree with the Company's interpretation and conclude that such sales did not comply with FDPR requirements after the export restrictions on sales to Huawei became effective.  As discussed in the preceding sections, that information was already publicly known throughout the Proposed Class Period, and the reiteration of such information would not cause a stock price decline in an efficient market.  Moreover, to the extent that a portion of Seagate's stock price decline on October 26, 2022 or April 20, 2023 was in response to the disclosures of the Proposed Charging Letter and Settlement Agreement, respectively, a stock price decline caused by the materialization of publicly known risks regarding possible BIS actions does not demonstrate, as an economic matter, price impact from the Alleged Compliance Misrepresentations that concern the existence of the risks.

**1.      October 26, 2022 Alleged Corrective Disclosure**

73.      Plaintiffs claim that Seagate's stock price declined on October 26, 2022 after the Company revealed that the "BIS had issued a Proposed Charging Letter alleging that Seagate had

---

[147] Complaint, ¶¶ 266–269.  Neither the Complaint nor Dr. Cain point to information on the first two Alleged Corrective Disclosure dates—March 8, 2022 and July 21, 2022—that they claim revealed the Alleged Truth Regarding Compliance (i.e., revealed for the first time that Seagate continued to sell HDDs to Huawei until September 2021 or any new information regarding whether the BIS viewed those sales to be compliant with the FDPR).  For example, Plaintiffs claim that on March 8, 2022 "the risk that Defendants previously had concealed (i.e., massive revenues resulting from illicit sales of HDDs to Huawei) first began to materialize" and that the July 21, 2022 Alleged Corrective Disclosure revealed "the continuing impact of the loss of its illegal revenue from HDD sales to Huawei." *See* Complaint, ¶¶ 262–264.  My review of publicly available information surrounding those two days does not reveal new information regarding Seagate's continuation of HDD sales to Huawei through September 2021 (which was already publicly known) or the BIS's view regarding the Company's compliance with the FDPR.  To the extent that Plaintiffs claim that the allegedly corrective information regarding Seagate's financial results to which they point on these days revealed the Alleged Truth Regarding Compliance, that information is addressed in **Section IX.C**.

violated U.S. export control regulations."[148]  As shown in **Exhibit 1**, Seagate's residual return on October 26, 2022 was -7.76%, which is statistically significant.  While this is consistent with the totality of the information disclosed from market close on October 25, 2022 through market close on October 26, 2022 being new and value-relevant,[149] this does not indicate that any specific piece of information, including any allegedly corrective information, impacted Seagate's stock price.

74.    As an initial matter, even assuming that the disclosure of the existence of the Proposed Charging Letter contributed to Seagate's stock price decline on October 26, 2022, this disclosure does not provide evidence that the Alleged Compliance Misrepresentations impacted Seagate's stock price during the Proposed Class Period.  The disclosure of the Proposed Charging Letter represented a materialization of regulatory risk that was previously known to the market based on, among other things, the publicly known fact that Seagate's competitors apparently interpreted the export restrictions on sales to Huawei differently, a disclosure in the *Washington Times* of the BIS investigation, the Senate Committee Minority Staff's finding of Seagate's alleged "knowing violation" of the FDPR, and the Senate Committee Minority Staff's apparent criticism of the BIS's "lax" enforcement of the FDPR.  I understand, however, that Plaintiffs do not allege that Seagate could have or should have disclosed earlier in the Proposed Class Period how this regulatory risk would ultimately materialize.  In particular, I understand that the Alleged Truth Regarding Compliance does not include that Seagate should have disclosed the outcome of the BIS investigation, nor the contents of the Proposed Charging Letter, earlier during the Proposed Class Period.

75.    Therefore, the disclosure of the Proposed Charging Letter does not establish price impact of the Company's alleged failure to disclose the Alleged Truth Regarding Compliance—that is, that Seagate continued to sell HDDs to Huawei until September 2021 based on its interpretation of the FDPR, subjecting the Company to the risk that the BIS could disagree with the Company's interpretation and conclude that such sales did not comply with FDPR requirements after the

---

[148] Complaint, ¶ 266.  As discussed in **Section IX.C.3**, Plaintiffs also claim that Seagate's stock price declined on October 26, 2022 after the Company disclosed "disappointing financial results for the first quarter of [fiscal year 2023], reporting that HDD sales had continued to decline, falling by 26% due to declining demand in China" and that "[a]s a result of these newly disclosed financial risks, the Company announced that it had further lowered its production output and its fiscal year 2023 capital expenditures, and that it would implement a restructuring plan to reduce its global headcount by 8%."  *See* Complaint, ¶ 266.  I address that alleged corrective information in **Section IX.C.3**.

[149] Specifically, information disclosed on a particular trading day includes information disclosed from market close on the preceding trading day through market close of the current trading day.

export restrictions on sales to Huawei became effective.  As discussed above, that information was known prior to October 26, 2022 and thus would not have impacted Seagate's stock price on October 26, 2022 in an efficient market.

76.     In addition to the discussion in 2021 addressed in prior sections, throughout 2022 and prior to the disclosure of the Proposed Charging Letter, analysts pointed to political and regulatory uncertainty regarding potential enforcement actions against Seagate following the allegations in the Minority Staff Report, including the risk that the BIS could penalize Seagate in the form of a fine.  In particular:

> **Evercore ISI, 1/22/22**:  "Elsewhere, political headwinds seem to be rising spurred by the US Senate's allegation in October that Seagate continued to ship HDDs to Huawei even after the export restrictions went into effect in September 2020.… *Another risk worth monitoring is Washington DC, particularly following the recent report from the US Senate that alleges Seagate continued to supply Huawei without a license after restrictions went into effect on September 14, 2020 – something that we believe most investors would also concur with* (the Senate report cited a number of other equity research reports that implied Seagate's shipments to Huawei were common knowledge)."[150]

> **Evercore ISI, 4/23/22**:  "Political Uncertainty Remains an Area to Monitor For Seagate[:]  We believe political risk remains an area to monitor for Seagate, particularly following a US Senate report alleging that Seagate continued to supply Huawei without a license after restrictions went into effect on September 14, 2020 – something that we believe most investors would also concur with (the Senate report cited a number of other equity research reports that implied Seagate's shipments to Huawei were common knowledge). *While Seagate has since stopped shipments (something the report also acknowledges), the risk remains that the US government penalizes them for taking such actions in the past – something that could take the form of a one-time fine.*"[151]

> **Evercore ISI, 7/16/22**:  "Political Risk Remains an Area to Monitor for Seagate[:] Although it is unlikely to be a focal point on the call, we believe political risk remains an ongoing area to monitor for Seagate, particularly following a US Senate report alleging that Seagate continued to supply Huawei without a license after restrictions went into effect on September 14, 2020 – something that we believe most investors would also concur with (the Senate report cited a number of other equity research reports that implied Seagate's

---

[150] "Weekly Muse-ings: A Look at Second Week of Earnings (TXN, INTC, LRCX, STX, TER, MTSI, WDC, and KLAC)," *Evercore ISI*, January 22, 2022, pp. 15, 17 (emphasis added).
[151] "Weekly Muse-ings: A Busy Second Week of Earnings (TXN, TER, STX, QCOM, MTSI, WDC, INTC, KLAC)," *Evercore ISI*, April 23, 2022, p. 13 (emphasis added).

shipments to Huawei were common knowledge). *While Seagate has since stopped shipments (something the report also acknowledges), the risk remains that the US government penalizes the company for past actions – something that could take the form of a one-time fine.*"[152]

**Evercore ISI, 10/22/22**:  "Geopolitical Risk Back in Focus Following Latest U.S. Policy Restrictions … For historical context, recall that the Senate in October 2021 issued a report alleging that Seagate continued to ship to Huawei without a license after Huawei-related export restrictions went into effect on September 14, 2020 – something that we believe most investors would also concur with (the Senate report cited a number of other equity research reports that implied Seagate's shipments to Huawei were common knowledge). *Seagate has since stopped shipments (something the report also acknowledges), but there is still a risk that the US government penalizes the company for past actions – something that could take the form of a one-time fine.*"[153]

77.    On October 26, 2022, in connection with disclosing the Proposed Charging Letter, Seagate disclosed that the timing and outcome of any resolution were uncertain and could have a "material" impact on the Company.[154]

78.    Analyst commentary in response to the Company's disclosures is consistent with the notion that the announcement of the Proposed Charging Letter was a materialization of a previously known regulatory risk, as well as that the ultimate resolution of the BIS investigation was uncertain and that the magnitude of any potential fine or penalty could be in the range of "$100s of millions."[155]  For example:

**Evercore ISI, 10/26/22**:  "*Recall that we have been highlighting geopolitical risk to Seagate for several quarters now*, following an October 2021 Senate report alleging that Seagate continued to ship to Huawei without a license after Huawei-related export restrictions went into effect on September 14, 2020 – something that we believe most investors would also concur with (the Senate

---

[152] "Weekly Muse-ings: Previewing ASML & STX," *Evercore ISI*, July 16, 2022, p. 11 (emphasis added).

[153] "Weekly Muse-ings: Busy Week of Earnings (TXN, TER, STX, KLAC, WOLF, WDC, INTC)," *Evercore ISI*, October 22, 2022, pp. 15–16 (emphasis added).

[154] Seagate Technology Holdings Public Limited Company, Form 8-K, filed October 26, 2022, p. 2 ("The matters raised by the [Proposed Charging Letter] remain unresolved at this time, and there can be no assurance as to the timing or terms of any final outcome. Seagate is unable at this time to estimate the range of loss and/or penalty, if any, although it is possible that the outcome could have a material impact on our business, results of operations, financial condition, and cash flows.").

[155] Seagate Technology Holdings Public Limited Company, Form 8-K, filed October 26, 2022, p. 2.  Some analyst reports did not mention the Proposed Charging Letter.  *See, e.g.*, "STX: Sept & Guide Below on Worse Nearline Digestion & Macro; Production Cuts + Underutilization Weighing on Margins Near-Term," *Cleveland Research*, October 26, 2022; "Seagate Technology; Another Step Closer to 'the Bottom,'" *Cowen*, October 26, 2022; "Seagate Technology Discontinuing Research Coverage," *Craig-Hallum*, October 26, 2022; "Seagate: US Hyperscale Digestion Is Here, Debt Covenants Next Downside Risk," *Susquehanna*, October 26, 2022; "Doing the Right Actions to Right Size Supply to Demand," *Citi*, October 27, 2022; "STX It Is Always Darkest Before the Dawn," *Northland*, October 27, 2022.

report cited a number of other equity research reports that implied Seagate's shipments to Huawei were common knowledge). Seagate has since stopped shipments (something the report also acknowledges), but we continue to see risk of US government-issued penalties to Seagate for these past actions."[156]

**Morgan Stanley, 10/26/22**:  "While we believe the commercial relationship between STX and one of its Chinese customers has been well-known by investors, the presence of the charging letter introduces a new stock overhang, and 1) could result in a sizable fine (potentially as high as hundreds of millions of dollars depending on the size of the transactions) if STX [is] formally charged, and/or 2) could potentially impact STX's ability to ship to other vendors in China moving forward. For reference, China makes up roughly 1/3 of STX's revenue."[157]

**UBS, 10/27/22**:  "While it is hard to handicap the outcome of such an inquiry, Reuters is reporting that STX could face penalties up to a multiple of 2x the value of the transactions. It is hard to know, but we believe that prior to ceasing shipments upon being placed on the [Entity List], WDC was shipping in the range of ~$200MM/Q to Huawei. It seems plausible based on STX's geographic exposure and high level commentary as to how this breaks out, that STX could have conservatively shipped ~$100-200MM/Q to Huawei. There is a wide range of outcomes, but if the maximum penalty were imposed this could be a number larger than STX's current stated ~$500MM of excess liquidity on its balance sheet stemming from cash on hand together with the revolver."[158]

**Barclays, 10/26/22**:  "On top of that, our suspicions that the company was over-shipping to China were confirmed with a potential BIS fine regarding Huawei (we estimate the impact could be in the $100s of millions) that is now an ongoing overhang and could wipe out an entire quarter of [free cash flow] in the coming quarters."[159]

**Credit Suisse, 10/26/22**:  "On 8/29 (just disclosed), Seagate received a proposed charging letter from the US Bureau of Industry and Security (BIS) alleging illegal shipments to Huawei between Aug 2020 and Sept 2021…. We see this as an additional overhang until resolved."[160]

79.    Additionally, as discussed in **Section IX.C.3**, on October 26, 2022, Seagate also disclosed financial performance that was disappointing relative to market expectations.  I have

---

[156] "A Perfect Storm," *Evercore ISI*, October 26, 2022, p. 5 (emphasis added).

[157] "Dec Should Be the Trough, But Risk Factors Are Elevated," *Morgan Stanley*, October 26, 2022, p. 2.

[158] "Downgrade to Neutral: New Risks Offset an Otherwise Solid Recovery Story," *UBS*, October 27, 2022, p. 1.

[159] "Another Cut Exposes More Questions than Answers," *Barclays*, October 26, 2022, p. 1.

[160] "F1Q23 Review; Inventory Correction Underway, Question on Duration with HAMR on the Horizon," *Credit Suisse*, October 26, 2022, p. 1.

identified no commentary by analysts that Seagate's disappointing financial performance or other alleged corrective information disclosed on October 26, 2022 was attributable to the Proposed Charging Letter. The disclosure of the Proposed Charging Letter occurred one year after the market learned that Seagate had ceased its HDD sales to Huawei.

### 2.    April 19, 2023 Alleged Corrective Disclosure

80.    Plaintiffs further claim that Seagate's stock price declined on April 20, 2023 after "the market learned the full scope and magnitude of Seagate's illegal HDD sales, when Seagate and BIS announced the Settlement Agreement" after market close on April 19, 2023.[161, 162]  As shown in **Exhibit 1**, Seagate's residual return on the corresponding impact day of April 20, 2023 was -8.99%, which is statistically significant.  While this is consistent with the totality of the information disclosed from market close on April 19, 2023 through market close on April 20, 2023 being new and value-relevant, this does not indicate that any specific piece of information, including any allegedly corrective information, impacted Seagate's stock price.

81.    As discussed in this section, market commentary indicates, on balance, that the size of the payment in the BIS Settlement was viewed as a positive surprise.[163, 164]  In an efficient market, positive surprising information would not be expected to cause a stock price decline.

82.    Specifically, three equity analysts issued reports on April 19, 2023 that addressed the BIS Settlement; these reports were issued before Seagate announced its earnings for fiscal Q3 2023 (ending March 31, 2023) prior to market open on April 20, 2023.  All three analysts expressed that the BIS Settlement was a positive development:

> **Evercore ISI, 4/19/23**:  "In turn, Seagate will be assessed a civil penalty of $300M, paid to the [U.S. Department of Commerce] in quarterly installments of

---

[161] Complaint, ¶ 268.

[162] Contrary to Plaintiffs' characterization, and consistent with my understanding of the Court's discussion, I understand that Seagate did not admit to knowingly violating the FDPR as part of the BIS Settlement.  *See* MTD Ruling, p. 8.  *See also* Complaint ¶ 3.

[163] As discussed in **Section IX.C.4**, on April 20, 2023, Seagate released its fiscal Q3 2023 (ending March 31, 2023) financial results and issued financial guidance for its fiscal Q4 2023 (ending June 30, 2023), both of which were below market expectations.

[164] I note that intraday stock price data are not indicative of a stock price decline between the time of the BIS Settlement announcement and the time that Seagate announced its fiscal Q3 2023 (ending March 31, 2023) earnings results.  Specifically, Seagate's stock closing stock price on April 19, 2023 was $62.86; its stock price immediately before the BIS Settlement was announced at 5:10 PM ET on April 19, 2023 was $62.59; and its stock price immediately before Seagate's earnings were announced at 8:05 AM ET on April 20, 2023 was $62.80.  Its stock price then declined to $58.65 as of market open on April 20, 2023 and closed at $57.08 on April 20, 2023.  *See* **Supporting Calculation 3**.

$15M over a 5-year period commencing Oct. 31, 2023. We consider this a *relatively favorable outcome* for Seagate, and believe it *clearly removes a key overhang that has weighed on the name in recent quarters — further skewing risk/reward higher for shares*."[165]

**UBS, 4/19/23**:  "In Oct 2022, we downgraded STX … from Buy to Neutral simply given the range of potential outcomes around this issue and some precedent that suggested guidelines of $300k per violation, or 2x the value of the transactions - whichever is greater.… However, *the dollar amount of this BIS settlement is significantly lower than what these guidelines might have suggested* as STX has agreed to pay ~$300MM in installments of $15MM/Q over the next 5yrs w/the first installment due in Oct 2023. In our view, this settlement both in terms of magnitude and structure is *better than feared and may help to clear the decks for the stock*."[166]

**Wells Fargo, 4/19/23**:  "Seagate announced (post-close) they have reached a $300M settlement with the U.S. Department of Commerce on Huawei export violations. *We view the news as positive*, as our prior discussions with investor indicated an expectation of a $500M-$1B fine."[167]

83.    In addition, equity analysts who issued reports on April 20, 2023 and April 21, 2023 after Seagate announced both the BIS Settlement and its earnings for fiscal Q3 2023 (ending March 31, 2023) generally described the BIS Settlement as a positive development, including analysts at Barclays and Evercore ISI who noted that the positive BIS Settlement "offset" or "outweighed" Seagate's negatively perceived financial results (which I understand Plaintiffs do not identify as part of the Alleged Corrective Disclosures):

**Barclays, 4/20/23**:  "*Somewhat offsetting these two negatives was a much more favorable BIS settlement than expected* ($300M paid incrementally vs expectations of $800M) that should ease near-term cash concerns."[168]

**Credit Suisse, 4/19/23 [*sic*]**:[169]  "Under the agreement, Seagate will pay installments of $15 million per quarter over the course of five years with the first

---

[165] "Settlement Reached with BIS on Alleged EAR Violations," *Evercore ISI*, April 19, 2023, p. 1 (emphasis added).
[166] "BIS Settlement May Help to Clear the Decks," *UBS*, April 19, 2023, p. 1 (emphasis added).
[167] "STX: $300M Settlement with Department of Commerce (Re: Huawei)—Positive; F3Q23 Earnings Call Pre-Market Tomorrow," *Wells Fargo*, April 19, 2023, p. 1 (original emphasis removed, emphasis added).
[168] "Nearline Inflection Pushed Out Coupled with Pricing Pressure from Cloud Customers Leaves CY23 as More of a Transition Year, Similar to Peers, vs. Hopes of an Earlier Recovery," *Barclays*, April 20, 2023, p. 1 (emphasis added).
[169] This Credit Suisse report appears to be incorrectly dated as April 19, 2023.  The analyst report discussed earnings results announced on April 20, 2023 and stated that Seagate "is holding a conference call to discuss the results **today (April 20)**."  *See* "F3Q23 Quick Take; Inventory Correction Continues, Requiring Incremental Restructuring," *Credit Suisse*, April 19, 2023, p. 1 (original emphasis removed, emphasis added).

payment due October 2023. On October 26, 2022, the company filed an 8-K warning that it had been notified by BIS of these allegations. Given investor expectations we had heard ranged from a fine of $500 million to $1 billion, *we see this resolution as a positive*."[170]

**Evercore ISI, 4/20/23**: "This outweighed *good news overnight for Seagate in the form of a favorable settlement with the BIS* (resolving allegations that Seagate's $1.1B+ in HDD sales to Huawei between Aug. 17, 2020 and Sept. 29, 2021 violated the U.S. EAR), with shares down 9.2% for the day."[171]

**Morgan Stanley, 4/21/23**: "STX disclosed that in settling the US Dept of Commerce investigation (for shipping >$1B of HDDs to Huawei between Aug. 2020 and Sept 2021), they agreed to pay $300M in $15M cash installments per quarter over the next 5 years. In our view, this was *a relative slap on the wrist and almost a best-case scenario, and this settlement importantly removes a key stock overhang/downside risk*."[172]

**TD Cowen, 4/20/23**: "The $300M settlement (we est ~$250M) with BIS is a positive as it removes an overhang.… Additionally, we view the BIS settlement ($300M paid over 5 years), as *a clearing event*."[173]

**Wedbush, 4/20/23**: "The resolution with Commerce was *about as positive an outcome as we could have envisioned* (a $300M penalty spread over 20 quarters)."[174]

**Wedbush, 4/20/23**: "*We see this end result as nearly a best case scenario for STX* given our prior concerns a Commerce fine could be more substantial with the elongated timeframe to pay the fine limiting stress on STX's currently stretched balance sheet."[175]

**Bank of America, 4/21/23**: "The settlement with the US Department of Commerce, Bureau of Industry and Security (BIS) removes uncertainty regarding the settlement amount ($300mn payable $15mn per quarter, over the next five years). We see the settlement as *positive for shares*."[176]

---

[170] "F3Q23 Quick Take; Inventory Correction Continues, Requiring Incremental Restructuring," *Credit Suisse*, April 19, 2023, p. 1 (emphasis added).

[171] "Still Searching for a Bottom as Nearline Inventory Correction Continues," *Evercore ISI*, April 20, 2023, p. 1 (emphasis added).

[172] "Recovery Pushout & Elevated Uncertainty Drives Us Back to the Sidelines; Downgrade to EW," *Morgan Stanley*, April 21, 2023, p. 3 (emphasis added).

[173] "Focusing on What Can Be Controlled," *TD Cowen*, April 20, 2023, p. 1 (emphasis added).

[174] "Sidestepping Larger Concerns Despite Macro Challenges," *Wedbush*, April 20, 2023, p. 1 (emphasis added).

[175] "Daily Views on Tech Headlines," *Wedbush*, April 20, 2023, p. 1 (emphasis added).

[176] "End Markets Remain Weak; Timing of Recovery Delayed," *Bank of America*, April 21, 2023, p. 1 (emphasis added).

**Edgewater Research, 4/20/23**:  "Settled with BIS for $300M, paid $15M quarterly for 5 years. *We view this as a relative positive for the stock* in quantifying this risk and having the quarterly impact as manageable and unlikely to impact dividend payments."[177]

**Goldman Sachs, 4/21/23**:  "While the company's settlement with the U.S. Department of Commerce's Bureau of Industry and Security (BIS) *removes an overhang for the stock*, we see persistent weakness in nearline HDD and balance sheet concerns (i.e. net leverage of ~5.0x at the end of June, per GSe) weighing on the stock's valuation in the near-term."[178]

**Loop Capital, 4/21/23**:  "At long last STX has completed its process with the U.S. Department of Commerce's Bureau of Industry and Security (BIS). This stems from STX's shipping to Huawei after Huawei was placed on the 'do not ship' list. To be clear, HDDs were not on the list, but certain components were placed on the list. We view the negotiation as 'responsible', in that STX will pay $300M total over five years, or $15M / Q (or non-material) while *avoiding a potential larger penalty and removing a potential stock overhang*."[179]

84.    In fact, in contrast to the commentary discussed above, Plaintiffs identify in the Complaint only the following two comments from equity analysts that do not describe the BIS Settlement as a positive:[180]

**Susquehanna, 4/20/23**:  "The BIS settlement will, in our view, have further adverse impact on STX's HDD EB shipments as STX will no longer be able to ship to Huawei (that in the past had driven a material uptick in demand in the upcycle).… They also have $108M of cancellation fees that STX is obligated to pay suppliers by December '23 and $15M quarterly payments (for the next five years) after reaching a settlement with the U.S. Department of Commerce's Bureau of Industry and Security (BIS) for alleged sales to Huawei after they were placed on the banned entity list. These pulls on cash are leading STX to conduct

---

[177] "STX – Quarter Misses, Guide $1.7B/(-$0.20) vs. $2.1B/$0.54 Cons.; $350M in Restructuring Helps CY24," *Edgewater Research*, April 20, 2023, p. 1 (original emphasis removed, emphasis added).

[178] "Stay Neutral on Persistent Nearline HDD Weakness and Balance Sheet Concerns; FY3Q EPS Recap," *Goldman Sachs*, April 21, 2023, p. 1 (emphasis added).

[179] "Don't Hate the Player, Hate the Macro," *Loop Capital*, April 21, 2023, p. 1 (emphasis added).

[180] Complaint, ¶ 129.  Plaintiffs also point an Evercore ISI report and state:  "Evercore analysts emphasized that Seagate's illicit sales to Huawei raised concerns as to 'What is Normalized Demand for Seagate,' explaining that 'Seagate between Aug. 17, 2020 and Sept. 29, 2021 witnessed a revenue/EB windfall associated with ongoing shipments to Huawei, where peers ceased shipments due to export restrictions.' They explained that Seagate faced more risk than its peers in the HDD industry because the 'structural correction following COVID-era overshipments' was 'further exacerbated in Seagate's case by temporary Huawei-related share gains in CY20/21 (after peers ceased shipments).'"  However, Evercore ISI identified the BIS Settlement as "good news overnight for Seagate in the form of a favorable settlement with the BIS."  *See* Complaint, ¶ 129; "Still Searching for a Bottom as Nearline Inventory Correction Continues," *Evercore ISI*, April 20, 2023, p. 1.  Dr. Cain points to the Susquehanna and Morningstar reports, but omits the Evercore ISI report in his summary of the April 19, 2023 Alleged Corrective Disclosure.  *See* Cain Report, ¶ 22.

sale-leasebacks on some of their manufacturing facilities in order to generate cash."[181]

**Morningstar, 4/20/23**:  "Poor Profits, Layoffs, and a Legal Settlement Combine for a Disappointing Quarter … A new round of layoffs and a trade violation settlement further soured the print. Shares traded down after results, and we see them as slightly overvalued."[182]

85.    While in those analysts' view, the BIS Settlement may have indicated that sales to Huawei would not resume (as may have happened had the BIS ultimately found that Seagate was not in violation of the FDPR), this is not information that I understand Plaintiffs allege should have been disclosed earlier and represents at most a materialization of a known regulatory risk instead.  Moreover, these two analyst reports do not contain any analysis comparing the magnitude of the actual penalty to market expectations regarding the potential penalty, and therefore do not indicate that the amount of the payment in the BIS Settlement was higher than market expectations.

86.    Even assuming, however, that the announcement of the BIS Settlement contributed to Seagate's stock price decline on April 20, 2023 (contrary to analyst commentary that generally described the BIS Settlement as a positive development, as discussed above), the BIS Settlement represented a materialization of regulatory risk that was previously known to the market based on, among other things, the publicly known fact that Seagate's competitors apparently interpreted the export restrictions on sales to Huawei differently, a disclosure in the *Washington Times* of the BIS investigation, the Senate Committee Minority Staff's finding of Seagate's alleged "knowing violation" of the FDPR, the Senate Committee Minority Staff's apparent criticism of the BIS's "lax" enforcement of the FDPR, and the prior disclosure of the Proposed Charging Letter.  I understand, however, that Plaintiffs do not allege that Seagate could have or should have disclosed earlier in the Proposed Class Period how this regulatory risk would ultimately materialize.  In particular, I understand that the Alleged Truth Regarding Compliance does not include that Seagate should have disclosed the outcome of the BIS investigation, nor the contents of the Settlement Agreement, earlier during the Proposed Class Period.

---

[181] "Seagate: Thesis Playing Out; Recovery Timeline Extended/Breaching Debt Covenants," *Susquehanna*, April 20, 2023, pp. 1, 3.

[182] "Seagate Earnings: Poor Profits, Layoffs, and a Legal Settlement Combine for a Disappointing Quarter," *Morningstar*, April 20, 2023, p. 1.

87.    Therefore, the announcement of the BIS Settlement does not establish price impact of the Company's alleged failure to disclose the Alleged Truth Regarding Compliance—that is, that Seagate continued to sell HDDs to Huawei until September 2021 based on its interpretation of the FDPR, subjecting the Company to the risk that the BIS could disagree with the Company's interpretation and conclude that such sales did not comply with FDPR requirements after the export restrictions on sales to Huawei became effective. As discussed above, that information was known prior to April 19, 2023 and thus would not have impacted Seagate's stock price on April 20, 2023 in an efficient market.

## IX.    Economic Analysis and Evidence Are Consistent with the Alleged Revenue Driver Misrepresentations Having Had No Impact on Seagate's Stock Price During the Proposed Class Period

88.    The results of my economic analysis and assessment of economic evidence discussed in this section are consistent with the Alleged Revenue Driver Misrepresentations having had no impact on Seagate's stock price during the Proposed Class Period. As discussed in **Section IX.A**, market commentary discussed that Seagate's HDD sales to Huawei contributed meaningfully to its total revenue through September 2021. Moreover, given prior public awareness that sales to Huawei had been among the factors that drove Seagate's reported revenue prior to its cessation of sales to Huawei, I would not expect a disclosure that a then publicly known cessation of sales to Huawei contributed to revenue declines to have impacted Seagate's stock price. In an efficient market, the impact of the market's assessment of the implications of the cessation of sales to Huawei would have been incorporated at the time this information became known—no later than October 26, 2021. Moreover, as discussed in **Sections IX.B** and **IX.C**, neither Seagate's revenue declines subsequent to its cession of HDD sales to Huawei nor stock price declines following Alleged Corrective Disclosures provide economic evidence that the Alleged Revenue Driver Misrepresentations impacted Seagate's stock price during the Proposed Class Period.

A.    **Market Commentary Discussed That Seagate's HDD Sales to Huawei Contributed Meaningfully to Its Revenues Through September 2021 and That Such Contributions Ceased Prior to Seagate's Revenue Declines**

89.    I understand the Settlement Agreement identified approximately $1.1 billion in sales to Huawei over the 12.5-month period from September 15, 2020 through September 29, 2021.[183] For reference, Seagate's total revenue from its fiscal Q1 2021 through fiscal Q1 2022 (July 4, 2020 – October 1, 2021) was $13.8 billion, and the $1.1 billion in sales to Huawei represented 8.0% of Seagate's total revenue over this period.[184]  While I understand it was not Seagate's practice to disclose customer-specific total revenue prior to or during the Proposed Class Period,[185] other than as required by U.S. generally accepted accounting principles ("GAAP") when a customer exceeded the 10% annual total revenue threshold,[186, 187] analysis of public information reveals market discussion that Seagate's HDD sales to Huawei contributed meaningfully to its total revenue prior to the cessation of sales to Huawei in September 2021.

90.    Market commentary *prior* to the Proposed Class Period indicates public awareness that sales of HDDs to Huawei were among the drivers of Seagate's and Western Digital's HDD revenues.[188]  For example:

---

[183] Schedule of Violations, pp. 1–31.

[184] *See* **Supporting Calculation 4**.  The export restrictions on sales to Huawei went into effect on September 14, 2020, approximately two weeks before the end of Seagate's fiscal Q1 2021 (ending October 2, 2020).  *See* August 2020 Final Rule at 51602.  Seagate's sales to Huawei were ~$1.0 billion from its fiscal Q2 2021 through fiscal Q1 2022 (October 3, 2020 – October 1, 2021), or 9.0% of its total revenue of ~$11.5 billion over this period.  *See* Schedule of Violations, pp. 1–31; **Supporting Calculation 4**.

[185] For example, based on a review of Seagate's Form 10-Ks for its fiscal years 2019 to 2023, Seagate did not disclose the amount of its total revenue from any specific customer.  In addition, in its earnings call for fiscal Q4 2019 (ending June 28, 2019) on August 2, 2019, Defendant Mosley responded to an analyst question about customers' new data build-outs by specifying that he "wouldn't talk about any specific customers of course."  *See* Seagate Technology Plc (STX) Q4 2019 Earnings Call, *FactSet*, August 2, 2019, p. 22.

[186] U.S. GAAP require issuers to disclose customers that account for 10% or more of *annual* total revenue.  *See* Financial Accounting Standards Board (FASB), *Accounting Standards Codification*, Topic 280, Segment Reporting, § 280-10-50-39 ("Entity-wide disclosures are required only for annual reporting."); Financial Accounting Standards Board (FASB), *Accounting Standards Codification*, Topic 280, Segment Reporting, § 280-10-50-42 ("A public entity shall provide information about the extent of its reliance on its major customers. If revenues from transactions with a single external customer amount to 10 percent or more of a public entity's revenues, the public entity shall disclose that fact, the total amount of revenues from each such customer, and the identity of the segment or segments reporting the revenues.").

[187] At the Deutsche Bank Technology Conference on September 14, 2020, Defendant Romano responded to an analyst question regarding Huawei by stating that, "as you know, we should report if the customer is above 10%. So you can assume that [Huawei's total revenue contribution is] not at that level."  *See* Edited Transcript – Seagate Technology PLC at Deutsche Bank's 2020 Technology Conference, *Refinitiv StreetEvents*, September 14, 2020, 5:20 PM ET, p. 3.

[188] "WDC: CEO Comments on Huawei Exposure (10%-20% of Flash Revenue) … and More," *Wells Fargo*, June 5, 2019, p. 1; "STX: Positive Virtual Mtgs w/ CFO; 16TB+ Common Platform Underappreciated," *Wells Fargo*, May 18, 2020, p. 2.

> **Wells Fargo, 6/5/19**: "*[WDC]* notes that *Huawei is a 'meaningful customer'*, but less than 10% (we est. *5%-10% of total rev.*, or est. ~10%-20% of Flash rev)."[189]

> **Cowen, 6/6/19**: "We estimate *Huawei accounts for* 13%, *5% and 5%* of MU, *WDC and STX's* revenue, respectively."[190]

> **KeyBanc, 6/13/19**: "*[Seagate's] Huawei exposure is meaningful*, but below 10%."[191]

> **Wells Fargo, 5/18/20**: "Although *Huawei is a major Seagate customer*, we would note that it accounts for less than 10% of revenue."[192]

91.     Analysts also discussed customer concentration risk.  For example, Craig-Hallum noted on July 29, 2020 that "Seagate has a concentrated customer base" and that "[s]ome key customers account for a large portion of disk drive revenues" and "[a] loss of one of these customers could have an adverse affect [*sic*] on profitability."[193]

92.     As discussed in **Section VIII.A**, market commentary *during* the portion of the Proposed Class Period when Seagate continued to sell HDDs to Huawei indicates public awareness not only that Seagate continued its HDD sales to Huawei, but also that it was the only HDD vendor doing so after its competitors ceased shipments to Huawei.  Market participants credited that understanding in forming financial expectations and assessing Seagate's financial performance. Indeed, analyst commentary during this period discussed the expectation of Seagate's continued sales to Huawei, including that Seagate's sales could increase given that Western Digital and Toshiba were no longer shipping to Huawei.  For example, in a November 30, 2020 report on the HDD market for Seagate and Western Digital, Edgewater Research analysts noted that they expected Seagate to outperform in the HDD market, in part due to it being the only remaining vendor shipping HDDs to Huawei:

---

[189] "WDC: CEO Comments on Huawei Exposure (10%-20% of Flash Revenue) … and More," *Wells Fargo*, June 5, 2019, p. 1 (original emphasis removed, emphasis added).

[190] "Memory Monthly: Huawei Throws Cold Water on a Recovery," *Cowen*, June 6, 2019, p. 1 (emphasis added).

[191] "STX - ALERT: Company Maintains Constructive View on 2H Demand Recovery," *KeyBanc*, June 13, 2019, p. 2 (emphasis added).

[192] "STX: Positive Virtual Mtgs w/ CFO; 16TB+ Common Platform Underappreciated," *Wells Fargo*, May 18, 2020, p. 2 (emphasis added).

[193] "Near-Term Headwinds Persist But Longer Term Outlook Remains Optimistic. Maintaining Our BUY Rating While Lowering Price Target to $60," *Craig-Hallum*, July 29, 2020, p. 2.

**Edgewater Research, 11/30/20**:  "Near-term [Seagate] appears to be continuing to outperform in an HDD market that is trending better than original forecasts. Feedback suggests [Seagate] is likely outperforming in surveillance as they continue to ramp a new platform, and in nearline and mission critical as they lead with 16TB and remain the only vendor shipping into Huawei."[194]

93.    As another example, in a February 9, 2021 report on the HDD industry, Deutsche Bank analysts noted it was not surprising that Seagate took market share in the quarter, in part due to its continued sales to Huawei:

**Deutsche Bank, 2/9/21**:  "It is not surprising that [Seagate] took market share in the quarter as it continues to hold a strong leadership position in the most popular capacity drives and it has not stopped shipping to Huawei, unlike [Western Digital]."[195]

94.    In fact, some analysts estimated, based on publicly available information, that HDD sales to Huawei represented as much as 11% of Seagate's total revenue in its fiscal year 2021. Specifically, when Seagate filed its 2021 Form 10-K on August 6, 2021, it disclosed that "[i]n fiscal year 2021, one customer accounted for approximately 11% of consolidated revenue. In fiscal years 2020 and 2019, no customer accounted for more than 10% of consolidated revenue."[196]  Analysts at Wells Fargo connected this disclosure to Seagate's continued sales of HDDs to Huawei:[197]

**Wells Fargo, 10/18/21**:  "**Seagate's Huawei Shipment Contributions / Sustainability**. Seagate has not specifically disclosed how much of its high-cap HDDs it has still been shipping to Huawei (we would assume primarily 16TB); however, we believe investors could / should question the fact that Seagate had reported an 11% customer in their F2021. …[T]he volume impact of Seagate

---

[194] "STX/WDC: HDD TAM Tracking Better Across Most End Markets ex-Nearline/Cloud Which is More In-Line; Pickup in Cloud Expected by C2Q21," *Edgewater Research*, November 30, 2020, p. 2.  Edgewater Research reiterated this view in its January 20, 2021 report.  *See* "STX/WDC: HDD TAM Finished at High-End of Raised Tgts, Nearline Better for C4Q/C1Q with STX Primary Beneficiary," *Edgewater Research*, January 20, 2021, p. 2 ("Near-term STX appears to be continuing to outperform in an HDD market that is trending better than original forecasts. Feedback suggests STX is [*sic*] likely outperformed in C4Q in surveillance as they continue to ramp a new platform, and in nearline and mission critical as they lead with 16TB and remain the only vendor shipping into Huawei").

[195] "Takeaways from Industry HDD Data," *Deutsche Bank*, February 9, 2021, p. 1.

[196] Seagate FY2021 10-K, p. 91.

[197] In another report published on October 22, 2021 (four days after the October 18, 2021 report), the same analysts at Wells Fargo speculated that Google, instead of Huawei, was the customer that accounted for approximately 11% of Seagate's total revenue in fiscal year 2021.  *See* "STX: Nearline Momentum Continues; Confidence in Sustainable 30%+ GM% w/ Increased F2022 Rev. Outlook (Low SD% Growth)," *Wells Fargo*, October 22, 2021, p. 1 (emphasis in original) ("**11% Customer = Cloud (Google?).** Although STX will not comment on specific customers, when asked about the disclosure of an ~11% customer in the F2021 10-K STX pointed to this as being a cloud customer (we would est. Google).").

potentially having to cease shipments to Huawei could be a focus.… As noted above, Seagate's shipments to Huawei continue to be a topic of debate. Seagate's F2021 10-K disclosed that the company did have a 10%+ customer at 11% of total revenue. While the company does not disclose the specific customer, if we were to believe that this would be a nearline HDD customer, this would equate to +20% of total nearline revenue during fiscal 2021."[198]

95.     Regardless of whether this analyst estimate was accurate in that 11% represented Huawei's total revenue contribution, the fact that analysts at Wells Fargo estimated that HDD sales to Huawei *potentially* represented as much as 11% of Seagate's total revenue is consistent with an assessment by analysts that sales to Huawei were among the drivers of Seagate's revenues.

96.     Furthermore, I understand that Seagate ceased HDD sales to Huawei in September 2021,[199] and beginning in its fiscal Q2 2022 (October 2, 2021 – December 31, 2021), Seagate's revenues did not include HDD revenue from any new shipments to Huawei.[200]  On October 26, 2021, the Minority Staff Report disclosed publicly that Seagate had ceased HDD sales to Huawei no later than October 4, 2021.[201]  The Minority Staff Report also discussed the Senate Committee Minority Staff's "estimate that Huawei spends around $800 million annually on hard disk drives" and that such demand had been "prospectively met in large part by Seagate's monopolization of the market after the [FDPR] went into effect."[202]

97.     In light of the available public information regarding Seagate's sales to Huawei discussed above, there is no economic basis to expect that a disclosure of the Alleged Truth Regarding Revenue Drivers—that is, that Seagate's HDD sales to Huawei were among the factors that drove Seagate's reported revenue through its fiscal Q1 2022 (ending October 1, 2021), and Seagate's declining revenues in subsequent quarters were attributable in part to the cessation of sales to Huawei—would have impacted Seagate's stock price.  This was already public information, and the reiteration of such information would not impact stock prices in an efficient market.

---

[198] "STX & WDC: What We're Thinking About into F1Q22 (Sept '21) Results," *Wells Fargo*, October 18, 2021, pp. 1–2 (emphasis in original).

[199] Minority Staff Report, pp. 3, 5; Schedule of Violations, p. 31.

[200] Seagate FY2021 10-K, p. 60 ("Revenue from sales of products is generally recognized upon transfer of control to customers in an amount that reflects the consideration the Company expects to receive in exchange for those products, net of sales taxes. This typically occurs upon shipment from the Company.").

[201] Minority Staff Report, p. 5.

[202] Minority Staff Report, p. 1.

98.      Consistent with the Alleged Revenue Driver Misrepresentations having had no price impact on Seagate's stock, I have identified no expression of surprise by equity analysts regarding the magnitude of Seagate's sales to Huawei when the Minority Staff Report disclosed the Senate Committee Minority Staff's "estimate that Huawei spends around $800 million annually on hard disk drives" and that such demand was "prospectively met in large part by Seagate's monopolization of the market after the [FDPR] went into effect."[203]  As shown in **Exhibit 1**, Seagate's residual return on the Minority Staff Report's publication date (October 26, 2021) was 0.84%, which is not statistically significant—consistent with a finding that the information revealed was not both new ***and*** value-relevant.  Similarly, I have identified no expression of surprise by equity analysts regarding the magnitude of Seagate's sales to Huawei following the BIS Settlement on April 19, 2023, which revealed the Company's actual sales to Huawei during the 12.5-month period when it was the only HDD vendor to Huawei.  Moreover, as discussed further in **Section VIII.D.2**, analyst reaction to the BIS Settlement more broadly was largely positive.

99.      Finally, as an economic matter, any stock price reaction to Seagate's reported financial results and/or guidance that Plaintiffs claim failed to disclose the Alleged Truth Regarding Revenue Drivers is not informative regarding any price impact of the Alleged Revenue Driver Misrepresentations on the Company's stock.  The allegedly undisclosed information was already publicly known as discussed above.  As explained in **Section VI.A**, in an efficient market, a company's stock price rapidly reflects information when it is revealed publicly.  On the other hand, an observed price change during an event window would *not reflect* the impact of information that was *not revealed* to the market during that event window (in the context of Plaintiffs' allegations, that Seagate's sales to Huawei allegedly drove its reported revenue, which Plaintiffs allege was not publicly known at the time).  For this reason, statistically significant stock price increases following Alleged Revenue Driver Misrepresentations on April 22, 2021, October 22, 2021, April 27, 2022, and January 25, 2023—each of which are dates on which Seagate announced financial results—do not provide economic evidence regarding the price impact of a hypothetical disclosure of the allegedly undisclosed information (i.e., the Alleged Truth Regarding Revenue Drivers).  In fact, given that the Alleged Truth Regarding Revenue

---

[203] Minority Staff Report, p. 1.

Drivers was publicly known information as discussed above, if it were repeated in conjunction with the Company's earnings releases on April 22, 2021, October 22, 2021, April 27, 2022, and January 25, 2023, that reiteration would not have impacted Seagate's stock price in an efficient market.

**B.    Revenue Declines of Seagate's Competitors After October 1, 2021 Are Consistent with Factors Other than Allegedly Undisclosed Information Regarding Sales to Huawei Driving the Market's Response to Seagate's Revenue Declines**

100.    As shown in **Exhibit 2**, Seagate's quarterly total revenue for its fiscal Q2 2022 (October 2, 2021 – December 31, 2021) was essentially flat relative to fiscal Q1 2022 (ending October 1, 2021, the last quarter in which Seagate sold HDDs to Huawei). Seagate then experienced a series of declines in quarterly total revenue. The market's response to Seagate's revenue declines after it ceased HDD sales to Huawei does not, however, provide economic evidence that allegedly undisclosed information regarding Seagate's HDD sales to Huawei impacted Seagate's stock price. As discussed in **Section IX.A**, the market was aware of Seagate's HDD sales to Huawei during the portion of the Proposed Class Period when it continued selling HDDs to Huawei, assessed these sales to be meaningful drivers of revenue during that same period, and learned of the cessation of those sales in October 2021. Moreover, an analysis of Seagate's competitors' reported results provides economic evidence consistent with factors other than any undisclosed information regarding the cessation of sales to Huawei in September 2021 driving the market's response to Seagate's revenue declines after it ceased HDD sales to Huawei.[204] For example:

a. As shown in **Exhibit 3**, Seagate reported a 44.0% decline in quarterly <u>HDD revenue</u> as measured from its fiscal Q1 2022 to fiscal Q3 2023 (i.e., from the quarter ending October 1, 2021, the last quarter in which Seagate sold HDDs to Huawei, to the quarter ending March 31, 2023). In comparison, Western Digital experienced a 41.6% decline in quarterly HDD revenue and Toshiba a 58.7%

---

[204] According to the Complaint, Seagate's "primary competitors were Western Digital, with 40% of the market, and Toshiba, with roughly 20%," and Western Digital and Toshiba were "the only other U.S. suppliers of HDDs to Huawei." *See* Complaint, ¶¶ 22, 78. Accordingly, for purposes of this analysis, I compare Seagate's revenue to Western Digital's and Toshiba's revenues.

decline in quarterly HDD revenue over the same period.[205]  I understand that neither Western Digital nor Toshiba sold HDDs to Huawei during the period at issue.

b. As shown in **Exhibit 2**, Seagate reported a 40.3% decline in quarterly <u>total revenue</u> as measured from its fiscal Q1 2022 to fiscal Q3 2023 (i.e., from the quarter ending October 1, 2021, the last quarter in which Seagate sold HDDs to Huawei, to the quarter ending March 31, 2023).  In comparison, Western Digital experienced a 44.5% decline in quarterly total revenue over the same period.[206]  As discussed in **Section IX.A**, Seagate's total revenue from its fiscal Q1 2021 through fiscal Q1 2022 (July 4, 2020 – October 1, 2021) was $13.8 billion, and the $1.1 billion in sales to Huawei disclosed in the Settlement Agreement represented 8.0% of Seagate's total revenue over this period, which is smaller than the 40.3% decline from its fiscal Q1 2022 to fiscal Q3 2023.[207]

101.    As discussed in the sections that follow, public disclosures from Seagate's competitors and related market commentary are also consistent with factors other than any undisclosed information regarding the sales to Huawei driving the market's response to Seagate's revenue declines.

### C. Stock Price Declines Following the Disclosures That Plaintiffs Claim Revealed the Alleged Truth Regarding Revenue Drivers Do Not Provide Evidence of Price Impact of the Alleged Revenue Driver Misrepresentations

102.    Plaintiffs point to information disclosed on the four Alleged Corrective Disclosure dates—March 8, 2022, July 21, 2022, October 26, 2022, and April 19, 2023—that they claim revealed the Alleged Truth Regarding Revenue Drivers and caused Seagate's stock price to decline.  These stock price declines do not, however, provide evidence of price impact of

---

[205] Toshiba's fiscal year ends on March 31, with fiscal Q1 ending June 30, fiscal Q2 ending September 30, fiscal Q3 ending December 31, and fiscal Q4 ending March 31.  To align with Seagate's fiscal Q1 2022 (ending October 1, 2021), Toshiba's HDD revenue is measured beginning with Toshiba's fiscal Q2 2021 (ending September 30, 2021).  To align with Seagate's fiscal Q3 2023 (ending March 31, 2023), Toshiba's HDD revenue is measured through Toshiba's fiscal Q4 2022 (ending March 31, 2023).

[206] For Toshiba's total revenue, unlike those of Seagate or Western Digital, HDD revenue represented a smaller portion of Toshiba's overall business.  Toshiba reports HDD revenue within an "HDD & Others" category—defined as including "sales of HDDs, Materials & Devices, and resale of memory products, etc."—within its Electronic Devices & Storage Solutions segment.  During Seagate's fiscal Q1 2022 through fiscal Q3 2023 (i.e., July 3, 2021 to March 31, 2023), Toshiba's HDD & Others revenue represented approximately 6.9% to 16.7% of Toshiba's total revenue.  *See, e.g.*, Toshiba Corporation Earnings Presentation Fiscal Q1 2022, p. 16.  *See also* **Supporting Calculation 1**.

[207] **Supporting Calculation 4**.

Seagate's alleged failure to disclose the Alleged Truth Regarding Revenue Drivers—that is, that Seagate's HDD sales to Huawei were among the factors that drove Seagate's reported revenue through its fiscal Q1 2022 (ending October 1, 2021), and Seagate's declining revenues in subsequent quarters were attributable in part to the cessation of sales to Huawei.

### 1.    March 8, 2022 Alleged Corrective Disclosure

103.    Plaintiffs claim that on March 8, 2022, Defendant Mosley cautioned investors that the Company was "'going to be at the lower end of [its financial guidance] ranges'" for its fiscal Q3 2022 (ending April 1, 2022) due to "'disruption in the Chinese market' for HDDs."[208] They claim that this announcement "began to reveal to the market the Company's reliance on illegal HDD sales to Huawei"[209] and caused Seagate's stock price to decline on March 8, 2022.[210]

104.    As shown in **Exhibit 1**, Seagate's residual return on March 8, 2022 was -11.14%, which is statistically significant. While this is consistent with the totality of the information disclosed from market close on March 7, 2022 through market close on March 8, 2022 being new and value-relevant, this does not indicate that any specific piece of information, including any allegedly corrective information, impacted Seagate's stock price.

105.    As an initial matter, while Plaintiffs claim that "Seagate was forced to lower its earnings guidance,"[211] Seagate reiterated its guidance range for its fiscal Q3 2022 (ending April 1, 2022). As Defendant Mosley stated at the Morgan Stanley Technology, Media, and Telecom Conference on March 8, 2022, "we, in our guidance ranges, we're still good for the ranges, but we do think we're going to be at the lower end of the ranges, just to be completely transparent."[212] Furthermore, Seagate did not revise its full fiscal year 2022 (ending July 1, 2022) or calendar year 2022 total revenue expectations.[213]

---

[208] Complaint, ¶ 112.
[209] Complaint, ¶ 113.
[210] Complaint, ¶ 114.
[211] Complaint, ¶ 112.
[212] Edited Transcript – Seagate Technology Holdings PLC at Morgan Stanley Technology, Media, and Telecom Conference (Virtual), *Refinitiv StreetEvents*, March 8, 2022, 12:45 PM ET, p. 2.
[213] Edited Transcript – Seagate Technology Holdings PLC at Morgan Stanley Technology, Media, and Telecom Conference (Virtual), *Refinitiv StreetEvents*, March 8, 2022, 12:45 PM ET, p. 2 ("So all the guidance that we gave for fiscal year revenue growth and calendar year revenue growth still holds."). Seagate does not provide annual guidance in its SEC filings or earnings presentations. However, Seagate's management commented on annual total revenue expectations during some of Seagate's

106.    Seagate first issued financial guidance for its fiscal Q3 2022 (ending April 1, 2022)—the guidance range referenced in the March 8, 2022 disclosure—on January 26, 2022, four months *after* Seagate ceased HDD sales to Huawei in September 2021 and three months *after* the cessation of sales was publicly discussed in the October 26, 2021 Minority Staff Report.[214] Plaintiffs do not allege Seagate's financial guidance issued on January 26, 2022 to have been false or misleading.[215]  Therefore, even to the extent that Plaintiffs are correct that "Seagate was forced to lower its earnings guidance," the guidance being "lower[ed]" was guidance that I understand did not assume the continuation of sales to Huawei given its timing and that Plaintiffs do not allege to have been false or misleading.

107.    Analyst reports following the March 8, 2022 Alleged Corrective Disclosure commented on the fact that Seagate's fiscal Q3 2022 (ending April 1, 2022) total revenue was expected to come in at the lower end of its previously issued guidance range, but that both fiscal year 2022 (ending July 1, 2022) and calendar year 2022 total revenue expectations were unchanged.  None of the analyst reports I reviewed, however, connected Seagate's expectation of fiscal Q3 2022 (ending April 1, 2022) total revenue landing at the lower end of its guidance range, issued on January 26, 2022, to previously undisclosed information regarding Seagate's HDD sales to Huawei.  For example:

> **Rosenblatt, 3/8/22**:  "We see today's market reaction, down ~7%, to Seagate CEO Dave Mosley revising March quarter guidance to the lower end of previous guidance as overdone. FY22 and CY22 revenue guidance is maintained."[216]

> **Benchmark, 3/9/22**:  "At a recent investor conference, Seagate CEO Dave Mosley indicated he now expects Seagate to come in at the low end of the company's F3Q22 guidance which calls for non-GAAP earnings of $1.80-$2.20

earnings calls.  *See, e.g.*, Edited Transcript – Q4 2021 Seagate Technology Holdings PLC Earnings Call, *Refinitiv StreetEvents*, July 21, 2021, 9:00 AM ET, p. 4 ("These factors … underpin our forecast to grow revenue in the high single-digit percentage range or more in fiscal 2022"); Edited Transcript – Q2 2022 Seagate Technology Holdings PLC Earnings Call, *Refinitiv StreetEvents*, January 26, 2022, 4:30 PM ET, pp. 3, 6 ("We currently expect calendar year '22 revenue to increase 3% to 6% with further growth beyond, consistent with our long-term model range.… Looking further ahead, ongoing demand for mass capacity storage, combined with our strong product pipeline, give us confidence to further raise our fiscal year 2022 revenue growth to be between 12% and 14%, up from our prior outlook in the low double-digit range.").

[214] Seagate Technology Holdings Public Limited Company, Form 8-K, filed January 26, 2022.

[215] Alleged Misrepresentation Exhibit.

[216] "STX: Slight March Quarter Guidance Revision Due to Tactical Issues," *Rosenblatt*, March 8, 2022, p. 1.

per diluted share on a sales range of $2.75-$3.05B…. Mosley maintained the firm's guidance for 3% to 6% sales growth in CY22."[217]

**Craig-Hallum, 3/9/22**:  "Yesterday at an investor conference, Seagate stated they now expect Q3 (Mar) results to be near the low end of their previously provided guidance (revenue of $2.750-$3.050 billion and EPS of $1.80-$2.20).… The company does not see a further impact beyond Q3 and reiterated its FY22 revenue growth outlook of 12%-14% and calendar year 2022 revenue growth expectations of 3%-6%. We are adjusting our Q3 estimates to near the low end of the company's previously provided guidance ranges while keeping our remaining forward estimates unchanged."[218]

108.    Any stock price decline associated with revised expectations of meeting only the low end of the fiscal Q3 2022 (ending April 1, 2022) guidance does not provide evidence of price impact of the Alleged Revenue Driver Misrepresentations due to the reasons discussed below.

109.    *First*, as discussed above, the disappointment regarding Seagate's expected financial performance to which Plaintiffs point was relative to the unchallenged (not alleged to have been false or misleading) guidance for fiscal Q3 2022 (ending April 1, 2022) that did not assume the continuation of HDD sales to Huawei given its timing.  As an economic matter, any stock price decline in response to this financial performance does not establish that *new* (i.e., previously undisclosed) information regarding the revenue impact of ceasing HDD sales to Huawei caused the shortfall relative to prior guidance or any associated stock price decline.

110.    *Second*, as discussed in **Section IX.A**, it was already publicly known that HDD sales to Huawei had been among the factors that drove Seagate's reported revenue prior to October 2021, and the market learned in October 2021 that Seagate's HDD sales to Huawei had ceased. Seagate's revenues thereafter (i.e., starting its fiscal Q2 2022 (October 2, 2021 – December 31, 2021)) did not include HDD revenue from any new shipments to Huawei, nor did Seagate's guidance assume the Company would continue sales of HDDs to Huawei.

111.    *Third*, my review of equity analyst commentary does not reveal analysts questioning management's explanations for the revised financial expectations or connecting the March 8, 2022 disclosure to any "revelation" of new information about the Alleged Truth Regarding Revenue Drivers.  Instead, analysts commented on the factors identified by management—for

---

[217] "Seagate Now Expects F3Q22 to Be at the Low End of Guidance, Adjusting Forecast," *Benchmark*, March 9, 2022, p. 1.
[218] "Slow Start to the Quarter in China. Management Lowers Q3 Outlook to Low End of Guidance Range. Maintaining Our BUY Rating and $112 Price Target," *Craig-Hallum*, March 9, 2022, p. 1.

example, weakness in the VIA market, weakness in demand from China, the conflict in Russia and Ukraine leading to a pause in shipments to Russia and "ship holds" in Eastern Europe, and margin pressure from increasing freight costs due to rising oil prices. For example:

> **Morgan Stanley, 3/8/22**: "**March Quarter Tracking to the Low-End of Guide.** The Video and Image Application (VIA) and China markets are driving incremental weakness and a more back-end loaded March quarter…. A slower ramp up of demand post Lunar New Year and slower roll-out of smart city applications are contributing to the more back-end loaded linearity in F3Q (March quarter). Weaker China demand was recently highlighted by TSR, which expressed a cautious view on Chinese data center nearline demand in 2022 (more here), and this also aligns with STX commentary during F2Q earnings that some China data center build out is being pushed due to component shortages and/or budgets being shifted into COVID measures (more here).… In addition to slower demand in VIA and China, the Russia/Ukraine conflict has led to paused shipments to Russia and 'ship holds' through Eastern Europe distributors, which could further pressure results. Seagate characterized Russia and Eastern Europe as 2-3% of total revenue, helping size the potential downside. Seagate sees the potential for continued margin pressure for the year due to the fluid freight & logistics environment and rising oil prices.… Mosley believes it is still too early to tell if the March quarter will be the trough for gross margins, but expects the logistics situation to improve in the back-half of the calendar year, all else equal."[219]

> **UBS, 3/8/22**: "Earlier today, STX updated its view of the March quarter indicating it is abnormally back-end loaded and therefore tracking to the low end of guidance. Despite cloud remaining strong, STX highlighted the VIA (video and image applications) end market as weaker than expected over the past month with weakness seen in China."[220]

> **Bank of America, 3/9/22**: "At a recent competitor conference management guided F3Q22 revenue/EPS to the lower end of previous guidance (previous revenue guidance was $2.75bn-$3.05bn, and EPS guidance $1.80-$2.20). This is primarily because revenue in some end markets, primarily in VIA (Video and Image Applications), has trended lower than expected coming out of Chinese New Year. STX has also seen lower than expected spend in smart city applications."[221]

> **Benchmark, 3/9/22**: "Seagate Now Expects F3Q22 to be at the Low End of Guidance, Adjusting Forecast … Tactical issues in the VIA market along with a

---

[219] "Fireside Chat Highlights Near-Term Pressures," *Morgan Stanley*, March 8, 2022, pp. 1–2.
[220] "Adjust Model Post Updated Guidance," *UBS*, March 8, 2022, p. 1.
[221] "Lowering Estimates on Near-Term Revenue and Margin Headwinds," *Bank of America*, March 9, 2022, p. 1.

slower than expected recovery in China after the new year were cited as issues.… Shipments to Russia and Eastern Europe are on hold due to credit risk. These markets represent a low single digit percent of total sales.… Freight costs are expected to remain high due to the rise in oil prices."[222]

**Fox Advisors, 3/9/22**: "Management noted HDD demand for video and image applications (VIA) has been somewhat slower to bounce back than expected following Chinese New Year and that it stopped shipping product into Eastern Europe, which management estimates accounts for a 'couple percentage points' of STX's total revenues, due to new credit risks that likely continue for some time."[223]

112.    *Fourth*, Seagate's competitors that ceased their HDD sales to Huawei at the start of the Proposed Class Period also experienced declines in quarterly HDD revenue.  Specifically, as shown in **Exhibit 3**, Seagate experienced a 10.4% decline in quarterly HDD revenue as measured from its fiscal Q1 2022 to fiscal Q3 2022 (i.e., from the quarter ending October 1, 2021, the last quarter in which Seagate sold HDDs to Huawei, to the quarter ending April 1, 2022) while Western Digital and Toshiba experienced greater declines—16.5% and 23.7%, respectively, over the same period.  This finding is consistent with factors other than previously undisclosed information regarding sales to Huawei driving HDD revenue declines during this period.

113.    When discussing their financial results and guidance, Seagate's competitors also noted many of the factors identified by Seagate's management at the March 8, 2022 industry investor conference as drivers of their own revenue declines.  Market commentary noted these factors as well.  For example, during its fiscal Q3 2022 (ending April 1, 2022) earnings call on April 28, 2022, Western Digital's management noted that the company experienced "short-term demand weakness [in its consumer end market] outside the U.S. tied to the geopolitical events in Europe, as well as COVID-related lockdowns in China," in addition to softness in the "surveillance market [and] smart video market."[224]  In a May 13, 2022 investor presentation for Toshiba's fiscal year 2021 (April 1, 2021 – March 31, 2022) financial results, Toshiba cited soaring materials and logistics costs as one of the factors impacting its fiscal year 2021 financial

---

[222] "Seagate Now Expects F3Q22 to Be at the Low End of Guidance, Adjusting Forecast," *Benchmark*, March 9, 2022, p. 1 (original emphasis removed).

[223] "Some Incremental FQ3E (Mar) Headwinds," *Fox Advisors*, March 9, 2022, p. 1.

[224] Edited Transcript – Q3 2022 Western Digital Corp Earnings Call, *Refinitiv StreetEvents*, April 28, 2022, 4:30 PM ET ("Western Digital Fiscal Q3 2022 Earnings Call Transcript"), pp. 4, 10.

results.[225]  In a May 12, 2022 report on the HDD industry, Credit Suisse analysts noted that "demand is clearly weakening for PC and VIA application 2.5-inch mobile and 3.5-inch [Advanced Technology Attachment]."[226]  Micron's management also pointed to "weakness in the China market" and "pressure due to [the] impact of Russia's invasion of Ukraine" on the supply chain as factors impacting its financial results for its fiscal Q2 2022 (ending March 3, 2022).[227]

### 2.     July 21, 2022 Alleged Corrective Disclosure

114.     Plaintiffs claim that "[i]nvestors continued to learn the truth about Seagate's reliance on illegal HDD sales to Huawei on July 21, 2022, when Seagate reported that its revenues declined by 12.8% year-over-year, driven by lagging HDD demand in Asia, missing the Company's entire revenue guidance range (and missing the midpoint of guidance by more than $150 million)" and that "[t]he Company further guided down the coming quarter's revenue by 5% and reported that it was cutting HDD production because of customer 'inventory overages' in China."[228]  Plaintiffs claim that these disclosures caused Seagate's stock price to decline on July 22, 2022.[229]

115.     As shown in **Exhibit 1**, Seagate's residual return on the corresponding impact day of July 22, 2022 was -6.10%, which is statistically significant.  While this is consistent with the totality of the information disclosed from market close on July 21, 2022 through market close on July 22, 2022 being new and value-relevant, this does not indicate that any specific piece of information, including any allegedly corrective information, impacted Seagate's stock price.

116.     Seagate first issued financial guidance for its fiscal Q4 2022 (ending July 1, 2022) on April 27, 2022, nearly seven months *after* Seagate ceased HDD sales to Huawei in September 2021, which was publicly known information.[230]  Plaintiffs do not allege Seagate's financial guidance issued on April 27, 2022 to have been false or misleading.[231]

---

[225] Toshiba Corporation Earnings Presentation Fiscal Year 2021 p. 7.

[226] "Seagate & Western Digital's Results, TSR's HDD Shipment Data: Implications for Japanese Stocks," *Credit Suisse*, May 12, 2022, p. 1.

[227] Edited Transcript – Q2 2022 Micron Technology Inc Earnings Call, *Refinitiv StreetEvents*, March 29, 2022, pp. 3–4. Micron's fiscal year ends late August or early September.  *See, e.g.*, Micron Technology Inc. Form 10-K for Fiscal Year Ended September 1, 2022, filed October 7, 2022, p. 1.

[228] Complaint, ¶ 117.

[229] Complaint, ¶ 119.

[230] Seagate Technology Holdings Public Limited Company, Form 8-K, filed April 27, 2022.

[231] Alleged Misrepresentation Exhibit.

117.    Analyst reports following the July 21, 2022 Alleged Corrective Disclosure commented on the fact that Seagate's fiscal Q4 2022 (ending July 1, 2022) total revenue was lower than expected, including lower than Seagate's previously issued guidance range, and that the guidance issued for the following quarter was disappointing.  None of the analyst reports I reviewed, however, connected Seagate's fiscal Q4 2022 (ending July 1, 2022) total revenue missing its guidance range, issued on April 27, 2022, or its lower-than-expected guidance range for its fiscal Q1 2023 (ending September 30, 2022) to previously undisclosed information regarding Seagate's HDD sales to Huawei.  For example:

> **Cowen, 7/21/22**:  "Seagate reported weaker than expected results and guided below the Street for CQ3. A CQ2 miss was expected by investors given the well-known weakness in consumer and Asia CSP demand, but the CQ3 guide of $2.5B/$1.40 was well below expectations (Consensus was $3B/$2.23). Guidance contemplates a high-singles decline Q/Q in nearline revenues and marks the first quarter of the inventory digestion phase in hyperscale…. As a result, near-term weakness in the stock won't be surprising particularly given the lower GM today vs CQ3:18 of ~330bps."[232]

> **Deutsche Bank, 7/21/22**:  "STX's F4Q miss was not all that surprising given weak industry HDD shipment data, but the magnitude of the F1Q revenue cut is larger than we had expected driven by inventory adjustments across most segments."[233]

> **Evercore ISI, 7/21/22**:  "Considering signals from management, as well as industry data points, investors were widely expecting a miss for the quarter. This said, the magnitude of the reset for the September Q was a bit of a surprise, with management highlighting a desire to work down excess inventory at customers and in the channel during the current Q."[234]

> **Citi, 7/22/22**:  "Simply put, Seagate's results and outlook will likely disappoint investors as the company missed both sales/EPS expectations by -6%/-16% and the outlook by -37%/-17%.… As a result of the miss and guide lower we are lowering our financial model and lower our Seagate target price from $79 to $75. Investors will likely discount the company's comments for F23 for flat to up

---

[232] "Nearline Inventory Digestion Begins in HDDs," *Cowen*, July 21, 2022, p. 1.

[233] "A Miss-and-Miss, But Will Inventory Adjustments Be Done in One Quarter?" *Deutsche Bank*, July 21, 2022, p. 1.

[234] "Near-Term Reset Deeper than Expected, But Growth & Margin Expansion Thesis Remains Intact," *Evercore ISI*, July 21, 2022, p. 1.

slightly up sales growth as it's back-half loaded, and the recent results do not support the company's ability to accurately forecast."[235]

**Craig-Hallum, 7/22/22**:  "Seagate reported Q4 results below expectations as the company experienced increased headwinds late in the quarter from COVID lockdowns in Asia, non-HDD component shortages impacting customers build plans, and global inflationary pressures. The company also guided Q1 well below expectations."[236]

118.    Any stock price decline associated with disappointing performance relative to the fiscal Q4 2022 (ending July 1, 2022) guidance or financial guidance for Seagate's fiscal Q1 2023 (ending September 30, 2022) does not provide evidence of price impact of the Alleged Revenue Driver Misrepresentations due to the reasons discussed below.

119.    *First*, as discussed above, the disappointment regarding Seagate's financial performance to which Plaintiffs point was relative to the unchallenged (not alleged to have been false or misleading) guidance for fiscal Q4 2022 (ending July 1, 2022) that did not assume the continuation of HDD sales to Huawei given its timing.  As an economic matter, any stock price decline in response to this financial performance does not establish that *new* (i.e., previously undisclosed) information regarding the revenue impact of ceasing HDD sales to Huawei caused the shortfall relative to prior guidance or any associated stock price decline.

120.    *Second*, as discussed in **Section IX.A**, it was already publicly known that HDD sales to Huawei had been among the factors that drove Seagate's reported revenue prior to October 2021, and the market learned in October 2021 that Seagate's HDD sales to Huawei had ceased. Seagate's revenues thereafter (i.e., starting its fiscal Q2 2022 (October 2, 2021 – December 31, 2021)) did not include HDD revenue from any new shipments to Huawei, nor did Seagate's guidance assume the Company would continue sales of HDDs to Huawei.  Furthermore, it was publicly available information that Seagate's revenues had declined in the preceding quarter—fiscal Q3 2022 (ending April 1, 2022).

121.    *Third*, my review of equity analyst commentary does not reveal analysts questioning management's explanations for Seagate's financial performance or connecting the July 21, 2022 disclosure to any "revelation" of new information about the Alleged Truth Regarding Revenue

---

[235] "Big Guide Down Validates Our Concerns," *Citi*, July 22, 2022, p. 1.

[236] "Multiple Macro Headwinds Leading to Inventory Correction. Downgrading Shares to HOLD and Lowering Price Target to $79," *Craig-Hallum*, July 22, 2022, p. 1.

Drivers.  Instead, analysts commented on the factors identified by management—for example, inventory buildup at customers including in China, continued delays in VIA projects in China given COVID-19 lockdowns, legacy markets and consumer demand significantly impacted by inflationary pressures and COVID-19 lockdowns, and non-HDD component shortages that continued to cause delays in data center build-outs.  For example:

> **Baird, 7/22/22**:  "The China surveillance market came to a halt during the lockdowns, per our checks, while consumer legacy was weak."[237]

> **Citi, 7/22/22**:  "The company stated that while data center and cloud demand was strong there was as a material drop in demand for PCs and external consumer drives and excess inventory which is consistent with our recent global inventory analysis report."[238]

> **Cleveland Research, 7/22/22**:  "In the near-term STX sees weaker demand, non-HDD component shortages, inventory digestion, COVID headwinds and weaker macro as weighing on the demand in the Sept-Q."[239]

> **Craig-Hallum, 7/22/22**:  "The company reported Q4 revenue of $2.628 billion, below both our and the Street's expectations as the company saw multiple macro headwinds including inflationary pressures, COVID lockdowns in Asia, and non-HDD component shortages impacting customer build plans."[240]

> **Fox Advisors, 7/22/22**:  "We are concerned by how weakening consumer electronics spending, especially in China, on already de-emphasized Legacy HDD sales (18% of total) hurt EPS. More importantly, an HDD inventory correction across its highest margin Mass Capacity products (73% of total), led by cloud service providers in China, is hurting FQ1E (Sept) despite solid cloud spending trends, while a post-COVID recovery in the installation of video and image application HDDs (VIA; ~10% of sales) in China seems harder to predict for the remainder of 2022E."[241]

> **Morgan Stanley, 7/22/22**:  "Seagate guided September quarter revenue and EPS of $2.5B and $1.40 … as an inventory buildup in the latter part of the June quarter – primarily in China (both VIA and CSPs) and legacy markets … this inventory

---

[237] "Inventory Deleveraging, Weak Consumer Impacts Rev; GM Stable Near Term," *Baird*, July 22, 2022, p. 1.
[238] "Big Guide Down Validates Our Concerns," *Citi*, July 22, 2022, p. 1.
[239] "STX: June-Q Misses and Sept-Q Guided Below on Demand/Macro Headwinds and Customer Digestion in Nearline," *Cleveland Research*, July 22, 2022, p. 1.
[240] "Multiple Macro Headwinds Leading to Inventory Correction. Downgrading Shares to HOLD and Lowering Price Target to $79," *Craig-Hallum*, July 22, 2022, p. 1.
[241] "A Murkier Near-Term than Expected; Reduce Rating to Equal-Weight," *Fox Advisors*, July 22, 2022, p. 1.

buildup is largely a result of 1) STX shipping HDDs to clients that have been impacted by non-HDD component shortages, and 2) macro weakness in consumer markets."[242]

**Wedbush, 7/22/22**:  "STX noted inventories are substantially higher than healthy levels at customers (contributing significantly to STX's lighter September guide with reduced shipments expected to help work down customer inventories)."[243]

122.     *Fourth*, Seagate's competitors that ceased their HDD sales to Huawei at the start of the Proposed Class Period also experienced declines in quarterly HDD revenue.  Specifically, as shown in **Exhibit 3**, Seagate experienced a 15.9% decline in quarterly HDD revenue as measured from its fiscal Q1 2022 to fiscal Q4 2022 (i.e., from the quarter ending October 1, 2021, the last quarter in which Seagate sold HDDs to Huawei, to the quarter ending July 1, 2022), while Western Digital and Toshiba experienced greater declines—16.9% and 45.6%, respectively, over the same period.  This finding is consistent with factors other than previously undisclosed information regarding HDD sales to Huawei driving HDD revenue declines during this period.

123.     When discussing their financial results and guidance, Seagate's competitors also noted similar factors to those identified by Seagate's management on July 21, 2022 as drivers of their own revenue declines.  Market commentary noted these factors as well.  For example, Western Digital and market participants commented on inventory buildup at customers including in China, macroeconomic pressures and COVID-19 lockdowns impacting demand, and supply chain issues driving Western Digital's quarterly revenue decline.  During its fiscal Q4 2022 (ending July 1, 2022) earnings call on August 5, 2022, Western Digital's management noted that segments of the company's end markets were "going through an aggressive inventory adjustment as supply chain impacts of the pandemic start[ed] to ease and the macro economy softens."[244]  In particular, Western Digital noted that it faced a "demand-driven situation" and a "very sharp step-down … where everybody reset[] their inventory," with "the client HDD market … declining at an accelerated rate relative to the period before the onset of the pandemic."[245]

---

[242] "Will Demand Rebound in F2H23 After Near-Term Inventory Correction?" *Morgan Stanley*, July 22, 2022, p. 2.
[243] "HAMR Progress a Silver Lining in a Disappointing Report," *Wedbush*, July 22, 2022, p. 1.
[244] Edited Transcript – Q4 2022 Western Digital Corp Earnings Call, *Refinitiv StreetEvents*, August 5, 2022, 8:30 AM ET ("Western Digital Fiscal Q4 2022 Earnings Call Transcript"), p. 7.
[245] Western Digital Fiscal Q4 2022 Earnings Call Transcript, pp. 4, 9, 11.

Furthermore, Western Digital's management highlighted "inventory digestion in China cloud" as well as "consumer spending soften[ing]" impacting HDD demand.[246]  Micron's management also pointed to "supply chain challenges and COVID-19 control measures in China," "inventory-related headwinds," and "consumer markets … impacted by the weakness in consumer spending in China, the Russia, Ukraine war and rising inflation around the world" as factors impacting its financial results for its fiscal Q3 2022 (ending June 2, 2022).[247]  In a July 31, 2022 report on the memory and storage industry, Deutsche Bank analysts noted that "[d]emand trends in 2Q were generally negative," that "[m]emory companies [(i.e., Micron, Samsung, and SK hynix) were] seeing the impacts of a sharp inventory correction in smartphones and PCs," and that "[p]ricing was also negative."[248]

### 3.     October 26, 2022 Alleged Corrective Disclosure

124.    Plaintiffs claim that on October 26, 2022, in addition to information regarding the Proposed Charging Letter addressed in **Section VIII.D.1**, Seagate also disclosed (a) "disappointing financial results for the first quarter of [fiscal year 2023], reporting that HDD sales had continued to decline, falling by 26% due to declining demand in China"; and (b) that "[a]s a result of these newly disclosed financial risks, the Company announced that it had further lowered its production output and its fiscal year 2023 capital expenditures, and that it would implement a restructuring plan to reduce its global headcount by 8%."[249]  Plaintiffs claim that these disclosures caused Seagate's stock price to decline on October 26, 2022.[250]

125.    As shown in **Exhibit 1**, Seagate's residual return on October 26, 2022 was -7.76%, which is statistically significant.  While this is consistent with the totality of the information disclosed from market close on October 25, 2022 through market close on October 26, 2022 being new and

---

[246] Western Digital Fiscal Q4 2022 Earnings Call Transcript, pp. 4, 8.

[247] Edited Transcript – Q3 2022 Micron Technology Inc Earnings Call, *Refinitiv StreetEvents*, June 30, 2022, 4:30 PM ET, pp. 3–4.

[248] "What We Learned from This Earnings Season," *Deutsche Bank*, July 31, 2022, p. 1.

[249] Complaint, ¶ 122.

[250] Complaint, ¶ 124.  As discussed in **Section VIII.D.1** above, Plaintiffs also claim that Seagate's announcement that the BIS had issued a Proposed Charging Letter alleging that Seagate had violated U.S. export control regulations caused Seagate's stock price to decline on October 26, 2022.  To the extent Plaintiffs are alleging that such disclosure also revealed the Alleged Truth Regarding Revenue Drivers, the stock price decline following such disclosure is not economic evidence that the Alleged Revenue Driver Misrepresentations impacted Seagate's stock price for the reasons addressed in **Section VIII.D.1** and this section.

value-relevant, this does not indicate that any specific piece of information, including any allegedly corrective information, impacted Seagate's stock price.

126.    Seagate first issued financial guidance for its fiscal Q1 2023 (ending September 30, 2022) on July 21, 2022, nearly 10 months *after* Seagate ceased HDD sales to Huawei in September 2021, which was publicly known information.[251]  Plaintiffs do not allege Seagate's financial guidance issued on July 21, 2022 to have been false or misleading.[252]

127.    Analyst reports following the October 26, 2022 Alleged Corrective Disclosure commented on the fact that fiscal Q1 2023 (ending September 30, 2022) total revenue was lower than expected, including lower than Seagate's previously issued guidance range, and that the guidance issued for the following quarter was disappointing.  None of the analyst reports I reviewed, however, connected Seagate's fiscal Q1 2023 (ending September 30, 2022) total revenue missing its guidance range, first issued on July 21, 2022 and revised on August 31, 2022, or its lower-than-expected guidance range for its fiscal Q2 2023 (ending December 30, 2022) to previously undisclosed information regarding Seagate's HDD sales to Huawei.  For example:

> **J.P. Morgan, 10/26/22**:  "**Another miss.** Results were worse than feared even after being revised down significantly earlier in the quarter. Impacts were mainly attributed to a worsening of the outlook including China COVID lockdowns, inventory adjustments at customers, and broader weakening of global consumer spending. Total revenue was $2.04bn vs. $2.12bn consensus and on the very low end of their $2.0-2.2bn guide (which was revised down from $2.5bn at the midpoint in late August). Gross margins were 23.7% (and 24.5% non-GAAP), impacted by underutilization charges as they scaled back production and below the 27% consensus estimates. EPS was well below expectations at 48c vs. 75c estimates, and FCF was $112mm vs $320mm.… **Guidance goes lower.** Things are expected to get worse before they get better. Revenue is expected to decline next quarter to $1.85bn +/-$150mm with lower margins q/q as they continue to scale back production and face increased underutilization charges. EPS is seen coming in at 15c +/- 20c. Both measures are significantly below what analysts were expecting with consensus revenue for the coming quarter at $2.22bn going into the print and EPS of 95c."[253]

---

[251] Seagate Technology Holdings Public Limited Company, Form 8-K, filed July 21, 2022.  On August 31, 2022, Seagate update its fiscal Q1 2023 (ending September 30, 2022) total revenue guidance, initially issued on July 21, 2022, from $2.35–$2.65 billion to $2.0–$2.2 billion.  *See* Seagate Technology Holdings Public Limited Company, Form 8-K, filed August 31, 2022.
[252] Alleged Misrepresentation Exhibit.
[253] "More Declines Expected," *J.P. Morgan*, October 26, 2022, p. 1 (emphasis in original).

**Morgan Stanley, 10/26/22**:  "STX missed Sept Q EPS & guided Dec Q meaningfully below Street ests, driven by tepid demand and cautious purchasing."[254]

128.    Any stock price decline associated with disappointing performance relative to the fiscal Q1 2023 (ending September 30, 2022) guidance issued on July 21, 2022 or revised on August 31, 2022 or other alleged corrective information does not provide evidence of price impact of the Alleged Revenue Driver Misrepresentations due to the reasons discussed below.

129.    *First*, as discussed above, the disappointment regarding Seagate's financial performance to which Plaintiffs point was relative to the unchallenged (not alleged to have been false or misleading) guidance for fiscal Q1 2023 (ending September 30, 2022) that did not assume the continuation of HDD sales to Huawei given its timing.  As an economic matter, any stock price decline in response to this financial performance does not establish that *new* (i.e., previously undisclosed) information regarding the revenue impact of ceasing HDD sales to Huawei caused the shortfall relative to prior guidance or any associated stock price decline.

130.    *Second*, as discussed in **Section IX.A**, it was already publicly known that HDD sales to Huawei had been among the factors that drove Seagate's reported revenue prior to October 2021, and the market learned in October 2021 that Seagate's HDD sales to Huawei had ceased. Seagate's revenues thereafter (i.e., starting its fiscal Q2 2022 (October 2, 2021 – December 31, 2021)) did not include HDD revenue from any new shipments to Huawei, nor did Seagate's guidance assume the Company would continue sales of HDDs to Huawei.  Furthermore, it was publicly available information that Seagate's revenues had declined in the preceding two quarters—fiscal Q3 2022 (ending April 1, 2022) and fiscal Q4 2022 (ending July 1, 2022).

131.    *Third*, my review of equity analyst commentary does not reveal analysts questioning management's explanations for Seagate's financial performance and other alleged corrective information or connecting the October 26, 2022 disclosure to any "revelation" of new information about the Alleged Truth Regarding Revenue Drivers.  Instead, analysts commented on the factors identified by management—for example, broad-based end demand weakness in China, inventory corrections at U.S. nearline customers, and ongoing consumer spending weakness amid inflationary pressures.  For example:

---

[254] "Dec Should Be the Trough, But Risk Factors Are Elevated," *Morgan Stanley*, October 26, 2022, p. 1.

**Baird, 10/26/22**: "Demand deteriorated in September, with broadbased customer inventory corrections (notably in China, in our view, which historically represented about one-third of Seagate's total revenue), resulting in Seagate adjusting production downward, reducing capex, reducing inventory levels, along with a $110M restructuring plan, of which 40-45% will benefit gross margin."[255]

**Barclays, 10/26/22**: "The market is seeing material inventory rationalization following elevated pandemic induced demand, and Seagate has yet to reset the model sufficiently."[256]

**Bank of America, 10/26/22**: "Seagate Technology (STX) reported F1Q23 rev/EPS of $2.04bn/$0.48 which compared to Street at $2.12bn/$0.75. F2Q rev/EPS guide of $1.85bn/$0.15 (midpoint) missed Street view of $2.22bn/$0.95 (and our est of $2.20bn/$0.96), and reflects: 1) mass capacity inventory correction continuing at some customers and q/q lower demand as Enterprise spend remains soft in China, 2) continued delays in VIA projects in China given economic slowdown, 3) legacy markets and consumer demand significantly impacted by inflationary pressures and the company not expecting to see typical seasonal uptick in the Dec quarter, and 4) factory underutilization charges expected to be higher than the $50mn for the Sep qtr."[257]

**BNP Paribas, 10/26/22**: "Clearly, the outlook for CQ4 underscores softer demand for not only consumer and China surveillance applications but also a moderation in global public cloud spending. On one hand, STX's sales outlook for $1.85B is the lowest level in nearly 20 years (CQ4:04) and a pause in stock buybacks highlights near-term challenges. On the other hand, the DecQ outlook to us implies HDD units sold into public and private data centers is at or very near a cyclical trough."[258]

**Credit Suisse, 10/26/22**: "Seagate (STX, Neutral) reported F1Q23 results below our estimates and the Street but within the reduced guidance provided on 8/31. Demand weakened through September due to: 1) China lockdowns and a weakening economy; 2) inventory drawdown; and, 3) weakening consumer demand."[259]

**Evercore ISI, 10/26/22**: "Despite a deep reset to estimates coming off Seagate's negative preannouncement on August 31st, combined September Q and December Q revenues/EPS came in well short of consensus as rising macro headwinds over the last two months exacerbated a confluence of headwinds across Seagate's end

[255] "GM Bottoming; Rev Likely Near a Bottom," *Baird*, October 26, 2022, p. 1 (original emphasis removed).

[256] "Another Cut Exposes More Questions than Answers," *Barclays*, October 26, 2022, p. 2.

[257] "Is Dec qtr the Bottom? PO to $70," *Bank of America*, October 26, 2022, p. 1.

[258] "Controlling the Controllables," *BNP Paribas*, October 26, 2022, p. 1.

[259] "F1Q23 Review; Inventory Correction Underway, Question on Duration with HAMR on the Horizon," *Credit Suisse*, October 26, 2022, p. 1.

markets, including 1) broad-based end demand weakness in China, 2) inventory corrections at U.S. Nearline customers, and 3) ongoing Consumer spending weakness amidst inflationary pressures.… Seagate is pausing share repurchases as it prioritizes sustaining its dividend amidst a more challenged market backdrop, removing a key catalyst for shares with 177% of LTM FCF allocated toward buybacks. Management affirmed that it remains comfortable with current dividend levels, and is keeping a close eye on its covenants, but we believe rising net leverage is a risk worth monitoring for Seagate through this downcycle."[260]

**Mizuho, 10/26/22**:  "STX reported a softer SepQ at $2.0B/$0.48 (BELOW updated August guidance of $2.1B/<$1.20) with softer China, nearline inventory adjustments, and weakening consumer spend globally."[261]

**Morgan Stanley, 10/26/22**:  "While we expected a December quarter guide-down given cautious nearline production data from the HDD supply chain, STX's guide down was more severe than we expected, with Dec Q revenue now expected to be the lowest quarterly total since F4Q04. This is a result of more prolonged inventory corrections at customers, weak consumer demand, and more cautious cloud hyperscaler purchasing, which STX flagged during their early September pre-announcement."[262]

**Wedbush, 10/26/22**:  "Demand deteriorated towards the end of CQ3 with conditions expected to be even worse in CQ4. Nearline Exabytes dipped 28% sequentially to 85 EB. Pricing for lower capacity drives was more aggressive in the quarter.… WDC - We believe the same difficult trends in HDDs will also weigh on WDC results."[263]

132.     *Fourth*, Seagate's competitors that ceased their HDD sales to Huawei at the start of the Proposed Class Period also experienced declines in quarterly HDD revenue.  Specifically, as shown in **Exhibit 3**, Seagate experienced a 38.1% decline in quarterly HDD revenue as measured from its fiscal Q1 2022 to fiscal Q1 2023 (i.e., from the quarter ending October 1, 2021, the last quarter in which Seagate sold HDDs to Huawei, to the quarter ending September 30, 2022).  Western Digital's decline was more modest at 21.4% while Toshiba's was 39.0% over the same period.  This finding is consistent with factors other than previously undisclosed information regarding HDD sales to Huawei driving HDD revenue declines during this period.

---

[260] "A Perfect Storm," *Evercore ISI*, October 26, 2022, p. 1.
[261] "Slowdown and Inventory Builds Create a Pause and Softer F23E, Lower Ests/PT," *Mizuho*, October 26, 2022, p. 1.
[262] "Dec Should Be the Trough, But Risk Factors Are Elevated," *Morgan Stanley*, October 26, 2022, p. 1.
[263] "The Correction in the Mirror May Be Larger than It Appears," *Wedbush*, October 26, 2022, p. 1 (original emphasis removed).

133.     When discussing their financial results and guidance, Seagate's competitors also noted the factors identified by Seagate's management on October 26, 2022 as drivers of their own revenue declines.  Market commentary noted these factors as well.  For example, during its fiscal Q1 2023 (ending September 30, 2022) earnings call on October 27, 2022, Western Digital's management highlighted a "continued subdued demand across markets in China," as well as a "consumer-led inventory correction" that appeared to be abating as it continued to monitor the macro environment.[264]  Western Digital's management also noted that its "U.S. cloud customers have started sharply reducing their hard drive inventory alongside other components for their data center build-outs."[265]  Loop Capital, in an October 31, 2022 report issued after Seagate and Western Digital had both released earnings for fiscal Q1 2023 (ending September 30, 2022), identified that the same factors were affecting current and expected financial performance for Seagate and Western Digital:

> **Loop Capital, 10/31/22**:  "Both STX (10/26) and WDC (10/27) reported Sep Q results and spoke to business dynamics consistent with what we'd anticipated … **Inventory, inventory, inventory, etc.** While Hyperscale demand / growth has mitigated, we're acknowledging that inventory drawdown may be the larger contributor to the Sep Q / Dec Q softness.… **It appears pretty clear to us that China occurs as the biggest wildcard for both STX & WDC.** From ongoing Covid related lockdowns, to[] China specific macro impacts, to potential future U.S. / China technology legislation, China demand tempo remains somewhat opaque and a catalyst on the sidelines for the time being.… **Cost saves initiatives are the flavor of the day.** Each are looking to pare back on Opex, reduce Capex and pull back on production (while taking underutilization charges) to calibrate business models to current demand.… **STX & WDC believe Dec Q is the GM floor, and we see improvement going forward.** In HDDs, as noted above both companies see Hyperscale improving starting Mar Q and carrying through CY2023 (all else equal)."[266]

Micron's management also pointed to "rapidly weakening consumer demand and significant customer inventory adjustments across all end markets" as factors impacting its financial results for its fiscal Q4 2022 (ending September 1, 2022).[267]  Further, Micron's management identified

---

[264] Edited Transcript – Q1 2023 Western Digital Corp Earnings Call, *Refinitiv StreetEvents*, October 27, 2022, 8:30 AM ET ("Western Digital Fiscal Q1 2023 Earnings Call Transcript"), p. 3.

[265] Western Digital Fiscal Q1 2023 Earnings Call Transcript, p. 3.

[266] "Could STX & WDC Really See a Mar Q Hyperscale Turn?" *Loop Capital*, October 31, 2022, p. 1 (emphasis in original).

[267] Edited Transcript – Q4 2022 Micron Technology Inc Earnings Call, *Refinitiv StreetEvents*, September 29, 2022, 4:30 PM ET, p. 3.

"COVID-related lockdowns in China," "the inflationary environment impacting consumer spending," and "inventory adjustment at customers across all end markets" as factors impacting its calendar year 2022 outlook.[268]

### 4.    April 19, 2023 Alleged Corrective Disclosure

134.    Plaintiffs claim that Seagate's stock price declined on April 20, 2023 after "the market learned the full scope and magnitude of Seagate's illegal HDD sales," including that Seagate "had illegally sold more than $1.1 billion in HDDs to Huawei in violation of the FDPR," when Seagate announced the BIS Settlement after market close on April 19, 2023.[269]  Unlike the prior earnings releases that Plaintiffs allege as being corrective, I understand Plaintiffs do not point to earnings information released prior to market open on April 20, 2023 as being corrective and focus instead on the BIS Settlement.

135.    As shown in **Exhibit 1**, Seagate's residual return on the corresponding impact day of April 20, 2023 was -8.99%, which is statistically significant.  While this is consistent with the totality of the information disclosed from market close on April 19, 2023 through market close on April 20, 2023 being new and value-relevant, this does not indicate that any specific piece of information, including any allegedly corrective information, impacted Seagate's stock price.

136.    As already addressed in **Section VIII.D.2**, my review of market commentary following the disclosure of the BIS Settlement revealed no indication of surprise regarding the magnitude of Seagate's HDD sales to Huawei as disclosed in the Settlement Agreement.  Market commentary indicates that, on balance, the size of the payment in the BIS Settlement itself was viewed as a positive surprise relative to expectations, as discussed in **Section VIII.D.2**.  These findings are inconsistent with a claim that the allegedly corrective information regarding "the full scope and magnitude of Seagate's illegal HDD sales" as revealed in the Settlement Agreement caused Seagate's stock price to decline, and do not support a claim that the Alleged Revenue Driver Misrepresentations impacted Seagate's stock price during the Proposed Class Period.

137.    While as noted above Plaintiffs do not appear to point to this as being part of the allegedly corrective information, on April 20, 2023, Seagate released its fiscal Q3 2023 (ending

---

[268] Edited Transcript – Q4 2022 Micron Technology Inc Earnings Call, *Refinitiv StreetEvents*, September 29, 2022, 4:30 PM ET, pp. 3–4.
[269] Complaint, ¶ 268.

March 31, 2023) financial results and issued financial guidance for its fiscal Q4 2023 (ending June 30, 2023).[270]  Both were below market expectations.[271]  Even if Plaintiffs were to claim the disappointing financial results and guidance to be corrective, which I understand they are not, such results and guidance do not indicate any price impact of the Alleged Revenue Driver Misrepresentations due to the reasons discussed below.

138.    Seagate first issued financial guidance for its fiscal Q3 2023 (ending March 31, 2023) on January 25, 2023, nearly 16 months *after* Seagate ceased HDD sales to Huawei in September 2021.[272]  Plaintiffs do not allege Seagate's financial guidance issued on January 25, 2023 to have been false or misleading.[273]

139.    Analyst reports following the April 19, 2023 disclosure commented on the fact that fiscal Q3 2023 (ending March 31, 2023) total revenue was lower than expected, including lower than Seagate's previously issued guidance range, and that the guidance issued for the following quarter was disappointing.  None of the analyst reports I reviewed, however, connected Seagate's fiscal Q3 2023 (ending March 31, 2023) total revenue missing its guidance range, issued on January 25, 2023, or its lower-than-expected guidance range for its fiscal Q4 2023 (ending June 30, 2023) to previously undisclosed information regarding Seagate's HDD sales to Huawei.  For example:

> **Deutsche Bank, 4/20/23**:  "F3Q (Mar) revenues of $1.86b (down -1% q/q and down -34% y/y) were below DBe/Street at $1.95b/$1.97b and below the mid-point of guidance of $2.00b +/- $150m. Gross margins of 18.7% were down -270bps q/q and below DBe of 21.1%. Operating margins of 3.5% were below DBe of 5.8%. The resulting non-GAAP EPS of -$0.28 came in well below DBe/Street at $0.14/$0.21. STX expects F4Q (Jun) revenues of $1.70b +/- $150m (down -9% q/q at the midpoint), below prior DBe/Street of $2.05b. EPS guidance of -$0.20 +/- $0.20 is also well below DBe/Street at $0.49."[274]

---

[270] The Complaint also notes that, in Seagate's April 20, 2023 Form 8-K, the Company disclosed that "the Board of Directors approved temporary salary reductions for the Company's named executive officers, and that beginning May 1, 2023, for a period of 6 months, the base salary for Defendants Mosley and Romano would be reduced by 100%" and that "the Company announced the sudden departure of Jeffrey Nygaard, Seagate's then-Executive Vice President of Operations and Technology, who would leave the Company effective May 1, 2023, less than two weeks after the announcement."  *See* Complaint, ¶ 127.

[271] *See, e.g.*, "F3Q Results: Recovery Pushed as Macro Concerns Weigh on Demand," *Deutsche Bank*, April 20, 2023, p. 2 ("F3Q (Mar) revenues of $1.86b (down -1% q/q and down -34% y/y) were below DBe/Street at $1.95b/$1.97b and below the mid-point of guidance of $2.00b +/- $150m … STX expects F4Q (Jun) revenues of $1.70b +/- $150m (down -9% q/q at the midpoint), below prior DBe/Street of $2.05b.").

[272] Seagate Technology Holdings Public Limited Company, Form 8-K, filed January 25, 2023.

[273] Alleged Misrepresentation Exhibit.

[274] "F3Q Results: Recovery Pushed as Macro Concerns Weigh on Demand," *Deutsche Bank*, April 20, 2023, p. 2.

**Edgewater Research, 4/20/23**:  "Revs and EPS miss. Revs were $1.86B (cons. $1.98/our $1.94B) and EPS -$0.28 (cons. $0.25, our $0.14). Mid-pts of guidance was $2.0B and $0.25. Revs were at the low-end of guidance, STX noted weaker than expected demand from a few large customers late in the quarter; feedback in our research suggested at least two US hyperscaler pulls from JIT/VMI hubs disappointed in March.… Guidance for F4Q well below on revs and EPS. Guidance $1.7B/-$0.20 vs. consensus $2.1B/$0.54 and our $1.94/$0.17. We had modeled revs flattish Q/Q, reflecting the M/M downtick in our build and demand forecasts throughout C1Q.… Inventory correction taking longer, rebound now expected in late CY23. STX had previously guided for Dec'22 quarter to be the bottom for shipments and revenues; reported F3Q/Mar revenues were flattish Q/Q and guidance implies Q/Q declines. Management noted they now see the industry rebound as more likely late in CY23 as the inventory rebalance in nearline is taking longer than anticipated. Feedback in our research is aligned with a late CY23 rebound as more likely/good case scenario; US hyperscale, China hyperscale, and enterprise demand are all noted as tracking softer across datacenter components including HDDs, and customers still appear focused on managing inventory lower."[275]

**BNP Paribas, 4/20/23**:  "Seagate missed MarQ and guided below for JunQ as the inventory digestion and ensuing recovery at hyperscalers and China customers are taking longer than initially thought."[276]

**JP Morgan, 4/20/23**:  "Seagate results missed across the board as management indicated that macroeconomic concerns and the digestion of inventory by cloud and enterprise customers is a larger than expected problem.… **Results were weak.** STX F3Q revenue was $1.86bn which fell well short of the $1.99bn analysts were looking for. The gross margin of 18.7% was also low compared to the consensus estimate of 21.8%. EBITDA was $221mn vs. the Street estimate of $266mn.… **Guide was soft too.** Management said that next quarter revenue would be $1.70bn at the midpoint which missed the $2.08bn estimate. They guided to EPS of $(0.20) which was also below the estimate of +$0.53."[277]

140.     Any stock price decline associated with disappointing performance relative to the fiscal Q3 2023 (ending March 31, 2023) guidance or financial guidance for Seagate's fiscal Q4 2023 (ending June 30, 2023) does not provide evidence of price impact of the Alleged Revenue Driver Misrepresentations due to the reasons discussed below.

---

[275] "STX – Quarter Misses, Guide $1.7B/(-$0.20) vs. $2,1B/$0.54 Cons.; $350M in Restructuring Helps CY24," *Edgewater Research*, April 20, 2023, p. 1 (original emphasis removed).
[276] "Cloud Giveth, and Cloud Taketh Away," *BNP Paribas*, April 20, 2023, p. 1.
[277] "We're Gonna Need a Bigger Boat," *J.P. Morgan*, April 20, 2023, p. 1 (emphasis in original).

141.    *First*, as discussed above, the disappointment regarding Seagate's financial performance was relative to the unchallenged (not alleged to have been false or misleading) guidance for fiscal Q3 2023 (ending March 31, 2023) that did not assume the continuation of HDD sales to Huawei given its timing.  This is not consistent with *new* information regarding the revenue impact of ceasing HDD sales to Huawei causing any stock price decline.

142.    *Second*, as discussed in **Section IX.A**, it was already publicly known that HDD sales to Huawei had been among the factors that drove Seagate's reported revenue prior to October 2021, and the market learned in October 2021 that Seagate's HDD sales to Huawei had ceased. Seagate's revenues thereafter (i.e., starting its fiscal Q2 2022 (October 2, 2021 – December 31, 2021)) did not include HDD revenue from any new shipments to Huawei, nor did Seagate's guidance assume the Company would continue sales of HDDs to Huawei.  Furthermore, it was publicly available information that revenues had declined in every quarter from fiscal Q3 2022 (ending April 1, 2022) to fiscal Q2 2023 (ending December 30, 2022).

143.    *Third*, my review of equity analyst commentary does not reveal analysts questioning management's explanations for Seagate's financial performance or connecting the April 19, 2023 disclosure to any "revelation" of new information about the Alleged Truth Regarding Revenue Drivers.  Instead, analysts commented on the factors identified by management—for example, inventory corrections at U.S. nearline customers, weak demand environment and macroeconomic uncertainty, and pricing pressure and margin compression.  For example:

> **Baird, 4/20/23**:  "Inventory correction at cloud service providers is negatively impacting nearline revenue and is weighting on gross margin."[278]

> **Barclays, 4/20/23**:  "The weaker end of March was due to a customer (likely large cloud player) being more aggressive on pricing, forcing STX to walk away from the deal."[279]

> **Deutsche Bank, 4/20/23**:  "Cloud inventory digestion to continue for at least another two quarters [and] STX's F3Q results and F4Q guidance are well below DBe/Street expectation, as inventory digestion at cloud customers is taking much

---

[278] "Inventory Correction Impact Nearline Rev; Add'l Cost Reduction Measures," *Baird*, April 20, 2023, p. 1 (original emphasis removed).
[279] "Painful Setback," *Barclays*, April 20, 2023, p. 1.

longer than expected. Furthermore, pricing pressure intensified toward the end of F3Q, driving additional downside to EPS."[280]

**Evercore ISI, 4/20/23**:  "Heading into the report we were indeed expecting a more prolonged Mass Capacity inventory digestion period, particularly given signs of pull-ins for Seagate in December Q, but the magnitude of the miss and management's expectation for several more quarters of Nearline EB declines certainly comes as a surprise.… On pricing, Seagate acknowledged a more aggressive posture on pricing amongst certain customers in March Q, with Seagate also opting to walk away from certain deals."[281]

**Morningstar, 4/20/23**:  "March quarter sales dropped 34% year over year and 1% sequentially. Seagate is seeing weakness essentially everywhere as a soft macroeconomic environment weighs on spending. Sales came in at the low end of management's guidance range due to a slower-than-expected recovery for large cloud customers."[282]

**TD Cowen, 4/20/23**:  "Seagate expects revs/EPS to come in at $1.7B/($0.20) well below consensus of $2.05B/$0.54. This is driven by lower than expected shipments to cloud customers and increased pricing pressure in the March quarter."[283]

**Wells Fargo, 4/20/23**:  "Seagate highlighted macroeconomic uncertainties driving caution in Cloud and Enterprise spending, which has prolonged the inventory digestion period and led to weak Nearline demand in the quarter."[284]

**Goldman Sachs, 4/21/23**:  "Concerns: 1) Persistent weakness in Nearline HDD: arguably the biggest surprise from the earnings call was the outlook for the nearline HDD business presented by management. Specifically, in contrast to investors' prior expectations for nearline HDD shipments to bottom either in the March or June quarters, Seagate stated that nearline HDD shipments are likely to decline over the next couple of quarters due to digestion of inventory by the major cloud customers. 2) Pricing pressure: per management commentary, pricing pressure seemed to have intensified toward the end of the quarter. In fact, the rate of price declines on a per bit basis accelerated from -14% yoy in the December quarter to -18% yoy in the March quarter in Mass Capacity, while price/bit declined 15% yoy vs. -10% yoy in the prior quarter in the Legacy segment. 3)

---

[280] "F3Q Results: Recovery Pushed as Macro Concerns Weigh on Demand," *Deutsche Bank*, April 20, 2023, p. 1.

[281] "Still Searching for a Bottom as Nearline Inventory Correction Continues," *Evercore ISI*, April 20, 2023, p. 1–2.

[282] "Seagate Earnings: Poor Profits, Layoffs, and a Legal Settlement Combine for a Disappointing Quarter," *Morningstar*, April 20, 2023, p. 1.

[283] "Focusing on What Can Be Controlled," *TD Cowen*, April 20, 2023, p. 1.

[284] "STX: Nearline HDD Recovery Pushed Out; Still Tough to See Return to +$6/sh. EPS—Maintain EW," *Wells Fargo*, April 20, 2023, p. 2 (original emphasis removed).

Gross margin compression: March quarter non-GAAP gross margin (ex. SBC) of 18.7% missed Street consensus by 340bps."[285]

144.    *Fourth*, Seagate's competitors that ceased their HDD sales to Huawei at the start of the Proposed Class Period also experienced declines in quarterly HDD revenue.  Specifically, as shown in **Exhibit 3**, Seagate experienced a 44.0% decline in quarterly HDD revenue as measured from its fiscal Q1 2022 to fiscal Q3 2023 (i.e., from the quarter ending October 1, 2021, the last quarter in which Seagate sold HDDs to Huawei, to the quarter ending March 31, 2023), while Western Digital and Toshiba experienced similar or greater declines—41.6% and 58.7%, respectively, over the same period.  This finding is consistent with factors other than previously undisclosed information regarding HDD sales to Huawei driving HDD revenue declines.

145.    When discussing their financial results and guidance, Seagate's competitors also noted the factors identified by Seagate's management on April 20, 2023 as drivers of their own revenue declines.  Market commentary noted these factors as well.  For example, during its fiscal Q3 2023 (ending March 31, 2023) earnings call on May 8, 2023, Western Digital's management stated that its fiscal Q3 2023 (ending March 31, 2023) results "reflected the challenging market environment with continued pressure on revenue and profitability."[286]  In particular, Western Digital's management noted that "overall demand will be impacted by ongoing inventory digestion at cloud customers and a sustained decline in client [end market demand]" in the HDD market.[287]  Western Digital's management "expect[ed] HDD revenue to decrease sequentially due to ongoing inventory digestion at cloud customers,"[288] and noted that some big cloud customers were "really in full inventory digestion and [were not] taking anything."[289]  Micron's management also pointed to "inventory adjustments across [its] end markets, slowing demand growth and an extremely challenging pricing environment" as factors impacting its financial results for its fiscal Q2 2023 (ending March 2, 2023).[290]  In an April 30, 2023 report on the

---

[285] "Stay Neutral on Persistent Nearline HDD Weakness and Balance Sheet Concerns; FY3Q EPS Recap," *Goldman Sachs*, April 21, 2023, p. 4 (original emphasis removed).

[286] Edited Transcript – Q3 2023 Western Digital Corp Earnings Call, *Refinitiv StreetEvents*, May 8, 2023, 4:30 PM ET ("Western Digital Fiscal Q3 2023 Earnings Call Transcript"), p. 4.

[287] Western Digital Fiscal Q3 2023 Earnings Call Transcript, p. 3.

[288] Western Digital Fiscal Q3 2023 Earnings Call Transcript, p. 5.

[289] Western Digital Fiscal Q3 2023 Earnings Call Transcript, p. 6.

[290] Edited Transcript – Q2 2023 Micron Technology Inc Earnings Call, *Refinitiv StreetEvents*, March 28, 2023, 4:30 PM ET, p. 3.

memory and storage industry, a Deutsche Bank analyst noted that "[d]emand trends in [calendar] 1Q [2023] were incrementally more negative as memory companies [(i.e., Micron, Samsung, and SK hynix)] dealt with inventory adjustments in servers/data centers (continuing in full force) as well as further weakness in smartphones/PCs."[291]

Executed this 10th day of February, 2026

Paul Zurek, Ph.D.

---

[291] "What We Learned from This Earnings Season," *Deutsche Bank*, April 30, 2023, p. 1.

**Appendix A**

# PAUL ZUREK, Ph.D.
## Vice President

**Cornerstone Research**
Two Embarcadero Center, 20th Floor • San Francisco, CA 94111
415.229.8225 • mobile 917.434.7602
pzurek@cornerstone.com

## ACADEMIC BACKGROUND

| | | |
|---|---|---|
| 2002 – 2008 | **The Wharton School, University of Pennsylvania** | Philadelphia, Pennsylvania |

*Ph.D. and M.A. in Finance*

Research interests include valuation, asset pricing, financial econometrics and financial institutions risk management.

| | | |
|---|---|---|
| 1998 – 2002 | **The Wharton School, University of Pennsylvania** | Philadelphia, Pennsylvania |

*B.S. in Economics, Concentration in Finance, Minor in Mathematics, Summa Cum Laude*

## PROFESSIONAL EXPERIENCE

**7/08 – Present    Cornerstone Research, Inc.**                    New York and San Francisco
*Vice President*

Experience conducting financial and economic analysis for financial institution and other corporate and individual clients in complex litigation, including securities, valuation, appraisal, market structure, market manipulation, hedge funds, PE and investment management, international arbitration, financial fraud, risk management, and government investigations.  Design and oversee development of quantitative analysis models. Provide testimony and presentation of findings to regulators and arbitration panels.

**2023 – Present    Stanford University Law School**                    Palo Alto, California
Lecturer in Law, teaching Corporate Finance and Valuation

**6/10 – 03/11    United Poles Federal Credit Union**                    Perth Amboy, New Jersey
*Director and ALCO Committee Member*
Member of the Board of Directors.  Advised on issues of strategy and risk.

**9/02 – 12/07    Kimberton International Associates – The Banking Group**    Kimberton, Pennsylvania
*Senior Consultant*
Designed executive education programs for banking and financial services.  Taught seminars on financial institutions risk management, macroeconomics, banking, and general business management.  Worked with clients in the United States, Europe and Latin America.

**5/01 – 8/01    Credit Suisse First Boston**                    San Francisco, California
*Mergers & Acquisitions Summer Analyst*
Assisted in transactions during both preparatory and due-diligence stages.  Performed financial statement, precedent transaction and comparable company analysis.  Updated league tables and analyzed revenue, market share and headcount trends in the Technology M&A Group.

**Appendix A**

---

**TEACHING EXPERIENCE**

| | |
|---|---|
| Stanford Law School<br>Lecturer, teaching Corporate Finance and Valuation | 2023 – 2026 |
| Wharton / Ping An Bank Executive Education Program<br>Taught global economics and credit risk modeling in Beijing, China. | 2015 |
| Wharton China Asset Management Company Executive Development Program<br>*Taught global financial markets and market microstructure.* | 2011 |
| Risk Management Association and Wharton Advanced Risk Management Program<br>*Instructor (2007–2009*) *and Academic Co-Director (2009)* | 2007 – 2009 |
| Wharton Hana Financial Hana Leaders Academy Global Course<br>*Instructor in Risk Management* | 2008 |
| Merrill Lynch Investment Banking Institute<br>*Teaching Assistant* | 2006, 2007 |
| Investment Management, Derivative Securities, International Banking,<br>Venture Capital, Corporate Finance, Macroeconomics, Microeconomics<br>*Teaching Assistant* | 2002 – 2008 |

**RESEARCH AND PUBLICATIONS**

"Momentum and Long-Run Risks," Working Paper, *The Wharton School*, November 2007.

"Essays on Asset Pricing," Doctoral Dissertation, *The University of Pennsylvania*, 2008.

The Guide to Damages in International Arbitration. Chapter 16: Market Approach or Comparables (with José Alberro), 1st Edition, November 2016, 2nd Edition, December 2017, 3rd Edition, November 2018.

Commodities: Markets, Performance, Strategies. Chapter 14: Commodity Mutual Funds (with Gustavo Camilo and Janko Cizel), Oxford University Press 2018.

"Collateralized loan obligations in the age of COVID-19" (with Y. Cao and M. Vasconcelos), Thomson Reuters Westlaw Expert Analysis, June 22, 2020.

"Determining 'Fair Value' in Cayman Islands Appraisal Cases: Evolution of Valuation Approaches" (with M. Lord and A. Vasaly), Cornerstone Research Article, October 2025.

"M&A Litigation Settlements in the Delaware Court of Chancery" (with I. Salitskiy, F. Schneider, and B. Shang), Cornerstone Research Review & Analysis, October 2025.

**Appendix A**

---

## HONORS AND AWARDS

| | |
|---|---|
| Outstanding Doctoral Student Paper Award at the Southern Finance Association Annual Meeting, Western Finance Association Doctoral Student Travel Grant | 2008 |
| Weiss Center for International Financial Research Summer Fellowship | 2007 |
| Dean's Fellowship for Distinguished Merit | 2002 |
| Class of 1939 Fellowship | 2002 |

## INVITED AND CONFERENCE PRESENTATIONS, SPEAKING ENGAGEMENTS

| | |
|---|---|
| "Delaware Shareholder Litigation," invited lecture, Corporate Finance, Professor Prasad Krishnamurthy, Berkeley Law School | 2023 |
| "Securities Litigation Trends in 2022: Notable Developments and Challenges" webcast, The Knowledge Group | 2022 |
| "The Rise of Special Purpose Acquisition Companies (SPACs): How to Minimize Securities Litigation Risks" webcast, The Knowledge Group | 2021 |
| "Trends and Updates on Class Action Litigation: Hot Buttons During the COVID-19 Crisis," webcast, The Knowledge Group | 2020 |
| "Discussion: Loss Causation in a Bear Market: The Economists' Perspective," Chicago Bar Association Securities Law Committee | 2020 |
| "The Evolving Securities Litigation Landscape:  Recent Trends and Updates You Need to Know," webcast, The Knowledge Group | 2020 |
| "Effective Use of Statistical Evidence in Class Action Litigation: Practical Guide in 2019," webcast, The Knowledge Group | 2019 |
| "Securities Litigation in 2019:  Winning Tips and Strategies," webcast, The Knowledge Group | 2019 |
| "Proving and Determining Damages in International Arbitration: Methods, Trends and Best Practices," webcast, The Knowledge Group | 2019 |
| Cambridge Forums Forum on Securities Litigation, panel speaker. | 2019 |
| Western Finance Association Annual Meeting, Southern Finance Association Annual Meeting, Drexel University, Ohio State University, University of Iowa, University of Minnesota, University of Notre Dame, Virginia Polytechnic Institute and State University | 2008 |
| The Wharton School | 2007 |

## CONFERENCE PARTICIPATION

| | |
|---|---|
| UNC Jackson Hole Finance Group Conference | 2026 |
| Wharton Rodney L. White Center for Financial Research Conference on Financial Decisions and Asset Markets[*] | 2019 |
| American Finance Association Annual Meeting | 2008, 2009, 2011 – 2020 |
| Western Finance Association Annual Meeting[*] | 2008, 2016 – 2018 |
| NYU Five Star Conference in Finance | 2012 |
| Wharton FIC and Oliver Wyman's Risk Roundtable | 2003, 2011 |

**Appendix A**

---

| | |
|---|---|
| Southern Finance Association Annual Meeting[*], Mid-Atlantic Research Conference in Finance[*] | 2008 |
| Mid-Atlantic Research Conference in Finance[*],<br>Wharton FIC and Oliver Wyman's Risk Roundtable | 2007 |
| NBER's Asset Pricing Program Meeting | 2006 |
| The Philadelphia Fed Policy Forum | 2003 |
| NSF/NBER Time Series Conference | 2002 |

* Paper Discussant or Presenter

## OTHER PAST ACTIVITIES

Referee for the Journal of Economic Dynamics and Control and Finance Research Letters.  Fellow at the Wharton Financial Institutions Center.

CONFIDENTIAL

**Appendix A**

___

**TESTIMONY AND EXPERT REPORTS**

In the Matter of Deutsche Bank Securities, Inc. (SEC administrative proceeding 3-17730), presentation to the SEC and NY AG, June 2015.

Pattelli v. Lending Club Corporation (American Arbitration Association), testimony, January 2016.

In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation (MDL No. 2672 CRB (JSC), USDC ND California), expert declaration, August 2016.

Confidential expert reports submitted to the SEC regarding execution quality in FX markets, September 2016 and October 2016.

B.K. et al v. Gregory McKay (2:15-cv-00185, USDC District of Arizona), expert report, December 2017.

MidCoast Council and Division CCMF Ltd. v. Fitch Ratings, Inc., Federal Court of Australia, New South Wales (NSD995 of 2014), expert reports, June 2018 and February 2019, expert conclave and joint expert report, June 2019.

In Re: RH Securities Litigation (4:17-cv-00554, USDC ND California), expert report, August 2018, deposition, September 2018.

Public Employees' Retirement System of Mississippi v. Treehouse Foods, Inc. et al (1:16-cv-10632, USDC ND Illinois), expert report, October 2018, deposition, April 2019.

Aaron Booth and Cody Tucker on behalf of themselves and all others similarly situated v. Galveston County, Texas, et al (3:18-cv-104, USDC SD Texas), two expert declarations and deposition, January 2019.

Brian C. Schartz, On Behalf of Himself and All Others Similarly Situated and Derivatively on Behalf of Nominal Defendant The Female Health Company v. O.B. Parrish, et al (2016CH14488 and 2016CH13815, Circuit Court of Cook County, Illinois, County Department, Chancery Division), expert report, February 2019, deposition, March 2019.

In Re: Spectrum Pharmaceuticals, Inc. Securities Litigation (2:16-cv-02279, USDC District of Nevada), expert report, March 2019.

Trevor Mild, Individually and on Behalf of All Others Similarly Situated v. PPG Industries, Inc., Michael H. McGarry, Vincent J. Morales, and Mark C. Kelly (2:18-cv-04231, USDC CD California), expert report and deposition, April 2019.

In Re: Novo Nordisk Securities Litigation (3:17-cv-00209, USDC District of New Jersey), expert report, June 2019, deposition, July 2019.

Christakis Vrakas et al v. United States Steel Corporation et al (2:17-cv-00579, USDC WD Pennsylvania), expert report and deposition, June 2019.

Margaret Tinsley, et al v. Michael Faust, et al (2:15-cv-00185, USDC District of Arizona), expert reports, October and November 2019, deposition, January 2020.

In re Health Insurance Innovations Securities Litigation (8:17-cv-02186, USDC MD Florida), expert report, January 2020, deposition, February 2020.

Frederic Haghebaert, Individually and On Behalf of All Others Similarly Situated v. Tandy Leather Factory, Inc., Janet Carr, Tina L. Castillo, and Shannon L. Greene (4:19-cv-01000, USDC ND Texas), expert declaration, February 2020.

Matt Karinski v. Stamps.com, Inc. et al (2:19-cv-01828, USDC CD California), expert report, August 2020, deposition, October 2020.

**Appendix A**

Matt Wolther, individually and on behalf of all others similarly situated v. Shubham Maheshwari et al (18CV329690, Superior Court of the State of California, County of Santa Clara), expert report, February 2021.

Cambridge Retirement System, Individually and On Behalf of All Others Similarly Situated v. Amneal Pharmaceuticals, Inc. et al (SOM-L-1701-19, Superior Court of New Jersey, Law Division, Somerset County), expert report, March 2021.

Indiana Public Retirement System, Individually and on Behalf of All Others Similarly Situated v. Michael T. Cartwright, Kirk R. Manz, and Andrew W. McWilliams (3:19-cv-00407, USDC MD Tennessee), expert report, September 2021, deposition, June 2022.

Shela Camenisch and Dale Dean; Luna Baron; and Eva King, Individually and as Trustee of the Eva M. King Trust, individually and on behalf of all others similarly situated v. Umpqua Bank (3:20-cv-5905-RS, USDC ND California), expert report, March 2022, deposition, April 2022.

Lewis Stein, Individually and on Behalf of All Others Similarly Situated v. U.S. Xpress Enterprises, Inc. et al (1:19-cv-00098, USDC ED Tennessee), expert report, October 2022, deposition, November 2022.

In Re Maxar Technologies, Inc. Shareholder Litigation (19CV357070, Superior Court of the State of California, County of Santa Clara), expert report, December 2022.

In Re Jernigan Capital, Inc. Securities Litigation (1:20-cv-09575, USDC SD New York), expert report, February 2023, deposition, March 2023.

In Re Fibrogen Inc. Securities Litigation (3:21-cv-02623, USDC ND California), expert report, May 2023, deposition June 2023.

RSBIX Corp. v. Eris Exchange LLC and Eris Clearing LLC (American Arbitration Association), expert report, May 2023, hearing testimony, June 2023.

Barbara Strougo, individually and on behalf of all others similarly situated v. Mallinckrodt Public Limited Company et al (3:20-cv-10100, USDC District of New Jersey), expert report, June 2023, deposition, August 2023.

L-5 Healthcare Partners, LLC v. Alphatec Holdings, Inc. (2019-0412-NAC, Court of Chancery of the State of Delaware), expert report, September 2023 and October 2023, deposition, November 2023, trial testimony, January 2024.

Virgo Ventures Liquidating Trust et al v. Daniel Rosenberg et al (2019 L 011889, Circuit Court of Cook County, Illinois, County Department, Law Division), expert report, December 2023, March 2024.

Michael Pardi, individually and on behalf of all others similarly situated v. Tricida, Inc. and Gerritt Klaerner (4:21-cv-00076, USDC ND California), expert report, July 2024.

David Hall and Marta Hall v. Jeffrey Vetter, Michael Dee, Anand Gopalan, James Graf, Andrew Hamer, Julie Levenson, Michael Vella, and Does 1 through 30 (JAMS Arbitration), expert report, December 2024, deposition, January 2025.

San Antonio Fire and Police Pension Fund v. Dentsply Sirona Inc. et al (1:22-cv-06339, USDC SD New York), expert report, December 2024.

Dan Sills and George Dick, individually and on behalf of all others similarly situated v. United Natural Foods, Inc. et al (1:23-cv-02364, USDC SD New York), expert reports, June 2025 and October 2025, deposition August 2025.

In Re NVIDIA Corporation Securities Litigation (4:18-cv-07669, USDC ND California), expert report, September 2025, deposition, October 2025.

CONFIDENTIAL

**Appendix A**

City of Warwick Retirement System, Individually and On Behalf of All Others Similarly Situated v. Catalent, Inc. et al (3:23-cv-01108, USDC District of New Jersey), expert report, October 2025.

**Appendix B**

# Documents Relied Upon List

**Academic Articles**

- Asquith, Paul, et al., "Short Interest, Institutional Ownership, and Stock Returns," *Journal of Financial Economics* 78, no. 2, 2005, pp. 243–276

- Busse, Jeffrey, A. and T. Clifton Green, "Market Efficiency in Real Time," *Journal of Financial Economics* 65, no. 3, 2002, pp. 415–437

- Chordia, Tarun, et al., "Evidence on the Speed of Convergence to Market Efficiency," *Journal of Financial Economics* 76, no. 2, 2005, pp. 271–292

- Drienko, Jozef, and Stephen J. Sault, "The Intraday Impact of Company Responses to Exchange Queries," *Journal of Banking & Finance* 37, no. 12, 2013, pp. 4810–4819

- Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance* 25, no. 2, 1970, pp. 383–417

- Fama, Eugene F., "Efficient Capital Markets: II," *The Journal of Finance* 46, no. 5, 1991, pp. 1575–1617

- Grossman, Sanford, "On the Efficiency of Competitive Stock Markets Where Trades Have Diverse Information," *The Journal of Finance* 31, no. 2, 1976, pp. 573–585

- MacKinlay, A. Craig, "Event Studies in Economics and Finance," *Journal of Economic Literature* 35, no. 1, 1997, pp. 13–39

- Radner, Roy, "Rational Expectations Equilibrium: Generic Existence and the Information Revealed by Prices," *Econometrica* 47, no. 3, 1979, pp. 655–678

**Analyst Reports**

Analyst reports published from May 1, 2020 through June 30, 2023 that were either provided by Counsel or purchased from Capital IQ and LSEG. Analyst reports are from the following contributors: Argus Research, Baird, Bank of America, Barclays, Benchmark, Bernstein, BMO Capital Markets, BNP Paribas, Citi, Cleveland Research, Cowen, Craig-Hallum, Credit Suisse, Cross Research, Deutsche Bank, Edgewater Research, Evercore ISI, Fox Advisors, Goldman Sachs, J.P. Morgan, KeyBanc, Longbow Research, Loop Capital, Mizuho, Morgan Stanley, Morningstar, Needham, Northland, Oppenheimer, RBC Capital Markets, Rosenblatt, S&P Global, Stifel, Streetwise, Summit Insights Group, Susquehanna, TD Cowen, UBS, Wedbush, Wells Fargo, Wolfe Research, and Zacks Investment Research.

Analyst reports include the following analyst reports specifically cited in this report:

- "2FQ21 Preview – End Markets Improving; Nidec Lawsuit a New Concern," *Wedbush*, January 20, 2021

- "A Miss-and-Miss, But Will Inventory Adjustments Be Done in One Quarter?" *Deutsche Bank*, July 21, 2022

**Appendix B**

- "A Murkier Near-Term than Expected; Reduce Rating to Equal-Weight," *Fox Advisors*, July 22, 2022

- "A Perfect Storm," *Evercore ISI*, October 26, 2022

- "Adjust Model Post Updated Guidance," *UBS*, March 8, 2022

- "Another Cut Exposes More Questions than Answers," *Barclays*, October 26, 2022

- "Another Step Closer to 'The Bottom,'" *Cowen*, October 26, 2022

- "Big Guide Down Validates Our Concerns," *Citi*, July 22, 2022

- "BIS Settlement May Help to Clear the Decks," *UBS*, April 19, 2023

- "Cloud Giveth, and Cloud Taketh Away," *BNP Paribas*, April 20, 2023

- "Controlling the Controllables," *BNP Paribas*, October 26, 2022

- "Could STX & WDC Really See a Mar Q Hyperscale Turn?" *Loop Capital*, October 31, 2022

- "Daily Views on Tech Headlines," *Wedbush*, April 20, 2023

- "DB Tech Conference Takeaways," *Deutsche Bank*, September 14, 2020

- "Dec Should Be the Trough, But Risk Factors Are Elevated," *Morgan Stanley*, October 26, 2022

- "Discontinuing Research Coverage," *Craig-Hallum*, October 26, 2022

- "Doing the Right Actions to Right Size Supply to Demand," *Citi*, October 27, 2022

- "Don't Hate the Player, Hate the Macro," *Loop Capital*, April 21, 2023

- "Downgrade to Neutral: New Risks Offset an Otherwise Solid Recovery Story," *UBS*, October 27, 2022

- "End Markets Remain Weak; Timing of Recovery Delayed," *Bank of America*, April 21, 2023

- "F1Q23 Review; Inventory Correction Underway, Question on Duration with HAMR on the Horizon," *Credit Suisse*, October 26, 2022

- "F3Q Results: Recovery Pushed as Macro Concerns Weigh on Demand," *Deutsche Bank*, April 20, 2023

- "F3Q23 Quick Take; Inventory Correction Continues, Requiring Incremental Restructuring," *Credit Suisse*, April 19, 2023

- "Fireside Chat Highlights Near-Term Pressures," *Morgan Stanley*, March 8, 2022

- "Focusing on What Can Be Controlled," *TD Cowen*, April 20, 2023

- "Global Memory & HDD: Storing the Data Explosion - A Tale of Two Technologies. Initiating on WDC (O, TP $60) and STX (M, TP $45)," *Bernstein*, July 15, 2020

- "GM Bottoming; Rev Likely Near a Bottom," *Baird*, October 26, 2022

**Appendix B**

- "Gross Margin Improvement Still Elusive in December Q Guide," *Evercore ISI*, October 22, 2020

- "HAMR Progress a Silver Lining in a Disappointing Report," *Wedbush*, July 22, 2022

- "Inventory Correction Impact Nearline Rev; Add'l Cost Reduction Measures," *Baird*, April 20, 2023

- "Inventory Deleveraging, Weak Consumer Impacts Rev; GM Stable Near Term," *Baird*, July 22, 2022

- "Is Dec qtr the Bottom? PO to $70," *Bank of America*, October 26, 2022

- "Last Week in Hardware – What Will Intel Do?" *Wedbush*, March 20, 2021

- "Lifting Our Forecasts, but Struggling with Relative Valuation," *Wedbush*, March 22, 2021

- "Lowering Estimates on Near-Term Revenue and Margin Headwinds," *Bank of America*, March 9, 2022

- "Memory Monthly: Huawei Throws Cold Water on a Recovery," *Cowen*, June 6, 2019

- "More Declines Expected," *J.P. Morgan*, October 26, 2022

- "Multiple Macro Headwinds Leading to Inventory Correction. Downgrading Shares to HOLD and Lowering Price Target to $79," *Craig-Hallum*, July 22, 2022

- "Nearline Inflection Pushed Out Coupled with Pricing Pressure from Cloud Customers Leaves CY23 as More of a Transition Year, Similar to Peers, vs. Hopes of an Earlier Recovery," *Barclays*, April 20, 2023

- "Nearline Inventory Digestion Begins in HDDs," *Cowen*, July 21, 2022

- "Near-Term Headwinds Persist but Longer Term Outlook Remains Optimistic. Maintaining Our BUY Rating While Lowering Price Target to $60," *Craig-Hallum*, July 29, 2020

- "Near-Term Reset Deeper than Expected, But Growth & Margin Expansion Thesis Remains Intact," *Evercore ISI*, July 21, 2022

- "Painful Setback," *Barclays*, April 20, 2023

- "Recovery Pushout & Elevated Uncertainty Drives Us Back to the Sidelines; Downgrade to EW," *Morgan Stanley*, April 20, 2023

- "Seagate & Western Digital's Results, TSR's HDD Shipment Data: Implications for Japanese Stocks," *Credit Suisse*, May 12, 2022

- "Seagate Earnings: Poor Profits, Layoffs, and a Legal Settlement Combine for a Disappointing Quarter," *Morningstar*, April 20, 2023

- "Seagate Is a HDD Pure-Play, Leading to Cyclical Results and Eroding a Moat," *Morningstar*, April 20, 2023

**Appendix B**

- "Seagate Now Expects F3Q22 to Be at the Low End of Guidance, Adjusting Forecast," *Benchmark*, March 9, 2022

- "Seagate Technology Discontinuing Research Coverage," *Craig-Hallum*, October 26, 2022

- "Seagate: Thesis Playing Out; Recovery Timeline Extended/Breaching Debt Covenants," *Susquehanna*, April 20, 2023

- "Seagate: US Hyperscale Digestion Is Here, Debt Covenants Next Downside Risk," *Susquehanna*, October 26, 2022

- "Settlement Reached with BIS on Alleged EAR Violations," *Evercore ISI*, April 19, 2023

- "Sidestepping Larger Concerns Despite Macro Challenges," *Wedbush*, April 20, 2023

- "Slow Start to the Quarter in China. Management Lowers Q3 Outlook to Low End of Guidance Range. Maintaining Our BUY Rating and $112 Price Target," *Craig-Hallum*, March 9, 2022

- "Slowdown and Inventory Builds Create a Pause and Softer F23E, Lower Ests/PT," *Mizuho*, October 26, 2022

- "Some Incremental FQ3E (Mar) Headwinds," *Fox Advisors*, March 9, 2022

- "Stay Neutral on Persistent Nearline HDD Weakness and Balance Sheet Concerns; FY3Q EPS Recap," *Goldman Sachs*, April 21, 2023

- "Still Searching for a Bottom as Nearline Inventory Correction Continues," *Evercore ISI*, April 20, 2023

- "STX - ALERT: Company Maintains Constructive View on 2H Demand Recovery," *KeyBanc*, June 13, 2019

- "STX – Quarter Misses, Guide $1.7B/(-$0.20) vs. $2,1B/$0.54 Cons.; $350M in Restructuring Helps CY24," *Edgewater Research*, April 20, 2023

- "STX It Is Always Darkest Before the Dawn," *Northland*, October 27, 2022

- "STX & WDC: What We're Thinking About into F1Q22 (Sept '21) Results," *Wells Fargo*, October 18, 2021

- "STX/WDC: HDD TAM Finished at High-End of Raised Tgts, Nearline Better for C4Q/C1Q With STX Primary Beneficiary," *Edgewater Research*, January 20, 2021

- "STX/WDC: HDD TAM Tracking Better Across Most End Markets ex-Nearline/Cloud Which Is More In-Line; Pickup in Cloud Expected by C2Q21," *Edgewater Research*, November 30, 2020

- "STX: $300M Settlement with Department of Commerce (Re: Huawei)—Positive; F3Q23 Earnings Call Pre-Market Tomorrow," *Wells Fargo*, April 19, 2023

- "STX: June-Q Misses and Sept-Q Guided Below on Demand/Macro Headwinds and Customer Digestion in Nearline," *Cleveland Research*, July 22, 2022

**Appendix B**

- "STX: Nearline HDD Recovery Pushed Out; Still Tough to See Return to +$6/sh. EPS—Maintain EW," *Wells Fargo*, April 20, 2023

- "STX: Nearline Momentum Continues; Confidence in Sustainable 30%+ GM% w/ Increased F2022 Rev. Outlook (Low SD% Growth)," *Wells Fargo*, October 22, 2021

- "STX: Positive Virtual Mtgs w/ CFO; 16TB+ Common Platform Underappreciated," *Wells Fargo*, May 18, 2020

- "STX: See Mar-Q Upside and Improved 2021 Outlook on Strong 16TB Demand & Better Position on 18TB – Margin Pressure a Partial Offset," *Cleveland Research*, March 11, 2021

- "STX: Sept & Guide Below on Worse Nearline Digestion & Macro; Production Cuts + Underutilization Weighing on Margins Near-Term," *Cleveland Research*, October 26, 2022

- "STX: Slight March Quarter Guidance Revision Due to Tactical Issues," *Rosenblatt*, March 8, 2022

- "STX: US Commerce Department Bureau of Industry & Security (BIS) Looking into Seagate's Sales to Huawei?" *Wells Fargo*, March 18, 2021

- "Takeaways from Industry HDD Data," *Deutsche Bank*, February 9, 2021

- "The Correction in the Mirror May Be Larger than It Appears," *Wedbush*, October 26, 2022

- "US Commerce Fact-Finding Inquiry into Sales of HDDs to Huawei—Focus on Seagate (See Letter Link Below)," *Wells Fargo*, May 11, 2021

- "WDC: CEO Comments on Huawei Exposure (10%-20% of Flash Revenue) … and More," *Wells Fargo*, June 5, 2019

- "WDC: Mtgs w/CFO - Improving Flash Pricing, eSSD & 18TB HDD Ramp Ahead, &Normalizing GM% (30%+ HDDs & Mid-30%+ Flash)," *Wells Fargo*, March 11, 2021

- "Weekly Muse-ings: A Busy Second Week of Earnings (TXN, TER, STX, QCOM, MTSI, WDC, INTC, KLAC)," *Evercore ISI*, April 23, 2022

- "Weekly Muse-ings: A Look at Second Week of Earnings (TXN, INTC, LRCX, STX, TER, MTSI, WDC, and KLAC)," *Evercore ISI*, January 22, 2022

- "Weekly Muse-ings: Busy Week of Earnings (TXN, TER, STX, KLAC, WOLF, WDC, INTC)," *Evercore ISI*, October 22, 2022

- "Weekly Muse-ings: Previewing ASML & STX," *Evercore ISI*, July 16, 2022

- "We're Gonna Need a Bigger Boat," *J.P. Morgan*, April 20, 2023

- "What We Learned from This Earnings Season," *Deutsche Bank*, July 31, 2022

- "Will Demand Rebound in F2H23 After Near-Term Inventory Correction?" *Morgan Stanley*, July 22, 2022

**Appendix B**

## Books and Book Chapters

- Berk, Jonathan, and Peter DeMarzo, *Corporate Finance*, Global Edition, Fourth Edition (Essex, England: Pearson Education Limited, 2017)

- Berk, Jonathan, et al., *Fundamentals of Corporate Finance*, Fourth Edition (Harlow, UK: Pearson Education, Inc., 2019)

- Brealey, Richard A., et al. *Principles of Corporate Finance*, Twelfth Edition (New York, NY: McGraw-Hill /Irwin, 2017)

- Campbell, John Y., et al., *The Econometrics of Financial Markets* (Princeton, NJ: Princeton University Press, 1997)

- Kaye, David H., and David A. Freedman, "Reference Guide on Statistics," in *Reference Manual on Scientific Evidence*, Third Edition (Washington, DC: The National Academies Press, 2011)

- Malkiel, Burton G., "Efficient Market Hypothesis," in *Finance*, eds. John Eatwell, Murray Milgate, and Peter Newman (London, UK: Palgrave Macmillan, 1989)

- Ross, Stephen A., et al., *Corporate Finance*, Seventh Edition (New York, NY: McGraw-Hill/Irwin, 2005)

## Data

- Factiva
- LSEG Workspace
- Tick Data

## Depositions

- Deposition of Matthew D. Cain, January 30, 2026

## Earnings Call and Investor Conference Transcripts and Presentations

- Edited Transcript – Q2 2022 Micron Technology Inc Earnings Call, *Refinitiv StreetEvents*, March 29, 2022, 4:30 PM ET

- Edited Transcript – Q3 2022 Micron Technology Inc Earnings Call, *Refinitiv StreetEvents*, June 30, 2022, 4:30 PM ET

- Edited Transcript – Q4 2022 Micron Technology Inc Earnings Call, *Refinitiv StreetEvents*, September 29, 2022, 4:30 PM ET

- Edited Transcript – Q2 2023 Micron Technology Inc Earnings Call, *Refinitiv StreetEvents*, March 28, 2023, 4:30 PM ET

- Seagate Technology Plc (STX) Q4 2019 Earnings Call, *FactSet*, August 2, 2019

Appendix B

- Edited Transcript – Seagate Technology PLC at Deutsche Bank's 2020 Technology Conference, *Refinitiv StreetEvents*, September 14, 2020, 5:20 PM ET

- Edited Transcript – Q1 2021 Seagate Technology Holdings PLC Earnings Call, *Refinitiv StreetEvents*, October 22, 2020, 4:30 PM ET

- Edited Transcript – Q2 2021 Seagate Technology Holdings PLC Earnings Call, Refinitiv *StreetEvents*, January 21, 2021, 4:30 PM ET

- Edited Transcript – Q3 2021 Seagate Technology Holdings PLC Earnings Call, Refinitiv *StreetEvents*, April 22, 2021, 4:30 PM ET

- Edited Transcript – Seagate Technology Holdings PLC at Bank of America Global Technology Conference (Virtual), *Refinitiv StreetEvents*, June 8, 2021, 11:30 AM ET

- Edited Transcript – Q4 2021 Seagate Technology Holdings PLC Earnings Call, *Refinitiv StreetEvents*, July 21, 2021, 9:00 AM ET

- Edited Transcript – Q1 2022 Seagate Technology Holdings PLC Earnings Call, *Refinitiv StreetEvents*, October 22, 2021 9:00 AM ET

- Edited Transcript – Q2 2022 Seagate Technology Holdings PLC Earnings Call, *Refinitiv StreetEvents*, January 26, 2022, 4:30 PM ET

- Edited Transcript – Seagate Technology Holdings PLC at Morgan Stanley Technology, Media, and Telecom Conference (Virtual), *Refinitiv StreetEvents*, March 8, 2022, 12:45 PM ET

- Edited Transcript – Q3 2022 Seagate Technology Holdings PLC Earnings Call, Refinitiv *StreetEvents*, April 27, 2022, 9:00 AM ET

- Edited Transcript – Q4 2022 Seagate Technology Holdings PLC Earnings Call, Refinitiv *StreetEvents*, July 7, 2022, 5:00 PM ET

- Edited Transcript – Q1 2023 Seagate Technology Holdings PLC Earnings Call, Refinitiv *StreetEvents*, October 26, 2022, 9:00 AM ET

- Edited Transcript – Q2 2023 Seagate Technology Holdings PLC Earnings Call, Refinitiv *StreetEvents*, January 25, 2023, 5:00 PM ET

- Edited Transcript – Q3 2023 Seagate Technology Holdings PLC Earnings Call, Refinitiv *StreetEvents*, April 20, 2023, 9:00 AM ET

- Seagate Technology Holdings plc Earnings Presentation Fiscal Q1 2021

- Seagate Technology Holdings plc Earnings Presentation Fiscal Q2 2021

- Seagate Technology Holdings plc Earnings Presentation Fiscal Q3 2021

- Seagate Technology Holdings plc Earnings Presentation Fiscal Q4 2021

- Seagate Technology Holdings plc Earnings Presentation Fiscal Q1 2022

- Seagate Technology Holdings plc Earnings Presentation Fiscal Q2 2022

- Seagate Technology Holdings plc Earnings Presentation Fiscal Q3 2022

**Appendix B**

- Seagate Technology Holdings plc Earnings Presentation Fiscal Q4 2022

- Seagate Technology Holdings plc Earnings Presentation Fiscal Q1 2023

- Seagate Technology Holdings plc Earnings Presentation Fiscal Q2 2023

- Seagate Technology Holdings plc Earnings Presentation Fiscal Q3 2023

- Toshiba Corporation Earnings Presentation Fiscal Q2 2021

- Toshiba Corporation Earnings Presentation Fiscal Q3 2021

- Toshiba Corporation Earnings Presentation Fiscal Year 2021

- Toshiba Corporation Earnings Presentation Fiscal Q1 2022

- Toshiba Corporation Earnings Presentation Fiscal Q2 2022

- Toshiba Corporation Earnings Presentation Fiscal Q3 2022

- Toshiba Corporation Earnings Presentation Fiscal Year 2022

- Edited Transcript – Western Digital Corp at Deutsche Bank Virtual Technology Conference, *Refinitiv StreetEvents*, September 14, 2020, 4:00 PM ET

- Edited Transcript – Q3 2022 Western Digital Corp Earnings Call, *Refinitiv StreetEvents*, April 28, 2022, 4:30 PM ET

- Edited Transcript – Q4 2022 Western Digital Corp Earnings Call, *Refinitiv StreetEvents*, August 5, 2022, 8:30 AM ET

- Edited Transcript – Q1 2023 Western Digital Corp Earnings Call, *Refinitiv StreetEvents*, October 27, 2022, 8:30 AM ET

- Edited Transcript – Q3 2023 Western Digital Corp Earnings Call, *Refinitiv StreetEvents*, May 8, 2023, 4:30 PM ET

**Expert Reports**

- Expert Report of Matthew Cain, December 16, 2025, including materials produced therewith (LPs_CAIN_0000001–2006)

**Legal Documents**

- Consolidated Amended Class Action Complaint for Violations of Federal Securities Laws, *In re Seagate Technology Holdings plc Securities Litigation*, September 12, 2024

- Defendants' Materially False and Misleading Statements Concerning Seagate's Compliance with the FDPR, *In re Seagate Technology Holdings plc Securities Litigation*, September 25, 2024

- Lead Plaintiffs' Notice of Motion and Motion for Class Certification, Appointment of Class Representatives, and Approval of Class Counsel, *In re Seagate Technology Holdings plc Securities Litigation*, December 16, 2025

- Order Granting in Part and Denying in Part Motion to Dismiss, *In re Seagate Technology Holdings plc Securities Litigation*, May 12, 2025

## Public Press and Industry Publications

- Adi Robertson, "Seagate Violated Sanctions by Selling Hard Drives to Huawei, Says Senate Committee," *The Verge*, October 26, 2021, https://www.theverge.com/2021/10/26/22746603/seagate-huawei-hard-drive-sales-sanctions-violations-report-congress

- Anne Summerhays, "Wicker Released Report Suggesting Seagate Technology Violated Huawei-Related Rule," *Magnolia Tribune*, October 26, 2021, https://magnoliatribune.com/2021/10/26/wicker-released-report-suggesting-seagate-technology-violated-huawei-related-rule/

- Anton Shilov, "Western Digital, Seagate Differ on Selling Hard Drives to Huawei," *Tom's Hardware*, September 23, 2020, https://www.tomshardware.com/news/the-curious-case-of-storage-devices-and-huawei

- Bill Gertz, "Seagate Chip Sales to China's Huawei Investigated," *The Washington Times*, March 17, 2021, https://www.washingtontimes.com/news/2021/mar/17/seagate-chip-sales-to-chinas-huawei-investigated/

- Bill Gertz, "Seagate Probed on Chip Sales to Huawei," *The Washington Times*, March 17, 2021, https://web.archive.org/web/20210317204809/https://www.washingtontimes.com/news/2021/mar/17/seagate-chip-sales-to-chinas-huawei-investigated/

- Dan Strumpf, "Seagate Broke Export Curbs by Supplying Huawei, Senate Republicans Say," *The Wall Street Journal*, October 26, 2021, https://www.wsj.com/business/telecom/seagate-broke-export-curbs-by-supplying-huawei-senate-republicans-say-11635254101

- Stephanie Susnjara and Ian Smalley, "Flash versus SSD Storage: What's the Difference?" *IBM Think*, December 17, 2025, https://www.ibm.com/think/topics/flash-vs-ssd-storage

- Yoichiro Hiroi, "Japanese Chipmakers Scramble to Replace Huawei Sales After US Ban," *Nikkei Asia*, September 16, 2020

## SEC Filings

Seagate Technology Holdings Public Limited Company SEC filings (including exhibits) from May 1, 2020 through June 30, 2023 available on the SEC EDGAR website.

SEC filings relied upon include the following SEC filings cited in this report:

- Micron Technology Inc. Form 10-K for Fiscal Year Ended September 1, 2022, filed October 7, 2022

**Appendix B**

- Seagate Technology Holdings Public Limited Company, Form 10-K for Fiscal Year Ended June 28, 2019, filed August 2, 2019

- Seagate Technology Holdings Public Limited Company, Form 10-Q for Fiscal Quarter Ended October 2, 2020, filed October 29, 2020

- Seagate Technology Holdings Public Limited Company, Form 10-Q for Fiscal Quarter Ended January 1, 2021, filed January 28, 2021

- Seagate Technology Holdings Public Limited Company, Form 10-Q for Fiscal Quarter Ended April 2, 2021, filed April 29, 2021

- Seagate Technology Holdings Public Limited Company, Form 10-K for Fiscal Year Ended July 2, 2021, filed August 6, 2021

- Seagate Technology Holdings Public Limited Company, Form 10-Q for Fiscal Quarter Ended October 1, 2021, filed October 28, 2021

- Seagate Technology Holdings Public Limited Company, Form 8-K, filed January 26, 2022

- Seagate Technology Holdings Public Limited Company, Form 10-Q for Fiscal Quarter Ended December 31, 2021, filed January 27, 2022

- Seagate Technology Holdings Public Limited Company, Form 8-K, filed April 27, 2022

- Seagate Technology Holdings Public Limited Company, Form 10-Q for Fiscal Quarter Ended April 1, 2022, filed April 28, 2022

- Seagate Technology Holdings Public Limited Company, Form 8-K, filed July 21, 2022

- Seagate Technology Holdings Public Limited Company, Form 10-K for Fiscal Year Ended July 1, 2022, filed August 5, 2022

- Seagate Technology Holdings Public Limited Company, Form 8-K, filed August 31, 2022

- Seagate Technology Holdings Public Limited Company, Form 8-K, filed October 26, 2022

- Seagate Technology Holdings Public Limited Company, Form 10-Q for Fiscal Quarter Ended September 30, 2022, filed October 27, 2022

- Seagate Technology Holdings Public Limited Company, Form 10-Q for Fiscal Quarter Ended December 30, 2022, filed January 25, 2023

- Seagate Technology Holdings Public Limited Company, Form 8-K, filed January 25, 2023

- Seagate Technology Holdings Public Limited Company, Form 8-K, filed April 20, 2023

- Seagate Technology Holdings Public Limited Company, Form 10-Q for Fiscal Quarter Ended March 31, 2023, filed April 26, 2023

**Appendix B**

- Seagate Technology Holdings Public Limited Company, Form 10-K for Fiscal Year Ended June 30, 2023, filed August 4, 2023

- Western Digital Corporation, Form 10-K for Fiscal Year Ended July 3, 2020, filed August 28, 2020

- Western Digital Corporation, Form 10-Q for Fiscal Quarter Ended October 1, 2021, filed November 4, 2021

- Western Digital Corporation, Form 10-Q for Fiscal Quarter Ended December 31, 2021, filed February 3, 2022

- Western Digital Corporation, Form 10-Q for Fiscal Quarter Ended April 1, 2022, filed May 4, 2022

- Western Digital Corporation, Form 10-K for Fiscal Year Ended July 1, 2022, filed August 25, 2022

- Western Digital Corporation, Form 10-Q for Fiscal Quarter Ended September 30, 2022, filed November 2, 2022

- Western Digital Corporation, Form 10-Q for Fiscal Quarter Ended December 30, 2022, filed February 3, 2023

- Western Digital Corporation, Form 10-Q for Fiscal Quarter Ended March 31, 2023, filed May 10, 2023

- Western Digital Corporation, Form 10-K for Fiscal Year Ended June 30, 2023, filed August 22, 2023

**Other**

- 15 C.F.R. §§ 730–774, Export Administration Regulations

- "§ 744.16 Entity List," *U.S. Department of Commerce, Bureau of Industry and Security*, https://www.bis.gov/entity-list

- "Export Administration Regulations (EAR)," *U.S. Department of Commerce, Bureau of Industry and Security*, https://www.bis.gov/regulations/ear

- Financial Accounting Standards Board (FASB), Accounting Standards Codification, Topic 280, Segment Reporting, § 280-10-50-39

- Financial Accounting Standards Board (FASB), Accounting Standards Codification, Topic 280, Segment Reporting, § 280-10-50-42

- "Huawei's Access to Hard Disk Drives in America: An Investigation into Seagate Technology," *U.S. Senate Committee on Commerce, Science, and Transportation*, October 26, 2021

- Order Relating to Seagate Technology LLC and Seagate Singapore International Headquarters PTE. LTD, *U.S. Department of Commerce, Bureau of Industry and Security*, April 19, 2023

**Appendix B**

- U.S. Department of Commerce, Bureau of Industry and Security, Federal Register 85, no. 97 (May 19, 2020), pp. 29849–29863, "Export Administration Regulations: Amendments to General Prohibition Three (Foreign-Produced Direct Product Rule) and the Entity List"

- U.S. Department of Commerce, Bureau of Industry and Security, Federal Register 85, no. 162 (August 20, 2020), pp. 51596–51629, "Addition of Huawei Non-U.S. Affiliates to the Entity List, the Removal of Temporary General License, and Amendments to General Prohibition Three (Foreign-Produced Direct Product Rule)"

- U.S. Senate Committee on Commerce, Science, and Transportation Press Release, "Senators Urge Commerce Department to Prevent Unlawful Shipments to Huawei, Other Entity List Companies," November 15, 2021, https://web.archive.org/web/20211115225037/https://www.commerce.senate.gov/2021/11/senators-urge-commerce-department-to-prevent-unlawful-shipments-to-huawei-other-entity-list-companies

- U.S. Senate Committee on Commerce, Science, and Transportation Press Release, "Wicker Requests Information Regarding New Rule Restricting Huawei and Affiliates from U.S. Technology," May 11, 2021, https://www.commerce.senate.gov/2021/5/wicker-requests-information-regarding-new-rule-restricting-huawei-and-affiliates-from-u-s-technology

- United States Senate, Letter to Gina Raimondo, Secretary of Department of Commerce, November 15, 2021

**All other documents cited, referenced, and relied upon in this report and exhibits.**

**Exhibit 1**

# Summary of Event Study Regression Results[1]
## 9/14/20 – 4/20/23

| Date | Alleged Misrepresentation[2] Compliance Misrepresentation | Revenue Driver Misrepresentation | Alleged Corrective Disclosure[2] | STX Closing Stock Price | STX Raw Return | Market Index Return[3] | Industry Index Return[4] | STX Residual Return | T-Statistic[5] |
|---|---|---|---|---|---|---|---|---|---|
| 9/14/20 | | | | $47.65 | 2.39% | 1.27% | 2.49% | 0.65% | 0.48 |
| 9/15/20 | | | | $47.34 | -0.65% | 0.52% | 0.55% | -1.09% | -0.81 |
| 9/16/20 | | | | $48.67 | 2.81% | -0.46% | 0.16% | 2.57% | 1.89 |
| 9/17/20 | | | | $49.14 | 0.97% | -0.84% | 0.01% | 0.75% | 0.54 |
| 9/18/20 | | | | $48.82 | -0.65% | -1.12% | -0.98% | -0.18% | -0.13 |
| 9/21/20 | | | | $48.23 | -1.21% | -1.16% | -1.61% | -0.33% | -0.25 |
| 9/22/20 | | | | $47.71 | 0.27% | 1.05% | 0.89% | -0.24% | -0.19 |
| 9/23/20 | | | | $47.62 | -0.19% | -2.37% | -1.61% | 0.34% | 0.27 |
| 9/24/20 | | | | $47.42 | -0.42% | 0.30% | 0.46% | -0.76% | -0.60 |
| 9/25/20 | | | | $48.22 | 1.69% | 1.60% | 1.09% | 1.24% | 0.98 |
| 9/28/20 | | | | $49.66 | 2.99% | 1.61% | 2.55% | 1.28% | 1.01 |
| 9/29/20 | | | | $50.07 | 0.83% | -0.48% | 0.42% | 0.26% | 0.21 |
| 9/30/20 | | | | $49.27 | -1.60% | 0.83% | -0.98% | -0.62% | -0.50 |
| 10/1/20 | | | | $49.06 | -0.43% | 0.53% | 1.12% | -1.31% | -1.05 |
| 10/2/20 | | | | $48.74 | -0.65% | -0.96% | -1.41% | 0.19% | 0.16 |
| 10/5/20 | | | | $49.11 | 0.76% | 1.80% | 3.04% | -1.32% | -1.07 |
| 10/6/20 | | | | $49.60 | 1.00% | -1.40% | -0.40% | 0.82% | 0.66 |
| 10/7/20 | | | | $50.45 | 1.71% | 1.74% | 2.40% | 0.17% | 0.14 |
| 10/8/20 | | | | $51.33 | 1.74% | 0.80% | 1.87% | 0.33% | 0.27 |
| 10/9/20 | | | | $50.97 | -0.70% | 0.88% | 0.19% | -0.61% | -0.49 |
| 10/12/20 | | | | $51.29 | 0.63% | 1.64% | 1.21% | 0.10% | 0.08 |
| 10/13/20 | | | | $51.18 | -0.21% | -0.63% | -0.29% | -0.23% | -0.18 |
| 10/14/20 | | | | $51.04 | -0.27% | -0.66% | -0.44% | -0.14% | -0.12 |
| 10/15/20 | | | | $51.35 | 0.61% | -0.15% | 0.70% | -0.12% | -0.10 |
| 10/16/20 | | | | $51.44 | 0.18% | 0.01% | 0.19% | -0.03% | -0.02 |
| 10/19/20 | | | | $52.15 | 1.38% | -1.63% | 0.21% | 0.57% | 0.47 |
| 10/20/20 | | | | $51.89 | -0.50% | 0.47% | 0.01% | -0.39% | -0.31 |
| 10/21/20 | | | | $51.69 | -0.39% | -0.22% | -0.26% | -0.28% | -0.23 |
| 10/22/20 | | | | $51.79 | 0.19% | 0.52% | 0.63% | -0.22% | -0.18 |
| 10/23/20 | x | x | | $50.74 | -2.03% | 0.34% | 0.15% | -2.06% | -1.69 |
| 10/26/20 | | | | $48.96 | -3.51% | -1.86% | -2.57% | -1.86% | -1.53 |
| 10/27/20 | | | | $48.56 | -0.83% | -0.30% | -1.53% | 0.47% | 0.39 |
| 10/28/20 | | | | $47.74 | -1.68% | -3.53% | -3.89% | 0.60% | 0.49 |
| 10/29/20 | | | | $47.66 | -0.17% | 1.19% | 1.93% | -1.56% | -1.29 |
| 10/30/20 | x | | | $47.82 | 0.34% | -1.21% | -0.96% | 0.74% | 0.61 |
| 11/2/20 | | | | $48.57 | 1.57% | 1.23% | 1.14% | 0.98% | 0.82 |
| 11/3/20 | | | | $50.35 | 3.66% | 1.78% | 3.34% | 1.29% | 1.07 |
| 11/4/20 | | | | $50.47 | 0.24% | 2.20% | 1.25% | -0.14% | -0.11 |
| 11/5/20 | | | | $52.75 | 4.52% | 1.95% | 3.78% | 1.78% | 1.48 |
| 11/6/20 | | | | $53.49 | 1.40% | -0.03% | 1.82% | -0.36% | -0.30 |
| 11/9/20 | | | | $54.15 | 1.23% | 1.17% | 2.69% | -0.90% | -0.75 |
| 11/10/20 | | | | $54.72 | 1.05% | -0.14% | -1.30% | 2.20% | 1.83 |
| 11/11/20 | | | | $54.63 | -0.16% | 0.77% | 1.60% | -1.42% | -1.17 |
| 11/12/20 | | | | $53.19 | -2.64% | -1.00% | -1.99% | -1.23% | -1.01 |
| 11/13/20 | | | | $54.71 | 2.86% | 1.36% | 2.97% | 0.59% | 0.49 |
| 11/16/20 | | | | $55.94 | 2.25% | 1.16% | 3.08% | -0.23% | -0.18 |
| 11/17/20 | | | | $55.51 | -0.77% | -0.48% | -1.08% | 0.04% | 0.03 |
| 11/18/20 | | | | $55.24 | -0.49% | -1.16% | -0.71% | -0.30% | -0.25 |
| 11/19/20 | | | | $55.92 | 1.23% | 0.39% | 1.56% | -0.14% | -0.12 |
| 11/20/20 | | | | $55.61 | -0.55% | -0.68% | -0.37% | -0.47% | -0.40 |
| 11/23/20 | | | | $56.92 | 2.36% | 0.56% | 2.61% | 0.07% | 0.06 |
| 11/24/20 | | | | $58.55 | 2.86% | 1.62% | 1.84% | 1.74% | 1.48 |
| 11/25/20 | | | | $58.34 | -0.36% | -0.16% | -0.91% | 0.47% | 0.40 |
| 11/27/20 | | | | $58.48 | 0.24% | 0.24% | 0.69% | -0.39% | -0.33 |

**Exhibit 1**

# Summary of Event Study Regression Results[1]
9/14/20 – 4/20/23

| Date | Alleged Misrepresentation[2] Compliance Misrepresentation | Revenue Driver Misrepresentation | Alleged Corrective Disclosure[2] | STX Closing Stock Price | STX Raw Return | Market Index Return[3] | Industry Index Return[4] | STX Residual Return | T-Statistic[5] |
|---|---|---|---|---|---|---|---|---|---|
| 11/30/20 | | | | $58.81 | 0.56% | -0.46% | -0.38% | 0.71% | 0.63 |
| 12/1/20 | | | | $60.29 | 2.52% | 1.13% | 1.61% | 1.30% | 1.16 |
| 12/2/20 | | | | $61.20 | 1.51% | 0.18% | 1.44% | 0.02% | 0.02 |
| 12/3/20 | | | | $62.34 | 1.86% | -0.06% | 0.18% | 1.61% | 1.46 |
| 12/4/20 | | | | $64.07 | 2.78% | 0.88% | 2.96% | 0.04% | 0.03 |
| 12/7/20 | | | | $63.22 | -1.33% | -0.19% | -0.23% | -1.28% | -1.22 |
| 12/8/20 | | | | $63.86 | 1.00% | 0.28% | 0.38% | 0.65% | 0.62 |
| 12/9/20 | | | | $63.53 | -0.51% | -0.79% | -1.57% | 0.69% | 0.65 |
| 12/10/20 | | | | $64.82 | 2.03% | -0.13% | 0.07% | 1.78% | 1.68 |
| 12/11/20 | | | | $64.76 | -0.09% | -0.13% | -0.40% | 0.13% | 0.13 |
| 12/14/20 | | | | $64.64 | -0.19% | -0.44% | 0.85% | -1.41% | -1.48 |
| 12/15/20 | | | | $65.98 | 2.07% | 1.29% | 1.57% | 0.92% | 0.97 |
| 12/16/20 | | | | $66.31 | 0.50% | 0.18% | -0.71% | 1.14% | 1.25 |
| 12/17/20 | | | | $66.21 | -0.15% | 0.58% | 0.35% | -0.42% | -0.46 |
| 12/18/20 | | | | $64.72 | -2.25% | -0.35% | -0.31% | -2.24% | -2.43 * |
| 12/21/20 | | | | $65.05 | 0.51% | -0.39% | -0.97% | 1.18% | 1.25 |
| 12/22/20 | | | | $63.71 | -1.04% | -0.21% | -0.25% | -1.03% | -1.10 |
| 12/23/20 | | | | $63.03 | -1.07% | 0.07% | -0.18% | -1.01% | -1.06 |
| 12/24/20 | | | | $62.95 | -0.13% | 0.35% | 0.38% | -0.50% | -0.52 |
| 12/28/20 | | | | $62.52 | -0.68% | 0.87% | 0.19% | -0.66% | -0.69 |
| 12/29/20 | | | | $60.76 | -2.82% | -0.22% | -1.34% | -1.70% | -1.79 |
| 12/30/20 | | | | $60.60 | -0.26% | 0.13% | 1.50% | -1.87% | -1.94 |
| 12/31/20 | | | | $62.16 | 2.57% | 0.64% | 1.35% | 1.35% | 1.40 |
| 1/4/21 | | | | $60.08 | -3.35% | -1.48% | -1.24% | -2.83% | -2.91 * |
| 1/5/21 | | | | $60.16 | 0.13% | 0.71% | 1.77% | -1.49% | -1.49 |
| 1/6/21 | | | | $59.87 | -0.48% | 0.57% | 1.31% | -1.66% | -1.65 |
| 1/7/21 | | | | $60.11 | 0.40% | 1.48% | 2.59% | -1.72% | -1.69 |
| 1/8/21 | | | | $59.00 | -1.85% | 0.55% | -0.61% | -1.12% | -1.09 |
| 1/11/21 | | | | $58.72 | -0.47% | -0.66% | 0.93% | -1.70% | -1.65 |
| 1/12/21 | | | | $59.03 | 0.53% | 0.04% | 0.24% | 0.26% | 0.25 |
| 1/13/21 | | | | $59.89 | 1.46% | 0.23% | -0.67% | 2.13% | 2.05 * |
| 1/14/21 | | | | $59.96 | 0.11% | -0.38% | 2.08% | -2.03% | -1.94 |
| 1/15/21 | | | | $60.51 | 0.93% | -0.72% | -1.11% | 1.69% | 1.59 |
| 1/19/21 | | | | $61.22 | 1.17% | 0.81% | 1.33% | 0.13% | 0.12 |
| 1/20/21 | | | | $61.42 | 0.33% | 1.39% | -0.44% | 0.89% | 0.85 |
| 1/21/21 | | | | $62.94 | 2.47% | 0.03% | 0.85% | 1.70% | 1.63 |
| 1/22/21 | x | x | | $60.00 | -4.67% | -0.30% | -0.90% | -4.09% | -3.88 * |
| 1/25/21 | | | | $61.19 | 1.98% | 0.36% | 0.32% | 1.68% | 1.59 |
| 1/26/21 | | | | $64.86 | 6.00% | -0.15% | -0.94% | 6.62% | 6.23 * |
| 1/27/21 | | | | $71.72 | 10.58% | -2.57% | -2.43% | 11.91% | 9.79 * |
| 1/28/21 | | | | $66.65 | -7.07% | 0.98% | 0.66% | -7.52% | -4.66 * |
| 1/29/21 | x | | | $66.12 | -0.80% | -1.93% | -1.89% | -0.40% | -0.23 |
| 2/1/21 | | | | $66.74 | 0.94% | 1.61% | 2.88% | -0.96% | -0.55 |
| 2/2/21 | | | | $66.78 | 0.06% | 1.39% | 1.02% | -0.34% | -0.20 |
| 2/3/21 | | | | $67.46 | 1.02% | 0.10% | -0.74% | 1.47% | 0.84 |
| 2/4/21 | | | | $67.72 | 0.39% | 1.09% | 1.75% | -0.77% | -0.44 |
| 2/5/21 | | | | $69.44 | 2.54% | 0.39% | -0.14% | 2.62% | 1.49 |
| 2/8/21 | | | | $71.41 | 2.84% | 0.74% | 3.42% | 0.15% | 0.08 |
| 2/9/21 | | | | $72.36 | 1.33% | -0.11% | -0.54% | 1.44% | 0.81 |
| 2/10/21 | | | | $70.99 | -1.89% | -0.03% | -0.12% | -2.10% | -1.18 |
| 2/11/21 | | | | $72.46 | 2.07% | 0.17% | 3.60% | -1.00% | -0.56 |
| 2/12/21 | | | | $72.21 | -0.35% | 0.47% | 1.26% | -1.39% | -0.78 |
| 2/16/21 | | | | $71.00 | -1.68% | -0.06% | 0.59% | -2.40% | -1.34 |
| 2/17/21 | | | | $71.41 | 0.58% | -0.03% | -1.25% | 1.28% | 0.71 |

**Exhibit 1**

# Summary of Event Study Regression Results[1]
9/14/20 – 4/20/23

| Date | Alleged Misrepresentation[2] Compliance Misrepresentation | Revenue Driver Misrepresentation | Alleged Corrective Disclosure[2] | STX Closing Stock Price | STX Raw Return | Market Index Return[3] | Industry Index Return[4] | STX Residual Return | T-Statistic[5] |
|---|---|---|---|---|---|---|---|---|---|
| 2/18/21 | | | | $72.47 | 1.48% | -0.44% | -0.68% | 1.57% | 0.87 |
| 2/19/21 | | | | $73.14 | 0.92% | -0.19% | 2.09% | -0.94% | -0.52 |
| 2/22/21 | | | | $73.48 | 0.46% | -0.77% | -1.93% | 1.30% | 0.72 |
| 2/23/21 | | | | $72.21 | -1.73% | 0.13% | -0.28% | -1.77% | -0.97 |
| 2/24/21 | | | | $74.34 | 2.95% | 1.14% | 3.15% | 0.86% | 0.47 |
| 2/25/21 | | | | $72.85 | -2.00% | -2.45% | -4.64% | 0.17% | 0.09 |
| 2/26/21 | | | | $73.23 | 0.52% | -0.48% | 1.59% | -1.02% | -0.56 |
| 3/1/21 | | | | $73.81 | 0.79% | 2.38% | 3.31% | -0.99% | -0.55 |
| 3/2/21 | | | | $72.52 | -1.75% | -0.81% | -2.61% | -0.51% | -0.28 |
| 3/3/21 | | | | $75.94 | 4.72% | -1.31% | -1.56% | 5.05% | 2.82 * |
| 3/4/21 | | | | $71.61 | -5.70% | -1.34% | -4.00% | -3.90% | -2.10 * |
| 3/5/21 | | | | $73.38 | 2.47% | 1.95% | 2.42% | 1.34% | 0.71 |
| 3/8/21 | | | | $74.56 | 1.61% | -0.54% | -2.40% | 2.85% | 1.51 |
| 3/9/21 | | | | $75.15 | 0.79% | 1.42% | 3.57% | -1.37% | -0.72 |
| 3/10/21 | | | | $74.93 | -0.29% | 0.60% | -0.70% | 0.13% | 0.07 |
| 3/11/21 | | | | $77.25 | 3.10% | 1.04% | 2.98% | 1.26% | 0.66 |
| 3/12/21 | | | | $76.78 | -0.61% | 0.10% | -0.35% | -0.63% | -0.33 |
| 3/15/21 | | | | $75.41 | -1.78% | 0.65% | 1.07% | -2.52% | -1.33 |
| 3/16/21 | | | | $75.48 | 0.09% | -0.16% | 0.38% | -0.48% | -0.25 |
| 3/17/21 | | | | $77.98 | 3.31% | 0.29% | 1.09% | 2.44% | 1.28 |
| 3/18/21 | | | | $73.87 | -5.27% | -1.48% | -3.13% | -4.08% | -2.13 * |
| 3/19/21 | | | | $74.63 | 1.03% | -0.06% | 0.58% | 0.35% | 0.18 |
| 3/22/21 | | | | $75.94 | 1.76% | 0.70% | 1.50% | 0.74% | 0.38 |
| 3/23/21 | | | | $72.60 | -3.55% | -0.76% | -3.19% | -1.84% | -0.94 |
| 3/24/21 | | | | $71.33 | -1.75% | -0.55% | -0.47% | -1.89% | -0.97 |
| 3/25/21 | | | | $72.98 | 2.31% | 0.52% | 1.17% | 1.49% | 0.76 |
| 3/26/21 | | | | $76.02 | 4.17% | 1.66% | 4.49% | 1.37% | 0.70 |
| 3/29/21 | | | | $75.23 | -1.04% | -0.09% | -1.85% | 0.12% | 0.06 |
| 3/30/21 | | | | $75.70 | 0.62% | -0.32% | 0.37% | -0.05% | -0.02 |
| 3/31/21 | | | | $76.75 | 1.39% | 0.36% | 1.88% | -0.12% | -0.06 |
| 4/1/21 | | | | $78.49 | 2.27% | 1.18% | 2.90% | 0.35% | 0.18 |
| 4/5/21 | | | | $79.20 | 0.90% | 1.44% | 1.38% | 0.28% | 0.14 |
| 4/6/21 | | | | $78.72 | -0.61% | -0.10% | -0.70% | -0.35% | -0.18 |
| 4/7/21 | | | | $78.96 | 0.30% | 0.15% | -0.22% | 0.31% | 0.16 |
| 4/8/21 | | | | $80.00 | 1.32% | 0.42% | 0.90% | 0.59% | 0.30 |
| 4/9/21 | | | | $80.53 | 0.66% | 0.77% | -0.07% | 0.83% | 0.42 |
| 4/12/21 | | | | $79.91 | -0.77% | -0.02% | -1.01% | -0.27% | -0.14 |
| 4/13/21 | | | | $79.98 | 0.09% | 0.33% | -0.56% | 0.41% | 0.21 |
| 4/14/21 | | | | $80.28 | 0.38% | -0.41% | -0.47% | 0.28% | 0.14 |
| 4/15/21 | | | | $81.33 | 1.31% | 1.11% | 1.10% | 0.71% | 0.36 |
| 4/16/21 | | | | $82.07 | 0.91% | 0.36% | 0.09% | 0.73% | 0.37 |
| 4/19/21 | | | | $82.33 | 0.32% | -0.53% | -1.16% | 0.67% | 0.34 |
| 4/20/21 | | | | $82.41 | 0.10% | -0.68% | -2.04% | 1.03% | 0.53 |
| 4/21/21 | | | | $83.88 | 1.78% | 0.93% | 2.19% | 0.26% | 0.13 |
| 4/22/21 | | | | $84.08 | 0.24% | -0.92% | -2.00% | 0.94% | 0.48 |
| 4/23/21 | | x | | $89.15 | 6.03% | 1.09% | 2.16% | 4.62% | 2.37 * |
| 4/26/21 | | | | $93.27 | 4.62% | 0.18% | 1.18% | 3.50% | 1.80 |
| 4/27/21 | | | | $94.23 | 1.03% | -0.02% | -0.35% | 0.89% | 0.45 |
| 4/28/21 | | | | $95.20 | 1.03% | -0.08% | -1.09% | 1.40% | 0.71 |
| 4/29/21 | | | | $96.83 | 1.71% | 0.68% | 0.81% | 1.04% | 0.53 |
| 4/30/21 | x | | | $92.84 | -4.12% | -0.72% | -2.44% | -3.10% | -1.57 |
| 5/3/21 | | | | $91.60 | -1.34% | 0.27% | -0.55% | -1.14% | -0.57 |
| 5/4/21 | | | | $88.48 | -3.41% | -0.67% | -1.09% | -3.32% | -1.67 |
| 5/5/21 | | | | $88.43 | -0.06% | 0.07% | 1.07% | -1.17% | -0.58 |

**Exhibit 1**

# Summary of Event Study Regression Results[1]
9/14/20 – 4/20/23

| Date | Alleged Misrepresentation[2] Compliance Misrepresentation | Alleged Misrepresentation[2] Revenue Driver Misrepresentation | Alleged Corrective Disclosure[2] | STX Closing Stock Price | STX Raw Return | Market Index Return[3] | Industry Index Return[4] | STX Residual Return | T-Statistic[5] |
|------|------|------|------|------|------|------|------|------|------|
| 5/6/21 | | | | $89.99 | 1.76% | 0.82% | 1.11% | 1.07% | 0.53 |
| 5/7/21 | | | | $91.56 | 1.74% | 0.74% | 1.88% | 0.39% | 0.19 |
| 5/10/21 | | | | $89.99 | -1.71% | -1.04% | -3.04% | -0.25% | -0.12 |
| 5/11/21 | | | | $86.76 | -2.87% | -0.87% | -0.20% | -3.54% | -1.77 |
| 5/12/21 | | | | $84.41 | -2.71% | -2.14% | -4.62% | -0.62% | -0.31 |
| 5/13/21 | | | | $87.13 | 3.22% | 1.22% | 2.15% | 1.92% | 0.95 |
| 5/14/21 | | | | $97.97 | 12.44% | 1.49% | 2.83% | 10.72% | 5.30 * |
| 5/17/21 | | | | $104.23 | 6.39% | -0.25% | -0.04% | 5.94% | 2.65 * |
| 5/18/21 | | | | $101.17 | -2.94% | -0.85% | -1.41% | -2.63% | -1.14 |
| 5/19/21 | | | | $99.56 | -1.59% | -0.29% | 1.23% | -3.15% | -1.36 |
| 5/20/21 | | | | $96.82 | -2.75% | 1.06% | 2.00% | -4.32% | -1.85 |
| 5/21/21 | | | | $93.92 | -3.00% | -0.08% | -0.33% | -3.15% | -1.33 |
| 5/24/21 | | | | $98.15 | 4.50% | 0.99% | 1.67% | 3.31% | 1.39 |
| 5/25/21 | | | | $93.50 | -4.74% | -0.21% | -0.37% | -4.89% | -2.04 * |
| 5/26/21 | | | | $96.79 | 3.52% | 0.19% | 0.58% | 2.82% | 1.15 |
| 5/27/21 | | | | $96.43 | -0.37% | 0.12% | 0.46% | -1.03% | -0.42 |
| 5/28/21 | | | | $95.75 | -0.71% | 0.08% | -0.12% | -0.90% | -0.37 |
| 6/1/21 | | | | $98.25 | 2.61% | -0.05% | 0.01% | 2.27% | 0.92 |
| 6/2/21 | | | | $98.03 | -0.22% | 0.14% | 0.57% | -0.94% | -0.38 |
| 6/3/21 | | | | $97.57 | -0.47% | -0.36% | -0.60% | -0.45% | -0.18 |
| 6/4/21 | | | | $99.12 | 1.59% | 0.88% | 1.89% | 0.15% | 0.06 |
| 6/7/21 | | | | $98.65 | -0.47% | -0.08% | -0.69% | -0.28% | -0.11 |
| 6/8/21 | x | | | $100.83 | 2.21% | 0.02% | -0.23% | 2.09% | 0.85 |
| 6/9/21 | | | | $99.33 | -1.49% | -0.18% | -0.60% | -1.40% | -0.57 |
| 6/10/21 | | | | $97.46 | -1.88% | 0.47% | 0.94% | -2.74% | -1.11 |
| 6/11/21 | | | | $96.77 | -0.71% | 0.19% | 0.21% | -1.08% | -0.44 |
| 6/14/21 | | | | $94.66 | -2.18% | 0.18% | -0.17% | -2.24% | -0.90 |
| 6/15/21 | | | | $93.94 | -0.76% | -0.20% | -0.38% | -0.80% | -0.32 |
| 6/16/21 | | | | $92.69 | -1.33% | -0.54% | -0.93% | -1.08% | -0.44 |
| 6/17/21 | | | | $88.82 | -4.18% | -0.04% | -0.90% | -3.72% | -1.50 |
| 6/18/21 | | | | $85.30 | -3.96% | -1.31% | -2.75% | -2.56% | -1.02 |
| 6/21/21 | | | | $85.31 | 0.01% | 1.40% | 1.22% | -0.51% | -0.20 |
| 6/22/21 | | | | $84.50 | -0.95% | 0.51% | 0.11% | -0.98% | -0.39 |
| 6/23/21 | | | | $84.76 | 0.31% | -0.11% | 0.34% | -0.26% | -0.10 |
| 6/24/21 | | | | $86.39 | 1.92% | 0.58% | 1.46% | 0.76% | 0.30 |
| 6/25/21 | | | | $86.50 | 0.13% | 0.33% | 0.59% | -0.44% | -0.17 |
| 6/28/21 | | | | $86.21 | -0.34% | 0.23% | 0.84% | -1.19% | -0.48 |
| 6/29/21 | | | | $87.68 | 1.71% | 0.03% | 0.57% | 1.00% | 0.40 |
| 6/30/21 | | | | $87.93 | 0.29% | 0.13% | 0.17% | -0.04% | -0.02 |
| 7/1/21 | | | | $86.62 | -1.49% | 0.52% | -1.01% | -0.51% | -0.21 |
| 7/2/21 | | | | $87.03 | 0.47% | 0.75% | 0.48% | 0.26% | 0.11 |
| 7/6/21 | | | | $85.63 | -1.61% | -0.20% | -0.85% | -1.26% | -0.51 |
| 7/7/21 | | | | $87.82 | 2.56% | 0.34% | -0.58% | 3.01% | 1.22 |
| 7/8/21 | | | | $86.50 | -1.50% | -0.86% | -1.21% | -1.29% | -0.52 |
| 7/9/21 | | | | $87.96 | 1.69% | 1.13% | 1.75% | 0.49% | 0.20 |
| 7/12/21 | | | | $88.98 | 1.16% | 0.35% | 0.53% | 0.58% | 0.24 |
| 7/13/21 | | | | $88.50 | -0.54% | -0.35% | -1.19% | 0.03% | 0.01 |
| 7/14/21 | | | | $89.62 | 1.27% | 0.12% | -0.01% | 1.03% | 0.42 |
| 7/15/21 | | | | $86.15 | -3.87% | -0.33% | -1.70% | -2.78% | -1.13 |
| 7/16/21 | | | | $84.46 | -1.96% | -0.75% | -2.32% | -0.49% | -0.20 |
| 7/19/21 | | | | $84.29 | -0.20% | -1.59% | -1.10% | -0.71% | -0.29 |
| 7/20/21 | | | | $85.49 | 1.42% | 1.52% | 2.05% | 0.29% | 0.12 |
| 7/21/21 | | x | | $82.60 | -3.38% | 0.82% | 2.39% | -5.45% | -2.28 * |
| 7/22/21 | | | | $83.14 | 0.65% | 0.20% | -0.86% | 1.54% | 0.65 |

Exhibit 1

# Summary of Event Study Regression Results[1]
9/14/20 – 4/20/23

| Date | Alleged Misrepresentation[2] Compliance Misrepresentation | Revenue Driver Misrepresentation | Alleged Corrective Disclosure[2] | STX Closing Stock Price | STX Raw Return | Market Index Return[3] | Industry Index Return[4] | STX Residual Return | T-Statistic[5] |
|---|---|---|---|---|---|---|---|---|---|
| 7/23/21 | | | | $85.48 | 2.81% | 1.01% | 1.10% | 1.93% | 0.90 |
| 7/26/21 | | | | $86.27 | 0.92% | 0.24% | 0.33% | 0.51% | 0.25 |
| 7/27/21 | | | | $85.18 | -1.26% | -0.47% | -1.18% | -0.44% | -0.22 |
| 7/28/21 | | | | $86.60 | 1.67% | -0.02% | 1.34% | 0.52% | 0.26 |
| 7/29/21 | | | | $87.20 | 0.69% | 0.42% | 1.40% | -0.59% | -0.29 |
| 7/30/21 | | | | $87.90 | 0.80% | -0.54% | 1.61% | -0.43% | -0.21 |
| 8/2/21 | | | | $88.50 | 0.68% | -0.18% | 0.20% | 0.45% | 0.22 |
| 8/3/21 | | | | $90.42 | 2.17% | 0.82% | 1.37% | 0.83% | 0.42 |
| 8/4/21 | | | | $89.32 | -1.22% | -0.46% | 0.31% | -1.48% | -0.74 |
| 8/5/21 | | | | $90.90 | 1.77% | 0.60% | -0.30% | 1.74% | 0.87 |
| 8/6/21 | | | | $92.15 | 1.38% | 0.17% | 0.59% | 0.77% | 0.38 |
| 8/9/21 | x | | | $92.52 | 0.40% | -0.09% | -0.41% | 0.59% | 0.30 |
| 8/10/21 | | | | $92.77 | 0.27% | 0.10% | -0.85% | 0.73% | 0.36 |
| 8/11/21 | | | | $94.13 | 1.47% | 0.25% | 0.15% | 1.11% | 0.56 |
| 8/12/21 | | | | $90.83 | -3.51% | 0.30% | -1.62% | -2.48% | -1.25 |
| 8/13/21 | | | | $90.34 | -0.54% | 0.16% | 0.45% | -1.10% | -0.55 |
| 8/16/21 | | | | $90.71 | 0.41% | 0.26% | -0.12% | 0.33% | 0.17 |
| 8/17/21 | | | | $90.21 | -0.55% | -0.71% | -1.48% | 0.65% | 0.33 |
| 8/18/21 | | | | $89.03 | -1.31% | -1.07% | -0.90% | -0.60% | -0.30 |
| 8/19/21 | | | | $88.14 | -1.00% | 0.13% | 0.08% | -1.24% | -0.63 |
| 8/20/21 | | | | $89.44 | 1.47% | 0.81% | 0.34% | 0.91% | 0.46 |
| 8/23/21 | | | | $91.66 | 2.48% | 0.85% | 1.72% | 0.70% | 0.36 |
| 8/24/21 | | | | $86.07 | -6.10% | 0.15% | 0.19% | -6.46% | -3.31 * |
| 8/25/21 | | | | $86.89 | 0.95% | 0.22% | 1.40% | -0.41% | -0.20 |
| 8/26/21 | | | | $84.74 | -2.47% | -0.58% | 0.00% | -2.16% | -1.11 |
| 8/27/21 | | | | $86.31 | 1.85% | 0.88% | 1.81% | -0.04% | -0.02 |
| 8/30/21 | | | | $86.84 | 0.61% | 0.43% | -0.26% | 0.51% | 0.26 |
| 8/31/21 | | | | $87.59 | 0.86% | -0.13% | -0.44% | 1.32% | 0.69 |
| 9/1/21 | | | | $87.19 | -0.46% | 0.03% | -0.85% | 0.22% | 0.11 |
| 9/2/21 | | | | $89.50 | 2.65% | 0.28% | 0.88% | 1.74% | 0.91 |
| 9/3/21 | | | | $90.32 | 0.92% | -0.03% | 0.19% | 0.75% | 0.39 |
| 9/7/21 | | | | $88.06 | -2.50% | -0.34% | -0.97% | -1.53% | -0.80 |
| 9/8/21 | | | | $84.33 | -4.24% | -0.13% | -1.55% | -2.90% | -1.53 |
| 9/9/21 | | | | $87.34 | 3.57% | -0.46% | 0.71% | 3.17% | 1.66 |
| 9/10/21 | | | | $83.92 | -3.92% | -0.77% | 0.00% | -3.61% | -1.88 |
| 9/13/21 | | | | $83.94 | 0.02% | 0.23% | 0.78% | -0.80% | -0.41 |
| 9/14/21 | | | | $82.73 | -1.44% | -0.57% | -0.61% | -0.60% | -0.31 |
| 9/15/21 | | | | $84.35 | 1.96% | 0.85% | 1.01% | 0.59% | 0.30 |
| 9/16/21 | | | | $84.82 | 0.56% | -0.16% | 0.25% | 0.43% | 0.22 |
| 9/17/21 | | | | $83.74 | -1.27% | -0.91% | -1.41% | 0.43% | 0.22 |
| 9/20/21 | | | | $82.95 | -0.94% | -1.70% | -2.25% | 1.91% | 0.98 |
| 9/21/21 | | | | $81.57 | -0.86% | -0.08% | -0.49% | -0.45% | -0.23 |
| 9/22/21 | | | | $82.94 | 1.68% | 0.95% | 1.90% | -0.49% | -0.25 |
| 9/23/21 | | | | $85.04 | 2.53% | 1.21% | 1.64% | 0.47% | 0.24 |
| 9/24/21 | | | | $86.08 | 1.22% | 0.15% | 0.43% | 0.73% | 0.37 |
| 9/27/21 | | | | $86.91 | 0.96% | -0.28% | 0.53% | 0.57% | 0.29 |
| 9/28/21 | | | | $84.20 | -3.12% | -2.04% | -3.20% | 0.72% | 0.37 |
| 9/29/21 | | | | $83.10 | -1.31% | 0.16% | -1.85% | 0.20% | 0.10 |
| 9/30/21 | | | | $82.52 | -0.70% | -1.19% | -0.69% | 0.43% | 0.22 |
| 10/1/21 | | | | $84.41 | 2.29% | 1.15% | 0.76% | 0.99% | 0.51 |
| 10/4/21 | | | | $84.14 | -0.32% | -1.30% | -1.61% | 1.67% | 0.86 |
| 10/5/21 | | | | $85.15 | 1.20% | 1.05% | 0.88% | -0.16% | -0.08 |
| 10/6/21 | | | | $80.61 | -5.33% | 0.41% | -0.34% | -5.29% | -2.71 * |
| 10/7/21 | | | | $81.78 | 1.45% | 0.83% | 1.24% | -0.06% | -0.03 |

Exhibit 1

# Summary of Event Study Regression Results[1]
9/14/20 – 4/20/23

| Date | Alleged Misrepresentation[2] Compliance Misrepresentation | Revenue Driver Misrepresentation | Alleged Corrective Disclosure[2] | STX Closing Stock Price | STX Raw Return | Market Index Return[3] | Industry Index Return[4] | STX Residual Return | T-Statistic[5] |
|---|---|---|---|---|---|---|---|---|---|
| 10/8/21 | | | | $79.93 | -2.26% | -0.19% | -0.56% | -1.71% | -0.85 |
| 10/11/21 | | | | $81.63 | 2.13% | -0.69% | -0.55% | 2.85% | 1.41 |
| 10/12/21 | | | | $79.01 | -3.21% | -0.24% | -1.15% | -2.04% | -1.00 |
| 10/13/21 | | | | $79.57 | 0.71% | 0.30% | 0.33% | 0.29% | 0.14 |
| 10/14/21 | | | | $82.50 | 3.68% | 1.71% | 2.72% | 0.41% | 0.20 |
| 10/15/21 | | | | $81.99 | -0.62% | 0.75% | 0.12% | -0.91% | -0.45 |
| 10/18/21 | | | | $81.24 | -0.91% | 0.34% | 0.35% | -1.33% | -0.67 |
| 10/19/21 | | | | $81.12 | -0.15% | 0.74% | 0.87% | -1.19% | -0.60 |
| 10/20/21 | | | | $80.53 | -0.73% | 0.37% | 0.17% | -0.89% | -0.45 |
| 10/21/21 | | | | $82.24 | 2.12% | 0.30% | 0.84% | 1.25% | 0.63 |
| 10/22/21 | | x | | $87.23 | 6.07% | -0.11% | -0.18% | 6.36% | 3.21 * |
| 10/25/21 | | | | $89.16 | 2.21% | 0.47% | 0.29% | 1.89% | 0.95 |
| 10/26/21 | x | | | $88.07 | -1.22% | 0.18% | -1.93% | 0.84% | 0.42 |
| 10/27/21 | | | | $88.03 | -0.05% | -0.51% | -0.87% | 1.01% | 0.51 |
| 10/28/21 | | | | $89.55 | 1.73% | 0.98% | 1.28% | 0.19% | 0.10 |
| 10/29/21 | x | | | $89.07 | -0.54% | 0.19% | -0.46% | -0.08% | -0.04 |
| 11/1/21 | | | | $91.90 | 3.18% | 0.18% | 2.24% | 0.80% | 0.41 |
| 11/2/21 | | | | $91.82 | -0.09% | 0.37% | 1.91% | -2.24% | -1.14 |
| 11/3/21 | | | | $93.46 | 1.79% | 0.65% | 0.86% | 0.77% | 0.39 |
| 11/4/21 | | | | $95.30 | 1.97% | 0.42% | 1.38% | 0.33% | 0.17 |
| 11/5/21 | | | | $96.75 | 1.52% | 0.37% | 1.49% | -0.24% | -0.12 |
| 11/8/21 | | | | $97.72 | 1.00% | 0.09% | 0.43% | 0.65% | 0.37 |
| 11/9/21 | | | | $99.29 | 1.61% | -0.35% | 0.30% | 1.50% | 0.91 |
| 11/10/21 | | | | $99.02 | -0.27% | -0.82% | -1.72% | 1.70% | 1.03 |
| 11/11/21 | | | | $105.26 | 6.30% | 0.06% | 1.87% | 4.37% | 2.67 * |
| 11/12/21 | | | | $108.12 | 2.72% | 0.72% | 0.69% | 1.97% | 1.22 |
| 11/15/21 | | | | $105.66 | -2.28% | 0.00% | -0.40% | -1.81% | -1.12 |
| 11/16/21 | | | | $103.66 | -1.89% | 0.39% | 0.94% | -2.98% | -1.86 |
| 11/17/21 | | | | $100.89 | -2.67% | -0.26% | -0.70% | -1.88% | -1.20 |
| 11/18/21 | | | | $101.25 | 0.36% | 0.34% | 0.32% | 0.05% | 0.04 |
| 11/19/21 | | | | $100.78 | -0.46% | -0.14% | -0.47% | 0.10% | 0.07 |
| 11/22/21 | | | | $101.62 | 0.83% | -0.32% | 0.23% | 0.53% | 0.34 |
| 11/23/21 | | | | $101.58 | -0.04% | 0.17% | 0.85% | -0.99% | -0.64 |
| 11/24/21 | | | | $101.04 | -0.53% | 0.23% | 0.83% | -1.44% | -0.93 |
| 11/26/21 | | | | $98.62 | -2.40% | -2.27% | -3.07% | 0.98% | 0.63 |
| 11/29/21 | | | | $104.06 | 5.52% | 1.32% | 3.01% | 2.22% | 1.43 |
| 11/30/21 | | | | $102.67 | -1.34% | -1.90% | -2.06% | 0.89% | 0.57 |
| 12/1/21 | | | | $103.84 | 1.14% | -1.18% | -0.13% | 1.09% | 0.71 |
| 12/2/21 | | | | $105.11 | 1.22% | 1.42% | 0.67% | 0.78% | 0.50 |
| 12/3/21 | | | | $105.41 | 0.29% | -0.84% | -0.49% | 0.70% | 0.46 |
| 12/6/21 | | | | $103.59 | -1.73% | 1.17% | -0.11% | -1.32% | -0.87 |
| 12/7/21 | | | | $108.52 | 4.76% | 2.07% | 3.84% | 0.41% | 0.27 |
| 12/8/21 | | | | $105.70 | -2.60% | 0.31% | -0.26% | -2.22% | -1.46 |
| 12/9/21 | | | | $102.93 | -2.62% | -0.72% | -1.33% | -1.13% | -0.74 |
| 12/10/21 | | | | $103.91 | 0.95% | 0.95% | 0.76% | 0.21% | 0.14 |
| 12/13/21 | | | | $101.68 | -2.15% | -0.91% | -2.10% | 0.21% | 0.14 |
| 12/14/21 | | | | $102.44 | 0.75% | -0.75% | -0.81% | 1.53% | 1.02 |
| 12/15/21 | | | | $104.53 | 2.04% | 1.63% | 2.44% | -0.68% | -0.45 |
| 12/16/21 | | | | $104.61 | 0.08% | -0.87% | -2.07% | 2.36% | 1.56 |
| 12/17/21 | | | | $104.51 | -0.10% | -1.03% | -0.21% | -0.19% | -0.12 |
| 12/20/21 | | | | $105.13 | 0.59% | -1.14% | -1.38% | 1.90% | 1.25 |
| 12/21/21 | | | | $109.22 | 4.59% | 1.78% | 3.76% | 0.37% | 0.24 |
| 12/22/21 | | | | $110.31 | 1.00% | 1.02% | 0.74% | 0.25% | 0.16 |
| 12/23/21 | | | | $111.42 | 1.01% | 0.62% | 1.24% | -0.46% | -0.30 |

**Exhibit 1**

# Summary of Event Study Regression Results[1]
9/14/20 – 4/20/23

| Date | Alleged Misrepresentation[2] | | Alleged Corrective Disclosure[2] | STX Closing Stock Price | STX Raw Return | Market Index Return[3] | Industry Index Return[4] | STX Residual Return | T-Statistic[5] |
| | Compliance Misrepresentation | Revenue Driver Misrepresentation | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/27/21 | | | | $113.61 | 1.97% | 1.38% | 2.69% | -1.06% | -0.69 |
| 12/28/21 | | | | $113.84 | 0.20% | -0.10% | -0.44% | 0.59% | 0.39 |
| 12/29/21 | | | | $115.00 | 1.02% | 0.14% | 0.84% | -0.08% | -0.05 |
| 12/30/21 | | | | $113.78 | -1.06% | -0.30% | -1.12% | 0.12% | 0.08 |
| 12/31/21 | | | | $112.98 | -0.70% | -0.26% | -0.11% | -0.75% | -0.50 |
| 1/3/22 | | | | $113.16 | 0.16% | 0.64% | 0.76% | -0.67% | -0.44 |
| 1/4/22 | | | | $116.02 | 2.53% | -0.06% | 0.23% | 2.14% | 1.43 |
| 1/5/22 | | | | $114.71 | -1.13% | -1.94% | -2.40% | 1.10% | 0.73 |
| 1/6/22 | | | | $112.38 | -2.03% | -0.10% | 0.44% | -2.72% | -1.80 |
| 1/7/22 | | | | $110.96 | -1.26% | -0.41% | -1.98% | 0.88% | 0.58 |
| 1/10/22 | | | | $114.42 | 3.12% | -0.14% | 0.24% | 2.69% | 1.77 |
| 1/11/22 | | | | $111.72 | -2.36% | 0.92% | 1.57% | -4.08% | -2.65 * |
| 1/12/22 | | | | $113.23 | 1.35% | 0.28% | 0.55% | 0.70% | 0.44 |
| 1/13/22 | | | | $110.84 | -2.11% | -1.42% | -1.03% | -1.45% | -0.92 |
| 1/14/22 | | | | $109.20 | -1.48% | 0.08% | 1.41% | -3.20% | -2.03 * |
| 1/18/22 | | | | $105.46 | -3.42% | -1.84% | -3.66% | 0.24% | 0.15 |
| 1/19/22 | | | | $102.36 | -2.94% | -0.97% | -2.98% | 0.17% | 0.10 |
| 1/20/22 | | | | $100.43 | -1.89% | -1.10% | -2.73% | 0.90% | 0.56 |
| 1/21/22 | | | | $95.52 | -4.89% | -1.89% | -1.97% | -3.22% | -2.01 * |
| 1/24/22 | | | | $97.16 | 1.72% | 0.28% | 0.71% | 0.94% | 0.58 |
| 1/25/22 | | | | $94.78 | -2.45% | -1.22% | -3.23% | 0.95% | 0.59 |
| 1/26/22 | | | | $96.31 | 1.61% | -0.15% | 1.05% | 0.36% | 0.22 |
| 1/27/22 | | | | $103.68 | 7.65% | -0.54% | -2.46% | 10.29% | 6.36 * |
| 1/28/22 | x | | | $107.02 | 3.22% | 2.43% | 1.76% | 1.77% | 1.10 |
| 1/31/22 | | | | $107.15 | 0.12% | 1.89% | 3.74% | -3.80% | -2.35 * |
| 2/1/22 | | | | $107.96 | 0.76% | 0.69% | 0.75% | 0.08% | 0.05 |
| 2/2/22 | | | | $110.39 | 2.25% | 0.94% | 1.99% | 0.28% | 0.17 |
| 2/3/22 | | | | $108.17 | -2.01% | -2.44% | -2.19% | -0.18% | -0.11 |
| 2/4/22 | | | | $108.72 | 0.51% | 0.52% | -0.25% | 0.93% | 0.57 |
| 2/7/22 | | | | $109.44 | 0.66% | -0.37% | -0.32% | 0.93% | 0.57 |
| 2/8/22 | | | | $110.74 | 1.19% | 0.84% | 1.40% | -0.18% | -0.11 |
| 2/9/22 | | | | $112.08 | 1.21% | 1.45% | 2.82% | -1.56% | -0.96 |
| 2/10/22 | | | | $110.08 | -1.78% | -1.81% | -2.57% | 0.60% | 0.37 |
| 2/11/22 | | | | $108.71 | -1.24% | -1.90% | -3.48% | 2.06% | 1.26 |
| 2/14/22 | | | | $106.13 | -2.37% | -0.38% | -0.88% | -1.57% | -0.96 |
| 2/15/22 | | | | $109.92 | 3.57% | 1.58% | 4.64% | -0.97% | -0.59 |
| 2/16/22 | | | | $111.85 | 1.76% | 0.09% | 0.60% | 1.16% | 0.70 |
| 2/17/22 | | | | $111.19 | -0.59% | -2.12% | -2.95% | 1.94% | 1.26 |
| 2/18/22 | | | | $108.64 | -2.29% | -0.72% | -0.70% | -1.83% | -1.18 |
| 2/22/22 | | | | $107.35 | -1.19% | -1.01% | -1.63% | 0.16% | 0.10 |
| 2/23/22 | | | | $104.83 | -2.35% | -1.84% | -2.69% | -0.12% | -0.08 |
| 2/24/22 | | | | $103.16 | -1.59% | 1.50% | 1.87% | -3.22% | -2.09 * |
| 2/25/22 | | | | $104.90 | 1.69% | 2.24% | 1.40% | 0.93% | 0.60 |
| 2/28/22 | | | | $103.16 | -1.66% | -0.24% | -1.52% | -0.17% | -0.11 |
| 3/1/22 | | | | $100.62 | -2.46% | -1.55% | -3.38% | 0.60% | 0.38 |
| 3/2/22 | | | | $105.70 | 5.05% | 1.86% | 4.08% | 1.33% | 0.85 |
| 3/3/22 | | | | $104.66 | -0.98% | -0.53% | -1.43% | 0.32% | 0.20 |
| 3/4/22 | | | | $103.18 | -1.41% | -0.79% | -2.83% | 1.17% | 0.76 |
| 3/7/22 | | | | $100.09 | -2.99% | -2.95% | -4.67% | 0.92% | 0.61 |
| 3/8/22 | | | x | $90.57 | -9.51% | -0.72% | 1.34% | -11.14% | -7.60 * |
| 3/9/22 | | | | $90.39 | -0.20% | 2.57% | 3.71% | -3.32% | -2.27 * |
| 3/10/22 | | | | $88.72 | -1.85% | -0.43% | -1.78% | -0.29% | -0.19 |
| 3/11/22 | | | | $87.33 | -1.57% | -1.30% | -1.10% | -0.99% | -0.67 |
| 3/14/22 | | | | $86.35 | -1.12% | -0.74% | -1.81% | 0.37% | 0.25 |

Exhibit 1

# Summary of Event Study Regression Results[1]
## 9/14/20 – 4/20/23

| Date | Alleged Misrepresentation[2] Compliance Misrepresentation | Revenue Driver Misrepresentation | Alleged Corrective Disclosure[2] | STX Closing Stock Price | STX Raw Return | Market Index Return[3] | Industry Index Return[4] | STX Residual Return | T-Statistic[5] |
|---|---|---|---|---|---|---|---|---|---|
| 3/15/22 | | | | $88.61 | 2.62% | 2.14% | 3.33% | -0.09% | -0.06 |
| 3/16/22 | | | | $90.44 | 2.07% | 2.24% | 4.06% | -1.33% | -0.89 |
| 3/17/22 | | | | $92.10 | 1.84% | 1.23% | 0.98% | 1.21% | 0.81 |
| 3/18/22 | | | | $94.32 | 2.41% | 1.17% | 2.04% | 0.69% | 0.46 |
| 3/21/22 | | | | $92.27 | -1.44% | -0.04% | -0.58% | -0.97% | -0.65 |
| 3/22/22 | | | | $93.67 | 1.52% | 1.13% | 0.46% | 1.35% | 0.90 |
| 3/23/22 | | | | $91.41 | -2.41% | -1.23% | -2.32% | -0.58% | -0.39 |
| 3/24/22 | | | | $93.92 | 2.75% | 1.43% | 2.94% | 0.25% | 0.17 |
| 3/25/22 | | | | $90.92 | -3.19% | 0.51% | 0.38% | -3.48% | -2.32 * |
| 3/28/22 | | | | $92.39 | 1.62% | 0.71% | 0.38% | 1.44% | 0.94 |
| 3/29/22 | | | | $93.65 | 1.36% | 1.23% | 2.20% | -0.46% | -0.30 |
| 3/30/22 | | | | $91.37 | -2.43% | -0.63% | -2.29% | -0.41% | -0.27 |
| 3/31/22 | | | | $89.90 | -1.61% | -1.57% | -1.79% | -0.38% | -0.25 |
| 4/1/22 | | | | $89.42 | -0.53% | 0.34% | -1.36% | 0.94% | 0.61 |
| 4/4/22 | | | | $90.97 | 1.73% | 0.81% | 0.89% | 1.03% | 0.70 |
| 4/5/22 | | | | $88.15 | -3.10% | -1.26% | -3.31% | -0.37% | -0.25 |
| 4/6/22 | | | | $86.10 | -2.33% | -0.97% | -1.36% | -1.35% | -0.93 |
| 4/7/22 | | | | $86.53 | 0.50% | 0.43% | 0.41% | 0.16% | 0.11 |
| 4/8/22 | | | | $85.04 | -1.72% | -0.27% | -1.52% | -0.46% | -0.33 |
| 4/11/22 | | | | $84.52 | -0.61% | -1.69% | -1.73% | 0.61% | 0.43 |
| 4/12/22 | | | | $83.15 | -1.62% | -0.34% | -0.74% | -1.06% | -0.75 |
| 4/13/22 | | | | $84.10 | 1.14% | 1.12% | 1.56% | -0.11% | -0.07 |
| 4/14/22 | | | | $81.41 | -3.20% | -1.21% | -2.14% | -1.54% | -1.09 |
| 4/18/22 | | | | $82.31 | 1.11% | -0.02% | 1.21% | -0.05% | -0.03 |
| 4/19/22 | | | | $84.13 | 2.21% | 1.61% | 2.35% | 0.30% | 0.21 |
| 4/20/22 | | | | $85.76 | 1.94% | -0.06% | 0.76% | 1.20% | 0.85 |
| 4/21/22 | | | | $84.25 | -1.76% | -1.48% | -2.53% | 0.23% | 0.17 |
| 4/22/22 | | | | $82.42 | -2.17% | -2.77% | -2.32% | -0.64% | -0.45 |
| 4/25/22 | | | | $82.54 | 0.15% | 0.57% | 1.68% | -1.31% | -0.93 |
| 4/26/22 | | | | $79.24 | -4.00% | -2.81% | -3.18% | -1.62% | -1.15 |
| 4/27/22 | | x | | $81.65 | 3.04% | 0.21% | -0.50% | 3.52% | 2.48 * |
| 4/28/22 | | | | $82.17 | 0.64% | 2.47% | 3.95% | -2.56% | -1.81 |
| 4/29/22 | x | | | $82.04 | -0.16% | -3.63% | -3.07% | 2.09% | 1.46 |
| 5/2/22 | | | | $82.45 | 0.50% | 0.57% | 2.14% | -1.33% | -0.93 |
| 5/3/22 | | | | $83.89 | 1.75% | 0.48% | 1.53% | 0.50% | 0.35 |
| 5/4/22 | | | | $86.45 | 3.05% | 2.99% | 3.49% | 0.61% | 0.42 |
| 5/5/22 | | | | $82.72 | -4.31% | -3.56% | -3.76% | -1.66% | -1.16 |
| 5/6/22 | | | | $82.62 | -0.12% | -0.57% | -0.79% | 0.53% | 0.37 |
| 5/9/22 | | | | $80.36 | -2.74% | -3.20% | -3.88% | 0.23% | 0.16 |
| 5/10/22 | | | | $80.80 | 0.55% | 0.25% | 1.85% | -0.98% | -0.68 |
| 5/11/22 | | | | $77.13 | -4.54% | -1.65% | -3.01% | -2.14% | -1.57 |
| 5/12/22 | | | | $78.10 | 1.26% | -0.13% | 0.35% | 1.11% | 0.82 |
| 5/13/22 | | | | $80.71 | 3.34% | 2.39% | 4.59% | -0.10% | -0.08 |
| 5/16/22 | | | | $82.83 | 2.63% | -0.39% | -1.13% | 3.61% | 2.71 * |
| 5/17/22 | | | | $87.10 | 5.16% | 2.02% | 4.85% | 1.47% | 1.08 |
| 5/18/22 | | | | $84.10 | -3.44% | -4.04% | -4.72% | 0.22% | 0.16 |
| 5/19/22 | | | | $82.51 | -1.89% | -0.58% | -0.90% | -1.16% | -0.85 |
| 5/20/22 | | | | $80.12 | -2.90% | 0.01% | -0.91% | -2.12% | -1.55 |
| 5/23/22 | | | | $81.93 | 2.26% | 1.86% | 1.69% | 1.06% | 0.77 |
| 5/24/22 | | | | $79.55 | -2.90% | -0.81% | -1.64% | -1.57% | -1.13 |
| 5/25/22 | | | | $82.66 | 3.91% | 0.95% | 1.76% | 2.56% | 1.85 |
| 5/26/22 | | | | $85.73 | 3.71% | 1.99% | 3.30% | 1.19% | 0.86 |
| 5/27/22 | | | | $88.17 | 2.85% | 2.47% | 3.22% | 0.36% | 0.26 |
| 5/31/22 | | | | $84.67 | -3.97% | -0.63% | -0.87% | -3.22% | -2.34 * |

Exhibit 1

# Summary of Event Study Regression Results[1]
## 9/14/20 – 4/20/23

| Date | Alleged Misrepresentation[2] Compliance Misrepresentation | Revenue Driver Misrepresentation | Alleged Corrective Disclosure[2] | STX Closing Stock Price | STX Raw Return | Market Index Return[3] | Industry Index Return[4] | STX Residual Return | T-Statistic[5] |
|------|------|------|------|------|------|------|------|------|------|
| 6/1/22 | | | | $83.68 | -1.17% | -0.75% | -1.06% | -0.23% | -0.17 |
| 6/2/22 | | | | $84.64 | 1.15% | 1.84% | 2.45% | -0.71% | -0.50 |
| 6/3/22 | | | | $82.71 | -2.28% | -1.63% | -2.16% | -0.45% | -0.32 |
| 6/6/22 | | | | $82.54 | -0.21% | 0.31% | -0.03% | -0.09% | -0.07 |
| 6/7/22 | | | | $84.49 | 2.36% | 0.95% | 0.57% | 1.96% | 1.43 |
| 6/8/22 | | | | $83.69 | -0.95% | -1.08% | -2.08% | 0.72% | 0.53 |
| 6/9/22 | | | | $82.85 | -1.00% | -2.38% | -2.44% | 1.07% | 0.78 |
| 6/10/22 | | | | $80.61 | -2.70% | -2.91% | -3.36% | 0.04% | 0.03 |
| 6/13/22 | | | | $77.04 | -4.43% | -3.88% | -5.26% | -0.20% | -0.15 |
| 6/14/22 | | | | $75.63 | -1.83% | -0.38% | 0.15% | -1.83% | -1.33 |
| 6/15/22 | | | | $76.24 | 0.81% | 1.46% | 1.73% | -0.50% | -0.36 |
| 6/16/22 | | | | $70.82 | -7.11% | -3.25% | -5.80% | -2.52% | -1.83 |
| 6/17/22 | | | | $72.69 | 2.64% | 0.22% | 0.89% | 2.08% | 1.51 |
| 6/21/22 | | | | $72.70 | 0.01% | 2.45% | 2.18% | -1.72% | -1.24 |
| 6/22/22 | | | | $71.60 | -1.51% | -0.13% | -0.64% | -0.87% | -0.63 |
| 6/23/22 | | | | $70.75 | -0.21% | 0.95% | -0.56% | 0.32% | 0.23 |
| 6/24/22 | | | | $74.15 | 4.81% | 3.06% | 3.78% | 1.93% | 1.38 |
| 6/27/22 | | | | $74.21 | 0.08% | -0.30% | 0.51% | -0.13% | -0.09 |
| 6/28/22 | | | | $72.91 | -1.75% | -2.01% | -2.55% | 0.49% | 0.35 |
| 6/29/22 | | | | $71.48 | -1.96% | -0.07% | -1.94% | -0.37% | -0.26 |
| 6/30/22 | | | | $71.44 | -0.06% | -0.88% | -1.00% | 0.91% | 0.65 |
| 7/1/22 | | | | $69.09 | -3.29% | 1.06% | -2.64% | -1.25% | -0.89 |
| 7/5/22 | | | | $71.31 | 3.21% | 0.16% | 0.51% | 2.97% | 2.13 * |
| 7/6/22 | | | | $71.53 | 0.31% | 0.36% | 0.24% | 0.25% | 0.18 |
| 7/7/22 | | | | $74.49 | 4.14% | 1.50% | 3.48% | 1.44% | 1.03 |
| 7/8/22 | | | | $74.87 | 0.51% | -0.08% | 0.25% | 0.42% | 0.30 |
| 7/11/22 | | | | $74.33 | -0.72% | -1.15% | -1.54% | 0.67% | 0.49 |
| 7/12/22 | | | | $74.78 | 0.61% | -0.92% | 0.23% | 0.51% | 0.38 |
| 7/13/22 | | | | $74.56 | -0.29% | -0.45% | 0.24% | -0.39% | -0.29 |
| 7/14/22 | | | | $75.58 | 1.37% | -0.30% | 0.76% | 0.82% | 0.61 |
| 7/15/22 | | | | $77.58 | 2.65% | 1.92% | 2.64% | 0.54% | 0.41 |
| 7/18/22 | | | | $77.51 | -0.09% | -0.84% | -0.96% | 0.75% | 0.57 |
| 7/19/22 | | | | $80.79 | 4.23% | 2.76% | 4.51% | 0.54% | 0.41 |
| 7/20/22 | | | | $82.07 | 1.58% | 0.59% | 1.97% | -0.05% | -0.04 |
| 7/21/22 | | | | $83.61 | 1.88% | 0.99% | 1.67% | 0.52% | 0.41 |
| 7/22/22 | | x | x | $76.83 | -8.11% | -0.93% | -2.34% | -6.10% | -4.76 * |
| 7/25/22 | | | | $76.52 | -0.40% | 0.13% | -0.32% | -0.08% | -0.06 |
| 7/26/22 | | | | $75.99 | -0.69% | -1.15% | -0.67% | -0.19% | -0.15 |
| 7/27/22 | | | | $78.68 | 3.54% | 2.62% | 3.26% | 0.95% | 0.75 |
| 7/28/22 | | | | $79.80 | 1.42% | 1.21% | 1.75% | 0.05% | 0.04 |
| 7/29/22 | | | | $79.98 | 0.23% | 1.42% | 1.55% | -0.98% | -0.79 |
| 8/1/22 | | | | $79.54 | -0.55% | -0.28% | 0.32% | -0.87% | -0.70 |
| 8/2/22 | | | | $79.01 | -0.67% | -0.67% | -1.04% | 0.25% | 0.20 |
| 8/3/22 | | | | $80.16 | 1.46% | 1.56% | 2.15% | -0.26% | -0.21 |
| 8/4/22 | | | | $80.39 | 0.29% | -0.08% | 0.76% | -0.40% | -0.33 |
| 8/5/22 | | | | $80.95 | 0.70% | -0.16% | -0.76% | 1.45% | 1.17 |
| 8/8/22 | x | | | $81.08 | 0.16% | -0.12% | -0.63% | 0.78% | 0.63 |
| 8/9/22 | | | | $77.34 | -4.61% | -0.42% | -3.55% | -1.29% | -1.04 |
| 8/10/22 | | | | $80.34 | 3.88% | 2.13% | 3.95% | 0.52% | 0.42 |
| 8/11/22 | | | | $82.47 | 2.65% | -0.07% | 0.62% | 2.07% | 1.68 |
| 8/12/22 | | | | $83.43 | 1.16% | 1.73% | 2.56% | -0.97% | -0.78 |
| 8/15/22 | | | | $82.20 | -1.47% | 0.40% | 0.01% | -1.36% | -1.09 |
| 8/16/22 | | | | $81.85 | -0.43% | 0.19% | -0.50% | 0.18% | 0.15 |
| 8/17/22 | | | | $79.24 | -3.19% | -0.72% | -2.01% | -1.25% | -1.02 |

**Exhibit 1**

## Summary of Event Study Regression Results[1]
9/14/20 – 4/20/23

| Date | Alleged Misrepresentation[2] Compliance Misrepresentation | Revenue Driver Misrepresentation | Alleged Corrective Disclosure[2] | STX Closing Stock Price | STX Raw Return | Market Index Return[3] | Industry Index Return[4] | STX Residual Return | T-Statistic[5] |
|---|---|---|---|---|---|---|---|---|---|
| 8/18/22 | | | | $81.63 | 3.02% | 0.23% | 2.12% | 0.94% | 0.77 |
| 8/19/22 | | | | $79.97 | -2.03% | -1.29% | -2.69% | 0.47% | 0.38 |
| 8/22/22 | | | | $76.57 | -4.25% | -2.14% | -3.12% | -1.54% | -1.26 |
| 8/23/22 | | | | $75.56 | -1.32% | -0.22% | 0.22% | -1.57% | -1.31 |
| 8/24/22 | | | | $76.07 | 0.67% | 0.29% | 0.03% | 0.79% | 0.65 |
| 8/25/22 | | | | $79.24 | 4.17% | 1.41% | 3.59% | 0.84% | 0.69 |
| 8/26/22 | | | | $74.62 | -5.83% | -3.37% | -4.96% | -1.45% | -1.19 |
| 8/29/22 | | | | $72.56 | -2.76% | -0.67% | -1.17% | -1.62% | -1.34 |
| 8/30/22 | | | | $69.42 | -4.33% | -1.10% | -1.12% | -3.34% | -2.73 * |
| 8/31/22 | | | | $66.96 | -3.54% | -0.78% | -0.75% | -2.81% | -2.25 * |
| 9/1/22 | | | | $65.92 | -1.55% | 0.30% | -0.74% | -0.52% | -0.41 |
| 9/2/22 | | | | $65.47 | -0.68% | -1.07% | -1.14% | 0.44% | 0.36 |
| 9/6/22 | | | | $65.35 | -0.18% | -0.41% | -1.02% | 0.98% | 0.79 |
| 9/7/22 | | | | $65.62 | 0.41% | 1.83% | 1.65% | -0.81% | -0.66 |
| 9/8/22 | | | | $66.13 | 0.78% | 0.66% | 1.76% | -0.85% | -0.69 |
| 9/9/22 | | | | $68.83 | 4.08% | 1.53% | 1.96% | 2.46% | 1.99 * |
| 9/12/22 | | | | $68.77 | -0.09% | 1.06% | 0.61% | -0.40% | -0.32 |
| 9/13/22 | | | | $65.24 | -5.13% | -4.32% | -5.58% | 0.09% | 0.07 |
| 9/14/22 | | | | $63.22 | -3.10% | 0.34% | 0.31% | -3.23% | -2.60 * |
| 9/15/22 | | | | $62.58 | -1.01% | -1.13% | -1.19% | 0.16% | 0.13 |
| 9/16/22 | | | | $62.71 | 0.21% | -0.72% | -0.46% | 0.68% | 0.53 |
| 9/19/22 | | | | $62.02 | -1.10% | 0.69% | 0.30% | -1.08% | -0.85 |
| 9/20/22 | | | | $59.93 | -2.27% | -1.13% | -1.64% | -0.58% | -0.46 |
| 9/21/22 | | | | $59.53 | -0.67% | -1.71% | -1.30% | 0.43% | 0.35 |
| 9/22/22 | | | | $58.84 | -1.16% | -0.84% | -2.42% | 1.51% | 1.23 |
| 9/23/22 | | | | $57.78 | -1.80% | -1.72% | -1.34% | -0.66% | -0.54 |
| 9/26/22 | | | | $55.39 | -4.14% | -1.03% | -1.69% | -2.39% | -1.93 |
| 9/27/22 | | | | $56.53 | 2.06% | -0.21% | 0.87% | 1.16% | 0.92 |
| 9/28/22 | | | | $56.98 | 0.80% | 1.97% | 1.94% | -0.64% | -0.51 |
| 9/29/22 | | | | $54.38 | -4.56% | -2.11% | -2.20% | -2.55% | -2.03 * |
| 9/30/22 | | | | $53.23 | -2.11% | -1.51% | -1.26% | -0.94% | -0.74 |
| 10/3/22 | | | | $54.76 | 2.87% | 2.59% | 3.80% | -0.52% | -0.41 |
| 10/4/22 | | | | $57.00 | 4.09% | 3.06% | 4.15% | 0.46% | 0.36 |
| 10/5/22 | | | | $57.43 | 0.75% | -0.20% | 0.49% | 0.32% | 0.25 |
| 10/6/22 | | | | $55.71 | -2.99% | -1.02% | -0.43% | -2.61% | -2.05 * |
| 10/7/22 | | | | $53.76 | -3.50% | -2.80% | -4.36% | 0.93% | 0.72 |
| 10/10/22 | | | | $52.23 | -2.85% | -0.75% | -2.68% | 0.22% | 0.17 |
| 10/11/22 | | | | $51.97 | -0.50% | -0.65% | -2.06% | 1.86% | 1.44 |
| 10/12/22 | | | | $51.82 | -0.29% | -0.33% | -0.42% | 0.28% | 0.22 |
| 10/13/22 | | | | $53.04 | 2.35% | 2.60% | 2.64% | 0.26% | 0.20 |
| 10/14/22 | | | | $51.61 | -2.70% | -2.37% | -3.79% | 1.11% | 0.86 |
| 10/17/22 | | | | $53.06 | 2.81% | 2.65% | 1.97% | 1.47% | 1.13 |
| 10/18/22 | | | | $52.97 | -0.17% | 1.14% | 0.86% | -0.69% | -0.52 |
| 10/19/22 | | | | $52.85 | -0.23% | -0.67% | 0.04% | -0.24% | -0.18 |
| 10/20/22 | | | | $53.03 | 0.34% | -0.80% | 0.51% | -0.23% | -0.18 |
| 10/21/22 | | | | $55.71 | 5.05% | 2.37% | 3.99% | 1.30% | 1.03 |
| 10/24/22 | | | | $56.31 | 1.08% | 1.19% | 0.87% | 0.47% | 0.37 |
| 10/25/22 | | | | $58.00 | 3.00% | 1.63% | 1.97% | 1.24% | 1.00 |
| 10/26/22 | x | x | x | $53.39 | -7.95% | -0.74% | -0.17% | -7.76% | -6.22 * |
| 10/27/22 | | | | $51.96 | -2.68% | -0.61% | -0.61% | -1.98% | -1.59 |
| 10/28/22 | x | | | $51.45 | -0.98% | 2.46% | 3.36% | -4.15% | -3.29 * |
| 10/31/22 | | | | $49.66 | -3.48% | -0.75% | -1.42% | -1.90% | -1.45 |
| 11/1/22 | | | | $51.03 | 2.76% | -0.41% | 0.26% | 2.59% | 1.96 |
| 11/2/22 | | | | $49.49 | -3.02% | -2.50% | -2.50% | -0.55% | -0.41 |

Exhibit 1

# Summary of Event Study Regression Results[1]
9/14/20 – 4/20/23

| Date | Alleged Misrepresentation[2] Compliance Misrepresentation | Revenue Driver Misrepresentation | Alleged Corrective Disclosure[2] | STX Closing Stock Price | STX Raw Return | Market Index Return[3] | Industry Index Return[4] | STX Residual Return | T-Statistic[5] |
|---|---|---|---|---|---|---|---|---|---|
| 11/3/22 | | | | $48.49 | -2.02% | -1.06% | -1.09% | -0.85% | -0.63 |
| 11/4/22 | | | | $51.12 | 5.42% | 1.36% | 3.69% | 1.75% | 1.31 |
| 11/7/22 | | | | $52.57 | 2.84% | 0.96% | 1.83% | 1.13% | 0.84 |
| 11/8/22 | | | | $53.00 | 0.82% | 0.56% | 1.11% | -0.20% | -0.15 |
| 11/9/22 | | | | $50.59 | -4.55% | -2.08% | -2.95% | -1.43% | -1.11 |
| 11/10/22 | | | | $53.80 | 6.35% | 5.54% | 8.07% | -1.59% | -1.23 |
| 11/11/22 | | | | $57.15 | 6.23% | 0.92% | 2.49% | 3.76% | 2.90 * |
| 11/14/22 | | | | $56.39 | -1.33% | -0.89% | -1.18% | 0.02% | 0.02 |
| 11/15/22 | | | | $55.73 | -1.17% | 0.87% | 1.92% | -3.07% | -2.31 * |
| 11/16/22 | | | | $53.91 | -3.27% | -0.83% | -3.50% | 0.85% | 0.63 |
| 11/17/22 | | | | $54.41 | 0.93% | -0.31% | 0.52% | 0.42% | 0.31 |
| 11/18/22 | | | | $54.57 | 0.29% | 0.48% | 1.16% | -0.73% | -0.55 |
| 11/21/22 | | | | $54.10 | -0.86% | -0.39% | -1.02% | 0.42% | 0.31 |
| 11/22/22 | | | | $54.11 | 0.02% | 1.36% | 2.18% | -1.95% | -1.46 |
| 11/23/22 | | | | $54.81 | 1.29% | 0.59% | 0.89% | 0.62% | 0.47 |
| 11/25/22 | | | | $54.70 | -0.20% | -0.03% | -0.36% | 0.39% | 0.30 |
| 11/28/22 | | | | $52.31 | -4.37% | -1.54% | -2.21% | -2.04% | -1.55 |
| 11/29/22 | | | | $51.45 | -1.64% | -0.16% | -0.23% | -1.23% | -0.92 |
| 11/30/22 | | | | $52.97 | 2.95% | 3.09% | 4.35% | -1.09% | -0.81 |
| 12/1/22 | | | | $53.30 | 0.62% | -0.09% | -0.86% | 1.83% | 1.38 |
| 12/2/22 | | | | $52.97 | -0.62% | -0.12% | -0.82% | 0.52% | 0.39 |
| 12/5/22 | | | | $52.25 | -1.36% | -1.79% | -1.60% | 0.30% | 0.23 |
| 12/6/22 | | | | $52.20 | -0.10% | -1.44% | -1.63% | 1.68% | 1.27 |
| 12/7/22 | | | | $52.57 | 0.71% | -0.19% | 0.20% | 0.67% | 0.51 |
| 12/8/22 | | | | $54.43 | 3.54% | 0.75% | 1.90% | 1.75% | 1.32 |
| 12/9/22 | | | | $54.14 | -0.53% | -0.73% | -0.61% | 0.19% | 0.14 |
| 12/12/22 | | | | $55.62 | 2.73% | 1.43% | 1.88% | 1.11% | 0.83 |
| 12/13/22 | | | | $56.17 | 0.99% | 0.73% | 1.00% | 0.21% | 0.16 |
| 12/14/22 | | | | $54.75 | -2.53% | -0.61% | -1.20% | -1.12% | -0.85 |
| 12/15/22 | | | | $52.37 | -4.35% | -2.49% | -4.16% | 0.04% | 0.03 |
| 12/16/22 | | | | $52.13 | -0.46% | -1.11% | -0.80% | 0.40% | 0.31 |
| 12/19/22 | | | | $50.99 | -2.19% | -0.90% | -1.21% | -0.81% | -0.62 |
| 12/20/22 | | | | $51.01 | 1.42% | 0.10% | 0.12% | 1.51% | 1.15 |
| 12/21/22 | | | | $50.24 | -1.50% | 1.49% | 1.51% | -2.70% | -2.06 * |
| 12/22/22 | | | | $50.21 | -0.06% | -1.45% | -3.19% | 3.50% | 2.62 * |
| 12/23/22 | | | | $50.51 | 0.60% | 0.59% | 0.35% | 0.53% | 0.39 |
| 12/27/22 | | | | $52.06 | 3.07% | -0.40% | -0.46% | 3.69% | 2.69 * |
| 12/28/22 | | | | $51.05 | -1.94% | -1.20% | -1.51% | -0.34% | -0.24 |
| 12/29/22 | | | | $53.02 | 3.86% | 1.75% | 3.13% | 0.94% | 0.68 |
| 12/30/22 | | | | $52.61 | -0.77% | -0.25% | -0.21% | -0.40% | -0.29 |
| 1/3/23 | | | | $51.88 | -1.39% | -0.40% | -0.02% | -1.26% | -0.91 |
| 1/4/23 | | | | $52.49 | 1.18% | 0.75% | 1.99% | -0.66% | -0.48 |
| 1/5/23 | | | | $53.49 | 1.91% | -1.16% | -0.81% | 2.80% | 2.02 * |
| 1/6/23 | | | | $55.91 | 4.52% | 2.28% | 4.31% | 0.43% | 0.30 |
| 1/9/23 | | | | $55.34 | -1.02% | -0.08% | 1.17% | -2.15% | -1.52 |
| 1/10/23 | | | | $56.46 | 2.02% | 0.70% | 1.29% | 0.97% | 0.68 |
| 1/11/23 | | | | $57.21 | 1.33% | 1.28% | 1.11% | 0.57% | 0.40 |
| 1/12/23 | | | | $57.77 | 0.98% | 0.34% | -0.39% | 1.68% | 1.18 |
| 1/13/23 | | | | $57.26 | -0.88% | 0.40% | 0.31% | -0.95% | -0.67 |
| 1/17/23 | | | | $56.98 | -0.49% | -0.20% | -0.22% | -0.08% | -0.05 |
| 1/18/23 | | | | $58.71 | 3.04% | -1.56% | -0.54% | 3.58% | 2.50 * |
| 1/19/23 | | | | $58.19 | -0.89% | -0.76% | -1.96% | 1.32% | 0.90 |
| 1/20/23 | | | | $59.34 | 1.98% | 1.89% | 2.16% | 0.22% | 0.15 |
| 1/23/23 | | | | $63.23 | 6.56% | 1.19% | 3.44% | 3.17% | 2.15 * |

**Exhibit 1**

# Summary of Event Study Regression Results[1]
9/14/20 – 4/20/23

| Date | Alleged Misrepresentation[2] | | Alleged Corrective Disclosure[2] | STX Closing Stock Price | STX Raw Return | Market Index Return[3] | Industry Index Return[4] | STX Residual Return | T-Statistic[5] |
|---|---|---|---|---|---|---|---|---|---|
| | Compliance Misrepresentation | Revenue Driver Misrepresentation | | | | | | | |
| 1/24/23 | | | | $62.23 | -1.58% | -0.07% | -0.66% | -0.67% | -0.45 |
| 1/25/23 | | | | $62.25 | 0.03% | -0.02% | 0.11% | 0.04% | 0.02 |
| 1/26/23 | x | x | | $69.01 | 10.86% | 1.10% | 1.26% | 9.88% | 6.59 * |
| 1/27/23 | | | | $68.99 | -0.03% | 0.25% | -0.63% | 0.96% | 0.64 |
| 1/30/23 | | | | $66.76 | -3.23% | -1.30% | -1.70% | -1.50% | -1.00 |
| 1/31/23 | | | | $67.78 | 1.53% | 1.46% | 1.22% | 0.68% | 0.45 |
| 2/1/23 | | | | $70.49 | 4.00% | 1.05% | 3.00% | 0.90% | 0.60 |
| 2/2/23 | | | | $72.37 | 2.67% | 1.47% | 2.29% | 0.55% | 0.36 |
| 2/3/23 | | | | $70.89 | -2.05% | -1.04% | -1.53% | -0.39% | -0.26 |
| 2/6/23 | | | | $69.75 | -1.61% | -0.61% | -1.42% | 0.07% | 0.04 |
| 2/7/23 | | | | $71.30 | 2.22% | 1.29% | 1.86% | 0.57% | 0.38 |
| 2/8/23 | | | | $71.08 | -0.31% | -1.11% | -1.68% | 1.53% | 1.03 |
| 2/9/23 | | | | $69.80 | -1.80% | -0.88% | -0.50% | -1.33% | -0.90 |
| 2/10/23 | | | | $71.28 | 2.12% | 0.22% | 0.11% | 2.19% | 1.47 |
| 2/13/23 | | | | $71.33 | 0.07% | 1.14% | 1.17% | -0.89% | -0.59 |
| 2/14/23 | | | | $72.46 | 1.58% | -0.03% | 0.77% | 0.83% | 0.55 |
| 2/15/23 | | | | $71.97 | -0.68% | 0.28% | 1.10% | -1.75% | -1.16 |
| 2/16/23 | | | | $70.53 | -2.00% | -1.38% | -1.72% | -0.23% | -0.15 |
| 2/17/23 | | | | $70.26 | -0.38% | -0.28% | -1.03% | 0.85% | 0.57 |
| 2/21/23 | | | | $67.08 | -4.53% | -2.00% | -2.64% | -1.87% | -1.25 |
| 2/22/23 | | | | $66.39 | -1.03% | -0.16% | -1.49% | 0.77% | 0.51 |
| 2/23/23 | | | | $67.08 | 1.04% | 0.53% | 1.25% | -0.12% | -0.08 |
| 2/24/23 | | | | $66.09 | -1.48% | -1.05% | -1.58% | 0.18% | 0.12 |
| 2/27/23 | | | | $64.25 | -2.78% | 0.31% | 0.35% | -3.02% | -2.05 * |
| 2/28/23 | | | | $64.56 | 0.48% | -0.30% | 0.17% | 0.30% | 0.21 |
| 3/1/23 | | | | $64.12 | -0.68% | -0.47% | -0.10% | -0.61% | -0.41 |
| 3/2/23 | | | | $64.86 | 1.15% | 0.76% | 0.49% | 0.88% | 0.60 |
| 3/3/23 | | | | $64.57 | -0.45% | 1.61% | 0.82% | -0.89% | -0.60 |
| 3/6/23 | | | | $63.32 | -1.94% | 0.07% | -0.38% | -1.39% | -0.94 |
| 3/7/23 | | | | $62.14 | -1.86% | -1.53% | -1.06% | -0.96% | -0.65 |
| 3/8/23 | | | | $63.63 | 2.40% | 0.14% | 1.64% | 0.69% | 0.47 |
| 3/9/23 | | | | $63.25 | -0.60% | -1.85% | -1.73% | 1.00% | 0.68 |
| 3/10/23 | | | | $61.75 | -2.37% | -1.45% | -2.07% | -0.29% | -0.20 |
| 3/13/23 | | | | $60.34 | -2.28% | -0.15% | -0.76% | -1.36% | -0.95 |
| 3/14/23 | | | | $61.02 | 1.13% | 1.65% | 2.23% | -0.89% | -0.62 |
| 3/15/23 | | | | $59.85 | -1.92% | -0.70% | -1.62% | -0.13% | -0.09 |
| 3/16/23 | | | | $61.20 | 2.26% | 1.76% | 3.23% | -0.87% | -0.61 |
| 3/17/23 | | | | $61.05 | -0.25% | -1.10% | -0.88% | 0.57% | 0.40 |
| 3/20/23 | | | | $62.06 | 1.65% | 0.89% | 1.19% | 0.64% | 0.45 |
| 3/21/23 | | | | $62.10 | 1.21% | 1.30% | 0.53% | 1.08% | 0.75 |
| 3/22/23 | | | | $60.52 | -2.54% | -1.65% | -1.55% | -1.12% | -0.77 |
| 3/23/23 | | | | $61.60 | 1.78% | 0.30% | 1.66% | 0.08% | 0.05 |
| 3/24/23 | | | | $61.64 | 0.06% | 0.56% | -1.17% | 1.58% | 1.11 |
| 3/27/23 | | | | $62.01 | 0.60% | 0.16% | -0.06% | 0.75% | 0.53 |
| 3/28/23 | | | | $60.43 | -2.55% | -0.16% | -0.62% | -1.87% | -1.33 |
| 3/29/23 | | | | $63.79 | 5.56% | 1.42% | 3.22% | 2.39% | 1.69 |
| 3/30/23 | | | | $64.98 | 1.87% | 0.57% | 1.79% | 0.01% | 0.00 |
| 3/31/23 | | | | $66.12 | 1.75% | 1.44% | 1.12% | 0.88% | 0.61 |
| 4/3/23 | | | | $65.75 | -0.56% | 0.37% | -0.74% | 0.39% | 0.27 |
| 4/4/23 | | | | $65.34 | -0.62% | -0.58% | -1.86% | 1.35% | 0.95 |
| 4/5/23 | | | | $64.86 | -0.73% | -0.25% | -1.49% | 0.89% | 0.63 |
| 4/6/23 | | | | $64.40 | -0.71% | 0.36% | -0.61% | 0.05% | 0.04 |
| 4/10/23 | | | | $66.35 | 3.03% | 0.10% | 2.48% | 0.21% | 0.15 |
| 4/11/23 | | | | $66.88 | 0.80% | 0.00% | -0.09% | 0.90% | 0.64 |

Exhibit 1

# Summary of Event Study Regression Results[1]
## 9/14/20 – 4/20/23

| Date | Alleged Misrepresentation[2] Compliance Misrepresentation | Revenue Driver Misrepresentation | Alleged Corrective Disclosure[2] | STX Closing Stock Price | STX Raw Return | Market Index Return[3] | Industry Index Return[4] | STX Residual Return | T-Statistic[5] |
|------|------|------|------|------|------|------|------|------|------|
| 4/12/23 | | | | $66.38 | -0.75% | -0.41% | -0.93% | 0.21% | 0.15 |
| 4/13/23 | | | | $65.35 | -1.55% | 1.33% | 0.66% | -1.95% | -1.38 |
| 4/14/23 | | | | $63.96 | -2.13% | -0.21% | -0.49% | -1.58% | -1.11 |
| 4/17/23 | | | | $64.25 | 0.45% | 0.33% | -0.36% | 1.05% | 0.74 |
| 4/18/23 | | | | $64.27 | 0.03% | 0.09% | -0.23% | 0.36% | 0.25 |
| 4/19/23 | | | | $62.86 | -2.19% | -0.01% | -2.02% | 0.28% | 0.19 |
| 4/20/23 | | | x | $57.08 | -9.20% | -0.60% | -0.34% | -8.99% | -6.34 * |

Source:  Alleged Misrepresentation Exhibit; Cain Backup Materials; Complaint; Edited Transcript – Seagate Technology Holdings PLC at Bank of America Global Technology Conference (Virtual), *Refinitiv StreetEvents*, June 8, 2021, 11:30 AM ET; Edited Transcript – Seagate Technology Holdings PLC at Morgan Stanley Technology, Media, and Telecom Conference (Virtual), *Refinitiv StreetEvents*, March 8, 2022, 12:45 PM ET; MTD Ruling; Seagate's Earnings Call Transcripts; Seagate's SEC Filings; Dan Strumpf, "Seagate Broke Export Curbs by Supplying Huawei, Senate Republicans Say," *The Wall Street Journal*, October 26, 2021, https://www.wsj.com/business/telecom/seagate-broke-export-curbs-by-supplying-huawei-senate-republicans-say-11635254101

Notes:
[1]  This event study model utilizes a rolling estimation window of 120 trading days, and excludes Alleged Corrective Disclosure impact days (3/8/22, 7/22/22, 10/26/22, and 4/20/23) and earnings announcement impact days (2/5/20, 4/23/20, 7/29/20, 10/23/20, 1/22/21, 4/23/21, 7/21/21, 10/22/21, 1/27/22, 4/27/22, 7/22/22, 10/26/22, 1/26/23, 4/20/23, 7/27/23, and 10/26/23).
[2]  An "x" indicates the impact day associated with the event.
[3]  The market index is the S&P 500 Index.
[4]  The industry index is an equal-weighted index comprising Seagate's peer companies in its proxy statements (NXP Semiconductors, Juniper Networks, Flex, Zebra Technologies, Xerox Holdings, Western Digital, Applied Materials, NetApp, Microchip Technology, Corning, Hewlett Packard Enterprise, Lam Research, KLA, Analog Devices, Micron Technology, Motorola Solutions, Advanced Micro Devices, Skywords Solutions, and Keysight Technologies). Peer companies in the equal-weighted index are updated each fiscal year based on disclosures in that year's proxy statement.
[5]  An "*" indicates statistical significance at the 95% confidence level using a two-tailed test.

**Exhibit 2**

# Seagate and Western Digital
# Percentage Decline in Quarterly Total Revenue from Seagate's FQ1 2022[1]
## FQ1 2022 – FQ3 2023



Source:  Seagate's SEC Filings; Western Digital's SEC Filings

Note:

[1]  Percentage decline represents the percentage change in quarterly total revenue for each fiscal quarter from Seagate's and Western Digital's total revenues for FQ1 2022 (ending October 1, 2021), respectively.

**Exhibit 3**

# Seagate, Western Digital, and Toshiba
# Percentage Decline in Quarterly HDD Revenue from Seagate's FQ1 2022[1][2]
## FQ1 2022 – FQ3 2022[3]



Source:  Seagate's Earnings Presentations; Toshiba's Earnings Presentations; Western Digital's SEC Filings

Note:
[1]  HDD revenues for Seagate and Western Digital reflect only HDD sales, while HDD revenue for Toshiba includes sales of HDDs, materials & devices, and resale of memory products.
[2]  Percentage decline represents the percentage change in quarterly HDD revenue for each fiscal quarter from Seagate's and Western Digital's HDD revenues for FQ1 2022 (ending October 1, 2021) and Toshiba's HDD revenue for FQ2 2021 (ending September 30, 2021), respectively.  For Toshiba, percentage declines are based on converted revenue from Japanese yen to U.S. dollar using the average foreign exchange rate during each fiscal year as disclosed in Toshiba's earnings presentations.
[3]  Dates on the x-axis reflect fiscal quarter-end dates for Seagate and Western Digital.  Toshiba's fiscal year ends on March 31 of each calendar year.  Toshiba's quarterly HDD revenue is aligned to Seagate's and Western Digital's fiscal quarters with the closest quarter-end dates.

CONFIDENTIAL