Lance V. Oliver (admitted *pro hac vice*)
William S. Norton (admitted *pro hac vice*)
Joshua C. Littlejohn (admitted *pro hac vice*)
Christopher F. Moriarty (admitted *pro hac vice*)
Andrew P. Arnold (admitted *pro hac vice*)
Gregg S. Levin (admitted *pro hac vice*)
Cameran M. Gilliam (admitted *pro hac vice*)
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
loliver@motleyrice.com
bnorton@motleyrice.com
jlittlejohn@motleyrice.com
cmoriarty@motleyrice.com
aarnold@motleyrice.com
glevin@motleyrice.com
cgilliam@motleyrice.com

*Co-Lead Counsel for Co-Lead Plaintiffs*
*Universal-Investment-Gesellschaft mbH,*
*Universal-Investment-Luxembourg S.A., and*
*UI BVK Kapitalverwaltungsgesellschaft mbH,*
*and the Class*

Salvatore J. Graziano (admitted *pro hac vice*)
Hannah Ross (admitted *pro hac vice*)
James A. Harrod (admitted *pro hac vice*)
Jorge Tenreiro (admitted *pro hac vice*)
Aasiya Farah Mirza Glover (admitted *pro hac vice*)
Sarah Schmidt (admitted *pro hac vice*)
**BERNSTEIN LITOWITZ BERGER**
**  & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com
hannah@blbglaw.com
jim.harrod@blbglaw.com
jorge.tenreiro@blbglaw.com
aasiya.glover@blbglaw.com
sarah.schmidt@blbglaw.com

*Co-Lead Counsel for Co-Lead Plaintiffs*
*Public Employees' Retirement System of*
*Mississippi and Arkansas Public Employees'*
*Retirement System, and the Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Seagate Technology Holdings plc Securities Litigation* | Case No. 3:23-cv-03431-RFL <br><br> <u>CLASS ACTION</u> <br><br><br> **DECLARATION OF JAMES A. HARROD IN FURTHER SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, James A. Harrod, declare:

1.      I am a partner at the law firm Bernstein Litowitz Berger & Grossmann LLP, co-lead counsel for Co-Lead Plaintiffs Public Employees' Retirement System of Mississippi, Arkansas Public Employees' Retirement System, Universal-Investment-Gesellschaft mbH, Universal-Investment-Luxembourg S.A., and UI BVK Kapitalverwaltungsgesellschaft mbH (collectively, "Lead Plaintiffs"). I am licensed to practice law in the State of New York and admitted *pro hac vice* to practice before this Court. I submit this declaration in further support of Plaintiff's Motion for Class Certification. I have personal knowledge of the facts stated herein, and if called to testify, could and would competently thereto.

2.      Attached as **Exhibit G** is a true and correct copy of the Reply Expert Report of Matthew D. Cain.[1]

3.      Attached as **Exhibit H** is a true and correct copy of excerpts of the transcript of the deposition of Dr. Paul Zurek, taken March 18, 2026.

4.      Attached as **Exhibit I** is a true and correct copy of an analyst report dated September 15, 2020, "Seagate Technology plc (STX): For Mass Storage, HODs are the Right Tool," Northland Capital Markets, bearing Bates number Seagate_000242330 to Seagate_000242341.

5.      Attached as **Exhibit J** is a true and correct copy of an analyst report dated March 18, 2021, "Seagate: Revisiting our Thesis, Aimed at Answering a Few Questions," Susquehanna Financial Group, bearing Bates number Seagate_000245840 to Seagate_000245843.

6.      Attached as **Exhibit K** is a true and correct copy of an analyst report dated April 20, 2021, "STX/WDC: Nearline Picking Up for C2Q, STX Leadership Appears Firm for 2021+," Edgewater Research, bearing Bates number Seagate_000246453 to Seagate_000246460.

7.      Attached as **Exhibit L** is a true and correct copy of an analyst report dated October 27, 2022, "Analyst Notes," Argus Research Company, bearing Bates number Seagate_000263303 to Seagate_000263308.

---

[1] Lead Plaintiffs have added highlighting in blue to certain portions of the Exhibits for the Court's convenience.

HARROD DECLARATION                                    CASE NO. 3:23-CV-03431-RFL

8.      Attached as **Exhibit M** is a true and correct copy of an analyst report dated April 21, 2023, "Daily Chip Clips," Oppenheimer Equity Research, bearing Bates number Seagate_000269016 to Seagate_000269020.

9.      Attached as **Exhibit N** is a true and correct copy of an email from BS Teh to David Mosley, et al., dated October 15, 2021, with attached presentation, bearing Bates number Seagate_000061899.

10.      Attached as **Exhibit O** is a true and correct copy of an analyst report dated October 26, 2022, "Controlling the Controllables," BNP Paribas, bearing Bates number Seagate_000262793 to Seagate_000262804.

11.      Attached as **Exhibit P** is a true and correct copy of an analyst report dated January 22, 2022, "Weekly Musings: A Look at Second Week of Earnings (TXN, INTC, LRCX, STX, TER, MTS, WDC, and KLAC)," Evercore ISI, bearing Bates number Seagate_000252130 to Seagate_000252175.

12.      Attached as **Exhibit Q** is a true and correct copy of an analyst report dated October 22, 2021, "STX: Nearline Momentum Continues; Confidence in Sustainable 30%+ GM% w/ Increased F2022 Rev. Outlook," Wells Fargo, bearing Bates number Seagate_000249735 to Seagate_000249744.

13.      Attached as **Exhibit R** is a true and correct copy of an analyst report dated October 26, 2022, "Another Cut Exposes More Questions than Answers," Barclays Equity Research, bearing Bates number Seagate_000262857 to Seagate_000262870.

14.      Attached as **Exhibit S** is a true and correct copy of an analyst report dated October 27, 2022, "Seagate Technology PLC: Downgrade to Neutral: New Risks Offset An Otherwise Solid Recovery Story," UBS, bearing Bates number Seagate_000263415 to Seagate_000263438.

15.      Attached as **Exhibit T** is a true and correct copy of an analyst report dated March 18, 2021, "STX: US Commerce Department Bureau of Industry & Security (BIS) Looking into Seagate's Sales to Huawei?," Wells Fargo Equity Research, bearing Bates number Seagate_000245849 to Seagate_000245853.

HARROD DECLARATION                                                    CASE NO. 3:23-CV-03431-RFL

16.     Attached as **Exhibit U** is a true and correct copy of an analyst report dated April 20, 2023, "Still Searching for a Bottom as Nearline Inventory Correction Continues," Evercore ISI, bearing Bates number Seagate_000268673 to Seagate_000268685.

17.     Attached as **Exhibit V** is a true and correct copy of a letter from John Sonderman, Office of Export Enforcement to Dr. Dave Mosley, Seagate Technology LLC, titled "Proposed Charging Letter."

18.     Attached as **Exhibit W** is a true and correct copy of a collection of text messages between Mike Small and Gianluca Romano sent September 22, 2020, bearing Bates number Seagate_000064654 to Seagate_000064655.

19.     Attached as **Exhibit X** is a true and correct copy of a collection of text messages between Daniel Ha and Michelle Scott-Horwitz sent September 23, 2020, bearing Bates number Seagate_000229466 to Seagate_000229468.

20.     Attached as **Exhibit Y** is a true and correct copy of the Order Relating to Seagate Technology LLC and Seagate Singapore International Headquarters PTE. Ltd, U.S. Dept. of Commerce, Bureau of Industry and Security, issued April 19, 2023.

21.     Attached as **Exhibit Z** is a true and correct copy of an email from Daniel Ha to Michelle Scott-Horwitz, et al., dated January 28, 2021, bearing Bates number STX004975933 to STX004975936.

22.     Attached as **Exhibit AA** is a true and correct copy of an email from BS Teh to Lay Peng Ong, dated June 7, 2021, bearing Bates number STX007097363 to STX007097366.

23.     Attached as **Exhibit BB** is a true and correct copy of an email from Rod Cooper to Gianluca Romano, et al., with attached presentation, dated October 18, 2021, bearing Bates number Seagate_000047927.

24.     Attached as **Exhibit CC** is a true and correct copy of an email from Kang Yu to Jeff Nygaard, et al., dated August 20, 2021, bearing Bates number STX007106118 to STX007106122.

HARROD DECLARATION                                                    CASE NO. 3:23-CV-03431-RFL

25.      Attached as **Exhibit DD** is a true and correct copy of an email from BS Teh to Sal Varanasi, et al., dated April 6, 2022 with attached presentation, bearing Bates number Seagate_000096652 to Seagate_000096653.

26.      Attached as **Exhibit EE** is a true and correct copy of an email from Komal Shah to Kate Schuelke, et al., dated February 16, 2023, bearing Bates number Seagate_000231435 to Seagate_000231450.

27.      Attached as **Exhibit FF** is a true and correct copy of an email from Beth Brinkmann to Kate Schuelke, et al., dated February 11, 2023, bearing Bates number Seagate_000231367 to Seagate_000231422.

28.      Attached as **Exhibit GG** is a true and correct copy of an article dated March 17, 2021, "Seagate chip sales to China's Huawei investigated," *Washington Times*, bearing Bates number Seagate_000275920 to Seagate_000275928.

29.      Attached as **Exhibit HH** is a true and correct copy of an email from Jing Jing Li to Edward Zhu, dated June 17, 2020, bearing Bates number STX004975958 to STX004975963.

30.      Attached as **Exhibit II** is a true and correct copy of an email from Kate Schuelke to Dave Mosley, dated September 11, 2020, bearing Bates number Seagate_000230549 to Seagate_000230551.

31.      Attached as **Exhibit JJ** is a true and correct copy of an email from Steven Haines to John Caracappa et al., dated September 15, 2020, bearing Bates number Seagate_000232230 to Seagate_000232241.

32.      Attached as **Exhibit KK** is a true and correct copy of an email from Michelle Scott-Horwitz to Michael Small, et al., dated September 22, 2020, bearing Bates number Seagate_000229586 to Seagate_000229589.

33.      Attached as **Exhibit LL** is a true and correct copy of an email from Michelle Scott-Horwitz to Michael Small, dated September 22, 2020, bearing Bates number Seagate_000229601 to Seagate_000229602.

HARROD DECLARATION                                                    CASE NO. 3:23-CV-03431-RFL

34.    Attached as **Exhibit MM** is a true and correct copy of a collection of text messages between Averie Hason and Steven Haines exchanged on January 4, 2023, bearing Bates number Seagate_000232026 to Seagate_000232027.

35.    Attached as **Exhibit NN** is a true and correct copy of a collection of text messages between Kate Schuelke and David Mosley exchanged on September 23, 2020, bearing Bates number Seagate_000230561 to Seagate_000230562.

36.    Attached as **Exhibit OO** is a true and correct copy of a Draft Memorandum from Covington & Burling LLP to Seagate Technology dated February 18, 2022, bearing Bates number Seagate_000238328 to Seagate_000238359.

37.    Attached as **Exhibit PP** is a true and correct copy of an email from Teresa Ng to Lay Peng Ong, et al., dated October 12, 2021, bearing Bates number STX008705488 to STX008705490.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 24, 2026.

By:    _/s/ James A. Harrod_
James A. Harrod

HARROD DECLARATION                                    CASE NO. 3:23-CV-03431-RFL