# Exhibit I



**Initiating Coverage**

09/15/2020

# Outperform

Price: $47.65
Price Target: $65.00

**Industry**
Semiconductor and Enabling Technology

## Gus Richard

(408) 499-9163
grichard@northlandcapitalmarkets.com

### Stock Data

| | |
|---|---|
| 52-Week Range | $39.02/$64.17 |
| Avg. Daily Volume | 3,375,091 |
| Market Cap. (MM) | $12,224 |
| Shares Out. (MM) | 256.5 |
| Float | 99.5% |
| Cash Per Share | $6.72 |
| Debt-to-Capital | 70.3% |
| Book Value Per Share | $6.96 |
| Dividend Yield | 5.59% |
| Shares Short | 16,719,956 |
| Insider Ownership | 0.5% |
| Institutional Ownership | 86.2% |
| FY End | Jun |

Source: Factset

### Revenue Estimates ($M)

| | 2020 | 2021 | 2022 |
|---|---|---|---|
| 1Q | 2,578A | 2,382E | 2,890E |
| 2Q | 2,696A | 2,529E | 2,843E |
| 3Q | 2,718A | 2,564E | 2,500E |
| 4Q | 2,517A | 2,822E | 2,580E |
| FY | 10,509A | 10,297E | 10,813E |

### EPS Estimates ($)

| | 2020 | 2021 | 2022 |
|---|---|---|---|
| 1Q | 1.03A | 0.91E | 1.57E |
| 2Q | 1.35A | 1.04E | 1.51E |
| 3Q | 1.38A | 1.22E | 1.15E |
| 4Q | 1.20A | 1.45E | 1.23E |
| FY | 4.96A | 4.62E | 5.45E |
| P/E | 9.6x | 10.3x | 8.7x |

# Seagate Technology plc (STX)
## For Mass Storage, HDDs are the Right Tool

### Summary

STX is a pure-play HDD supplier in a consolidated market. We believe HDD technology is hitting an inflection point driven by HAMR and multi-actuators vs SDD that will likely experience diminishing technology returns in the coming years. For these reasons we expect HDD to maintain its 10:1 cost advantage over SSD in high capacity applications and at a minimum maintain their market share in nearline applications. We are initiating coverage of STX with an OP and $65 PT.

### Key Points

**HDD vs SDD:** Over the last decade HDD lost share to SDD. We expect SSD vs HDD market share is likely to stabilize in the high capacity storage market. HDD cost and performance improvements are re-accelerating as Heat Assisted Magnetic recording, HAMR, is driving areal density improvements and a lower cost per TB. While multi-actuator technology is increasing data transfer rates. At the same time, NAND flash density improvements and cost per bit improvements are likely to slow as the number of levels in 3-D NAND and the number of bits per cell experience diminishing economic returns moving forward. Without a significant breakthrough, NAND flash manufacturing cost declines per TB is going to slow over the next several years. We believe that for high capacity storage, HDDs will maintain a 10x cost advantage over SSDs, allowing for a stabilization of the mix between SSD and HDD in nearline storage and other high capacity applications.

**STX is the Pure Play HDD Supplier:** The HDD market has consolidated. Two companies, STX and WDC, have roughly 80% market share. Much like the DRAM market, the reduction in suppliers is likely to help smooth out capacity cycles and drive more stable pricing and higher levels of profitability over time. Moreover, STX is increasingly leveraged to cloud storage that will likely see sustained growth for many decades to come. HDDs have a unique position on the cost performance spectrum that will allow HDD demand to grow with market demand, in our opinion.

**Q1 (Sept) Guidance:** Seagate guided Q1 (Sept) revenues to $2.3B plus or minus $200M and Non-GAAP EPS of $0.85 plus or minus $0.15.

**Strong Balance and Cash Flow:** STX has $1.7B in cash and $3.2B in liquidity at the end of the June quarter. Debt is $4.1B with an average 7-year maturity. FCF was $1.13B in FY20 (June). STX is committed to returning at least 50% of free cash flow to shareholders. The dividend yield is currently 6.6%.

IMPORTANT DISCLOSURES AND ANALYST CERTIFICATION ON PAGE 10

09/15/2020

**Attractive Valuation:** STX is trading at 10x our FY21 (June) estimate of $4.62 and 8.5x our FY22 estimate of $5.45.

**Thesis:**

There is a sustained demand for more digital storage as companies are saving all the data they collect, and the amount of video content continues to grow, from stream video to security cameras. Over the last decade solid-state drives, SSDs, have displaced hard disk drives, HDDs, as the cost of SSDs has declined at a more rapid pace than HDDs. We believe the mix of SSD and HDD in the mass storage market is stabilizing and HDD demand will grow as HDD technology hits an inflection point and SSDs start to see diminishing returns on technology advancement in terms of cost per TB in mass storage applications. In addition, we believe the decline in legacy disk drives used in client applications is slowing and the demand for HDD mass storage revenue is likely to continue to grow at 15% to 20%. While the Company's long-term revenue growth target is 2% to 6%, we think it is likely to tend higher overtime over time as legacy revenue declines as a percentage of its revenue mix. We also expect the company will benefit from a mix shift to high capacity drives as these devices carry a higher gross margin than the legacy products. The industry has consolidated to 3 suppliers with STX being effectively the only pure-play HDD supplier left. The Company is shareholder friendly with a 5.6% dividend yield and it continues to repurchase shares.

**HDD Demand Stabilizing after a Decade of Decline**

**HDD A Decade of Decline:** Hard Disk Drive unit demand peaked in the 2010s at 653M units and then declined at a 9% CAGR for a decade to an estimated 254M units this year. The 10-year decline in HDD demand has been driven by the displacement of HDD by solid-state drives, SSDs with the basic storage element being NAND flash. SSDs have taken market share as they are small, faster, and more rugged. In addition, the price declines of SSDs accelerated over the last decade. The SSD price decline was due to the reduction in the cost of NAND flash. Over the last decade, NAND flash manufacturing technology transitioned from planer, 2D, to 3D as NAND flash cells were stacked vertically. In addition, the number of bits per cell increased from SLC (1 bit) to MLC (2 bits) to TLC (3 bits). At the same time, the HDD technology stalled. Since 2012, the amount of storage per unit area or areal density has grown below a 10% CAGR. However, the HDD cost per unit of storage is still 10x lower than SSD for high capacity drives that are greater than a few Terabytes.

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

Seagate_000242331

09/15/2020



Source: Northland Estimates and Company Reports

**Demand for HDD Stabilizing and Shifting to Mass Storage:** We expect HDD demand to stabilize over the next few years driven by demand growth for nearline drives, Network Attach Storage, and video and imaging applications. We estimate HDD mass storage revenue has been growing at a 16% CAGR over the last 5 years. Mass capacity drives accounted for 53% of HDD revenue in FY20 (June) and 58% in Q4:FY20 (June). AI and Video are key drivers of mass capacity drives. AI needs data to be trained, the more the better. Companies also don't know what data is valuable or how it might be used. As a result, more data is being saved for longer periods. Video and image content consume vast amounts of storage and comes from a wide and growing number of sources including social media, Zoom recordings uploads, and professional and consumer video surveillance. This, in addition to video streaming is driving the need for digital storage. The lower cost of HDD storage relative to flash and acceptable data transfer speeds make it a preferred storage option for bulk storage. In the client storage market the HDDs that can be replaced by SSDs, for the most part, have been replaced. For bulk storage of video and music, HDDs are the preferred storage in fixed client devices. High-end desktops now coming with both SSD for speed and HDD for bulk storage. The Company expects by 2024 the split of mass capacity and legacy will be 90% and 10%.

**HDD 10x Cheaper than SSD for Mass Storage**

**HDD Cost Declines:** We believe that the transition from Perpendicular Magnetic Recording, PMR to Heat Assisted Magnetic Record, HAMR, is accelerating the growth of areal density from less than a 10% CAGR since 2012 to greater than a 20% CAGR over the next 10 years. Seagate's roadmap includes a 20TB drive shipping in 2020 growing to 50TB drive shipping in 2026. We estimate that cost per TB in high capacity drives will decline at a 15% CAGR over the next decade versus an estimated 5% over the last 8 years as the transition to HAMR took longer than expected.

Seagate Technology (STX)
Page 3 of 12

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

Seagate_000242332

09/15/2020

**HDD Performance Improvements:** Higher capacity without higher performance, in terms of data transfer, limits the usefulness of higher capacity drives. In HDDs, data is stored on a rotating disk. Increasing I/O has been driven primarily by increasing RPM and the number of channels used to transfer data to and from an HDD. HDDs with the highest capacity cannot be spun at higher RPMs due to higher power consumption. In addition, increased RPMs increase vibration, degrading performance. Seagate introduced multi actuator technology. The first generation of multi actuators split the drive into two data channels that operate independently. This effectively doubles a hard drive performance by doubling the number of I/O operations per second, IOPS. HDD performance requirements vary by workload, but it is measured by IOPS/terabyte (IOPS/TB) at a given latency. IOPS/TB is the drive's random IOPS capability divided by the available capacity. Typical cloud workloads require between 5 and 10 IOPS/TB. As can be seen from the chart below, this innovation extends the usefulness of high capacity HDD provided by HAMR and other next-generation recording technologies.



Source: Seagate

We believe that the combination of HAMR recording technology and multi actuator technology may change the total cost of ownership calculation for storage customers improving HDD attractiveness relative to SSD and could shift the relative spending, but at a minimum we expect it to stabilize the mix in the mass capacity market.

**NAND Flash Challenge Increase:** Flash cost reductions are becoming more challenging. Shifting from 1 bit per cell, SLC, to 2 bits per cell, MLC, doubles the number of bits per area. Going from MLC to 3 bits per cell, TLC, increased bits per unit area by 50%. Going to going 4 bits per cell, QLC increases the bits per unit area by 33%. In addition, the more bits per cell the lower the endurance/write cycles and is less reliability the flash. The progression of 3-D NAND from 32 levels to 64 levels to 96 levels to 128 levels also suffers from diminishing returns and manufacturing complexity. The technical challenging of adding more 3D NAND levels is as the number of layers increases, stress increases, causing distortions to the patterns. This in turn makes aligning the next layer to the previous more and more challenging. At some point, the aspect ratio cell area to number of layers reaches an optimum in terms of density and cost. On the current trajectory, we believe the NAND flash is nearing that limit.

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

Seagate_000242333

09/15/2020



Source: Lam Research 2020 Analyst Day

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

Seagate_000242334

09/15/2020



Source: IC Knowledge LLC

**Recent Results**

Revenue from mass capacity storage markets was a record 442 Exabytes, a 35% year-over-year increase and represented 58% of FQ4 (June) revenue. The average capacity per drive (TB) increased by ~53% YoY and the total capacity shipped (EB) increased by 38% YoY. The Company noted a $3B-$6B incremental edge opportunity and that the TAM, for nearline, video, image applications, and NAS HDDs, is expected to double in size over the next 5 years to ~$24B. COVID-19 related disruptions impacted demand in other key end markets including video and image applications, mission-critical, and consumer markets. In addition, GM was negatively impacted by higher logistics and labor costs. Partially offsetting the GM pressure is lower OPEX as travel expenses and other expenses were reduced by the impact of COVID-19. The Company also implemented a restructuring in the June quarter that is expected to reduce OPEX to $255M/Q, down from the $265M run rate in March quarter. Near term, OPEX is below this level, due to the COVID-19 impact we expect it to reach the $255M level by the end of FY21 (June).

The company restructured its debt, increasing its average debt maturity to nearly 7 years and reduced the amount payable in the next two fiscal years to approximately 6% of the principal debt balance. The Company has a strong balance sheet, with $3.2B in liquidity, Over the last five quarters, Seagate has consistently generated positive free cash flows in the range of $260M-$309M. The cash flows enable Seagate to offer a dividend and repurchase shares.

Seagate Technology (STX)
Page 6 of 12

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

Seagate_000242335

09/15/2020

## Cash, Cash Flow, and Operational Trends

| | Q4FY19 | Q1FY20 | Q2FY20 | Q3FY20 | Q4FY20 |
|---|---|---|---|---|---|
| Cash[1] ($M) | 2,220 | 1,784 | 1,744 | 1,612 | |
| Debt ($M) | 4,253 | 4,140 | 4,141 | 4,103 | |
| Cash Flow From Operations ($M) | 448 | 456 | 480 | 390 | |
| Capital Expenditures[2] ($M) | 151 | 147 | 194 | 130 | |
| Free Cash Flow[3] ($M) | 297 | 309 | 286 | 260 | |
| YTD Cash Flow From Operations[4] ($M) | 1,761 | 456 | 936 | 1,326 | |
| YTD Shares Repurchased[4] ($M) | 963 | 450 | 600 | 796 | |
| YTD Dividend Paid[4] ($M) | 713 | 170 | 335 | 505 | |
| Days Sales Outstanding | 38 | 40 | 38 | 39 | |
| Days Inventory Outstanding | 50 | 53 | 54 | 51 | |
| Days Payables Outstanding | 74 | 90 | 88 | 84 | |
| Cash Conversion Cycle | 14 | 4 | 4 | 5 | |
| Worldwide Headcount (000's) | 40 | 41 | 41 | 41 | |

NOTE: Minor calculation variances are due to rounding.

1. Cash includes Cash and cash equivalents.
2. Capital Expenditures is cash paid for the acquisition of property, equipment, and leasehold improvements.
3. Free cash flow is a non-GAAP measure defined as cash flow from operations less capital expenditures.
4. Based on Fiscal Year.

Source: Company Reports

## Products

**High-capacity Enterprise HDDs** are designed for mass capacity storage, specifically in the core, edge, server environments, and cloud systems. These HDDs exceed requirements shipping in capacities up to 18TB demonstrating high capacity, enterprise reliability, energy efficiency, and integrated security. Enterprise Nearline HDDs are available in SATA and SAS interfaces.

**Enterprise Nearline Systems** offered by Seagate provide modular storage system components to expand and upgrade data centers and other enterprise applications. These systems are designed for speed, scalability, and security. With optimized nearline systems, multiple configurations are available that can achieve up to 106 16TB drives. Additionally, these systems include an all-flash array for critical workloads demanding the highest performance.

**Video and Image HDDs** are built to support the high-write workload of video surveillance systems. Surveillance systems demand optimized drives that are capable of supporting the growing needs of the video imaging market with support for multiple streams and capacities up to 16TB.

**NAS Drives** are available in capacities up to 16TB and have SSDs with capacities up to 3.8TB. These drives are meant to support the performance and reliability demanded by small and medium businesses, and incorporate interface software with custom-built health management, error recovery, power settings, and vibration tolerance.

**Mission Critical HDDs and SSDs** that support 10,000 and 15,000 RPM HDDs. These high-tech HDDs and SSDs result in increased throughput and energy efficiency. These Enterprise drives are focused on delivering speed and consistency that is required for demanding enterprise storage and server applications. They are available in capacities up to 15TB.

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402  
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

Seagate_000242336

09/15/2020

**Consumer Solutions.** These are external storage solutions that are shipped under the Seagate Backup Plus and Expansion product lines. Seagate's consumer solutions are focused on delivering exceptional customer experiences by leveraging core technologies, offering services, and partnering with notable brands such as Xbox, Sony, and Adobe.

**Desktop and Notebook Drives** are offered in 3.5-inch and 2.5-inch drives. The desktop drivers offer up to 14TB of capacity for HDD and up to 2TB for SSD. Desktop drives are designed for applications such as personal computers and workstations while notebook drives are designed for traditional notebook convertible systems and external storage. The notebook drives are meant to address a range of performance needs and sizes for affordable, high-capacity storage.

**DVR HDDs** are offering to optimize video streaming in always-on consumer premise equipment applications with capacities up to 4TB to support leading-edge digital entertainment.

**Gaming SSDs** are designed to improve gaming experiences during game load and gameplay. These drives are available in capacities up to 4TB for SSD and are optimized for internal storage for gaming rigs.

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

Seagate_000242337

09/15/2020

## Seagate Technology (STX)

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Last Reported Quarter: | 6/30/20 | | | | | *Income Statement* | | | | | | | | | | |
| Last Model Update: | 9/13/20 | | | | | | | | | | | | | Gus Richard (408)-499-9163 | | |
| | | 2020A | | | | | 2021E | | | | | | 2022E | | | |
| FY end: June | SEP | DEC | MAR | JUN | FY | SEP | DEC | MAR | JUN | FY | SEP | DEC | MAR | JUN | FY |
| (in $ millions, except EPS) | 1QA | 2QA | 3QA | 4QA | 2020A | 1QE | 2QE | 3QE | 4QE | 2021E | 1QE | 2QE | 3QE | 4QE | 2022E |
| Revenues | 2,578 | 2,696 | 2,718 | 2,517 | 10,509 | 2,382 | 2,529 | 2,564 | 2,822 | 10,297 | 2,890 | 2,843 | 2,500 | 2,580 | 10,813 |
| Cost of Revenues | 1,907 | 1,938 | 1,972 | 1,850 | 7,667 | 1,786.8 | 1,897.0 | 1,884.4 | 2,088.1 | 7,656.3 | 2,109.6 | 2,075.6 | 1,825.1 | 1,883.1 | 7,893.3 |
| **Gross Profit** | **671** | **758** | **746** | **667** | **2,842** | **595.6** | **632.3** | **679.4** | **733.7** | **2,641.0** | **780.2** | **767.7** | **675.0** | **696.5** | **2,919.4** |
| | | | | | | | | | | | | | | | |
| *Operating Expenses:* | | | | | | | | | | | | | | | |
| Product Development | 255 | 250 | 246 | 222 | 973 | 225.0 | 225.0 | 225.0 | 228.0 | 903.0 | 230.0 | 232.0 | 235.0 | 235.0 | 932.0 |
| Marketing and administrative | 122 | 120 | 119 | 112 | 473 | 110.0 | 115.0 | 115.0 | 117.0 | 457.0 | 120.0 | 121.0 | 122.0 | 122.0 | 485.0 |
| Amortization of intangibles | 4 | 4 | 3 | 3 | 14 | 3.0 | 3.0 | 3.0 | 3.0 | 12.0 | 3.0 | 3.0 | 3.0 | 3.0 | 12.0 |
| Restructuring and other, net | 17 | - | 2 | 63 | 82 | 2.5 | | | | | | | | | |
| **Income (Loss) From Operations** | **273** | **384** | **376** | **267** | **1,300** | **255.1** | **289.3** | **336.4** | **385.7** | **1,269.0** | **427.2** | **411.7** | **315.0** | **336.5** | **1,490.4** |
| | | | | | | | | | | | | | | | |
| Interest Income | 11 | 4 | 4 | 1 | 20 | 1.0 | 1.0 | 1.0 | 1.0 | 4.0 | 1.0 | 1.0 | 1.0 | 1.0 | 4.0 |
| Interest Expense | (55) | (48) | (49) | (49) | (201) | (50.0) | (50.0) | (50.0) | (50.0) | (200.0) | (50.0) | (50.0) | (50.0) | (50.0) | (200.0) |
| Other, net | (31) | (4) | 7 | (59) | (87) | | | | | | | | | | |
| **Pre-Tax Income (Loss)** | **198** | **336** | **338** | **160** | **1,032** | **206.1** | **240.3** | **287.4** | **336.7** | **1,073.0** | **378.2** | **362.7** | **266.0** | **287.5** | **1,294.4** |
| Provision for income taxes | (2) | 18 | 18 | (6) | 28 | 10.3 | 12.0 | 14.4 | 16.8 | 53.5 | 18.9 | 18.1 | 13.3 | 14.4 | 64.7 |
| **Net Income (Loss)** | **200** | **318** | **320** | **166** | **1,004** | **195.8** | **228.3** | **273.1** | **319.8** | **1,019.5** | **359.3** | **344.5** | **252.7** | **273.1** | **1,229.7** |
| Diluted SO | 270 | 265 | 263 | 260 | 265 | 260.0 | 258.0 | 255.0 | 255.0 | 257.0 | 255.0 | 255.0 | 255.0 | 255.0 | 255.0 |
| **EPS Diluted** | **$0.74** | **$1.20** | **$1.22** | **$0.64** | **$3.79** | **$0.75** | **$0.88** | **$1.07** | **$1.25** | **$3.97** | **$1.41** | **$1.35** | **$0.99** | **$1.07** | **$4.82** |
| **Non GAAP** | **$1.03** | **$1.35** | **$1.38** | **$1.20** | **$4.96** | **$0.91** | **$1.04** | **$1.22** | **$1.45** | **$4.62** | **$1.57** | **$1.51** | **$1.15** | **$1.23** | **$5.45** |
| Dividend declared per ordinary share | $ 0.63 | $ 0.65 | $ 0.65 | $ 0.65 | $ 2.58 | | | | | | | | | | |
| **% of Revenue** | | | | | | | | | | | | | | | |
| Gross Margin | 26.0% | 28.1% | 27.4% | 26.5% | 27.0% | 25.0% | 25.0% | 26.5% | 26.0% | 25.6% | 27.0% | 27.0% | 27.0% | 27.0% | 27.0% |
| Product Development | 9.9% | 9.3% | 9.1% | 8.8% | 9.3% | 9.4% | 8.9% | 8.8% | 8.1% | 8.8% | 8.0% | 8.2% | 9.4% | 9.1% | 8.6% |
| Marketing and administrative | 4.7% | 4.5% | 4.4% | 4.4% | 4.5% | 4.6% | 4.5% | 4.5% | 4.1% | 4.4% | 4.2% | 4.3% | 4.9% | 4.7% | 4.5% |
| Amortization of intangibles | 0.2% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% |
| Restructuring and other, net | 0.7% | - | 0.1% | 2.5% | 0.8% | 0.1% | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | |
| Operating Margin | 10.6% | 14.2% | 13.8% | 10.6% | 12.4% | 10.7% | 11.4% | 13.1% | 13.7% | 12.3% | 14.8% | 14.5% | 12.6% | 13.0% | 13.8% |
| | | | | | | | | | | | | | | | |
| Pretax Margin | 7.7% | 12.5% | 12.4% | 6.4% | 9.8% | 8.7% | 9.5% | 11.2% | 11.9% | 10.4% | 13.1% | 12.8% | 10.6% | 11.1% | 12.0% |
| Tax Rate | -1.0% | 5.4% | 5.3% | -3.8% | 2.7% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| | | | | | | | | | | | | | | | |
| **Y/Y Growth** | | | | | | | | | | | | | | | |
| Revenue | -13.8% | -0.7% | 17.5% | 6.2% | 1.1% | -7.6% | -6.2% | -5.7% | 12.1% | -2.0% | 21.3% | 12.4% | -2.5% | -8.6% | 5.0% |
| Net Income - GAAP | -55.6% | -17.2% | 64.1% | -83.1% | -50.1% | -2.1% | -28.2% | -14.7% | 92.7% | 1.5% | 83.5% | 50.9% | -7.4% | -14.6% | 20.6% |
| EPS - GAAP | -52.0% | -9.9% | 76.7% | -81.8% | -46.3% | 1.3% | -26.2% | -11.6% | 100.3% | 4.7% | 87.2% | 52.7% | -7.4% | -14.6% | 21.6% |
| | | | | | | | | | | | | | | | |
| Q/Q Growth | | | | | | | | | | | | | | | |
| Revenue | 8.7% | 4.6% | 0.8% | -7.4% | | -5.3% | 6.2% | 1.4% | 10.1% | | 2.4% | -1.6% | -12.1% | 3.2% | |
| Net Income - GAAP | -79.7% | 59.0% | 0.6% | -48.1% | | 17.9% | 16.6% | 19.6% | 17.1% | | 12.4% | -4.1% | -26.7% | 8.1% | |
| EPS - GAAP | -78.4% | 61.4% | 1.0% | -48.3% | | 20.2% | 17.5% | 21.0% | 17.1% | | 12.4% | -4.1% | -26.7% | 8.1% | |

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

Seagate_000242338

09/15/2020

## Company Description
Seagate Technology is a data storage technology and solutions provider. Revenue comes primarily from hard disk, some solid-state drives, and storage subsystems. Products target enterprise servers, storage systems, as well as edge and consumer applications.

## Valuation
Our price target is $65 based on 12x our FY22 (June) estimate of $5.45.

## Risks to the achievement of price target
**Cyclical industry:** HDD is a cyclical industry with periods of over and under supply which impact product pricing.

**Competition:** The mass capacity storage market is highly competitive, with two companies taking ~80% of the HDD units shipped each year. Seagate is susceptible to shifts in the market that can lead to fluctuations in market share.

**Technological Advancement:** Customers require new storage products to keep up with advances in alternative technology. HDD risk displacement by SSD if their technology does not offer a competitive solution in terms of cost and performance.

**COVID-19 Pandemic:** The ongoing pandemic has caused disruptions and restrictions in the manufacturing and supply of products and services. This has resulted in temporary closures or reductions in operational facilities and may have an adverse impact on the company's supply chain. Future developments are uncertain and may result in a dampened financial condition.

**Seasonality:** Operational results typically fluctuate period to period, resulting in volatility in the share price. Typically, Seagate experiences a decline in sales towards the second half of the year due to fluctuations in customer demand. It is difficult to forecast the demand shifts due to cyclical changes and can result in excess or lack of capital needs.

## Analyst Certification
I, Gus Richard, certify that (1) the views expressed in this report accurately reflect my personal views about all of the subject companies and securities and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

## Important disclosures



Created by: BlueMatrix

## Explanation of Ratings:
**Outperform (BUY)** – Outperform the S&P 500 by at least 10%.
**Market Perform (HOLD)** – Perform within 10% above or below the S&P 500.
**Underperform (SELL)** – Underperform the S&P 500 by at least 10%.

Seagate Technology (STX)
Page 10 of 12

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

Seagate_000242339

09/15/2020

## Rating Distribution Breakdown as of 09/15/2020

| Rating Category | Count | Percent | IB Serv./ Past 12Mos. Count | IB Serv./ Past 12Mos. Percent |
|---|---|---|---|---|
| Buy [OP] | 163 | 70.26% | 23 | 14.11% |
| Hold [MP] | 66 | 28.45% | 2 | 3.03% |
| Sell [UP] | 3 | 1.29% | 0 | 0.00% |

## Important Disclosure:

The analyst responsible for preparing this research report receives compensation that is based upon various factors including Northland's institutional trading commissions and total revenues which may be generated by Northland's investment banking activities.

Northland Securities makes a market in the subject company's security: STX

Northland Securities intends to seek compensation for investment banking services from the subject company in the next three months: STX

## Other Disclosures:

Northland Capital Markets reports will provide short-term commentary, but our ratings are forward looking by at least 12 months, unless otherwise noted, to reflect our financial model expectations. Northland's investment thesis, valuations and ratings are subject to change without notice and the primary analyst should be contacted to ensure that our opinions have not changed since the date of this report.

Information contained herein is based on data obtained from recognized statistical services, issuer reports or communications, or other sources, believed to be reliable. However, we have not verified such information, and we do not make any representations as to its accuracy or completeness. Any statements nonfactual in nature constitute only current opinions, which are subject to change.

Individual investors are advised to carefully consider the risks associated with investments in equity investments, particularly in small cap and micro cap securities. Northland's research universe includes a large proportion of this type of investment. This research report does not take into account the investment objectives, financial needs and risk parameters of individual investors. Individual investors are advised by Northland Securities to discuss their particular financial situation with their investment representative and other professional advisors, prior to acting upon any recommendations in this report.

Past performance is not necessarily an indication of future performance. This report reflects our current opinion. We do not assure future performance. Security prices fluctuate.

Unless otherwise noted, the price of a security mentioned in this report is the market closing price as of the end of the prior business day.

This document or research report is being distributed on the basis that circulation of Financial Promotions to each person in the United Kingdom to whom it is issued is reasonably believed to be such a person as described in Article 19 (Investment Professionals) of the Financial Services and Markets Act 2000. Persons who do not fall within such description may not act upon the information contained in this report and must return it to the sender immediately.

This document is for the use of intended recipients only and should not be forwarded to any third party.

'Northland Capital Markets' is the trade name for certain capital markets and investment banking services of Northland Securities, Inc., member FINRA/SIPC, registered with MSRB and SEC.

Further information is available upon request.

Northland Securities, Inc.
150 South Fifth Street
Suite 3300
Minneapolis, MN 55402

Seagate_000242340

09/15/2020

Member FINRA/SIPC, Registered with MSRB and SEC.

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

Seagate_000242341