# Exhibit J



# Technology Hardware
COMPANY UPDATE

## Seagate

| Symbol | STX |
| --- | --- |
| Rating | Negative |
| Price | $77.98 |
| Price target | $40.00 |
| Downside/ Upside risk | $80.00 |
| Risk | Upside Risk |

## Company market data

| 52 week range | $78.04-$39.02 |
| --- | --- |
| Shares out. | 230.882mm |
| Market cap. | $18,004mm |
| Average daily trading volume | 3,604,964 |
| Beta | 1.02 |
| PT Upside/Downside ratio: | 18.80:1 |

## Fiscal year June

|  | 2021e | | 2022e | |
| --- | --- | --- | --- | --- |
| NG EPS | Prior | Current | Prior | Current |
| Q1 |  | 0.93A |  | 1.22 |
| Q2 |  | 1.29A |  | 0.81 |
| Q3 |  | 1.32 |  | - |
| Q4 |  | 1.50 |  | - |
| FY NG EPS |  | 5.04 |  | - |
| Gross Rev |  | 10,465 |  | - |

## Derivatives

| Volume (contracts) | 5,296 |
| --- | --- |
| Skew rank (2yr %-tile) | 11.30 |



# Seagate: Revisiting our Thesis, Aimed at Answering a Few Questions

**Mehdi Hosseini**
mehdi.hosseini@sig.com
415 403 6516

Lory Luo
lory.luo@sig.com
415 403 6573

**Call to action**

Despite the recent optimism around STX's ability to deliver better than expected earnings and FCFs, we remain steadfast in our rather cautious view. We have actually gained incremental confidence over the past few months as ValueAct, a key top shareholder, and insiders continue to sell their holdings. Perhaps the US Government investigation reported last night by The Washington Times into STX selling to Huawei is just another flag!

**HIGHLIGHTS**

A recent news report from The Washington Times (link) reveals that the commerce department's Bureau of Industry and Security (BIS) is investing STX's trade with Huawei. The department, which manages export controls, notes that the investigation is over the firm's involvement in breaching trade sanctions with Huawei. We have long expressed our opinion that the end market growth for STX is limited despite the lofty expectations the firm has pointed to in recent commentary, most notable its analyst day. We believe that while STX does have a growth driver in high capacity, Nearline, other growth areas are not nearly as significant. For context, please refer to our 2/24 note following the STX analyst day (link). In our view, the overall HDD EB CAGR for STX is capped at 25% over the next few years. Yes, Nearline CAGR is estimated at 35%, but other end markets are in a secular decline. Additionally, STX recently highlighted the incremental opportunity its Lyve Cloud solution could drive, potentially doubling its non-HDD revenues over the next several years. We simply find this proposition as very challenging. This will essentially require STX to compete against its existing customers like NTAP. In addition, we remind investors STX had in the past tried to scale its system business to no avail. STX acquired Xyrtex in YE13, providing STX with the means and technology know-how to design and sell system solutions. This was further complemented by the August 2015 Dot Hill acquisition. However, non-HDD revenues are on track to reach $765M in FY21, down from $885M in FY16! And no, we don't think Edge Compute would drive incremental demand for HDDs simply because everything to do with 5G like latency and power consumption, which is enabling Edge Compute, goes against HDDs!

Continued on the next page

**Catalysts**

1) Cloud demand, 2) migration to SSDs, 3) ASP trends.

**Downside or Upside risk**

Upside risk of $80, or 10x better than expected peak EPS of $8.

IMPORTANT DISCLOSURES AND CERTIFICATIONS.
Susquehanna International Group, LLP (SIG) is comprised of affiliated entities, including Susquehanna Financial Group, LLLP (SFG). SFG is a provider of research and execution services. SFG is a member of FINRA. SFG does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Please see important disclosures on page 4.

Seagate_000245840

**HIGHLIGHTS**

Continued from previous page

* According to The Washington Times, <mark>Seagate is suspected of selling hard drives to Huawei that contained microchips that are subject to export controls after the ban was tightened last summer.</mark>

* The August 17 note from the BIS seeks to close a loophole that allowed Huawei to purchase microchips through foreign subsidiaries, and bars Huawei or any affiliate from buying "foreign made chips developed or produced from U.S. software or technology to the same degree as comparable U.S. chips," citing national security concerns.

* In September, Seagate's CFO said, "I do not see any particular restriction for us in terms of being able to keep ... Huawei or any other customers in China ... So, we do not think we need to have a specific license."

* <mark>Seagate states that it will fully comply with rules and regulations and continue to review the situation.</mark>

* We note Seagate's largest shareholder with a seat on the board recently sold 4.7m shares, which is ~2% of total shares outstanding while other insiders like the Chairman have continued reducing their holdings.

Susquehanna Financial Group, LLLP

Seagate_000245841

**Price target valuation and risks**

Seagate(STX, Price: $77.98, Price Target: $40.00):

Our price target of $40 is based on ~8x peak earnings of $5. Excluding the unusually low multiples, STX shares over the past five years have traded in the range of 6-14x forward P/E, 4-8x forward EV/EBITDA, 0.6-1.8x forward EV/sales, and 3-8x book value.

Upside risks:

* Better than expected cost reductions.

* Stronger than expected cloud demand for Nearline drives.

* Increased market share in Nearline, more than what is dialed into our estimates.

* Faster recovery in the PC market, which could lead to upside to our expectations for PC units and thus the client HDD contribution to STX revenues.

Susquehanna Financial Group, LLLP

Seagate_000245842

## Analyst Certification

I, Mehdi Hosseini, hereby certify that the views each of us has expressed in this research report accurately reflect each of our respective personal views about the subject securities and issuers. We also certify that no part of our respective compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.

## Important Disclosures

SFG is a market maker in the securities of Seagate (STX).

Susquehanna International Group, LLP (SIG) is comprised of a number of trading and investment related entities under common control, including Susquehanna Financial Group, LLLP (SFG). SIG, its affiliates and/or its principals may have long or short positions in securities or related issues mentioned here. SIG, in its capacity as specialist and/or market maker may execute orders on a principal basis in the subject securities. Information presented is from sources believed to be reliable, but is not guaranteed to be accurate or complete. Past performance should not be taken as an indication or guarantee of future results. Hyperlinks provided in this report are for your convenience. Please be aware that the products and information supplied on these hyperlinked pages are not endorsed or approved by SFG.

The following data elements on this report were sourced from Bloomberg LP: Price (yesterday's close), 52-week high, 52-week low, Shares outstanding, Average daily trading volume, Volume (contracts). Any others will be specifically sourced.

SFG employs the following rating system:

Positive: We expect this stock to appreciate by at least 15% over the next 12 months.

Neutral: We expect this stock to perform within a range of +/-15 percentage points over the next 12 months.

Negative: We expect this stock to depreciate by at least 15% over the next 12 months. .

Suspended: The previously published rating and/or estimates are currently suspended and under review.

Prior to July 2015 our rating system also required a 20% +/- expected return over 12 months to initiate with a Positive/Negative rating.

Defined Credit Terms

Gross debt + preferred TEV: (Gross Debt + Preferred) / Total Enterprise Value (expressed as a %).

Net debt/EBITDA: Net Debt (gross debt less cash on hand) / EBITDA = forward year EBITDA estimate.

Free cash flow: Forward EBITDA estimate less cash taxes less cash interest less total capex.

FCF yield: FCF Yield ((FCF/ Fully Diluted shares outstanding/current share price) (expressed as a %)).

YTM: Yield-to-maturity ("YTM") implied by any of its bonds outstanding that are due in 5 years ((or closest to)(expressed as a %)).

5-yr treasury yield: 5-year US Treasury yield (expressed as a %).

Volatility Definitions

Volume: The 20-day average option contract volume for the symbol.

Skew Rank: The current day's Skew values compared to the past year's worth of skew values and then rank the current day's value. Past year in the calculation is 252 previous trading days which includes the last trading day

Implied Volatility: Implied Volatility is the at-the-forward volatility level implied by market option prices for 90 days. While implied volatility is specific to the time frame selected, it is always presented as an annualized standard deviation.

Realized Volatility: It is the Realized Volatility of a financial instrument over 90 days. Generally, this measure is calculated by determining the average deviation from the average price of a financial instrument in the given time period. This measure is frequently compared with implied volatility to determine if options prices are over- or undervalued. It is also known as historical volatility.

## Ratings Distribution & Investment Banking Disclosure

| Covered companies in each Category | Investment banking client in each category |
|---|---|
| Positive (Buy) 55.14% (118) | Positive (Buy) 0.00% (0) |
| Neutral (Hold) 42.06% (90) | Neutral (Hold) 0.00% (0) |
| Negative (Sell) 2.80% (6) | Negative (Sell) 0.00% (0) |

This is a proprietary SFG product prepared, and intended, solely for the use of sophisticated and professional institutional traders and managers and not for the general investing public. Unauthorized redistribution of this report, by any means, represents a violation of US copyright laws and could result in legal action and the suspension of the intended recipient's privileges. If you have any questions regarding this transmission please contact ResearchDistribution@sig.com. The information in this communication is not intended for distribution to, or use by, any person or entity in any jurisdiction or country where such distribution or use would be contrary to law or regulation or which would subject Susquehanna Financial Group, LLLP or its affiliates to any registration requirement within such jurisdiction or country.

Copyright © 2021 Susquehanna Financial Group, LLLP. All rights reserved.

### Rating and Price Target History for: Seagate (STX) as of 03-17-2021



Seagate_000245843