# Exhibit K

**EDGEWATER** RESEARCH

April 20, 2021

# SEAGATE (STX: $82.33 – NEUTRAL)

# WESTERN DIGITAL (WDC: $68.31 – NEUTRAL)

*Important disclosures can be found in the appendix.*

## STX/WDC: Nearline Picking Up for C2Q, STX Leadership Appears Firm for 2021+

*Other companies mentioned: AMZN, AVGO, FB, GOOGL, MRVL, MSFT, Toshiba*

### Key Themes From our Research:
1. Nearline industry shipment forecasts unchanged for C1H21/CY21; C1Q est. ~14M, C2Q est. ~16M, C3Q & C4Q est. ~17M.
2. Pricing in nearline/high-cap appears to be trending slightly better, expecting 2-5% Q/Q declines in CY21 for 18TB.
3. STX expected to be first to ramp 18TB volumes in US hyperscale with 1M units targeted in C2Q21; STX builds steady.
4. WDC 16/18TB builds noted as finishing ~300k better than Mar'21 f'cast at slightly >2M units & in-line w/ Jan'21 f'cast.
5. Client 3.5" pricing up <5% Q/Q for C2Q, pricing in 2.5" steady, OEMs client HDD inventory est. 6-8 wks vs. normal ~4.

### Other Key & New HDD/Storage Points:
6. **16/18/20TB** Nearline build est. C1Q21-C3Q21: STX 5.2M, 6M, 6.4M; WDC 2.25M, 3.5M, 4M; Tosh 1M, 1.3M, 1.6M.
7. **Total** nearline build est. C1Q21-C3Q21: STX 9.3M, 9M, 10M; WDC 7M, 6.5M, 7.2M; Tosh 1.9M, 2.5M, 3M.
8. China hyperscale demand appeared weaker in C1Q, expecting very sharp C2Q pickup; US nearline better in C1Q & pickup in C2Q.
9. STX appears to be ramping 18TB into US hyperscale ahead of WDC; WDC 16/18TB demand noted picking up in China.
10. STX 16/18TB lead times stretched to 10-12 wks & 6TB-10TB air at 10+ wks, normal 6-8 wks.
11. WDC sent a letter mid-March to some hyperscale & OEM customers noting 13-week lead times on all drives (normal 6-8 wks).
12. US/China hyperscalers viewed as qual'd at 18TB with STX & WDC; STX yields/performance still noted as better than WDC.
13. Unclear on STX/Huawei; supply chain believes they likely still are as no material build cuts to nearline or mission critical.
14. STX noted as planning 20/22TB PMR at 10 disk, HAMR volumes viewed as limited through at least 2023-2024 ramp at 24TB+.
15. AVGO/MRVL pre-amps becoming HDD build bottleneck, most notable in STX 3.5" desktop & across WDC product lines.
16. Blockchain is accelerating datacenter demand from China for nearline incl. 16/18TB; AMD appears preferred server platform. Key application continues to be noted as IPFS – Interplanetary File System – and tied to Filecoin crypto mining.
17. Toshiba still noted as targeting growing nearline builds from ~2-2.5M in C1Q21 to 3-4M in C4Q21 with 2.5M+ helium.
18. Toshiba still projected >1M units 16TB in C2Q across 3+ hyperscale customers; hyperscale leaning on Tosh to expedite 18TB quals.
19. Surveillance HDD market still noted as seeing seasonal downtick in C1Q with some uptick expected in C2Q & C2H21.
20. PC OEMs still noted as shifting more builds to SSD-based systems to maximize ASPs with limited components; some OEMs noted as targeting <25% total HDD attach in C2Q-C2H21.

### Conclusions - *See models, estimates & full conclusions on pg. 2 & 3*
**STX** – <u>ST/LT Neutral</u>, Positives on better 18TB and C2Q prices; modeling FY21 revs down 1-2%, expect C2H21 competition in 18TB.
**WDC** – <u>ST/LT Neutral</u>, Our est. ahead on 1-2Q NAND upturn; looking for signs NAND upturn sustainable & better HDD execution.

**Kevin Rottinghaus**
Kevin@EdgewaterRC.com
(216) 426-6272

**Sean Muir**
Sean@EdgewaterRC.com
(216) 426-6277

**Dennis Reed**
Dennis@EdgewaterRC.com
(216) 426-6279



# SEAGATE (STX: $82.33 – NEUTRAL)

**Seagate - Edgewater Estimates vs. Guidance & Consensus**

| | | | FY21E | | | | | FY22E | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **FY19** | **FY20** | **F1Q** Sep. | **F2Q** Dec. | **F3QE** Mar. | **F4QE** Jun | **FY21E** | **F1QE** Sep. | **F2QE** Dec. | **F3QE** Mar. | **F4QE** Jun | **FY22E** |
| Edgewater Revs ($M) | $10,390 | $10,510 | $2,314 | $2,623 | $2,649 | $2,787 | $10,373 | $2,759 | $2,805 | $2,650 | $2,605 | $10,818 |
| Gross Margin | 29% | 28% | 27% | 27% | 28% | 29% | 28% | 29% | 29% | 29% | 29% | 29% |
| Edgewater EPS | $4.77 | $4.96 | $0.93 | $1.29 | $1.38 | $1.57 | $5.17 | $1.56 | $1.65 | $1.44 | $1.40 | $6.05 |
| *Guided Revs ($M)* | | | | | *$2,650* | | | | | | | |
| *Guide EPS* | | | | | *$1.30* | | | | | | | |
| *Cons. Revs ($M)* | | | | | *$2,680* | *$2,839* | *$10,479* | *$2,728* | *$2,793* | *$2,699* | *$2,753* | *$10,955* |
| *Cons. EPS* | | | | | *$1.33* | *$1.55* | *$5.12* | *$1.47* | *$1.59* | *$1.49* | *$1.56* | *$6.07* |
| **Key Model Assumptions** | | | | | | | | | | | | |
| HDD Units (M) | 139 | 122 | 26 | 30 | 28 | 28 | 112 | 27 | 27 | 26 | 26 | 106 |
| HDD ASPs | $69 | $80 | $82 | $81 | $87 | $92 | $85 | $94 | $96 | $94 | $93 | $94 |

*Source: Edgewater Research estimates, FactSet, Seagate*

## Key STX Themes:

1. STX appears to be first ramping 18TB into US hyperscale in volumes, feedback remains comparatively more constructive on yields and performance
2. Unclear if STX continuing to ship to Huawei; Huawei viewed as likely low single-digit rev customer at premium margins; feedback suggests STX was shipping to Huawei through at least mid-March when the US investigation was made public.
3. STX quoting allocation in 16TB, pricing in nearline appeared to trend better than normal for C2Q contracts on tight supply.
4. STX appeared successful in pressing 3.5" client pricing higher by low/mid-single digits Q/Q.

## Company Guidance Highlights *(issued 1/21/21)*

1. F3Q21 revs $2.65B mid-pt. (+/- $200M); op margins mid-pt. of 13-16%; EPS mid-pt. $1.15-1.45; FY21 revenues flattish Y/Y.
2. F1Q21 & F2Q21 gross margins were hit ~110bps by COVID costs (~130bps in F4Q20), costs expected to wane in F2H21.
3. Long-term rev CAGR 3-6, gross margins 30-33%, op margins 15-20%, capex 4-6%, return >70% of FCF.

## Key Model Assumptions

1. Assuming STX continues to ship to Huawei in F4Q-FY22 & STX has enough components to ship to demand (~27-28M/Q).
2. Modeling gross margins to 29% in F4Q21-FY22 assuming improved mix, slightly better pricing offset by rising component costs, continued elevated logistics/COVID costs.; we see upside potential should WDC continue to struggle with 18TB.
3. Modeling FY21 revs down 1-2% Y/Y vs. STX flat guide; modeling F4Q units flat and ASPs +6% Q/Q on mix and 3.5" increases; we see downside risk from potential HDD component shortages, OEM component shortages, or stopping Huawei shipments.
4. Modeling FY22 opex +3-4% Y/Y, op margins to ~17% or near mid-point of long-term 15-20% target.

## Conclusion – ST Neutral, LT Neutral

We remain Neutral on STX with several positives (client price increases, slower nearline price declines, continued high cap outperformance) offset by some challenges (potential component shortages limiting shipments, high client inventory). In aggregate our model/estimates are relatively in-line for F3Q/Mar. and still slightly below STX targeted flat Y/Y revenues for FY21.

Medium/long-term we remain Neutral on STX. Positives for STX include WDC challenges appearing to take longer to resolve than the supply chain had anticipated, the success in raising client pricing, and the relatively better nearline pricing for F2Q/Jun. Our Neutral rating reflects our lack of confidence in these positives continuing into FY22. Feedback still suggests WDC nearline issues are not permanent, and we still expect WDC (and Toshiba) to capture some EB share lost over the past 2-3 quarters. Client price increases have proven short-term before, and with OEMs noted as sitting on 2x normal inventory, we are cautious the recent increases may not hold. We look for further conviction of WDC nearline challenges continuing, cost abating, and/or pricing remaining elevated/better for turning more positive on medium/long-term on the shares.

**Kevin Rottinghaus**
Kevin@EdgewaterRC.com
(216) 426-6272

**Sean Muir**
Sean@EdgewaterRC.com
(216) 426-6277

**Dennis Reed**
Dennis@EdgewaterRC.com
(216) 426-6279

**EDGEWATER** RESEARCH

# WESTERN DIGITAL (WDC: $68.31 – NEUTRAL)

**Western Digital - Edgewater Estimates vs. Guidance & Consensus**

| | FY19 | FY20 | F1Q Sep. | F2Q Dec. | F3QE Mar. | F4QE Jun | FY21E | F1QE Sep. | F2QE Dec. | F3QE Mar. | F4QE Jun | FY22E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **FY21E** | | | | | **FY22E** | | |
| Edgewater Revs ($M) | $16,526 | $16,736 | 3,922 | 3,943 | 3,993 | 4,377 | 16,235 | 4,864 | 5,187 | 4,579 | 4,597 | 19,227 |
| Gross Margin | 31% | 27% | 26% | 26% | 27% | 29% | 27% | 32% | 32% | 32% | 31% | 32% |
| Edgewater EPS | $4.84 | $3.04 | $0.65 | $0.68 | $0.73 | $1.12 | $3.18 | $1.83 | $2.05 | $1.49 | $1.40 | $6.77 |
| *Guided Revs ($B)* | | | | | *$3.75-3.95* | | | | | | | |
| *Guide EPS* | | | | | *$0.55-0.75* | | | | | | | |
| *Cons. Revs ($M)* | | | | | *$3,969* | *$4,246* | *$16,115* | *$4,579* | *$4,859* | *$4,693* | *$4,814* | *$19,061* |
| *Cons. EPS* | | | | | *$0.68* | *$1.01* | *$3.07* | *$1.57* | *$1.99* | *$1.85* | *$1.97* | *$7.45* |
| **Key Model Assumptions** | | | | | | | | | | | | |
| HDD Units (M) | 120 | 106 | 23 | 26 | 24 | 23 | 96 | 22 | 22 | 21 | 20 | 84 |
| HDD ASPs | $72 | $84 | $80 | $74 | $80 | $89 | $80 | $97 | $99 | $99 | $97 | $98 |
| HDD Gross Margins | | 30% | 26% | 26% | 25% | 25% | 26% | 26% | 27% | 28% | 28% | 27% |
| Flash Revs ($M) | $7,823 | $7,769 | $2,078 | $1,995 | $2,075 | $2,344 | $8,531 | $2,743 | $3,017 | $2,534 | $2,661 | $10,956 |
| Flash Gross Margins | | 23% | 26% | 27% | 29% | 32% | 28% | 37% | 36% | 36% | 35% | 36% |
| *NAND Bits Q/Q* | *33%* | *33%* | *1%* | *7%* | *3%* | *8%* | *26%* | *12%* | *15%* | *-15%* | *10%* | *28%* |
| *NAND ASPs Q/Q* | *-41%* | *-25%* | *-9%* | *-9%* | *0%* | *3%* | *-14%* | *5%* | *-4%* | *-2%* | *-4%* | *0%* |

*Source: Edgewater Research estimates, FactSet, Western Digital*

### Key WDC Themes:

1. Modeling well ahead for F3Q/F4Q21 on better NAND pricing/margin assumptions more than offsetting continued HDD challenges.
2. HDD pricing better near-term tied to vendor success in raising client pricing, tightening supply across capacity points, and continued WDC challenges in ramping 16/18TB; WDC quoting 13-week HDD lead times on all new orders starting mid-March.
3. STX appears to be first in vol. 18TB ramp in US hyperscale; hyperscale continuing to lean on Toshiba to expedite 18TB.
4. NAND pricing continuing to get squeezed higher on controller shortages & mix; WDC among most active in pushing price.

### Company Guidance/Long Term Model Highlights *(issued 1/28/21)*

1. F2Q21 – Revs $3.75-3.95B, gross margin 25.5-27.5%, opex $705-725M, EPS $0.55-0.75.
2. F3Q21 COVID-19 costs flat at ~$30M, a 170bps headwind to HDD gross margins, not expected to abate until freight planes are full.
3. F3Q21 K1 Fab costs immaterial from ~$40M (~190bps NAND margin hit); NAND cost declines to level off at ~15% long-term.

### Key Model Assumptions

1. Assuming WDC has adequate NAND controller and other IC supply to grow NAND bits ~12% Q/Q over next three quarters.
2. NAND costs down ~20% Y/Y in F2H21, down ~10% Y/Y in FY22 cycling against accelerated declines from K1 fab start-up.
3. Expecting 2-3 quarter NAND upcycle with controller supply & 1xxL solution quals rebalancing supply by C4Q21.
4. Modeling ~1.5M 16/18TB shipments in F3Q, >3M for F4Q21; we believe WDC yields/production lagging this pace currently.
5. HDD gross margins to see 250bps improvement to 27-28% by Dec'21 quarter assuming 18TB yield improvement, stable pricing. We see some risk on continued cautious 16/18TB feedback.

### Conclusion – ST Neutral, LT Neutral

Near-term we remain Neutral on WDC balancing improving NAND pricing trends against continued challenged feedback on WDC 16/18TB production. We are modeling F3Q to the high-end of guidance and F4Q ahead on better NAND assumptions.

We are Neutral on WDC medium/long-term. Feedback remains cautious on WDC 16/18TB, and we expect NAND to come back into balance by CYE21. We also see risks from component shortages potentially impacting WDC SSD/NAND or OEM finished product shipments. We continue to look for conviction in improved WDC HDD execution, sustainability of the NAND upcycle, and/or greater price stability in HDDs before turning more long-term positive.

**Kevin Rottinghaus**
Kevin@EdgewaterRC.com
(216) 426-6272

**Sean Muir**
Sean@EdgewaterRC.com
(216) 426-6277

**Dennis Reed**
Dennis@EdgewaterRC.com
(216) 426-6279

Seagate_000246455



## Enterprise – Nearline demand forecasts unchanged, STX appears ramping 18TB in C2Q

- Our nearline shipment forecasts are unchanged from our Mar'21 update. Similar to our prior update, US hyperscale and OEM demand is noted as improving in C1Q, offsetting slower than projected demand from China.
- GOOGL is still noted as showing the strongest orders across all datacenter products with their capex/spend expected to be heavily C1H21 weighted. AMZN and FB demand appeared better Q/Q in C1Q, MSFT demand still appeared slower.
- Nearline demand is still projected to grow in C2Q with US hyperscale spend continuing to improve, a strong seasonal pickup in China, and some improvement in enterprise globally. Forecasts still point to 1-2M units of nearline shipment growth Q/Q in C1Q and C2Q.
- STX nearline build forecasts have remained steady or seen mild increases for C1Q-C3Q21 in our monthly updates since the start of CY21. STX continues to be viewed as gaining in nearline with demand on the strength of their 16TB.
- WDC nearline builds had seen trimming consistently over the past several months for their highest capacity 16/18TB drives; notable in this update is feedback suggesting 16/18TB builds likely finished more in-line with Jan'21 forecasts for C1Q at ~2.25M. Overall WDC nearline builds appeared to finish ~1M below Jan'21 targets. Build forecasts for WDC nearline for C2Q did see another mild stepdown in our research with declines noted in 1618TB.
- WDC still appears to be deemphasizing 16TB builds in efforts to push customers to 18TB where we believe their costs/margins are likely more favorable. Feedback suggests WDC has seen some pickup in 16TB demand from some US and China hyperscale customers. We expect WDC will likely continue to ship some volumes of 16TB as they work through previously built inventory and as customers look for alternatives to tighter STX supply; however, it does remain difficult in the supply chain to determine where builds are ultimately shipped due to waterfalling, and common components across end markets and platforms, among other challenges.
- STX and WDC appear to have been building high cap drives ahead for at least the past 1-2 quarters, and STX in particular is noted as planning to build ahead through C1H21 in anticipation of stronger demand in C2H21 and on concerns of tightening industry supply.
- Yield feedback remains more constructive on STX than WDC at 18TB, with STX noted advantages in having a common platform for 16/18/20TB and sticking with traditional recording technologies.
- Feedback suggests STX is likely to see material volumes from US hyperscale in C2Q. GOOGL has historically been the first to ramp the latest high-capacity drive, and we believe they are likely to take material STX volumes in the current quarter. Feedback suggests STX initial share of 18TB may be higher at least partially on continued WDC challenges with 16/18TB.
- In our work Toshiba is still expected to ship >1M units of 16TB drives into US hyperscale customers starting in C2Q21, and customers are noted as leaning on Toshiba to expedite their 18TB platform. Feedback currently projects Toshiba to cross 500k units at 18TB by year-end 2021 as they grow their total helium capacity to 3M+ units/quarter.
- Feedback suggests STX is still targeting sampling a 20TB PMR-based drive late in 2021 and a 22TB in 2022 with both at 10-disk. STX HAMR is still expected to begin to ramp in 2023 and become their primary high-capacity volume technology in 2024+.

### Enterprise Hard Drive Shipment Estimates - NearLine/Business Critical (millions)**

| | CY16 | CY17 | CY18 | CY19 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | CY20 | 1Q21e | 2Q21e | 3Q21e | 4Q21e | CY21e | CY22e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WDC | 17.3 | 18.8 | 22.4 | 25.9 | 7.3 | 6.8 | 5.5 | 4.9 | 24.5 | 5.5 | 6.2 | 7.4 | 7.6 | 26.7 | 27.6 |
| % Share | 42.0% | 43.7% | 43.4% | 50.1% | 43.1% | 44.9% | 43.5% | 38.6% | 42.7% | 38.9% | 39.3% | 43.5% | 43.9% | 41.6% | 43.1% |
| STX | 20.5 | 19.5 | 24.0 | 19.6 | 7.8 | 7.4 | 5.5 | 6.3 | 26.9 | 6.7 | 7.4 | 7.3 | 7.3 | 28.8 | 27.2 |
| % Share | 49.8% | 45.3% | 46.6% | 37.9% | 45.7% | 48.9% | 43.8% | 49.2% | 46.9% | 47.7% | 46.8% | 43.0% | 42.3% | 44.8% | 42.4% |
| Toshiba | 3.4 | 4.7 | 5.2 | 6.2 | 1.9 | 0.9 | 1.6 | 1.6 | 6.0 | 1.9 | 2.2 | 2.3 | 2.4 | 8.8 | 9.3 |
| % Share | 8.3% | 10.9% | 10.1% | 12.1% | 11.2% | 6.2% | 12.7% | 12.2% | 10.4% | 13.4% | 13.9% | 13.5% | 13.9% | 13.7% | 14.5% |
| Total | 41.2 | 43.0 | 51.6 | 51.7 | 17.0 | 15.1 | 12.6 | 12.7 | 57.4 | 14.1 | 15.8 | 17.0 | 17.3 | 64.3 | 64.1 |

Source: Company Reports, Edgewater Research Estimates ** Shipment forecasts exclude the nearline HDDs bundled/shipped in Seagate's Enterprise Systems business

### Enterprise Hard Drive Shipment Estimates - Mission Critical/Performance (millions)

| | CY16 | CY17 | CY18 | CY19 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | CY20 | 1Q21e | 2Q21e | 3Q21e | 4Q21e | CY21e | CY22e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WDC | 7.9 | 6.1 | 4.4 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| % Share | 31.5% | 27.5% | 20.4% | 2.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| STX | 12.6 | 10.7 | 10.9 | 10.6 | 2.9 | 2.3 | 1.6 | 1.8 | 8.6 | 2.2 | 2.2 | 1.9 | 1.9 | 8.2 | 5.3 |
| % Share | 50.2% | 48.2% | 50.6% | 61.5% | 65.5% | 76.7% | 59.3% | 64.8% | 66.6% | 69.4% | 66.7% | 63.3% | 63.3% | 65.8% | 62.4% |
| Toshiba | 4.6 | 5.4 | 6.2 | 6.1 | 1.5 | 0.7 | 1.1 | 1.0 | 4.3 | 1.0 | 1.1 | 1.1 | 1.1 | 4.3 | 3.2 |
| % Share | 18.3% | 24.3% | 28.9% | 35.6% | 34.5% | 23.3% | 40.7% | 35.2% | 33.4% | 30.6% | 33.3% | 36.7% | 36.7% | 34.2% | 37.6% |
| Total | 25.1 | 22.2 | 21.5 | 17.2 | 4.4 | 3.0 | 2.7 | 2.7 | 12.8 | 3.2 | 3.3 | 3.0 | 3.0 | 12.5 | 8.5 |

Source: Company Reports, Edgewater Research Estimates

Kevin Rottinghaus
Kevin@EdgewaterRC.com
(216) 426-6272

Sean Muir
Sean@EdgewaterRC.com
(216) 426-6277

Dennis Reed
Dennis@EdgewaterRC.com
(216) 426-6279

Seagate_000246456



## Client/Gaming/Other – C1H21 TAM unchanged, milder downtick expected now in C2H21

- Our HDD shipment estimate for C1H21 is relatively unchanged from our March update.
- Our STX shipment estimates move down ~500k for C1Q, up slightly in C2Q and up ~2M per quarter for C3Q/C4Q. STX build forecasts have held much steadier than WDC or Toshiba.
- Our WDC shipment forecasts are unchanged for C1H21 and move up 500k-1M per quarter for C3Q/C4Q. WDC build and ship forecasts continue to be volatile, particularly around nearline.
- The move up in shipment forecasts for C2H21 is largely based on vendor optimism filtering through the supply chain. STX is projecting more flattish run-rate for builds/shipments which is a change from prior forecasts when vendors appeared to be planning for some drop-off in WFH-related markets which have been showing upside – PC, gaming, retail.
- The uptick in demand expectations coincides with WDC sending letters to customers saying their entire portfolio lead times are now ~13 weeks, and tightening component supply starting to have a more noticeable impact on HDD availability more broadly. We are cautious the uptick in C2H21 builds may be more based on suppliers trying to secure component supply and/or customers trying to lock in HDD supply as a hedge against component supply worsening.
- Surveillance demand is noted as seasonally softer in C1Q off an elevated base in C4Q20; a pickup is still expected in C2Q21.
- PC OEMs HDD inventory levels are noted as elevated at 6-8 weeks versus normal 2-4 weeks. Increased inventory is due to shortages limiting builds, and some hedging on supply or price increase concerns. Feedback suggests OEMs are also shifting demand to SSD-based builds to maximize their mix into higher-priced/margin desktops and notebooks with the components they have available.

### HDD Shipments by Vendor (in millions)

|  | CY17 | CY18 | CY19 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | CY20 | 1Q21e | 2Q21e | 3Q21e | 4Q21e | CY21e | 1Q22e | 2Q22e | 3Q22e | 4Q22e | CY22e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WDC | 163 | 140 | 114 | 24 | 23 | 23 | 26 | 96 | 24 | 23 | 22 | 22 | 91 | 21 | 20 | 20 | 20 | 81 |
| STX | 148 | 151 | 129 | 29 | 26 | 26 | 30 | 111 | 28 | 28 | 27 | 27 | 110 | 26 | 25 | 25 | 25 | 101 |
| Toshiba | 93 | 86 | 74 | 14 | 10 | 14 | 14 | 52 | 14 | 14 | 14 | 14 | 55 | 13 | 12 | 12 | 12 | 49 |
| **Total** | 404 | 376 | 318 | 68 | 59 | 63 | 70 | 260 | 65 | 65 | 63 | 63 | 255 | 59 | 57 | 57 | 57 | 230 |
| Y/Y | -5% | -7% | -15% | -13% | -25% | -24% | -10% | -18% | -4% | 10% | 0% | -11% | -2% | -9% | -12% | -10% | -9% | -10% |

Source: Company Reports, Edgewater Research Estimates

## Supply, Costs & Pricing – Prices move up on 3.5" client, others flattish; pre-amps a growing concern

- HDD vendors appeared to have success increasing 3.5" client drive pricing by low single digits Q/Q for C2Q21. Prices were last increased in our research in C2Q20 with pricing gains in client and some nearline drives. Higher logistics and COVID costs were cited by the HDD vendors last year in their successful price raise; a variety of inflationary pressures are noted as driving the HDD vendors in this increase.
- STX appeared to lead the push for higher pricing in originally targeting increases on all client drives; however, pricing on 2.5" we estimate finished flattish Q/Q. Customers greater willingness to accept 3.5" price increases is attributed to concerns of shared platform/components with nearline drives where supply is tighter and demand is expected to further rise in C2H21.
- The price increases of C2Q20 we believe stuck for one quarter before the HDD vendors turned more flexible on pricing. Considering feedback suggesting enterprise OEMs are carrying elevated HDD inventory levels, we are concerned the current price increases may not last through CY21.
- Our nearline price forecast is unchanged and we continue to expect a relatively "normal" progression to 18TB pricing of mid-single-digit Q/Q declines over the next several quarters as it ramps into volumes.
- Feedback in our prior updates noted 18TB pricing as too high to drive adoption. With GOOGL noted as likely ramping in volumes with STX in C2Q, we see an indicator that pricing is hitting more customer acceptable levels.
- As noted previously, WDC sent a letter to some customers in mid-March noting their lead times would be 13 weeks across their portfolio on any new orders starting immediately. WDC noted stretching foundry lead times and anticipation of supply worsening through year-end.
- We have not seen similar announcements or concerns from STX or Toshiba to date, and supply across all three vendors is still generally available with 6-8 weeks.
- STX has continued to quote allocation on their 16TB drives, and their supply is viewed as tightening across their entire nearline portfolio. Feedback suggests supply of STX 16TB is available within shorter, more normalized lead times than the quoted allocation; customers do appear wary of potential stretching of STX nearline lead times and are likely trying to provide better visibility in light of expected rising demand into C2H21.

Kevin Rottinghaus
Kevin@EdgewaterRC.com
(216) 426-6272

Sean Muir
Sean@EdgewaterRC.com
(216) 426-6277

Dennis Reed
Dennis@EdgewaterRC.com
(216) 426-6279

Seagate_000246457



- Component supply is expected to worsen throughout C2Q, and component pricing we believe is seeing another step higher in the current quarter as well. There has been concern on controllers for HDDs, particularly as they are short in SSDs; more recently, preamps are becoming a larger concern with the same suppliers noted – AVGO and MRVL.

**Hard Disk Drive (HDD) - Client 2.5" & 3.5" HDD Pricing Forecasts**

| 2.5" Client HDDs | 1Q21 | 2Q21e | Q/Q | ASP/GB | 3Q21e | Q/Q | ASP/GB | 4Q21e | Q/Q | ASP/GB | 1Q22e | Q/Q | ASP/GB | 2Q22e | Q/Q | ASP/GB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 500GB CMR (1disk) | $33.10 | $33.10 | 0.0% | $0.07 | $33.25 | 0.5% | $0.07 | $33.40 | 0.5% | $0.07 | $33.50 | 0.3% | $0.07 | $33.50 | 0.0% | $0.07 |
| 1TB SMR (1disk) | $33.15 | $33.15 | 0.0% | $0.03 | $33.25 | 0.3% | $0.03 | $33.35 | 0.3% | $0.03 | $33.35 | 0.0% | $0.03 | $33.35 | 0.0% | $0.03 |
| 2TB SMR (2disk) | $49.70 | $49.60 | -0.2% | $0.02 | $49.50 | -0.2% | $0.02 | $49.40 | -0.2% | $0.02 | $49.30 | -0.2% | $0.02 | $49.20 | -0.2% | $0.02 |

| 3.5" Client HDDs | 1Q21 | 2Q21e | Q/Q | ASP/GB | 3Q21e | Q/Q | ASP/GB | 4Q21e | Q/Q | ASP/GB | 1Q22e | Q/Q | ASP/GB | 2Q22e | Q/Q | ASP/GB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 500GB CMR (1disk) | $33.95 | $34.60 | 1.9% | $0.07 | $35.25 | 1.9% | $0.07 | $35.50 | 0.7% | $0.07 | $35.50 | 0.0% | $0.07 | $35.50 | 0.0% | $0.07 |
| 1TB CMR (1disk) | $33.15 | $33.85 | 2.1% | $0.03 | $34.50 | 1.9% | $0.03 | $34.75 | 0.7% | $0.03 | $34.75 | 0.0% | $0.03 | $34.75 | 0.0% | $0.03 |
| 2TB SMR (1disk) | $43.20 | $43.25 | 0.1% | $0.02 | $43.25 | 0.0% | $0.02 | $43.25 | 0.0% | $0.02 | $43.00 | -0.6% | $0.02 | $42.75 | -0.6% | $0.02 |

*Source: Edgewater Research Estimates*

**Client Solid State Drive (SSD) Average Price Forecasts**

| Client SSDs | 1Q21 | 2Q21e | Q/Q | ASP/GB | 3Q21e | Q/Q | ASP/GB | 4Q21e | Q/Q | ASP/GB | 1Q22e | Q/Q | ASP/GB | 2Q22e | Q/Q | ASP/GB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 128GB vPCIe (TLC) | $24.5 | $26.3 | 7.1% | $0.21 | $28.3 | 7.6% | $0.22 | $29.0 | 2.7% | $0.23 | $27.8 | -4.3% | $0.22 | $26.8 | -3.6% | $0.21 |
| 256GB vPCIe (TLC) | $30.8 | $32.8 | 6.5% | $0.13 | $34.8 | 6.1% | $0.14 | $35.5 | 2.2% | $0.14 | $33.8 | -4.9% | $0.13 | $32.3 | -4.4% | $0.13 |
| 512GB vPCIe (TLC) | $51.0 | $53.8 | 5.4% | $0.10 | $57.0 | 6.0% | $0.11 | $58.0 | 1.8% | $0.11 | $54.5 | -6.0% | $0.11 | $52.0 | -4.6% | $0.10 |
| 1TB   vPCIe (TLC) | $89.5 | $94.0 | 5.0% | $0.09 | $99.5 | 5.9% | $0.10 | $100.0 | 0.5% | $0.10 | $94.0 | -6.0% | $0.09 | $89.0 | -5.3% | $0.09 |
| 512GB vPCIe (QLC) | $48.0 | $50.5 | 5.2% | $0.10 | $53.5 | 5.9% | $0.10 | $54.5 | 1.9% | $0.11 | $51.0 | -6.4% | $0.10 | $48.5 | -4.9% | $0.09 |
| 1TB   vPCIe (QLC) | $85.5 | $90.0 | 5.3% | $0.09 | $95.0 | 5.6% | $0.09 | $95.0 | 0.0% | $0.09 | $89.0 | -6.3% | $0.09 | $84.0 | -5.6% | $0.08 |
| 256GB pPCIe TLC Gen3 | $34.0 | $37.0 | 8.8% | $0.14 | $39.5 | 6.8% | $0.15 | $40.5 | 2.5% | $0.16 | $39.0 | -3.7% | $0.15 | $37.5 | -3.8% | $0.15 |
| 512GB pPCIe TLC Gen3 | $55.5 | $60.3 | 8.6% | $0.12 | $64.0 | 6.2% | $0.13 | $65.0 | 1.6% | $0.13 | $61.8 | -5.0% | $0.12 | $59.3 | -4.0% | $0.12 |
| 1TB   pPCIe TLC Gen3 | $97.0 | $105.0 | 8.2% | $0.10 | $111.5 | 6.2% | $0.11 | $112.0 | 0.4% | $0.11 | $106.5 | -4.9% | $0.10 | $101.5 | -4.7% | $0.10 |
| 256GB pPCIe TLC Gen4 | $35.0 | $38.0 | 8.6% | $0.15 | $42.3 | 11.2% | $0.17 | $43.3 | 2.5% | $0.17 | $41.0 | -5.5% | $0.16 | $39.0 | -4.8% | $0.15 |
| 512GB pPCIe TLC Gen4 | $57.0 | $61.8 | 8.3% | $0.12 | $67.8 | 9.9% | $0.13 | $68.9 | 1.6% | $0.13 | $64.2 | -6.8% | $0.13 | $61.0 | -5.0% | $0.12 |
| 1TB   pPCIe TLC Gen4 | $99.0 | $107.0 | 8.1% | $0.10 | $117.1 | 9.4% | $0.11 | $116.5 | -0.5% | $0.11 | $109.7 | -5.8% | $0.11 | $103.5 | -5.6% | $0.10 |

*Source: Edgewater Research Estimates*

**Kevin Rottinghaus**
Kevin@EdgewaterRC.com
(216) 426-6272

**Sean Muir**
Sean@EdgewaterRC.com
(216) 426-6277

**Dennis Reed**
Dennis@EdgewaterRC.com
(216) 426-6279

Seagate_000246458

 EDGEWATER RESEARCH

**Hard Disk Drive (HDD) - Enterprise SATA NearLine Price Forecasts***

| Nearline HDDs | 1Q21 | 2Q21e | Q/Q | ASP/GB | 3Q21e | Q/Q | ASP/GB | 4Q21e | Q/Q | ASP/GB | 1Q22e | Q/Q | ASP/GB | 2Q22e | Q/Q | ASP/GB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4TB Air (higher volumes) | $ 92 | $ 92 | -0.3% | $0.023 | $ 92 | 0.0% | $0.023 | $ 92 | 0.0% | $0.023 | $ 92 | 0.0% | $0.023 | $ 92 | 0.0% | $0.023 |
| 4TB Air (lower volumes) | $ 114 | $ 114 | -0.4% | $0.028 | $ 113 | -0.4% | $0.028 | $ 113 | -0.2% | $0.028 | $ 113 | -0.2% | $0.028 | $ 113 | 0.0% | $0.028 |
| 6TB Air (higher volumes) | $ 122 | $ 121 | -0.4% | $0.020 | $ 121 | -0.2% | $0.020 | $ 121 | -0.2% | $0.020 | $ 121 | 0.0% | $0.020 | $ 121 | 0.0% | $0.020 |
| 6TB Air (lower volumes) | $ 137 | $ 136 | -0.9% | $0.023 | $ 135 | -0.7% | $0.022 | $ 134 | -0.6% | $0.022 | $ 134 | -0.4% | $0.022 | $ 133 | -0.4% | $0.022 |
| 8TB Air (higher volumes) | $ 138 | $ 137 | -0.7% | $0.017 | $ 136 | -0.7% | $0.017 | $ 136 | -0.4% | $0.017 | $ 135 | -0.4% | $0.017 | $ 135 | 0.0% | $0.017 |
| 8TB Air (lower volumes) | $ 152 | $ 151 | -0.7% | $0.019 | $ 150 | -0.7% | $0.019 | $ 149 | -0.7% | $0.019 | $ 147 | -1.3% | $0.018 | $ 146 | -1.0% | $0.018 |
| 10TB He (CSP volumes) | $ 166 | $ 166 | 0.0% | $0.017 | $ 166 | 0.0% | $0.017 | $ 166 | 0.0% | $0.017 | $ 166 | 0.0% | $0.017 | $ 166 | 0.0% | $0.017 |
| 10TB He (average volumes) | $ 184 | $ 183 | -0.5% | $0.018 | $ 183 | -0.3% | $0.018 | $ 183 | 0.0% | $0.018 | $ 183 | 0.0% | $0.018 | $ 183 | 0.0% | $0.018 |
| 10TB He (lower volumes) | $ 198 | $ 197 | -0.8% | $0.020 | $ 196 | -0.5% | $0.020 | $ 195 | -0.5% | $0.019 | $ 194 | -0.5% | $0.019 | $ 193 | -0.3% | $0.019 |
| 12TB He (CSP volumes) | $ 184 | $ 184 | 0.0% | $0.015 | $ 184 | 0.0% | $0.015 | $ 184 | 0.0% | $0.015 | $ 184 | 0.0% | $0.015 | $ 184 | 0.0% | $0.015 |
| 12TB He (average volumes) | $ 198 | $ 197 | -0.5% | $0.016 | $ 196 | -0.5% | $0.016 | $ 195 | -0.5% | $0.016 | $ 194 | -0.5% | $0.016 | $ 194 | -0.3% | $0.016 |
| 12TB Helium (lower volumes) | $ 229 | $ 227 | -0.9% | $0.019 | $ 225 | -0.9% | $0.019 | $ 223 | -0.9% | $0.019 | $ 221 | -0.9% | $0.018 | $ 219 | -0.9% | $0.018 |
| 14TB He (CSP volumes) | $ 182 | $ 182 | -0.3% | $0.013 | $ 182 | 0.0% | $0.013 | $ 182 | 0.0% | $0.013 | $ 182 | 0.0% | $0.013 | $ 182 | 0.0% | $0.013 |
| 14TB He (average volumes) | $ 207 | $ 206 | -0.5% | $0.015 | $ 205 | -0.5% | $0.015 | $ 204 | -0.5% | $0.015 | $ 202 | -1.0% | $0.014 | $ 200 | -1.0% | $0.014 |
| 14TB He (lower volumes) | $ 228 | $ 226 | -0.9% | $0.016 | $ 224 | -0.9% | $0.016 | $ 222 | -0.9% | $0.016 | $ 219 | -1.4% | $0.016 | $ 216 | -1.4% | $0.015 |
| 16TB He (CSP volumes) | $ 195 | $ 193 | -1.0% | $0.012 | $ 191 | -1.0% | $0.012 | $ 188 | -1.6% | $0.012 | $ 186 | -1.1% | $0.012 | $ 185 | -0.5% | $0.012 |
| 16TB He (average volumes) | $ 223 | $ 220 | -1.3% | $0.014 | $ 217 | -1.4% | $0.014 | $ 212 | -2.3% | $0.013 | $ 208 | -1.9% | $0.013 | $ 204 | -1.9% | $0.013 |
| 16TB He (lower volumes) | $ 253 | $ 249 | -1.6% | $0.016 | $ 245 | -1.6% | $0.015 | $ 238 | -2.9% | $0.015 | $ 232 | -2.5% | $0.015 | $ 225 | -3.0% | $0.014 |
| 18TB He (CSP volumes) | $ 230 | $ 225 | -2.2% | $0.013 | $ 220 | -2.2% | $0.012 | $ 210 | -4.5% | $0.012 | $ 200 | -4.8% | $0.011 | $ 190 | -5.0% | $0.011 |
| 18TB He (average volumes) | $ 270 | $ 265 | -1.9% | $0.015 | $ 260 | -1.9% | $0.014 | $ 250 | -3.8% | $0.014 | $ 235 | -6.0% | $0.013 | $ 220 | -6.4% | $0.012 |
| 18TB He (lower volumes) | - | $ 295 | - | $0.016 | $ 290 | -1.7% | $0.016 | $ 280 | -3.4% | $0.016 | $ 265 | -5.4% | $0.015 | $ 250 | -5.7% | $0.014 |

*Source: Edgewater Research Estimates; reflecting our blended avg. low/high pricng across OEMs, hyperscale, & channel pricing. * CSP volume reflect largest volume orders*

Kevin Rottinghaus
Kevin@EdgewaterRC.com
(216) 426-6272

Sean Muir
Sean@EdgewaterRC.com
(216) 426-6277

Dennis Reed
Dennis@EdgewaterRC.com
(216) 426-6279

Seagate_000246459

 **EDGEWATER** RESEARCH

## APPENDIX

**Companies Mentioned**

SEAGATE (STX: $82.33 – NEUTRAL)
WESTERN DIGITAL (WDC: $68.31 – NEUTRAL)
AMAZON (AMZN: $3,372.01 – OUTPERFORM)
FACEBOOK (FB: $302.24 – NEUTRAL)
ALPHABET (GOOGL: $2,289.76 – NOT RATED)
BAIDU INC. (BIDU: $209.90 – NOT RATED)
BROADCOM INC. (AVGO: $462.00 – NOT RATED
HEWLETT PACKARD ENTERPRISE CO. ($15.96 – NOT RATED)
MARVELL TECHNOLOGY GROUP (MRVL: $46.65 – NOT RATED)
MICROSOFT (MSFT: $258.74 – NOT RATED)

*Important Disclosures*

***Outperform***: *The stock's return is expected to exceed the market due to superior fundamentals and positive catalysts.*

***Neutral***: *The stock is expected to be in line with the market due to full valuation and/or lack of catalysts.*

***Underperform***: *The stock's total return is expected to underperform the market due to weak fundamentals and a lack of catalysts.*

***Valuation & Risk***: *Price targets are established by various valuation methods. Price targets are not established for every stock. The effectiveness of the price target may be affected by various outside factors.*

*I, Kevin Rottinghaus, Sean Muir, and Dennis Reed, hereby certify that the views expressed in this research report accurately reflect my personal views about any or all of the subject securities referred to in this research report. I certify that no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this research report. The analyst(s) responsible for the preparation of this report have no ownership stake in this company. Edgewater Research Company provides no investment banking services on this or any company.*

*Proprietary research and information contained within which forms the basis for findings or opinions expressed by Edgewater Research Company may be used by Edgewater Research Company for other purposes in the course of compensated consulting and other services rendered to third parties.*

*The information transmitted by this email is intended solely for the person or entity to which it is addressed. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and remove the material from all computers.*

**Kevin Rottinghaus**
Kevin@EdgewaterRC.com
(216) 426-6272

**Sean Muir**
Sean@EdgewaterRC.com
(216) 426-6277

**Dennis Reed**
Dennis@EdgewaterRC.com
(216) 426-6279

Seagate_000246460