# Exhibit M



EQUITY RESEARCH

**INDUSTRY UPDATE**

April 21, 2023

# Daily Chip Clips

TECHNOLOGY/SEMICONDUCTORS & COMPONENTS

### SUMMARY

- **TSMC Expects a Q2 Sales Drop as Clients Struggle to Clear Inventory** *(Reuters)*

- **Seagate Is Hit with $300 Million Fine for Shipping 7.4 Million HDDs to Huawei** *(Tom's Hardware)*

- **Nokia Hurt by US Slowdown But Outperforms Ericsson** *(Light Reading)*

### KEY POINTS

- TSMC said industry inventory levels were currently higher than expected and would rebalance to a more healthy level in the third quarter. For 2023, TSMC expects growth in the global semiconductor market, excluding memory, to decline in the mid-single digit percentage range, Y/Y. It sees the foundry market business declining in the high-single digit percentage range. TSMC expects their 1H revenue to fall ~10% Y/Y and 2023 sales to fall by a low-to-mid single digit percent.

- Seagate shipped 7.4 million hard drives to Huawei on 429 occasions between August 2020 and September 2021 without obtaining an export license from the U.S. Department of Commerce's Bureau of Industry and Security. Those drives were worth around $1.104 billion back then. Seagate has agreed to pay the imposed $300 million fine in quarterly installments of $15 million over five years beginning October 2023. The $300 million penalty is more than double the estimated net profit.

- Like Ericsson, Nokia has picked up new 5G business in India to help compensate for the North American slowdown. Margins suffered, partly because India, in the early stages of its 5G rollout, is far less profitable than the US market. The CEO of Nokia indicated that the correction would continue this second quarter. The share of base stations in networks upgraded to the midband range is only 50% in the US and 20% globally outside of China.

**Rick Schafer**
720-554-1119
Rick.Schafer@opco.com

**Wei Mok**
212-667-8387
Wei.Mok@opco.com

**Dustin Fowler**
212-667-8416
Dustin.Fowler@opco.com

Disseminated: April 21, 2023 00:00 EDT; Produced: April 20, 2023 21:45 EDT

**For analyst certification and important disclosures, see the Disclosure Appendix.**

Oppenheimer & Co Inc. 85 Broad Street, New York, NY 10004 Tel. 800-221-5588 Fax: 212-667-8229

Seagate_000269016

TECHNOLOGY / SEMICONDUCTORS & COMPONENTS

# Headlines

### TSMC Expects a Q2 Sales Drop as Clients Struggle to Clear Inventory *(Reuters)*

TSMC said industry inventory levels were currently higher than expected and would rebalance to a more healthy level in the third quarter. For 2023, TSMC expects growth in the global semiconductor market, excluding memory, to decline in the mid-single digit percentage range, Y/Y. It sees the foundry market business declining in the high-single digit percentage range. TSMC expects their 1H revenue to fall ~10% Y/Y and 2023 sales falling by a low-to-mid single digit percent. Reference Link

### Seagate Is Hit with $300 Million Fine for Shipping 7.4 Million HDDs to Huawei *(Tom's Hardware)*

Seagate shipped 7.4 million hard drives to Huawei on 429 occasions between August 2020 and September 2021 without obtaining an export license from the U.S. Department of Commerce's Bureau of Industry and Security. Those drives were worth around $1.104 billion back then. Seagate has agreed to pay the $300 million fine in quarterly installments of $15 million over five years beginning October 2023. The $300 million penalty is more than double the estimated net profits. Reference Link

### Nokia Hurt by US Slowdown But Outperforms Ericsson *(Light Reading)*

Like Ericsson, Nokia has picked up new 5G business in India to help compensate for the North American slowdown. Margins suffered partly because India, in the early stages of its 5G rollout, is far less profitable than the US market. The CEO of Nokia indicated that the correction would continue this second quarter. The share of base stations in networks upgraded to the midband range is only 50% in the US and 20% globally outside of China. Reference Link

### Stock prices of other companies mentioned in this report (as of 4/20/23)

Taiwan Semiconductor Manufacturing Co., Ltd. (2330-Taiwan, NT$518.00, Not Covered)

Telefonaktiebolaget LM Ericsson (ERIC.B-OMX Nordic Stockholm, KR54.94, Not Covered)

Nokia Oyj (NOKIA-OMX Nordic Helsinki, €3.90, Not Covered)

Seagate Technology Holdings PLC (STX-NASDAQ, $57.08, Not Covered)

 

Seagate_000269017

# Disclosure Appendix

**Oppenheimer & Co. Inc. does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**

*Analyst Certification -* The author certifies that this research report accurately states his/her personal views about the subject securities, which are reflected in the ratings as well as in the substance of this report. The author certifies that no part of his/her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.

**Potential Conflicts of Interest:**

Equity research analysts employed by Oppenheimer & Co. Inc. are compensated from revenues generated by the firm including the Oppenheimer & Co. Inc. Investment Banking Department. Research analysts do not receive compensation based upon revenues from specific investment banking transactions. Oppenheimer & Co. Inc. generally prohibits any research analyst and any member of his or her household from executing trades in the securities of a company that such research analyst covers. Additionally, Oppenheimer & Co. Inc. generally prohibits any research analyst from serving as an officer, director or advisory board member of a company that such analyst covers. In addition to 1% ownership positions in covered companies that are required to be specifically disclosed in this report, Oppenheimer & Co. Inc. may have a long position of less than 1% or a short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. Recipients of this report are advised that any or all of the foregoing arrangements, as well as more specific disclosures set forth below, may at times give rise to potential conflicts of interest.

All price targets displayed in the chart above are for a 12- to- 18-month period. Prior to March 30, 2004, Oppenheimer & Co. Inc. used 6-, 12-, 12- to 18-, and 12- to 24-month price targets and ranges. For more information about target price histories, please write to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.

---

**Oppenheimer & Co. Inc. Rating System as of January 14th, 2008:**

**Outperform(O)** - Stock expected to outperform the S&P 500 within the next 12-18 months.

**Perform (P) -** Stock expected to perform in line with the S&P 500 within the next 12-18 months.

**Underperform (U) -** Stock expected to underperform the S&P 500 within the next 12-18 months.

**Not Rated (NR) -** Oppenheimer & Co. Inc. does not maintain coverage of the stock or is restricted from doing so due to a potential conflict of interest.

**Oppenheimer & Co. Inc. Rating System prior to January 14th, 2008:**

**Buy -** anticipates appreciation of 10% or more within the next 12 months, and/or a total return of 10% including dividend payments, and/or the ability of the shares to perform better than the leading stock market averages or stocks within its particular industry sector.

**Neutral -** anticipates that the shares will trade at or near their current price and generally in line with the leading market averages due to a perceived absence of strong dynamics that would cause volatility either to the upside or downside, and/or will perform less well than higher rated companies within its peer group. Our readers should be aware that when a rating change occurs to Neutral from Buy, aggressive trading accounts might decide to liquidate their positions to employ the funds elsewhere.

**Sell -** anticipates that the shares will depreciate 10% or more in price within the next 12 months, due to fundamental weakness perceived in the company or for valuation reasons, or are expected to perform significantly worse than equities within the peer group.

OPPENHEIMER

3

Seagate_000269018

TECHNOLOGY / SEMICONDUCTORS & COMPONENTS

| | | | IB Serv/Past 12 Mos. | |
|---|---|---|---|---|
| Rating | Count | Percent | Count | Percent |
| OUTPERFORM [O] | 474 | 65.74 | 232 | 48.95 |
| PERFORM [P] | 245 | 33.98 | 102 | 41.63 |
| UNDERPERFORM [U] | 2 | 0.28 | 1 | 50.00 |

**Distribution of Ratings/IB Services Firmwide**

Although the investment recommendations within the three-tiered, relative stock rating system utilized by Oppenheimer & Co. Inc. do not correlate to buy, hold and sell recommendations, for the purposes of complying with FINRA rules, Oppenheimer & Co. Inc. has assigned buy ratings to securities rated Outperform, hold ratings to securities rated Perform, and sell ratings to securities rated Underperform.

Note: Stocks trading under $5 can be considered speculative and appropriate for risk tolerant investors.

**Additional Information Available**

**Company-Specific Disclosures: Important disclosures, including price charts, are available for compendium reports and all Oppenheimer & Co. Inc.-covered companies by logging on to https://www.oppenheimer.com/client-login.aspx or writing to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.**

# Other Disclosures

This report is issued and approved for distribution by Oppenheimer & Co. Inc. Oppenheimer & Co. Inc. transacts business on all principal exchanges and is a member of SIPC. This report is provided, for informational purposes only, to institutional and retail investor clients of Oppenheimer & Co. Inc. and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such offer or solicitation would be prohibited. The securities mentioned in this report may not be suitable for all types of investors. This report does not take into account the investment objectives, financial situation or specific needs of any particular client of Oppenheimer & Co. Inc. Recipients should consider this report as only a single factor in making an investment decision and should not rely solely on investment recommendations contained herein, if any, as a substitution for the exercise of independent judgment of the merits and risks of investments. The analyst writing the report is not a person or company with actual, implied or apparent authority to act on behalf of any issuer mentioned in the report. Before making an investment decision with respect to any security recommended in this report, the recipient should consider whether such recommendation is appropriate given the recipient's particular investment needs, objectives and financial circumstances. We recommend that investors independently evaluate particular investments and strategies, and encourage investors to seek the advice of a financial advisor. Oppenheimer & Co. Inc. will not treat non-client recipients as its clients solely by virtue of their receiving this report. Past performance is not a guarantee of future results, and no representation or warranty, express or implied, is made regarding future performance of any security mentioned in this report. The price of the securities mentioned in this report and the income they produce may fluctuate and/or be adversely affected by exchange rates, and investors may realize losses on investments in such securities, including the loss of investment principal. Oppenheimer & Co. Inc. accepts no liability for any loss arising from the use of information contained in this report, except to the extent that liability may arise under specific statutes or regulations applicable to Oppenheimer & Co. Inc. All information, opinions and statistical data contained in this report were obtained or derived from public sources believed to be reliable, but Oppenheimer & Co. Inc. does not represent that any such information, opinion or statistical data is accurate or complete (with the exception of information contained in the Important Disclosures section of this report provided by Oppenheimer & Co. Inc. or individual research analysts), and they should not be relied upon as such. All estimates, opinions and recommendations expressed herein constitute judgments as of the date of this report and are subject to change without notice. Nothing in this report constitutes legal, accounting or tax advice. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice on the tax consequences of investments. As with any investment having potential tax implications, clients should consult with their own independent tax adviser. This report may provide addresses of, or contain hyperlinks to, Internet web sites. Oppenheimer & Co. Inc. has not reviewed the linked Internet web site of any third party and takes no responsibility for the contents thereof. Each such address or hyperlink is provided solely for the recipient's convenience and information, and the content of linked third party web sites is not in any way incorporated into this document. Recipients who choose to access such third-party web sites or follow such hyperlinks do so at their own risk.

 

Seagate_000269019

This research is distributed in the UK and elsewhere throughout Europe, as third party research by Oppenheimer Europe Ltd, which is authorized and regulated by the Financial Conduct Authority (FCA). This research is for information purposes only and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research is for distribution only to persons who are eligible counterparties or professional clients. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. In particular, this material is not for distribution to, and should not be relied upon by, retail clients, as defined under the rules of the FCA. Neither the FCA's protection rules nor compensation scheme may be applied. https://opco2.bluematrix.com/sellside/MAR.action

**Distribution in Hong Kong:** This report is prepared for professional investors and is being distributed in Hong Kong by Oppenheimer Investments Asia Limited (OIAL) to persons whose business involves the acquisition, disposal or holding of securities, whether as principal or agent. OIAL, an affiliate of Oppenheimer & Co. Inc., is regulated by the Securities and Futures Commission for the conduct of dealing in securities and advising on securities. For professional investors in Hong Kong, please contact researchasia@opco.com for all matters and queries relating to this report.

**ESG Scores:** ESG scores from Refinitiv are designed to transparently and objectively measure a company's relative ESG performance, commitment and effectiveness, based on company-reported data. This covers 10 main themes including emissions, environmental product innovation, human rights, shareholders and so on. Ratings are available on close to 10,000 companies globally, with time-series data going back to 2002. The percentile rank scores are simple to understand and transparent. They are benchmarked against The Refinitiv Business Classifications (TRBC – Industry Group) for all environmental and social categories, as well as the controversies score. They are also measured against the country of incorporation for all governance categories.

Please note that all ESG ratings are independent of Oppenheimer stock ratings. They are intended to provide supplemental information regarding ESG for our covered companies. ESG ratings do not have any impact on the stock rating.

This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc. Copyright © Oppenheimer & Co. Inc. 2023.



Seagate_000269020