# Exhibit O

**BNP PARIBAS**
EXANE

## SEAGATE TECHNOLOGY  NEUTRAL
USD53.7 ● TARGET PRICE **USD55** (UPSIDE 2%)

| | TARGET PRICE | EPS 06/24e | EPS 06/25e |
|---|---|---|---|
| | ↘ -21% | ↘ -21% | ↘ -14% |

# Controlling The Controllables

26 OCTOBER 2022 at 21:22*

**Karl Ackerman, CFA**
(+1) 415 633 1693
karl.ackerman@exanebnpparibas.com

**Yang Pu, CFA**
+(1) 774 329 5832
yang.pu@exane.com

**Ben Castillo-Bernaus**
(+44) 203 430 8527

**Alexandre Faure**
+33 1 42 99 52 38

**Louis Lu**
(+44) 203 430 8514

**David O'Connor**
(+1) 415 859 1888

**Thomas Poutrieux**
+33 1 42 99 84 13

**Jerome Ramel**
(+1) 415 859 2809

**Stefan Slowinski**
(+44) 203 430 8549

tech@exanebnpparibas.com

*Specialist sales*
**Gareth Hollis**
(+44) 203 430 8730

*We think we are approaching the nadir in public cloud spending (~40% of revs) and a 5% dividend yield offers a good backstop. However, we'd like to see progress on HAMR and clarity on the BIS letter before becoming more constructive. Maintain Neutral; lowering PT to $55.*

### What To Do From Here

Clearly, the outlook for CQ4 underscores softer demand for not only consumer and China surveillance applications but also a moderation in global public cloud spending. On one hand, STX's sales outlook for $1.85B is the lowest level in nearly 20 years (CQ4:04) and a pause in stock buybacks highlights near-term challenges. On the other hand, the DecQ outlook to us implies HDD units sold into public and private data centers is at or very near a cyclical trough (see figures 3 and 4). Further, STX made it abundantly clear that its dividend – currently yielding 5% and one of the highest in Tech – is sacrosanct. Of course, STX (like WDC) is rectifying its fixed and variable cost structure to deal with lower demand. These actions will affect 3k employees (8% of workforce) and yield annual savings of $110M beginning in CQ1:23. While undisclosed, we anticipate these actions are around its 2.5" HDD offerings that address PC and consumer markets.

Perhaps the largest known unknown is the outcome of the proposed charging letter from the U.S. BIS that alleges STX violated export regulations to a customer on the Entity List between 8/2020 and 9/2021 (Huawei?). The timing of ruling and penalties, if any, remain unresolved. Another key variable we look toward before becoming more constructive is the readiness of the company's 30TB HAMR offering for data center customers. It appears product readiness continues to improve ahead of the company's planned launch in mid CY2023.

### Price Target And Valuation

We are lowering our PT from $70 to $55 to account for a ~35% reduction to our CY23E EPS. Our $55 PT is based on 12x the average of our CY23/CY24E EPS, in-line with peers.

| Price (26 October 2022) | | USD53.7 |
|---|---|---|
| Market cap (USDbn / EURbn) | | 11.3 / 11.5 |
| Free float (USDbn / EURbn) | | 11.3 / 11.4 |
| EV (USDbn / EURbn) | | 14.9 / 15.1 |
| 3m avg volume (USDm / EURm) | | 144.1 / 146.2 |
| Refinitiv / Bloomberg | | STX.O / STX US |
| Country / Sub Sector | | USA / Semiconductors |

| Performance[1] | 1w | 1m | 3m | 12m |
|---|---|---|---|---|
| Absolute(%) | 9 | 0 | (24) | (33) |
| Rel. IT Hardware(%) | (7) | (11) | (17) | 7 |
| Rel. MSCI USA(%) | 6 | (4) | (22) | (20) |

| Financials | 06/22 | 06/23e | 06/24e | 06/25e |
|---|---|---|---|---|
| EPS, Adjusted (USD) | 7.54 | 1.03 | 4.86 | 6.66 |
| EPS, Company (USD) | 8.18 | 1.58 | 5.42 | 7.22 |
| EPS - Refinitiv (USD) | 8.18 | 4.04 | 7.03 | 8.79 |
| Net dividend (USD) | 2.77 | 2.80 | 2.94 | 3.09 |
| | | | | |
| Sales (USDm) | 11,661 | 7,646 | 9,446 | 10,351 |
| EBITA, Adj. (USDm) | 1,997 | 510 | 1,319 | 1,683 |
| Net profit, Adj.(USDm) | 1,688 | 216 | 1,017 | 1,373 |
| ROCE (%) | 48.2 | 15.5 | 40.0 | 50.0 |
| Net Debt/EBITDA, Adj. (x) | 2.1 | 4.9 | 2.7 | 2.0 |

| Valuation metrics[2] | 06/22 | 06/23e | 06/24e | 06/25e |
|---|---|---|---|---|
| P/E (x) | 12.2 | 52.2 | 11.0 | 8.1 |
| Net yield (%) | 3.0 | 5.2 | 5.5 | 5.8 |
| FCF yield (%) | 5.3 | 9.1 | 9.9 | 12.6 |
| EV/Sales (x) | 2.0 | 1.9 | 1.5 | 1.3 |
| EV/EBITDA (x) | 9.7 | 14.5 | 8.0 | 6.4 |
| EV/EBITA (x) | 11.9 | 29.2 | 11.1 | 8.3 |
| EV/CE (x) | 6.0 | 4.8 | 4.7 | 4.4 |

*All valuation metrics based on adjusted figures*

Source: BNP Paribas Exane (estimates), Refinitiv (consensus)   (1) In listing currency, with dividend reinvested (2) Yearly average price for FY ended 06/22

*\* Date and time (London Time) on which the investment recommendation was finalised. It may differ from the date and time of broad dissemination on the website. See Appendix (on p8) for Analyst Certification, Important Disclosures and Non-US Research Analyst disclosures. This research report is published and distributed by BNP Paribas Securities Corp., a FINRA member firm and broker-dealer registered with the SEC.*

For the exclusive use of Miles DEAN at SEAGATE TECHNOLOGY (26-Oct-2022)

Seagate_000262793

## What happened

### F1Q:23 (SepQ) results below anticipation; restructuring and capex cut

STX reported FQ1:23 rev/EPS of $2.0B/$0.48, which came in -3%/-32% below consensus and the company's revised outlook in early September. The company's mass capacity revenue fell 26% to $1.4B with EB shipments down 25% Q/Q (nearline EB -28% Q/Q). Since August, the company indicated it began noticing increasing economic headwinds, spending delays at data center customers, and customer inventory adjustments. STX's inventory days increased sharply from 76 to 94 days. The company started to reduce factory utilization and under-ship the market in September. Seagate targets to reduce inventory to the pre-COVID level of $1.1B (currently $1.6B) over the next few quarters. The company realized over $50M in underutilization charges, which represented a 250bps drag to the 24.5% gross margin in the Q.

Considering the headwinds, STX announced a restructuring plan to cut ~8% of its global workforce, which could result in $60M-70M in pre-tax cash restructuring charges. Once implemented, the company expects to realize $110M annualized cost savings starting F3Q:23 (MarQ). The company plans to cut FY23 capex plan below the LT target of 4-6% of sales. While it committed on sustaining its dividend, the company decided to pause share buybacks. It also raised $600M debt in the quarter, which raised the company's leverage ratio from 2.2x to 3.0x.

**Figure 1: Results vs. estimates (pre-call)**

| As of 10/26/2022 (Non-GAAP) | SepQ 22 | | | | | DecQ 22 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Actual | Street | Surprise | BNPP Old | Guidance | Guidance | Street | Surprise | BNPP Old |
| Total Revenue | $2.0B | $2.1B | -3% | $2.1B | $2.1B | $1.9B | $2.12B | -13% | $2.18B |
| Mass Capacity | $1.4B | $1.6B | -12% | $1.5B | -- | -- | $1.6B | -- | $1.53B |
| Gross Margin | 24.5% | 28.1% | -363bps | 26.8% | -- | -- | 29.1% | -- | 28.3% |
| EBIT | $0.18B | $0.21B | -14% | $0.21B | -- | -- | $0.25B | -- | $0.26B |
| EPS | $0.48 | $0.71 | -32% | $0.67 | $0.70 | $0.15 | $0.80 | -81% | $0.91 |

Source: BNP Paribas Exane estimates

### F2Q:23 (DecQ) and LT outlook

STX guided F2Q23 rev/EPS to be $1.85B/$0.15, a significant miss to consensus estimates of $2.12B/$0.80. Gross margin would be lower than F1Q:23 as the company expects substantially higher underutilization charges and less favorable revenue mix. Opex is expected to be around $300M for the next few quarters. Additionally, STX sees FY23 mass capacity EB to be down vs. FY22. STX expects mass capacity demand to recover to high-20%s CAGR in the mid-term, comparing to the original LT target of 35% CAGR. Despite the headwind, STX still believes that its FCF will remain positive for each quarter throughout FY23.

### Technology

With the capex cut and restructuring, STX plans to focus on investing in the HAMR technology development. The company indicated it is on track to deliver 30TB+ products using HAMR technology by mid-CY23. The 20TB+ products now represent over 40% of mass capacity shipment and have surpassed 18TB in revenue / EB / units.

### Estimate changes

We lowered our F2Q:23 rev/EPS including SBC estimates from $2.2B/$0.73 to $1.8B/$0.00, and we lower our FY23 rev/EPS including SBC estimates from $9.0B/$3.41 to $7.6B/$1.05. For CY23, our rev/EPS estimates are now $8.6B/$3.16, down from our previous estimates of $9.9B/$5.12.

For the exclusive use of Miles DEAN at SEAGATE TECHNOLOGY (26-Oct-2022)

Seagate_000262794

**Figure 2: BNP Paribas estimates vs. street**

| | As of 10/26/22 | F2022 | FQ123 | FQ223E | FQ323E | FQ423E | F2023E | FQ124E | FQ224E | FQ324E | FQ424E | F2024E | F2025E | C2021 | C2022E | C2023E | C2024E | C2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BNP Paribas Exane Estimates | Revenue ($ in MM) | $11,661 | $ 2,033 | $1,788 | $1,831 | $1,893 | $ 7,645 | $2,324 | $2,494 | $2,275 | $2,353 | $ 9,446 | $10,381 | $11,975 | $ 9,253 | $ 8,842 | $ 9,903 | $10,394 |
| | Rev Growth Y/Y | 9% | (35%) | (42%) | (35%) | (24%) | (34%) | 14% | 40% | 24% | 18% | 24% | 10% | 10% | (23%) | (7%) | 12% | 5% |
| | Non GAAP EPS (Ex SBC) | $ 8.18 | $ 0.48 | $ 0.40 | $ 0.33 | $ 0.64 | $ 1.58 | $ 1.24 | $ 1.47 | $ 1.27 | $ 1.40 | $ 5.42 | $ 7.22 | $ 8.25 | $ 4.01 | $ 3.68 | $ 6.34 | $ 7.20 |
| | EPS Growth Y/Y | 43% | (80%) | (85%) | (82%) | (50%) | (81%) | 158% | 1044% | 291% | 123% | 243% | 33% | 72% | (51%) | (8%) | 72% | 14% |
| | Non GAAP EPS (inc SBC) | $ 7.53 | $ 0.35 | $ (0.00) | $ 0.18 | $ 0.51 | $ 1.05 | $ 1.11 | $ 1.34 | $ 1.14 | $ 1.30 | $ 4.89 | $ 6.69 | $ 7.78 | $ 3.40 | $ 3.15 | $ 5.80 | $ 6.87 |
| | EPS Growth Y/Y | 43% | (84%) | (100%) | (88%) | (84%) | (86%) | 221% | (29642%) | 488% | 154% | 367% | 37% | 77% | (56%) | (7%) | 84% | 18% |
| BNP Paribas Exane Old Estimates | Revenue ($ in MM) | $11,661 | $ 2,100 | $ 2,180 | $ 2,357 | $ 2,432 | $ 8,369 | $ 2,539 | $ 2,532 | $ 2,579 | $ 2,668 | $10,418 | $11,423 | $11,975 | $ 9,749 | $ 9,561 | $10,933 | $11,318 |
| | Rev Growth Y/Y | 9% | (33%) | (30%) | (18%) | (7%) | (23%) | 23% | 16% | 14% | 10% | 15% | 10% | 18% | (19%) | 2% | 11% | 4% |
| | Non GAAP EPS (Ex SBC) | $ 8.18 | $ 0.67 | $ 0.91 | $ 1.12 | $ 1.40 | $ 4.10 | $ 1.71 | $ 1.58 | $ 1.72 | $ 1.88 | $ 6.90 | $ 8.45 | $ 8.25 | $ 4.58 | $ 5.81 | $ 7.80 | $ 8.56 |
| | EPS Growth Y/Y | 43% | (71%) | (52%) | (38%) | (12%) | (50%) | 154% | 78% | 54% | 34% | 68% | 22% | 72% | (40%) | 17% | 34% | 10% |
| | Non GAAP EPS (inc SBC) | $ 7.53 | $ 0.50 | $ 0.72 | $ 0.94 | $ 1.23 | $ 2.41 | $ 1.53 | $ 1.41 | $ 1.55 | $ 1.70 | $ 6.20 | $ 7.75 | $ 7.72 | $ 4.29 | $ 5.12 | $ 7.08 | $ 7.85 |
| | EPS Growth Y/Y | 43% | (77%) | (57%) | (43%) | (12%) | (55%) | 208% | 92% | 54% | 39% | 82% | 25% | 77% | (44%) | 19% | 39% | 11% |
| Street Consensus | Revenue ($ in MM) | $11,661 | $ 2,101 | $ 2,116 | $ 2,288 | $ 2,425 | $ 9,032 | $ 2,550 | $ 2,479 | $ 2,689 | $ 2,768 | $10,586 | $11,186 | $11,975 | $ 9,646 | $ 9,943 | $10,533 | $11,234 |
| | Rev Growth Y/Y | 9% | (33%) | (32%) | (18%) | (8%) | (23%) | 21% | 27% | 17% | 12% | 17% | 8% | 18% | (18%) | 3% | 9% | NM |
| | Non GAAP EPS (Ex SBC) | $ 8.18 | $ 0.71 | $ 0.80 | $ 1.13 | $ 1.37 | $ 4.12 | $ 1.55 | $ 1.76 | $ 1.83 | $ 1.90 | $ 7.05 | $ 8.74 | $ 8.25 | $ 4.91 | $ 5.81 | $ 7.30 | $ 7.92 |
| | EPS Growth Y/Y | 40% | (70%) | (87%) | (33%) | (14%) | (50%) | 119% | 121% | 62% | 38% | 71% | 24% | 72% | (40%) | 18% | 26% | NM |
| | BNP Paribas Vs. Street EPS | 0% | (32%) | (84%) | (71%) | (53%) | (62%) | (20%) | (15%) | (31%) | (26%) | (23%) | (17%) | 3% | (18%) | (37%) | (12%) | (8%) |
| | EPS (Ex SBC) Diff % | | (32%) | (84%) | (71%) | (53%) | (62%) | (20%) | (16%) | (31%) | (25%) | (23%) | (17%) | | (15%) | (37%) | (13%) | |

*Source: BNP Paribas Exane estimates*

## Cloud Cycles

Clearly, the outlook for CQ4 underscores softer demand for not only consumer and China surveillance applications but also a moderation in global public cloud spending. We think the DecQ outlook implies HDD units sold into public and private data centers is at or very near a cyclical trough.

**Figure 3: STX nearline shipment cycles**

*Source: BNP Paribas Exane estimates*

Exclusive use of Miles DEAN

For the exclusive use of Miles DEAN at SEAGATE TECHNOLOGY (26-Oct-2022)

## Price Target And Valuation

We are maintaining our Neutral rating, but we are lowering our price target from $70 to $55 to account for a ~35% reduction to our CY23E EPS. Our $55 price target is based on 12x the average of our CY23/CY24E EPS. This multiple is in-line with peers but represents a 2-turn premium to the company's long term average multiple of 10x. We think this multiple is fair given the company's enhanced mix toward public cloud and enterprise spending rather than secularly challenged consumer offerings.

**Figure 4: Valuation metrics vs. peers**



Source:  BNP Paribas Exane estimates

**Figure 5: STX valuation metrics**



Source: FactSet
Note: Peer group includes WDC, SK Hynix, Samsung, ANET, CSCO, DELL, HPE, JNPR, NTAP, and PSTG

For the exclusive use of **Miles DEAN** at **SEAGATE TECHNOLOGY** (26-Oct-2022)

Seagate_000262796

## Figure 6: Segment summary

**Seagate Technology (STX) Segment Analysis**

| $ MM, FYE in June | F2019 | F2020 | F2021 | F2022 | F2022E | F2024E | F2025E | C2019 | C2020 | C2021 | C2022E | C2023E | C2024E | C2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hard Disk Drives | $ 9,803 | $ 9,720 | $ 9,792 | $ 10,564 | $ 5,683 | $ 8,458 | $ 9,325 | $ 9,204 | $ 9,410 | $ 10,915 | $ 8,283 | $ 7,565 | $ 8,799 | $ 9,283 |
| Enterprise Systems, Flash and Other | $ 797 | $ 789 | $ 889 | $ 1,500 | $ 963 | $ 987 | $ 1,025 | $ 754 | $ 782 | $ 1,058 | $ 969 | $ 975 | $ 1,004 | $ 1,041 |
| Total Revenue | $ 10,391 | $ 10,509 | $ 10,681 | $ 11,861 | $ 7,646 | $ 9,446 | $ 10,381 | $ 9,958 | $ 10,172 | $ 11,975 | $ 9,253 | $ 8,642 | $ 9,890 | $ 10,304 |
| Q/Q | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Y/Y | (7%) | 1% | 2% | 9% | (34%) | 24% | 10% | (12%) | 2% | 18% | (23%) | (7%) | 13% | 5% |
| Gross Profit | $ 2,868 | $ 2,810 | $ 2,959 | $ 3,512 | $ 1,860 | $ 2,734 | $ 3,197 | $ 2,718 | $ 2,768 | $ 3,565 | $ 2,458 | $ 2,325 | $ 2,972 | $ 3,200 |
| Gross Margin | 28.7% | 27.7% | 27.7% | 30.1% | 24.2% | 29.1% | 30.9% | 27.2% | 27.2% | 29.8% | 26.9% | 26.9% | 30.3% | 31.1% |
| Operating Income | $ 1,538 | $ 1,548 | $ 1,645 | $ 2,142 | $ 626 | $ 1,436 | $ 1,795 | $ 1,305 | $ 1,474 | $ 2,214 | $ 1,176 | $ 1,076 | $ 1,618 | $ 1,784 |
| Operating Margin | 15% | 15% | 15% | 18% | 8% | 15% | 17% | 13% | 14% | 18% | 13% | 12% | 17% | 17% |
| GAAP Diluted EPS | $7.10 | $3.80 | $5.43 | $7.33 | $0.71 | $4.75 | $6.54 | $6.16 | $3.83 | $7.96 | $2.93 | $3.02 | $5.86 | $6.52 |
| Non GAAP Diluted EPS (inc SBC) | $4.79 | $4.58 | $6.26 | $7.52 | $1.05 | $4.89 | $6.69 | $3.88 | $4.27 | $7.73 | $3.40 | $3.16 | $5.80 | $6.67 |
| Non GAAP Diluted EPS (Ex SBC) | $5.13 | $4.98 | $6.70 | $8.18 | $1.96 | $5.42 | $7.22 | $4.26 | $4.80 | $8.25 | $4.01 | $3.68 | $6.34 | $7.25 |

**HDD Market Assumptions**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HDD TAM | 347 | 285 | 266 | 225 | 180 | 154 | 157 | 324 | 258 | 258 | 170 | 155 | 156 | 165 |
| Y/Y | (23%) | (19%) | (7%) | (16%) | (33%) | 8% | 2% | (24%) | (21%) | 1% | (34%) | (9%) | (1%) | 6% |
| STX's Total HDD Units (in Millions) | 139 | 123 | 112 | 98 | 60 | 64 | 66 | 130 | 112 | 111 | 73 | 63 | 64 | 66 |
| Y/Y | (6%) | (11%) | (9%) | (13%) | (38%) | 8% | 2% | (13%) | (14%) | (1%) | (34%) | (14%) | 1% | 1% |
| Market Share | 40% | 43% | 42% | 44% | 40% | 42% | 42% | 40% | 44% | 43% | 43% | 41% | 41% | 40% |

**Exabytes Shipped Data**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STX's Total EB Shipped (HDDs) | 347.3 | 442.4 | 535.7 | 639.9 | 463.7 | 653.0 | 787.3 | 366.4 | 489.6 | 614.4 | 532.3 | 569.9 | 795.3 | 830.9 |
| Y/Y | 3% | 27% | 21% | 19% | (27%) | 41% | 21% | (0%) | 31% | 28% | (13%) | 7% | 24% | 18% |
| Mass Capacity EB Shipments | 202.2 | 316.8 | 417.7 | 540.7 | 409.5 | 608.8 | 749.8 | 230.4 | 365.4 | 500.4 | 466.5 | 549.9 | 664.8 | 796.0 |
| Y/Y | NM | 57% | 32% | 29% | (24%) | 49% | 23% | 5% | 59% | 36% | (7%) | 11% | 28% | 20% |
| Legacy EB Shipments | 145.0 | 125.6 | 118.0 | 99.3 | 53.8 | 44.2 | 37.5 | 136.0 | 118.3 | 111.0 | 65.8 | 49.2 | 40.8 | 34.9 |
| Y/Y | NM | (13%) | (6%) | (23%) | (40%) | (18%) | (15%) | (14%) | (18%) | (6%) | (41%) | (25%) | (18%) | (14%) |
| STX's Average TB Shipped Per Drive | 2.5 | 3.7 | 4.8 | 6.5 | 7.7 | 10.2 | 12.0 | 2.8 | 4.2 | 5.5 | 7.3 | 9.0 | 11.9 | 12.8 |
| Y/Y | 12% | 48% | 30% | 37% | 17% | 32% | 18% | 15% | 53% | 29% | 34% | 23% | 23% | 17% |

**HDD ASP Data**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STX's Mass Capacity HDD ASP/TB | $21.56 | $17.48 | $15.26 | $14.97 | $13.92 | $12.38 | $11.60 | $19.75 | $16.96 | $15.09 | $13.96 | $12.56 | $12.85 | $10.85 |
| Y/Y | NM | (19%) | (13%) | (4%) | (11%) | (5%) | (7%) | (40%) | (19%) | (5%) | (9%) | (9%) | (14%) | (10%) |
| STX's Legacy HDD ASP/TB | $36.28 | $33.29 | $28.96 | $30.21 | $24.62 | $20.86 | $18.77 | $34.22 | $30.72 | $29.93 | $27.64 | $22.80 | $19.86 | $17.85 |
| Y/Y | NM | (8%) | (13%) | 4% | (19%) | (15%) | (10%) | (3%) | (10%) | (3%) | (8%) | (16%) | (13%) | (10%) |

Source: BNP Paribas Exane estimates

## Figure 7: Balance sheet

**Seagate Technology (STX) Fiscal Balance Sheet ($MM)**

| $ MM, FYE in June | 2019 Q4A | 2020 Q4A | 2021 Q4A | 2022 Q1A | 2022 Q2A | 2022 Q3A | 2022 Q4A | 2023 Q1E | 2023 Q2E | 2023 Q3E | 2023 Q4E | 2024 Q4E | 2025 Q4E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | $ 2,220 | $ 1,693 | $ 1,135 | $ 962 | $ 1,508 | $ 1,109 | $ 588 | $ 761 | $ 1,016 | $ 918 | $ 814 | $ 322 | $ 410 |
| Short term investments | $ - | $ 29 | $ 29 | $ 29 | $ 29 | $ 29 | $ 29 | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts Receivables | $ 1,083 | $ 1,115 | $ 1,158 | $ 1,301 | $ 1,399 | $ 1,344 | $ 1,532 | $ 1,098 | $ 901 | $ 903 | $ 939 | $ 954 | $ 1,556 |
| Inventories | $ 970 | $ 1,142 | $ 1,204 | $ 1,188 | $ 1,287 | $ 1,479 | $ 1,565 | $ 1,606 | $ 1,215 | $ 1,068 | $ 1,055 | $ 991 | $ 1,082 |
| Other Current Assets | $ 68 | $ 135 | $ 388 | $ 188 | $ 229 | $ 290 | $ 321 | $ 275 | $ 275 | $ 275 | $ 275 | $ 275 | $ 275 |
| Current Assets | $ 4,362 | $ 4,114 | $ 3,779 | $ 3,668 | $ 4,450 | $ 4,260 | $ 4,833 | $ 3,740 | $ 3,408 | $ 3,161 | $ 3,084 | $ 2,542 | $ 2,823 |
| PP&E, Net | $ 1,590 | $ 2,129 | $ 2,181 | $ 2,213 | $ 2,216 | $ 2,197 | $ 2,239 | $ 2,196 | $ 2,135 | $ 2,077 | $ 2,028 | $ 1,929 | $ 1,866 |
| Intangible Assets, Net | $ 1,348 | $ 1,295 | $ 1,266 | $ 1,281 | $ 1,256 | $ 1,251 | $ 1,246 | $ 1,242 | $ 1,242 | $ 1,242 | $ 1,242 | $ 1,242 | $ 1,242 |
| Other Noncurrent Assets | $ 1,305 | $ 1,392 | $ 1,449 | $ 1,471 | $ 1,453 | $ 1,438 | $ 1,425 | $ 1,433 | $ 1,433 | $ 1,433 | $ 1,433 | $ 1,433 | $ 1,433 |
| Total Assets | $ 8,886 | $ 8,930 | $ 8,675 | $ 8,613 | $ 9,375 | $ 9,145 | $ 8,944 | $ 8,611 | $ 8,217 | $ 7,914 | $ 7,787 | $ 7,206 | $ 7,494 |
| Short Term Debt | $ - | $ 19 | $ 245 | $ 245 | $ 235 | $ 30 | $ 584 | $ 636 | $ 636 | $ 636 | $ 636 | $ 639 | $ 606 |
| Accounts Payable | $ 1,420 | $ 1,900 | $ 1,725 | $ 1,786 | $ 1,812 | $ 1,948 | $ 2,053 | $ 1,712 | $ 1,595 | $ 1,526 | $ 1,542 | $ 1,442 | $ 1,574 |
| Accrued Expenses, Other | $ 705 | $ 803 | $ 951 | $ 878 | $ 945 | $ 903 | $ 813 | $ 790 | $ 790 | $ 790 | $ 790 | $ 790 | $ 790 |
| Current Liabilities | $ 2,125 | $ 2,722 | $ 2,921 | $ 2,889 | $ 2,992 | $ 2,881 | $ 3,595 | $ 3,138 | $ 3,021 | $ 2,952 | $ 2,968 | $ 2,868 | $ 3,000 |
| Long-Term Debt | $ 4,253 | $ 4,156 | $ 4,894 | $ 4,881 | $ 5,626 | $ 5,614 | $ 5,062 | $ 5,613 | $ 5,463 | $ 5,313 | $ 5,188 | $ 4,863 | $ 4,088 |
| Other long term liabilities | $ 345 | $ 265 | $ 229 | $ 232 | $ 231 | $ 229 | $ 218 | $ 211 | $ 211 | $ 211 | $ 211 | $ 211 | $ 211 |
| Total Liabilities | $ 6,723 | $ 7,143 | $ 8,044 | $ 8,012 | $ 8,849 | $ 8,724 | $ 8,835 | $ 8,962 | $ 8,696 | $ 8,476 | $ 8,367 | $ 7,742 | $ 7,299 |
| Shareholders' Equity | $ 2,162 | $ 1,787 | $ 631 | $ 601 | $ 526 | $ 421 | $ 109 | $ (351) | $ (477) | $ (562) | $ (580) | $ (536) | $ 195 |
| Total Liabilities and Shareholders' Equity | $ 8,886 | $ 8,930 | $ 8,675 | $ 8,613 | $ 9,375 | $ 9,145 | $ 8,944 | $ 8,611 | $ 8,217 | $ 7,914 | $ 7,787 | $ 7,206 | $ 7,494 |
| **Book & Cash Value** | | | | | | | | | | | | | |
| Book Value Per Share | $7.76 | $6.87 | $2.71 | $2.60 | $2.34 | $1.96 | $0.50 | $(1.67) | $(2.27) | $(2.67) | $(2.75) | $(2.59) | $0.94 |
| Book Value Per Share (Tangible) | $2.90 | $1.89 | $(2.73) | $(2.86) | $(3.25) | $(3.74) | $(5.24) | $(7.59) | $(8.17) | $(8.56) | $(8.63) | $(8.59) | $(5.05) |
| Cash Per Share | $7.99 | $6.51 | $5.06 | $4.16 | $6.70 | $5.00 | $2.70 | $3.62 | $4.83 | $4.34 | $3.86 | $1.55 | $1.98 |
| Net (Debt) Cash Per Share | $(7.31) | $(9.43) | $(16.87) | $(17.94) | $(19.24) | $(20.39) | $(23.18) | $(26.13) | $(24.18) | $(23.39) | $(23.73) | $(24.06) | $(20.83) |

Source: BNP Paribas Exane estimates

For the exclusive use of Miles DEAN at SEAGATE TECHNOLOGY (26-Oct-2022)

Seagate_000262797

## Figure 8: Cash flow statement



Seagate Technology (STX) Cash Flow Statement

| $ MM; FYE in June | 2019 FYA | 2020 FYA | 2021 FYA | Q1A | Q2A | Q3A | Q4A | 2022 FYA | Q1E | Q2E | Q3E | Q4E | 2023 FYE | 2024 FYE | 2025 FYE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Flow From Operating Activities** | | | | | | | | | | | | | | | |
| Net Income (Loss) | $2,012 | $1,004 | $1,314 | $526 | $501 | $346 | $276 | $1,646 | $29 | $(8) | $34 | $101 | $155 | $993 | $1,354 |
| Depreciation & Amort | $541 | $378 | $397 | $104 | $108 | $112 | $127 | $451 | $135 | $133 | $131 | $129 | $527 | $512 | $519 |
| Stock Based Compensation | $88 | $109 | $112 | $34 | $36 | $36 | $38 | $145 | $29 | $29 | $29 | $29 | $116 | $116 | $116 |
| Other Non-Operating | $(784) | $104 | $(50) | $(2) | $24 | $26 | $7 | $55 | $6 | $- | $- | $- | $8 | $- | $- |
| Changes in Asset and Liabilities | $(87) | $118 | $(147) | $(166) | $(148) | $(60) | $(289) | $(643) | $44 | $478 | $77 | $(7) | $584 | $(51) | $(81) |
| Cash Flow from Operations | $1,761 | $1,714 | $1,626 | $496 | $521 | $460 | $180 | $1,657 | $245 | $624 | $270 | $261 | $1,390 | $1,570 | $1,919 |
| | | | | | | | | | | | | | | | |
| **Cash Flow From Investing Activities** | | | | | | | | | | | | | | | |
| Capital Expenditure | $(802) | $(585) | $(498) | $(117) | $(95) | $(97) | $(72) | $(381) | $(132) | $(72) | $(73) | $(80) | $(356) | $(472) | $(518) |
| Cash from Securities, net | $1,275 | $(50) | $32 | $(3) | $19 | $- | $13 | $29 | $(1) | $- | $- | $- | $(1) | $- | $- |
| Acquisitions, Net of Cash | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- |
| Other Investing | $173 | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- |
| Cash Flow from Investing Activities | $846 | $(635) | $(466) | $(120) | $(76) | $(97) | $(59) | $(352) | $(133) | $(72) | $(73) | $(80) | $(357) | $(472) | $(518) |
| | | | | | | | | | | | | | | | |
| **Cash Flow From Financing Activities** | | | | | | | | | | | | | | | |
| Proceeds (Repayments) of Debt | $(574) | $(143) | $967 | $(6) | $725 | $(220) | $- | $499 | $600 | $(150) | $(150) | $(125) | $175 | $(525) | $(575) |
| Share Buybacks | $(994) | $(850) | $(2,047) | $(425) | $(471) | $(417) | $(486) | $(1,799) | $(409) | $- | $- | $- | $(409) | $(450) | $(100) |
| Dividends | $(713) | $(673) | $(649) | $(153) | $(151) | $(154) | $(152) | $(610) | $(147) | $(147) | $(148) | $(148) | $(590) | $(615) | $(630) |
| Proceeds from Stock Issuance | $68 | $103 | $108 | $- | $- | $68 | $- | $68 | $- | $- | $- | $- | $- | $- | $- |
| Taxes paid related to net share settlements | | | $(33) | $(10) | $- | $(35) | $(6) | $(51) | $(39) | $- | $- | $- | $(39) | $- | $- |
| Other | $(28) | $(42) | $(19) | $- | $(4) | $(1) | $- | $(5) | $28 | $- | $- | $- | $28 | $- | $- |
| Cash Flow From Financing Activities | $(2,240) | $(1,605) | $(1,673) | $(594) | $99 | $(760) | $(644) | $(1,899) | $34 | $(297) | $(298) | $(273) | $(834) | $(1,590) | $(1,314) |
| Effect of FX on Cash | $- | $(1) | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- |
| | | | | | | | | | | | | | | | |
| Net Increase (Decrease) in Cash | $367 | $(527) | $(513) | $(218) | $544 | $(397) | $(523) | $(594) | $146 | $255 | $(101) | $(101) | $198 | $(493) | $88 |
| Cash and Cash Equivalents, Beginning of Period | $1,853 | $2,220 | $1,693 | $1,180 | $962 | $1,506 | $1,109 | $1,180 | $615 | $761 | $1,016 | $916 | $586 | $785 | $293 |
| Cash and Cash Equivalents, End of Period | $2,220 | $1,693 | $1,180 | $962 | $1,506 | $1,109 | $586 | $586 | $761 | $1,016 | $916 | $814 | $785 | $293 | $381 |
| | | | | | | | | | | | | | | | |
| **Free Cash Flow** | | | | | | | | | | | | | | | |
| Cash Flow from Operations | $1,761 | $1,714 | $1,626 | $496 | $521 | $460 | $180 | $1,657 | $245 | $624 | $270 | $261 | $1,390 | $1,570 | $1,919 |
| Capex | $(802) | $(585) | $(498) | $(117) | $(95) | $(97) | $(72) | $(381) | $(132) | $(72) | $(73) | $(80) | $(355) | $(472) | $(518) |
| FCF | $1,159 | $1,129 | $1,128 | $379 | $426 | $363 | $108 | $1,276 | $113 | $553 | $197 | $172 | $1,034 | $1,097 | $1,402 |
| TTM FCF/TTM Sales | 11% | 11% | 11% | 10% | 10% | 10% | 9% | 11% | 7% | 9% | 9% | 10% | 14% | 12% | 14% |
| TTM FCF/TTM Net Income | 136% | 112% | 82% | 69% | 64% | 68% | 56% | 78% | 52% | 80% | 103% | 153% | 311% | 97% | 94% |

Source: BNP Paribas Exane estimates

Exclusive use of Miles DEAN

For the exclusive use of Miles DEAN at SEAGATE TECHNOLOGY (26-Oct-2022)

Seagate_000262798

# Investment case, valuation and risks

### Seagate Technology (Neutral, Target Price USD55)

*Investment case*

STX's transition to HAMR should accelerate cost declines for nearline HDDs in CY24 and CY25, cloud demand is now less concentrated, and peers appear more rational on capacity expansion and pricing following the formation of LTAs with improved economics. LYVE is a show-me story, but it presents a margin-accretive subscription-based revenue stream that could drive above-historical ROIC. However, we remain Neutral until we see greater progress on HAMR volume production and clarity on the proposed charging letter from the U.S. BIS that alleges STX violated export regulations.

*Valuation methodology*

Our $55 price target is based on 12x the average of our CY23/CY24E EPS. This multiple is in-line with peers but represents a 2-turn premium to the company's long term average multiple of 10x. We think this multiple is fair given the company's enhanced mix toward public cloud and enterprise spending rather than secularly challenged consumer offerings.

*Risks*

*To the upside:*

1) A faster than expected improvement in data center demand for HDDs; 2) Adoption of 30TB HAMR drives in FY23 ramp sooner than expected; 3) China reopening drives larger than expected upside for surveillance and consumer HDDs.

*To the downside:*

1) HAMR fails to ramp over next 12 months, limiting future cost scaling vs. WDC and SSDs for primary storage. 2) Mission critical is the highest margin business, and this continues to be cannibalized by NAND flash. 3) A normalization in PCs could result in higher-than-expected HDD price declines for legacy products, suppressing margins. 4) A pivot from share buybacks to debt paydown reduces the backstop of potentially slowing growth if HDD demand wanes faster than expected.



For the exclusive use of **Miles DEAN** at **SEAGATE TECHNOLOGY** (26-Oct-2022)

Seagate_000262799

# DISCLOSURE APPENDIX

## Analyst Certification

We, Karl Ackerman, Yang Pu, (authors of or contributors to the report) hereby certify that all of the views expressed in this report accurately reflect our personal view(s) about the company or companies and securities discussed in this report. No part of our compensation was, is, or will be, directly, or indirectly, related to the specific recommendations or views expressed in this research report.

## Non-US Research Analyst Disclosure

The research analysts at Exane SA (including its branches in the United Kingdom, the European Economic Area or Switzerland) named below were involved in preparing this research report. They are not associated persons of BNP Paribas Securities Corp. and thus they are not registered or qualified in the U.S. as research analysts with the Financial Industry Regulatory Authority (FINRA) or the New York Stock Exchange (NYSE). These non-U.S. analysts are not subject to FINRA Rule 2241 concerning communications with a subject company, public appearances and trading securities held by a research analyst account.

None

## BNP Paribas SA and Exane SA Affiliates Involved in Preparation of the Research Report

Exane SA is authorised by the Autorité de contrôle prudentiel et de résolution ("ACPR") and regulated by the Autorité des Marchés Financiers ("AMF") in France.

Exane SA branches based in the European Economic Area are authorized by the ACPR and regulated by the local relevant regulator.

Exane SA Geneva Branch is authorized and regulated by the Swiss Financial Market Supervisory Authority ("FINMA")

Exane SA, London Branch is deemed authorised and regulated by the Financial Conduct Authority. Details of the Financial Services Contracts Regime, which allows EEA-based firms to operate in the UK for a limited period to carry on activities which are necessary for the performance of pre-existing contracts, are available on the Financial Conduct Authority's website.

BNP Paribas Securities Corp. is regulated by FINRA (CRD# 15794) and the Securities and Exchange Commission in the United States.

## Research Analyst Compensation

The research analyst(s) responsible for the preparation of this report receive(s) compensation based upon various factors including overall firm revenues, which may include investment banking activities and/or sales and trading activities.

## Research Analyst-Specific Disclosures

The research analyst(s) responsible for the preparation of this report (or members of their household) may have a relationship with the companies covered by this research report, as described in the numbered disclosures below. The table immediately below indicates which, if any, of these disclosures apply to the research analyst(s) responsible for preparation of this research report.

| Research Analyst(s) | Companies | Disclosures |
|---|---|---|
| NONE | | |

1 – The research analyst(s) responsible for the preparation of this report or a member of his/her household has/have a financial interest in the securities of the subject company/ies, as indicated in the previous table.

2 – The research analyst(s) responsible for the preparation of this report or a member of his/her household serve(s) as an officer, director or advisory board member of the subject company/ies indicated in the previous table.

3 – The research analyst(s) responsible for the preparation of this report received compensation from the subject company/ies indicated in the previous table in the past twelve months.

## Exane-Specific Regulatory Disclosures

Exane SA (including Exane SA branches, based in the United Kingdom, in the European Economic Area and in Switzerland), (collectively, "Exane") has relationships with many companies. The numbered disclosures below identify relationships that Exane has with the company(ies) that are the subject of this research report and that must be disclosed under applicable rules.

| Companies | Disclosures |
|---|---|
| NONE | |

1 – Exane beneficially owns 1% or more of a class of common equity securities of the subject company/ies.

2 – Exane managed or co-managed an offering of securities for the subject company/ies in the past 12 months.

3 – Exane received compensation for investment banking services from the subject company/ies in the past 12 months.

4 – Exane expects to receive or intends to seek compensation for investment banking services from the subject company/ies in the next 3 months.

5 – Exane is a market maker and/or liquidity provider in the securities of the subject company/ies.

6 – Exane, received compensation for products and services other than investment banking services from the subject company/ies in the past 12 months.

7 – Exane had an investment banking, client relationship with the subject company/ies in the last 12 months.

8 – Exane had a non-investment banking securities services, client relationship with the subject company/ies in the last 12 months.

9 – Exane had a non-securities services, client relationship with the subject company/ies in the last 12 months.

10 – Exane beneficially owns at least 0.5% long or short position of the subject company/ies.

11 – Exane received compensation from a Private Equity firm to carry out a bespoke work related to the subject company/ies in the past 12 months.

12 – Sections of this report, with the research summary, target price and rating removed, have been presented to the subject company/ies prior to its distribution, for the sole purpose of verifying the accuracy of factual statements.

13 – Following the presentation of sections of this report to this subject company, some conclusions were amended.

14 – A member for Exane senior management is a member of the Board of the issuer.

For the exclusive use of Miles DEAN at SEAGATE TECHNOLOGY (26-Oct-2022)

Seagate_000262800

**BNP Paribas-related disclosures**

BNP Paribas SA (including BNP Paribas SA branches and affiliates and BNP Paribas Securities Corp.), (collectively, "BNPP") has relationships with many companies. The numbered disclosures below identify relationships that BNPP has with the company(ies) that are the subject of this research report and that must be disclosed under applicable rules.

| Companies | Disclosures |
|---|---|
| Seagate Technology | 6; 8; 9 |

1 – BNPP beneficially owns 1% or more of a class of common equity securities of the subject company/ies.

2 – BNPP managed or co-managed an offering of securities for the subject company/ies in the past 12 months.

3 – BNPP received compensation for investment banking services from the subject company/ies in the past 12 months.

4 – BNPP expects to receive or intends to seek compensation for investment banking services from the subject company/ies in the next 3 months.

5 – BNPP is a market maker and/or liquidity provider in the securities of the subject company/ies.  BNPP is willing to sell to and/or buy from clients, the common equity of the subject company/ies on a principal basis.

6 – BNPP, received compensation for products and services other than investment banking services from the subject company/ies in the past 12 months.

7 – BNP Paribas Securities Corp. had an investment banking, client relationship with the subject company/ies in the last 12 months.

8 – BNP Paribas Securities Corp. had a non-investment banking securities services, client relationship with the subject company/ies in the last 12 months.

9 – BNP Paribas Securities Corp. had a non-securities services, client relationship with the subject company/ies in the last 12 months.

10 – BNPP beneficially owns at least 0.5% long or short position of the subject company/ies.

11 – BNPP received compensation from a Private Equity firm to carry out a bespoke work related to the subject company/ies in the past 12 months.

12 – Sections of this report, with the research summary, target price and rating removed, have been presented to the subject company/ies prior to its distribution, for the sole purpose of verifying the accuracy of factual statements.

13 – Following the presentation of sections of this report to this subject company, some conclusions were amended.

14 – A member for BNPP senior management is a member of the Board of the issuer.

**Explanation of Research Ratings**

**Stock Rating**

Exane's Ratings are relative ratings defined against the performance of the MSCI Europe sector for European names, and the stock's MSCI USA sector for US names.

**Outperform (O/P)**: The stock is expected to outperform the stock's MSCI Europe sector for European names, and the stock's MSCI USA sector for US names over a 12-month investment horizon.

**Neutral**: The stock is expected to perform in line with the performance of the stock's MSCI Europe sector for European names, and the stock's MSCI USA sector for US names over a 12-month investment horizon.

**Underperform (U/P)**: The stock is expected to underperform the stock's MSCI Europe sector for European names, and the stock's MSCI USA sector for US names over a 12-month investment horizon.

**Under review**: The rating of the stock has been placed under review after significant news. Any possible change will be confirmed as soon as possible in the form of a new broadly disseminated report

**Restricted (RS)**: The stock is covered by BNP Paribas Exane but there is no Rating and no Target Price because Exane and/or BNPP is involved in an equity capital market transaction relating to the subject company.

**Not Rated (NR)**: The stock is covered by BNP Paribas Exane but there is no Rating and no Target Price at this time.

**Not Covered (NC)**: BNP Paribas Exane does not cover this company.

**Distribution of BNP Paribas Exane' equity recommendations**

As at 12/10/2022 BNP Paribas Exane covered 829 companies. The companies that, for regulatory reasons, are not accorded a rating by BNP Paribas Exane are excluded from these statistics. For regulatory reasons, our ratings of Outperform, Neutral and Underperform correspond respectively to Buy, Hold and Sell; the underlying signification is, however, different as our ratings are relative to the sector.

47% of the companies covered by BNP Paribas Exane were rated Outperform. During the last 12 months, Exane acted as underwriter and/or distributor for BNPP on 10% of the companies with this rating for which BNPP acted as manager or co-manager in an offering of equity securities. BNPP provided investment banking services to 64% of the companies accorded this rating*.

37% of the companies covered by BNP Paribas Exane were rated Neutral. During the last 12 months, Exane acted as underwriter and/or distributor for BNPP on 10% of the companies with this rating for which BNPP acted as manager or co-manager in an offering of equity securities. BNPP provided investment banking services to 11% of the companies accorded this rating*.

16% of the companies covered by BNP Paribas Exane were rated Underperform. During the last 12 months, Exane acted as underwriter and/or distributor for BNPP on 8% of the companies with this rating for which BNPP acted as manager or co-manager in an offering of equity securities. BNPP provided investment banking services to 62% of the companies accorded this rating*.

*Exane has implemented policies and procedures reasonably designed to ensure its operational independence from BNPP. Nevertheless, in order to maintain absolute transparency and to comply with the requirements of FINRA Rule 2241, we include in this category transactions carried out by BNPP independently from Exane.*

For the exclusive use of **Miles DEAN** at **SEAGATE TECHNOLOGY** (26-Oct-2022)

Seagate_000262801

## Price and Ratings Chart

Seagate Technology

Historical closing price & target price **(as of 26/10/2022)**



Source: BNP Paribas Exane

Historical rating & target price changes

| Date & Time of dissemination (UTC) | Rating | Target Price | Closing Price | Key changes | Report and analyst covering the stock |
|---|---|---|---|---|---|
| 26 Oct. 2022   04:68 | = | USD70.00 | USD53.68 | | IT HARDWARE: Read Throughs From SK Hynix's Outlook (H. Ackerman) |
| 17 Oct. 2022   10:12 | = | USD70.00 | USD53.08 | | SEMICONDUCTORS: Preview, a bumpy quarter ahead (K. Ackerman) |
| 17 Oct. 2022   10:07 | = | USD70.00 | USD53.08 | | SEMICONDUCTORS: Taiwan Semis: 3Q3 Results Portend A Mixed Bag (K. Ackerman) |
| 10 Oct. 2022   06:15 | = | USD70.00 | USD52.22 | | SEMICONDUCTORS: Memory Monthly: Making sense of capacity plans, ... (K. Ackerman) |
| 13 Sep. 2022   10:03 | = | USD70.00 | USD66.24 | initiation of coverage | SEAGATE TECHNOLOGY: The silver linings playbook (K. Ackerman) |

**The latest company-specific disclosures, valuation methodologies and investment case risks for all other companies covered by this document are available on** http://cube.exane.com/compliance.



For the exclusive use of **Miles DEAN** at **SEAGATE TECHNOLOGY** (26-Oct-2022)

Seagate_000262802

# SEAGATE TECHNOLOGY (Neutral)

Semiconductors | IT Hardware - USA

Price at 26 Oct. 22  /  12m Target Price
**USD53.7 / USD55 +2%**

Refinitiv / Bloomberg: STX.O / STX US

Ackerman, CFA (+1) 415 533 1893  &  Pu +(1) 774 029 6002



| Company Highlights | USDm / EURbn |
|---|---|
| Enterprise value | 14,662 / 16,091 |
| Market capitalisation | 11,327 / 11,487 |
| Free float | 11,270 / 11,429 |
| 3m average volume | 144 / 146 |

| Performance (*) | 1m | 3m | 12m |
|---|---|---|---|
| Absolute | 0% | (24%) | (33%) |
| Rel. Sector | (11%) | (17%) | 7% |
| Rel. MSCI USA | (4%) | (22%) | (20%) |

12m H/L (USD): 116  -54% / 61.6 +4%

| CAGR | 2005/2022 | 2022-2024 |
|---|---|---|
| EPS restated | (4%) | 154% |
| CFPS | 1% | 62% |

*The bulk of this page consists of a dense multi-year financial data table for Seagate Technology (PER SHARE DATA, STOCKMARKET RATIOS, ENTERPRISE VALUE, P&L HIGHLIGHTS, CASH FLOW HIGHLIGHTS, BALANCE SHEET HIGHLIGHTS and FINANCIAL RATIOS by fiscal year Jun. 12 through Jun. 25e). Individual cell values are not legibly reproducible.*

(a) Intangibles: USD1,246.00m, or USD6 per share.   (b) adjusted for capital gains/losses, exceptional restructuring charges, capitalised R&D, EBITA also adjusted for impairments and am. of intangibles from M&A
(c) after EBITA adjustments and financial result/tax adjustments   (*) in listing currency, ie th div. reinvested

Latest Model update : 26 Oct. 22

BNP Paribas Exane Research | Seagate Technology

For the exclusive use of **Miles DEAN** at **SEAGATE TECHNOLOGY** (26-Oct-2022)

26 OCTOBER 2022 | page 11

Seagate_000262803

# BNP PARIBAS
## EXANE

**LONDON**
Branch of Exane SA
10 Harewood Avenue
London NW1 6AA
UK
Tel: (+44) 207 039 9400
Fax: (+44) 207 039 9440

**PARIS**
Exane SA
6 Rue Ménars
75002 Paris
France
Tel: (+33) 1 44 95 40 00
Fax: (+33) 1 44 95 40 01

**FRANKFURT**
Branch of Exane SA
Senckenberganlage 19
80325 Frankfurt
Germany
Tel: (+49) 69 42 72 97 300
Fax: (+49) 69 42 72 97 301

**MADRID**
Branch of Exane SA
Calle Emilio Vargas, 4
28043 Madrid
Spain
Tel: (+34) 91 114 83 00
Fax: (+34) 91 114 83 01

**MILAN**
Branch of Exane SA
Diamante Tower
Piazza Lina Bo Bardi 3
20124 Milan
Italy
Tel: (+39) 02 89 63 17 13
Fax: (+39) 02 89 63 17 01

**STOCKHOLM**
Branch of Exane SA
Hovslagargatan 3
111 48 Stockholm
Sweden
Tel: (+46) 8 5663 9820
Fax: (+46) 8 5063 9751

**NEW YORK**
BNP Paribas Securities Corp.
787 Seventh Avenue
New York, NY 10017
USA
Tel: (+1) 212 841 2000

**SAN FRANCISCO**
BNP Paribas Securities Corp.
201 Mission Street
San Francisco, CA 94105
USA
Tel: (+1) 212 634 4975

*All Exane research documents are available to all clients simultaneously on the Exane website (http://cube.exane.com). Most published research is also available via third-party aggregators such as Bloomberg, Refinitiv, Factset and Capital IQ. Exane is not responsible for the redistribution of research by third-party aggregators.*

**Important notice: Please refer to our complete disclosure notice and conflict of interest policy available on http://cube.exane.com/compliance**

This research is produced by one or more of EXANE SA (including Exane SA branches, based in the United Kingdom, in the European Economic Area and in Switzerland) and BNP Paribas Securities Corp. EXANE SA is authorized by the Autorité de Contrôle Prudentiel et de Résolution ("ACPR") and regulated by the Autorité des Marchés Financiers ("AMF"). Exane SA branches based in the European Economic Area are authorized by the ACPR and regulated by the local relevant regulator. Exane SA Geneva Branch is authorized and regulated by the Swiss Financial Market Supervisory Authority ("FINMA"). Exane SA, London Branch is deemed authorised and regulated by the Financial Conduct Authority. Details of the Financial Services Contracts Regime, which allows EEA-based firms to operate in the UK for a limited period to carry on activities which are necessary for the performance of pre-existing contracts, are available on the Financial Conduct Authority's website.

BNP Paribas Securities Corp. is registered and regulated by the Financial Industry Regulatory Authority ("FINRA") and the U.S. Securities and Exchange Commission. In accordance with the requirements of Financial Conduct Authority COBS 12.2.3R and associated guidance, of article 313-20 of the AMF Règlement Général, and of FINRA Rule 2241, Exane's policy for managing conflicts of interest in relation to investment research is published on Exane's web site (cube.exane.com). Exane also follows the guidelines described in the code of conduct of the Association Française des Entreprises d'Investissement ("AFEI") on managing conflicts of interest in the field of investment research. This code of conduct is available on Exane's web site (http://cube.exane.com).

This research is solely for the private information of the recipients. All information contained in this research report has been compiled from sources believed to be reliable. However, no representation or warranty, express or implied, is made with respect to the completeness or accuracy of its contents, and it is not to be relied upon as such. Opinions contained in this research report represent BNPP's and/or Exane's current opinions on the date of the report only. BNPP and/or Exane are not soliciting an action based upon it, and under no circumstances is it to be used or considered as an offer to sell, or a solicitation of any offer to buy.

While BNPP and/or Exane endeavour to update its research reports from time to time, there may be legal and/or other reasons why BNPP and/or Exane cannot do so and, accordingly, BNPP and/or Exane disclaim any obligation to do so.

This report is provided solely for the information of professional investors who are expected to make their own investment decisions without undue reliance on this report and BNPP and/or Exane accept no liability whatsoever for any direct or consequential loss arising from any use of this report or its contents.

This report may not be reproduced, distributed or published by any recipient for any purpose. Any United States person wishing to obtain further information or to effect a transaction in any security discussed in this report should do so only through BNP Paribas Securities Corp., which has distributed this report in the United States and, subject to the above, accepts responsibility for its contents.

BNPP has acquired VERNER INVESTISSEMENTS, the parent company of Exane. VERNER INVESTISSEMENTS is wholly owned and controlled by BNPP, which holds 100% of the share capital and voting rights of VERNER INVESTISSEMENTS.

For the exclusive use of **Miles DEAN** at **SEAGATE TECHNOLOGY** (26-Oct-2022)

Seagate_000262804