# Exhibit P

This report is prepared solely for the use of Jo Lau

# EVERCORE ISI

## Technology | Semiconductors and Semiconductor Equipment

**January 22, 2022**

**C.J. Muse**
212-653-9025
CJ.muse@evercoreisi.com

**Matthew Prisco**
212-653-9049
matthew.prisco@evercoreisi.com

## Upcoming Potential Catalysts

### Covered Company Events

TXN Earnings – Tuesday 415pm

STX Earnings – Wednesday 430pm
INTC Earnings – Wednesday 500pm
LRCX Earnings – Wednesday 500pm
MTSI Earnings – Thursday 830am
TER Earnings – Thursday 830am

WDC Earnings – Thursday 430pm
KLAC Earnings – Thursday 500pm

### Other Events

TEL Earnings – Wednesday 830am
AVT Earnings – Wednesday 430pm
WOLF Earnings – Wednesday 500pm
Samsung Earnings – Wednesday 800pm
Advantest Earnings – Thursday 130am
MediaTek Earnings – Thursday 200am
STM Earnings – Thursday 330am
SIMO Earnings – Thursday 800am
MKSI Earnings – Thursday 830am
AAPL Earnings – Thursday 500pm
Hynix Earnings – Thursday 700pm

## Top Ideas

Semis...

NVDA – Ampere cycle, approaching DL platform tipping point
AVGO – Solid end-market exposure and defensibility
MRVL – 5G, Cloud, Auto content gains/ramps
MU – Improving memory dynamics into CY22

Semi Equipment...

ASML – EUV story into 2022 and beyond
AMAT – Numbers moving higher
LRCX – Better memory WFE in CY22 and positive revisions
TER – Strong SOC Test into CY21 with LT sustainability

# Weekly Muse-ings: A Look at Second Week of Earnings (TXN, INTC, LRCX, STX, TER, MTSI, WDC, and KLAC)

It was a very painful week for Semi stocks, with the SOX -10% vs. the S&P 500 at -6%. It was a broad based selloff as investors clearly were taking down gross positions. We continue to highlight the cyclical vs. secular debate will obviously continue which means we continue to favor idiosyncratic stories as well as those levered to favorable end markets with long lead times and lean inventories as well as more defensive names. Our Top Picks remain NVDA, MRVL, MU, & AVGO in Semis, and ASML, AMAT, LRCX, and TER in Semi Equipment. But to be clear – with SOX now down double digits YTD, we think bias is higher this week helped by positive estimate revisions.

**Potential Catalysts:** Covered companies reporting include TXN, INTC, LRCX, STX, TER, MTSI, WDC, and KLAC. Other key reports include Samsung, Hynix, MKSI, Advantest, MTEK, STM, and SIMO.

**TXN – Still Sub Seasonal, But Likely Better than Consensus:** While we expect mgmt. to be conservative, consensus already reflects this – cons EPS should move higher. However, GM and FCF margin concerns into Capital Markets Day suggest relative underperformance to peers. We continue to prefer ADI and NXPI in Analog complex.

**INTC – DCG/PC Strength to Lift Estimates, All Eyes on AD:** While consensus ests should move higher on sustained strength in DCG and better than feared PCs, focus remains on the 2/17 Analyst Day with clear focus on LT revenue growth, Sapphire Rapids/7nm, and target model given rising capex and uncertainty around gov't subsidies. With turnaround still highly uncertain, we remain solidly on the sidelines.

**LRCX – Supply Chain Only Uncertainty, Otherwise Positive Report:** Our only worry is Omicron spike and impact to getting shipments out the door. Otherwise, trends remain intact – Semi Cap is sold out for all of 2022 and with revs/GMs expected to tick higher every Q, LRCX is a clear name to own. Remains a TOP PICK.

**STX – Relatively Balanced with Modest GM Worries:** STX's multiple is arguably conservative given excellent leverage to cloud. But with vision for GM's to modestly disappoint, we see risk/reward as balanced.

**TER – Solid Beat and Raise on Above Seasonal Trends:** We look for a solid beat and raise considering well-above seasonal trends for Semi test as well as ongoing recovery in IA. Only worry, another conservative target model from a typically conservative mgmt. If right, we think any weakness will get bought. TER remains a TOP PICK.

**MTSI – Just Another Beat and Raise Coming:** Amidst ongoing supply constraints and leverage to the right end mkts (DC/ Networking/ Industrial), look for another modest beat and raise. We continue to see fair value of at least $85 - bias clearly higher for shares as -17% YTD.

**WDC – Xi'an Lockdown a Clear Positive for 1Q22 Outlook:** Early December, we would have thought March Q consensus was too high. But given Xi'an lockdown and impact to NAND ASP's, we see guide very close to consensus – a clear positive. With NAND asset valued at a negative level, bias remains clearly higher for shares.

**KLAC – Expect Positive 2HCY22 Outlook Supported by Intel:** With less supply chain concerns and a vision for Intel to enable 2HCY22 revs to be higher than 1HCY22, KLAC is probably the cleanest SPE name to own this earnings cycle. We continue to see upside to at least $455.

**Please see the analyst certification and important disclosures on page 44 of this report**. Evercore ISI and affiliates do and seek to do business with companies covered in its research reports. Investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
© 2022. Evercore Group L.L.C. All rights reserved.

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

# TXN Reports Tuesday, January 25th – Expect at Least Modest Upside to Conservative Setup, with All Eyes on Rising Capital Intensity and Gross Margin Headwinds

Following the company's relatively conservative guide three months ago, we look for TXN to offer at least a modest beat and raise as it rides an ongoing wave of structurally higher demand across its broad array of industry verticals and benefits from a low bar set in October. We expect management will once again offer limited commentary on the broader cycle, with more emphasis on TXN's largely stable lead times and below-target DOI levels. However, we will be on the lookout for any commentary regarding order patterns and customer inventory dynamics following a September Q in which TXN cited increasing selectivity from customers on order expedites, suggestive of a potential inventory digestion phase on TXN's more readily available components as customers prioritize matched set completion. This appears to have been a TXN-specific issue last quarter, with analog peers posting generally solid results and guides. We believe expectations for TXN have largely been reset, creating room for upside to December and March quarter consensus estimates. As for other important areas of focus, investors will be closely watching the company's share repurchase activity following notably muted buybacks over the last 5 quarters (TTM capital returns as a % of FCF remain well below target). Once again, we highlight the slow-down in repurchases as likely indicative of the company view on intrinsic value as opposed to raising cash for M&A. We note that TXN will host a Capital Management update call on February 3rd, where much attention will be on planned capex increases – and potential margin implications related to higher depreciation expense – as the company ramps new internal fabs in the coming years.  Look for key commentary regarding its capex and repurchase plans to likely be saved for this Capital Management call. Overall, while near-term consensus numbers are expected to move modestly higher on earnings, given peak-cycle concerns and a multitude of idiosyncratic moving parts, we continue to see better upside elsewhere today. We reiterate our In Line rating and $210 price target.

### Look for December Q Results Near the High-End of Ostensibly Conservative Guide

- We look for TXN to post **December Q revenues** of $4.50B (-3% Q/Q, +10% Y/Y), ahead of consensus of $4.40B and near the high-end of the company's guided range of $4.22B-$4.58B.

  - Recall TXN's September Q revenue of $4.64B missed consensus ($4.66B) for the first time since 3Q19, though modestly above the guidance midpoint of $4.58B. Particularly following this miss, we believe management is maintaining a conservative approach to guidance amid a still-uncertain supply chain backdrop, and we see room for upside to the company's December Q guide of down 5% Q/Q at midpoint given still-robust demand across most of TXN's end markets as well as a lower September Q base compare. For context, TXN's 4Q revenues are typically down HSD% Q/Q, though we believe supply-demand imbalances render seasonality trends largely meaningless at this juncture.

  - We look for **Analog** revenues of $3.54B+ (flat Q/Q, +13% Y/Y, consensus $3.53B)

  - We look for **Embedded** revenues of $740M+ (flat Q/Q, +3% Y/Y, consensus $710M)

  - We look for **Other** revenue of $220M (-38% Q/Q, -4% Y/Y, consensus $245M)

- We expect **cycle commentary** to remain limited, with TXN's lead times having largely remained normal across most products, aside from some sporadic "hot spots" where lead times have stretched. However, we expect TXN's comments on orders and customer inventory to be under close scrutiny after an outlier report last quarter relative to analog peers, in which TXN cited increasing selectivity from customers on order expedites – suggestive of a potential inventory digestion phase as customers focus on completing matched sets.

- We see **Gross Margins** tracking towards 67.0% (consensus 66.9%), down 90 bps Q/Q but up 210bps y/y on mix and pricing tailwinds

2

Seagate_000252131

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

- We see **Operating Expenses** tracking towards $800M (consensus $803M), flat Q/Q and representing ~18% Opex intensity

- We model **interest expense** of $25M and a **tax rate** of 14%

- We see **share count** tracking up ~100K Q/Q as repurchase activity remains muted

- Net-net, we see **GAAP EPS** tracking to ~$1.93, in line with consensus and versus the guided range of $1.83-$2.07 ($1.95 mpt). We note that underutilization charges from the closing of the Lehi fab acquisition are not considered in this guidance due to limited time between deal close and TXN's report – we believe that this will likely be an $0.08 impact to EPS, leading the midpoint of guide tracking closer to a $1.87 (which is reflected in our model).

**Figure 1: TXN December Q Results Preview**

| | | | DECEMBER QUARTER RESULTS | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | EVR ISI | Consensus | Management Guide | Prior Q (Sept 21) | Prior Y (Dec 20) | Comments |
| Revenues | $4,400M | $4,403M | $4.22B-$4.58B | $4,643M | $4,076M | |
| Q/Q | -5.2% | -5.2% | -5.2% | 1.4% | 6.8% | |
| GMs | 67.0% | 66.9% | | 67.9% | 64.9% | |
| Opex | $800M | $803M | | $800M | $786M | |
| OM | 49% | 49% | | 51% | 46% | |
| Other Exp | -$25M | -$18M | | -$30M | $114M | |
| Tax Rate | 14% | | Annual tax rate ~14% | 14% | 10% | |
| GAAP EPS | $1.87 | $1.93 | $1.83-2.07 ($1.95 mpt) | $2.07 | $1.80 | |
| Non-GAAP EPS | $1.95 | $1.96 | | $2.12 | $1.89 | |
| Share Count | 936 | | | 936 | 932 | |
| | | | | | | |
| Revenues: | | | | | | |
| Analog | $3,510M | $3,530M | | $3,548M | $3,127M | |
| Embedded | $720M | $710M | | $738M | $720M | |
| Other | $170M | $245M | | $357M | $229M | |
| | | | | | | |
| OM's: | | | | | | |
| Analog | | | | 53% | 48% | |
| Embedded | | | | 38% | 35% | |
| Other | | | | 43% | 22% | |

Source: Company Data, Evercore ISI Research

**March Q Guide Likely Roughly Seasonal Amid Still-Strong Demand, Gradual Supply Chain Constraint Improvements**

- We look for TXN to guide **March Q revenues** of at least $4.4B at the midpoint, roughly in line with, to slightly ahead of, typical seasonality of down LSD sequentially in 1Q and above consensus of $4.37B. We expect implied guidance to suggest roughly flattish Q/Q trends from the combined Analog/Embedded business (solid demand trends offset by ongoing but gradually improving industry-wide capacity limitations), with the Other business down HSD Q/Q, roughly in line with typical seasonality.

- We expect implied **Gross Margins** to be ~67.0% (consensus 66.2%), flat Q/Q

- We expect implied **Operating Expenses** to be ~$820M (consensus $818M)

- We look for **interest expense** of $25M and a **tax rate** of 14% – similar to the prior Q

- We expect **share count** to decline ~1.3M Q/Q, though visibility into the company's near term share repurchase plans remains limited (more on this below)

- Net-net, we expect GAAP **EPS** to be guided to a midpoint of ~$1.88, slightly ahead of consensus of $1.87

Seagate_000252132

EVERCORE ISI

This report is prepared solely for the use of Jo Lau

**Figure 2: TXN March Q Guide Preview**

| | Management Guide | EVR ISI | MARCH QUARTER GUIDE Consensus | Prior Q (Dec 21) | Prior Y (Mar 21) | Comments |
|---|---|---|---|---|---|---|
| Revenues | | $4,578M | $4,371M | $4,400M | $4,289M | |
| Q/Q | | 4.0% | -0.7% | -5.2% | 5.2% | |
| GMs | | 67.0% | 66.2% | 67.0% | 65.2% | |
| Opex | | $820M | $818M | $800M | $811M | |
| OM | | 49% | 47% | 49% | 46% | |
| Other Exp | | -$25M | -$30M | -$25M | $0M | |
| Tax Rate | | 14% | | 14% | 9% | |
| GAAP EPS | | $1.96 | $1.87 | $1.87 | $1.87 | |
| Non-GAAP EPS | | $2.04 | $1.94 | $1.95 | $1.92 | |
| Share Count | | 935 | | 936 | 935 | |
| | | | | | | |
| Revenues: | | | | | | |
| Analog | | $3,542M | $3,460M | $3,510M | $3,280M | |
| Embedded | | $805M | $707M | $720M | $767M | |
| Other | | $230M | $238M | $170M | $242M | |
| | | | | | | |
| OM's: | | | | | | |
| Analog | | | | | 50% | |
| Embedded | | | | | 37% | |
| Other | | | | | 2% | |

Source: Company Data, Evercore ISI Research

**Other Key Areas of Focus:**

■ **Customer Inventory and Order Dynamics**

Per usual, we do not expect much in terms of explicit commentary on the current cycle, and note that TXN's lead times have remained largely stable aside from some sporadic "hot spots" from quarter to quarter. Instead, we will be paying close attention to any commentary regarding customer inventory and order trends, particularly following a September Q in which TXN cited increasing selectivity from customers on order expedites, suggestive of a potential inventory digestion phase on TXN's more readily available components as customers focus on completing matched sets. Whether or not this was a one-off dynamic in the September Q remains a key debate heading into earnings, and is in part contingent on the pace of supply unlocking elsewhere in the supply chain. However, with still-robust demand across most end markets and verticals, coupled with what we consider to be a conservative December Q guide (particularly relative to most analog peers), we believe TXN is positioned to report at least modest upside.

■ **Supply Constraints and Pricing**

Supply chain constraints remain a central issue for the semiconductor industry, driving sustained input cost increases and stifling output. Yet, with pricing also going up, we have seen virtually zero negative impact to semiconductor company margins to date, with many investors questioning the degree to which pricing increases have been opportunistic versus margin neutral. TXN, which does ~80% of its manufacturing in-house, indicates that it is maintaining a competitive pricing approach – adjusting ASPs as competitors do, but also leveraging its internal manufacturing cost advantages. We believe this dynamic was on full display last quarter, with GMs coming in much stronger than expected (120bps above consensus) despite softness in the company's higher margin Industrial and Communications businesses. We believe pricing remains an intriguing, and perhaps underappreciated, aspect of the story with ASPs set to remain a tailwind through 2022, which should help partially offset incremental depreciation from new fab ramps in 2H22.

■ **Rising Capex and Margin Implications**

A central theme for TXN's upcoming earnings and Capital Management update calls – management's capex outlook and the potential implications for TXN's gross margin profile amid a corresponding rise in depreciation expense. TXN is ramping investments in internal manufacturing and associated assembly-test capacity via its RFAB2 and Lehi fab (LFAB) initiatives, with RFAB2 expected to come online around mid-CY22 and the company's 300mm Lehi Fab ramping ~6-months thereafter. Recall that TXN closed its acquisition of MU's 300mm Lehi Fab for $900M in October 2021, with management reiterating expectations for underutilized costs of ~$75M/Q in CY22, likely to be recognized in restructuring charges/other until production

4

Seagate_000252133

EVERCORE ISI

This report is prepared solely for the use of Jo Lau

begins in early CY23 (not considered in 4Q guide). We note RFAB2 is expected to support an additional ~$5B in annual revenue once fully ramped, and LFAB an additional $3B-$4B. We consider these investments to be in line with TXN's strategy of prudently spending on additional capacity at opportune times, and we also see an encouraging setup related to more advanced node capabilities over time for applications such as battery management and data converters. Still, we expect some GM headwinds from capex increases and an associated uptick in depreciation in 2022 and beyond, and are thus modeling incremental GMs of 70% in CY22, at the low end of management's LT outlook of 70-75%. We expect further clarity on this dynamic from TXN's upcoming events (likely more so during the Capital Management call), and also highlight that any potential benefit from government subsidies (e.g. CHIPs Act & FABs Act) remains indeterminate at this juncture.

### We Expect Some Near-Term Deviation From Long-Term Model Targets

While we do not expect to hear too much incremental information here during earnings, we see potential for a degree of near-term deviation from TXN's long-term model targets in the coming quarters. Given rising capex and depreciation, we believe TXN is likely to land at or below the low end of its ~70-75% incremental gross margin target in the near-term, despite ongoing mix and pricing tailwinds. We are also modeling TXN to remain below the low end of its long-term opex intensity range of 20-30% in 2022-2023 amid continued solid topline growth. On the working capital side, we note that DOI came in at 112 days (up 1 day Q/Q) in the September Q, well below the company target of 130-190 days. With low risk of obsolescence, management has committed to rebuilding inventory levels toward the high-end of its target range as supply permits, but we expect this will take several quarters amid persistent supply chain constraints. Looking at FCF, we believe TXN is positioned to maintain annual FCF margins within its 25-35% target range (we expect FCF margins to come in at 39% in CY21) even with a higher capex and working capital investment profile in the coming years (we think ~$3-4B capex per annum), but we expect much more color here during TXN's Capital Management update call.

### Capital Return Questions Remain Top of Mind

Looking at TTM capital return as a % of FCF, TXN sat at 58% exiting the September Q, well below the company's long-term target of 100% – the lowest level we have seen over the past 15+ years (including during the Global Financial Crisis). TXN's reduced share repurchase activity in recent quarters continues to raise questions for investors, some of whom posit that it is a reflection of management's view of TXN's intrinsic value and/or the cycle. Another possibility is that TXN is building a cash position in preparation for a planned or opportunistic M&A event, although we see this as less likely, particularly given current valuation levels and management's history of M&A discipline. We expect the topic to be front and center in the coming weeks, during both TXN's January 25th earnings call and its February 3rd Capital Management update call, and would anticipate any incremental capital return activity to be well received by the market.

### We Expect FCF to Take a Hit as Capex Ramps, but Believe TXN's FCF Margin Target Remains Achievable For CY22

There are clearly some major question marks today around capital management strategy (capex rising toward $3-4B per annum, as well as increasing depreciation and inventory investments), and around the timing of supply/demand balance and an impending channel replenishment. If we were to assume $3.0B capex in CY22, we calculate FCF of ~$6.25/share – or a FCF margin of 31%, down meaningfully from 39% in CY21 and at the lowest level since CY16. While mgmt. would describe this outlook as within the LT guided FCF margin range of 25-35%, we view this margin contraction as a major headwind for the stock and thus reiterate our In Line rating.

Seagate_000252134

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

# INTC Reports Wednesday, January 29th – Likely a Decent Report, but All Eyes on Intel's February Analyst Day

Based on an ongoing Enterprise recovery and sustainable PC demand, we expect Intel to post a modest beat and raise for revenues (4Q/1Q tracking to $36.5B vs consensus $35.9B), with more mixed results for EPS. Biggest questions into the quarter will be around supply chain dynamics, sustainability of demand trends, margin dynamics, product cycle cadence, and updates on Intel's IDM 2.0 strategy (though we expect more color here during the company's upcoming Analyst Day). We remind investors that last Q mgmt. guided revenues to $74B for 2022, and growing at a 10-12% CAGR over the next 4-5years – here we would expect mgmt. to reiterate its prior guidance, though remain highly cautious on underwriting this longer-term strong growth profile today. Mgmt. also guided for GMs to decline to the 51-53% range over the next 2-3yrs (vs 57%+ in 2020/2021) based on accelerating investments – expect this to be a key focus area for investors, with margins optically bolstered by mgmt.'s upcoming removal of SBC from non-GAAP results. Overall, we would expect next week to be a relatively solid report for the company, though we look for the company's February 17th Analyst Day to be a more meaningful catalyst for the name – where we will hear an strategic update from Pat, and likely commentary/outlook from new CFO Dave Zinsner. With too many questions still up in the air for Intel, and a very challenging road ahead as the company works to regain leadership in both manufacturing and product offerings (while also undergoing a transformation to IDM 2.0 strategy), we continue to take a wait and see approach here. We reiterate our In Line rating and $55 price target.

### December Q Likely Beats on PC Strength

- We look for Intel to post **December Q revenues** of ~$18.45B (+2% Q/Q, -8% Y/Y), slightly ahead of consensus and mgmt.'s guide of $18.3B with each group up modestly Q/Q – we note that outside of last Q, Intel posted a revenue beat in every Q since the start of 2019

  - We see **CCG revenues** tracking to ~$9.8B (+1% Q/Q, -11% Y/Y, consensus $9.6B) vs mgmt.'s guide flat Q/Q as better than expected PC demand (led by higher-end PCs) and Alder Lake ramp are offset by weaker OEM demand for lower-end offerings as limited supply is being prioritized

  - We see **DCG revenues** tracking to ~$6.7B (+3% Q/Q, +9% Y/Y, consensus $6.7B) vs mgmt.'s guide more modest growth than previously expected based on industry supply constraints and ongoing China CSP softness (INTC outsized market share here) offsetting the ongoing Enterprise recovery

  - We see **IOT revenues** tracking to ~$1.4B (+3% Q/Q, +28% Y/Y, consensus $1.4B) split between IOTG of $1.0B (+1% Q/Q, +35% Y/Y, consensus $1.0B – broad-based recovery led by industrial/retail) and Mobileye of $366M (+12% Q/Q, +10% Y/Y, consensus $355M – strong design win momentum limited by ongoing constraints)

  - We see **PSG revenues** tracking to $422M (+3% Q/Q, flat Y/Y, consensus $486M) as we believe demand continues to significantly outpace supply for FPGA's today

- We see **Gross Margins** likely tracking to 53.5% (consensus 53.5%), in line with guidance and down 430bps Q/Q due to new product ramps, factory startup charges, and a 150bps impact from government HPC contract (booking a cost today for a product which they will revenue in the future)

- We see **Operating Expenses** tracking to mgmt.'s implied guide of ~$5.5B (consensus $5.7B), up 5% Q/Q based on Intel's continued investment in its Xeon roadmap and advanced process technology

- We look for **Interest/Other Income** of $50M (including ICAP gains) and a **Tax Rate** of 13% (in line with guide)

- We look for **share count** of 4.09M – up a smidge Q/Q based on lower repurchase activity as Intel is in its investment phase

6

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

- We see **Non-GAAP EPS** tracking to ~$0.92, a touch ahead of consensus of $0.90 and mgmt.'s guide of ~$0.90

- Elsewhere, we note that INTC completed the first closing of the sale of its NAND/SSD business to Hynix during 4Q21 (press release issued on December 29th – here), resulting in a payment of $7B to INTC – another $2B is expected to be received on final closing on or after March 2025

**Figure 3: December Q Results Preview**

| DECEMBER QUARTER RESULTS | | | | | | |
|---|---|---|---|---|---|---|
| | EVR ISI | Consensus | Management Guide | Prior Q (Sept 21) | Prior Y (Dec 20) | Comments |
| Revenues | $18,300M | $18,331M | ~$18.3B | $18,087M | $19,978M | |
| Q/Q | 1% | 1% | 1.2% | -2% | 9% | |
| GMs | 53.5% | 53.5% | 53.5% | 58.1% | 58.6% | |
| Opex | $5,500M | $5,670M | | $4,756M | $4,920M | |
| OM | 23% | 22.6% | | 32% | 34% | |
| Interest/Other Exp | -$50M | | | $1,823M | $1,652M | |
| Tax | 13.0% | | 13.0% | 1.3% | 20.9% | |
| PF EPS (incl ESO) | $0.90 | $0.90 | ~$0.90 | $1.83 | $1.52 | |
| GAAP EPS | $0.86 | | ~0.78 | $1.67 | $1.42 | |
| Share Count | 4,088 | | | 4,086 | 4,119 | |
| | | | | | | |
| Revenues: | | | | | | |
| Client Computing Group | $9,669M | $9,577M | | $9,664M | $10,939M | |
| Data Center | $6,625M | $6,734M | | $6,496M | $6,088M | |
| Internet of Things Group | $1,049M | $1,037M | | $1,042M | $777M | |
| Non-Volatile Memory Solutions Group | $0M | $1,062M | | $0M | $1,208M | |
| Mobileye | $366M | $355M | | $326M | $333M | |
| Programmable Solutions Group | $422M | $486M | | $411M | $422M | |
| All Other | $169M | $114M | | $81M | $211M | |

Source: Company Data, Evercore ISI Research

**March Q Numbers Moving Higher on Sustained CCG Strength – Note Changing Non-GAAP Accounting to Provide an Optical Tailwind**

- We look for Intel to guide **March Q revenues** of ~$18.0B (-2% Q/Q, -3% Y/Y), ahead of consensus of $17.6B

  - We note that Intel will be realigning its segment reporting in 2022 to better align with business unit configuration – as we do not yet have this updated breakdown, and consensus estimates are still based on historical segmentation, we offer our thoughts on revenues by historical segmentation below

  - We expect **CCG revenues** to be guided to down slightly Q/Q, implying ~$9.5B (consensus $9.0B), based on PC strength and Tiger and Adler Lake ramps – though ongoing constraints will continue to pressure results here

  - We expect **DCG revenues** to be guided to down slightly Q/Q, implying ~$6.6B (consensus $6.4B) as broad-based cloud strength is offset by China regulation impacting spending (INTC has outsized share here), and Enterprise/Government continues the strong recovery (though weighed down by constraints) – we look for the Sapphire rapids ramp to likely be a greater tailwind for 2Q revenues

  - We see **IOT revenues** tracking up slightly Q/Q at ~$1.4B (consensus $1.5B) with IOTG benefitting from a continued recovery in industrial/retail, and Mobileye benefitting from increasing ADAS adoption (though limited by ongoing auto constraints)

  - We see **PSG revenues** tracking up LSD to MSD% Q/Q at ~$435M as FPGA demand continues to outpace supply

- **Below the line**, we remind investors that starting in 2022, Intel will be remove stock based compensation expenses from non-GAAP results (bolstering comparisons vs consensus on the margin front), and excluding gains/losses from ICAP portfolio to smooth out results

7

Seagate_000252136

EVERCORE ISI

This report is prepared solely for the use of Jo Lau

- We expect **Gross Margins** to be guided to 52.8% (consensus 52.7%), down ~100bps Q/Q after adjusting 4Q for SBC removal as Intel repositions for growth and ramps new nodes – falling at the high-end of the company's guide for GMs of 51-53% over the next 2-3yrs, and benefiting from positive PC mix shift (more enterprise, less Chromebook/consumer) and DCG strength

- We expect **Operating Expenses** to be guided to ~$5.3B (consensus $5.5B), as Intel remains in investment mode

- We look for **Interest/Other Expense** of $100M and a **Tax Rate** of 13.0%

- We look for **share count** of 4.09M (up a touch Q/Q as buyback activity is paused with Intel in an investment phase)

- We expect **Non-GAAP EPS** to be guided to ~$0.87, a smidge above consensus of $0.86

**Figure 4: March Q Guide Preview**

| | MARCH QUARTER GUIDE | | | | | |
|---|---|---|---|---|---|---|
| | Management Guide | EVR ISI | Consensus | Prior Q (Dec 21) | Prior Y (Mar 21) | Comments |
| Revenues | | $18,727M | $17,607M | $18,300M | $18,566M | |
| Q/Q | | 2% | -4% | 1% | -7% | |
| GMs | | 52.0% | 52.7% | 53.5% | 58.7% | |
| Opex | | $5,750M | $5,479M | $5,500M | $4,344M | |
| OM | | 21% | 21.6% | 23% | 35% | |
| Interest/Other Exp | | -$100M | | -$50M | $503M | |
| Tax | | 13.0% | | 13.0% | 13.6% | |
| PF EPS (incl ESO) | | $0.83 | $0.85 | $0.90 | $1.39 | |
| GAAP EPS | | $0.75 | | $0.86 | $0.82 | |
| Share Count | | 4,090 | | 4,088 | 4,096 | |
| | | | | | | |
| Revenues: | | | | | | |
| Client Computing Group | | $9,848M | $8,996M | $9,569M | $10,605M | |
| Data Center | | $6,330M | $6,390M | $6,625M | $5,564M | |
| Internet of Things Group | | $987M | $1,060M | $1,049M | $914M | |
| Non-Volatile Memory Solutions Group | | $0M | $888M | $0M | $0M | |
| Mobileye | | $455M | $429M | $365M | $377M | |
| Programmable Solutions Group | | $486M | $497M | $422M | $486M | |
| All Other | | $620M | $110M | $169M | $620M | |

*Source: Company Data, Evercore ISI Research*

## Other Key Areas of Focus on the Call

We think there are a number of key areas of focus on the call, which we walk through below…

- **All Eyes on February 17th Analyst Day and Updated to Guidance**

Last quarter, Intel postponed its Analyst Day from November to February given the retirement of the company's CFO George Davis. Given the postponement, management offered some longer-term commentary to hold investors over including: 1) Revenue forecast of $74B for CY22 (consensus $73.1B), and growing at a 10-12% CAGR over the next 4-5yrs as supply normalizes and investments play out; 2) GMs will come in at 51-53% over the next 2-3yrs due to accelerated investments (CY22 cons 56.4%), but move higher thereafter; 3) Net Capex was forecast at $25-28B in CY22, with potential for further growth in subsequent years. We expect these areas will be the particular focus areas for investors around the event, particularly gaining confidence on the 10-12% revenue CAGR (we are more in the see it to believe it camp), spending required to fund the company's manufacturing aspirations (both in returning to a leadership position and building IFS biz), impact on Gross Margins based on these dynamics (particularly after the expectations reset, how to think about expansion plans and timing), and timing/magnitude of potential government subsidies (both from FCF/GM perspective).

As for updates to the company's CY22 revenue guidance issued last quarter, given that the new CFO just getting started, we doubt the guide will be updated though would suggest bias is higher led by continued strength in PCs and Data Center (as well as helpful to GM's given mix away from Chromebook to Enterprise) – expect an update here in February.

8

Seagate_000252137

EVERCORE ISI

This report is prepared solely for the use of Jo Lau

### ▓ Process Roadmap Update with Focus on Sapphire Rapids Ramp

Intel gave an in-depth debriefing during its "Intel Accelerate" event at the end of July, outlining plans to reach parity with TSMC into 2024, and regain leadership position by 2025. Key focus from here is around the company's 10nm enhanced Sapphire Rapids (Intel previously cited 1Q22 launch, but we are hearing 3Q22 led by CSPs and Enterprise once final firmware becomes available), 7nm products (now named "Intel 4" – production 2H22, production 2023), 7nm enhanced products ("Intel 3" – manufacturing products in 2H23), and 5nm ("Intel 20A" – expected 1H24 introduction). We remind investors that volume manufacturing for 10nm has now crossed over 14nm for the company, so from here all eyes will be on the 7nm ramp (Meteor Lake for clients, Granite Rapids for Data Center).

### ▓ Updates on the Progress of the Data Center Product Roadmap

The company officially launched its 3rd Gen Xeon Ice Lake products on April 6th, and while Intel announced volume production in 1Q21, availability at some key OEMs suggest that the ramp may be rather slow with cloud CSPs clearly getting prioritization here. Also, with the product lagging AMD's new Milan product, we would expect the company will have to potentially engage in more aggressive pricing on certain key sockets in order to retain them this year (despite supply constraints being experienced by AMD). While some customer may have to adopt Ice Lake given supply needs (i.e. AMD likely cannot meet major upside for major cloud CSPs) or certain features (i.e. PCIe 4.0), we expect the product cycle will be more muted given the expectation for a significant performance jump in Sapphire Rapids which should launch in 3Q22 and has the better opportunity to drive a strong adoption cycle. Outside of this, we would also highlight it appears that key cloud customers are continuing to be more aggressive in their exploration of internal silicon – with Google building out a team for SoCs, AMZN continuing to ramp Graviton into the back-half, and MRVL commentary on recent earnings calls suggesting that it could be making traction with MSFT (as well as potentially GOOG on the semi-custom side of things).

### ▓ CCG Sustainability in Focus into 2022 – Along with Ongoing Constraints

In CCG, demand trends remain strong in PC as high-end and commercial offerings offset consumer weakness – with the big question around constraint impacts and the sustainability of PC strength in 2022. On the supply constraint front, we expect mgmt. to highlight limited change vs last Q, with demand continuing to outpace supply and gradual improvements expected through the year. Regarding sustainability, INTC guided for PC growth once again in 2022 (off a high base) based on tailwinds from Windows 11, hybrid work models, larger installed base, and new platforms driving increasing PC density, shorter replacement cycles, and new market penetration. While we are not yet ready to underwrite another year of growth off a ~350M unit base in 2021 (+15% Y/Y), we do believe that these dynamics will drive some level of market sustainability. That said, we expect that the positive benefits of this will be somewhat offset by a) increasing competition from AMD with its Zen 3 product offerings across mobile and desktop, b) Apple's insourcing of processors for Macs and c) ongoing supply constraints. So overall, we continue to see strength in the PC market, though Intel clearly facing some challenges from here limiting upside. As such, we look for CCG revenues to decline MSD% Y/Y in 2020 vs consensus of -8% Y/Y. Elsewhere we look for mgmt. to highlight its new Alder lake offerings (first mobile products hitting the market next month) and potentially update investors on its Arc GPU where products are expected to begin hitting the market in 1Q22 (though a more meaningful update is likely to be reserved for February).

### ▓ DCG Revenues Growing MSD% Y/Y in 2022, though Key Focus on Competition

In DCG, we see revenues tracking to ~$26.6B (+6 Y/Y), in line with consensus as the Enterprise/Government recovery continues, and CSP spending remains strong. We note that in 2021 Intel's Data Center business was negatively impacted by China regulation (an area where INTC has outsized share), but this headwind is expected to abate in 2022. As for risks, first and foremost is around increasing competition from AMD and ARM based solutions – both in taking share and pressuring profitability through more aggressive pricing action. We would also highlight other key areas of focus including the shifting BoM towards acceleration and INTC's ability to execute towards its product roadmap (starting with Sapphire rapids launch in 1Q and ramp in 2Q). Elsewhere, for Communications SPs we see 5G build-outs continuing to benefit server roll-outs as well as Intel's 10nm Snow Ridge product ramping at NOK, ERIC and ZTE

9

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

given the long ramp cycle. But overall, clear focus for CY22 will be around the competitive landscape for Intel.

### ▓ GM Levers into 2022 and Beyond

Last Q management guided Gross Margins to decline to the 51-53% range for the next 2-3yrs (vs 57%+ in 2020/2021) based on accelerated investments to compress new node introductions, with plans to introduce 5 new nodes in the next 4yrs. Mgmt. highlighted expectations for GMs to increase thereafter based on lower startup costs and improved competitive positioning. This will be a hotly debated topic, with primary questions around the impact from growing depreciation and ability for management to increase this range over time – along with the time it will take for expansion to begin. We would also highlight increasing competition as another potential headwind for GMs, particularly given Intel's stance on aggressive share defense. While we do not expect to hear any major update on Intel's earnings call next week, look for this to be a key focus area at the company's upcoming Analyst Day.

### ▓ Opex Moving Higher on Accelerating Investments

While Intel has been successful in moderating its Opex in recent years as it faced manufacturing delays, we note that a portion of this reduction has been driven by a reduction in advertising (+direct market costs) that have come down from $1.8B in 2016 to $832M in 2019, a level where the company would be hesitant to cut further especially with AMD increasing spend in this area (accompanied by better products). More importantly, we note that the outsourcing Intel has planned will require duplicative design teams assuming Intel wants to have the option to either outsource or internalize production for upcoming products (similar to how NVDA designs at TSMC/Samsung and then chooses) – an expense that we do not believe the company has in the past had to bear given it has never had X86 products manufactured outside of its own fabs. We would also highlight that as Intel looks to right its process cadence (targeting a new node every year or less) along with regaining process node leadership, we expect a sustainably higher level of spending.

### ▓ Changes to Reporting to Align with Semi Peers

In 2022, management will be changing its non-GAAP reporting to remove stock based compensation expense and exclude gains and losses from ICAP portfolio to better align with peer and remove one-off gains/losses. We note that this will provide a clear boost to margins, increasing 2021 Operating Margins by nearly 300bps. Intel will also be changing its segment report to realign with new business unit configuration – so look for quite a few model updates.

### ▓ Expect Strong Capex Guide to be Reiterated as Intel Looks to Expand Capacity and Work Back Toward Process Tech Leadership

Last Q mgmt. guided Capex increasing to $25-28B in 2022 from $18-19B in 2021, with potential for spending to move higher in the out years, though mgmt. was unwilling to quantify that far out today given uncertainty around CHIPS Act and government subsidy impacts – we believe this number will likely move meaningfully higher over time as the company builds out leading edge nodes for its internal efforts (already broke ground on 2 Arizona Fabs), increases investment in R&D fab Capex for 7nm/5nm (note EUV layer count increasing > 100% for 7nm), and also builds out capacity to support its IFS aspirations – a clear positive for WFE growth over time. Expect any real updates here to come at the company's Analyst Day in February, hopefully with a clearer vision to gross vs net capex spend.

### ▓ Capital Returns During Intel's Investment Phase

Intel's share repurchase activity has been paused with the company in its 2-3yr investment phase, leading to shares likely creeping higher through the year on grants (last Q share increased 2M on zero repurchase activity). As for the dividend, mgmt. has previously reiterated its commitment to growing the dividend over time – we expect this strategy to be reiterated on the earnings call, though note potential concerns around FCF within this backdrop, particularly if government subsidies are delayed.

Seagate_000252139

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

# LRCX Reports Wednesday, January 26th – We Expect In Line to Modest Beat/Raise Report, With Ongoing Supply Constraint Headwinds; But Revenues/GM's Accelerating Higher into 2H22 and All of 2023 Should be the Focus

We look for an in line to modestly better report from Lam this earnings season despite supply constraints continuing to limit upside to the company's tool shipments (lead times now at 9-10mos). Given our estimate for Lam's tool revenues to grow +41% in CY21, we see another year of share gains for Lam – a nice positive considering the outsized growth in Foundry/Logic this year relative to Memory. Looking ahead, previously mgmt. had outlined its vision for CY22 to be another year of growth. As such, we look for Lam to guide WFE to mid-$90B – below our modeled $100B, but likely conservative in the face of industry-wide supply constraints and potential COVID headwinds. By segment, we see Foundry/Logic spend outgrowing Memory, which could again be perceived as a headwind to Lam's share of wallet. However, helped by share gains at TSMC and Intel, exposure to lagging edge node transitions, and share gains in NAND as well – we think Lam's WFE share can remain at least flat into CY22. Elsewhere, we expect GM expansion to be relatively muted in 1H22. But as supply shortages continue to ease through the year and Lam's Malaysia factory continues to ramp, we see gross margins moving nicely higher in 2H22/2023, leading to another year of margin expansion. Add it up and we see CY22 EPS tracking to just under $38 (vs. consensus $36.66) with a stretch goal of $45 in play for CY23. At 14.5x this CY23 estimate, we reiterate our Outperform rating and Lam remains a Top Pick, with likely most upside in Semi Cap in 2022 given both the accelerating revenue and margin story (as well as best 2nd derivative story for growth in memory as part of WFE in 2023).

### In Line to Modest December Q Beat On Better Tool and CSBG Revenues, Coupled With Ongoing Supply Chain Headwinds Exacerbated By Omicron

- We look for **December Q revenues** to track towards $4.45B (+3% Q/Q, +29% Y/Y), slightly above our modeled/consensus $4.40B/$4.41B and the guided midpoint of $4.4B +/- $250M (note Lam maintained its wider guidance range due to ongoing supply chain challenges)

  - We see **Tool revenues** of $3.03B, up 3% Q/Q from $2.93B in the prior Q. By mix, we see **DRAM** revenues of $575M (19% of mix; vs. $556M in prior Q), **NAND** revenues of $1.27B (42% of mix; vs. $1.32B in prior Q), and **Foundry/Logic** revenues of $1.18B (39% of mix; vs. $1.05B in prior Q)

    - Our estimates imply tool revenue growth of +41% in CY21 – slightly outpacing overall WFE spend that is tracking up ~40%

  - We see **CSBG** revenues of $1.43B, up 3% Q/Q from $1.38B in the prior Q. We expect strength to be driven by Reliant (lagging edge demand) as well as pull for productivity upgrades, spares, and other advanced service offerings

- Below the line, we model **GMs** flat Q/Q at 46.0%, in-line with mgmt.'s guided midpoint of 46.0% +/- 1% and above consensus of 45.9%, where we see limited upside as supply constraints continue (related to elevated freight/logistic costs and chip shortages) and the ramp of the company's new Malaysia factory remains margin dilutive for the time being

- We see **Opex** tracking up +4% Q/Q to $610M (vs. consensus $610M and guidance of $615M), implying **OMs** of 32.3% – towards the high-end of the guided 31%-33% range

- Elsewhere, we see **Interest/Other Expense** of $45M, a **tax rate** of 12%, and 141.8M **shares outstanding** – down 0.8M Q/Q and below guidance of 142M as Lam continues its ASR program

- We look for Lam to report **EPS** around $8.65, above our modeled/consensus $8.45/$8.51 and closer to the high-end of the guided range of $7.95-$8.95

  - We note in its prior earnings report, mgmt. highlighted the potential gain from a private equity investment – though this was not included in guidance. The company said the gain was valued at ~$50M (this may have fluctuated with the market since then). If we include this potential $50M gain, Lam's EPS is likely to track closer to $9.00

11

Seagate_000252140

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

**Figure 5: LRCX December Q Results Preview**

| DECEMBER QUARTER RESULTS | | | | | | |
|---|---|---|---|---|---|---|
| | EVR ISI | Consensus | Mgmt Guide | Prior Q (Sep 21) | Prior Y (Dec 20) | Comments |
| Revenues | $4,400M | $4,413M | $4.4B +/- $250M | $4,304M | $3,456M | |
| Q/Q | 2.2% | 2.5% | 2.2% | 4% | 8.8% | |
| GMs | 46.0% | 45.9% | 46.0% +/- 1% | 46.0% | 46.6% | |
| Opex | $615M | $610M | ~$615M | $586M | $563M | |
| OM | 32.0% | 32.1% | 32.0% +/- 1% | 32% | 30.3% | |
| Tax Rate | 12.0% | - | Low Teens for CY21 | 12.2% | 11.5% | |
| Non-GAAP EPS | $8.45 | $8.51 | $8.45 +/- $0.50 | $8.36 | $6.03 | |
| Share Count | 142.0 | - | 142.0 | 142.6 | 145.9 | |

*Source: Company Data, Evercore ISI Research*

### We See Roughly In Line March Q, With Persistent Supply Chain Constraints Limiting Upside from Elevated Industry Demand

- We look for Lam to guide **March Q revenues** to a midpoint of $4.50B (+1% Q/Q, +17% Y/Y), above our modeled/consensus of $4.45B/$4.50B

  - We see **Tool revenues** up +1% Q/Q to $3.05B as the broader WFE industry environment remains robust, supported by sustainable end-market demand, rising capital intensity, new device architectures, and continued lagging edge expansion

  - We see **CSBG revenues** up +2% Q/Q to ~$1.45B – up again sequentially and led by strong demand from the lagging edge (Reliant) as well as continued strength in upgrades and service/spares

- We look for Lam to guide **GMs** flat Q/Q to a midpoint of 46.0% (vs. our modeled/consensus 46.0%/45.9%), where we expect little change with regard to the two key headwinds facing margins – supply constraints (mgmt. has said best case scenario these ease during 1H22) and the ramp of Malaysia (not expected to be margin accretive until 2H22). We also do not rule out the possibility of COVID costs continuing to be a headwind for GMs.

- We see **Opex** guided higher to $640M (+5% Q/Q), implying **OMs** of 31.8%

- Elsewhere, we see **Interest/Other Expense** of $35M, a **tax rate** of 12%, and **shares outstanding** of 140.8M (down 1.0M Q/Q)

- We look for Lam to guide **EPS** to a midpoint of $8.72 – roughly in line with consensus and above our modeled $8.54

**Figure 6: LRCX March Q Guide Preview**

| MARCH QUARTER GUIDE | | | | | | |
|---|---|---|---|---|---|---|
| | Mgmt Guide | EVR ISI | Consensus | Prior Q (Dec 21) | Prior Y (Mar 21) | Comments |
| Revenues | | $4,450M | $4,495M | $4,400M | $3,848M | |
| Q/Q | | 1.1% | 2.2% | 2% | 11.3% | |
| GMs | | 46.0% | 45.9% | 46.0% | 46.3% | |
| Opex | | $645M | $620M | $615M | $567M | |
| OM | | 31.5% | 32.1% | 32% | 31.6% | |
| Tax Rate | | 12.0% | - | 12.0% | 7.8% | |
| Non-GAAP EPS | | $8.54 | $8.71 | $8.45 | $7.49 | |
| Share Count | | 140.8 | - | 142.0 | 144.6 | |

*Source: Company Data, Evercore ISI Research*

12

Seagate_000252141

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

**Other Key Areas of Focus on the Call**

We think there are a number of key areas of focus on the call, which we walk through below…

**Look For Lam to Initiate Guidance for CY22 WFE of at Least +12% Growth to $95B**

Based on our vision for Lam's tool revenues to grow +41% in CY21, we see a nice year of share gains for the company despite Memory WFE that is likely up +30% in CY21 – a likely reflection of Lam's exposure to leading edge transitions in Foundry/Logic as well (something that is often overlooked in our view). Turning to CY22, previously mgmt. outlined its vision for CY22 to be another year of growth. As such, we look for Lam to initiate a CY22 WFE growth outlook of at least 12% to $95B (if not higher – in step with our $100B estimate). By segment, we see Foundry/Logic spend outgrowing Memory, which could again be perceived as a headwind to Lam's share of wallet. However, helped by share gains at TSMC and Intel, exposure to leading edge node transitions, and share gains in NAND as well (due to Sense.i) – we think Lam's share can remain at least flat into CY22. And with Lam also exiting CY21 with significant unmet demand, we think the company's tool revenues are on track to grow at least to ~$12.6B.

**We Expect Another Year of DRAM and NAND WFE Growth in CY22**

Following our estimate for Memory WFE to grow +30% here in CY21 to $32.5B ($14.0B in DRAM and $18.5B in NAND), we look for another year of growth in CY22 and expect Memory WFE to increase +9% to $35.5B. Moreover, we expect growth to primarily be driven by NAND, where we see spend up +11% to $20.5B (vs. DRAM +7% to $15.0B) – an important positive for Lam given the company's greater exposure to NAND, which encompasses 45-50% of revenues (vs. ~15% from DRAM). We look for spend to be supported by elevated end-market demand (bit demand likely tracking to high-teens in DRAM and 30+% in NAND), new device interfaces such as DDR5 (which will pressure supply growth due to larger die size), and new architectures (such as 1A/1B DRAM and 176L/22XL NAND). We also highlight Lam's comments last earnings that the level of WFE investment needed to sustain the same level of NAND bit growth is higher over the next five years than the prior five years. We note Lam has previously said $14-15B in NAND WFE is required to support long-term industry bit growth of 35% in NAND – a level we are running above today, but deservedly so in our opinion due to rising capital intensity. As such, we look for Lam to benefit from another year of Memory WFE growth in CY22.

**Supply To Remain Challenged, But With Shortages Likely To Ease Throughout CY22**

The overall supply environment is likely to remain a challenge for Lam. Recall last earnings, the company's Dec Q guidance was a bit disappointing, coming in at $4.40B vs. our previewed $4.50B and likely below most buyside models as well. We believe industry supply constraints weighed on Lam's shipment outlook for the Dec Q, with shortages extending very far upstream (think the suppliers of the suppliers of Lam's suppliers) as well as stretched lead times (around 9-10mos). This time around, we expect shortages to continue to impact Lam's shipments. However, with the bar already reset last earnings, we still think a beat/raise is possible for Lam. Further out, we also expect Lam's capacity tightness to continue to ease through CY22 and particularly in 2H22, where the company's Malaysia capacity ramp will be a big help – as well as other efforts to increase capacity at Lam's facilities in Oregon, California, and Korea. In turn, we believe we are coming through the worst of the supply constraints (Dec/Mar Q shortages likely the most acute for Lam).

**We Look For Lam To Guide its CSBG Business Up Double-Digits Once Again in CY22**

We look for Lam to guide for another double-digit year of growth in its CSBG business, where we see revenues tracking to ~$6.3B (+14% Y/Y) – nicely above the company's 2023/24 target model revenue of ~$5B. We expect strength to be supported by continued lagging edge spend (benefitting the Reliant business, which is also growing faster than overall lagging edge WFE investment) and a much larger overall installed base (given the strong tool shipments in CY20/CY21). Within the installed base, we also highlight rising revenue per chamber due to premiums for advanced service, higher spare intensity on new products (particularly on etch side), and predictive type maintenance. Moreover, while utilization rates and broader industry tightness may begin to fade (from a record tight year

13

Seagate_000252142

This report is prepared solely for the use of Jo Lau

in CY21), we still expect demand for pure service upgrades, spares, and maintenance to remain solid too.

### ▧ GMs Should Start To Move Higher in 2H22 as COVID/Malaysia Headwinds Recede

Lam's GMs have been facing downward pressure from broader supply headwinds (elevated freight/logistics costs and chip shortages) and the ramp of the company's Malaysia factory (dilutive to GMs due to high fixed costs in early part of ramp). We note that excluding these factors, mgmt. would have expected its GMs to be closer to their 2023/24 target model (implied to be ~48%) – particularly given the WFE/revenue levels right now. This would imply headwinds of about ~150bps (assuming normalized run-rate is 47.5% today and 48.0% in 2023 timeframe), with 100bps from COVID cost headwinds and 50bps from the ramp of Malaysia. As such, we expect Lam's GMs to slowly move higher as both headwinds recede through CY22. Mgmt. has said under a best case scenario, elevated cost headwinds will recede in 1H22. But with ongoing COVID dynamics and new variant breakouts, we think it's likely these headwinds continue through at least 2H22. For Malaysia, Lam expects the factory to start being accretive to GMs in 2H22 and eventually be a key competitive differentiator for Lam (given lower cost structure). Add it up and we think Lam's GMs can exit CY22 around 46.5%-47.0%. And with new higher-margin product introductions such as Sense.i and Dry Resist too, we think 48.0% is an achievable level for Lam sometime in 2023.

### ▧ FCF Return Likely To Track Towards High-End of 75-100% Target Range in CY22

Lam's goal is still to return 75-100% of FCF to shareholders. We note that through the first 3Qs of CY21, Lam has already returned 119% of FCF – supported by the company's ASR program (which it started in the Sep Q). Looking ahead, with $3.0B remaining under the company's repurchase authorization, we expect buyback activity to continue. For CY22, as a whole we expect FCF return to track towards the high-end of the company's 75-100% guidance range, with key support from sustained FCF generation due to strong end-market demand. Elsewhere, we note Lam recently approved a 15% increase in its quarterly dividend payout (now $1.50 / share vs. prior $1.30).

### ▧ We See CY22/CY23 EPS Tracking to $37.89/$43.03 (vs. Consensus $36.66/$38.65)

We see CY22 revenues growing +12% to $18.8B, with Tool revenues of ~$12.6B (+12% Y/Y) and CSBG revenues of ~$6.3B (+14% Y/Y). Add in GMs of 46.4% (up ~20bps Y/Y), Opex of $2.6B (+11% Y/Y), net interest expense of $140M, a tax rate of 12.0%, and a share count of 139.3M (-3.8M Y/Y) – and we see CY22 EPS tracking to $37.89, above our modeled/consensus of $37.00/$36.66.

For CY23, we see revenues growing +6% to ~$20.1B, with Tool revenues of $13.2B (+5% Y/Y) and CSBG revenues of ~$6.9B (+10% Y/Y). Add in GMs of 47.4% (up ~100bps Y/Y), Opex of $2.7B (+5% Y/Y), net interest expense of $140M, a tax rate of 12.5%, and a share count of 135.5M (-3.8M Y/Y) – and we see CY23 EPS tracking to $43.03, above our modeled/consensus of $42.00/$38.65.

## STX Reports Wednesday, January 26th – End-Market Demand to Remain Strong Despite Rising Political and Gross Margin Headwinds

We look for Seagate to post an in line to modest beat/raise print, with largely solid HDD demand but ongoing COVID headwinds and geopolitical uncertainties. We note that Seagate does not have as big of a presence at the key Cloud customer that is weighing on WDC's respective HDD outlook and therefore expect Cloud revenues to remain strong, with the magnitude of any digestion phase in the March Q helped by a more diversified CSP customer base. On the margin front, COVID-headwinds are now expected to increase into the December Q (vs. mgmt.'s initial expectation for them to remain flat) and will likely remain elevated into the March Q as well. In turn, we look for below consensus GMs for both Qs, though we still see EPS tracking roughly in line given potential for modestly better topline and continued share repurchase tailwinds. Further out, the upcoming 20TB cycle will continue to come into focus, where we suspect Seagate has

14

EVERCORE ISI

This report is prepared solely for the use of Jo Lau

a marginal lead based on current qualification progress – though this lead is still considerably less than STX's at 16TB or WDC's at 18TB. Elsewhere, political headwinds seem to be rising spurred by the US Senate's allegation in October that Seagate continued to ship HDDs to Huawei even after the export restrictions went into effect in September 2020. Seagate has evidently since stopped shipments, though we note the potential for an eventual fine from the US government as well as increased scrutiny around shipments to Chinese surveillance customers Hikvision and Dahua (who are both on the Entity List) – so something to monitor going forward. Nonetheless, we see EPS tracking to $8.86 in CY22 (vs. consensus $8.75) and $10 in CY23 (vs. consensus $9.18). We maintain our Price Target of $110, ~11x our CY23 estimate, but acknowledge that this multiple could be considered conservative given Seagate's notable exposure to Cloud and Data Center, which should provide a nice support for shares going forward.

### December Q In Line to Modest Topline Beat On Strong Cloud Demand, VIA Seasonality

- We look for Seagate to report **total revenues** of $3.15B (+1% Q/Q, +20% Y/Y), slightly above our modeled/consensus $3.10B/$3.11B and the guided midpoint of $3.1B +/- $150M.

- We expect overall **HDD revenues** to grow +1% Q/Q to $2.89B (vs. our/consensus $2.84B/$2.80B) with units/ASPs of 28.2M/$102 (vs. consensus 27.7M/$102)

  - We see **Mass Capacity** revenues increasing +3% Q/Q to $2.09B (vs. our/consensus $2.02B/$2.03B with EBs up +3% Q/Q to 136.1EB

    - For **Nearline**, we look for strength to be supported by continued Cloud ramps and Enterprise recovery, though we note a slight headwind from non-HDD component constraints that are limiting Enterprise builds. We also believe STX has a smaller presence at the CSP customer that WDC implied was also having kitting issues

    - For **VIA**, we look for demand to continue being supported by typically strong seasonality and STX's vision for improving China inventories (mgmt. had noted that inventories were high coming out of Sep Q)

  - We see **Legacy** revenues -4% Q/Q to $800M (vs. our/consensus $813M$769M) with EBs down -1% Q/Q to 26.5EB

    - We expect weakness to be led by inventory adjustments at PC OEMs, which we believe were most pronounced during the Q

- We see **Non-HDD** revenues up +5% Q/Q to $263M (vs. our/consensus $265M/$312M), as supply constraints slightly offset typically strong seasonality from enterprise customers

- Below the line, we see **GMs (ex-SBC)** of 30.5%, below consensus of 31.1% and down ~50bps Q/Q, due mainly to higher than expected COVID headwinds related to elevated freight/logistics costs (STX had initially planned for COVID costs to be flat Q/Q)

- For **Opex (ex-SBC)**, we see expenses of $345M, at the midpoint of the guided range of $340M-350M and implying **OMs (ex-SBC)** of 19.6% – vs. consensus 19.7% and consistent with mgmt.'s guidance for margins to track near the high-end of the company's 15-20% LT target range

- Elsewhere, we see **Interest/Other Expense** of $66M, a **tax rate** of 5%, and 223.5M **shares outstanding** (STX exited the Sep Q with ~225M shares outstanding)

- We look for Seagate to report **EPS** of ~$2.35 – roughly in line with our modeled/consensus $2.35/$2.36 and the company's guided $2.35 midpoint (range $2.20-$2.50)

15

Seagate_000252144

EVERCORE ISI

This report is prepared solely for the use of Jo Lau

**Figure 7: STX December Q Results Preview**

| | Evercore ISI | Consensus | Guide | Prior Q (Sep 21) | Prior Y (Dec 20) | Comments |
|---|---|---|---|---|---|---|
| | | DECEMBER QUARTER RESULTS | | | | |
| Revenues | $3100M | $3113M | $3.1B +/- $150M | $3115M | $2623M | |
| Q/Q | -0.5% | 0.0% | -0.5% | 3.4% | 13.4% | |
| GMs | 31.2% | 31.1% | Implied 30.2% | 31.0% | 26.8% | |
| Opex | $345M | $356M | $340-350M | $339M | $319M | |
| OM | 20.1% | 19.7% | High-end of 15-20% | 19.0% | 13.5% | |
| Tax | 5.0% | | | 4.0% | 3.9% | |
| PF EPS (ex. ESO) | $2.35 | $2.36 | $2.35 +/- $0.15 | $2.21 | $1.17 | |
| Share Count | 225 | | Exited Sep Q with 225M | 231 | 251 | |
| | | | | | | |
| Mass Capacity | $2,022M | $2,033M | | $2,033M | $1,508M | |
| Legacy | $813M | $769M | | $831M | $917M | |
| Other | $265M | $312M | | $251M | $198M | |
| | | | | | | |
| Units | 27.8 | 27.7 | | 28 | 30 | |
| ASP | $102 | $102 | | $103 | $81 | |

Source: Company Data, Evercore ISI Research

### March Q In Line to Slightly Ahead on Roughly Seasonal Topline Dynamics, Continued Margin Headwinds

- We look for Seagate to guide **overall revenues** to a midpoint of $2.95B (-6% Q/Q, +8% Y/Y), slightly above our modeled/consensus of $2.91B/$2.91B

- We expect overall **HDD revenues** to fall -7% Q/Q to $2.69B (vs. our modeled/consensus $2.64B/$2.59B) with units/ASPs of 26.0M/$103 (vs. consensus 26.4M/$100)

  - We see **Mass Capacity** revenues decreasing -5% Q/Q to $1.98B (vs. our/consensus $1.96B/$1.94B with EBs up +5% Q/Q to 142.5EB

    - For **Nearline**, we expect Cloud demand to begin to soften, though we look for any digestion phase to be more muted than historical cycles due to the greater breadth of Cloud customers and misalignment in CSP investment cycles We expect Enterprise to remain solid, though supply headwinds are likely to linger

    - For **VIA**, we expect demand to be down on typically weak seasonality (STX has said it expects normal seasonality for its segments which are seasonal)

  - We see **Legacy** revenues -11% Q/Q to $711M (vs. our/consensus $687M/$656M) with EBs down -7% Q/Q to 24.5EB

    - We expect weaker seasonality in Consumer and the PC markets, though inventory adjustments at PC OEMs are likely to improve relative to the Dec Q

- We see **Non-HDD** revenues up flat Q/Q at $264M (vs. our/consensus $265M/$312M) with weaker SSD seasonality likely offset by Enterprise demand

- Below the line, we see **GMs (ex-SBC)** tracking down ~10bps Q/Q to 30.4% (vs. our/consensus 30.7%/30.8%) as COVID costs are likely to remain a headwind

- For **Opex (ex-SBC)**, we see expenses of $349M, implying **OMs (ex-SBC)** of 18.6% (vs. our/consensus 18.8%/18.5%)

- Elsewhere, we see **Interest/Other Expense** of $66M, a **tax rate** of 5%, and 221.5M **shares outstanding** (down -2M Q/Q; STX aiming for 100% FCF return in FY22)

- We look for Seagate to guide **EPS** to a midpoint of ~$2.07 – just above our modeled $2.06 and consensus of $2.06

Seagate_000252145

EVERCORE ISI

This report is prepared solely for the use of Jo Lau

**Figure 8: STX March Q Guide Preview**

| | Management Guide | Evercore ISI | Consensus | Prior Q (Dec 21) | Prior Y (Mar 21) | Comments |
|---|---|---|---|---|---|---|
| | | MARCH QUARTER GUIDE | | | | |
| Revenues | | $2908M | $2905M | $3100M | $2731M | |
| Q/Q | | -6.2% | -6.3% | -0.5% | 4.1% | |
| GMs (excl. SBC) | | 30.7% | 30.8% | 31.2% | 27.4% | |
| Opex (excl. SBC) | | $347M | $358M | $345M | $331M | |
| OM | | 18.8% | 18.5% | 20.1% | 15.4% | |
| Tax | | 5.0% | | 5.0% | 3.0% | |
| PF EPS (excl. SBC) | | $2.06 | $2.06 | $2.35 | $1.48 | |
| Share Count | | 223 | | 225 | 237 | |
| | | | | | | |
| Mass Capacity | | $1,957M | $1,937M | $2,022M | $1,620M | |
| Legacy | | $687M | $656M | $813M | $873M | |
| Other | | $265M | $312M | $265M | $238M | |
| | | | | | | |
| Units | | 25.6 | 26.4 | 28 | 28 | |
| ASP | | $103 | $100 | $102 | $90 | |

*Source: Company Data, Evercore ISI Research*

## Other Key Areas of Focus on the Call

We think there are a number of key areas of focus on the call, which we walk through below…

### ▓ FY22 Revenues Still On Track To Grow Low Double-Digits (With Risk to Upside)

At its most recent earnings, Seagate raised its guidance for FY22 revenues to now grow low double-digits (vs. prior HSD guide – nicely above the company's LT 3-6% growth rate. This earnings, we look for mgmt. to maintain its stance and reiterate its expectation for FY22 revenues to track up at least low double-digits with Seagate's outlook supported by demand across cloud (more diverse CSP base and different investment timelines will help smooth out cadence of spend), VIA (new demand applications helping moderate typically weak 1HCY seasonality), and a potential moderation in Legacy declines (though this will likely remain debated amongst investors). So while 2HFY22 will still likely be seasonally down due to the VIA and consumer-oriented markets (we see revenues down -6% H/H), we think Seagate's revenues remain in a good position to grow low double-digits (we see FY22 revenues tracking +14% vs. consensus +13%).

### ▓ We See Nearline Revenues Growing +12% to $7.62B in CY22

We see Seagate's Nearline revenues tracking +12% to $6.11B in CY21. As for CY22, we look for another solid year of growth and see revenues growing +12% once again to $7.62B. We expect strength to be supported by strong investment from hyperscale customers, with capex spend from these players potentially growing +20% in our view. We acknowledge the risk of a potential digestion period following likely 5 quarters of Q/Q Nearline revenue growth through the Dec Q and do see Nearline revenues down MSD% into the March Q. However, we then see growth resuming through the rest of CY22 with any digestion phase likely more muted relative to prior cycles due to a more diverse customer base and different cloud investment timelines. We also note that Seagate does not have a big presence at the key Cloud customer that seems to be experiencing server kitting issues, which is weighing on WDC's own Cloud outlook (given they have a big presence at the customer). On the Enterprise side, we expect investments to remain solid, though near-term growth may experience some headwinds due to non-HDD component constraints that are limiting full server builds.

### ▓ Political Headwinds Continue to Rise For Seagate

Another risk worth monitoring is Washington DC, particularly following the recent <u>report</u> from the US Senate that alleges Seagate continued to supply Huawei without a license after restrictions went into effect on September 14, 2020 – something that we believe most investors would also concur with (the Senate report cited a number of other equity research reports that implied Seagate's shipments to Huawei were common knowledge). While Seagate has since stopped shipments (something the report also acknowledges) and has

17

Seagate_000252146

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

always said they are in compliance with the applicable laws, it remains unclear as to how the company was justifying the shipments. A couple of theories include 1) Seagate was taking a more aggressive legal interpretation regarding the *de minimis* content specifications outlined under the restrictions, 2) Seagate believes the vast majority of their HDD content is non-Semi related (i.e., everything but their MRVL/AVGO controllers), or 3) the company was shipping drives from their Wuxi factory (suggesting US law was not applicable to them there). Nonetheless, Seagate has since stopped shipping though the risk remains that the US government penalizes them for taking such actions in the past – something that could take the form of a one-time fine. Moreover, Seagate's shipments to Chinese surveillance customers Hikvision/Dahua are also likely to face increased scrutiny in the future.

### ▦ We See Other Mass Capacity Revenues of $1.51B in CY22

We expect VIA/Surveillance demand to remain solid into the Dec Q for Seagate during what's typically a seasonally strong part of the year – helping drive the company's Other Mass Capacity revenues to $1.52B in CY21. For CY22, we expect demand to be down along with typical seasonal weakness during 1H22 before moving higher in 2H22 (we revenues up HSDs H/H). Add it up and we see CY22 Other Mass Capacity revenues tracking to $1.51B (down ~50bps vs. CY21 due to tough comps; CY21 revenues were up +31%). We would also highlight that despite existing seasonality, we expect seasonal demand trends to continue to be reduced in the future due to new end-demand applications outside of surveillance (such as in retail, manufacturing, healthcare, smart cities, etc.). However, we also note potential rising political risk for the segment, as HDD shipments to surveillance customers Hikvision and Dahua are likely to face increased scrutiny from US legislators. We believe that STX continues to ship to both companies despite both customers being placed on the Entity List in October 2019 (with restrictions tightened even more in June 2020). Moreover, given the recent Huawei report from the Senate, we would not be surprised if Seagate began to limit shipments to the customers.

### ▦ Secular Declines in Legacy to Continue Despite Strong Performance In CY21

We believe Legacy revenues are on track to decline -5% in CY21 as a result of strong PC demand (from WFH tailwinds) and recovering Enterprise on-prem investment for Mission Critical. And while mgmt. expects declines in Legacy end-markets to moderate in the future, we still view the segment as a secularly declining market with SSD penetration in NBs already at 80-85% (likely moving to at least 90-95%), ~50% in Desktops (HDDs should maintain longer life in DTs vs. NBs, but SSD cannibalization should still ensue), and SSD server attach rates also increasing. In turn, we look for Legacy revenues to decline -19% in CY22 and eventually gravitate to mid-teens% of the overall business mix by CY23.

### ▦ State of the Technology Roadmap – Investor Focus to Start Shifting Towards 20TB

With the 18TB ramp well underway, investor focus will begin to shift towards the next capacity point (i.e., 20TB). Here, Seagate will be introducing a 10-disk CMR drive – the same technology platform as its 18TB (albeit with an additional disk). Mgmt. has noted the heads/media for its 20TB drive are currently in high-volume manufacturing with the company now focused on getting its big customers qualified. In turn, Seagate has noted its 20TB ramp is underway with initial customer pull also quite strong, though volumes are not expected to become more meaningful until mid-CY22. Our sense is that Seagate might be a bit ahead of WDC on their 20TB ramp based on their current qualification progress – though the lead is relatively marginal. Longer-term, our concern remains that Seagate's aerial density gains from its existing CMR platform are running out of steam (at least faster than WDC's own technology roadmap). And with HAMR likely not commercially viable until 28TB+, we think Seagate's technology roadmap over the medium-term is quite uncertain – particularly for 22TB/24TB, where the company's TB/disk is capped out at 2TB and existing form factors make it difficult to add over 10 disks. As such, while the 20TB roadmap will consume much of the near-term focus, we believe the company is at risk of losing meaningful share if it cannot extend its aerial density gains to 22TB+.

Seagate_000252147

EVERCORE ISI

This report is prepared solely for the use of Jo Lau

※ **We Envision Another Year of Gross Margin Expansion for Seagate in CY22**

Despite Seagate's initial expectation for COVID-costs to remain flat Q/Q into the Dec Q, at a recent conference the company noted it now expects costs related to component shortages and freight/logistics to rise once again sequentially (was $30M in June Q, higher in Sep Q, and higher once again in Dec Q; STX stopped breaking the costs out in Sep Q). In turn, we now see Seagate's GMs (ex-SBC) coming in at 30.5% during the Dec Q (below consensus of 31.1%), implying overall CY21 GMs of 29.7% (up ~250bps Y/Y). Turning to CY22, while COVID headwinds are likely to remain, we still see another year of margin expansion due to a number of tailwinds such as: more disciplined industry capex investments (helping pricing), shift towards LTAs (helping improve visibility and S/D alignment), greater Mass Capacity mix (we see up ~500bps Y/Y in CY22), and increased shipments of cost-optimized drives. Add it up and we look for GMs to bottom in the March Q (on seasonally weaker demand and elevated COVID costs) before moving higher through the rest of the year – leading to overall CY22 GMs of 30.5% (up ~80bps Y/Y).

※ **Buybacks Remain Important EPS Lever as STX Targets 100+% FCF Return in FY22**

Seagate exited the September Q with $3.8B in outstanding repurchase authorization, which should support further buyback activity going forward. We also highlight mgmt.'s expectation to return 100+% of FCF to shareholders in FY22 – above the company's long-term FCF return objective of >70%, though this could be lumpy Q to Q given mgmt.'s "opportunistic" approach. Assuming $1.8B in FCF during FY22, 100% FCF return, and an average share price of ~$115, we think Seagate can repurchase 15M shares during FY22.

※ **We See CY22/CY23 EPS Tracking to $8.86/$10.00 (vs. Consensus $8.75/$9.18)**

We see CY22 revenues tracking up +1% to $12.15B with HDD revenues of $11.05B and Non-HDD revenues of $1.10B. Add in GMs (ex-SBC) of 30.5% (up ~80bps Y/Y), Opex (ex-SBC) of $1.41B (+4% Y/Y), Interest/Other Expense of $268M, a tax rate of 5%, and 219M shares outstanding – and we see CY22 EPS tracking to $8.86 (vs. consensus $8.75).

For CY23, we see revenues tracking +3% to $12.50B with HDD revenues of $11.27B and Non-HDD revenues of $1.23B. Add in GMs (ex-SBC) of 31.4% (up ~90bps Y/Y), Opex (ex-SBC) of $1.46B (+3% Y/Y), Interest/Other Expense of $276M, a tax rate of 5%, and 209M shares outstanding – and we see CY23 EPS tracking to $10.00 (vs. consensus $9.18).

# TER Reports Wednesday, January 26th — Numbers Moving Higher and Risk/Reward Remains Favorable, Though Potential for Conservative Updated Target Model a Risk

We look for Teradyne to post a solid beat and raise next week, with broad-based strength across the company's Core Test and Industrial Automation businesses. Key focus areas into the Q will be around investor concerns on "peaking" SOC Test in 1Q, along with TER's updated long-term guidance where we expect to hear mgmt. initiate an earnings target for CY25. To the first point, our work suggest SOC Test growth of +10% in CY22 in support of digitalization across verticals, with growth led by Compute and mobility – and visibility extending out 6-9mos based on strong demand trends. From a share perspective, we believe TER is positioned to at least maintain its share in CY22 based on Auto/Industrial strength, UltraFLEXplus success, better mobility mix, and benefit from AAPL HPC spend (though AAPL spend will clearly be a meaningful swing factor). So overall on this front, we are not concerned with the peaking debate. As for TER's CY25 forecast, we remind investors that mgmt. is historically very conservative when it comes to its LT forecast (often achieving its target 2-3yrs early). With that in mind, we expect mgmt. to initiate a CY25 earnings range of $7.00-$8.50 (vs prior CY24 model of $5.25-7.75) – though we see a clear path for CY25 earnings likely tracking closer to a range of $9-11 when all is said and done. As always with new full-year guidance, we question how the EPS range will be received (clearly disappointing last year), and if investors will be willing to look past potential disappointment due to typical conservatism (and underwrite an EPS closer to our forecast). Overall, we do expect numbers to be moving higher post earnings, and remain positive on TER's

Seagate_000252148

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

excellent exposure to a sustainably higher and secularly growing SOC Test market, and best-in-class exposure to the Industrial 4.0 revolution. As such, we continue to view TER's risk/reward as extremely attractive at current levels, and reiterate our Outperform rating and $200 price target - TER remains a TOP PICK.

### December Q Tracking Ahead of Consensus on Broad-Based Strength

▓ We view **December Q revenues** tracking to ~$885M (-7% Q/Q, 17% Y/Y), towards the high-end of the company guided range of $820-900M and above consensus of $868M

  ---- We see **Semi Test** tracking to ~$610M (-11% Q/Q, +16% Y/Y) led by strength in EGLT (continued Auto/Industrial demand) and Memory (bolstered by TER share gains)

  ---- We see **Industrial Automation** tracking to ~$105M (+15% Q/Q, +14% Y/Y) as the business benefits from ongoing economic recovery, continued labor shortages, and an expanding set of addressable applications – though component shortages will continue to limit upside

  ---- We see **LitePoint** revenues tracking to ~$45M (-35% Q/Q, +13% Y/Y) based on increasing WiFi 6 spend, WiFi 7 pre-production tooling, and UWB adoption

  ---- We see **System Test** revenues tracking to ~$125M based on better storage revenues and increasing SLT adoption

▓ We look for **Gross Margins** tracking to 60.0% (consensus 59.6%), at the high-end of the company guided range of 59-60% based on better revenues led by EGLT strength

▓ We look for **Operating Expenses** tracking to $250M (consensus $251M), a smidge below the company's implied guide at the midpoint ($254M)

▓ We look for **Other Expense** of $1M and a **tax rate** of 14.8% (in line with guide)

▓ We model **share count** of 174M, in line with mgmt.'s guide and down 2M shares Q/Q

▓ Taken together, we calculate **Non-GAAP EPS** tracking to ~$1.37+, nicely ahead of consensus of $1.29 and towards the high-end of the company guide of $1.14-1.40 – extending TER's EPS beats to every Q since April 2009

**Figure 9: TER December Q Results Preview**

| | EVR ISI | Consensus | DECEMBER QUARTER GUIDE Management Guide | Prior Q (Sep 21) | Prior Y (Dec 20) | Comments |
|---|---|---|---|---|---|---|
| Revenues | $860M | $868M | $820-900M ($860M mdpt) | $951M | $759M | |
| Q/Q | -10% | -9% | -10% | -12% | -7% | |
| GMs | 59.6% | 59.6% | 59-60% | 60.1% | 59.3% | |
| Opex | $251M | $251M | $253.7M at mdpt (28-31%) | $242M | $225M | |
| Tax Rate | 14.8% | - | 14.80% | 14.8% | 14.4% | |
| GAAP EPS | $1.23 | $1.22 | $1.08-1.33 ($1.21 mdpt) | $1.41 | $1.05 | |
| Non-GAAP EPS | $1.28 | $1.29 | $1.14-1.40 ($1.27 mdpt) | $1.59 | $1.10 | |
| Share Count | 174 | | 174 | 176 | 177 | |
| **Segments** | | | | | | |
| Semiconductor Test | $587M | | | $688M | $524M | |
| Industrial Automation | $105M | | | $91M | $92M | |
| System Test | $123M | | | $103M | $103M | |
| Wireless Test | $45M | | | $69M | $40M | |

*Source: Company Data, Evercore ISI Research*

### Numbers Moving Higher Into March, and Likely Still Leaving Upside on Broad-Based Strength

▓ As broad-based strength continues into 2022, we look for mgmt. to offer a **March Q revenue** guidance midpoint of $900M+ (+2% Q/Q, +15% Y/Y), ahead of consensus of $877M

  ---- We see **Semi Test** tracking to ~$650M (+7% Q/Q, +23% Y/Y) based on sustained Auto/Industrial strength, UltraFLEXplus adoption, mobility strength, and increasing

20

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

AAPL demand supported by testing diversification (M1 Pro/Max along with ancillary components beyond Application Processors)

----- We see **Industrial Automation** tracking to ~$95M (-10% Q/Q, +23% Y/Y), ahead of the typical seasonal decline as demand continues to outpace supply based on strong underlying automation trends

----- We see **LitePoint** tracking to ~$45M (flat Q/Q, +10% Y/Y), with strength led by better spend across WiFi 6/6e/7 and UWB

----- We see **System Test** tracking to ~$120M (-12% Y/Y), based on expanding System Level Test (SLT) and sustained strength in storage test shipments (higher density/complexity HDDs) – though down Y/Y on a tough storage comp

▓ We see **Gross Margins** tracking to 60.1% (consensus 58.8%), in line with management's guide last Q for 1H22 margins at similar levels to 2H21 (think ~60% range)

▓ We see **Operating Expenses** tracking to $250M (consensus $253M)

▓ We model **Interest Expense** of $1M and a **tax rate** of 15%

▓ We model **share count** of 173M, down 1M Q/Q

▓ We look for mgmt. to guide a **Non-GAAP EPS** midpoint of ~$1.45, ahead of consensus of $1.30

**Figure 10: TER March Q Guide Preview**

| | Management Guide | EVR ISI | Consensus | Prior Q (Dec 21) | Prior Y (Mar 21) | Comments |
|---|---|---|---|---|---|---|
| Revenues | | $910M | $877M | $860M | $782M | |
| Q/Q | | 3% | 2% | -10% | 3% | |
| GMs | | 60.1% | 58.8% | 59.6% | 59.1% | |
| Opex | | $250M | $253M | $251M | $230M | |
| Tax Rate | | 15.0% | - | 14.8% | 14.7% | |
| GAAP EPS | | $1.40 | $1.21 | $1.23 | $1.09 | |
| Non-GAAP EPS | | $1.45 | $1.30 | $1.28 | $1.11 | |
| Share Count | | 173 | | 174 | 177 | |
| | | | | | | |
| **Segments** | | | | | | |
| Semiconductor Test | | $650M | | $587M | $528M | |
| Industrial Automation | | $95M | | $105M | $77M | |
| System Test | | $120M | | $123M | $136M | |
| Wireless Test | | $45M | | $45M | $41M | |

*Source: Company Data, Evercore ISI Research*

**Other Key Areas of Focus on the Call**

We think there are a number of key areas of focus on the call, which we walk through below…

▓ **Final Shakeout of the 2021 SOC Test Market, and Outlook into 2022**

With silicon content and complexity increases continuing unabated, last quarter management guided the 2021 SOC Test market tracking to the high-end of the guided range of $4.3-4.7B. We believe that the market will likely finish at $4.7B for the year, up from $3.6B in 2020 led by strength in Mobility, Automotive, and Industrial. We expect commentary to support TER share of 48% for the year, down from 52% in 2020 given market strength in QCOM/MTK APs, x86 processors, and display drivers where TER has lower exposure. Looking to 2022, management has previously noted a "very bullish" outlook on the year, and as such we expect an initial guide of +5% Y/Y in support of the digital transformation across all verticals (combination of 5G, AI, HPC, etc., and all required infrastructure support). We also note that back-end test has yet to benefit from the strong and sustainable WFE spending uptick – likely a tailwind to SOC Test in 2022 and beyond. And when combined with digitalization trends, our work would suggest SOC Test tracking closer to +10% Y/Y when all is said and done (though not sure mgmt. will be willing to guide to this level of growth out of the gate). From a share perspective, we believe the setup is

21

EVERCORE ISI

This report is prepared solely for the use of Jo Lau

positive for TER gains through the year based on Auto/Industrial strength, UltraFLEXplus success, better mobility mix, and benefit from AAPL HPC spend.

### ▓ Moving Parts Around AAPL – We Take the "Over" Led by HPC, 5G, AR/VR

After robust AAPL spending reported in 2020 ($780M), sustainability remains a key focus for TER investors, where we look to the company's 10K to confirm spending for the year. What we believe is underappreciated here is that Apple is consistently growing its portfolio of devices and in-house silicon that needs to be tested across its product portfolio – growing from just one smartphone AP processor historically, to now half a dozen chips from smartphone peripherals, to IoT devices (i.e. new items like AAPL AirTag can drive ~$100M in test capacity per application), to the company's new M1 Mac processor. On the Mac processor we note that the company announced its new M1 Pro/Max custom silicon with 33.7B/57.0B transistors respectively – meaningfully ahead of the company's latest smartphone AP transistor count of 15.0B (A15). While we do not believe this will completely mitigate cyclical volatility here, we do think that this dynamic does support continued growth over the long-term. Moreover, we caution investors to not underestimate mobility going forward with AR/VR, Health Management, and other potential add-ons that will significantly add to the complexity of Silicon (and therefore test spending). Then add in spending for mmWave and soon 5G internal modem and we take the "over" on most people's estimates for Apple spending on Semi test.

### ▓ Share Positioning in SoC Test

Share positioning is another key focus area for the name, where we highlight CY21 tailwinds of an Auto/Industrial recovery (where TER has outsized market share through its EagleTest biz), new designs in RF (already ~60% share at QCOM through RF and PM), and serving new compute applications with the company's through the company's UtraFLEXplus system (read both AAPL as well as bespoke silicon for select hyperscale customers), more than offset by AAPL declines Y/Y (TER 100% share here) and growth in HPC spend where Advantest is better positioned (particularly NVDA/AMD). Looking longer-term, we continue to view the company as well positioned to continue its trend of 1-2pts of share gains per year based on Auto/Industrial exposure through EagleTest, and the company's successful ramp of its new UltraFLEXplus system to tap into the hyperscale world. We would also highlight a potentially meaningful opportunity for Teradyne from INTC's strategic shift to dual-source its chips. With a move to the company using more standardized design rules and IP blocks through TSMC (vs INTC's highly customized internal process), we believe that this opens a door for the inclusion of outsourcing its tester capacity. For INTC's future foundry business, we note that customers would have control over the choice of testers, but taken together these are an added revenue/share driver for TER over time (think CY23 and beyond). We would also note Micron as the other major chipmaker that builds their own test solutions – we think this could be another opportunity for both TER and Advantest as the company mulls the decision to potentially move to merchant solutions. Finally, Apple moving modem from QCOM (tested by Advantest) to internal would be a meaningful share gain potential for Teradyne. Net-net, we view the company as well positioned for continued long-term gains.

### ▓ TER to Benefit from Memory Market Sustainability + Share Gains

We believe that the Memory Test market is proving sustainable at higher levels, with broad-based trends driving SOC Test also benefitting memory. The Memory Test market is likely tracking to $1B in 2021, and to a similar level in 2022 based on strength across DRAM and NAND. Key question from here will be around TER's share opportunity as the industry transitions to LPDDR5. We remind investors that Teradyne has already secured the win with Samsung, with upside based on if they can gain share at Hynix or break into DDR5 servers ramping in 2HCY21/CY22. Elsewhere, add in continued strength in flash (seeing strength here from Samsung), and we see TER well positioned to secure a couple points of share looking into 2022.

### ▓ IA Trajectory Given Automation Inflection and Supply/Demand Imbalance

A primary area of the focus on the call will be around the pace and magnitude of recovery for the company's high-growth Industrial Automation business. This business bottomed in 2Q20,

Seagate_000252151

This report is prepared solely for the use of Jo Lau

returned to Y/Y growth in 4Q20, and was most recently guided up 30-40% in CY21 With that as a backdrop, we believe all signs are currently pointing to "go" for Automation spend today. All of the industry's secular growth underpinnings are being accelerated by COVID-19 dynamics (i.e. labor shortages, reshoring, supply chain resiliency, new applications, etc.), and with significant global stimulus being deployed through the pandemic, we are seeing businesses more flush with cash and naturally pushing to invest in automation. This should benefit the robotics market as whole, but would highlight a likely focus on the collaborative market as a better way to address the entirety of the manufacturing supply chain (from SME's to multi-nationals) in a rapid and more easily integrated fashion. As such, we expect a great amount of focus on this area as TER's IA business offers one of the best ways to play the recovery and Industrial 4.0 trend in general. Keys here will be color on the magnitude of the recovery and any change in competitive dynamics (we think TER maintains its market positioning). We would also highlight mgmt.'s commentary that they undershipped demand by 10-15% in 1H21 – adding upside to CY22 as industry supply constraints ease. See our published in depth note on this topic here.

### ▓ Other Important Revenue Drivers to Monitor – WiFi6/7, HDD, 5G/mmWave, SLT

Elsewhere, we look for mgmt. to offer updated commentary around the growth outlook across LitePoint, Storage, and System Test. For LitePoint, we would expect focus to be around industry adoption of WiFi 7, WiFi 6/6e, UWB, and 5G standards. For System Test, we look for revenues tracking to the high-end of the company's previously guided growth of +10-20% Y/Y based on expanding system level test (economics of testing at advanced nodes becoming more stressed, causing companies to supplement silicon test with system level to achieve high quality levels at a lower cost), and sustained strength in storage test shipments (higher density/complexity HDDs with strong line of sight for several years).

### ▓ Margin Trends through CY22

We look for updated commentary on GM trends into CY22, particularly thinking through the moving parts around higher volumes, more Industrial Automation, and new product ramps across applications. We currently see CY21 GMs tracking to ~59.7% (up 250bps Y/Y), and increasing to 60.0% in CY22 – here mgmt. previously noted GMs in 1H22 tracking to a similar level to 2H21 (~60.0%). And then on the Opex side, key areas of focus here will be the return of travel and trade show expenses, accelerating engineering project costs in Test/IA, and supply constraint workarounds.

### ▓ Long-Term Model to Be Updated – Think New EPS Guide ~$7.00-8.50 in CY25

Management will update its long-term outlook on the January call, likely guiding CY25 EPS to $7.00-8.50 (in line with historical norm of guiding 3yrs out) – well above the company's current CY24 model of $5.25-6.75 which TER is already achieving in CY21. We believe that this guide will too prove conservative when all is said and done (typical from the historically conservative mgmt. team), with CY25 likely tracking closer to $9.00-10.75. We expect mgmt.'s guide to imply at the midpoint Semi Test revenues growing at a ~MSD% CAGR (Semi Test market growing to ~$5.3B, gradual market share expansion), IA revenues approaching $800M, continued growth in Litepoint/Storage/SLT, and Operating Margins likely in line with the prior guide of 30-31%. We see upside across each of these assumptions, supporting upside of ~$2.00 in CY25 earnings at the midpoint. We note that one way to address the historical conservatism here would be extending the LT outlook by a few years – allowing for growth rates more reflective of thru-cycle performance. So look for this potential change over time.

23

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

**Figure 11: TER New CY25 Target Model Scenario**

| | 2020 | 2021E | 2022E | TER Implied 2024 Target Model Low | Mid | High | Expected New TER 2025 Target Low | Mid | High | EVR ISI Scenario 2025E Model Low | High | CY19-CY25 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SoC Test Market | $3,600 | $4,700 | $5,000 | $3,640 | $3,640 | 3640 | $5,000 | $5,306 | $5,624 | $5,500 | $6,000 | 9% |
| Share | 52% | 48% | 49% | 51% | 55% | 60% | 53.0% | 54.0% | 55.0% | 60.0% | 62.5% | |
| SOC Test Revenues | $1,876 | $2,257 | $2,436 | $1,870 | $2,001 | $2,170 | $2,650 | $2,865 | $3,093 | $3,300 | $3,750 | 17% |
| CAGR | | | | 0% | 2% | 4% | 4% | 6% | 8% | | | |
| Memory Test Market | $900 | $1,000 | $1,000 | $899 | $900 | 900 | $950 | $1,000 | $1,030 | $1,000 | $1,200 | 9% |
| Share | 43% | 40% | 45% | 40.0% | 45.0% | 47% | 45.0% | 46.0% | 47.0% | 47.5% | 50.0% | |
| Memory Test Revenues | $383 | $403 | $450 | $360 | $405 | $423 | $428 | $460 | $494 | $475 | $600 | 10% |
| CAGR | | | | -2% | 1% | 3% | -1% | 1% | 2% | | | |
| Semiconductor Test | $2,259 | $2,660 | $2,886 | $2,230 | $2,406 | $2,593 | $3,078 | $3,325 | $3,587 | $3,775 | $4,350 | 16% |
| CAGR | | | | | | | 4% | 6% | 8% | | | |
| Universal Robots | $215 | $309 | $362 | | | | | | | | | |
| MiR (acquired 4/25/18) | $47 | $59 | $88 | | | | | | | | | |
| Autoguide/Other | $18 | $0 | $32 | | | | | | | | | |
| Industrial Automation | $280 | $365 | $482 | $939 | $784 | $860 | $757 | $891 | $1,042 | $1,000 | $1,250 | 22% |
| CAGR vs. 2020 vs Prior Guide of 20-35% vs. 2019 | | | | | | | | | | | | |
| Systems Test (Product+Service) | $168 | $190 | $212 | | | | | | | $225 | $250 | 5% |
| LitePoint | $173 | $210 | $225 | | | | | | | $275 | $300 | 10% |
| HDD/SDD | $242 | $278 | $295 | | | | | | | $300 | $350 | |
| Other Revenues | $583 | $678 | $732 | $671 | $705 | $697 | $749 | $793 | $828 | $800 | $900 | 10% |
| Total Revenues | $3,122 | $3,703 | $4,100 | $3,500 | $3,875 | $4,250 | $4,583 | $5,010 | $5,454 | $5,575 | $6,500 | 16% |
| CAGR | | | | | | | 6% | 9% | 11% | | | |
| GM % | 57.2% | 59.7% | 60.0% | 58.0% | 58.5% | 59.0% | 59.0% | 59.3% | 59.5% | 60.0% | 60.0% | |
| GM | $1,786 | $2,211 | $2,461 | $2,030 | $2,267 | $2,508 | $2,704 | $2,968 | $3,245 | $3,345 | $3,900 | |
| OPEX Core | $840 | $972 | $1,018 | | | | | | | $1,146 | $1,146 | |
| OPEX UR | $0 | $0 | $0 | | | | | | | $0 | $0 | |
| OPEX Total | $840 | $972 | $1,018 | | | | | | | $1,146 | $1,146 | |
| OM - IA | 2% | 10% | 10% | 5% | 10% | 15% | 5% | 10% | 15% | 12.5% | 15.0% | |
| OM - Rest of Biz | 33% | 36% | 39% | 34% | 36% | 37% | 35% | 35% | 35% | 36.2% | 36.6% | |
| OM % | 30.3% | 33.4% | 35.2% | 30.0% | 30.5% | 31.0% | 30.0% | 30.5% | 31.0% | 31.5% | 31.5% | |
| OM | $947 | $1,238 | $1,443 | $1,050 | $1,182 | $1,318 | $1,375 | $1,528 | $1,691 | $1,756 | $2,048 | |
| Opex to Sales | 27% | 26% | 25% | 29.0% | 28.5% | 28.0% | 29.0% | 28.8% | 28.5% | 28.5% | 28.5% | |
| Interest Income | -$2 | -$6 | -$4 | $0 | $0 | 0 | $0 | $0 | 0 | $0 | $0 | |
| PBT | $945 | $1,233 | $1,439 | | | | | | | $1,756 | $2,048 | |
| Tax rate | 15% | 15% | 15% | 16% | 17% | 18% | 16% | 17% | 18% | 18% | 18% | |
| NOPAT | $801 | $1,051 | $1,223 | $882 | $981 | $1,080 | $1,155 | $1,268 | $1,386 | $1,440 | $1,679 | |
| Shares | 174 | 176 | 172 | 168 | 164 | 160 | 165 | 164 | 163 | 160 | 156 | -1% |
| EPS | $4.61 | $5.97 | $7.13 | $5.25 | $6.00 | $6.75 | $7.00 | $7.75 | $8.50 | $9.00 | $10.75 | 21% |
| IA | $0.29 | $0.18 | $0.24 | $0.15 | $0.39 | $0.74 | $0.19 | $0.45 | $0.79 | $1.20 | $1.54 | 27% |
| Rest of Business | $4.32 | $5.79 | $6.89 | $5.10 | $5.61 | $6.01 | $6.81 | $7.30 | $7.72 | $7.80 | $9.21 | 20% |

*Source: Company Data, Evercore ISI Research*

## MTSI Reports Thursday, January 27th – Another Beat and Raise As Fundamentals Accelerate Into CY22

We look for another modest beat/raise from MACOM with Sep/Dec Q EPS likely tracking to $0.63/$0.66 (vs. consensus $0.62/$0.63), with potential for further upside limited by supply. While mgmt. has been discussing supply headwinds since its April earnings call, constraints are in turn leading to improved visibility, extended lead times, and strong backlog (Sep Q book to bill was 1.2). Add in solid end-market exposure (Data Center to accelerate through FY22 after Dec Q, Telecom business levels to remain elevated, Industrial to grind slowly higher) and we think the overall backdrop for MACOM remains positive. As a result, we continue to view the company's guidance for FY22 revenues to grow at least >10% as conservative, where we would point out that entering FY21, mgmt. initially guided revenues to grow +10% but ended up +14.5% exiting FY21 (in a supply-constrained environment as well). In turn, we continue to believe bias is higher, but would not be surprised to see mgmt. reiterate its >10% FY22 revenue growth outlook in the near-term due to conservatism and lingering Omicron risks. Nonetheless, we still see CY22/CY23 EPS tracking to $2.85/$3.15 (vs. consensus $2.71/$2.91). Shares still trade just 26x/24x these estimates. And while multiples are likely to continue facing pressure as we enter a more restrictive rate environment this year, we see a number of company-specific valuation tailwinds for MACOM, such as: the prospect of topline acceleration into CY22 (a rarity in today's Semi environment with fears of peak widespread), exposure to attractive end-markets (networking and US-centric industrial/defense), and strong visibility/backlog. As a result, we do not think ~27x our CY23 EPS is crazy and reiterate our Price Target of $85.

Seagate_000252153

This report is prepared solely for the use of Jo Lau

## December Q Beat on Topline and Gross Margins

- We see **December Q revenues** of $159.5M (+3% Q/Q, +7% Y/Y), slightly above our modeled/consensus of $159.0M/$159.0M and near the high-end of the guide $157-161M

  - For **Data Center**, we see revenues of $31.0M, -7% Q/Q (vs. guide of -10% Q/Q) with upside led by better than expected Cloud strength into year-end, despite component constraints that are likely to continue (Data Center has been most impacted by supply)

  - For **Telecom**, we see revenues of $53.5M, up +15 Q/Q (vs. guide of up ~15%) as end-market demand remains strong across 5G, cable TV, PON, SatCOM, and microwave radios – in addition to share gains and new product introductions

  - For **Industrial**, we see revenues of $75.0M, flat Q/Q (vs. flat guide Q/Q) but up +22% Y/Y supported by strong US-centric industrial and defense spending

- We see **GMs** tracking up ~10bps Q/Q to 61.2% (vs. our/consensus 61.0%/60.5%), above mgmt.'s guided midpoint of 61% (range 60-62%) as the company continues to execute on internal operating efficiencies and benefits from strong factory utilization

- We see **Opex** of $49.0M (up $0.9M Q/Q), implying **OMs** of 30.5% (vs. our/consensus 30.2%/30.2%)

- Elsewhere, we see **Interest/Other expense** of $1.5M, a **tax rate** of 5% (guided 5% for FY22), and 71.4M **shares outstanding** (in-line with guide)

- We look for MACOM to report **EPS** of $0.63, above our modeled/consensus $0.62/$0.62 and at the high-end of the company's guided range of $0.60-$0.64.

- During the Q, MACOM announced it had divested its stake in Ampere Computing Holdings for $127.7M in pre-tax proceeds, leading to a net gain of ~$115M given the prior carrying value of about $13M on the balance sheet. In turn, this will be a clear one-time benefit to the company's FCF during the Q and overall leverage (cash was $345M exiting the Sep Q), where we expect mgmt. to also detail thoughts regarding use of the proceeds on the call.

**Figure 12: MTSI December Q Results Preview**

| DECEMBER QUARTER RESULTS | | | | | | |
|---|---|---|---|---|---|---|
| | EVR ISI | Consensus | Management Guide | Prior Q (Sep 21) | Prior Y (Dec 20) | Comments |
| Revenues | $159.0M | $159.0M | $157M-$161M | $155.2M | $148.5M | |
| Q/Q | 2% | 2% | 2% | 2% | 1% | |
| GMs | 61.0% | 60.5% | 60%-62% | 61% | 58% | |
| Opex | $49.0M | $48.1M | | $48.1M | $48M | |
| OM | 30.2% | 30.2% | | 30% | 25% | |
| Interest/Other Exp | -$1.5M | -$1.5M | | -$1.3M | -$3.9M | |
| Tax | 5% | | 5% for FY22 | 5% | 5% | |
| PF EPS (excl SBC) | $0.62 | $0.62 | $0.60-$0.64 | $0.61 | $0.46 | |
| PF EPS (incl SBC) | $0.50 | | | $0.49 | $0.27 | |
| Share Count | 71.4 | | 71.4 | 71.1 | 67.8 | |
| **Revenues** | | | | | | |
| Data Center | $30.5M | $31.1M | Down ~10% Q/Q | $33.5M | $35.4M | |
| Telecom | $53.5M | $53.6M | Up ~15% Q/Q | $46.6M | $51.5M | |
| Industrial | $75.0M | $74.3M | ~Flat Q/Q | $75.1M | $61.6M | |

Source: Company Data, Evercore ISI Research

## Another Raise for the March Q, Led by Telecom Strength

- We look for MACOM to guide **March Q revenues** to a midpoint of $165.0M (+3% Q/Q, +10% Y/Y), in-line with our modeled $165.0M and above consensus of $163.0M

  - For **Data Center**, we see revenues guided up +13% Q/Q to $35.0M as the segment begins to recover from supply constraints and consistent with mgmt.'s expectation for FY22 revenues to grow 8-10% (implying low-teens Q/Q growth thru FQ2/FQ3/FQ4)

25

Seagate_000252154

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

- For **Telecom**, we see revenues guided up +1% Q/Q to $54.0M, and we expect broad-based end-market demand to continue across cable infrastructure, PON, 5G front/mid haul rollouts, and SatCom

- For **Industrial**, we see revenues guided up +1% Q/Q to 76.0M as end-demand remains elevated due to industrial and defense strength in the US. We note the US Mfg PMI is still in the high-50s

▓ We see **GMs** guided flat Q/Q to 61.2%, above our modeled/consensus of 61.1%/60.6%, with continued uplift from internal initiatives (manufacturing efficiencies, better utilization, logistical enhancements) and the ramp of various new margin-accretive products. We note this would represent 61% incremental GMs versus 100+% in each quarter during FY21 – so still potentially conservative in our view

▓ We see **Opex** guided to $50M (up $1M Q/Q), implying **OMs** of 30.9% (vs. our/consensus 30.8%/30.1%)

▓ Elsewhere, we see **Interest/Other expense** of $1.5M, a **tax rate** of 5%, and 71.7M **shares outstanding**

▓ We look for MACOM to guide **EPS** to a midpoint of $0.66, above our modeled $0.65 and consensus of $0.63

**Figure 13: MTSI March Q Guide Preview**

| | | | MARCH QUARTER GUIDE | | | |
|---|---|---|---|---|---|---|
| | Management Guide | EVR ISI | Consensus | Prior Q (Dec 21) | Prior Y (Mar 21) | Comments |
| Revenues | | $165.0M | $163.0M | $159.0M | $150.6M | |
| Q/Q | | 3.8% | 2% | 2% | 1% | |
| GMs | | 61.1% | 60.6% | 61.0% | 59.2% | |
| Opex | | $50.0M | $49.7M | $49.0M | $47.3M | |
| OM | | 30.8% | 30.1% | 30.2% | 27.8% | |
| Interest/Other Exp | | -$1.5M | -$1.4M | -$1.5M | -$3.8M | |
| Tax | | 5% | | 5% | 5% | |
| PF EPS (excl SBC) | | $0.65 | $0.63 | $0.62 | $0.51 | |
| PF EPS (incl SBC) | | $0.53 | | $0.50 | $0.36 | |
| Share Count | | 71.7 | | 71.4 | 70.5 | |
| **Revenues** | | | | | | |
| Data Center | | $35.0M | $35.0M | $30.5M | $36.2M | |
| Telecom | | $54.0M | $52.9M | $53.5M | $42.3M | |
| Industrial | | $76.0M | $75.1M | $75.0M | $72.1M | |

Source: Company Data, Evercore ISI Research

**Other Key Areas of Focus on the Call**

We think there are a number of key areas of focus on the call, which we walk through below…

▓ **Look For MACOM to Reiterate Conservative FY22 Revenue Guide of >10%**

We expect MACOM to reiterate its guidance for FY22 revenues to grow at least >10%. While buy-side expectations are likely in the low-teens (we see revenues up +11% vs. consensus +10%), we suspect mgmt. will exercise a fair amount of caution given the current COVID and supply backdrop. That said, we do believe bias is to the upside, where we highlight MACOM initially guided to +10% growth entering FY21, but ended the year up +14.5% (in a supply-constrained environment). So with visibility and the company's book to bill at 1.2 as well, we think risk is clearly to the upside – despite a likely conservative outlook.

▓ **Supply Remains a Headwind, But Mgmt. Visibility Improving as a Consequence**

MACOM has been impacted by supply constraints since 1QCY21 (when shortages caused the company to push out $5M worth of revenue). More recently, supply constraints have

26

Seagate_000252155

This report is prepared solely for the use of Jo Lau

remained a key issue, with the bottlenecks ranging across chips, packaging, and OSAT test & assembly – in addition to separate component and kitting issues at customers as well. Elsewhere, back-end test & assembly industry constraints in SE Asia due to COVID restrictions have been a theme during 2H CY21. While Omicron breakouts have caused new waves of infections in the US and Europe, SE Asia has been largely immune thus far (Malaysia and Thailand still well below their prior peaks) – though this is a clear risk to monitor going forward. Nonetheless, even with a potential worsening in the supply backdrop for MACOM, the company's backlog and visibility would only likely improve further.

### Telecom Strength Supported By Broad-Based Demand

MACOM has guided its Telecom revenues to grow +15% in FY22 – the fastest of all its end-market segments. Supporting this outlook is broad-based demand, with strength driven primarily by cable infrastructure and PON, but also 5G, SatCom, and microwave radios. Specific to 5G, while front-haul demand is lower than a year ago, MACOM is seeing nice pull from customers on the RF side (traction for their GaN-on-SiC power amps and FEM products). MACOM has also noted its confidence in achieving this growth absent a meaningful Chinese 5G spending cycle – a clear testament to the diversity of tailwinds benefitting the Telecom business. Add it up and we see Telecom revenues tracking to $216.5M (+15% Y/Y) in FY22 and then $233.0M (+8% Y/Y) in FY23.

### Data Center Revenue Growth to Accelerate Through Rest of FY22 Following Dec Q

MACOM expects its Data Center revenues to grow 8-10% in FY22. Moreover, when accounting for their guidance for revenues to decline -10% Q/Q into the Dec Q (FQ1), this implies sequential grow of at least low-teens through the remainder of FY22. Weighing on mgmt.'s negative near-term outlook is a confluence of factors ranging across supply constraints (Data Center the most impacted of all segments), weak pull for their CWDM4 100G product at their core customer (whose volumes are down 30-40% in recent Qs), slowing 25G buildouts in international markets, and elevated inventory for 100G active optical cables. We suspect most of these headwinds are likely to resolve themselves alongside a broader improvement in industry supply dynamics with less kitting issues across enterprise and cloud customers. In turn, even with the $15M decline in legacy AMCC products during FY22, we still see Data Center revenues growing to $152.0M (+10% Y/Y) and then $175.5M (+15% Y/Y) in FY23.

### Industrial to Continue Chugging Along as Demand Remains Strong

MACOM expects its Industrial revenues to grow 8-10% in FY22, where we expect LSD Q/Q growth through the remainder of the year (following guidance of flat Q/Q into the Dec Q). We look for continued strength to be supported by solid activity with the US-centric industrial and defense markets, where we note the US Manufacturing PMI is still in the high-50s. We also highlight tailwinds related to cross-selling initiatives, with mgmt. aiming to bring more Data Center and Telecom products into the Industrial market. Moreover, we note an emerging Automotive opportunity with the company's Lowell, MA fab recently achieving automotive certification, enabling MACOM to start addressing a host of new applications related to sensors, LiDAR, power management, and AV. Finally, the company's GaN-on-SiC program for the AFRL should remain on track as planned, opening up a $200M market opportunity with revenue contributions starting in FY23. Add it up and we see Industrial revenues of $307.5M (+10% Y/Y) in FY22 followed by $329.5M (+7% Y/Y) in FY23.

### GMs Remains a Bright Spot – We Expect Margin Expansion to Continue

GMs have been a very positive story for MACOM, with the company achieving 61.1% in the Sep Q and guiding GMs to a range of 60-62% in the Dec Q – with mgmt. also noting that 60+% is now a sustainable level. In turn, MACOM's GMs are on track to increase ~440bps Y/Y in CY21 (assuming the midpoint of Dec Q guidance), which is all the more impressive when considering the current supply environment. Looking ahead, we expect future margin expansion to be driven by continued internal operating initiatives (yield optimization, scrap reduction, supply chain management, efficient utilization) and new high-value / profitable product introductions (mgmt. is planning to grow product introductions by 30% in FY22;

Seagate_000252156

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

introduced 130+ in FY21). In turn, we see GMs expanding by at least another ~180bps/100bps in FY22/CY22.

▧ **We See CY22/CY23 EPS Tracking to $2.85/$3.15 (vs. Consensus $2.71/$2.91)**

We see CY22 revenues tracking +13% Y/Y to $696M (vs. our modeled/consensus $686M/$685M) – with Industrial revenues of $313.0M (+7% Y/Y), Data Center of $164.0M (+22% Y/Y), and Telecom of $219.0M (+15% Y/Y). Add in GMs of 61.5% (up ~100bps Y/Y), Opex of $206.0M (+7% Y/Y), Interest/Other expense of $6.0M, a tax rate of 5.0%, and 72.2M shares – and we see CY22 EPS tracking to $2.85 (vs. our modeled/consensus $2.75/$2.71).

We see CY23 revenues tracking +8% Y/Y to $753M (vs. our modeled/consensus $735M/$741M) – with Industrial revenues of $335.0M (+7% Y/Y), Data Center of $179.0M (+9% Y/Y), and Telecom of $239.0M (+9% Y/Y). Add in GMs of 62.2% (up ~70bps Y/Y), Opex of $220.0M (+7% Y/Y), Interest/Other expense of $6.0M, a tax rate of 5.0%, and 73.1M shares – and we see CY23 EPS tracking to $3.15 (vs. our modeled/consensus $3.00/$2.91).

# WDC Reports Thursday, January 27th – Consensus Likely Still a Bit Too High For March Q, but SSD ASPs Will Remain the Key Wildcard Following Xi'an Lockdown

We look for an in-line December Q from WDC as weak HDD demand and lower SSD pricing take hold. Recall the company's HDD business is facing demand headwinds primarily due to one CSP customer who is experiencing non-HDD component issues, limiting overall server builds. While on the SSD side, mix headwinds should lead SSD ASPs to decline HSD% sequentially. Further out, we expect a below consensus March Q, with revenues/EPS guided to $4.70B/$1.89 (vs. consensus $4.74B/$1.93). HDD revenues are likely to face typically weak demand seasonality in the Surveillance and Client markets, along with some continued headwinds to Cloud uptake (due to supply-constrained CSP customer). As for SSDs, we think ASPs are shaping up better than feared (think down –LSD% vs. consensus -7%) due to improving supply/demand dynamics from Xi'an COVID lockdowns which impacted Samsung's front-end NAND output there (40-45% of Samsung's production; 15% of global NAND bits). Much remains to be seen and mgmt. will likely adopt a relatively conservative tone with regards to the impact on ASPs, but in our view it's still a clear positive. In turn, the March Q should represent the bottom for earnings with fundamentals set to trek higher through CY22 led by improving HDD demand (20TB to start shipping in meaningful volumes around mid-CY22) and SSD bits that are expected to grow at least in-line with the industry this year (vs. under-shipments in CY21). Add it up and we see CY22 EPS tracking to $9.00+ (vs. consensus $8.67). We still see further upside from here and reiterate our Price Target of $75.

**In-Line December Q as Weak HDD Demand and Lower SSD Pricing Take Hold**

▧ We look for **December Q revenues** of $4.84B (-4% Q/Q, +23% Y/Y) – versus our modeled/consensus of $4.84B/$4.81B and towards the high-end of guidance of $4.7B-4.9B

▧ We see **HDD revenues** decreasing -9% Q/Q to $2.32B (vs. our/consensus $2.30B/$2.24B)

- Recall WDC changed its HDD revenue reporting last Q. The biggest change was the new Cloud segment, which encompasses Nearline and Surveillance drives. Client is still largely PCs and Consumer is retail/gaming

- For **Client**, we see revenues -11% Q/Q to $249M on weakness related to inventory adjustments at PC OEMs, which we believe was most pronounced during CQ3

- For **Cloud**, we see revenues -10% Q/Q to $1.66B due to weaker demand from a large CSP customer (who is having component issues, limiting server buildouts) and elevated China inventories (which should weigh on Surveillance shipments)

- For **Consumer**, we see revenues flat Q/Q to $332M as typical seasonal strength is likely offset by supply constraints and COVID lockdowns

Seagate_000252157

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

- We see **Data Storage Systems** revenues of $77M

- We see **SSD revenues** increasing +1% Q/Q to $2.52B (vs. our/consensus $2.50B/$2.60B)

  - We look for **bit growth** of +11.3% Q/Q (vs. our/consensus +11.3%/+8.8%), in-line with mgmt.'s guidance for bit growth in the mid-30%s Y/Y

  - We look for **ASPs** to decrease -9.1% Q/Q (vs. our/consensus -9.8%/5.6%), worse than MU's Nov Q ASPs that were down –MSDs% due to WDC-specific mix headwinds (client SSD markets still choppy, retail markets still declining, WDC under-indexed to mobile SSD and eSSD)

- We expect overall **GMs (ex-SBC)** to decrease ~110bps Q/Q to 32.8%, below our modeled/consensus of 33.0%/33.0% and towards the low-end of guidance of 32-34%

  - We see **HDD GMs** down ~40bps Q/Q to 30.5% on slightly weaker industry pricing and an increase in COVID costs, but still above 30+% as per mgmt.'s guidance

  - We see **SSD GMs** down ~210bps to 34.9% as strong -18% Y/Y cost-downs (better than LT target of -15% Y/Y) are offset by weaker ASPs

- We see **Opex (ex-SBC)** of $764M, in-line with consensus and near the low-end of mgmt.'s guided range of $760M-780M

- Elsewhere, we look for **Interest/Other Expense** of $70M (guided ~$70M), a **tax rate** of 11% (guided ~11%), and a **share count** of 316M (guided ~316M)

- We look for **Non-GAAP EPS** to come in at least in-line with consensus of $2.12, and above mgmt.'s guided midpoint of $2.10 (range $1.95-$2.25)

**Figure 14: WDC December Q Results Preview**

| DECEMBER QUARTER RESULTS | | | | | | |
|---|---|---|---|---|---|---|
| | EVR ISI | Consensus | Management Guide | Prior Q (Sep 21) | Prior Y (Dec 20) | Comments |
| Revenues | $4,800M | $4,810M | $4.7B-$4.9B | $5,051M | $3,943M | |
| Q/Q | -5.0% | -4.8% | -5.0% | 2.7% | 0.5% | |
| GMs (Ex. SBC) | 33.0% | 33.0% | 32%-34% | 33.9% | 26.4% | |
| Opex (Ex. SBC) | $768M | $764M | $760M-$780M | $761M | $696M | |
| Op (Ex. SBC) | 17.0% | 17.1% | Implied 15.4% | 17.3% | 6.7% | |
| Other Exp | -$70M | -$107M | ~$70M | -$68M | -$68M | |
| Tax Rate | 11% | | ~11% | 12% | 32% | |
| GAAP EPS | $1.74 | $1.64 | | $1.93 | $0.20 | |
| Non-GAAP EPS | $2.10 | $2.12 | $1.95-$2.25 ($2.10 mid) | $2.49 | $0.69 | |
| Share Count | 316 | | ~316M | 316 | 307 | |
| HDD Revenues | $2,300M | $2,244M | | $2,561M | $1,909M | |
| HDD Units | 23.8 | 24.8 | | 24 | 26 | |
| HDD ASPs | $101 | $94 | | $102 | $73 | |
| SSD Revenues | $2,500M | $2,597M | | $2,490M | $2,034M | |
| SSD Bit Growth | 11.3% | 8.8% | | 8% | 7% | |
| SSD ASP | (9.8%) | (5.6%) | | 0% | -9% | |

Source: Company Data, Evercore ISI Research

**March Q Guided Below Consensus On Weaker Topline and Margins**

- We look for WDC to guide **March Q revenues** to ~$4.70B (-3% Q/Q, +14% Y/Y), in-between our modeled $4.60B and consensus of $4.74B

  - Recall we updated our CY22/CY23 estimates on December 11th, 2021 (see here)

- We see **HDD revenues** decreasing -3% Q/Q to $2.25B (vs. our/consensus $2.25B/$2.19B)

  - For **Client**, we see revenues -7% Q/Q to $231M on seasonal PC weakness, though we would highlight recent commentary from WDC regarding improving PC OEM dynamics

  - For **Cloud**, we see revenues flat Q/Q at $1.66B, reflecting some normalization of kitting issues with the company's large CSP customer coupled with seasonal weakness in Surveillance

  - For **Consumer**, we see revenues -18 Q/Q to $273M on seasonal weakness

29

Seagate_000252158

This report is prepared solely for the use of Jo Lau

—— We see **Data Storage Systems** revenues of $79M

▓ We see **SSD revenues** decreasing -3% Q/Q to $2.45B (vs. our/consensus $2.35B/$2.53B)

— We look for **bits** to be flat Q/Q (vs. our/consensus 0%/+2.3%) as seasonally weak demand in the client/retail/mobile markets is offset by eSSD demand

—— We look for **ASPs** to decrease LSD Q/Q (vs. our/consensus -6.0%/-6.9%), where we note production shutdowns at Samsung's NAND fab in Xi'an towards the end of last month are likely to help the overall supply/demand balance during the March Q (Samsung's Xi'an fab accounts for ~15% of global NAND output)

▓ We expect mgmt. to guide overall **GMs (ex-SBC)** down ~60bps Q/Q to 32.2%, above our modeled 31.2% but below consensus of 32.6%

——— We see **HDD GMs** down ~50bps Q/Q to 30.0% as weaker seasonality and another likely rise in COVID costs weigh on profitability

——— We see **SSD GMs** down ~60bps to 34.3% as -15% Y/Y cost-downs are offset by weaker ASPs and less capital-efficient BiCS4 in the mix

▓ We see **Opex (ex-SBC)** of $765M, in-between our/consensus $772M/$748M

▓ Elsewhere, we look for **Interest/Other Expense** of $70M, a **tax rate** of 11.5%, and a **share count** of 317M

▓ We look for WDC to guide **Non-GAAP EPS** to ~$1.89, above our modeled $1.66 but below consensus of $1.93

**Figure 15: WDC March Q Guide Preview**

| | | MARCH QUARTER GUIDE | | Prior Q (Dec 21) | Prior Y (Mar 21) | |
|---|---|---|---|---|---|---|
| | Management Guide | EVR ISI | Consensus | | | Comments |
| Revenues | | $4,600M | $4,741M | $4,800M | $4,137M | |
| Q/Q | | -4.2% | -1.2% | -5.0% | 4.9% | |
| GMs (Ex. SBC) | | 31.2% | 32.6% | 33.0% | 27.7% | |
| Opex (Ex. SBC) | | $772M | $748M | $768M | $732M | |
| Op (Ex. SBC) | | 12.8% | 16.9% | 17.0% | 8.0% | |
| Other Exp | | -$70M | -$126M | -$70M | -$67M | |
| Tax Rate | | 12% | | 11% | 10% | |
| GAAP EPS | | $1.32 | $1.49 | $1.74 | $0.63 | |
| Non-GAAP EPS | | $1.66 | $1.93 | $2.10 | $1.02 | |
| Share Count | | 317 | | 316 | 313 | |
| | | | | | | |
| HDD Revenues | | $2,250M | $2,193M | $2,300M | $1,962M | |
| HDD Units | | 21.0 | 22.6 | 24 | 23 | |
| HDD ASPs | | $101 | $98 | $101 | $82 | |
| | | | | | | |
| SSD Revenues | | $2,350M | $2,532M | $2,500M | $2,175M | |
| SSD Bit Growth | | 0.0% | 2.3% | 11% | 8% | |
| SSD ASP | | -6.0% | -6.9% | -10% | -2% | |

Source: Company Data, Evercore ISI Research

**Other Key Areas of Focus on the Call**

We think there are a number of key areas of focus on the call, which we walk through below…

▓ **We See CY21/CY22 HDD Revenues Tracking to $9.34B/$9.83B**

We see CY21 HDD revenues tracking to $9.34B (+18% Y/Y), with Cloud revenues of $6.57B, Client revenues of $1.18B, Consumer revenues of $1.31B, and Data Storage Systems revenues of $279M. Nearer-term, we expect end-market headwinds for WDC's HDD business to continue due to non-HDD component issues at a large CSP customer (limiting server builds and thus HDD unit uptake) as well as elevated China inventories. And with typically weak seasonality likely taking ahold in Q1 CY22 as well (for the surveillance and client markets), we look for WDC's HDD business to bottom in the March Q before growing thereafter through year-end (CSP supply issues are expected to resolve themselves during 1H22). 18TB remains the dominant product in the market today, though we look for 20TB to start shipping in more meaningful volumes around mid-CY22. In turn, we now see CY22 HDD revenues of $9.83B (+5% Y/Y), with Cloud revenues of $7.40B,

Seagate_000252159

This report is prepared solely for the use of Jo Lau

Client revenues of $966M, Consumer revenues of $1.14B, and Data Storage Systems revenues of $323M.

### Look For HDD GMs to Bottom in 1Q22, Before Trekking Higher Through Rest of CY22

Despite WDC's expectation for COVID costs to once again increase sequentially into the Dec Q, mgmt. thinks 30+% HDD GM is still possible – where we look for 30.5% HDD GMs during the Q. Looking to the March Q, we suspect COVID costs may increase once again as COVID/Omicron outbreaks take hold across the globe. And with seasonally weaker demand in the surveillance and client markets, we look for HDD GMs to fall Q/Q to 30.0%. That said, we believe the March Q will represent a trough in the company's HDD GMs as better end-market demand strength throughout the year and hopefully less COVID headwinds help support greater margin uplift. Add in a number of positive structural shifts in the industry such as rational pricing from the HDD oligopoly (20TB cycle also looks fine from this perspective), disciplined industry capex, and shift towards LTAs (improving visibility for better S/D), and we see CY22 HDD GMs of 30.6% (exiting the year at 31+%).

### 18TB Still The Dominant Product; 20TB Ramp Likely Underway Around Mid-CY22

With WDC/STX's 18TB now the dominant products in the market, we expect investor focus to begin shifting to the next capacity point (i.e., 20TB), which should start to ramp meaningfully by mid-CY22. Our early checks suggest STX may be a bit ahead here based on their current qualification progress, though the lead is marginal. From a technology standpoint, WDC will be using its new OptiNAND technology, which enables more bits per inch on spin media to drive aerial density gains. This should enable WDC to achieve 20TB of capacity with just 9 discs, implying density of 2.2TB per platter. We believe this is an advantage versus STX's approach to add another disc for their 20TB (implying their aerial density is 2.0TB per platter). We believe this provides WDC a clear path to the 22TB capacity point, while positioning the company well for future HDD technology generations as well.

### We See CY21/CY22 SSD Revenues Tracking to $9.60B/$10.62B

WDC's SSD bits are on track to grow +28% Y/Y in CY21, well below industry demand that is likely closer to high-30% to low-40%. WDC has attributed its under-shipments to two reasons. First is mix, where end-market demand in CY21 clearly favored enterprise SSDs (cloud, enterprise, and overall data center investments were very strong) versus client SSDs (PCs corrected for much of 2H21), with WDC more levered to the client side. Second, WDC has stayed on its BiCS4/96L longer than some of its peers. This has obviously been a benefit to cost-downs, but conversely a headwind to bit output. However, with BiCS5 bit crossover expected to occur during the Dec Q, WDC's bit output should continue to improve from here. As for CY22, we look for the company's SSD bits to grow ~31%, in-line with industry bit demand that should likely track to low-30% (Client SSDs mid-30%, Consumer/Retail low-mid 20%, Gaming mid-teens, mobile mid-teens, and eSSD mid-teens). For pricing, we believe the NAND supply/demand backdrop is improving, with Micron and Samsung capex investments seemingly coming in rational, YMTC's 128L ramp which seems to also continue facing hurdles, and COVID outbreaks in Xi'an, which pressured NAND bit output at Samsung's facility there (40-45% of Samsung's production; 15% of global output). In turn, with SSD bits/ASPs +31%/-15% Y/Y, we see WDC's SSD revenues growing +11% Y/Y to $10.62B (vs. $9.60B here in CY21).

### We See CY22 SSD GMs Tracking to 34.4% (Up ~40bps Y/Y)

WDC's SSD GMs are on pace to come in at 34.5% in CY21, up nicely vs. 27.7% in CY20 on the back of strong cost-downs (tracking to -16% Y/Y, better than mgmt.'s LT -15% target due to nice BiCS4 cost efficiency), moderate pricing declines (SSD ASPs likely -11% in CY21 vs. -44%/-9% in CY19/CY20 on controller shortages and elevated demand), and effectively zero COVID headwinds (Penang SSD factory is automated). Looking ahead, with BiCS5 crossover expected to occur during the Dec Q, we expect there to be some cost-down headwinds during 1H22. Add in weaker demand seasonality and we look for WDC's SSD GMs to bottom in the June Q before trekking higher in 2H22 – leading to overall CY22 SSD GMs of 34.9% (up ~40bps vs. CY21). Finally, we note WDC has said bit crossover is

Seagate_000252160

EVERCORE ISI

This report is prepared solely for the use of Jo Lau

usually ~15-18mos. between nodes, which would imply BiCS6 bit crossover sometime in 1H23. The company expects BiCS6 to be a much more expensive transition given it will have less equipment re-use than BiCS5, so a potential longer-term cost-headwind there.

### ▓ Early Indications Suggest WDC's 162L/BiCS6 NAND is Very Competitive, Which Should Help Support Share Positioning in Core Markets

With WDC's 112L NAND (BiCS5) ramping today and mgmt. expecting to achieve bit crossover with 96L (BiCS4) in the December Q, we expect investors will start to hone in on the coming ramp of the company's 162L NAND (BiCS6). On this front, we expect the ramp of WDC's 162L to start in 1Q22, before a more meaningful pickup in 2H22 and eventual bit crossover with BiCS5 in 1H23. From a competitive standpoint, early indications are that the company's 162L is a strong offering, with the memory density (bits per sq. mm) better than Samsung's 176L and on par with SK Hynix's 176L and Micron's 176L. So all else held equal, we think WDC's 162L is a highly competitive product – though timing will remain the key to maintaining share. As it stands today, Micron is clearly the first mover to 176L, with Samsung, SK Hynix, and WDC all likely following on similar timelines (ramp starting in 1Q22 vs. Micron in 2H21). So with WDC not lagging behind meaningfully (still on pace with Korean players) and the company's 162L a seemingly competitive product, we think WDC is positioned well to maintain its share in its core client markets – in addition to adding incremental share in eSSD on new design wins.

### ▓ WDC On Track To Achieve Leverage Targets During CY22

At a recent conference, WDC noted they are on track to exit the Dec Q with ~$7.7B in gross debt – down from $8.5B in the Sep Q (of which $251M is current debt). When accounting for the $943M they repaid in October and the $1B they also issued during the Q ($500M in 2029 fixed notes and $500M in 2032 fixed notes; extends avg. maturity of debt profile by ~1 year), this implies an additional ~$875M in debt repaid (which gets us to $7.7B in debt). Further out, we expect continued debt repayments from WDC and look for the company to reach its $6B gross debt target (and $3B net debt target) towards the end of CY22. This would be a clear positive for WDC's interest expense and its ability to engage again with capital returns (we would expect focus initially on aggressive share repurchases).

### ▓ Potential Industry Consolidation And WDC/Kioxia Rumors To Remain a Focus

Potential consolidation within the NAND industry will remain a key topic, particularly following the WSJ's report that WDC is in advanced talks with Kioxia for a merger deal valued at $20B+ and a relatively recent mixed shelf filing from WDC (suggesting potential to raise as much as ~$33B). We note this also follows on speculation back in March that WDC and MU were both considering deals for Kioxia. Our initial take is that any consolidation would be a positive for the NAND industry, while the increased scale for WDC would also offer a meaningful benefit to the company's competitive positioning. But apart from that, the lack of details makes it difficult to analyze any further benefit to WDC considering the company's high leverage today which would necessitate a highly dilutive transaction (that investors do not want). So a bit of a conundrum currently.

### ▓ We See CY22/CY23 EPS Tracking to $9.18/$11.00 (vs. Consensus $8.67/$9.57)

We see CY22 revenues growing +8% to $20.45B with HDD revenues of $9.83B and SSD revenues of $10.62B. Add in company GMs (ex-SBC) of 32.8% (HDD/SSD GMs of 30.6%/34.9%), Opex (ex-SBC) of $3.1B, Interest/Other expense of $280M, a tax rate of 11.8%, and 319M shares outstanding – and we see CY22 EPS tracking to $9.18 (vs. our modeled/consensus $8.70/$8.67).

For CY23, we see revenues growing +10% to $22.41B with HDD revenues of $10.42B and SSD revenues of $11.99B. Add in company GMs (ex-SBC) of 34.5% (HDD/SSD GMs of 31.8%/36.8%), Opex (ex-SBC) of $3.3B, Interest/Other expense of $280M, a tax rate of 13.0%, and 327M shares outstanding – and we see CY23 EPS tracking to $11.00 (vs. our modeled/consensus $10.50/$9.57).

32

This report is prepared solely for the use of Jo Lau

# KLAC Reports Thursday, January 27th – Shares Likely To Move Higher Post-Report With Support From Strong WFE Outlook and Topline Guidance Into CY22

We look for another beat/raise for KLA this earnings cycle, with Dec/Mar Q EPS likely tracking to $5.65/$5.75 (vs. consensus $5.45/$5.50) despite supply constraints that will likely limit any further upside. That said, we do expect KLA to continue faring better than other Semi Cap peers in today's supply-constrained environment due to the company's longer lead times, high-mix / low-volume product strategy, and in-house sourcing for certain components. We also highlight KLA's Process Control tool revenues are on track to grow +46% in CY21, nicely outpacing WFE growth of ~40% and indicative of a strong year of share gains for KLA. Turning to CY22, with help from sustainable Foundry/Logic investments on both the leading/lagging edge (led by TSMC, but also a broader base of Tier 2 logic players), logic customers who recently haven't invested much (read INTC), and another year of growth in both DRAM and NAND spend (investments concentrated in node conversions rather than wafer additions), we look for KLA to guide CY22 WFE to grow at least low-teens Y/Y (implying spend of $94-96B). Moreover, following the company's previous guidance for total revenues to grow HSD% in 1HCY22 (vs. 2HCY21), we look for KLA to provide additional color this earnings and guide its revenues up H/H in 2HCY22 as well (vs. 1HCY22). In turn, we see CY22 EPS tracking nicely higher to at least $23.70 (vs. consensus $21.89). At ~19x, we continue to see fair value of $455 for shares (if not higher).

### December Q Beat on WFE Strength As KLA Remains More Insulated From Supply Constraints Relative to Other SPE Peers

- We look for overall **December Q revenues** of $2.38B (+14% Q/Q, +44% Y/Y), above our modeled/consensus of $2.33B/$2.33B and the guided midpoint of $2.325B +/- $100M

    - We expect **Process Control revenues** to track up +13% Q/Q to $2.01B (modeled $1.96B). Within this, we see **Equipment** revenues of $1.55B (+17% Q/Q) as WFE demand continues to increase, capacity adds help support sequential growth, and KLA remains more insulated from supply constraints relative to other Semi Cap peers. For **Services**, we look for elevated utilization rates and tight capacity to drive revenues up +8% Q/Q to $410M. We see Other revenues of $50M

    - We expect **EPC revenues** to grow +21% Q/Q to $370M (modeled $365M). By sub-segment, we see **PCB** revenues of $165M (strong Data Center spend and handset seasonality), **Display** revenues of $45M, **Component** revenues of $45M, and **SPTS** revenues of $115M (5G infrastructure buildouts and auto spend)

- Below the line, we see **GMs** tracking up ~40bps Q/Q to 63.3%, above our/consensus 63.0%/63.0% and mgmt.'s guided midpoint of 63.0% +/- 1%, with upside led by better Process Control mix and volumes

- We see **Opex** up +9% Q/Q to $470M (in-line with guidance), implying **OMs** of 43.5%

- Elsewhere, we see **Interest/Other Expense** of $44M (in-line with guide), a **tax rate** of 13.5% (in-line with guide), and 152.0M **shares outstanding** (in-line with guide)

- We look for KLA to report **EPS** of $5.65 – nicely above our modeled/consensus $5.41/$5.45 and towards the high-end of the guided range $4.95-$5.85 (midpoint of $5.40)

33

Seagate_000252162

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

**Figure 16: KLAC December Q Results Preview**

| DECEMBER QUARTER RESULTS | | | | | | |
|---|---|---|---|---|---|---|
| | EVR ISI | Consensus | Management Guide | Prior Q (Sep 21) | Prior Y (Dec 20) | Comments |
| Revenues | $2325M | $2334M | $2.325B +/- $100M | $2084M | $1651M | |
| Q/Q | 11.6% | 12.0% | 11.6% | 8.2% | 7.3% | |
| GMs | 63.0% | 63.0% | 62.0%-64.0% | 62.9% | 61.8% | |
| Opex | $470M | $469M | ~$470M | $432M | $393M | |
| OM | 42.8% | 42.9% | Implied 43% | 42.2% | 38.0% | |
| Other Exp | $44M | | ~$44M | $52M | $43M | |
| Tax Rate | 13.5% | | 13.5% | 14% | 14% | |
| GAAP EPS | $5.15 | | $4.69-$5.59 ($5.14 mid) | $6.96 | $2.94 | |
| Non-GAAP EPS | $5.41 | $5.45 | $4.95-$5.85 ($5.40 mid) | $4.64 | $3.24 | |
| Share Count | 152.0 | | 152M | 153.4 | 155.6 | |
| | | | | | | |
| **Revenues:** | | | | | | |
| Process Control | $1,960M | $1,916M | | $1,779M | $1,380M | |
| Specialty Semi | $115M | $109M | | $102M | $91M | |
| PCB, Display, Component | $250M | $218M | | $203M | $179M | |
| Other | $0.0M | | | $0.0M | $0.4M | |

Source: Company Data, Evercore ISI Research

## March Q Raise On Both Better Topline and Margins

■ We look for KLA to guide **March Q revenues** to a midpoint of $2.42B (+2% Q/Q, +34% Y/Y), above our modeled/consensus of $2.38B/$2.37B

    ⸺ Last earnings, we note KLA guided its total revenues to be up HSD% in 1HCY22 (vs. 2HCY21), with Process Control systems expected to outgrow the company average (so think 10+%). Based on our June Q estimate of total revenues of $2.46B, we see growth of +9% H/H (towards the high-end of the HSD% guidance)

    ⸺ We see **Process Control revenues** up +2% Q/Q to $2.05B (modeled $2.02B) with **Equipment** revenues of $1.58B (+2% Q/Q), **Service** revenues of $420M (+2% Q/Q), and Other Revenues of $50M. On the tool front, we look for growth to be supported by continued WFE end-market strength and an elevated backlog for KLA exiting CY21. For Services, we expect tailwinds related to tight utilization and customer demands for productivity to continue

    ⸺ We see **EPC revenues** flat Q/Q to $370M. By sub-segment, we expect **PCB** revenues of $160M (down a bit on weaker smartphone seasonality, but much better than typical seasonal trends), **SPTS** revenues of $120M (increasing 5G buildouts and continued auto power demand), **Display** revenues of $45M, and **Component** revenues of $45M

■ Below the line, we see **GMs** guided flat Q/Q to a midpoint of 63.3%, above our modeled 63.1% and consensus of 62.8%. We note this implies incremental GMs of ~65%, which is in-line with the 60-65% incremental GM guidance mgmt. has outlined throughout CY22. We also note this guidance has already accounted for 75-100bps of supply chain headwinds

■ We look for KLA to guide **Opex** up +3% Q/Q to $485M, implying **OMs** of 43.3% (vs. our modeled/consensus 42.7%/42.3%)

■ Elsewhere, we see **Interest/Other Expense** of $44M (flat Q/Q), a **tax rate** of 13.5% (flat Q/Q), and **shares outstanding** down -1M Q/Q to 151.0M

■ We look for KLA to guide **EPS** to a midpoint of $5.75 – above our modeled $5.55 and consensus of $5.50

34

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

**Figure 17: KLA March Q Guide Preview**

| MARCH QUARTER GUIDE | | | | | | |
|---|---|---|---|---|---|---|
| | Mgmt. Guide | EVR ISI | Consensus | Prior Q (Dec 21) | Prior Y (Mar 21) | Comments |
| Revenues | | $2375M | $2370M | $2325M | $1804M | |
| Q/Q | | 2.2% | 1.9% | 11.6% | 9.3% | |
| GMs | | 63.1% | 62.8% | 63.0% | 62.9% | |
| Opex | | $485M | $484M | $470M | $407M | |
| OM | | 42.7% | 42.3% | 42.8% | 40.4% | |
| Other Exp | | $44M | | $44M | $36M | |
| Tax Rate | | 13.5% | | 14% | 14% | |
| GAAP EPS | | $5.55 | | $5.15 | $3.66 | |
| Non-GAAP EPS | | $5.55 | $5.50 | $5.41 | $3.85 | |
| Share Count | | 151.2 | | 152.0 | 155.2 | |
| | | | | | | |
| **Revenues:** | | | | | | |
| Process Control | | $2,015M | $2,054M | $1,960M | $1,506M | |
| Specialty Semi | | $115M | $105M | $115M | $92M | |
| PCB, Display, Component | | $245M | $223M | $250M | $205M | |
| Other | | $0.0M | | $0.0M | $0.1M | |

Source: Company Data, Evercore ISI Research

### Other Key Areas of Focus on the Call

We think there are a number of key areas of focus on the call, which we walk through below…

**▓ Look For KLA To Guide CY22 WFE Up At Least Low-Teens (Implying $94-96B in WFE)**

We expect KLA to reiterate its expectation for WFE spend to grow +40% here in CY21 to ~$85B (vs. baseline of $61B in CY20), with additional upside limited by supply despite elevated end-market demand. And with the company's Process Control tool revenues on track to grow +46% Y/Y, KLA likely picked up some nice share gains this year as well – in our view a reflection of Foundry/Logic outgrowth (vs. memory), exposure to leading edge node transitions (in Logic, DRAM, and NAND), and better than expected leverage to capacity additions. Turning to CY22, mgmt. had previously said they expected industry strength to continue, helped by sustainable Foundry/Logic investments on both the leading/lagging edge (led by TSMC, but also a broader base of Tier 2 logic players) and from customers who recently haven't invested much (e.g. INTC). While in memory, KLA has said it expects NAND to be a relatively strong year and DRAM to be up in 1H22 vs. 2H21 – with investments from both segments concentrated in node conversions rather than wafer additions. Add it up and we look for KLA to guide CY22 WFE to grow at least low-teens (implying spend of $94-96B), though we do highlight potential for guidance to come in higher (i.e., mid-teens) due to the company's elevated backlog and strong visibility.

**▓ Supply Constraints Likely To Remain A Headwind Through CY22**

Recall last Q, KLA fared much better than peers with regard to supply constraints, with its tool business implied to be up ~10% Q/Q into the December Q, versus LRCX's tools implied up LSDs Q/Q and AMAT's tools up LSDs Q/Q. We attribute the relative outperformance to KLA's longer lead times, high-mix / low-volume product strategy, and in-house sourcing for certain components – all of which likely gave the company the visibility necessary to secure the critical parts heading into the back half of CY21. That said, KLA is still being negatively impacted by supply headwinds, where the company's tool lead times remain elevated at 9mos (vs. normalized 5-6mos), with some tools such as broadband plasma and reticle inspection closer to ~12mos. EPC is also seeing lead times gravitate to 4-5mos (vs. historical 2-3mos). So put together, even with the internal capacity additions at KLA, we suspect constraints will continue through much of CY22 as demand also remains elevated. And while this may limit some near-term upside, shortages are helping improve visibility and are also supportive of a stronger for longer cycle (all else equal) into 2023.

**▓ We See Process Control Tool Revenues up +24% to $6.4B in CY22**

We believe KLA's Process Control tool revenues are on track to grow +46% here in CY21, in-line with mgmt.'s guidance for growth of mid-40% and outpacing WFE that is likely growing closer to ~40%. Looking ahead, while the company guided its total revenues to

35

Seagate_000252164

EVERCORE ISI

This report is prepared solely for the use of Jo Lau

grow HSD% in 1HCY22 (vs. 2HCY21), mgmt. also detailed that its tool revenues would likely outgrow the company average (so think 10+% growth). This earnings, we also look for KLA to provide further guidance for 2HCY222 and, specifically, for its revenues to be up H/H once again (vs. 1HCY22). We expect mgmt. to support this outlook with broad-based demand strength across the company's portfolio, such as optical wafer inspection (Gen4 seeing great pull from lagging edge; Gen5 to see nice demand in move to 3nm) as well as the reticle business. Moreover, with Process Control intensity likely remaining at least flat (to potentially up) in CY22 due to increasing capital costs (places incremental importance on improving yields), rising process steps at the leading edge, EUV (enables more device complexity), and no equipment re-use (proliferation of designs leading to simultaneous investments across different nodes), we think KLA's Process Control tool revenues can grow +24% in CY22 to $6.4B.

### Optical vs. eBeam – KLA Still the Dominant Player, but Competitive Dynamics Could Start to Heat Up From The Likes of AMAT and ASML

While KLA has only lost minimal share in recent years, competition within the patterned wafer inspection market could start to increase as KLA, AMAT, and ASML all vie for market share. We note that while KLA remains the dominant player in Optical (~83% vs. AMAT/ASML 14%/0%), the eBeam market is more fragmented with KLA/AMAT/ASML share of 10%/33%/57% (according to Gartner 2020 data). For CY21, AMAT has also guided its Process Control (i.e., optical and eBeam) revenues to grow >60%, which on the surface would imply share gains vs. KLA's overall Process Control guidance of mid-40%. However, we note KLA's portfolio is much broader and mgmt. has said optical is one of the fastest growing sub-segments for them (with Gen4 on pace for a record year) – so it's possible KLA's optical/eBeam revenues are also on track to grow >60%. From a strategy standpoint, both KLA and AMAT are taking a portfolio approach, where they are introducing products in both Optical and eBeam that can complement each other. We are seeing this with KLA's Gen4/Gen5 (Optical) and eSL-10 (eBeam), and AMAT's Enlight (Optical) and PROVision 3E (eBeam). Clearly, ASML's lack of Optical tools makes it more difficult for them to offer a complimentary solution, though they do have their "Holistic Lithography" approach as well. Add it all up and process control remains one of the more competitive areas in Semi Cap.

### We See Core Service Business Up +14% to $1.7B in CY22

We believe KLA is on track to achieve its CY23 Target of ~$1.5B in service revenues (ex-EPC) here in CY21 – a solid two years ahead of schedule. Looking ahead, we expect another double-digit growth year in CY22 within KLA's core service (ex-EPC) business and see revenues growing +14% Y/Y to $1.7B. We look for strength to be supported by an expanded installed base (due to strong tool shipments in CY20/CY21), elevated utilization rates, tight capacity, and greater lagging edge service opportunities. We also note that mgmt. recently upgraded its LT growth forecast and now expects its services business to grow at a 11-13% CAGR growing forward – a nice support for CY23 revenues as well.

### We See EPC Revenues Up +18% to $1.56B in CY22

Consistent with mgmt.'s expectations for EPC to have another double-digit growth year in CY22, we see revenues up +18% to $1.56B (vs. +21% to $1.32B here in CY21) – eclipsing the company's 2023 revenue target range of $1.4B-$1.5B a year early. We look for strength to be supported by strong end-market demand across data center, networking, handsets, 5G infrastructure, and automotive power applications. Moreover, we would also highlight more muted seasonality going forward due to greater business diversification and less concentration in handsets (and AAPL).

### We See Another Year of GM Expansion in CY22

With KLA's GMs tracking up ~140bps here in CY21 to 62.8%, we look for margin expansion to continue once again into next year and see GMs of 63.4% in CY22 – consistent with the company's expectation for GMs to hover around 63% +/- 75bps with incremental GMs of 60-65% through CY22. Helping drive this margin expansion are a number of factors, such as increased Process Control mix (we see up ~40bps next year), further ORBK synergies (still haven't realized full extent of margin accretion), and greater AI/ML software offerings (which should come with very nice software GMs). We would also note that if not for current

36

EVERCORE ISI

This report is prepared solely for the use of Jo Lau

supply chain headwinds (related to elevated freight/logistics costs), GMs would likely be 75-100bps higher.

### ▓ Strong FCF Return Should Continue in CY22

KLA has guided to return 85+% of FCF in CY21, nicely above its long-term target of 70+%. We also note that the company has returned ~78% so far calendar-YTD, so we would expect to see nice buyback activity during the Dec Q. Turning to CY22, we look for strong FCF return to continue and expect KLA to once again exceed its long-term target of 70+% FCF return with support from improving business fundamentals and sustainable FCF generation. Assuming CY22 revenues of $9.9B with 23% FCF margin and 90% FCF return, we could see KLA return $2.05B in CY22 ($660M in dividends and $1.39B in buybacks).

### ▓ We See CY22/CY23 EPS Of $23.70/$25.80 (vs. Consensus $21.89/$22.87)

We see total CY22 revenues tracking +21% to $9.9B, with $8.3B from Process Control and $1.6B from EPC. With GMs of 63.4%, Opex of $2.0B, interest/other expense of $176M, a tax rate of 13.5%, and 149.8M shares outstanding – we think CY22 EPS for KLA is tracking towards $23.70, above our modeled/consensus of $22.00/$21.89.

For CY23, we see total revenues tracking +5% to $10.4B, with $8.8B from Process Control and $1.6B from EPC. With GMs of 63.5%, Opex of $2.1B, interest/other expense of $176M, a tax rate of 13.5%, and 147.1M shares outstanding – we think CY23 EPS for KLA is tracking towards $25.80, above our modeled/consensus of $23.25/$22.87.

37

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

**Figure 18: Semiconductor Calendar**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 1/24/2022 | 1/25/2022 | 1/26/2022 | 1/27/2022 | 1/28/2022 |
| | TXN Earnings<br>MSFT Earnings | INTC Earnings<br>LRCX Earnings<br>STX Earnings<br>Nanya Earnings<br>Samsung Earnings | MTSI Earnings<br>TER Earnings<br>KLAC Earnings<br>WDC Earnings<br>SK Hynix Earnings | |
| 1/31/2022 | 2/1/2022 | 2/2/2022 | 2/3/2022 | 2/4/2022 |
| CRUS Earnings | NXPI Earnings<br>AMD Earnings<br>ENTG Earnings | QCOM Earnings<br>SITM Earnings<br>MXL Earnings | TXN Capital Management Call<br>SWKS Earnings<br>MCHP Earnings<br>ARW Earnings | |
| 2/7/2022 | 2/8/2022 | 2/9/2022 | 2/10/2022 | 2/11/2022 |
| ON Earnings | VSH Earnings | DIOD Earnings | | |
| 2/14/2022 | 2/15/2022 | 2/16/2022 | 2/17/2022 | 2/18/2022 |
| | LSCC Earnings | AMAT Earnings<br>CSCO Earnings | INTC Analyst Day | |

Source: Company Data, Evercore ISI Research

38

Seagate_000252167

EVERCORE ISI

This report is prepared solely for the use of Jo Lau

## Figure 19: Evercore ISI vs. Consensus

| Company | Ticker | Price on 1/21/2022 | Market Cap | Current Q Revenues EVR ISI | Cons | Delta | Current Q EPS EVR ISI | Cons | Delta | Next Q Revenues EVR ISI | Cons | Delta | Next Q EPS EVR ISI | Cons | Delta |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Compute/Mobility** | | | | | | | | | | | | | | | |
| Intel | INTC | $52.04 | $211,647 | $18,300 | $18,331 | 0% | $0.90 | $0.90 | 0% | $18,727 | $17,607 | 6% | $0.94 | $0.86 | 9% |
| Qualcomm | QCOM | $164.93 | $186,480 | $10,400 | $10,442 | 0% | $3.00 | $3.01 | 0% | $9,366 | $9,661 | -3% | $2.36 | $2.51 | -6% |
| Broadcom | AVGO | $533.23 | $226,139 | $7,600 | $7,606 | 0% | $8.10 | $8.13 | 0% | $7,465 | $7,429 | 0% | $7.98 | $7.93 | 1% |
| Nvidia | NVDA | $233.74 | $603,750 | $7,400 | $7,405 | 0% | $1.22 | $1.22 | -1% | $7,555 | $7,281 | 4% | $1.21 | $1.19 | 2% |
| Xilinx | XLNX | $187.79 | $46,009 | $915 | $957 | -4% | $0.98 | $0.98 | 0% | $930 | $971 | -4% | $0.98 | $1.01 | -3% |
| **Analog** | | | | | | | | | | | | | | | |
| Texas Instruments | TXN | $175.64 | $160,186 | $4,400 | $4,430 | -1% | $1.87 | $1.95 | -4% | $4,578 | $4,374 | 5% | $1.96 | $1.87 | 5% |
| NXP Semi | NXPI | $199.95 | $53,083 | $3,000 | $2,999 | 0% | $3.01 | $3.01 | 0% | $3,035 | $2,959 | 3% | $2.95 | $2.79 | 6% |
| Analog Devices | ADI | $159.52 | $83,333 | $2,600 | $2,601 | 0% | $1.78 | $1.78 | 0% | $2,650 | $2,642 | 0% | $1.84 | $1.84 | 0% |
| MACOM | MTSI | $65.06 | $4,580 | $159 | $159 | 0% | $0.62 | $0.62 | 0% | $165 | $163 | 1% | $0.65 | $0.63 | 4% |
| **Storage** | | | | | | | | | | | | | | | |
| Micron | MU | $81.93 | $95,260 | $7,500 | $7,519 | 0% | $1.95 | $1.96 | -1% | $7,900 | $8,057 | -2% | $2.04 | $2.18 | -6% |
| Western Digital | WDC | $57.81 | $18,672 | $4,800 | $4,810 | 0% | $2.10 | $2.12 | -1% | $4,600 | $4,741 | -3% | $1.66 | $1.94 | -14% |
| Seagate | STX | $95.52 | $22,359 | $3,100 | $3,113 | 0% | $2.35 | $2.36 | 0% | $2,908 | $2,905 | 0% | $2.06 | $2.06 | 0% |
| Marvell | MRVL | $72.55 | $62,272 | $1,320 | $1,322 | 0% | $0.48 | $0.48 | -1% | $1,385 | $1,381 | 0% | $0.49 | $0.49 | -1% |
| **Semi Equipment** | | | | | | | | | | | | | | | |
| Applied Materials | AMAT | $135.06 | $123,637 | $6,160 | $6,201 | -1% | $1.85 | $1.86 | 0% | $6,400 | $6,382 | 0% | $1.95 | $1.95 | 0% |
| ASM Lithography | ASML-AMS | $629.30 | € 258,234 | € 3,400 | € 3,996 | -15% | € 1.50 | € 2.36 | -36% | € 6,344 | € 5,774 | 10% | € 5.10 | € 4.42 | 15% |
| KLA-Tencor | KLAC | $373.03 | $58,114 | $2,325 | $2,333 | 0% | $5.41 | $5.44 | -1% | $2,375 | $2,369 | 0% | $5.55 | $5.50 | 1% |
| Lam Research | LRCX | $605.79 | $87,249 | $4,400 | $4,413 | 0% | $8.54 | $8.51 | 0% | $4,450 | $4,496 | -1% | $8.54 | $8.72 | -2% |
| Teradyne | TER | $143.39 | $23,714 | $860 | $868 | -1% | $1.28 | $1.29 | -1% | $860 | $877 | -2% | $1.32 | $1.30 | 1% |
| **Display** | | | | | | | | | | | | | | | |
| Universal Display | OLED | $145.53 | $6,886 | $148 | $143 | 3% | $1.07 | $1.01 | 6% | $174 | $148 | 18% | $1.52 | $1.13 | 34% |

| Company | Ticker | Price on 1/21/2022 | Market Cap | CY22 Revenues EVR ISI | Cons | Delta | CY22 EPS EVR ISI | Cons | Delta | CY23 Revenues EVR ISI | Cons | Delta | CY23 EPS EVR ISI | Cons | Delta |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Compute/Mobility** | | | | | | | | | | | | | | | |
| Intel | INTC | $52.04 | $211,647 | $73,995 | $73,306 | 1% | $3.73 | $3.64 | 3% | $76,386 | $77,390 | -1% | $3.71 | $3.72 | 0% |
| Qualcomm | QCOM | $164.93 | $186,480 | $39,100 | $41,379 | -6% | $10.20 | $11.20 | -9% | $40,425 | $43,810 | -8% | $10.70 | $11.77 | -9% |
| Broadcom | AVGO | $533.23 | $226,139 | $31,270 | $31,215 | 0% | $34.22 | $34.08 | 0% | $33,740 | $32,643 | 3% | $38.36 | $36.66 | 5% |
| Nvidia | NVDA | $233.74 | $603,750 | $32,303 | $31,787 | 2% | $5.25 | $5.33 | -1% | $38,495 | $37,233 | 3% | $6.50 | $6.28 | 4% |
| Xilinx | XLNX | $187.79 | $46,009 | $3,862 | $4,000 | -3% | $4.09 | $4.22 | -3% | NA | $4,405 | NA | NA | $4.93 | NA |
| **Analog** | | | | | | | | | | | | | | | |
| Texas Instruments | TXN | $175.64 | $160,186 | $19,111 | $18,587 | 3% | $8.30 | $8.11 | 2% | $20,409 | $19,862 | 3% | $9.30 | $8.78 | 6% |
| NXP Semi | NXPI | $199.95 | $53,083 | $12,280 | $12,313 | 0% | $12.00 | $12.04 | 0% | $13,281 | $13,135 | 1% | $13.25 | $13.01 | 2% |
| Analog Devices | ADI | $159.52 | $83,333 | $11,041 | $10,852 | 2% | $8.00 | $7.73 | 4% | $12,031 | $11,644 | 3% | $9.65 | $8.77 | 10% |
| MACOM | MTSI | $65.06 | $4,580 | $686 | $685 | 0% | $2.75 | $2.71 | 2% | $735 | $742 | -1% | $3.00 | $2.93 | 2% |
| **Storage** | | | | | | | | | | | | | | | |
| Micron | MU | $81.93 | $95,260 | $34,759 | $34,560 | 1% | $9.50 | $9.80 | -3% | $39,586 | $39,866 | -1% | $12.00 | $12.29 | -2% |
| Western Digital | WDC | $57.81 | $18,672 | $20,124 | $20,120 | 0% | $8.70 | $8.72 | 0% | $21,891 | $21,743 | 1% | $10.50 | $9.53 | 10% |
| Seagate | STX | $95.52 | $22,359 | $12,000 | $12,025 | 0% | $8.90 | $8.77 | 2% | $12,250 | $12,250 | 0% | $9.85 | $9.20 | 7% |
| Marvell | MRVL | $72.55 | $62,272 | $5,900 | $5,907 | 0% | $2.20 | $2.22 | -1% | $7,082 | $6,896 | 3% | $2.88 | $2.91 | -1% |
| **Semi Equipment** | | | | | | | | | | | | | | | |
| Applied Materials | AMAT | $135.06 | $123,637 | $27,480 | $27,300 | 1% | $8.70 | $8.52 | 2% | $27,480 | $27,988 | -2% | $9.85 | $8.87 | 11% |
| ASM Lithography | ASML-AMS | € 629.30 | € 258,234 | € 22,333 | € 22,353 | 0% | € 17.07 | € 16.99 | 0% | € 25,701 | € 25,075 | 2% | € 21.50 | € 20.14 | 7% |
| KLA-Tencor | KLAC | $373.03 | $58,114 | $9,500 | $9,501 | 0% | $22.00 | $21.89 | 0% | $9,830 | $9,835 | 0% | $23.25 | $22.87 | 2% |
| Lam Research | LRCX | $605.79 | $87,249 | $18,500 | $18,479 | 0% | $37.00 | $36.67 | 1% | $19,800 | $19,076 | 4% | $42.00 | $38.61 | 9% |
| Teradyne | TER | $143.39 | $23,714 | $4,050 | $4,014 | 1% | $7.00 | $6.49 | 8% | $4,388 | $4,460 | -2% | $8.00 | $7.59 | 5% |
| **Display** | | | | | | | | | | | | | | | |
| Universal Display | OLED | $145.53 | $6,886 | $700 | $663 | 6% | $5.75 | $5.19 | 11% | $815 | $777 | 5% | $6.75 | $6.32 | 7% |

*Source: Company Data, Evercore ISI Research*

39

Seagate_000252168

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

## Figure 20: Semi/Semi Equipment Comps

| Company | Ticker | Rating | Price on 1/21/2022 | Price Target | Market Cap ($Bil) | Enterprise Value ($Bil) | Div Yield | P/E CY21E | P/E CY22E | EV/Sales CY21E | EV/Sales CY22E | EV/EBITDA CY21E | EV/EBITDA CY22E | EV/FCF CY21E | EV/FCF CY22E | FCF Yield CY21E | FCF Yield CY22E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Computing** | | | | | | | | | | | | | | | | | |
| Intel | INTC | In Line | $52.04 | $55 | $211.6 | $218.3 | 2.7% | 9.8x | 14.3x | 2.9x | 3.0x | 6.7x | 7.3x | 16.5x | 107.5x | 6.2% | 1.0% |
| Qualcomm | QCOM | In Line | $164.93 | $210 | $186.5 | $195.2 | 1.7% | 17.6x | 14.7x | 5.7x | 4.6x | 14.0x | 11.4x | 21.3x | 15.9x | 4.8% | 6.2% |
| NVIDIA | NVDA | Outperform | $233.74 | $375 | $603.8 | $605.5 | 0.1% | 53.8x | 43.8x | 21.5x | 17.8x | 41.9x | 34.6x | 64.6x | 46.3x | 1.5% | 2.1% |
| AMD | AMD | - | $118.81 | - | $147.2 | $146.9 | 0.0% | 45.0x | 35.1x | 8.6x | 7.1x | 34.7x | 27.1x | 39.8x | 36.6x | 2.4% | 2.6% |
| **Median** | | | | | | | **0.9%** | **31.3x** | **24.9x** | **7.2x** | **5.8x** | **24.4x** | **19.3x** | **30.6x** | **41.5x** | **3.6%** | **2.3%** |
| **Communications** | | | | | | | | | | | | | | | | | |
| Broadcom | AVGO | Outperform | $533.23 | $775 | $226.1 | $263.1 | 3.0% | 18.1x | 15.6x | 9.0x | 8.1x | 15.0x | 13.2x | 18.7x | 16.5x | 6.0% | 6.9% |
| NXPI | NXPI | Outperform | $199.95 | $260 | $53.1 | $61.7 | 1.3% | 18.8x | 16.6x | 5.3x | 4.7x | 14.0x | 12.0x | 23.9x | 20.6x | 4.6% | 5.3% |
| Marvell | MRVL | Outperform | $72.55 | $115 | $62.3 | $65.8 | 0.3% | 47.1x | 32.7x | 14.4x | 10.7x | 31.3x | 25.8x | 65.2x | 33.4x | 1.6% | 3.1% |
| Skyworks | SWKS | - | $139.90 | - | $23.6 | $25.3 | 1.6% | 13.7x | 11.7x | 4.6x | 4.0x | 10.1x | 8.8x | 18.2x | 12.2x | 5.6% | 8.0% |
| Qorvo | QRVO | - | $134.31 | - | $15.1 | $16.0 | 0.0% | 11.4x | 10.3x | 3.3x | 2.9x | 8.9x | 7.7x | 14.3x | 10.0x | 7.2% | 9.9% |
| MACOM | MTSI | In Line | $65.06 | $85 | $4.6 | $4.9 | 0.0% | 28.2x | 24.0x | 8.0x | 7.1x | 24.3x | 19.7x | 31.7x | 26.7x | 3.4% | 3.9% |
| **Median** | | | | | | | **0.8%** | **18.4x** | **16.1x** | **6.7x** | **5.9x** | **14.5x** | **12.6x** | **21.3x** | **18.6x** | **5.1%** | **6.1%** |
| **PLD** | | | | | | | | | | | | | | | | | |
| Xilinx | XLNX | In Line | $187.79 | $238 | $46.0 | $44.6 | 0.3% | 53.7x | 44.5x | 11.9x | 10.7x | 36.5x | 31.7x | 38.5x | 34.2x | 2.5% | 2.7% |
| **Analog** | | | | | | | | | | | | | | | | | |
| Texas Instruments | TXN | In Line | $175.64 | $210 | $160.2 | $160.3 | 2.4% | 22.1x | 21.7x | 9.0x | 8.5x | 16.8x | 16.0x | 23.7x | 24.0x | 4.2% | 4.1% |
| Analog Devices | ADI | Outperform | $159.52 | $210 | $83.3 | $68.8 | 1.8% | 23.6x | 20.6x | 12.1x | 8.4x | 24.7x | 16.8x | 34.7x | 25.5x | 2.9% | 4.2% |
| Infineon | IFX | - | $40.92 | - | $55.9 | $60.8 | 0.9% | 27.3x | 21.3x | 4.5x | 3.8x | 15.6x | 11.9x | 31.4x | 47.5x | 3.4% | 2.2% |
| STMicro | STM | - | $44.91 | - | $41.1 | $42.6 | 0.5% | 21.9x | 17.3x | 3.2x | 2.8x | 12.0x | 9.9x | 57.7x | 34.7x | 1.7% | 2.8% |
| Microchip | MCHP | - | $73.33 | - | $41.0 | $49.8 | 1.2% | 17.6x | 15.0x | 7.1x | 6.3x | 15.7x | 14.1x | 22.5x | 18.0x | 5.2% | 6.3% |
| **Median** | | | | | | | **1.2%** | **22.1x** | **20.6x** | **7.1x** | **6.3x** | **15.7x** | **14.1x** | **31.4x** | **25.5x** | **3.4%** | **4.1%** |
| **Storage** | | | | | | | | | | | | | | | | | |
| Micron | MU | Outperform | $81.93 | $120 | $95.3 | $94.2 | 0.4% | 11.0x | 8.4x | 3.2x | 2.7x | 6.5x | 4.8x | 34.6x | 17.8x | NA | NA |
| Western Digital | WDC | Outperform | $57.81 | $75 | $18.7 | $24.5 | 0.0% | 7.4x | 6.6x | 1.4x | 1.1x | 9.0x | 5.2x | 20.8x | 10.5x | 6.3% | 11.4% |
| Seagate | STX | In Line | $95.52 | $110 | $22.4 | $27.3 | 2.9% | 11.7x | 10.9x | 2.4x | 2.1x | 12.4x | 9.1x | 21.4x | 15.1x | 5.5% | 7.8% |
| Silicon Motion | SIMO | - | $86.58 | - | $2.9 | $2.6 | 1.4% | 14.3x | 12.1x | 2.8x | 2.3x | 9.6x | 8.5x | 16.8x | 10.2x | 5.2% | 8.1% |
| **Median** | | | | | | | **0.4%** | **11.0x** | **8.4x** | **2.4x** | **2.1x** | **9.0x** | **5.2x** | **21.4x** | **15.1x** | **5.9%** | **9.6%** |
| **SPE** | | | | | | | | | | | | | | | | | |
| ASML Holding NV | ASML-ams | Outperform | €629.30 | €900 | €258.23 | €253.91 | 0.8% | 43.7x | 37.0x | 13.6x | 11.5x | 35.3x | 29.7x | 25.6x | 51.4x | 3.9% | 1.9% |
| Applied Materials | AMAT | Outperform | $135.06 | $185 | $123.6 | $128.2 | 0.7% | 18.4x | 15.8x | 5.2x | 4.5x | 15.4x | 13.3x | 25.5x | 18.5x | 3.9% | 5.4% |
| Lam Research | LRCX | Outperform | $605.79 | $855 | $87.2 | $88.8 | 0.9% | 18.7x | 16.5x | 5.8x | 4.8x | 17.6x | 14.3x | 26.2x | 21.0x | 3.8% | 4.7% |
| KLA-Tencor | KLAC | In Line | $373.03 | $455 | $58.1 | $59.7 | 1.1% | 20.3x | 17.0x | 8.3x | 6.2x | 20.3x | 14.2x | 29.5x | 19.1x | 3.4% | 5.3% |
| Teradyne | TER | Outperform | $143.39 | $200 | $23.7 | $25.4 | 0.2% | 24.3x | 22.1x | 6.1x | 5.5x | 17.0x | 15.5x | 22.8x | 20.1x | 4.2% | 4.7% |
| MKS Instruments | MKSI | - | $158.52 | - | $9.0 | $9.1 | 0.5% | 14.1x | 13.0x | 3.0x | 2.6x | 10.5x | 9.0x | 15.7x | 12.9x | 6.4% | 7.2% |
| Entegris | ENTG | - | $120.23 | - | $16.8 | $17.5 | 0.3% | 35.8x | 30.5x | 7.4x | 6.3x | 24.2x | 20.1x | 51.3x | 49.5x | 2.0% | 2.1% |
| **Median** | | | | | | | **0.7%** | **20.3x** | **17.0x** | **6.1x** | **5.5x** | **17.6x** | **14.3x** | **25.6x** | **20.1x** | **3.9%** | **4.7%** |
| **Display** | | | | | | | | | | | | | | | | | |
| Universal Display | OLED | Outperform | $145.53 | $190 | $6.9 | $6.2 | 0.5% | 37.3x | 28.0x | 11.1x | 8.7x | 23.0x | 16.8x | 36.4x | 25.1x | 2.5% | 3.4% |
| **Indices** | | | | | | | | | | | | | | | | | |
| PHLX / Semiconductor | SOX | | $3,435 | | $2,605.7 | NA | 1.9% | 27.9x | 22.4x | 8.7x | 6.9x | 18.9x | 14.9x | | | 2.6% | 3.0% |
| S&P 500 | SP50 | | $4,398 | | $37,956.4 | NA | 2.0% | 23.2x | 20.0x | 3.6x | 3.2x | 16.3x | 13.8x | | | 3.6% | 4.4% |
| NASDAQ-100 Index | NDX | | $14,438 | | $17,515.1 | NA | 1.3% | 33.5x | 27.8x | 6.0x | 4.9x | 21.0x | 17.3x | | | 2.8% | 3.6% |
| DJ Industrial Average | DJII | | $34,715 | | NA | NA | 2.4% | 18.9x | 18.2x | 3.2x | 2.9x | 15.2x | 13.4x | | | 3.8% | 4.8% |
| **Median** | | | | | | | **1.9%** | **25.6x** | **21.2x** | **4.8x** | **4.0x** | **17.6x** | **14.3x** | **NA** | **NA** | **3.2%** | **4.0%** |

Source: Company Data, Evercore ISI Research

40

Seagate_000252169

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

**Figure 21: Stock Performance**

| Company | Ticker | Rating | Price on 1/21/2022 | Week Return | Month Return | QTD Return | YTD Return |
|---|---|---|---|---|---|---|---|
| **Computing** | | | | | | | |
| Intel | INTC | In Line | $52.04 | -5.3% | 4.9% | 1.0% | 1.0% |
| Qualcomm | QCOM | In Line | $164.93 | -10.3% | -6.6% | -9.0% | -9.8% |
| NVIDIA | NVDA | Outperform | $233.74 | -12.0% | -15.7% | -17.9% | -20.5% |
| AMD | AMD | - | $118.81 | -10.5% | -12.5% | -15.3% | -17.4% |
| **Communications** | | | | | | | |
| Broadcom | AVGO | Outperform | $533.23 | -10.7% | -16.7% | -17.7% | -19.9% |
| NXPI | NXPI | Outperform | $199.95 | -9.9% | -8.1% | -12.4% | -12.2% |
| Marvell | MRVL | Outperform | $72.55 | -7.8% | -13.7% | -15.6% | -17.0% |
| Qorvo | QRVO | - | $134.31 | -8.5% | -8.1% | -12.3% | -14.1% |
| MACOM | MTSI | In Line | $65.06 | -9.2% | -11.2% | -16.1% | -16.9% |
| **PLD** | | | | | | | |
| Xilinx | XLNX | In Line | $187.79 | -1.9% | -4.3% | -12.5% | -11.4% |
| Lattice | LSCC | - | $53.91 | -15.3% | -23.4% | -27.2% | -30.0% |
| **Analog** | | | | | | | |
| Texas Instruments | TXN | In Line | $175.64 | -4.6% | -4.7% | -8.0% | -6.8% |
| Analog Devices | ADI | Outperform | $159.52 | -6.0% | -5.2% | -9.8% | -9.2% |
| Infineon | IFX | - | $40.92 | -10.9% | -6.7% | -7.4% | -11.7% |
| Microchip | MCHP | - | $73.33 | -12.4% | -11.2% | -15.0% | -15.8% |
| **Storage** | | | | | | | |
| Micron | MU | Outperform | $81.93 | -14.3% | 0.0% | -8.7% | -12.0% |
| Western Digital | WDC | Outperform | $57.81 | -13.1% | 3.4% | -8.1% | -11.3% |
| Seagate | STX | In Line | $95.52 | -13.8% | -8.5% | -11.1% | -15.5% |
| **SPE** | | | | | | | |
| ASML Holding NV | ASML-ams | Outperform | € 629.30 | -5.1% | -4.7% | -9.4% | -11.0% |
| Applied Materials | AMAT | Outperform | $135.06 | -14.1% | -6.9% | -11.6% | -14.2% |
| Lam Research | LRCX | Outperform | $605.79 | -11.8% | -8.4% | -13.8% | -15.8% |
| KLA-Tencor | KLAC | In Line | $373.03 | -11.5% | -3.2% | -10.9% | -13.3% |
| Teradyne | TER | Outperform | $143.39 | -9.4% | -7.9% | -11.0% | -12.3% |
| MKS Instruments | MKSI | - | $158.52 | -8.8% | 1.5% | -7.3% | -9.0% |
| Entegris | ENTG | - | $120.23 | -8.8% | -7.4% | -10.6% | -13.2% |
| **Display** | | | | | | | |
| Universal Display | OLED | Outperform | $145.53 | -7.8% | -3.4% | -11.5% | -11.8% |
| **Indices** | | | | | | | |
| PHLX / Semiconductor | SOX | | $3,434.8 | -9.9% | -8.0% | -11.4% | -13.0% |
| S&P 500 | SP50 | | $4,397.9 | -5.6% | -3.7% | -5.9% | -7.7% |
| NASDAQ-100 Index | NDX | | $14,438.4 | -6.8% | -7.6% | -9.0% | -11.5% |
| DJ Industrial Average | DJII | | $34,715.4 | -3.9% | -0.6% | -4.5% | -4.5% |

Source: Company Data, Evercore ISI Research

41

Seagate_000252170

EVERCORE ISI

This report is prepared solely for the use of Jo Lau

**Figure 22: Monthly Short Interest**

| Company | Ticker | Rating | Price on 1/21/2022 | Market Cap | Short Interest (M) | Short Interest Ratio | Short Interest 1 Month Ago (M) | MoM Change in Short Int |
|---|---|---|---|---|---|---|---|---|
| **Computing** | | | | | | | | |
| Intel | INTC | In Line | $52.04 | $211.6 | $68.6 | 2.7 | $75.8 | -9.5% |
| Qualcomm | QCOM | In Line | $164.93 | $186.5 | $14.5 | 2.0 | $14.5 | 0.2% |
| NVIDIA | NVDA | Outperform | $233.74 | $603.8 | $21.9 | 0.5 | $22.6 | -2.7% |
| AMD | AMD | - | $118.81 | $147.2 | $63.1 | 1.2 | $71.6 | -11.9% |
| **Communications** | | | | | | | | |
| Broadcom | AVGO | Outperform | $533.23 | $226.1 | $5.5 | 2.1 | $4.6 | 19.4% |
| NXPI | NXPI | Outperform | $199.95 | $53.1 | $5.3 | 3.2 | $5.6 | -6.3% |
| Marvell | MRVL | Outperform | $72.55 | $62.3 | $14.9 | 1.7 | $16.8 | -11.4% |
| Qorvo | QRVO | - | $134.31 | $15.1 | $2.0 | 1.8 | $2.1 | -3.0% |
| MACOM | MTSI | In Line | $65.06 | $4.6 | $2.1 | 7.0 | $2.3 | -8.2% |
| **PLD** | | | | | | | | |
| Xilinx | XLNX | In Line | $187.79 | $46.0 | $10.9 | 3.7 | $11.4 | -4.4% |
| Lattice | LSCC | - | $53.91 | $7.7 | $3.2 | 3.9 | $3.1 | 0.5% |
| **Analog** | | | | | | | | |
| Texas Instruments | TXN | In Line | $175.64 | $160.2 | $18.5 | 4.5 | $16.9 | 9.6% |
| Analog Devices | ADI | Outperform | $159.52 | $83.3 | $6.6 | 2.2 | $7.4 | -10.6% |
| Infineon | IFX | - | $40.92 | $55.9 | NA | NA | NA | NA |
| Microchip | MCHP | - | $73.33 | $41.0 | $11.8 | 3.5 | $11.6 | 1.1% |
| **Storage** | | | | | | | | |
| Micron | MU | Outperform | $81.93 | $95.3 | $24.9 | 1.0 | $24.1 | 3.4% |
| Western Digital | WDC | Outperform | $57.81 | $18.7 | $7.9 | 2.2 | $7.9 | -0.1% |
| Seagate | STX | In Line | $95.52 | $22.4 | $10.3 | 6.1 | $11.3 | -8.4% |
| **SPE** | | | | | | | | |
| ASML Holding NV | ASML-ams | Outperform | € 629.30 | € 258.23 | NA | NA | NA | NA |
| Applied Materials | AMAT | Outperform | $135.06 | $123.6 | $11.7 | 2.1 | $12.0 | -2.8% |
| Lam Research | LRCX | Outperform | $605.79 | $87.2 | $1.9 | 1.9 | $2.1 | -9.6% |
| KLA-Tencor | KLAC | In Line | $373.03 | $58.1 | $2.0 | 1.4 | $2.8 | -29.4% |
| Teradyne | TER | Outperform | $143.39 | $23.7 | $5.6 | 3.7 | $3.6 | 55.3% |
| MKS Instruments | MKSI | - | $158.52 | $9.0 | $1.6 | 4.2 | $1.6 | 4.3% |
| Entegris | ENTG | - | $120.23 | $16.8 | $4.1 | 4.1 | $3.6 | 14.0% |
| **Display** | | | | | | | | |
| Universal Display | OLED | Outperform | $145.53 | $6.9 | $1.1 | 2.3 | $1.4 | -22.5% |

Source: Company Data, Evercore ISI Research

| Company Changes | | | Rating | | Target Price | | | Current Year | | | Next Year | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Symbol | Company | Price | | Curr | Prev | | Curr | Prev | | Curr | Prev | | Curr | Prev |
| INTC | Intel Corporation | $52.04 | - | IL | IL | - | $55.00 | $60.00 | - | $3.21 | $4.50 | - | - | - |
| KLAC | KLA Corporation | $383.28 | - | IL | IL | - | $455.00 | $400.00 | - | $22.00 | $22.00 | - | $23.25 | - |

Seagate_000252171

EVERCORE ISI

This report is prepared solely for the use of Jo Lau

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LRCX | Lam Research Corporation | $619.67 | - | OPF | OPF | - | $855.00 | $775.00 | - | $37.00 | $37.00 | - | $42.00 | - |
| MTSI | M/A-Com | $65.73 | - | IL | IL | - | $85.00 | $82.00 | - | $2.75 | $2.75 | - | $3.00 | $3.00 |
| STX | Seagate Technology | $100.43 | - | IL | IL | - | $110.00 | $100.00 | - | $8.90 | $8.90 | - | $9.85 | - |
| TER | Teradyne Inc. | $145.48 | - | OPF | OPF | - | $200.00 | $175.00 | - | $7.00 | $7.00 | - | $8.00 | - |
| TXN | Texas Instruments Inc. | $173.45 | - | IL | IL | - | $210.00 | $200.00 | - | $8.30 | $8.30 | - | $9.30 | - |
| WDC | Western Digital Corp. | $59.92 | - | OPF | OPF | - | $75.00 | $75.00 | - | $8.70 | $8.70 | - | $10.50 | - |

Source: Company Data, Evercore ISI Research

43

Seagate_000252172

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

## TIMESTAMP

**(Article 3(1)e and Article 7 of MAR)**

Time of dissemination: January 21 2022 6:05 PM ET

## ANALYST CERTIFICATION

The analysts, C.J. Muse, Matthew Prisco, primarily responsible for the preparation of this research report attest to the following: (1) that the views and opinions rendered in this research report reflect his or her personal views about the subject companies or issuers; and (2) that no part of the research analyst's compensation was, is, or will be directly related to the specific recommendations or views in this research report.

## IMPORTANT DISCLOSURES

This report is approved and/or distributed by Evercore Group L.L.C. ("Evercore Group"), a U.S. licensed broker-dealer regulated by the Financial Industry Regulatory Authority ("FINRA"), and Evercore ISI International Limited ("ISI UK"), which is authorised and regulated in the United Kingdom by the Financial Conduct Authority. The institutional sales, trading and research businesses of Evercore Group and ISI UK collectively operate under the global marketing brand name Evercore ISI ("Evercore ISI"). Both Evercore Group and ISI UK are subsidiaries of Evercore Inc. ("Evercore "). The trademarks, logos and service marks shown on this report are registered trademarks of Evercore.

The analysts and associates responsible for preparing this report receive compensation based on various factors, including Evercore's Partners' total revenues, a portion of which is generated by affiliated investment banking transactions. Evercore ISI seeks to update its research as appropriate, but various regulations may prevent this from happening in certain instances. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Evercore ISI generally prohibits analysts, associates and members of their households from maintaining a financial interest in the securities of any company in the analyst's area of coverage. Any exception to this policy requires specific approval by a member of our Compliance Department. Such ownership is subject to compliance with applicable regulations and disclosure. Evercore ISI also prohibits analysts, associates and members of their households from serving as an officer, director, advisory board member or employee of any company that the analyst covers.

This report may include a Tactical Call, which describes a near-term event or catalyst affecting the subject company or the market overall and which is expected to have a short-term price impact on the equity shares of the subject company. This Tactical Call is separate from the analyst's long-term recommendation (Outperform, In Line or Underperform) that reflects a stock's forward 12-month expected return, is not a formal rating and may differ from the target prices and recommendations reflected in the analyst's long-term view.

**Applicable current disclosures regarding the subject companies covered in this report are available at the offices of Evercore ISI: 55 East 52ⁿᵈ Street, New York, NY 10055, and at the following site: https://evercoreisi.mediasterling.com/disclosure.**

Evercore and its affiliates, and I or their respective directors, officers, members and employees, may have, or have had, interests or qualified holdings on issuers mentioned in this report. Evercore and its affiliates may have, or have had, business relationships with the companies mentioned in this report.

Additional information on securities or financial instruments mentioned in this report is available upon request.

-------------------------------------------------------------------------------------------------------

### Ratings Definitions

#### Current Ratings Definition

Evercore ISI's recommendations are based on a stock's total forecasted return over the next 12 months. Total forecasted return is equal to the expected percentage price return plus gross dividend yield. We divide our stocks under coverage into three primary ratings categories, with the following return guidelines:

**Outperform**- the total forecasted return is expected to be greater than the expected total return of the analyst's coverage sector.
**In Line**- the total forecasted return is expected to be in line with the expected total return of the analyst's coverage sector.
**Underperform**- the total forecasted return is expected to be less than the expected total return of the analyst's coverage sector.
**Coverage Suspended**- the rating and target price have been removed pursuant to Evercore ISI policy when Evercore is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances.*
**Rating Suspended**- Evercore ISI has suspended the rating and target price for this stock because there is not sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, a rating or target price. The previous rating and target price, if any, are no longer in effect for this company and should not be relied upon.*

*Prior to October 10, 2015, the "Coverage Suspended" and "Rating Suspended" categories were included in the category "Suspended."

**FINRA requires that members who use a ratings system with terms other than "Buy," "Hold/Neutral" and "Sell" to equate their own ratings to these categories. For this purpose, and in the Evercore ISI ratings distribution below, our Outperform, In Line, and Underperform ratings can be equated to Buy, Hold and Sell, respectively.**

#### Historical Ratings Definitions

Prior to March 2, 2017, Evercore ISI's recommendations were based on a stock's total forecasted return over the next 12 months:

**Buy**- the total forecasted return is expected to be greater than 10%
**Hold**- the total forecasted return is expected to be greater than or equal to 0% and less than or equal to 10%
**Sell** -the total forecasted return is expected to be less than 0%

44

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

On October 31, 2014, Evercore Partners acquired International Strategy & Investment Group LLC ("ISI Group") and ISI UK (the "Acquisition") and transferred Evercore Group's research, sales and trading businesses to ISI Group. On December 31, 2015, the combined research, sales and trading businesses were transferred back to Evercore Group in an internal reorganization. Since the Acquisition, the combined research, sales and trading businesses have operated under the global marketing brand name Evercore ISI.

**ISI Group and ISI UK:**

Prior to October 10, 2014, the ratings system of ISI Group LLC and ISI UK which was based on a 12-month risk adjusted total return:

Strong Buy- Return > 20%
Buy- Return 10% to 20%
Neutral - Return 0% to 10%
Cautious- Return -10% to 0%
Sell-  Return< -10%

For disclosure purposes, ISI Group and ISI UK ratings were viewed as follows: Strong Buy and Buy equate to Buy, Neutral equates to Hold, and Cautious and Sell equate to Sell.

**Evercore Group:**

Prior to October 10, 2014, the rating system of Evercore Group was based on a stock's expected total return relative to the analyst's coverage universe over the following 12 months. Stocks under coverage were divided into three categories:

Overweight- the stock is expected to outperform the average total return of the analyst's coverage universe over the next 12 months.
Equal-Weight- the stock is expected to perform in line with the average total return of the analyst's coverage universe over the next 12 months.
Underweight -the stock is expected to underperform the average total return of the analyst's coverage universe over the next 12 months.
Suspended- the company rating, target price and earnings estimates have been temporarily suspended.

For disclosure purposes, Evercore Group's prior "Overweight," "Equal-Weight" and "Underweight" ratings were viewed as "Buy," "Hold" and "Sell," respectively.

**Ratings Definitions for Portfolio-Based Coverage**

Evercore ISI utilizes an alternate rating system for companies covered by analysts who use a model portfolio-based approach to determine a company's investment recommendation. Covered companies are included or not included as holdings in the analyst's Model Portfolio, and have the following ratings:

**Long**- the stock is a positive holding in the model portfolio; the total forecasted return is expected to be greater than 0%.
**Short**- the stock is a negative holding in the model portfolio; the total forecasted return is expected to be less than 0%.
**No Position**- the stock is not included in the model portfolio.
**Coverage Suspended**- the rating and target price have been removed pursuant to Evercore ISI policy when Evercore is acting in an advisory capacity in a merger or strategic transaction involving this company, and in certain other circumstances; a stock in the model portfolio is removed.
**Rating Suspended** - Evercore ISI has suspended the rating and/or target price for this stock because there is not sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, a rating or target price. The previous rating and target price, if any, are no longer in effect for this company and should not be relied upon; a stock in the model portfolio is removed.

Stocks included in the model portfolio will be weighted from 0 to 100% for Long and 0 to -100% for Short. A stock's weight in the portfolio reflects the analyst's degree of conviction in the stock's rating relative to other stocks in the portfolio. The model portfolio may also include a cash component. At any given time the aggregate weight of the stocks included in the portfolio and the cash component must equal100%.

Stocks assigned ratings under the alternative model portfolio-based coverage system cannot also be rated by Evercore ISI's Current Ratings definitions of Outperform, In Line and Underperform.

**FINRA requires that members who use a ratings system with terms other than "Buy," "Hold/Neutral" and "Sell," to equate their own ratings to these categories. For this purpose, and in the Evercore ISI ratings distribution below, our Long, No Position and Short ratings can be equated to Buy, Hold and Sell respectively.**

**Evercore ISI rating (as of 01/21/2022)**

| Coverage Universe | | | Investment Banking Services I Past 12 Months | | |
|---|---|---|---|---|---|
| Ratings | Count | Pct. | Ratings | Count | Pct. |
| Buy | 539 | 62 | Buy | 109 | 20 |
| Hold | 289 | 33 | Hold | 28 | 10 |
| Sell | 16 | 2 | Sell | 0 | 0 |
| Coverage Suspended | 11 | 1 | Coverage Suspended | 2 | 18 |
| Rating Suspended | 13 | 1 | Rating Suspended | 6 | 46 |

**Issuer-Specific Disclosures (as of January 21, 2022)**

**Price Charts**

45

Seagate_000252174

This report is prepared solely for the use of Jo Lau

EVERCORE ISI

## GENERAL DISCLOSURES

This report is approved and/or distributed by Evercore Group L.L.C. ("Evercore Group"), a U.S. licensed broker-dealer regulated by the Financial Industry Regulatory Authority ("FINRA") and by Evercore ISI International Limited ("ISI UK"), which is authorised and regulated in the United Kingdom by the Financial Conduct Authority. The institutional sales, trading and research businesses of Evercore Group and ISI UK collectively operate under the global marketing brand name Evercore ISI ("Evercore ISI"). Both Evercore Group and ISI UK are subsidiaries of Evercore Inc. ("Evercore"). The trademarks, logos and service marks shown on this report are registered trademarks of Evercore Inc.

This report is provided for informational purposes only. It is not to be construed as an offer to buy or sell or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy in any jurisdiction. The information and opinions in this report were prepared by registered employees of Evercore ISI. The information herein is believed by Evercore ISI to be reliable and has been obtained from public sources believed to be reliable, but Evercore ISI makes no representation as to the accuracy or completeness of such information. Opinions, estimates and projections in this report constitute the current judgment of the author as of the date of this report. They do not necessarily reflect the opinions of Evercore and are subject to change without notice. In addition, opinions, estimates and projections in this report may differ from or be contrary to those expressed by other business areas or groups of Evercore and its affiliates. Evercore ISI has no obligation to update, modify or amend this report or to otherwise notify a reader thereof in the event that any matter stated herein, or any opinion, projection, forecast or estimate set forth herein, changes or subsequently becomes inaccurate. Facts and views in Evercore ISI research reports and notes have not been reviewed by, and may not reflect information known to, professionals in other Evercore affiliates or business areas, including investment banking personnel.

Evercore ISI does not provide individually tailored investment advice in research reports. This report has been prepared without regard to the particular investments and circumstances of the recipient. The financial instruments discussed in this report may not suitable for all investors and investors must make their own investment decisions using their own independent advisors as they believe necessary and based upon their specific financial situations and investment objectives. Securities and other financial instruments discussed in this report, or recommended or offered by Evercore ISI, are not insured by the Federal Deposit Insurance Corporation and are not deposits of or other obligations of any insured depository institution. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the price or value of, or the income derived from the financial instrument, and such investor effectively assumes such currency risk. In addition, income from an investment may fluctuate and the price or value of financial instruments described in this report, either directly or indirectly, may rise or fall. Estimates of future performance are based on assumptions that may not be realized. Furthermore, past performance is not necessarily indicative of future performance.

Evercore ISI salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in this research. Our asset management affiliates and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

Electronic research is simultaneously available to all clients. This report is provided to Evercore ISI clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Evercore ISI. Receipt and review of this research report constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion or information contained in this report (including any investment recommendations, estimates or target prices) without first obtaining express permission from Evercore ISI.

This report is not intended for distribution to, or use by any person or entity in any jurisdiction or country where such distribution or use would be contrary to local law or regulation.

For investors in the UK: In making this report available, Evercore makes no recommendation to buy, sell or otherwise deal in any securities or investments whatsoever and you should neither rely or act upon, directly or indirectly, any of the information contained in this report in respect of any such investment activity. This report is being directed at or distributed to, (a) persons who fall within the definition of Investment Professionals (set out in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order")); (b) persons falling within the definition of high net worth companies, unincorporated associations, etc. (set out in Article 49(2) of the Order); (c) other persons to whom it may otherwise lawfully be communicated (all such persons together being referred to as "relevant persons"). This report must not be acted on or relied on by persons who are not relevant persons.

**Applicable current disclosures regarding the subject companies covered in this report are available at the offices of Evercore ISI: 55 East 52nd Street, New York, NY 10055, and at the following site: https://evercoreisi.mediasterling.com/disclosure.**

In compliance with the European Securities and Markets Authority's Market Abuse Regulation, a list of all Evercore ISI recommendations disseminated in the preceding 12 months for the subject companies herein, may be found at the following site: https://evercoreisi.mediasterling.com/disclosure.

© 2022. Evercore Group L.L.C. All rights reserved.

Seagate_000252175