# Exhibit Q

## Equity Research

WELLS FARGO

Earnings Revised — October 22, 2021

**IT Hardware & Communications Networking**

# Seagate Technology plc (STX)

STX: Nearline Momentum Continues; Confidence in Sustainable 30%+ GM% w/ Increased F2022 Rev. Outlook (Low SD% Growth)

## Our Call

STX delivered solid F1Q22 (Sept) results and a better-than-expected F2Q22 / F2022 outlook. F1Q22 rev. and EPS at $3.115B / $2.35 compared to our $3.07B / $2.23 est. (street: $3.11B / $2.21). GM% at 31.0% was +20bps vs. our est.; includes higher q/q COVID costs. STX had guided F1Q22 at $2.95-$3.25B / $2.05-$2.35. **F2Q22 Guide; Move F2022 Rev. Growth Guide to Low Double-Digit Y/Y:** STX is guiding F2Q22 rev. at $3.1B +/-$150M; non-GAAP EPS at $2.35 +/-$0.15/sh. - ahead of our prior $2.91B / $1.98 est. (street: $3.03B / $2.13). STX is raising their full F2022 rev. growth outlook from prior high single-digit growth expectation to low double-digit y/y growth (focus on 2HF2022 seasonality vs. conservatism). **Increase Forward Ests:** We increase our fiscal 2022, 2023, and 2024 rev. and EPS estimates. from $11.9B / $8.47, $12.4B / $9.45, and $13.5B / $10.64 to **$12.0B / $8.91, $12.6B / $9.75**, and **$13.6B / $11.09,** respectively.

**What We Think Stands Out: 1) Nearline HDD Demand.** STX reported nearline HDD capacity ship at 106.4EBs, ~5% above our prior est. and +65% y/y. STX expects continued nearline demand strength into F2Q22; STX continuing to emphasize diversification and a lack of synchronization of hyperscale cloud data center build-outs as a positive driver of nearline demand visibility. **2) HDD Pricing Dynamics; GM%.** Consistent w/ our previewed thoughts, we believe STX's results should provide investors with further evidence that the HDD industry is invoking greater pricing discipline. We would calculate a flat blended ASP ($/GB); implying low-single digit y/y decline (vs. historical -10%-15%/annum trend). **3) Seagate Share Repo vs. Net Debt.** A slowdown in STX's share repo activity did not show up in F1Q22 results - company spent $425M to repurchase ~4.9M shares. While STX's remaining auth. now stands at ~$3.8B and the company's balance sheet leverage remains solid (total leverage ratio at 2.2x, well below sub-4.0x level), we think investors will continue to question STX's repo activity relative to increasing net debt position ($4.145B vs. $2.499B a yr. ago). That said, STX reiterated comfort in operating with ~$2B of total liquidity vs. exiting F1Q22 at ~$2.7B ($991M in cash + $1.725B revolver).

**Key Metrics: 1) Mass Capacity.** STX's Mass Capacity solutions (nearline HDDs, Video & Image Applications, & NAS) accounted for 71% of HDD rev. in F1Q22 - implies ~ $2.03B; +51%y/y and +8% q/q. Mass Capacity EBs shipped totaled 132.3EBs (+53% y/y and +7% q/q), or ~67% of total HDD capacity ship. Nearline HDD capacity ship at 106.4EBs was +65% y/y and +5% q/q. **2) Cloud Demand Thoughts.** Differing somewhat from the results / comments from Intel this week, Seagate remains positive on nearline HDD demand driven by cloud customers - pointing to a 2x increase in cloud data center deployments to ~600+ over the past 5-yrs and another ~200 data center on the way. **3) 11% Customer = Cloud (Google?).** Although STX will not comment on specific customers, when asked about the disclosure of an ~11% customer in the F2021 10-K STX pointed to this as being a cloud customer (we would est. Google). The company provided no comments on shipments to Huawei; only reiterating that it is shipping according to applicable regulatory requirements. **4) FCF; Capital Return.** STX generated strong F1Q22 FCF at $379M ($1.321B TTM FCF). W/ solid profitability, an expectation of consistent working capital management (14 day CCC in F1Q22), and capex at low-end of 4%-6% LT target, we see STX as representing a $1.4-$1.5B+ per annum FCF story. STX returned $425M via share repo in F1Q22 and announced a ~4.5% dividend increase to $0.70/sh.

Equity Analyst(s)

**Aaron Rakers, CFA**
Senior Equity Analyst | Wells Fargo Securities, LLC
Aaron.Rakers@wellsfargo.com | 314-875-2508

**Joe Quatrochi, CFA**
Senior Equity Analyst | Wells Fargo Securities, LLC
Joe.Quatrochi@wellsfargo.com | 314-875-2055

**Jake Wilhelm, CFA, CPA**
Associate Equity Analyst | Wells Fargo Securities, LLC
Jake.Wilhelm@wellsfargo.com | 314-875-2502

**Michael Tsvetanov**
Associate Equity Analyst | Wells Fargo Securities, LLC
Michael.Tsvetanov@wellsfargo.com | 314-875-2558

| Rating | Equal Weight |
|---|---|
| Ticker | STX |
| Price Target/Prior: | $90.00/NC |
| Upside/(Downside) to Target | 9.4% |
| Price (10/21/2021) | $82.24 |
| 52 Week Range | $46.92 - 106.22 |
| Shares Outstanding | 225,972,455 |
| Market Cap (MM) | $18,584 |
| Enterprise Value (MM) | $22,729 |
| Average Daily Volume | 2,118,336 |
| Average Daily Value (MM) | $174 |
| Dividend (NTM) | $2.68 |
| Dividend Yield | 3.3% |
| Net Debt (MM) - last reported | $4,145 |
| ROIC - Current year est. | 23% |
| 3 Yr EPS CAGR from current year (unless otherwise noted) | 6% |

| $ EPS | 2021A | 2022E Curr. | 2022E Prior | 2023E Curr. | 2023E Prior |
|---|---|---|---|---|---|
| Q1 (Sep) | 0.93 A | 2.35 A | 2.23 E | 2.41 E | 2.31 E |
| Q2 (Dec) | 1.29 A | 2.36 E | 1.98 E | 2.38 E | 2.07 E |
| Q3 (Mar) | 1.48 A | 1.99 E | 2.12 E | 2.44 E | 2.47 E |
| Q4 (Jun) | 2.00 A | 2.20 E | 2.15 E | 2.53 E | 2.60 E |
| FY | 5.70 A | 8.91 E | 8.47 E | 9.75 E | 9.45 E |
| P/E | 14.4x | 9.2x | | 8.4x | |

Source: Company Data, Wells Fargo Securities estimates, and Refinitiv.
NA = Not Available, Volatility = Historical trading volatility

All estimates/forecasts are as of 10/22/2021 unless otherwise stated. 10/22/2021 12:24:24EDT. Please see page 8 for rating definitions, important disclosures and required analyst certifications. Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

This document is for josephine.lau@seagate.com and should not be distributed further.

## What Matters Most:

### F2Q22 Outlook

- **Revenue:** Seagate guided F2Q22 revenue at ~$3.1B +/- $150M, or ~$2.95B-$3.25B vs. our prior $2.910B estimate (street: $3.051B). Seagate increased its F2022 revenue outlook from to grow in the low-double digits up from the prior outlook of high-single digits.

- **Gross Margin:** Seagate did not guide GM% but noted that they anticipate continued positive trends in gross margin as the company ramps cost-optimized products. We were previously modeling a 30.4% gross margin in F2Q22. COVID-related costs a slightly higher than expected specifically in shipping costs.

- **Non-GAAP EPS:** Seagate expects non-GAAP EPS of $2.35/sh. +/- $0.15/sh., or ~$2.20-$2.50/sh., which compares to our prior $1.98/sh. estimate (street: $2.13/sh.).

- **Capex:** Seagate expects F2022 capex to be at the low-end of its 4% - 6% of revenue target range.

### Mass Capacity HDDs

- **Revenue:** Mass Capacity revenue totaled ~$2.03B, +51% y/y and +8% q/q, which compares to our $1.885B estimate (street: $1.987B). Mass capacity HDD revenue as a percentage of total revenue increased to 65%, vs. 63% in the prior quarter. As a percentage of HDD revenue, mass capacity HDDs accounted for 71%, compared to 69% and 63% in the prior and year ago quarter, respectively.

- **Capacity Shipped:** Seagate shipped 132.3EB (+53% y/y) of mass capacity HDDs (vs. our 127.0EB est. and 123.3EB in F4Q21). Average capacity per mass capacity drive increased to 9.6TB vs. 9.4TB in the prior period and compares to 8.2TB in the year ago period (+17% y/y). Mass capacity shipments are expected to remain strong heading into the December quarter.

- **End-Segments:** Seagate saw growth across all of its Mass Capacity end markets (Nearline, VIA, and network attached storage) and noted that the Cloud segment was the biggest contributor to the mass capacity market as clients continue to build and equip new datacenters; a trend Seagate expects to continue.Seagate noted that cloud demand is benefiting from a broadening of its customer base as well as from macro trends that were accelerated by COVID. Seagate expects exabyte growth at least into F2023. The company highlighted strong VIA market growth underlined by broadening use cases.

- **Nearline HDDs:** Nearline capacity shipped at 106.4EB (+65% y/y and vs. 101.4EBs shipped in F4Q21) was above our 96.5EB estimate. Average capacity per nearline drive was up mid-single digits from ~12TB in the prior two quarters, or implying ~12.5TB in F1Q22. The company expects continued nearline strength in F2Q21.

- **16/18TB/20TB Drives:** The company reported that it is now offering multiple varieties of its 20TB drives to meet customer demand. 20TB started ramping during the quarter and Seagate reported strong customer interest. Seagate noted that the majority of mass capacity volume is from the common platform.

This document is for josephine.lau@seagate.com and should not be distributed further.

Seagate_000249736

**Legacy HDDs:**

- **Revenue:** Legacy HDD revenue totaled $831M, +5% y/y and -3% q/q (vs. our $909M est.) driven by a decline in consumer brands following a strong June quarter, partially offset by continued mission-critical HDD demand from an improving enterprise spending environment. Management noted that it is seeing consumer demand come back in the December quarter, but also seeing weakness in compute. Legacy HDDs accounted for 29% of total HDD revenue (first-time <30%), which compares to 31% and 37% in F4Q21 and F1Q21, respectively.

- **Capacity Shipped:** Seagate shipped 26.8EB of legacy HDDs (-4% y/y and -8% q/q), well below our 31.1EB estimate and compared to 29.1EB shipped in the prior quarter. Average GB/drive remained unchanged sequentially at 1.9TB, which compares to 1.8TB in the year ago period.

**Other Key Metrics:**

- **Total Capacity Shipped:** Total capacity shipped reached 159.1EB (+39% y/y), and above our 158.1EB estimate. This compares to 152.4EB shipped in F4Q21 and 114.4EB in the year ago period. Total average capacity per drive increased 28% y/y to 5.7TB, vs. 5.4TB and 4.4TB in the prior and year ago quarter, respectively.

- **Enterprise Data Solutions, SSD & Other:** Revenue of $251M was up 42% y/y (vs. also +42% y/y in the prior quarter), and down 9% sequentially. This was below our prior estimate of $275M (street: $263M). Seagate noted that the systems business has been partially impacted by supply chain constraints.

- **Free Cash Flow:** Seagate generated FCF of $379M in F1Q22 vs. $354M and $186M in prior and year ago quarters. CapEx in F1Q22 was $117M, or 3.8% of revenue (vs. 4.1% and 4.8% of revenue in the prior and year ago quarters).Management expects to be within the low-end of its 4-6% capex/revenue target in F2022.

- **Share Repo:** Seagate repurchased ~4.9M shares for $425M during F1Q22 (up from $228M spent on ~2.6M shares in F4Q21). The company's remaining share repo authorization stands at ~$3.8B.

- **Cash:** Seagate exited F1Q22 with $991M in cash & investments; net debt at $4.145B ($17.94/sh.), up from $3.930 in the prior quarter and $2.499B a year ago.

- **Inventory:** Seagate reported inventory of $1.188B, -1% q/q and -10% y/y; 50 days of inventory down from 51 in the prior quarter; marking four consecutive quarters of declines.

This document is for josephine.iau@seagate.com and should not be distributed further.

Seagate_000249737

IT Hardware & Communications Networking

Equity Research

## Seagate Segment Summary

| | F1Q17 | F2Q17 | F3Q17 | F4Q17 | F1Q18 | F2Q18 | F3Q18 | F4Q18 | F1Q19 | F2Q19 | F3Q19 | F4Q19 | F1Q20 | F2Q20 | F3Q20 | F4Q20 | F1Q21 | F2Q21 | F3Q21 | F4Q21 | F1Q22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HDD Revenue | $2,589 | $2,652 | $2,424 | $2,220 | $2,390 | $2,701 | $2,586 | $2,652 | $2,801 | $2,490 | $2,124 | $2,204 | $2,390 | $2,482 | $2,526 | $2,321 | $2,137 | $2,425 | $2,493 | $2,737 | $2,864 |
| - Y/Y % Change | -5% | -3% | 2% | -10% | -8% | 2% | 7% | 19% | 17% | -8% | -18% | -17% | -15% | 0% | 19% | 5% | -11% | -2% | -1% | 18% | 34% |
| - Q/Q % Change | 6% | 2% | -9% | -8% | 8% | 13% | -4% | 3% | 6% | -11% | -15% | 4% | 8% | 4% | 2% | -8% | -8% | 13% | 3% | 10% | 5% |
| Enterprise Systems, Flash, and Other | $208 | $242 | $250 | $186 | $242 | $213 | $217 | $183 | $190 | $225 | $189 | $167 | $188 | $215 | $192 | $195 | $177 | $198 | $238 | $276 | $251 |
| - Y/Y % Change | 0% | -7% | 12% | -7% | 16% | -12% | -13% | -2% | -21% | 6% | -13% | -9% | -1% | -4% | 2% | 17% | -6% | -8% | 24% | 42% | 42% |
| - Q/Q % Change | 5% | 16% | 3% | -26% | 30% | -12% | 2% | -16% | 4% | 18% | -16% | -12% | 13% | 14% | -11% | 2% | -9% | 12% | 20% | 16% | -9% |
| Total Revenue | $2,797 | $2,894 | $2,674 | $2,406 | $2,632 | $2,914 | $2,803 | $2,835 | $2,991 | $2,715 | $2,313 | $2,371 | $2,578 | $2,696 | $2,718 | $2,517 | $2,314 | $2,623 | $2,731 | $3,013 | $3,115 |
| - Y/Y % Change | -4% | -3% | 3% | -9% | -6% | 1% | 5% | 18% | 14% | -7% | -17% | -16% | -14% | -1% | 18% | 6% | -10% | -3% | 0% | 20% | 35% |
| - Q/Q % Change | 5% | 3% | -8% | -10% | 9% | 11% | -4% | 1% | 6% | -9% | -15% | 3% | 9% | 5% | 1% | -7% | -8% | 13% | 4% | 10% | 3% |
| **HDD Segment Revenue Summary:** | | | | | | | | | | | | | | | | | | | | | |
| Mass Capacity HDDs | | | | | | | | | $1,372 | $1,046 | $935 | $1,080 | $1,219 | $1,315 | $1,566 | $1,462 | $1,346 | $1,504 | $1,620 | $1,889 | $2,033 |
| - % of Total HDD Revenue | | | | | | | | | 49% | 42% | 44% | 49% | 51% | 53% | 62% | 63% | 63% | 62% | 65% | 69% | 71% |
| - Y/Y % Change | | | | | | | | | | | | | -11% | 26% | 68% | 35% | 10% | 14% | 3% | 29% | 51% |
| - Q/Q % Change | | | | | | | | | | -24% | -11% | 16% | 13% | 8% | 19% | -7% | -8% | 12% | 8% | 17% | 8% |
| Legacy HDDs | | | | | | | | | $1,429 | $1,444 | $1,189 | $1,124 | $1,171 | $1,167 | $960 | $859 | $791 | $922 | $873 | $848 | $831 |
| - % of Total HDD Revenue | | | | | | | | | 51% | 58% | 56% | 51% | 49% | 47% | 38% | 37% | 37% | 38% | 35% | 31% | 29% |
| - Y/Y % Change | | | | | | | | | | | | | -18% | -19% | -19% | -24% | -32% | -21% | -9% | -1% | 5% |
| - Q/Q % Change | | | | | | | | | | 1% | -18% | -5% | 4% | 0% | -18% | -11% | -8% | 17% | -5% | -3% | -2% |
| **HDD Capacity Shipped Summary:** | | | | | | | | | | | | | | | | | | | | | |
| Total Mass Capacity (EB) | | | | | | | | | 69.8 | 47.2 | 43.0 | 52.2 | 63.9 | 71.3 | 91.1 | 90.5 | 86.6 | 97.2 | 110.6 | 123.3 | 132.3 |
| Nearline | 25.7 | 21.6 | 21.4 | 21.2 | 25.1 | 35.1 | 41.3 | 44.5 | 42.5 | 33.0 | 30.0 | 34.8 | 47.4 | 49.0 | 76.4 | 79.5 | 64.3 | 71.2 | 95.5 | 101.4 | 106.4 |
| Implied Other | | | | | | | | | 27.3 | 14.2 | 13.0 | 17.4 | 16.5 | 22.3 | 14.7 | 11.0 | 22.3 | 26.0 | 15.1 | 21.9 | 25.9 |
| - Nearline Y/Y % Change - | 111% | 43% | 21% | -14% | -2% | 62% | 93% | 110% | 69% | -6% | -27% | -22% | 12% | 48% | 155% | 128% | 36% | 45% | 25% | 28% | 65% |
| Avg. Capacity Per Drive (TB) | | | | | | | | | 5.7 | 5.5 | 5.8 | 6.0 | 6.8 | 6.4 | 8.2 | 9.2 | 8.2 | 7.9 | 9.6 | 9.4 | 9.6 |
| Total Legacy (EB) | | | | | | | | | 29.0 | 40.2 | 33.6 | 32.2 | 34.5 | 35.8 | 29.1 | 26.4 | 27.8 | 32.0 | 29.0 | 29.1 | 26.8 |
| - Y/Y % Change | | | | | | | | | | | | | 19% | -11% | -13% | -18% | -19% | -10% | 0% | 10% | -4% |
| - Q/Q % Change | | | | | | | | | | 39% | -16% | -4% | 7% | 3% | -18% | -9% | 5% | 15% | -9% | 0% | -8% |
| Avg. Capacity Per Drive (TB) | | | | | | | | | 1.3 | 1.4 | 1.4 | 1.4 | 1.4 | 1.6 | 1.6 | 1.6 | 1.8 | 1.8 | 1.8 | 1.9 | 1.9 |
| Total HDD Capacity Shipped | | | | | | | | | 98.8 | 87.4 | 76.6 | 84.4 | 98.4 | 106.9 | 120.2 | 116.9 | 114.4 | 129.2 | 139.6 | 152.4 | 159.1 |
| - Y/Y % Change | | | | | | | | | | | | | 0% | 22% | 57% | 39% | 16% | 21% | 16% | 30% | 39% |
| - Q/Q % Change | | | | | | | | | | -12% | -12% | 10% | 17% | 9% | 12% | -3% | -2% | 13% | 8% | 9% | 4% |
| Total Avg. Capacity Per Drive (TB) | | | | | | | | | 2.5 | 2.4 | 2.4 | 2.7 | 2.9 | 3.3 | 4.1 | 4.5 | 4.4 | 4.3 | 5.1 | 5.4 | 5.7 |
| **Seagate Balance Sheet / Cash Flow Summary:** | | | | | | | | | | | | | | | | | | | | | |
| Cash & Cash Equivalents | $1,494 | $1,716 | $3,026 | $2,539 | $2,285 | $2,556 | $2,926 | $3,128 | $3,201 | $2,657 | $2,706 | $2,220 | $1,764 | $1,744 | $1,612 | $1,722 | $1,664 | $1,799 | $1,212 | $1,209 | $991 |
| - Total Debt | $4,092 | $4,093 | $5,231 | $5,021 | $5,002 | $4,876 | $4,822 | $4,819 | $4,821 | $4,324 | $4,522 | $4,253 | $4,140 | $4,141 | $4,103 | $4,175 | $4,163 | $5,145 | $5,142 | $5,139 | $5,136 |
| Net Cash | -$2,598 | -$2,377 | -$2,205 | -$2,482 | -$2,717 | -$2,320 | -$1,896 | -$1,691 | -$1,620 | -$1,667 | -$1,816 | -$2,033 | -$2,356 | -$2,397 | -$2,491 | -$2,453 | -$2,499 | -$3,346 | -$3,930 | -$3,930 | -$4,145 |
| - Net Cash per Share | -$8.63 | -$7.96 | -$7.35 | -$8.36 | -$9.30 | -$7.97 | -$6.52 | -$5.77 | -$5.55 | -$5.81 | -$6.39 | -$7.31 | -$8.73 | -$9.05 | -$9.47 | -$9.43 | -$9.65 | -$13.33 | -$16.58 | -$16.87 | -$17.94 |
| Inventory | $914 | $1,008 | $1,038 | $982 | $1,014 | $1,014 | $1,002 | $1,053 | $1,116 | $1,097 | $1,001 | $970 | $1,041 | $1,148 | $1,102 | $1,142 | $1,323 | $1,318 | $1,281 | $1,204 | $1,188 |
| - Inventory Days | 42.2 | 46.5 | 51.5 | 52.3 | 49.3 | 45.6 | 47.0 | 50.0 | 49.3 | 52.3 | 53.6 | 51.1 | 50.1 | 54.4 | 51.3 | 56.8 | 70.8 | 62.5 | 58.8 | 51.7 | 50.3 |
| Days Sales Outstanding (DSO) | 42.5 | 38.1 | 39.3 | 45.3 | 41.8 | 33.0 | 34.9 | 38.0 | 36.6 | 35.5 | 35.3 | 38.0 | 37.6 | 37.5 | 38.8 | 40.3 | 34.1 | 27.8 | 32.6 | 35.0 | 38.0 |
| Days Payables (DPO) | 72.4 | 75.2 | 78.9 | 86.5 | 74.9 | 72.9 | 77.2 | 82.0 | 78.5 | 68.7 | 70.2 | 74.7 | 84.3 | 88.5 | 85.1 | 89.9 | 96.1 | 82.0 | 85.4 | 74.0 | 74.8 |
| Cash Conversion Cycle (CCC) | 12.3 | 9.4 | 11.9 | 11.1 | 16.3 | 5.8 | 4.8 | 6.0 | 7.4 | 19.0 | 18.7 | 14.3 | 3.5 | 3.3 | 5.0 | 7.2 | 8.8 | 8.3 | 6.0 | 12.6 | 13.5 |
| Cash Flow from Operations | $592 | $655 | $426 | $243 | $237 | $850 | $558 | $468 | $587 | $288 | $438 | $448 | $456 | $480 | $390 | $388 | $297 | $473 | $378 | $478 | $496 |
| - Capital Expenditures | $140 | $95 | $95 | $104 | $124 | $77 | $69 | $96 | $177 | $127 | $147 | $151 | $147 | $194 | $130 | $114 | $111 | $159 | $104 | $124 | $117 |
| Free Cash Flow | $452 | $560 | $331 | $139 | $113 | $773 | $489 | $372 | $410 | $161 | $291 | $297 | $309 | $286 | $260 | $274 | $186 | $314 | $274 | $354 | $379 |
| - FCF per Share | $1.50 | $1.88 | $1.10 | $0.47 | $0.39 | $2.66 | $1.68 | $1.27 | $1.40 | $0.56 | $1.02 | $1.07 | $1.14 | $1.08 | $0.99 | $1.05 | $0.72 | $1.25 | $1.16 | $1.52 | $1.64 |
| Trailing 12-Month Free Cash Flow | $930 | $1,245 | $1,466 | $1,482 | $1,143 | $1,356 | $1,514 | $1,747 | $2,044 | $1,432 | $1,234 | $1,159 | $1,058 | $1,183 | $1,152 | $1,129 | $1,006 | $1,034 | $1,048 | $1,128 | $1,321 |
| - TTM FCF per Share | $3.09 | $4.16 | $4.89 | $4.95 | $3.84 | $4.61 | $5.19 | $5.99 | $7.01 | $4.92 | $4.26 | $4.06 | $3.80 | $4.32 | $4.28 | $4.27 | $3.84 | $4.01 | $4.18 | $4.64 | $5.57 |

Source: Company Data; Wells Fargo Securities, LLC

This document is for josephine.lau@seagate.com and should not be distributed further.

Seagate_000249738

Seagate Technology plc

Equity Research



Source: Company Data; Wells Fargo Securities, LLC Estimates



Source: Company Data; Wells Fargo Securities, LLC Estimates



Source: Company Data; Wells Fargo Securities, LLC Estimates



Source: Company Data; Wells Fargo Securities, LLC



Source: Company Data; Wells Fargo Securities, LLC



Source: Company Data; Wells Fargo Securities, LLC

Equity Research | 5

This document is for josephine.iau@seagate.com and should not be distributed further.

Seagate_000249739

IT Hardware & Communications Networking

Equity Research

**Seagate Technology**
**Income Statement Summary**
*($ in Millions; Except per Share)*

Last Rptd | Wells Fargo == Estimates ==>

| | FY2021E | | | | | FY2022E | | | | | FY2023E | | | | | Calendar Years | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | F1Q21 | F2Q21 | F3Q21 | F4Q21 | Total | F1Q22 | F2Q22E | F3Q22E | F4Q22E | Total | F1Q23E | F2Q23E | F3Q23E | F4Q23E | Total | C2019 | C2020 | C2021E | C2022E | C2023E |
| | Sep-20 | Dec-20 | Mar-21 | Jun-21 | | Sep-21 | Dec-21 | Mar-22 | Jun-22 | | Sep-22 | Dec-22 | Mar-23 | Jun-23 | | | | | | |
| Revenue | $2,314 | $2,623 | $2,731 | $3,013 | $10,681 | $3,115 | $3,068 | $2,861 | $2,997 | $12,041 | $3,134 | $3,152 | $3,110 | $3,234 | $12,631 | $9,958 | $10,172 | $11,927 | $12,144 | $13,097 |
| Cost of Sales | $1,700 | $1,919 | $1,982 | $2,121 | $7,722 | $2,149 | $2,100 | $1,980 | $2,068 | $8,297 | $2,153 | $2,175 | $2,131 | $2,225 | $8,684 | $7,239 | $7,406 | $8,352 | $8,376 | $9,008 |
| Gross Margin | $614 | $704 | $749 | $892 | $2,959 | $966 | $968 | $881 | $929 | $3,744 | $981 | $977 | $980 | $1,009 | $3,947 | $2,719 | $2,766 | $3,575 | $3,768 | $4,089 |
| **Operating Expenses** | | | | | | | | | | | | | | | | | | | | |
| Product Development | $223 | $221 | $227 | $232 | $903 | $233 | $234 | $235 | $234 | $936 | $238 | $240 | $235 | $239 | $952 | $960 | $909 | $926 | $946 | $957 |
| Marketing and Adminstrative | $97 | $98 | $102 | $114 | $411 | $106 | $109 | $109 | $114 | $437 | $116 | $120 | $118 | $120 | $474 | $406 | $383 | $431 | $458 | $485 |
| Total Operating Expenses | $320 | $319 | $329 | $346 | $1,314 | $339 | $343 | $343 | $348 | $1,373 | $354 | $359 | $353 | $360 | $1,426 | $1,366 | $1,292 | $1,357 | $1,404 | $1,442 |
| Operating Income (EBIT) | $294 | $385 | $420 | $546 | $1,645 | $627 | $625 | $538 | $581 | $2,371 | $627 | $618 | $627 | $649 | $2,521 | $1,359 | $1,474 | $2,218 | $2,364 | $2,647 |
| EBITDA | $381 | $477 | $515 | $645 | $2,018 | $727 | $725 | $637 | $681 | $2,770 | $728 | $718 | $727 | $751 | $2,923 | $1,751 | $1,816 | $2,612 | $2,763 | $3,051 |
| **Other Income** | | | | | | | | | | | | | | | | | | | | |
| Interest Income | $1 | $0 | $1 | $0 | $2 | $0 | $1 | $1 | $2 | $4 | $2 | $2 | $3 | $3 | $10 | $53 | $6 | $2 | $7 | $10 |
| Interest Expense | -$50 | -$52 | -$59 | -$59 | -$220 | -$59 | -$59 | -$58 | -$58 | -$234 | -$58 | -$58 | -$58 | -$58 | -$232 | -$213 | -$200 | -$236 | -$232 | -$230 |
| Other, Net | $4 | $1 | -$2 | -$1 | $2 | -$3 | -$2 | -$2 | -$2 | -$9 | -$2 | -$2 | $0 | $0 | -$4 | $10 | $4 | -$8 | -$8 | $0 |
| Total Other Income | -$45 | -$51 | -$60 | -$60 | -$216 | -$62 | -$60 | -$59 | -$58 | -$239 | -$58 | -$58 | -$55 | -$55 | -$226 | -$150 | -$190 | -$242 | -$233 | -$220 |
| Pretax Income | $249 | $334 | $360 | $486 | $1,429 | $565 | $565 | $479 | $523 | $2,132 | $569 | $560 | $572 | $594 | $2,295 | $1,209 | $1,284 | $1,976 | $2,131 | $2,427 |
| Taxes | $7 | $11 | $10 | $20 | $48 | $21 | $22 | $22 | $22 | $87 | $25 | $25 | $28 | $30 | $108 | $44 | $45 | $73 | $94 | $120 |
| Net Income (Non-GAAP) | $242 | $323 | $350 | $466 | $1,381 | $544 | $543 | $457 | $501 | $2,045 | $544 | $535 | $544 | $564 | $2,187 | $1,165 | $1,239 | $1,903 | $2,037 | $2,307 |
| EPS (Non-GAAP; Headline) | $0.93 | $1.29 | $1.48 | $2.00 | $5.70 | $2.35 | $2.36 | $1.99 | $2.20 | $8.91 | $2.41 | $2.38 | $2.44 | $2.53 | $9.75 | $4.26 | $4.80 | $8.19 | $8.98 | $10.41 |
| Fully Diluted Shares | 259 | 251 | 237 | 233 | 245 | 231 | 230 | 229 | 228 | 230 | 226 | 225 | 223 | 223 | 224 | 274 | 258 | 233 | 227 | 222 |
| **Margin Summary** | | | | | | | | | | | | | | | | | | | | |
| Gross Margin | 26.5% | 26.8% | 27.4% | 29.6% | 27.7% | 31.0% | 31.5% | 30.8% | 31.0% | 31.1% | 31.3% | 31.0% | 31.5% | 31.2% | 31.2% | 27.3% | 27.2% | 30.0% | 31.0% | 31.2% |
| Operating Margin (EBIT) | 12.7% | 14.7% | 15.4% | 18.1% | 15.4% | 20.1% | 20.4% | 18.8% | 19.4% | 19.7% | 20.0% | 19.6% | 20.2% | 20.1% | 20.0% | 13.6% | 14.5% | 18.6% | 19.5% | 20.2% |
| -- Operating Expenses - % of Rev. | 13.8% | 12.2% | 12.0% | 11.5% | 12.3% | 10.9% | 11.2% | 12.0% | 11.6% | 11.4% | 11.3% | 11.4% | 11.4% | 11.1% | 11.3% | 13.7% | 12.7% | 11.4% | 11.6% | 11.0% |
| **EBITDA Margin** | 16.5% | 18.2% | 18.9% | 21.4% | 18.9% | 23.3% | 23.6% | 22.3% | 22.7% | 23.0% | 23.2% | 22.8% | 23.4% | 23.2% | 23.1% | 17.6% | 17.9% | 21.9% | 22.8% | 23.3% |
| Pretax Margin | 10.8% | 12.7% | 13.2% | 16.1% | 13.4% | 18.1% | 18.4% | 16.7% | 17.5% | 17.7% | 18.1% | 17.8% | 18.4% | 18.4% | 18.2% | 12.1% | 12.6% | 16.6% | 17.5% | 18.5% |
| Tax Rate | 2.8% | 3.3% | 2.8% | 4.1% | 3.4% | 3.7% | 3.9% | 4.6% | 4.2% | 4.1% | 4.4% | 4.5% | 4.9% | 5.0% | 4.7% | 3.6% | 3.5% | 3.7% | 4.4% | 4.9% |
| Net Income Margin | 10.5% | 12.3% | 12.8% | 15.5% | 12.9% | 17.5% | 17.7% | 16.0% | 16.7% | 17.0% | 17.4% | 17.0% | 17.5% | 17.5% | 17.3% | 11.7% | 12.2% | 16.0% | 16.8% | 17.6% |
| **Yr/Yr Growth %** | | | | | | | | | | | | | | | | | | | | |
| Revenue | -10.2% | -2.7% | 0.5% | 19.7% | 1.6% | 34.6% | 17.0% | 4.7% | -0.5% | 12.7% | 0.6% | 2.8% | 8.7% | 7.9% | 4.9% | -12.2% | 2.1% | 17.3% | 1.8% | 7.8% |
| Gross Profit | -10.8% | -9.0% | -1.7% | 30.0% | 1.7% | 57.3% | 37.4% | 17.6% | 4.2% | 26.5% | 1.5% | 1.0% | 11.2% | 8.6% | 5.4% | -22.7% | 1.7% | 29.2% | 5.4% | 8.5% |
| Operating Margin (EBIT) | -10.6% | -9.2% | -0.5% | 46.4% | 6.3% | 113.3% | 62.2% | 28.0% | 6.5% | 44.1% | 0.0% | -1.1% | 16.5% | 11.7% | 6.3% | -32.1% | 8.5% | 50.4% | 6.6% | 12.0% |
| -- Operating Expenses | -10.9% | -8.9% | -3.2% | 10.5% | 3.5% | 5.9% | 7.5% | 4.3% | 0.5% | 4.5% | 4.5% | 4.8% | 2.8% | 3.4% | 3.9% | -10.0% | -5.4% | 5.0% | 3.5% | 2.7% |
| EBTIDA | -6.6% | -5.4% | 3.8% | 39.6% | 7.9% | 90.8% | 52.1% | 23.6% | 5.5% | 37.3% | 0.1% | -1.0% | 14.2% | 10.3% | 5.5% | -29.4% | 3.7% | 43.9% | 5.8% | 10.4% |
| Pretax Income | -12.3% | -11.4% | -6.0% | 52.8% | 4.9% | 126.9% | 69.0% | 33.0% | 7.7% | 49.2% | 0.7% | -0.8% | 19.4% | 13.5% | 7.8% | -35.4% | 6.2% | 53.9% | 7.9% | 13.9% |
| Net Income | -12.9% | -10.0% | -3.6% | 49.8% | 5.3% | 124.8% | 68.0% | 30.5% | 7.6% | 48.1% | 0.0% | -1.4% | 19.0% | 12.5% | 6.9% | -35.9% | 6.4% | 53.6% | 7.1% | 13.3% |
| EPS | -9.3% | -5.0% | 7.0% | 67.2% | 14.9% | 152.0% | 83.3% | 35.1% | 10.0% | 56.3% | 2.2% | 0.8% | 22.2% | 15.1% | 9.5% | -31.8% | 12.5% | 70.7% | 9.6% | 15.9% |
| **Seq. Growth %** | | | | | | | | | | | | | | | | | | | | |
| Revenue | -8.1% | 13.4% | 4.1% | 10.3% | | 3.4% | -1.5% | -6.8% | 4.8% | | 4.6% | 0.6% | -1.3% | 4.0% | | | | | | |
| Gross Profit | -10.5% | 14.7% | 6.4% | 19.1% | | 8.3% | 0.2% | -8.9% | 5.5% | | 5.6% | -0.4% | 0.3% | 3.0% | | | | | | |
| Operating Margin (EBIT) | -21.2% | 31.0% | 9.1% | 30.0% | | 14.8% | -0.4% | -13.9% | 8.1% | | 7.8% | -1.4% | 1.4% | 3.6% | | | | | | |
| -- Operating Expenses | 2.2% | -0.3% | 3.1% | 5.2% | | -2.0% | 1.2% | 0.1% | 1.3% | | 1.9% | 1.5% | -1.8% | 1.9% | | | | | | |
| EBTIDA | -17.5% | 25.2% | 8.0% | 25.2% | | 12.7% | -0.2% | -12.2% | 6.9% | | 6.9% | -1.4% | 1.3% | 3.3% | | | | | | |
| Pretax Income | -21.7% | 34.1% | 7.8% | 35.0% | | 16.3% | -0.1% | -15.2% | 9.3% | | 8.7% | -1.6% | 2.1% | 4.0% | | | | | | |
| Net Income | -22.2% | 33.5% | 8.4% | 33.1% | | 16.7% | -0.3% | -15.8% | 9.8% | | 8.4% | -1.6% | 1.7% | 3.8% | | | | | | |
| EPS | -21.9% | 37.7% | 14.8% | 35.4% | | 17.7% | 0.2% | -15.4% | 10.3% | | 9.4% | -1.2% | 2.6% | 3.8% | | | | | | |

*Source: Company Data, Wells Fargo Securities, LLC Estimates*

This document is for josephine.lau@seagate.com and should not be distributed further.

Seagate_000249740

Seagate Technology plc

## Price Target Basis and Risk

**Price Target for STX: $90.00 from NC**

Our $90/sh. price target represents ~9x P/E and ~8x EV/EBITDA on our C2023E estimates.

**Risk for STX**

Risks to the upside include a stronger-than-forecast cloud/hyperscale demand, continued nearline HDD share gains, and positive HAMR/ technology execution vs. the competition. Risks to the downside include exposure to markets with declining demand (PCs and Mission Critical) and cannibalization from NAND Flash/SSDs; lumpiness of cloud/hyper-scale data center demand; lack of vertically integrated NAND flash to compete in the SSD market; increased competition and pricing pressures; and execution risk and balance sheet / leverage risk.

## Investment Thesis

STX
Although industry mix to nearline and share gains at 16TB have been a positive, we remain cautious on Seagate's competitive positioning at 18TB+ vs. W. Digital (HAMR execution remains a key focus; competitive positioning vs. WD's leveraging of energy-assisted magnetic recording platform at 18TB to high-20TB/drive capacity ranges). We are also cautious on Seagate's exposure to SSD/Flash cannibalization outside nearline HDDs, as well as the company's progression toward a sustainable 30%+ gross margin. We are Equal Weight rated on STX.

This document is for josephine.lau@seagate.com and should not be distributed further.

Seagate_000249741

## Required Disclosures

I, Aaron Rakers, certify that:

1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and

2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

## Additional Information Available Upon Request



Seagate Technology plc Rating History as of 10-14-2021
powered by: BlueMatrix

Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)

Wells Fargo Securities, LLC, or its affiliates received compensation for investment banking services from Seagate Technology plc in the past 12 months.

Wells Fargo Securities, LLC, or its affiliates intends to seek or expects to receive compensation for investment banking services in the next three months from an affiliate of Seagate Technology plc.

Wells Fargo Securities, LLC, or its affiliates managed or co managed a public offering of securities for an affiliate of Seagate Technology plc within the past 12 months.

Wells Fargo Securities, LLC, maintains a market in the common stock of Seagate Technology plc.

Seagate Technology plc currently is, or during the 12-month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC, provided non-investment banking securities-related services to Seagate Technology plc.

Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking services from Seagate Technology plc in the next three months.

Wells Fargo Securities, LLC, received compensation for products or services other than investment banking services from Seagate Technology plc in the past 12 months.

Seagate Technology plc currently is, or during the 12 month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC, provided investment banking services to Seagate Technology plc.

Wells Fargo Securities, LLC, or its affiliates received compensation for investment banking services from an affiliate of Seagate Technology plc in the past 12 months.

**STOCK RATING**

**1=Overweight**: Total return on stock expected to be 10%+ over the next 12 months. BUY

This document is for josephine.iau@seagate.com and should not be distributed further.

Seagate_000249742

Seagate Technology plc

Equity Research

**2=Equal Weight**: Total return on stock expected to be 0-10% over the next 12 months. HOLD

**3=Underweight**: Total return on stock expected to lag the Overweight- and Equal Weight-rated stocks within the analyst's coverage universe over the next 12 months. SELL

**As of October 21, 2021**
55.7% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Overweight.
34.4% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Equal Weight.
9.9% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underweight.
Wells Fargo Securities, LLC has provided investment banking services for 56.1% of its Equity Research Overweight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 44.9% of its Equity Research Equal Weight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 36.9% of its Equity Research Underweight-rated companies.

**Important Disclosure for U.S. Clients**

This report was prepared by Wells Fargo Securities Global Research Department ("WFS Research") personnel associated with Wells Fargo Securities and Structured Asset Investors, LLC ("SAI"), an investment adviser subsidiary of Wells Fargo & Co. If you are paying directly for this research, it is being provided by SAI. For all other recipients in the U.S. this report is being provided by Wells Fargo Securities.

Wells Fargo Securities' research department may, from time to time, provide clients with short-term trading views in its research reports regarding subject companies on which Wells Fargo Securities currently has equity research coverage. A short-term trading view offers a view on how the market price of a subject company's common equity may trend in absolute terms during the 30 days following the date of the short-term trading view. A short-term trading view on a subject company's common equity does not impact our fundamental investment rating or price target for that company, which reflect our view of how the subject company's common equity may perform over a one-year period. A short-term trading view may reach a different conclusion than the firm's fundamental investment rating and price target for a subject company and, therefore, short-term trading views could result in short-term price movements that are contrary to our fundamental investment rating and price target. Short-term trading views are not ratings and the firm does not intend, nor undertakes any obligation, to maintain, update or close out short-term trading views. Short-term trading views may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any short-term trading views discussed in Wells Fargo Securities research reports.

**Important Disclosure for International Clients**

**United Kingdom** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the United Kingdom, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a UK incorporated investment firm authorised and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 (the "Act"), the content of this report has been approved by WFSIL, an authorised person under the Act. WFSIL does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients.

**EEA** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by WFSIL or Wells Fargo Securities Europe S.A. ("WFSE"). WFSE is a French incorporated investment firm authorized and regulated by the Autorité de contrôle prudentiel et de résolution and the Autorité des marchés financiers. WFSE does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). This report is not intended for, and should not be relied upon by, retail clients.

**Australia** – Wells Fargo Securities, LLC, Wells Fargo Securities International Limited and Wells Fargo Securities Asia Limited are exempt from the requirements to hold an Australian financial services license in respect of the financial services they provide to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under the laws of the United States, Wells Fargo Securities International Limited is regulated under laws of the United Kingdom, and Wells Fargo Securities Asia Limited is regulated under the laws of Hong Kong. All such laws differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC, Wells Fargo Securities International Limited or Wells Fargo Securities Asia Limited in the course of providing the financial services will be prepared in accordance with the laws of the United States, United Kingdom or Hong Kong and not Australian laws.

**Canada** – This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Investment Industry Regulatory Organization of Canada (IIROC) and Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**Hong Kong** – This report is issued and distributed in Hong Kong by Wells Fargo Securities Asia Limited ("WFSAL"), a Hong Kong incorporated investment firm licensed and regulated by the Securities and Futures Commission to carry on types 1, 4, 6 and 9 regulated activities (as defined in the Securities and Futures Ordinance (Cap. 571 The Laws of Hong Kong), "the SFO"). This report is not intended for, and should not be relied on by, any person other than professional investors (as defined in the SFO). Any securities and related financial instruments described herein are not intended for sale, nor will be sold, to any person other than professional investors (as defined in the SFO). The author or authors of this report is or are not licensed by the Securities and Futures Commission. Professional investors who receive this report should direct any queries regarding its contents to Kelly Chiang and Mandy Wan at WFSAL (email: wfsalresearch@wellsfargo.com).

**Japan** – This report is distributed in Japan by Wells Fargo Securities (Japan) Co., Ltd, registered with the Kanto Local Finance Bureau to conduct broking and dealing of type 1 and type 2 financial instruments and agency or intermediary service for entry into investment advisory or discretionary investment contracts. This report is intended for distribution only to professional investors (Tokutei Toushika) and is not intended for, and should not be relied upon by, ordinary customers (Ippan Toushika).

The ratings stated on the document are not provided by rating agencies registered with the Financial Services Agency of Japan (JFSA) but by group companies of JFSA-registered rating agencies. These group companies may include Moody's Investors Services Inc., Standard & Poor's Rating Services and/or Fitch Ratings.

Equity Research | 9

This document is for josephine.iau@seagate.com and should not be distributed further.

Seagate_000249743

Any decisions to invest in securities or transactions should be made after reviewing policies and methodologies used for assigning credit ratings and assumptions, significance and limitations of the credit ratings stated on the respective rating agencies' websites.

## About Wells Fargo Securities

Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in the report. This report, including any ratings it contains, should not be considered a recommendation tailored to a particular investor with respect to (i) the security or securities or (ii) any investment strategy or strategies discussed in the report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information or they wish to effect transactions in the securities discussed in this report. The information in this report has been obtained or derived from sources believed by Wells Fargo Securities Global Research Department ("WFS Research"), to be reliable, but WFS Research does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of WFS Research, at this time, and are subject to change without notice. Certain text, images, graphics, screenshots and audio or video clips included in this report are protected by copyright law and owned by third parties (collectively, "Third Party Content"). Third Party Content is made available to clients by Wells Fargo under license or otherwise in accordance with applicable law. Any use or publication of Third Party Content included in this report for purposes other than fair use requires permission from the copyright owner. Any external website links included in this publication are not maintained, controlled or operated by Wells Fargo Securities. Wells Fargo Securities does not provide the products and services on these websites and the views expressed on these websites do not necessarily represent those of Wells Fargo Securities. Please review the applicable privacy and security policies and terms and conditions for the website you are visiting. All Wells Fargo Securities and SAI research reports published by WFS Research are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Additional distribution may be effected via email, fax or regular mail. Clients may also receive our research via third party vendors. Not all research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third party aggregators. Equity Strategists focus on investment themes across the equity markets and sectors. Any discussion within an Equity Strategy report of specific securities is not intended to provide a fundamental analysis of any individual company described therein. The information provided in Equity Strategy reports is subject to change without notice, and investors should not expect continuing information or additional reports relating to any security described therein. Wells Fargo Securities' Signature Picks is a product of the Equity Strategy team and represents a portfolio of stocks selected from the Equity Research Department's universe of Overweight rated stocks. Stocks with this designation are selected by the Signature Picks Committee based on factors such as volatility, risks, market cap and liquidity and may not represent the fundamental analysts' top rated stock in their respective coverage universe. For research or other data available on a particular security, please contact your sales representative or go to http://research.wellsfargosecurities.com. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research. Each of Wells Fargo Securities, LLC, Wells Fargo Securities International Limited and Wells Fargo Securities Europe S.A. is a separate legal entity and distinct from affiliated banks. Copyright © 2021 Wells Fargo Securities, LLC

SECURITIES: NOT FDIC-INSURED - MAY LOSE VALUE - NO BANK GUARANTEE

This document is for josephine.lau@seagate.com and should not be distributed further.

Seagate_000249744