# EXHIBIT JJ

# FILED UNDER SEAL