# EXHIBIT NN

# FILED UNDER SEAL