# EXHIBIT OO

# FILED UNDER SEAL