# EXHIBIT PP

# FILED UNDER SEAL