Docusign Envelope ID: 85941824-882E-4F28-9450-FC8A777C0785

Caz Hashemi, State Bar No. 210239
Stephen B. Strain, State Bar No. 291572
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone:   (650) 493-9300
Facsimile:   (866) 974-7329
Email:       chashemi@wsgr.com
             sstrain@wsgr.com

John I. Karin (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
31 West 52nd Street
Fifth Floor
New York, NY 10019
Telephone:  (212) 999-5800
Facsimile:  (866) 974-7329
Email:       jkarin@wsgr.com

*Attorneys for Defendants*
*Seagate Technology Holdings plc,*
*William D. Mosley, and Gianluca Romano*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Seagate Technology Holdings plc,* *Securities Litigation* ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:23-cv-03431-RFL **DECLARATION OF ED FRIEDLER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 159)** Honorable Rita F. Lin |

FRIEDLER DECL. ISO PLTFS'
ADMINISTRATIVE MOTION TO CONSIDER
FILE UNDER SEAL
CASE NO. 3:23-CV-03431-RFL

I, Ed Friedler, declare as follows:

1.      I am VP, Compliance and Ethics at Seagate Technology (US) Holdings, Inc., an affiliate of Seagate Technology Holdings plc ("Seagate"), a defendant in this action.  I make this Declaration pursuant to Northern District of California Civil Local Rule 79-5 and in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal (ECF No. 159).  I know the facts stated herein based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2.      I have reviewed Exhibits BB, CC, EE, FF, II, MM, N, OO, PP, and Z to the Harrod Declaration (ECF No. 161-1), which are also attached to this Declaration.  These Exhibits are designated "Confidential" and subject to the protections of the Stipulated Protective Order in the above-captioned action (ECF No. 147).  Confidential treatment of these Exhibits is warranted for the following reasons.

3.      Exhibits BB, CC, EE, FF, II, N, OO, PP, and Z contain and reference Seagate's sales figures, market share data, or other confidential information concerning specific customers and suppliers of Seagate.  As a matter of policy, Seagate does not publicize this type of information at this level of detail.  The specific portions of the Exhibits containing this information are identified in the table below.  The public disclosure of this confidential information may damage Seagate's customers' and suppliers' competitive standing by providing competitors with insights into the customers' and suppliers' business strategy, especially with respect to specific products, customers, and markets.  It could also give Seagate's and its customers' and suppliers' competitors an unfair advantage by giving them information about customer-specific financial figures and product purchases that they would not disclose about their own businesses.  Additionally, the disclosure of this detailed information may harm Seagate's relationships with its customers and suppliers, as its customers and suppliers rely on Seagate to keep their information confidential.

4.      Exhibit CC contains technical information regarding Seagate's qualification and compatibility testing.  As a matter of policy, Seagate does not publicize this type of information

FRIEDLER DECL. ISO PLTFS'
ADMINISTRATIVE MOTION TO CONSIDER                - 1 -
FILE UNDER SEAL
CASE NO. 3:23-CV-03431-RFL

at this level of detail.  The specific portions of the Exhibit containing this information are identified in the table below.  The public disclosure of this information could give Seagate's competitors insights into Seagate's products that they would not otherwise have and that they could use to improve their own products at Seagate's expense.

5.    Exhibit MM includes the name of a former employee who was separated from Seagate as part of a reduction in force.  Seagate has proposed redactions to this portion of the Exhibit to protect this personally sensitive information.

6.    The redactions proposed below are narrowly tailored, intended to protect only the specific confidential information described below and not to obstruct the public's understanding of any key issues in this litigation.

7.    The list of documents that Defendants seek to redact, including the locations of the redactions and the justifications, is below:

| Document | Sealing Request | Bases for Sealing |
|---|---|---|
| Ex. BB (October 18, 2021 email attaching "Q1FY22 Customer & Business Performance" deck, Seagate_00047927-928) | Text highlighted in blue on slides 4, 5, 6, 7, 8, 11, 13, 14, 15, 18, 20, 21, 22, 23, 24, 25. | This document contains Seagate's customers' nonpublic sensitive financial and business information, including information related to Seagate's customer-specific revenue, product shipments, market share data, and awards made to Seagate. |
| Ex. CC (August 20, 2021 email thread, STX007106118-122) | Text highlighted in blue on STX007106119, STX007106120, STX00710621, STX00106122. | This document contains Seagate's and its customers' nonpublic sensitive business information, including information related to product testing and customer-specific product shipments. |
| Ex. EE (February 16, 2023 email thread attaching "BIS Settlement Discussion Talking Points," Seagate_000231435-150) | Text highlighted in blue on Seagate_000231438, Seagate_000231439 Seagate_000231442 Seagate_000231445 Seagate_000231446 Seagate_000231449. | This document contains Seagate's and its suppliers' nonpublic sensitive business information, including how their equipment is used in Seagate's supply chain. |

| Ex. FF (February 11, 2023 email attaching draft complaint, Seagate_000231367-422) | Text highlighted in blue on Seagate_000231374, Seagate_000231397, Seagate_000231398, Seagate_000231399 Seagate_000231403, Seagate_000231404 Seagate_000231408 Seagate_000231409. | This document contains Seagate's and its suppliers' nonpublic sensitive business information, including how their equipment is used in Seagate's supply chain. |
|---|---|---|
| Ex. II (September 11, 2020 email thread, Seagate_000230549-551) | Text highlighted in blue on Seagate_000230551. | This document contains nonpublic sensitive business information regarding Seagate's sales of a specific product to a specific customer. |
| Ex. MM (January 4, 2023 Teams chat, Seagate_000232026-027) | Text highlighted in blue on Seagate_000232026. | This document contains sensitive personal employment information regarding a former Seagate employee. |
| Ex. N (October 15, 2021 email attaching "Q1FY22 Customer & Business Performance" deck, Seagate_000061899) | Text highlighted in blue on slides 4, 5, 6, 7, 8, 11, 13, 14, 15, 18, 20, 21, 22, 23, 24, 25. | This document contains Seagate's customers' nonpublic sensitive financial and business information, including information related to Seagate's customer-specific revenue, product shipments, market share data, and awards made to Seagate. |
| Ex. OO (February 18, 2022 Covington memorandum, Seagate_000238328-859) | Text highlighted in blue on Seagate_000238329, Seagate_000238339, Seagate_000238340, Seagate_000238342, Seagate_000238343, Seagate_000238344, Seagate_000238345, Seagate_000238346, Seagate_000238347, Seagate_000238348, Seagate_000238349, Seagate_000238354, Seagate_000238355, Seagate_000233858. | This document contains Seagate's and its suppliers' nonpublic sensitive business information, including how their equipment is used in Seagate's supply chain. |
| Ex. PP (October 12, 2021 email thread, STX008705488-490) | Text highlighted in blue on STX0008705489. | This document contains Seagate's customers' nonpublic sensitive financial and business information, including information related to Seagate's customer-specific sales. |
| Ex. Z (January 28, 2021 email attaching supplier letter, STX_004975933-936) | Text highlighted in blue on STX004975933, STX004975935, STX004975936. | This document contains nonpublic sensitive information regarding a Seagate supplier's products. |

FRIEDLER DECL. ISO PLTFS'
ADMINISTRATIVE MOTION TO CONSIDER
FILE UNDER SEAL
CASE NO. 3:23-CV-03431-RFL

- 3 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 31, 2026 in Los Angeles County, California.

DATED: March 31, 2026

Signed by:

By: *Ed Friedler*

9D0E716A31E049B...

Ed Friedler

FRIEDLER DECL. ISO PLTFS'
ADMINISTRATIVE MOTION TO CONSIDER
FILE UNDER SEAL
CASE NO. 3:23-CV-03431-RFL

- 4 -

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, John I. Karin, am the ECF user whose ID and password are being used to file this Declaration of Ed Friedler in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed (ECF No. 159).  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the above signatory has concurred in this filing.


By: */s/ John I. Karin*
     John I. Karin

FRIEDLER DECL. ISO PLTFS'                    - 5 -
ADMINISTRATIVE MOTION TO CONSIDER
FILE UNDER SEAL
CASE NO. 3:23-CV-03431-RFL