UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| *In re Seagate Technology Holdings plc, Securities Litigation* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:23-cv-03431-RFL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 159)**<br><br>Honorable Rita F. Lin |

[PROPOSED] ORDER GRANTING PLTFS'
ADMIN. MOTION TO SEAL
CASE NO. 3:23-cv-03431-RFL

Pursuant to Civil Local Rule 79-5 of the United States District Court for the Northern District of California and pages 5-6 of this Court's Standing Order for Civil Cases, Plaintiffs submitted an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Sealing Motion") in connection with their Reply in Further Support of Their Motion for Class Certification, Appointment of Class Representatives, and Approval of Class Counsel.  ECF No. 159.

A party that supports sealing of documents in connection with a non-dispositive motion need only demonstrate good cause to do so.  *See Colgate v. JUUL Labs, Inc.*, 402 F. Supp. 3d 728, 766 (N.D. Cal. 2019).  Courts in this district have found class certification motions to be "not dispositive, and thus apply the 'good cause' standard."  *Miller v. Travel Guard Grp., Inc.*, 2024 WL 5340803, at \*2 (N.D. Cal. Feb. 26, 2024).  However, courts in this district have also held that instead of the good cause standard, "the [higher] compelling reasons standard controls sealing requests made in connection with a motion for class certification" where the motion is "more than tangentially related to the merits of a case."  *Zakinov v. Ripple Labs, Inc.*, 2023 WL 5280193, at \*4 (N.D. Cal. Aug. 15, 2023).  Under either standard, the limited sealing requests set forth in the table below are appropriate based on the need to protect the sensitive information of Seagate and its business partners.

Having considered the Sealing Motion and materials submitted in support thereof,  **IT IS HEREBY ORDERED** that the Sealing Motion is **GRANTED**.  Accordingly, the following documents are to be sealed or redacted as described in the table below:

| Document | Sealing Request | Bases for Sealing |
|---|---|---|
| Ex. BB (October 18, 2021 email attaching "Q1FY22 Customer & Business Performance" deck, Seagate_00047927-928) | Text highlighted in blue on slides 4, 5, 6, 7, 8, 11, 13, 14, 15, 18, 20, 21, 22, 23, 24, 25. | This document contains Seagate's customers' nonpublic sensitive financial and business information, including information related to Seagate's customer-specific revenue, product shipments, market share data, and awards made to Seagate. |
| Ex. CC (August 20, 2021 email thread, STX007106118-122) | Text highlighted in blue on STX007106119, STX007106120, STX00710621, STX00106122. | This document contains Seagate's and its customers' nonpublic sensitive business information, including information related to product testing and customer-specific product shipments. |

| | | |
|---|---|---|
| Ex. EE (February 16, 2023 email thread attaching "BIS Settlement Discussion Talking Points," Seagate_000231435 -150) | Text highlighted in blue on Seagate_000231438, Seagate_000231439 Seagate_000231442 Seagate_000231445 Seagate_000231446 Seagate_000231449. | This document contains Seagate's and its suppliers' nonpublic sensitive business information, including how their equipment is used in Seagate's supply chain. |
| Ex. FF (February 11, 2023 email attaching draft complaint, Seagate_000231367 -422) | Text highlighted in blue on Seagate_000231374, Seagate_000231397, Seagate_000231398, Seagate_000231399 Seagate_000231403, Seagate_000231404 Seagate_000231408 Seagate_000231409. | This document contains Seagate's and its suppliers' nonpublic sensitive business information, including how their equipment is used in Seagate's supply chain. |
| Ex. II (September 11, 2020 email thread, Seagate_000230549 -551) | Text highlighted in blue on Seagate_000230551. | This document contains nonpublic sensitive business information regarding Seagate's sales of a specific product to a specific customer. |
| Ex. MM (January 4, 2023 Teams chat, Seagate_000232026 -027) | Text highlighted in blue on Seagate_000232026. | This document contains sensitive personal employment information regarding a former Seagate employee. |
| Ex. N (October 15, 2021 email attaching "Q1FY22 Customer & Business Performance" deck, Seagate_000061899 ) | Text highlighted in blue on slides 4, 5, 6, 7, 8, 11, 13, 14, 15, 18, 20, 21, 22, 23, 24, 25. | This document contains Seagate's customers' nonpublic sensitive financial and business information, including information related to Seagate's customer-specific revenue, product shipments, market share data, and awards made to Seagate. |
| Ex. OO (February 18, 2022 Covington memorandum, Seagate_000238328 -859) | Text highlighted in blue on Seagate_000238329, Seagate_000238339, Seagate_000238340, Seagate_000238342, Seagate_000238343, Seagate_000238344, Seagate_000238345, Seagate_000238346, Seagate_000238347, Seagate_000238348, Seagate_000238349, Seagate_000238354, Seagate_000238355, Seagate_000233858. | This document contains Seagate's and its suppliers' nonpublic sensitive business information, including how their equipment is used in Seagate's supply chain. |
| Ex. PP (October 12, 2021 email thread, STX008705488-490) | Text highlighted in blue on STX0008705489. | This document contains Seagate's customers' nonpublic sensitive financial and business information, including information related to Seagate's customer-specific sales. |

[PROPOSED] ORDER GRANTING PLTFS'
ADMIN. MOTION TO SEAL
CASE NO. 3:23-cv-03431-RFL

- 2 -

| Ex. Z (January 28, 2021 email attaching supplier letter, STX_004975933-936) | Text highlighted in blue on STX004975933, STX004975935, STX004975936. | This document contains nonpublic sensitive information regarding a Seagate supplier's products. |
|---|---|---|

**IT IS SO ORDERED**.

DATED: _____, 2026

_____
RITA F. LIN
United States District Judge