Caz Hashemi, State Bar No. 210239
Stephen B. Strain, State Bar No. 291572
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 493-9300
Facsimile:  (866) 974-7329
Email: chashemi@wsgr.com
        sstrain@wsgr.com

John I. Karin (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
31 West 52nd Street
Fifth Floor
New York, NY 10019
Telephone:  (212) 999-5800
Facsimile:  (866) 974-7329
Email: jkarin@wsgr.com

*Attorneys for Defendants*
*Seagate Technology Holdings plc,*
*William D. Mosley, and Gianluca Romano*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Seagate Technology Holdings plc,* *Securities Litigation* ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.:  3:23-cv-03431-RFL **CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE
CASE NO. 3:23-CV-03431-RFL

I, John I. Karin, declare:

I am employed in New York, New York.  I am over the age of 18 years old and not a party to the within action.  My business address is Wilson Sonsini Goodrich & Rosati, P.C., 31 West 52nd Street, Fifth Floor, New York, NY 10019.

On this date, I caused the following documents to be served:

1. **DEFENDANTS' STATEMENT IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF No. 159)**

2. **DECLARATION OF ED FRIEDLER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF No. 159) ("FRIEDLER DECLARATION")**

3. **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF No. 159)**

4. **CONFIDENTIAL VERSION OF EXHIBIT BB TO THE FRIEDLER DECLARATION**

5. **CONFIDENTIAL VERSION OF EXHIBIT CC TO THE FRIEDLER DECLARATION**

6. **CONFIDENTIAL VERSION OF EXHIBIT EE TO THE FRIEDLER DECLARATION**

7. **CONFIDENTIAL VERSION OF EXHIBIT FF TO THE FRIEDLER DECLARATION**

8. **CONFIDENTIAL VERSION OF EXHIBIT II TO THE FRIEDLER DECLARATION**

9. **CONFIDENTIAL VERSION OF EXHIBIT MM TO THE FRIEDLER DECLARATION**

10. **CONFIDENTIAL VERSION OF EXHIBIT N TO THE FRIEDLER DECLARATION**

11. **CONFIDENTIAL VERSION OF EXHIBIT OO TO THE FRIEDLER DECLARATION**

12. **CONFIDENTIAL VERSION OF EXHIBIT PP TO THE FRIEDLER DECLARATION**

13. **CONFIDENTIAL VERSION OF EXHIBIT Z TO THE FRIEDLER DECLARATION**

By forwarding the documents by electronic transmission on this date to the email addresses listed below:

**MOTLEY RICE LLC**
Gregg S. Levin
(glevin@motleyrice.com)
Lance V. Oliver
(loliver@motleyrice.com)
William S. Norton
(bnorton@motleyrice.com)
Joshua C. Littlejohn
(jlittlejohn@motleyrice.com)
Christopher F. Moriarty
(cmoriarty@motleyrice.com)
Andrew P. Arnold
(aarnold@motleyrice.com)
Cameran M. Gilliam
(cgilliam@motleyrice.com)

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jonathan D. Uslaner
(jonathanu@blbglaw.com)
Salvatore J. Graziano
(salvatore@blbglaw.com)
Hannah Ross
(hannah@blbglaw.com)
James A. Harrod
(jim.harrod@blbglaw.com)
Jorge Tenreiro
(jorge.tenreiro@blbglaw.com)
Aasiya Farah Mirza Glover
(aasiya.glover@blbglaw.com)
Sarah Schmidt
(sarah.schmidt@blbglaw.com)

**DAVIDSON BOWIE, PLLC**
John L. Davidson
(jdavidson@dbslawfirm.net)

I declare under penalty of perjury that the foregoing is true and correct.  Executed at New York, New York, on March 31, 2026.

By: */s/ John I. Karin*
John I. Karin