Caz Hashemi, State Bar No. 210239
Stephen B. Strain, State Bar No. 291572
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone:    (650) 493-9300
Facsimile:    (866) 974-7329
Email:        chashemi@wsgr.com
              sstrain@wsgr.com

John I. Karin (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
31 West 52nd Street
Fifth Floor
New York, NY 10019
Telephone:    (212) 999-5800
Facsimile:    (866) 974-7329
Email:        jkarin@wsgr.com

*Attorneys for Defendants*
*Seagate Technology Holdings plc,*
*William D. Mosley, and Gianluca Romano*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Seagate Technology Holdings plc Securities Litigation* | Case No. 3:23-cv-03431-RFL<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT AND STAY OF PROCEEDINGS**<br><br>Judge: Hon. Rita F. Lin |

The parties notify the Court that they reached a settlement in principle on April 3, 2026 that would resolve their disputes and are working on finalizing the settlement terms.  The parties respectfully request that the Court stay all proceedings until May 15, 2026 to give time for the parties to submit a stipulation of settlement and motion for preliminary approval.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:    April 9, 2026

**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**

By:    */s/  Salvatore Graziano*
Salvatore Graziano (admitted *pro hac vice*)
Hannah Ross (admitted *pro hac vice*)
James A. Harrod (admitted *pro hac vice*)
Jorge Tenreiro (admitted *pro hac vice*)
Aasiya Farah Mirza Glover (admitted *pro hac vice*)
Sarah Schmidt (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
salvatore@blbglaw.com
hannah@blbglaw.com
jim.harrod@blbglaw.com
jorge.tenreiro@blbglaw.com
aasiya.glover@blbglaw.com
sarah.schmidt@blbglaw.com

*Co-Lead Counsel for Co-Lead Plaintiffs Public Employees' Retirement System of Mississippi and Arkansas Public Employees' Retirement System, and the Class*

**MOTLEY RICE LLC**

By:   */s/  Christopher F. Moriarty*
Lance V. Oliver (admitted *pro hac vice*)
William S. Norton (admitted *pro hac vice*)
Joshua C. Littlejohn (admitted *pro hac vice*)
Christopher F. Moriarty (admitted *pro hac vice*)
Andrew P. Arnold (admitted *pro hac vice*)
Gregg S. Levin (admitted *pro hac vice*)
Cameran M. Gilliam (admitted *pro hac vice*)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
loliver@motleyrice.com
bnorton@motleyrice.com
jlittlejohn@motleyrice.com
cmoriarty@motleyrice.com
aarnold@motleyrice.com
glevin@motleyrice.com
cgilliam@motleyrice.com

*Co-Lead Counsel for Co-Lead Plaintiffs Universal-Investment-Gesellschaft mbH, Universal-Investment-Luxembourg S.A., and UI BVK Kapitalverwaltungsgesellschaft mbH, and the Class*

**DAVIDSON BOWIE, PLLC**
John L. Davidson (*pro hac vice*)
1062 Highland Colony Parkway 200 Concourse Suite 275
Ridgeland, MS 39157
Telephone: (601) 932-0028
jdavidson@dbslawfirm.net

*Additional Counsel for Co-Lead Plaintiffs Public Employees' Retirement System of Mississippi*

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

By:     */s/  Caz Hashemi*
Caz Hashemi (Bar No. 210239)
Stephen B. Strain (Bar No. 291572)
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
chashemi@wsgr.com
sstrain@wsgr.com

John I. Karin (*pro hac vice*)
31 West 52nd Street
Fifth Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
jkarin@wsgr.com

*Attorneys for Defendants Seagate Technology
Holdings plc, William D. Mosley, and Gianluca
Romano*

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Caz Hashemi, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Settlement and Stay of Proceedings.    In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the above signatories have concurred in this filing.


Dated:  April 9, 2026                              */s/ Caz Hashemi*
                                                                        Caz Hashemi

---

STIPULATION AND [PROPOSED] ORDER                                    Case No. 3:23-cv-03431-RFL
RE SETTLEMENT AND STAY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Seagate Technology Holdings plc Securities Litigation* | Case No. 3:23-cv-03431-RFL<br><br>**[PROPOSED] ORDER REGARDING SETTLEMENT AND STAY OF PROCEEDINGS**<br><br>Judge: Hon. Rita F. Lin |

The parties have notified the Court that they have reached a settlement in principle that would resolve their disputes and are working on finalizing the settlement terms.   Having considered the parties' Stipulation Regarding Settlement and Stay of Proceedings, and finding good cause, the Court hereby orders as follows:

1.      All proceedings in the above-captioned action are stayed.

2.      The parties will submit a stipulation of settlement and motion for preliminary approval by May 15, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____        _____

RITA F. LIN
United States District Judge

---

STIPULATION AND [PROPOSED] ORDER                                         Case No. 3:23-cv-03431-RFL
RE SETTLEMENT AND STAY