# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

|  |  |
|---|---|
| *In re Seagate Technology Holdings plc Securities Litigation* | Case No. 3:23-cv-03431-RFL<br><br>[~~PROPOSED~~] ORDER REGARDING SETTLEMENT AND STAY OF PROCEEDINGS<br><br>Judge: Hon. Rita F. Lin |

The parties have notified the Court that they have reached a settlement in principle that would resolve their disputes and are working on finalizing the settlement terms.  Having considered the parties' Stipulation Regarding Settlement and Stay of Proceedings, and finding good cause, the Court hereby orders as follows:

1. All proceedings in the above-captioned action are stayed.

2. The parties will submit a stipulation of settlement and motion for preliminary approval by May 15, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  **April 10, 2026**          _____

RITA F. LIN
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER                                    Case No. 3:23-cv-03431-RFL
RE SETTLEMENT AND STAY